UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

       Plaintiff,

v.

TREK BICYCLE CORPORATION,

       Defendant.

Case No. _____

_____

**TREK BICYLCE CORPORATION'S EXHIBITS TO ITS NOTICE OF REMOVAL**
_____

    A.    Summons

    B.    Complaint

    C.    Cover Letter to the Complaint

    D.    Plaintiff's First Set of Discovery