UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant.

Case No. _____

# EXHIBIT A

# SUMMONS

ND: 4817-0667-0850, v. 1

CASE TYPE: CONTRACT

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

---

LeMond Cycling, Inc.,

          Plaintiff,

vs. **SUMMONS**

Trek Bicycle Corporation,

          Defendant.

---

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to serve upon attorneys for Plaintiff LeMond Cycling, Inc., ROBINS, KAPLAN, MILLER & CIRESI L.L.P., whose address is 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402, an Answer to the Complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This case may be subject to Alternative Dispute Resolution (ADR) processes under Rule 114 of the General Rules of Practice for the District Courts. The Court Administrator or your attorney can provide you with information about ADR options and a list of neutrals available in your area. ADR does not affect your obligation to respond to the Summons and Complaint within twenty (20) days.

Dated: March 20, 2008

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Christopher W. Madel, #230297
Denise S. Rahne #331314

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC.