UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

        Plaintiff,

v.

        Case No. _____

TREK BICYCLE CORPORATION,

        **CERTIFICATE OF SERVICE**

        Defendant.

      I hereby certify that on April 9, 2008, I filed Trek Bicycle Corporation's Notice of

Removal, Trek Bicycle Corporation's Corporate Disclosure Statement, and Trek Bicycle

Corporation's Civil Cover Sheet with the Clerk of Court for the District of Minnesota. I hereby

certify that I mailed a copy of same by United States Postal Service to the following:

Christopher W. Madel
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
**Attorneys for Plaintiff**

Dated this 9th day of April, 2008    HALLELAND LEWIS NILAN & JOHNSON, P.A.

        By: _____
        Erik Salveson – Reg. No. 177969
        Amanda M. Cialkowski – Reg. No. 306514
        Benjamin J. Rolf – Reg. No. 386413
        600 U.S. Bank Plaza South
        220 South Sixth Street
        Minneapolis, MN 55402
        Telephone: (612) 573-2970
        Fax: (612) 338-7858