UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | |
| v. | Case No. _____ |
| TREK BICYCLE CORPORATION, | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Trek Bicycle Corporation makes the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

Trek Bicycle Corporation is a privately held corporation, with no parent company.

Dated: April 9, 2008                HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: _____
Erik T. Salveson – Reg. No. 177969
Amanda M. Cialkowski – Reg. No. 306514
Benjamin R. Rolf – Reg. No. 386413
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 573-2970
Fax: (612) 338-7858

OF COUNSEL

Ralph A. Weber – WI Reg. No. 1001563
Christopher P. Dombrowicki – WI Reg. No. 1041764
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telelephone: (414) 223-3300
Fax:   (414) 224-6116
Email: weber@gasswebermullins.com
         dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**