THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant. | Case No. 08-CV-01010-RHK-JSM <br><br> **DEFENDANT'S MOTION TO TRANSFER** |

Defendant Trek Bicycle Corporation ("Trek") hereby moves, pursuant to 28 U.S.C. § 1404(a), to transfer the above-captioned action from the United States District Court for the District of Minnesota to the United States District Court for the Western District of Wisconsin. The grounds for this motion are that this action could have been brought in the United States District Court for the Western District of Wisconsin and the interest of justice and convenience of the parties and witnesses support the transfer to that Court. The grounds are set forth in further detail in the Memorandum of Law and Affidavits filed by Trek in support of the motion and the record in this case.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: April 11, 2008

By: /s/ Erik Salveson
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin R. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

<u>OF COUNSEL</u>

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
Kristal S. Stippich (Wisc. Reg. No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax:     (414) 224-6116
Email:  weber@gasswebermullins.com
            dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**