THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | Case No. 08-CV-01010-RHK-JSM |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF MOTION TO TRANSFER** |
| TREK BICYCLE CORPORATION, | |
| Defendant. | |

TO:   PLAINTIFF, LEMOND CYCLING, INC., AND ITS ATTORNEY
CHRISTOPHER W. MADEL, ROBINS, KAPLAN, MILLER & CIRESI LLP,
2800 LASALLE PLAZA, 800 LASALLE AVENUE, MINNEAPOLIS,
MINNESOTA 55402-2015:

PLEASE TAKE NOTICE that Defendant Trek Bicycle Corporation ("Trek") will

bring the attached Motion to Transfer on for hearing before the United States District

Court for the District of Minnesota, The Honorable Richard H. Kyle presiding, at the

United States District Courthouse in St. Paul, Minnesota, on May 27, 2008, at 8:00 a.m.,

or as soon thereafter as counsel can be heard.

                          HALLELAND LEWIS NILAN & JOHNSON, P.A.


Dated:  April 10, 2008          By: ___/s/ Erik T. Salveson_____
                                   Erik T. Salveson (Reg. No. 177969)
                                   Amanda M. Cialkowski (Reg. No. 306514)
                                   Benjamin R. Rolf (Reg. No. 386413)
                                600 U.S. Bank Plaza South
                                220 South Sixth Street
                                Minneapolis, MN 55402
                                Telephone:  (612) 338-1838
                                Fax:  (612) 338-7858

<u>OF COUNSEL</u>

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764
Kristal S. Stippich (Wisc. Reg. No. 1061028)
**GASS WEBER MULLINS LLC**
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax:     (414) 224-6116
Email:  weber@gasswebermullins.com
          dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**