# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant. | Civil Case No.: 08-CV-1010 (RHK/JSM) <br><br> **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE FOR PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER** |

I, Denise S. Rahne, certify that *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer* complies with Local Rule 7.1(c).

I further certify that, in preparing this document, I used Microsoft ® Office Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced document contains 4,377 words.

Dated:  May 7, 2008

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: *s/Denise S. Rahne*
   Christopher W. Madel #230297
   Denise S. Rahne #331314
   Jennifer M. Robbins #387745

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.

80075207.1