# Exhibit 1

## Rahne, Denise S.

**From:** Sidney D. Bluming [sbluming@BFF-LAW.com]
**Sent:** Monday, March 31, 2008 10:39 AM
**To:** Burns, Bob
**Subject:** RE: LeMond

Bob: I am still unable to reach Greg, but I have prevailed on his litigation counsel to refrain from filing or other action at least until the end of April, giving us at least a shot at seeing if discussions might be productive – though I do need to speak with him in advance. I don't know if your LA commitment renders you completely unavailable for the next 3 weeks; and I leave for Vienna on the 30th, returning on the 7th of May. Let me know how you want to try to proceed. Sid


Sidney D. Bluming
Bluming Freiman Franco, P.C.
140 East 45th Street - 19th Floor
New York, NY 10017-3144
Tel: (212) 655-3564
Fax: (212) 655-3529
Cell: (646) 591-1810
E-1: sbluming@bff-law.com
E-2: sbluming@bluminglaw.com
www.bff-law.com

 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

IRS Circular 230 Disclosure: Under regulations issued by the U.S. Treasury, to the extent that tax advice is contained in this message (or any attachment hereto), you are advised that such tax advice is not intended or written to and cannot be used, by you or anyone to whom this message is shown, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other person.

COPYRIGHT: Any form of document attached to this email which was created by the sender is subject to claim of copyright in Bluming Freiman Franco, P.C. and may not be duplicated or used in any way or transmitted to third parties by any recipient, other than for the express purpose provided, and all rights therein are hereby expressly reserved.

---

**From:** Burns, Bob [mailto:Bob_Burns@trekbikes.com]
**Sent:** Friday, March 28, 2008 1:45 PM
**To:** Sidney D. Bluming
**Subject:** RE: LeMond

Sid:

OK, I understand. I can't have a cellphone on in court, but I will have access to e mail. Hope to hear from you next week.

Bob

---

**From:** Sidney D. Bluming [mailto:sbluming@BFF-LAW.com]
**Sent:** Friday, March 28, 2008 8:05 AM
**To:** Burns, Bob
**Subject:** RE: LeMond

4/14/2008

Bob: sorry not to have gotten back; I hope your vacation was a good one and that John is emerging and finding strength in his memories. I was sincere in providing an opening and appreciate your response. The issue has been communication among other things. I have a proverbial tiger by the tail so need to have some time to discuss this with Greg and get his approval and support, especially given the strength of his convictions. He's been away and I haven't been able to do this. Your prospective three week lock up could be a problem, but I will do everything I can to accommodate. I will do my best to get back to you early next week via email if you have access; otherwise, let me have your cell number and I will call. Best. Sid


Sidney D. Bluming
Bluming Freiman Franco, P.C.
140 East 45th Street - 19th Floor
New York, NY 10017-3144
Tel: (212) 655-3564
Fax: (212) 655-3529
Cell: (646) 591-1810
E-1: sbluming@bff-law.com
E-2: sbluming@bluminglaw.com
www.bff-law.com

 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

IRS Circular 230 Disclosure: Under regulations issued by the U.S. Treasury, to the extent that tax advice is contained in this message (or any attachment hereto), you are advised that such tax advice is not intended or written to and cannot be used, by you or anyone to whom this message is shown, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other person.

COPYRIGHT: Any form of document attached to this email which was created by the sender is subject to claim of copyright in Bluming Freiman Franco, P.C. and may not be duplicated or used in any way or transmitted to third parties by any recipient, other than for the express purpose provided, and all rights therein are hereby expressly reserved.

---

**From:** Burns, Bob [mailto:Bob_Burns@trekbikes.com]
**Sent:** Friday, March 28, 2008 8:53 AM
**To:** Sidney D. Bluming
**Subject:** RE: LeMond

Sid:

I am back in the office today, but it looks like I will be in a three week products liability trial out in L.A. starting Monday. Therefore, if you have given any thought to my request below, and could get back to me today, that would be great.

Bob.

---

**From:** Burns, Bob
**Sent:** Friday, March 21, 2008 1:36 PM
**To:** 'Sidney D. Bluming'
**Subject:** RE: LeMond

Sid:

Thanks for the heads up. As noted, I am off for a family vacation next week and John is off recuperating from his father's death and the exhausting events before and thereafter. Therefore, I would appreciate your giving us

some time to digest this before filing. I note and appreciate your offer to try and continue to be a moderating influence. If we are headed towards early termination, in my opinion a more direct approach might be much more productive. If you want to take a shot at that, it might make a lot of sense.

Best

---

**From:** Sidney D. Bluming [mailto:sbluming@BFF-LAW.com]
**Sent:** Thursday, March 20, 2008 3:38 PM
**To:** Burns, Bob
**Subject:** LeMond

Bob: I called just a moment ago and learned that I just missed you. I wanted to give you a heads up that Greg has taken the step of initiating a lawsuit. He actually was going to serve it the very day he learned of Dick's sudden passing, and held back out of respect. All concurred with me that I be given the opportunity to alert you, if possible. As I think you know, I have tried to be a moderating influence despite our being on opposite sides of negotiations and disagreements, and I hope to continue to be; but Greg and litigation counsel felt that his sense of things, including apparently great frustration in his dealings over the last few years, coupled with all recent events, required it. I am sorry this comes on the eve of a joyous holiday and might impact that, but I am sure you can put things in perspective and devote your thoughts and energies to your family and your festivities, and deal with this after your return. You have my very best wishes on a personal level. Regards, Sid


Sidney D. Bluming
Bluming Freiman Franco, P.C.
140 East 45th Street - 19th Floor
New York, NY 10017-3144
Tel: (212) 655-3564
Fax: (212) 655-3529
Cell: (646) 591-1810
E-1: sbluming@bff-law.com
E-2: sbluming@bluminglaw.com
www.bff-law.com

 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

IRS Circular 230 Disclosure: Under regulations issued by the U.S. Treasury, to the extent that tax advice is contained in this message (or any attachment hereto), you are advised that such tax advice is not intended or written to and cannot be used, by you or anyone to whom this message is shown, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending the tax advice addressed herein to any other person.

COPYRIGHT: Any form of document attached to this email which was created by the sender is subject to claim of copyright in Bluming Freiman Franco, P.C. and may not be duplicated or used in any way or transmitted to third parties by any recipient, other than for the express purpose provided, and all rights therein are hereby expressly reserved.