AO279, COLE, TERMED, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00460
### Internal Use Only

Timebase Pty Ltd. v. The Thomson Corporation  
Assigned to: Honorable George W. Lindberg  
Cause: 35:271 Patent Infringement

Date Filed: 01/24/2007  
Date Terminated: 03/09/2007  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Timebase Pty Ltd.**     represented by **Joseph Nevi Hosteny, III**  
Niro, Scavone, Haller & Niro, Ltd.  
181 West Madison Street  
Suite 4600  
Chicago, IL 60602  
(312) 236-0733  
Email: hosteny@nshn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Arthur Anthony Gasey**  
Niro, Scavone, Haller & Niro, Ltd.  
181 West Madison Street  
Suite 4600  
Chicago, IL 60602  
(312) 236-0733  
Email: gasey@nshn.com  
*ATTORNEY TO BE NOTICED*


3-26-2007

V.

**Defendant**

**Thomson Corporation, The**     represented by **Barry F. Irwin**  
Kirkland & Ellis LLP (Chicago)  
200 East Randolph Drive  
Suite 6100  
Chicago, IL 60601  
(312) 861-2000  
Email: birwin@kirkland.com  
*ATTORNEY TO BE NOTICED*

SCANNED
MAR 2 9 2007
U.S. DISTRICT COURT MPLS

**Calvin L Litsey**
Faegre & Benson
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402-3901
(612)766-7000
*ATTORNEY TO BE NOTICED*

**Chad M Drown**
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 766-7000
*ATTORNEY TO BE NOTICED*

**David J.F. Gross**
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 766-7000
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2007 | 1 | COMPLAINT filed by Timebase Pty Ltd.; Jury Demand.(td, ) (Entered: 01/25/2007) |
| 01/24/2007 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 01/25/2007) |
| 01/24/2007 | 3 | ATTORNEY Appearance for Plaintiff Timebase Pty Ltd. by Arthur Anthony Gasey, Joseph Nevi Hosteny, III. (td, ) (Entered: 01/25/2007) |
| 01/24/2007 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 1/24/2007 in the amount of $350.00, receipt number 1099220. (td, ) (Entered: 01/25/2007) |
| 01/24/2007 | 5 | SUMMONS Issued as to Defendant The Thomson Corporation.(td, ) (Entered: 01/25/2007) |
| 01/24/2007 | 6 | LOCAL Rule 3.4 Notice of Claims Involving Patent. (td, ) (Entered: 01/25/2007) |
| 01/25/2007 | 7 | MAILED patent report to Patent Trademark Office, Alexandria, VA. (td, ) (Entered: 01/25/2007) |
| 01/25/2007 | 8 | ALIAS Summons and 1 copy Issued as to Thomson Corporation, The. (vmj, ) (Entered: 01/26/2007) |

| | | |
|---|---|---|
| 02/09/2007 | 9 | ATTORNEY Appearance for Defendant Thomson Corporation, The by Barry F. Irwin (Irwin, Barry) (Entered: 02/09/2007) |
| 02/09/2007 | 10 | MOTION by Defendant Thomson Corporation, The to transfer case *to the District of Minnesota and for a More Definite Statement* (Attachments: # 1 Exhibit A-D# 2 Exhibit E-H# 3 Exhibit I# 4 Declaration Chad Drown# 5 Declaration Andrew Martens# 6 Certificate of Service)(Irwin, Barry) (Entered: 02/09/2007) |
| 02/09/2007 | 11 | NOTICE of Motion by Barry F. Irwin for presentment of motion to transfer case, 10 before Honorable George W. Lindberg on 2/14/2007 at 09:30 AM. (Attachments: # 1 Certificate of Service)(Irwin, Barry) (Entered: 02/09/2007) |
| 02/13/2007 | 12 | MINUTE entry before Judge George W. Lindberg : Defendant's motion to transfer venue to the district of Minnesota and for a more definite statement 10 is entered and continued. Plaintiff's written response to the motion is due 2/26/07. Reply due 3/5/07. In court ruling on 4/4/07 at 9:30 a.m. No appearance required on 2/14/07 at 9:30 a.mMailed notice (slb, ) (Entered: 02/13/2007) |
| 02/13/2007 | 13 | ATTORNEY Appearance for Plaintiff Timebase Pty Ltd. by Arthur Anthony Gasey *(for Eric J. Mersmann)* (Gasey, Arthur) (Entered: 02/13/2007) |
| 02/15/2007 | 20 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Thomson Corporation, The by David J.F. Gross; Order entered granting leave by Judge George W. Lindberg. Filing fee $ 50 paid, receipt number 1113512. (mjc, ) (Entered: 03/15/2007) |
| 02/15/2007 | 21 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Thomson Corporation, The by Calvin L Litsey; Order entered granting leave by Judge George W. Lindberg. Filing fee $ 50 paid, receipt number 1113512. (mjc, ) (Entered: 03/15/2007) |
| 02/15/2007 | 22 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of the Thomson Corporation by Chad M. Drown; Order entered granting leave by Judge George W. Lindberg. Filing fee $ 50.00 paid, receipt number 1113512. (vkd, ) (Entered: 03/15/2007) |
| 02/21/2007 | 14 | AFFIDAVIT of Service filed by Plaintiff Timebase Pty Ltd. regarding Alias Summons and Complaint served on The Thomson Corporation on January 30, 2007 (Hosteny, Joseph) (Entered: 02/21/2007) |
| 02/26/2007 | 15 | RESPONSE by Plaintiff Timebase Pty Ltd. to motion to transfer case, 10 (Attachments: # 1 Exhibits 1-5)(Hosteny, Joseph) (Entered: 02/26/2007) |
| 03/05/2007 | 16 | REPLY by Defendant Thomson Corporation, The to motion to transfer case, 10 *Reply in Support of Defendant Thomson Corporation's Motion to Transfer Venue* (Attachments: # 1 Declaration Andrew Martens# 2 Certificate of Service)(Irwin, Barry) (Entered: 03/05/2007) |

| 03/09/2007 | 17 | MINUTE entry before Judge George W. Lindberg : Defendant's motion to transfer venue to the District of Minnesota 10 is granted. Civil case terminated. Mailed notice (hp, ) (Entered: 03/12/2007) |
|---|---|---|
| 03/09/2007 | 18 | MEMORANDUM Opinion and Order Signed by Judge George W. Lindberg on 3/9/2007:Mailed notice(hp, ) (Entered: 03/12/2007) |
| 03/09/2007 | 19 | ENTERED JUDGMENT Signed by Judge George W. Lindberg on 3/9/2007:Mailed notice(hp, ) (Entered: 03/12/2007) |
| 03/09/2007 |  | MAILED patent report to Patent Trademark Office, Alexandria, VA with certified copy of minute order dated 03/09/2007. (hp, ) (Entered: 03/12/2007) |
| 03/26/2007 | 23 | TRANSFERRED to the District of Minnesota the electronic case file, certified copy of transfer order, and docket sheet via certified mail number 7006 0100 0001 7313 0247 (hp, ) (Entered: 03/26/2007) |