IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | |
| Plaintiff, ) | File No. 07-CV-1687 (JNE/JJG) |
| vs. ) | |
| ) | |
| THE THOMSON CORPORATION, ) | **NOTICE OF ASSOCIATION OF** |
| WEST PUBLISHING CORPORATION, ) | **COUNSEL** |
| AND WEST SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

YOU ARE HEREBY NOTIFIED of the following association of counsel for plaintiff TimeBase Pty Ltd. in the above-entitled matter. Michael R. Cunningham and Gray, Plant, Mooty, Mooty & Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, will be associated as counsel with Joseph N. Hosteny, Arthur A. Gasey and Niro, Scavone, Haller & Niro, 181 West Madison Street, Suite 4600, Chicago, Illinois 60602 on behalf of plaintiff TimeBase Pty Ltd.

Dated: May 10, 2007

GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.


By   s/Michael R. Cunningham
     Michael R. Cunningham
     Attorney No. 20424
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Fax: (612) 632-4444
michael.cunningham@gmplaw.com

Attorneys for Plaintiff

Of Counsel

Joseph N. Hosteny (jhosteny @hosteny.com)
Arthur A. Gasey (gasey@nshn.com)
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Fax:  (312) 236-3137


GP:2101834 v1