IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | |
| Plaintiff, ) | File No. 07-CV-1687 (JNE/JJG) |
| vs. ) | |
| ) | |
| THE THOMSON CORPORATION, ) | **PLAINTIFF'S MOTION FOR** |
| WEST PUBLISHING CORPORATION, ) | **LEAVE TO SERVE AND FILE** |
| AND WEST SERVICES, INC. ) | **AMENDED COMPLAINT** |
| ) | |
| Defendants. ) | |

Plaintiff TimeBase Pty Ltd. hereby moves the Court for an order granting leave to plaintiff to serve and file an Amended Complaint in this case. A copy of plaintiff's proposed Amended Complaint is attached hereto as Exhibit A.

The above motion is based on Rule 15(a) of the Federal Rules of Civil Procedure, the memorandum submitted with this motion, and all of the records, files and proceedings in this case.

Dated: May 10, 2007                    GRAY, PLANT, MOOTY,
                                                              MOOTY & BENNETT, P.A.


                                                   By    s/Michael R. Cunningham
                                                          Michael R. Cunningham
                                                          Attorney No. 20424
                                                   500 IDS Center
                                                   80 South Eighth Street
                                                   Minneapolis, Minnesota  55402
                                                   Telephone:  (612) 632-3000
                                                   Fax:  (612) 632-4444
                                                   michael.cunningham@gmplaw.com

                                                   Attorneys for Plaintiff

Of Counsel

Joseph N. Hosteny (jhosteny @hosteny.com)
Arthur A. Gasey (gasey@nshn.com)
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Fax:  (312) 236-3137

GP:2101837 v1