IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | File No. 07-CV-1687 (JNE/JJG) |
| vs. | ) | |
| | ) | |
| THE THOMSON CORPORATION, | ) | **NOTICE OF MOTION** |
| WEST PUBLISHING CORPORATION, | ) | |
| AND WEST SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that on June 28, 2007, at 11:00 a.m., before the Honorable Jeanne J. Graham, at the United States Courthouse, Courtroom No. 4, 180 East Fifth Street, St. Paul, MN 55101, plaintiff TimeBase Pty Ltd. will move the Court for an Order granting leave to plaintiff to serve and file an Amended Complaint in this case.

Dated:  May 10, 2007                     GRAY, PLANT, MOOTY,
                                            MOOTY & BENNETT, P.A.


                                         By     s/Michael R. Cunningham
                                                Michael R. Cunningham
                                                Attorney No. 20424
                                         500 IDS Center
                                         80 South Eighth Street
                                         Minneapolis, Minnesota  55402
                                         Telephone:  (612) 632-3000
                                         Fax:  (612) 632-4444
                                         michael.cunningham@gmplaw.com

                                         Attorneys for Plaintiff

Dockets.Justia.com

Of Counsel

Joseph N. Hosteny (jhosteny @hosteny.com)
Arthur A. Gasey (gasey@nshn.com
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Fax:  (312) 236-3137


GP:2101836 v1