IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**CERTIFICATE OF SERVICE**
*TimeBase Pty Ltd. v. The Thomson Corporation,*
*West Publishing Corporation, and West Services, Inc.*
07-CV-1687 JNE/JJG

I hereby certify that on May 10, 2007, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Notice of Association of Counsel;

2. Notice of Motion;

3. Plaintiff's Motion for Leave to Serve and File Amended Complaint (Exhibit A – Amended Complaint, attached); and

4. Plaintiff's Memorandum in Support of Motion for Leave to Serve and File Amended Complaint.

and that I received notice that ECF will send an e-notice of the electronic filings to the following:

Chad Drown, cdrown@faegre.com
David J F Gross, dgross@faegre.com
Calvin L. Litsey, clitsey@faegre.com

I further certify that I caused copies of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Barry F. Irwin
Kirkland & Ellis LLP
200 East Randolph Drive
Suite 6100
Chicago, IL  60601

Dated: May 10, 2007                               s/Kristina K. Procai
                                                  Kristina K. Procai
                                                  Assistant to Michael R. Cunningham (#20424)
                                                  Gray, Plant Mooty, Mooty & Bennett, P.A.
                                                  500 IDS Center
                                                  80 South Eighth Street
                                                  Minneapolis, MN  55402
                                                  Phone: (612) 632-3000
                                                  Fax: (612) 632-4444

GP:1673816 v1