# UNITED STATES DISTRICT COURT
## District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 07-CV-1687 _____     **Case Title:** Timebase PTY Ltd. v. The Thomson Corporation, West Publishing Corporation, And West Services, Inc.

### Affidavit of Movant

I, Michael R. Cunningham, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Arthur A. Gasey, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois but not admitted to the bar of this court, who will be counsel for the ☒ plaintiff ☐ defendant TimeBase PTY Ltd. in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:
☐ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
☐ 2. I am not a resident of the State of Minnesota.
☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature : _M. Cunningham_ _____     20424 _____     May 21, 2007
Typed Name: Michael R. Cunningham     MN Attorney License #     Date

### Affidavit of Resident Minnesota Bar Member (Required **ONLY if movant checks box 2 or 3 above.**)

I, _____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature : _____     _____     _____
Typed Name: _____     MN Attorney License #     Date

### Affidavit of Proposed Admittee

I, Arthur A Gasey, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

_Arthur A. Gasey_ _____     _[signature]_     _16 May 07_
Type/Print Name (must match name above)     Signature     Date

Attorney License Number: B 6210605 _____     issued by the State of IL__ (initials)
Law Firm Name: Niro, Scavone Haller & Niro     Main Phone: ( 312) 236-0733 _____
Law Firm Addrs: 181 W. Madison St., Suite 4600     Direct Phone: (312) 377-3245 _____
                Chicago, Illinois 60602     E-mail Addrs: gasey@nshn.com _____

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file first page. A check in the amount of the Pro Hac Vice admission fee of $100 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Prohacvice.doc     This form is also available on the FORMS page of our website at www.mnd.uscourts.gov.     Form Modified 01/3/07

Dockets.Justia.com