IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | ) |
| Plaintiff, | ) File No. 07-CV-1687 (JNE/JJG) |
| vs. | ) |
| | ) |
| THE THOMSON CORPORATION, | ) **STIPULATION TO PLAINTIFF'S** |
| | ) **AMENDED COMPLAINT** |
| Defendant. | ) |

The parties, through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 15(a) hereby stipulate that plaintiff TimeBase Pty Ltd. may serve and file an Amended Complaint in the form attached hereto as Exhibit A.

Dated: May 29, 2007

GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.

By: _____
Michael R. Cunningham (#20424)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Facsimile: (612) 632-4444

Joseph N. Hosteny (#1266160)
Arthur A. Gasey (#B6210605)
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 377-3207

Attorneys for Plaintiff

Dated: May 31, 2007

FAEGRE & BENSON

By: _____
Calvin L. Litsey (#153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendant

GP:2207428 v1