

500 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402-3796
MAIN: 612.632.3000
FAX: 612.632.4444

MICHAEL R. CUNNINGHAM
ATTORNEY
DIRECT DIAL: 612.632.3339
DIRECT FAX: 612.632.4339
MICHAEL.CUNNINGHAM@GPMLAW.COM

JUN 1 '07 PM 2:18

June 1, 2007

The Honorable Jeanne J. Graham
United States Magistrate Judge
U.S. District Court
United States Courthouse
316 North Robert Street
St. Paul, MN 55101

    Re:    TimeBase Pty Ltd. v. The Thomson Corporation
            Court File No. 07-CV-1687 JNE/JJG

Dear Magistrate Judge Graham:

    Pursuant to Federal Rule of Civil Procedure 15(a), the parties have stipulated to plaintiff's Amended Complaint in the above matter. The Stipulation has been filed with the Clerk of Court. Accordingly, plaintiff's Motion for Leave to Serve and File an Amended Complaint, scheduled for hearing on June 28, 2007, will not be necessary and is hereby withdrawn.

                Very truly yours,

                Michael R. Cunningham

MRC/kkp
cc:    Calvin L. Litsey
        Joseph N. Hosteny
        Arthur A. Gasey

GP:2221579 v1

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
A FULL-SERVICE LAW FIRM
MINNEAPOLIS, MN • ST. CLOUD, MN • WASHINGTON, DC
WWW.GPMLAW.COM