

UNITED STATES | ENGLAND | GERMANY | CHINA

CALVIN L. LITSEY
CLitsey@faegre.com
(612) 766-8608

June 4, 2007

The Honorable Jeanne J. Graham
United States Magistrate Judge
United States District Court – District of Minnesota
180 E 5th Street, #700
St. Paul, MN  55101

    Re: <u>Timebase Pty Ltd v. The Thomson Corporation, et al.</u>
      Court File No. 07-cv-01687

Dear Judge Graham:

  This letter is to inform the Court that defendant The Thomson Corporation respectfully withdraws its Motion for a More Definite Statement, which was filed on February 9, 2007, in the Northern District of Illinois (prior to the transfer of this case to the District of Minnesota).

  In view of the agreement by plaintiff Timebase Pty Ltd to amend its complaint to more specifically identify the accused products, defendant believes its Motion for a More Definite Statement is no longer necessary.  We will contact your Honor's calendar clerk to confirm that we are withdrawing the motion.

  Meanwhile, defendants have scheduled with the Court and will be submitting a Motion to Stay this action in view of the pending re-examination by the United States Patent and Trademark Office of the patent-in-suit.

            Sincerely,

            *s/ Calvin L. Litsey*

CLL:jma
cc: Joseph N Hosteny (via e-mail: jhosteny@hosteny.com)
   Michael R Cunningham (via e-mail: michael.cunningham@gpmlaw.com)
   David J F Gross
fb.us.2087193.01

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS MINNESOTA 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

Dockets.Justia.com