UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **TIMEBASE PTY LTD.,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**THE THOMSON CORPORATION,**<br><br>     **Defendant**. | Civil No. 07-1687 (JNE/JJG) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**(1)**   **The Thomson Corporation's Letter Withdrawing Motion for a More Definite Statement**

The following counsel have been served with these documents via CM/ECF:

- **Joseph N Hosteny** at jhosteny@hosteny.com
- **Michael R Cunningham** at michael.cunningham@gpmlaw.com

Dated: June 6, 2007

**FAEGRE & BENSON LLP**

By:

*s/ Chad Drown*
Calvin L. Litsey, #153746
David J.F. Gross, #208772
Chad Drown, #319053
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
**ATTORNEYS FOR THE THOMSON CORPORATION**

fb.us.2090771.01