IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | |
| Plaintiff, ) | File No. 07-CV-1687 (JNE/JJG) |
| vs. ) | |
| ) | |
| THE THOMSON CORPORATION, ) | **ORDER** |
| WEST PUBLISHING CORPORATION, ) | |
| AND WEST SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

The parties have stipulated that plaintiff TimeBase Pty Ltd. may file and serve an Amended Complaint in the form attached as Exhibit A to the parties' Stipulation to Plaintiff's Amended Complaint [Doc. No. 29].

Based on the parties' Stipulation to Plaintiff's Amended Complaint

IT IS HEREBY ORDERED that plaintiff TimeBase Pty Ltd. may file and serve an Amended Complaint in this case.

Dated:  June 6, 2007          BY THE COURT

                              s/Jeanne J. Graham

                              _____
                              Jeanne J. Graham
                              United States Magistrate Judge

GP:2223681 v1