# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-CV-1687 (JNE/JJG) <br><br> **MOTION TO STAY LITIGATION PENDING REEXAMINATION PROCEEDINGS** |

      Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. (collectively "West") hereby move the Court pursuant to Federal Rule of Civil Procedure 16 and the Court's inherent powers for an order staying this litigation pending the results of the reexamination of U.S. Patent No. 6,223,592 by the PTO, including all appeals. West's motion is based upon the Notice of Motion and Motion, the Brief in Support of West's Motion, the exhibits accompanying the Declaration of Chad Drown, and on the file, record, and proceedings herein.

Dated: June 14, 2007                              **FAEGRE & BENSON LLP**

*s/ Chad Drown*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Chad Drown, #319053
Timothy E. Grimsrud, #34283X
Elizabeth Wright, #387126

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

**Attorneys for Defendants**