# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br> WEST PUBLISHING CORPORATION, <br> and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-CV-1687 (JNE/JJG) <br><br> **NOTICE OF HEARING ON MOTION TO STAY LITIGATION PENDING REEXAMINATION PROCEEDINGS** |

**PLEASE TAKE NOTICE** that The Thomson Corporation, West Publishing Corporation, and West Services, Inc. will appear in the United States District Court for the District of Minnesota before the Honorable Magistrate Judge Jeanne J. Graham on June 28, 2007, at 11:00AM at interim U.S. Courthouse, 180 East Fifth Street, St. Paul, Minnesota 55101, Courtroom 4, to request an order in accordance with the instant Motion to Stay Litigation Pending Reexamination Proceedings.

|  |  |
|---|---|
| Dated: June 14, 2007 | **FAEGRE & BENSON LLP** |
|  |  |
|  | *s/ Chad Drown* |
|  | Calvin L. Litsey #153746 |
|  | David J.F. Gross, #208772 |
|  | Chad Drown, #319053 |
|  | Timothy E. Grimsrud, #34283X |
|  | Elizabeth Wright, #387126 |
|  |  |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, Minnesota 55402 |
|  | Telephone: (612) 766-7000 |
|  | Fax: (612) 766-1600 |
|  |  |
|  | **Attorneys for Defendants** |