# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br> WEST PUBLISHING CORPORATION, <br> and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-CV-1687 (JNE/JJG)** <br><br> **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** |

I, Chad Drown, certify that **Defendants' Brief in Support of Their Motion To Stay Litigation Pending Reexamination Proceedings** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

     I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

     I further certify that the above referenced document contains 4,021 words, excluding caption and signature block.

| | |
|---|---|
| Dated: June 14, 2007 | **FAEGRE & BENSON LLP** |

*s/ Chad Drown*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Chad Drown, #319053
Timothy E. Grimsrud, #34283X
Elizabeth Wright, #387126

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

**Attorneys for Defendants**