# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | Civil No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, | |
| vs. | **DECLARATION OF CHAD DROWN IN SUPPORT OF DEFENDANTS' MOTION TO STAY LITIGATION PENDING REEXAMINATION PROCEEDINGS** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

I, Chad Drown, declare as follows:

1.    I am an attorney at Faegre & Benson LLP in Minneapolis, Minnesota. I am one of the lawyers representing The Thomson Corporation, West Publishing Corporation, and West Services, Inc. in connection with the above action. This declaration is made on my personal knowledge and belief.

2.    I have attached to this declaration true and correct copies of the following documents:

**EXHIBIT NO. 1**: USPTO Ex Parte Reexamination Filing Data (June 30, 2006)

**EXHIBIT NO. 2**: Third Party Request for Reexamination of U.S. Patent No. 6,233,592 (filed Jan. 29, 2007)

**EXHIBIT NO. 3**: U.S. Patent No. 6,233,592

**EXHIBIT NO. 4**: Office Action granting Request for Reexamination of U.S. Patent No. 6,233,592 (dated April 3, 2007)

| | |
|---|---|
| **EXHIBIT NO. 5**: | Request for Entry into the Regional Phase Before the European Patent Office for European Application No. 98901249.7 (counterpart to U.S. Patent No. 6,233,592) (dated July 27, 1999) |
| **EXHIBIT NO. 6**: | European Patent Office Communication (dated Jan. 28, 2005) |
| **EXHIBIT NO. 7**: | Response to European Patent Office Communication (dated Sept. 19, 2005) |
| **EXHIBIT NO. 8**: | European Patent Office Communication (dated Jan. 25, 2007) |
| **EXHIBIT NO. 9**: | Response to European Patent Office Communication (dated April 5, 2007) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 14th day of June 2007 in Minneapolis, Minnesota.

*s/ Chad Drown*
Chad Drown

fb.us.2117628.01