# EXHIBIT 1
## TO DECLARATION OF CHAD DROWN



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

*Ex Parte* Reexamination Filing Data  - June 30, 2006

1. Total requests filed since start of ex parte reexam on 07/01/81 .......................8084

    a. By patent owner                   3313    41%
    b. By other member of public         4606    57%
    c. By order of Commissioner           165     2%

2. Number of filings by discipline

    a. Chemical Operation                2496    31%
    b. Electrical Operation              2608    32%
    c. Mechanical Operation              2980    37%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 340 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation......................................................1895    23%

5. Determinations on requests...............................................................7852

    a. No. granted ................................................................ 7160 ............ 91%

        (1) By examiner                               7054
        (2) By Director (on petition)                  106

    b. No. denied ................................................................... 692 ............. 9%

        (1) By examiner                                657
        (2) Order vacated                               35

6. Total examiner denials (includes denials reversed by Director)..........................763

    a. Patent owner requester                                        430      56%
    b. Third party requester                                            333      44%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                                             22.8 (mos.)
    b. Median pendency                                              17.6 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 13% | 26% |
| b. All claims cancelled | 7% | 12% | 19% | 10% |
| c. Claims changes | 70% | 59% | 68% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present)..................5433

    a. Certificates with all claims confirmed                     1410     26%
    b. Certificates with all claims canceled                         554     10%
    c. Certificates with claims changes                                   3469     64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates _ PATENT OWNER REQUESTER......................................2360

        (1) All claims confirmed                                   543     23%
        (2) All claims canceled                                     174      7%
        (3) Claim changes                                            1643     70%

    b. Certificates _ 3rd PARTY REQUESTER..............................................2934

        (1) All claims confirmed                                   849     29%
        (2) All claims canceled                                     353     12%
        (3) Claim changes                                            1732     59%

    c. Certificates _ COMM'R INITIATED REEXAM ....................................139

        (1) All claims confirmed                                    18     13%
        (2) All claims canceled                                      27     19%
        (3) Claim changes                                              94     68%