-80-

**OVL**
Overline.
**PHR**
Phrase. In a phrase all characters are set in roman face and keyed space characters are preserved. A phrase is essentially a temporary escape out of maths mode back into normal text mode.
**RAD**
Radical or root. Contains a radicand (<rcd>), which is the constructs which appear beneath the top horizontal bar, and an optional radix (rdx), which is the power of the root (e.g. square, cube, 4, etc.).
**RCD**
Radicand. The content of a root construct.
**RDX**
Radix. The power of a root.
**RF**
Roman Function. A function name set in roman face, such as log, sin, cos, lim, arg, etc. It differs from the <rm> element in that preceding and following space characters are generated to separate it from surrounding characters.
**RM**
Roman face. Used to force an alpha character to be displayed in normal face rather than be treated as a variable and displayed in italic face.
**RP**
Right delimiter of a fence. It has a single attribute, post, which defines the type of the delimiter Valid values are the same as for the lp attribute of the <fen> element, except that they specify the right hand match for the relevant left post.
**SUP**
Superior. A superscript in an equation.
**UNL**
Underline.
**Arbortext equation examples**
... by multiplying by the fraction -
    A
    B
where -

```
<p>... by multiplying by the fraction -</>
<dpeqn><fr><nu><rm>A</></><de><rm>B</></></></>
<p>where -</p>
```



US 6,233,592 B1

141 142

-82-

## APPENDIX E

```
<!SGML "ISO 8879:1986"
--
    ArborText's default SGML declaration, modified to allow
 5  longer id/idref's, and to use a number of special characters
    within them.
--
    CHARSET
10  BASESET "ISO 646-1983//CHARSET
    International Reference Version (IRV)//ESC 2/5 4/0"
    DESCSET
                    0    9  UNUSED
                    9    2  9
15              11   2  UNUSED
                13   1  13
                14  18  UNUSED
                32  95  32
               127   1  UNUSED
20             128 128 "High-order characters"

    CAPACITY SGMLREF
        TOTALCAP       200000
        ENTCAP          35000
25      ENTCHCAP        35000
        ELEMCAP         35000
        GRPCAP         150000
        EXGRPCAP        35000
        EXNMCAP         35000
30      ATTCAP          50000
        ATTCHCAP        35000
        AVGRPCAP        35000
        NOTCAP          35000
        NOTCHCAP        35000
35      IDCAP           35000
        IDREFCAP        35000
        MAPCAP          35000
        LKSETCAP        35000
        LKNMCAP         35000
40
    SCOPE    DOCUMENT

    SYNTAX
        SHUNCHAR 0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17
45           18 19 20 21 22 23 24 25 26 27 28 29 30 31 127
        BASESET "ISO 646-1983//CHARSET
            International Reference Version (IRV)//ESC 2/5 4/0"
        DESCSET  0   128  0
```

365274US                                              IN-\LIBCC\01206US.DOC:IAD

US 6,233,592 B1

143                                                                 144

-83-

```
            128  128  "High-order characters"
        FUNCTION RE 13
            RS  10
            SPACE  32
 5          TABSEPCHAR 9
        NAMING  LCNMSTRT ""
            UCNMSTRT ""
            LCNMCHAR "-./[]"
            UCNMCHAR "-./[]"
10          NAMECASE GENERAL YES
                ENTITY  NO
        DELIM   GENERAL SGMLREF
            SHORTREF SGMLREF
        NAMES   SGMLREF
15      QUANTITY SGMLREF
            ATTCNT      100
            ATTSPLEN    960
            BSEQLEN     960
            DTAGLEN          16
20          DTEMPLEN    16
            ENTLVL      16
            GRPCNT      100
            GRPGTCNT    96
            GRPLVL      16
25          LITLEN      800
            NAMELEN          64
            NORMSEP          2
            PILEN       1024
            TAGLEN      960
30          TAGLVL      24

        FEATURES
        MINIMIZE DATATAG NO   OMITTAG YES  RANK   NO   SHORTTAG
        YES
35      LINK   SIMPLE NO   IMPLICIT NO   EXPLICIT NO
        OTHER   CONCUR NO   SUBDOC NO   FORMAL YES
        APPINFO NONE>


40      <!DOCTYPE legislation
        [
        <!--

            DTD for Scantext/Abha Legislation - (C) Turn-Key Systems 1997
45
                History:

                    1997-10-13: fix hist at beginning of regs
```

