# EXHIBIT 5
## TO DECLARATION OF CHAD DROWN

Dockets.Justia.com

| An das Europäische Patentamt | To the European Patent Office EPO - DG 1 | A l'Office européen des brevets | 1 |
|---|---|---|---|
| | 27 07. 1999 | (68) | |
| Eintritt in die regionale Phase vor dem EPA als Bestimmungsamt oder ausgewähltem Amt | Entry into the regional phase before the EPO as designated or elected Office | Entrée dans la phase régionale devant l'OEB agissant en qualité d'Office désigné ou élu | |

| Europäische Anmeldenummer oder, falls nicht bekannt, PCT-Aktenzeichen oder PCT-Veröffentlichungsnummer | European application number, or, if not known, PCT application or publication number | Numéro de dépôt de la demande de brevet européen ou, à défaut numéro de dépôt PCT ou de publication PCT |
|---|---|---|
| | 98901249.7 | |

| Zeichen des Anmelders oder Vertreters (max. 15 Positionen) | Applicant's or representative's reference (max. 15 spaces) | Référence du demandeur ou du mandataire (15 caractères ou espaces au maximum) |
|---|---|---|
| | P99-45-EP | |

☒ 1. **Anmelder**
Die Angaben über den (die) Anmelder sind in der internationalen Veröffentlichung enthalten oder vom Internationalen Büro nach der internationalen Veröffentlichung vermerkt werden

☐ Änderungen, die das Internationale Büro noch nicht vermerkt hat, sind auf einem Zusatzblatt angegeben

**Zustellanschrift**
(siehe Merkblatt II, 1)

1. **Applicant**
Indications concerning the applicant(s) are contained in the international publication or recorded by the International Bureau after the international publication.

Changes which have not yet been recorded by the International Bureau are set out on an additional sheet.

**Address for correspondence**
(see Notes II, 1)

1. **Demandeur**
Les indications concernant le(s) demandeur(s) figurent dans la publication internationale ou ont été enregistrées par le Bureau international après la publication internationale

Les changements qui n'ont pas encore été enregistrés par le Bureau international sont indiqués sur une feuille additionnelle.

**Adresse pour la correspondance**
(voir notice II, 1)

## Zur Kasse

2. **Vertreter**

**Name** (Nur einen Vertreter angeben, der in das europäische Patentregister eingetragen und an den zugestellt wird)

**Geschäftsanschrift**

**Telefon**

**Telefax**   **Telex**

☒ Weitere(r) Vertreter auf Zusatzblatt

2. **Representative**

**Name** (Name only one representative who is to be listed in the Register of European Patents and to whom notification is to be made)

RYAN, Anne Mary (Registration No. 72410)
**Address of place of business**
60 Northumberland Road,
Ballsbridge,
Dublin 4, Ireland.

**Telephone**
+ 353 1 668 0094

**Fax**   **Telex**
+ 353 1 668 0412

Additional representative(s) on additional sheet

2. **Mandataire**

**Nom** (N'indiquer qu' un seul mandataire, qui sera inscrit au Registre européen des brevets et auquel signification sera faite)

**Adresse professionnelle**

**Téléphone**

**Téléfax**   **Télex**

Autre(s) mandataire(s) sur feuille additionnelle

3 **Vollmacht**

☐ Einzelvollmacht ist beigefugt

☐ Allgemeine Vollmacht ist registriert unter Nummer

Allgemeine Vollmacht ist eingereicht aber noch nicht registriert

Die beim EPA als PCT-Anmeldeamt eingereichte Vollmacht schließt ausdrücklich die regionale Phase ein

3. **Authorisation**

Individual authorisation is attached

General authorisation has been registered under No

A general authorisation has been filed but not yet registered

The authorisation filed with the EPO as PCT receiving Office expressly includes the regional phase

3. **Pouvoir**

Un pouvoir spécial est joint

Un pouvoir général a été enregistré sous le n°

Un pouvoir général a été déposé mais n'est pas encore enregistré

Le pouvoir général tel que déposé à l'OEB agissant en qualité d'office récepteur au titre du PCT s'applique expressément à la phase régionale

