# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **TIMEBASE PTY LTD.,**<br><br>                             **Plaintiff,**<br><br>vs.<br><br>**THE THOMSON CORPORATION,**<br><br>                             **Defendant**. | Civil No. 07-1687 (JNE/JJG) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**(1)** **Defendants' Motion and Notice of Hearing on Motion to Stay Litigation Pending Reexamination Proceedings**

**(2)** **Defendants' Brief in Support of Motion to Stay Litigation Pending Reexamination Proceedings**

**(3)** **Declaration of Chad Drown in Support of Motion to Stay Litigation Pending Reexamination Proceedings and accompanying exhibits 1-9**

The following counsel have been served with these documents via CM/ECF:

- **Joseph N Hosteny** at jhosteny@hosteny.com
- **Michael R Cunningham** at michael.cunningham@gpmlaw.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable Jeanne J. Graham

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

- **Joseph N Hosteny** at jhosteny@hosteny.com
- **Michael R Cunningham** at michael.cunningham@gpmlaw.com

Dated: June 14, 2007                    **FAEGRE & BENSON LLP**


                                        *s/ Chad Drown*
                                        Calvin L. Litsey #153746
                                        David J.F. Gross, #208772
                                        Chad Drown, #319053
                                        Timothy E. Grimsrud, #34283X
                                        Elizabeth Wright, #387126

                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, Minnesota 55402
                                        Telephone:  (612) 766-7000
                                        Fax:  (612) 766-1600

                                        **Attorneys for Defendants**

fb.us.2090771.01