IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE
*TimeBase Pty Ltd. v. The Thomson Corporation, et al.*
07-CV-1687 JNE/JJG

I hereby certify that on June 18, 2007, I caused the Amended Complaint to be filed electronically with the Clerk of Court through ECF and that I received notice that ECF will send an e-notice of the electronic filings to the following:

    Chad Drown    cdrown@faegre.com, dbrant@faegre.com

    Arthur A Gasey    gasey@nshn.com,

    Timothy E Grimsrud    tgrimsrud@faegre.com, mlysne@faegre.com

    David J F Gross    dgross@faegre.com, degan@faegre.com

    Joseph N Hosteny    jhosteny@hosteny.com, zylman@nshn.com, burke@nshn.com

    Calvin L Litsey    clitsey@faegre.com, tconn@faegre.com

    Elizabeth Cowan Wright    ewright@faegre.com

I further certify that I caused copies of the foregoing documents to be mailed by first class mail, postage paid, to the following:

    Barry F. Irwin
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Suite 6100
    Chicago, IL  60601

Dated: June 18, 2007

    s/Kristina K. Procai
    Kristina K. Procai
    Assistant to Michael R. Cunningham (#20424)
    Gray, Plant Mooty, Mooty & Bennett, P.A.
    500 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402
    Phone: (612) 632-3000
    Fax: (612) 632-4444

GP:1673816 v1