## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-1687 (JNE/JJG)** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**(1)   Defendants' Answer to the Amended Complaint**

The following counsel have been served with these documents via CM/ECF:

- **Joseph N Hosteny** at jhosteny@hosteny.com
- **Michael R Cunningham** at michael.cunningham@gpmlaw.com

| | |
|---|---|
| Dated: June 18, 2007 | **FAEGRE & BENSON LLP** |
| | |
| | *s/ Chad Drown* |
| | Calvin L. Litsey #153746 |
| | David J.F. Gross, #208772 |
| | Chad Drown, #319053 |
| | Timothy E. Grimsrud, #34283X |
| | Elizabeth Wright, #387126 |
| | |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | |
| | **Attorneys for Defendants** |

fb.us.2090771.01