# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-1687 (JNE/JJG) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO:** Clerk of Court, United States District Court for the District of Minnesota, and Counsel in the above-named action:

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, attorney **Barry F. Irwin** hereby withdraws as counsel for defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. in this case. Defendants continue to be represented by other counsel from Faegre & Benson LLP, already of record in this case.

- 2 -

Dated: June 19, 2007  **FAEGRE & BENSON LLP**

By:

*s/ Chad Drown*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Chad Drown, #319053
Timothy E. Grimsrud, #34283X
Elizabeth Wright, #387126

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: cdrown@faegre.com
Email: tgrimsrud@faegre.com
Email: ewright@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2128850.01