# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br> WEST PUBLISHING CORPORATION, <br> and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-1687 (JNE/JJG)** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

### (1) Notice of Withdrawal of Counsel Barry F. Irwin

The following counsel have been served with these documents via CM/ECF:

- **Joseph N Hosteny** at jhosteny@hosteny.com
- **Arthur A Gasey** at gasey@nshn.com
- **Michael R Cunningham** at michael.cunningham@gpmlaw.com

Dated: June 19, 2007                              **FAEGRE & BENSON LLP**


                                                  *s/ Chad Drown*
                                                  Calvin L. Litsey #153746
                                                  David J.F. Gross, #208772
                                                  Chad Drown, #319053
                                                  Timothy E. Grimsrud, #34283X
                                                  Elizabeth Wright, #387126

                                                  2200 Wells Fargo Center
                                                  90 South Seventh Street
                                                  Minneapolis, Minnesota 55402
                                                  Telephone:  (612) 766-7000
                                                  Fax:  (612) 766-1600

                                                  **Attorneys for Defendants**

fb.us.2090771.01