# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br> WEST PUBLISHING CORPORATION, <br> and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-1687 (JNE/JJG)** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**(1)    Defendants' Rule 7.1 Disclosure Statement**

The following counsel have been served with these documents via CM/ECF:

- **Joseph N Hosteny** at jhosteny@hosteny.com
- **Michael R Cunningham** at michael.cunningham@gpmlaw.com

| | |
|---|---|
| Dated: June 19, 2007 | **FAEGRE & BENSON LLP** |

*s/ Chad Drown*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Chad Drown, #319053
Timothy E. Grimsrud, #34283X
Elizabeth Wright, #387126

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

**Attorneys for Defendants**

fb.us.2090771.01