# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Timbase Pty Ltd.,

          Plaintiff,

v.

The Thomson Corporation, et al.,

          Defendants.

**COURT MINUTES**
BEFORE: Jeanne J. Graham
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 07-cv-1687 (JNE/JJG) |
| Date: | June 28, 1997 |
| Court Reporter: | n/a |
| Tape Number: | 52 (510 - 1906) |
| Time Commenced: | 10:45 |
| Time Concluded: | 11:40 |
| Time in Court: | 55 minutes |

APPEARANCES:

For Plaintiff:     Joseph Hosteny, Michael Cunningham
For Defendant: Calvin Litsey, Elizabeth Wright

Hearing before Magistrate Judge Graham on Defendants' Motion to Stay Litigation Pending Reexamination Proceedings (Doc. No. 33). For the reasons stated on the record, the Defendants' motion was granted. The Rule 16 pretrial conference scheduled for today was cancelled. The parties were ordered to file status report letters every six months during the pendency of the stay.

☐ ORDER TO BE ISSUED     ☒ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

                                                                                                  s/Ann M. Bildtsen
                                                                                  Signature of Law Clerk