**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TIMEBASE PTY LTD.,                               07CV1687        (JNE/JJG)

v.

THE THOMSON CORPORATION,

---

TIMEBASE PTY LTD.,                               07CV4551        (ADM/AJB)

v.

THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, AND WEST SERVICES, INC.,

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case No. 07cv1687 having been assigned to Judge Joan N. Ericksen and Case No. 07cv4551 having later been assigned to Judge Ann D. Montgomery, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No 07cv4551 be assigned to Judge Joan N. Ericksen, *nunc pro tunc,* by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated June 29, 2006.

DATED: November 27, 2007.        s/ Joan N. Ericksen
                                 JOAN N. ERICKSEN, Judge
                                 United States District Court

DATED: November 28, 2007.        s/Ann D. Montgomery
                                 ANN D. MONTGOMERY, Judge
                                 United States District Court