# NIRO, SCAVONE, HALLER & NIRO

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4635

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

RAYMOND P. NIRO
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS

PAUL C. GIBBONS
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN
NICHOLAS M. DUDZIAK
KAREN L. BLOUIN
TAHITI ARSULOWICZ

OF COUNSEL:
THOMAS G. SCAVONE

December 21, 2007

*Via Facsimile 651-848-1897*

Honorable Jeanne J. Graham
U.S. Magistrate Judge
U.S. District for the District of Minnesota
Interim U.S. Courthouse, Suite 750
180 East Fifth Street
St. Paul, Minnesota 55101

Re:  Timebase v. Thomson (07CV1687 and 08CV4551 (D.MN.)

Dear Judge Graham:

This concerns Thomson's letter of December 20, 2007 regarding the status of the reexamination of the '592 patent asserted in this case.

There is no evidence of any kind that an examiner is doing anything. There has been no action since the request for reexamination was granted in April 2007. Thomson's statement that an examiner is in the process of considering "highly material" references is unsupported.

Thomson's letter does not provide the source of its quotation, that is, that the references are "highly material." In any event, that is not the standard of a reexamination.

Sincerely,

Joseph N. Hosteny

JNH/bz
cc:  Calvin L. Litsey, David J.F. Gross
     Chad Drown (*via facsimile:* 612-766-1600)