

UNITED STATES | ENGLAND | GERMANY | CHINA

CALVIN L. LITSEY
CLitsey@faegre.com
(612) 766-8608

December 20, 2007

The Honorable Jeanne J. Graham
United States Magistrate Judge
United States District Court - District of Minnesota
Interim U.S. Courthouse, Suite 750
180 East Fifth Street
St. Paul, MN 55101

  Re: *Timebase Pty Ltd. vs. The Thomson Corporation, et al.*
    Civil No. 07-CV-1687 (JNE/JJG)

Dear Magistrate Judge Graham:

  Pursuant to your order dated June 28, 2007, I write to provide you with a six-month status update on the reexamination of U.S. Patent No. 6,233,592 by the United States Patent & Trademark Office ("PTO"). The PTO assigned the reexamination to a Patent Examiner on June 25, 2007. The Patent Examiner is in the process of considering the references that the PTO found "highly material" to the patentability of the '592 Patent. No Office Action has issued at this time.

  Please do not hesitate to contact me with any questions.

              Very truly yours,

              *Cal Litsey/ecw*

              Calvin L. Litsey

LITCL:wriec
cc: Joseph N. Hosteny (via e-mail: jhosteny@hosteny.com)
   Michael R. Cunningham (via e-mail: michael.cunningham@gpmlaw.com)

fb.us.2485872.01

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS MINNESOTA 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

Dockets.Justia.com