UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-1687 (JNE/JJG) |
| vs. | ) | |
| | ) | |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, AND WEST SERVICES, INC. | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order from the bench (Doc. #45) requiring the parties to submit status reports on the examination process every six months,

IT IS HEREBY ORDERED that future status reports submitted by each party shall contain detailed explanations of the exact steps that have been taken and those steps yet to be completed in the examination process.

Dated: January 9, 2008         s/ *Jeanne J. Graham*
                               JEANNE J. GRAHAM
                               United States Magistrate Judge