# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TimeBase Party Ltd.,

    Plaintiff,

v.

The Thomson Corporation, et al.,

    Defendants.

Civil No. 07-cv-1687 (JNE/JJG)

**ORDER**

This matter is before the Court on the Defendants' motion in a related case, Civil No. 07-cv-4551 (JNE/JJG), to consolidate the instant case with the related case and expand a stay previously ordered in the instant case to the related case. For the reasons set forth in this Court's Order addressing the Defendants' motion to consolidate in Civil No. 07-cv-4551 (JNE/JJG), the Court declines to expand the stay in this matter to Civil No. 07-cv-4551 (JNE/JJG), lifts the stay issued in this matter, and consolidates the two cases to allow them to proceed together.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT**:

    A.    The stay of proceedings ordered by this Court on June 29, 2007, (Doc. No. 45), is **LIFTED**.

    B.    This case is **CONSOLIDATED** with Civil No. 07-cv-4551 (JNE/JJG).

Dated: February 7, 2008.

    s/ *Jeanne J. Graham*
    JEANNE J. GRAHAM
    United States Magistrate Judge