# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | Civil No. 07-1687 (JNE/JJG) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL** |
| | **AND SUBSTITUTION OF COUNSEL** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

**TO:** Clerk of Court, United States District Court for the District of Minnesota, and Counsel in the above-named action:

**PLEASE TAKE NOTICE** that pursuant to Rule 83.7(b) of the Local Rules of the Untied States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. have retained Shawn T. Gordon of Faegre & Benson LLP to substitute as counsel for Elizabeth Cowan Wright, also of Faegre & Benson LLP, in this case.

| | |
|---|---|
| Dated: February 13, 2008 | **FAEGRE & BENSON LLP**<br><br>By:<br><br>*s/ Elizabeth Cowan Wright*<br>Calvin L. Litsey #153746<br>Elizabeth Cowan Wright, #387126<br><br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: clitsey@faegre.com<br>Email: ewright@faegre.com<br><br>**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.** |
| Dated: February 13, 2008 | **FAEGRE & BENSON LLP**<br><br>By:<br><br>*s/ Shawn T. Gordon*<br>Calvin L. Litsey #153746<br>Shawn T. Gordon, #336439<br><br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: clitsey@faegre.com<br>Email: sgordon@faegre.com<br><br>**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.** |

fb.us.2607169.01