# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    **Plaintiff,**

v.

**Trek Bicycle Corporation,**

    **Defendant/Third-Party Plaintiff,**

v.

**Greg LeMond,**

    **Third-Party Defendant.**

**Case No. 08-CV-01010 (RHK/JSM)**

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE FOR PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

    I, Denise S. Rahne, certify that *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Responses to Plaintiff's First Set of Discovery Requests* complies with Local Rule 7.1(c).

    I further certify that, in preparing this document, I used Microsoft ® Office Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above-referenced document contains 2,714 words.

Dated: December 31, 2008.

                                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                    By:    *s/Denise S. Rahne*
                                                Christopher W. Madel #230297
                                                Denise S. Rahne #331314
                                                Jennifer M. Robbins #387745

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.

80499337.1