UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TIMEBASE PTY LTD,

        Plaintiff,                CIVIL NO. 07-1687 (JNE/JJG)

v.                                         **CANCELLATION OF**
                                           **PRETRIAL CONFERENCE**

THE THOMSON CORPORATION,
WEST PUBLISHING COMPANY,
and WEST SERVICES, INC.,

        Defendants.

---

TIMEBASE PTY LTD,

        Plaintiff,                CIVIL NO. 07-4551 (JNE/JJG)

v.                                         **CANCELLATION OF**
                                           **PRETRIAL CONFERENCE**

THE THOMSON CORPORATION,
WEST PUBLISHING COMPANY,
and WEST SERVICES, INC.,

        Defendants.

---

      The Pretrial Conference scheduled for Friday, April 11, 2008 has been cancelled. The conference will be rescheduled after the ruling on defendants' appeal of this Court's order lifting the stay in Case No. 07-CV-1687 (JNE/JJG) and consolidating these cases.


Dated: April 3, 2008                    s/ *Jeanne J. Graham*
                                           JEANNE J. GRAHAM
                                           U.S. Magistrate Judge