UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TimeBase Pty Ltd.,

        Plaintiff,

v.

The Thomson Corporation, West Publishing
Corporation, and West Services, Inc.,

        Defendants.

Civil No. 07-1687 (JNE/JJG)
Civil No. 07-4551 (JNE/JJG)
ORDER

In Civil No. 07-1687 and Civil No. 07-4551, TimeBase Pty Ltd. claims that Defendants infringe U.S. Patent No. 6,233,592 ('592 Patent) and U.S. Patent No. 7,293,228, respectively. In June 2007, the magistrate judge stayed Civil No. 07-1687 pending a reexamination of the '592 Patent. In Orders dated February 7, 2008, the magistrate judge lifted the stay of Civil No. 07-1687, consolidated Civil No. 07-1687 and Civil No. 07-4551, and declined to stay Civil No. 07-4551. Defendants objected to portions of the Orders. Plaintiffs responded by arguing that the Orders should be affirmed. In an Office Action issued less than three weeks later, the United States Patent and Trademark Office rejected all claims in the '592 Patent. In light of the rejection of the '592 Patent's claims, the Court reconsiders the decisions to lift the stay of Civil No. 07-1687, to consolidate Civil No. 07-1687 and Civil No. 07-4551, and to decline to stay Civil No. 07-4551. *See* D. Minn. LR 72.2(a). The parties may submit memoranda that address these issues by April 25, 2008. No party shall submit a memorandum that exceeds 3,500 words. The memorandum shall otherwise comply with Local Rule 7.1(c), (e).

        IT IS SO ORDERED.

Dated: April 18, 2008

                                  s/ Joan N. Ericksen
                                  JOAN N. ERICKSEN
                                  United States District Judge