IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | Case No. 07-CV-4551 (JNE/JJG) |
| Plaintiff, ) | Case No. 07-CV-1687 (JNE/JJG) |
| vs. ) | |
| ) | **DEFENDANTS'** |
| THE THOMSON CORPORATION, WEST ) | **SUPPLEMENTAL RULE 7.1** |
| PUBLISHING CORPORATION, AND ) | **DISCLOSURE STATEMENT** |
| WEST SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 7.1(b)(2), Defendants hereby file this supplemental Rule 7.1 Disclosure Statement.

On April 17, 2008, Defendant The Thomson Corporation acquired Reuters Group PLC and became Thomson Reuters, a unified group operating under a dual listed company structure. Under this structure, Thomson Reuters has two publicly listed parent companies – Thomson Reuters Corporation and Thomson Reuters PLC.

1

| | |
|---|---|
| Dated: April 24, 2008 | **FAEGRE & BENSON LLP**<br><br>By:<br><br><u>s/ Shawn T. Gordon</u><br>David J.F. Gross #208772<br>Calvin L. Litsey #153746<br>Kevin P. Wagner #034008X<br>Shawn T. Gordon #336439<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: dgross@faegre.com<br>Email: clitsey@faegre.com<br>Email: kwagner@faegre.com<br>Email: sgordon@faegre.com<br><br>**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.** |

fb.us.2809684.01