# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | **Civil No. 07-CV-1687 (JNE/JJG)** |
| vs. | **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

    I, Shawn T. Gordon, certify that **DEFENDANTS' MEMORANDUM ADDRESSING ISSUES RELATED TO THE RECONSIDERATION OF THE ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687)** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

    I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above referenced document contains 3,049 words, excluding caption and signature block.

Dated: April 25, 2008

**FAEGRE & BENSON LLP**

**By:**

s/ Shawn T. Gordon
David J.F. Gross #208772
Calvin L. Litsey #153746
Kevin P. Wagner #034008X
Shawn T. Gordon #336439
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: dgross@faegre.com
Email: clitsey@faegre.com
Email: kwagner@faegre.com
Email: sgordon@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Services Publishing Corporation, and West Services Services, Inc.**

fb.us.2816261.01