# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | **Civil No. 07-CV-1687 (JNE/JJG)** |
| vs. | **CERTIFICATE OF SERVICE** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **DEFENDANTS' MEMORANDUM ADDRESSING ISSUES RELATED TO THE RECONSIDERATION OF THE ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687), WITH EXHIBITS 1-7; AND**

2. **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE.**

The following counsel have been served with these documents via CM/ECF:

**Joseph N Hosteny**
jhosteny@hosteny.com

**Michael R Cunningham**
michael.cunningham@gpmlaw.com

| Dated: April 25, 2008 | **FAEGRE & BENSON LLP** |
|---|---|
| | **By:** |
| | s/ Shawn T. Gordon<br>David J.F. Gross #208772<br>Calvin L. Litsey #153746<br>Kevin P. Wagner #034008X<br>Shawn T. Gordon #336439<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: dgross@faegre.com<br>Email: clitsey@faegre.com<br>Email: kwagner@faegre.com<br>Email: sgordon@faegre.com |
| | **Attorneys for Defendants The Thomson Corporation, West Services Publishing Corporation, and West Services Services, Inc.** |
| fb.us.2516757.01 | |