IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | Civil Action Nos. 07-cv-1687 (JNE/JJG) and |
| Plaintiff, | ) | 07-cv-04551 (JNE/JJG) |
| vs. | ) | |
| | ) | |
| THE THOMSON CORPORATION, | ) | |
| WEST PUBLISHING CORPORATION, | ) | **STIPULATION** |
| AND WEST SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The '592 reexamination having been completed, the parties stipulate and agree that the stay ordered by this Court on May 6, 2008 (document number 46) may be lifted so that these consolidated cases may proceed.

So stipulated:

DATE: May 21, 2009

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Phone: 312-236-0733; Fax: (312) 236-3137
hosteny@nshn.com, gasey@nshn.com

Michael R. Cunningham
Attorney No. 20424
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 632-3000
Fax: (612) 632-4444
michael.cunningham@gpmlaw.com

Attorneys for TimeBase Pty Ltd.

1

DATE: 5/19/09

_____
David J.F. Gross
Attorney No. 208772
Calvin L. Litsey
Attorney No. 153746
Theodore M. Budd
Attorney No. 314778
Kevin P. Wagner
Attorney No. 034008X
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
DGross@faegre.com, CLitsey@faegre.com,
TBudd@faegre.com, KWagner@faegre.com

Attorneys for The Thomson Corporation,
West Publishing Corporation,
And West Services, Inc.

fb.us.4008901.01