UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMEBASE PTY LTD.,

                Plaintiff,

Civil No. 07-1687 (JNE/JJG)

vs.

**ORDER LIFTING STAY**

THE THOMSON CORPORATION,
WEST PUBLISHING CORPORATION,
and WEST SERVICES, INC.

                Defendants.

This matter is before the Court on the parties' Stipulation (Doc. No. 64) for an order lifting the stay previously ordered by the Court on May 6, 2008 (Doc No. 62). The Court having considered the contents of the Stipulation:

**IT IS HEREBY ORDERED** that the stay is **LIFTED** and the case **SHALL PROCEED**.

Dated: June 4, 2009                  s/ *Jeanne J. Graham*
                                                  JEANNE J. GRAHAM
                                                  United States Magistrate Judge