UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMEBASE PTY LTD.,

                Plaintiff,

vs.

THE THOMSON CORPORATION,
WEST PUBLISHING CORPORATION,
and WEST SERVICES, INC.

                Defendants.

Civil No. 07-1687 (JNE/JJG)

**ORDER**

TIMEBASE PTY LTD.,

                Plaintiff,

vs.

THE THOMSON CORPORATION,
WEST PUBLISHING CORPORATION,
and WEST SERVICES, INC.

                Defendants.

Civil No. 07-4551 (JNE/JJG)
(Consolidated case)

      Pending before this Court are two cases involving the same parties and essentially the same set of facts, CV 07-1687 (JNE/JJG) (Case 1) and CV 07-4551 (JNE/JJG) (Case 2).

      On March 28, 2007, Case 1 was transferred into this district from the Northern District of Illinois. On June 14, 2007, the defendants filed a motion to stay litigation

pending re-examination proceedings by the U.S. Patent Office (Doc. No. 33) and on June 18, 2007, an amended complaint was filed.  On June 29, 2007, that motion was granted (Doc. No. 45) and the matter was stayed.

On November 7, 2007, plaintiff filed Case 2.  On January 10, 2008, defendants filed a motion (Doc. No. 12 in Case 2) to consolidate the two cases.

On February 12, 2008, the stay was lifted in Case 1 (Doc. No. 51) and the motion to consolidate was granted in part and denied in part (Doc. No. 24 in Case 2).  After resolution of an appeal on the motion to consolidate in Case 2, an order staying that case and consolidating the two cases was entered by Judge Joan N. Ericksen on May 6, 2008 (Doc. No. 46).  The cases have been stayed since that date.

Based upon the above, and upon all the records and proceedings herein,

**IT IS HEREBY ORDERED** that all filings and proceedings in these matters shall proceed solely with Civil No. 07-1687 (JNE/JJG) as the caption, and Civil No. 07-4551 (JNE/JJG), the consolidated case, shall no longer be listed.

Dated:  June 4, 2009              s/ *Jeanne J. Graham*
                                                           JEANNE J. GRAHAM
                                                           United States Magistrate Judge