US 6,233,592 B1

145                                                                          146

-84-

```
                    1997-10-07: restore <target> tag
                    1997-10-02: enhanced support for regulations (hist, unconv etc)
      -->
 5
      <!-- useful characters such as &mdash; -->
      <!ENTITY % ISOpub public "ISO 8879-1986//ENTITIES Publishing//EN">
      %ISOpub;

10
      <!-- PARAMETER ENTITIES USED TO SIMPLIFY DTD MARKUP -->
      <!entity % major
      "schedule|intcon|article|annex|clause|chapter|part|division|subdivn|section|subsec|
      reg|subreg"
15          -- major levels -->

      <!entity % minor "defn|para|subpar1|subpar2|subpar3|subpar4|point"
            -- minor levels -->

20    <!entity % secreg "section | reg"
            -- used where either sections or regs are appropriate -->

      <!entity % level "%major;|%minor;"
            -- all levels -->
25
      <!entity % refs "term|l.ref|h.ref"
            -- references which can be found in normal text -->

      <!entity % raw "(rawtext|rawtable|unconverted)*"
30          -- material such as forms which remains as raw text -->

      <!entity % effect "sc"
            -- typographical effects (more to be added later) -->

35    <!entity % text "(%refs;|%effect;|#PCDATA)*"
            -- normal text (including refs defined above) -->

      <!entity % hnote "hist | note"
            -- hist and note are temporarily interchangeable -->
40
      <!entity % body "(p+|repealed), (%hnote;)*"
            -- body of a legislative element -->

      <!entity % lev.id "((label, desc?) | (desc, label?))"
45          -- reversible level id -->


      <!-- MASTER ELEMENT -->
```

```
   <!element legislation - - (act | regulations)+
              -- Acts and Regs are currently supported -->


 5 <!-- DEFINITIONS OF ACTS AND CONSTITUENT ELEMENTS -->
   <!element act       - - (desc, (%hnote; | %raw;)*,
              longtitle, preamble?,
              (chapter+ | part+ | section+),
              schedule*, hist*)>
10 <!element longtitle  - - (#PCDATA)>
   <!element preamble   - - (p+) +(para)>

   <!element regulations - - (desc, (%hnote; | %raw;)*,
              (chapter+ | part+ | reg+),
15            schedule*, hist*)>

   <!-- MAJOR LEVELS -->
   <!element chapter - - (label, desc, (%hnote;)*,
              (((%secreg;)*, part*) | article+))>
20 <!element part    - - (label?, desc, hist*,
              (((%secreg;)*, division*) | (article+ | clause+)))>
   <!element division - - (label?, desc, (p | %hnote;)*,
              (((%secreg;)*, subdivn*) | clause+))>
   <!element subdivn - - (label?, desc, (%hnote;)*,
25            ((%secreg;)+ | clause+))>
   <!element section - - (%lev.id;,
              ((subsec+, (modules | module+)?) | repealed))>
   <!element subsec  - - (%lev.id;,
              ((p, (p | note)*, hist*) | (repealed, note*, hist*)))>
30 <!element modules - - (%lev.id;,
              module+)>
   <!element module  - - (%lev.id;,
              (submod+ | repealed))>
   <!element submod  - - (%lev.id;,
35            ((p, (p | %hnote; | method | tabloid)*) | (repealed, (%hnote;)*)))>
   <!element reg     - - (label?, desc, hist?,
              (subreg+ | repealed))>
   <!element subreg  - - (label, desc?, hist?,
              ((p, (p | note)*, hist*) | (repealed, note*, hist*)))>
40
   <!-- SCHEDULES, CONVENTIONS etc -->
   <!element schedule - - (label?, desc?, hist*,
              (chapter+ | part+ | section+ | item+ | p+ | tabloid+ | intcon)?,
              %raw;)>
45 <!element intcon   - - (desc, preamble,
              (part+ | division+ | subdivn+ | article+), annex*)>
   <!element annex    - - (label?, desc, p*,
              (part* | division* | clause* | para*))>
```