EPA/EPO/OEB Form 1200 1 12 96

1

2

| | | |
|---|---|---|
| ☒ 4. **Prüfungsantrag**<br>Hiermit wird die Prüfung der Anmeldung gemäß Art. 94 EPÜ beantragt. Die Prüfungsgebühr wird (wurde) entrichtet.<br><br>*Prüfungsantrag in einer zugelassenen Nichtamtssprache (siehe Merkblatt III, 6.2):* | 4. **Request for examination**<br>Examination of the application under Art. 94 EPC is hereby requested. The examination fee is being (has been, will be) paid.<br><br>*Request for examination in an admissible non-EPO language (see Notes III, 6.2):* | 4. **Requête en examen**<br>Il est demandé que la demande de brevet soit examinée, conformément à l'art. 94 CBE. Il est (a été, sera) procédé au paiement de la taxe d'examen.<br><br>*Requête en examen dans une langue non officielle autorisée (voir notice III, 6.2):* |
| ☐ 5. **Abschriften**<br>Zusätzliche Abschrift(en) der im ergänzenden europäischen Recherchenbericht angeführten Schriftstücke wird (werden) beantragt.<br><br>Anzahl der **zusätzlichen** Sätze von Abschriften | 5. **Copies**<br>Additional copy (copies) of the documents cited in the supplementary European search report is (are) requested.<br><br>Number of **additional** sets of copies | 5. **Copies**<br>Prière de fournir une (des) copie(s) supplémentaire(s) des documents cités dans le rapport complémentaire de recherche européenne.<br><br>Nombre de jeux **supplémentaires** de copies |
| 6. **Für das Verfahren vor dem EPA bestimmte Unterlagen**<br><br>6.1 Dem Verfahren vor dem EPA als **Bestimmungsamt** (PCT I) sind folgende Unterlagen zugrunde zu legen.<br><br>☒ die vom Internationalen Büro veröffentlichten Anmeldungsunterlagen (mit **allen** Ansprüchen, Beschreibung und Zeichnungen) gegebenenfalls mit den geänderten Ansprüchen nach Art. 19 PCT<br><br>☐ soweit sie nicht ersetzt werden durch die **in drei Stücken** beigefügten **Änderungen**.<br><br>*Falls nötig, sind Klarstellungen auf einem Zusatzblatt einzureichen!*<br><br>6.2 Dem Verfahren vor dem EPA als **ausgewähltem Amt** (PCT II) sind folgende Unterlagen zugrunde zu legen<br><br>☒ die dem **internationalen vorläufigen Prüfungsbericht** zugrunde gelegten **Unterlagen**, einschließlich seiner eventuellen **Anlagen**<br>*(Solche Anlagen müssen immer in drei Stücken beigefügt werden)*<br><br>☐ soweit sie nicht ersetzt werden durch die **in drei Stücken** beigefügten **Änderungen**.<br><br>*Falls nötig, sind Klarstellungen auf einem Zusatzblatt einzureichen!*<br><br>☒ Sind dem EPA als mit der internationalen vorläufigen Prüfung beauftragten Behörde **Versuchsberichte** zugegangen, dürfen diese dem Verfahren vor dem EPA zugrunde gelegt werden | 6. **Documents intended for proceedings before the EPO**<br><br>6.1 Proceedings before the EPO as **designated Office** (PCT I) are to be based on the following documents:<br><br>the **application documents published** by the International Bureau (with **all** claims, description and drawings), where applicable with amended claims under Art. 19 PCT<br><br>unless replaced by the **amendments** enclosed in **triplicate.**<br><br>*Where necessary, clarifications must be submitted on a separate sheet!*<br><br>6.2 Proceedings before the EPO as **elected Office** (PCT II) are to be based on the following documents:<br><br>the **documents on which the international preliminary examination report is based**, including its possible **annexes**<br>*(Such annexes must always be filed in triplicate)*<br><br>unless replaced by the **amendments** enclosed in **triplicate**<br><br>*Where necessary, clarifications must be submitted on a separate sheet!*<br><br>If the EPO as International Preliminary Examining Authority has received **test reports**, these may be used as the basis of proceedings before the EPO | 6. **Pièces destinées à la procédure devant l'OEB**<br><br>6.1 La procédure devant l'OEB agissant en qualité d'**office désigné** (PCT I) doit se fonder sur les pièces suivantes :<br><br>les **pièces de la demande publiée** par le Bureau international (avec **toutes** les revendications, la description et les dessins), éventuellement avec les revendications modifiées conformément à l'article 19 du PCT<br><br>dans la mesure où elles ne sont pas remplacées par les **modifications** jointes **en trois exemplaires.**<br><br>*Le cas échéant, des explications doivent être jointes sur une feuille additionnelle!*<br><br>6.2 La procédure devant l'OEB **agissant en qualité d'office élu** (PCT II) doit se fonder sur les pièces suivantes<br><br>les **pièces sur lesquelles se fonde le rapport d'examen préliminaire international**, y compris ses annexes éventuelles<br>*(De telles annexes sont toujours à joindre en trois exemplaires)*<br><br>dans la mesure où elles ne sont pas remplacées par les **modifications** jointes **en trois exemplaires.**<br><br>*Le cas échéant, des explications doivent être jointes sur une feuille additionnelle!*<br><br>Si l'OEB agissant en qualité d'administration chargée de l'examen préliminaire international a reçu des **rapports d'essais**, ils peuvent constituer la base de la procédure devant l'OEB |