US 6,233,592 B1

149 150

-86-

```
    <!element article  -- (label, desc, p*,
                       (division* | clause* | para*))>
    <!element clause   -- (((label, desc?) | (desc, label)), p+)>
    <!element item     -- (label?, desc?, %body;)>
 5

    <!-- DEFINITIONS AND MINOR LEVELS -->
    <!element defn     -- (%body;)>
    <!element note     -- (label?, p+)>
10  <!element hist     -- (label?, (p+ | %raw;))>
    <!element point    -- (p+)>

    <!element para     -- (label?, %body;)>
    <!element subpar1  -- (label?, %body;)>
15  <!element subpar2  -- (label?, %body;)>
    <!element subpar3  -- (label?, %body;)>
    <!element subpar4  -- (label?, %body;)>

    <!element method   -- (%lev.id;, (p | %hnote; | step)+)>
20  <!element step     -- (label, %body;)>


    <!-- COMMON CONSTITUENT ELEMENTS -->
    <!element label    -- (%text;)
25      -- chapter number, section number, etc. -->
    <!element desc     -- (%text;)
        -- chapter name, section name, etc. -->
    <!element term     -- (%text;)
        -- defined term -->
30  <!element repealed - o EMPTY
        -- indicates that the enclosing level has been repealed -->
    <!element p        -- (%minor | %refs; | %effect | tabloid | amend | target | #PCDATA)*
        -- textual paragraph at any level -->


35
    <!-- UNCONVERTED MATERIAL -->
    <!element unconverted -- CDATA
        -- yet to be converted (eg. complex schedules) -->
    <!element rawtext   -- CDATA
40      -- unconverted text (eg. forms) -->
    <!element rawtable  -- CDATA
        -- unconverted tables (eg. amended provisions) -->


45  <!-- CROSS-REFERENCES -->
    <!element l.ref    -- (%text;)  -- legislation ref -->
    <!element h.ref    -- (%text;)  -- history ref -->
```

US 6,233,592 B1

151 152

-87-

```
    <!-- AMENDMENT MARKUP -->
    <!element amend   - - (%refs|%effect|quote|#PCDATA)*
          -- amendment = action + text -->
    <!element target  - - (#PCDATA)
5         -- target of amendment -->
    <!element quote   - - (label|desc|p|%level|%refs|%effect|#PCDATA)*
          -- quoted material -->

    <!-- PSEUDO-TABLES -->
10  <!element tabloid - - (label?, desc?, (head | row)+)>
    <!element head    - - (cell+)>
    <!element row     - - (cell+)>
    <!element cell    - - (#PCDATA|p)*>

15
    <!-- EFFECTS -->
    <!element sc      - - (#PCDATA) -- small caps -->


20  <!-- ATTRIBUTE LISTS -->
    <!attlist act       juris (cth|nsw|vic|qld|sa|wa|tas|act|nt|imp)
                        #REQUIRED -- jurisdiction      --
                        year   CDATA  #REQUIRED -- year assented   --
                        number CDATA  #REQUIRED -- act number      --
25                      reps   CDATA  #IMPLIED  -- 2nd reading (HR) --
                        senate CDATA  #IMPLIED  -- 2nd reading (Sen) --
                        assent CDATA  #IMPLIED  -- assent date     --
                        cdate  CDATA  #IMPLIED  -- commencement    -->
    <!attlist regulations juris (cth|nsw|vic|qld|sa|wa|tas|act|nt|imp)
30                      #REQUIRED -- jurisdiction      --
                        year   CDATA  #REQUIRED -- year assented   --
                        number CDATA  #REQUIRED -- act number      --
                        reps   CDATA  #IMPLIED  -- 2nd reading (HR) --
                        senate CDATA  #IMPLIED  -- 2nd reading (Sen) --
35                      notified CDATA #IMPLIED -- notification date --
                        cdate  CDATA  #IMPLIED  -- commencement    -->
    <!attlist schedule  id    ID   #IMPLIED -- legislation id  --
                        cdate CDATA #IMPLIED -- commencement    --
                        refsec CDATA #IMPLIED -- referring section -->
40  <!attlist chapter   id    ID   #IMPLIED -- legislation id  --
                        cdate CDATA #IMPLIED -- commencement    -->
    <!attlist part      id    ID   #IMPLIED -- legislation id  --
                        cdate CDATA #IMPLIED -- commencement    -->
    <!attlist division  id    ID   #IMPLIED -- legislation id  --
45                      cdate CDATA #IMPLIED -- commencement    -->
    <!attlist subdivn   id    ID   #IMPLIED -- legislation id  --
                        cdate CDATA #IMPLIED -- commencement    -->
    <!attlist section   id    ID   #IMPLIED -- legislation id  --
```