| | | |
|---|---|---|
| 7. **Übersetzungen**<br>Beigefügt sind die nachfolgend angekreuzten Übersetzungen in einer der Amtssprachen des EPA (Deutsch, Englisch, Französisch): | 7. **Translations**<br>Translations in one of the official languages of the EPO (English, French, German) are enclosed as crossed below: | 7. **Traductions**<br>Vous trouverez ci-jointes les traductions cochées ci-après dans l'une des langues officielles de l'OEB (allemand, anglais, français) : |
| • *Im Verfahren vor dem EPA als Bestimmungsamt oder ausgewähltem Amt (PCT I + II):* | • *In proceedings before the EPO as designated or elected Office (PCT I + II):* | • *Dans la procédure devant l'OEB agissant en qualité d'Office désigné ou élu (PCT I + II):* |
| ☐ Übersetzung der **ursprünglich eingereichten internationalen Anmeldung** (Beschreibung, Ansprüche, etwaige Textbestandteile in den Zeichnungen), der veröffentlichten Zusammenfassung, und etwaiger Angaben über Mikroorganismen nach Regel 13bis.3 und 13bis.4 PCT, **in drei Stücken** | ☐ Translation of the **international application** (description, claims, any text in the drawings) **as originally filed**, of the abstract as published and of any indication under Rule 13bis.3 and 13bis.4 PCT regarding micro-organisms, **in triplicate** | ☐ Traduction de la **demande internationale telle que déposée initialement** (description, revendications, textes figurant éventuellement dans les dessins), de l'abrégé publié, et de toutes indications visées aux règles 13bis.3 et 13bis.4 du PCT concernant les micro-organismes, **en trois exemplaires** |
| ☐ Übersetzung der **prioritätsbegründenden Anmeldung(en), in einem Stück** | ☐ Translation **of the priority application(s), in one copy** | ☐ Traduction de la (des) **demande(s) ouvrant le droit de priorité, en un exemplaire** |
| • *Zusätzlich im Verfahren vor dem EPA als Bestimmungsamt (PCT I)* | • *In addition, in proceedings before the EPO as designated Office (PCT I):* | • *De plus, dans la procédure devant l'OEB agissant en qualité d'office désigné (PCT I) :* |
| ☐ Übersetzung der nach Art. 19 PCT **geänderten Ansprüche** nebst Erklärung, falls diese dem Verfahren vor dem EPA zugrunde gelegt werden sollen (siehe Feld 6), **in drei Stücken** | ☐ Translation of **amended claims** and any statement under Art. 19 PCT, if the claims as amended are to form the basis for the proceedings before the EPO (see Section 6), **in triplicate** | ☐ Traduction des **revendications modifiées** et de la déclaration faite conformément à l'article 19 du PCT, si la procédure devant l'OEB doit être fondée sur les revendications modifiées (cf. rubrique 6), **en trois exemplaires** |
| • *Zusätzlich im Verfahren vor dem EPA als ausgewähltem Amt (PCT II):* | • *In addition, in proceedings before the EPO as elected Office (PCT II)* | • *De plus, dans la procédure devant l'OEB agissant en qualité d'office élu (PCT II) :* |
| ☐ Übersetzung der **Anlagen zum internationalen vorläufigen Prüfungsbericht, in drei Stücken** | ☐ Translation of any **annexes to the international preliminary examination report, in triplicate** | ☐ Traduction des **annexes du rapport d'examen préliminaire international, en trois exemplaires** |
| 8. **Biologisches Material**<br>☐ Die Erfindung betrifft biologisches Material oder seine Verwendung, das nach Regel 28 EPÜ hinterlegt worden ist. | 8. **Biological material**<br>☐ The invention relates to and/or uses biological material deposited under Rule 28 EPC. | 8. **Matière biologique**<br>☐ L'invention concerne et/ou utilise la matière biologique, déposée conformément à la règle 28 CBE. |
| ☐ Die Angaben nach Regel 28(1)c) EPÜ sind in der internationalen Veröffentlichung oder in der gemäß Feld 7 eingereichten Übersetzung enthalten auf<br><br>Seite(n) / Zeile(n) | ☐ The particulars referred to in Rule 28(1)(c) EPC are given in the international publication or in the translation submitted under Section 7 on<br><br>page(s) / line(s) | ☐ Les indications visées à la règle 28(1)c) CBE figurent dans la publication internationale ou dans une traduction produite conformément à la rubrique 7 a la / aux<br><br>page(s) / ligne(s) |
| Die **Empfangsbescheinigung(en)** der Hinterlegungsstelle<br>☐ ist (sind) beigefügt<br>☐ wird (werden) nachgereicht | The **receipt(s) of deposit** issued by the depositary institution<br>☐ is (are) enclosed<br>☐ will be filed at a later date | Le(s) **récépissé(s) de dépôt** délivré(s) par l'autorité de dépôt<br>☐ est (sont) joint(s)<br>☐ sera (seront) produit(s) ultérieurement |
| ☐ Verzicht auf die Verpflichtung des Antragstellers nach Regel 28(3) auf gesondertem Schriftstück | ☐ Waiver of the right to an undertaking from the requester pursuant to Rule 28(3) attached | ☐ Renonciation, sur document distinct, à l'engagement du requérant au titre de la règle 28(3) |