US 6,233,592 B1

153          154

-88-

```
             cdate CDATA #IMPLIED -- commencement   -->
<!attlist subsec  id    ID    #IMPLIED -- legislation id  --
             cdate CDATA #IMPLIED -- commencement   -->
<!attlist reg     id    ID    #IMPLIED -- legislation id  --
5            cdate CDATA #IMPLIED -- commencement   -->
<!attlist subreg  id    ID    #IMPLIED -- legislation id  --
             cdate CDATA #IMPLIED -- commencement   -->
<!attlist l.ref   ref   IDREF #IMPLIED -- legislation idref -->
<!attlist term    id    ID    #IMPLIED -- term id          -->
10   ]>
```

US 6,233,592 B1

155

We claim:

1. A computer-implemented system for publishing an electronic publication using text-based data, comprising:
   a plurality of predefined portions of text-based data with each predefined portion being stored;
   at least one predefined portion being modified and stored;
   a plurality of linking means of a markup language, each predefined portion of said text-based data and said at least one modified predefined portion of text-based data being encoded with at least one linking means; and
   a plurality of attributes, each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of said text-based data.

2. The system according to claim 1, comprising means for searching within the system.

3. The system according to claim 2, wherein said searching means uses one or more attributes.

4. The system according to claim 2, wherein said searching means uses any predefined portion, any modification of a predefined portion, or any word or phrase within such predefined portion or such modification.

5. The system according to claim 1, further comprising means for searching at least one of said text-based predefined portions of said data using said plurality of attributes, wherein said plurality of attributes are coupled to each of said predefined portions by said respective linking means, and for retrieving one or more of said predefined portions using said plurality of attributes to define a point in said multidimensional space.

6. The system according to claim 1, wherein said markup language is Standard Generalised Markup Language (SGML) or eXtensible Markup Language (XML).

7. The system according to claim 6, wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

8. The system according to claim 1, wherein said linking means comprises any piece of information additional to the body of the text-based data.

9. The system according to claim 8, wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data.

10. The system according to claim 1, wherein said at least one linking means comprises an identification code for said respective predefined portion.

11. The system according to claim 1, wherein a first database comprises said plurality of predefined portions of text-based data.

12. The system according to claim 11, wherein a second database comprises said plurality of attributes for managing said first database.

13. The system according to claim 1, wherein said predefined portions are encoded with one or more attributes.

14. The system according to claim 1, wherein said respective predefined portion is changed by performing one of the group consisting of adding at least one attribute to said respective predefined portion, deleting at least one attribute from said respective predefined portion, and modifying at least one of the attributes of said respective predefined portion.

15. The system according to claim 1, wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion.

156

16. The system according to claim 1, wherein said text-based data comprises legislation.

17. The system according to claim 16, wherein each of said plurality of predefined portions of said text-based data is a respective provision of said legislation.

18. The system according to claim 17, wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s).

19. The system according to claim 1, wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data.

20. A computer readable recording medium for publishing an electronic publication using text-based data, comprising:
   a plurality of predefined portions of text-based data with each predefined portion being stored;
   at least one predefined portion being modified and stored; and
   a plurality of linking means of a markup language, each predefined portion of said text-based data and said at least one modified predefined portion of text-based data being encoded with at least one linking means; and
   a plurality of attributes, each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of said text-based data.