4

| | 9. Nucleotid- und Aminosäuresequenzen | 9. Nucleotide and amino acid sequences | 9. Séquences de nucléotides et d'acides aminés |
|---|---|---|---|
| ☐ | Die nach Regeln 5.2 und 13ter PCT sowie Regel 104b (3a) EPÜ erforderlichen Unterlagen liegen dem EPA bereits vor. | The items necessary in accordance with Rules 5.2 and 13ter PCT and Rule 104b (3a) EPC have already been furnished to the EPO. | Les pièces requises selon les règles 5.2 et 13ter PCT et la règle 104ter (3bis) CBE ont déjà été déposées auprès de l'OEB. |
| ☐ | Das schriftliche Sequenzprotokoll wird anliegend in einer Amtssprache des EPA nachgereicht. | The written sequence listing is furnished herewith in an official language of the EPO. | La liste de séquences écrite est produite ci-joint dans une des langues officielles de l'OEB. |
| ☐ | Das Sequenzprotokoll geht nicht über den Inhalt der Anmeldung in der ursprünglich eingereichten Fassung hinaus. | The sequence listing does not include matter which goes beyond the content of the application as filed | La liste de séquences ne contient pas d'éléments s'étendant au-delà du contenu de la demande telle qu'elle a été déposée. |
| ☐ | Der vorgeschriebene maschinenlesbare Datenträger ist beigefügt. | The prescribed machine-readable data carrier is enclosed. | Le support de données prescrit, déchiffrable par machine, est annexé. |
| ☐ | Die auf dem Datenträger gespeicherte Information stimmt mit dem schriftlichen Sequenzprotokoll überein. | The information recorded on the data carrier is identical to the written sequence listing | L'information figurant sur le support de données est identique à celle que contient la liste de séquences écrite |

**10. Benennungsgebühren**
10.1 Benennungsgebühren werden für nachstehende in der internationalen Anmeldung **bestimmte Vertragsstaaten des EPÜ** entrichtet:

**10. Designation fees**
10.1 Designation fees are paid in respect of the following EPC **Contracting States designated in the international application** for a European patent:

**10. Taxes de désignation**
10.1 Les taxes de désignation sont acquittées pour ceux des **Etats contractants de la CBE désignés dans la demande internationale** qui sont indiqués ci-après:

| | | | | | |
|---|---|---|---|---|---|
| [X] | AT | Österreich | Austria | Autriche | |
| [X] | BE | Belgien | Belgium | Belgique | |
| [X] | CH/LI | Schweiz und Liechtenstein | Switzerland and Liechtenstein | Suisse et Liechtenstein | |
| [X] | DE | Deutschland | Germany | Allemagne | |
| [X] | DK | Dänemark | Denmark | Danemark | |
| [X] | ES | Spanien | Spain | Espagne | |
| [X] | FI | Finnland | Finland | Finlande | |
| [X] | FR | Frankreich | France | France | |
| [X] | GB | Vereinigtes Königreich | United Kingdom | Royaume-Uni | |
| [X] | GR | Griechenland | Greece | Grèce | |
| [X] | IE | Irland | Ireland | Irlande | |
| [X] | IT | Italien | Italy | Italie | |
| [X] | LU | Luxemburg | Luxembourg | Luxembourg | |
| [X] | MC | Monaco | Monaco | Monaco | |
| [X] | NL | Niederlande | Netherlands | Pays-Bas | |
| [X] | PT | Portugal | Portugal | Portugal | |
| [X] | SE | Schweden | Sweden | Suède | |
| ☐ | ___ | _____ [1] | _____ [1] | _____ [1] | |
| ☐ | ___ | _____ [1] | _____ [1] | _____ [1] | |

[☒] 10.2 Derzeit ist nicht beabsichtigt, Benennungsgebühren für die in Feld 10.1 nicht angekreuzten, aber in der internationalen Anmeldung bestimmten Vertragsstaaten des EPÜ zu entrichten. Insoweit wird auf die Zustellung einer Mitteilung nach Regel 85a(1) EPÜ verzichtet. Sofern diese Benennungsgebühren nicht bis zum Ablauf der in Regel 85a(2) EPÜ vorgesehenen Nachfrist entrichtet werden, wird beantragt, von einer Mitteilung nach Regel 69(1) EPÜ abzusehen.

10.2 At present it is not intended to pay designation fees for the EPC Contracting States not marked with a cross under 10.1 but designated in the international application. No communication under Rule 85a(1) EPC in respect of these designation fees need be notified. If they have not been paid by the time the period of grace allowed in Rule 85a(2) EPC expires, it is requested that no communication be sent under Rule 69(1) EPC

10.2 Il n'est pas actuellement envisagé d'acquitter les taxes de désignation pour les Etats contractants de la CBE qui ne sont pas cochés sous la rubrique 10.1, mais qui sont désignés dans la demande internationale. Le demandeur renonce ainsi à la notification prévue à la règle 85bis(1) CBE. Si ces taxes de désignation ne sont pas acquittées à l'expiration du délai supplémentaire prévu à la règle 85bis(2) CBE, il est demandé de s'abstenir d'envoyer une notification, établie conformément à la règle 69(1) CBE

[1] Vorgesehen für die Eintragung weiterer Vertragsstaaten des EPÜ, für die der PCT oder das EPÜ nach Drucklegung dieses Formblatts in Kraft tritt und die in der internationalen Anmeldung für ein europäisches Patent bestimmt waren

[1] Space for any other EPC Contracting States which may become PCT or EPC Contracting States after this form has been printed and which were designated for a European patent in the international application

[1] Prévu pour l'inscription d'autres Etats contractants de la CBE à l'égard desquels le PCT ou la CBE entrera en vigueur après l'impression du présent formulaire et qui ont été désignés dans la demande internationale pour un brevet européen

5

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ | 11. | **Erstreckung des europäischen Patents** Diese Anmeldung gilt auch als Erstreckungsantrag hinsichtlich aller **in der internationalen Anmeldung bestimmten Nicht-Vertragsstaaten** des EPÜ, mit denen bei Einreichung der internationalen Anmeldung »Erstreckungsabkommen« in Kraft waren*. **Die Erstreckung wird jedoch nur wirksam, wenn die vorgeschriebene Erstreckungsgebühr entrichtet wird.** Der Anmelder beabsichtigt, die Erstreckungsgebühr für die nachfolgend angekreuzten Staaten zu entrichten· | 11. | **Extension of the European patent** This application is also considered as being a request for extension to all the **non-Contracting States** to the EPC **designated in the international application** with which "extension agreements" were in force on the date of filing the international application*. **However, the extension only takes effect if the prescribed extension fee is paid.** The applicant intends to pay the extension fee for the States marked with a cross below· | 11. | **Extension des effets du brevet européen** La présente demande est également réputée demande d'extension à tous les **États non adhérents** à la CBE **désignés dans la demande internationale**, avec lesquels existaient, lors du dépôt de la demande, des «accords d'extension»*. **Toutefois l'extension ne produit ses effets que si la taxe d'extension prescrite est acquittée.** Le demandeur se propose actuellement d'acquitter la taxe d'extension pour les États dont le nom est coché ci-après: |
| [X] SI | | Slowenien (* ab 1. März 1994) | | Slovenia (* as of 1 March 1994) | | Slovénie (* à compter du 1er mars 1994) |
| [X] LT | | Litauen (* ab 5 Juli 1994) | | Lithuania (* as of 5 July 1994) | | Lituanie (* à compter du 5 juillet 1994) |
| [X] LV | | Lettland (* ab 1 Mai 1995) | | Latvia (* as of 1 May 1995) | | Lettonie (* à compter du 1er mai 1995) |
| [X] AL | | Albanien (* ab 1. Februar 1996) | | Albania (* as of 1 February 1996) | | Albanie (* à compter du 1er fevrier 1996) |
| [X] RO | | Rumänien (* ab 15 Oktober 1996) | | Romania (* as of 15 October 1996) | | Roumanie (* à compter du 15 octobre 1996) |
| x MK | | ¹⁾ | | Macedonia ¹⁾ | | ¹⁾ |