21. The recording medium according to claim 20, wherein means for searching can be used to search the recording medium.

22. The recording medium according to claim 21, wherein said searching means uses one or more attributes.

23. The recording medium according to claim 21, wherein said searching means uses any predefined portion, any modification of a predefined portion, or any word or phrase within such predefined portion or such modification.

24. The recording medium according to claim 20, further comprising means for searching at least one of said predefined portions of said text-based data uses said plurality of attributes, wherein said plurality of attributes are coupled to each of said predefined portions by said respective linking means, and for retrieving one or more of said predefined portions using said plurality of attributes to define a point in said multidimensional space.

25. The recording medium according to claim 20, wherein said markup language is Standard Generalised Markup Language (SGML) or eXtensible Markup Language (XML).

26. The recording medium according to claim 25, wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

27. The recording medium according to claim 20, wherein said linking means comprises any piece of information additional to the body of the text-based data.

28. The recording medium according to claim 27, wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data.

29. The recording medium according to claim 20, wherein said at least one linking means comprises an identification code for said respective predefined portion.

30. The recording medium according to claim 20, wherein a first database comprises said plurality of predefined portions of said text-based data.

31. The recording medium according to claim 30, wherein a second database comprises said plurality of attributes for managing said first database.

32. The recording medium according to claim 20, wherein said predefined portions are encoded with one or more attributes.

US 6,233,592 B1

157

33. The recording medium according to claim 20, wherein said respective predefined portion is changed by performing one of the group consisting of adding at least one attribute to said respective predefined portion, deleting at least one attribute from said respective predefined portion, and modifying at least one of the attributes of said respective predefined portion.

34. The recording medium according to claim 20, wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion.

35. The recording medium according to claim 20, wherein said text-based data comprises legislation.

36. The recording medium according to claim 35, wherein each of said plurality of predefined portions of said text-based data is a respective provision of said legislation.

37. The recording medium according to claim 36, wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s).

38. The recording medium according to claim 20, wherein said recording medium is made from one of the group consisting of magnetic media, optical media, and magneto-optical media.

39. The recording medium according to claim 20, wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data.

40. A computer-implemented method for publishing an electronic publication using text-based data, comprising the steps of:

providing a plurality of predefined portions of text-based data with each predefined portion being stored;

encoding each predefined portion of said text-based data with at least one linking means of a markup language;

providing at least one predefined portion being modified and stored;

providing a plurality of attributes, each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of said text-based data.

41. The method according to claim 40, comprising the step of searching said text-based data.

42. The method according to claim 41, wherein said searching step uses one or more attributes.

43. The method according to claim 41, wherein said searching step uses any predefined portion, any modification of a predefined portion, or any word or phrase within such predefined portion or such modification.

44. The method according to claim 40, further comprising the step of searching at least one of said predefined portions of said text-based data using said plurality of attributes, wherein said plurality of attributes are coupled to each of

158

said predefined portions by said respective linking means, and for retrieving one or more of said predefined portions using said plurality of attributes to define a point in said multidimensional space.

45. The method according to claim 40, wherein said markup language is Standard Generalised Markup Language (SGML) or eXtensible Markup Language (XML).

46. The method according to claim 45, wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

47. The method according to claim 40, wherein said linking means comprises any piece of information additional to the body of the text-based data.

48. The method according to claim 47 wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data.

49. The method according to claim 40, wherein said at least one linking means comprises an identification code for said respective predefined portion.

50. The method according to claim 40, wherein a first database comprises said plurality of predefined portions of said text-based data.

51. The method according to claim 50, wherein a second database comprises said plurality of attributes for managing said first database.

52. The method according to claim 40, wherein said predefined portions are encoded with one or more attributes.

53. The method according to claim 40, wherein said respective predefined portion is changed by performing one of the group consisting of adding at least one attribute to said respective predefined portion, deleting at least one attribute from said respective predefined portion, and modifying at least one of the attributes of said respective predefined portion.

54. The method according to claim 40, wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion.

55. The method according to claim 40, wherein said text-based data comprises legislation.

56. The method according to claim 55, wherein each of said plurality of predefined portions of text-based data is a respective provision of said legislation.

57. The method according to claim 56, wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s).

58. The method according to claim 40, wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data.

* * * * *