1) Platz für Staaten, mit denen »Erstreckungsabkommen« nach Drucklegung dieses Formblatts in Kraft treten und die in der internationalen Anmeldung bestimmt waren

1) Space for States with which "extension agreements" enter into force after this form has been printed and which were designated in the international application

1) Prévu pour des États à l'égard desquels des «accords d'extension» entreront en vigueur après l'impression du présent formulaire et qui ont été désignés dans la demande internationale

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 12. | **Automatischer Abbuchungsauftrag** *(Nur möglich für Inhaber von beim EPA geführten laufenden Konten)* Das EPA wird beauftragt, nach Maßgabe der Vorschriften über das automatische Abbuchungsverfahren fällige Gebühren und Auslagen vom untenstehenden laufenden Konto abzubuchen. Nummer des laufenden Kontos / Name des Kontoinhabers | 12. | **Automatic debit order** *(for EPO deposit account holders only)* The EPO is hereby authorised, under the Arrangements for the automatic debiting procedure, to debit from the deposit account below any fees and costs falling due Deposit account number / Account holder's name | 12. | **Ordre de prélèvement automatique** *(uniquement possible pour les titulaires de comptes courants ouverts auprès de l'OEB)* Par la présente, il est demandé à l'OEB de prélever du compte courant ci-dessous les taxes et frais venant à échéance, conformément à la réglementation relative au prélèvement automatique. N° du compte courant / Nom du titulaire du compte |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 13 | Eventuelle **Rückzahlungen** auf das beim EPA geführte laufende Konto Nummer Name des Kontoinhabers | 13 | **Reimbursement**, if any, to EPO deposit account number Account holder's name | 13. | **Remboursements** éventuels à effectuer sur le compte courant ouvert auprès de l'OEB numéro Nom du titulaire du compte |

| | | | | |
|---|---|---|---|---|
| 14. | **Unterschrift(en)** des (der) Anmelder(s) oder Vertreters **Ort / Datum** | 14. | **Signature(s)** of applicant(s) or representative **Place / Date** | 14. | **Signature(s)** du (des) demandeur(s) ou mandataire **Lieu / Date** |

Dublin, July 23, 1999.

*[signature]*
Anne Ryan
Representative

| | | |
|---|---|---|
| Für Angestellte (Art. 133(3) EPÜ) mit allgemeiner Vollmacht: Nr. _____ | For employees (Art. 133(3) EPC) having a general authorisation: No. _____ | Pour les employés (art. 133(3) CBE) disposant d'un pouvoir général. N° _____ |

Name(n) der (der) Unterzeichneten bitte mit Schreibmaschine wiederholen Bei juristischen Personen bitte auch die Stellung der (der) Unterzeichneten innerhalb der Gesellschaft eintragen

Please type name(s) under signature(s) In the case of legal persons the position of the signatory within the company should also be typed

Veuillez faire figurer le nom dactylographié sous la signature Si ce nom désigne une personne morale ajouter la mention dactylographiée de la position occupée par le signataire au sein de la société

EPO - DG 1

27 07. 1999



## Continuation of EPO Form 1200

European Patent Application No. 98901249.7

### Section 2:   Additional Representative

| | |
|---|---|
| Name: | RYAN, John Mary<br>(Registration No. 72420) |
| Address or<br>place of business: | ANNE RYAN & CO.,<br>60 Northumberland Road,<br>Ballsbridge,<br>Dublin 4,<br>Ireland. |
| Tel:<br>Fax: | + 353-1-668-0094<br>+ 353-1-668-0412 |
| Signature | *[signature]*<br>Anne Ryan -<br>Representative |

Dublin, July 23, 1999.