# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD,<br><br>    Plaintiff,<br><br>v.<br><br>THE THOMSON CORPORATION,<br>WEST PUBLISHING CORPORATION,<br>and WEST SERVICES, INC.,<br><br>    Defendants. | COURT MINUTES – CIVIL<br>BEFORE: JEANNE J. GRAHAM<br>U.S. MAGISTRATE JUDGE<br><br>Case No: CV 07-1687 (JNE/JJG)<br>Date: July 8, 2009<br>Courtroom: STP Courtroom 3B<br>Recording: Audio<br>Time Commenced: 9:31 AM<br>Time Concluded: 10:10 AM<br>Time in Court: 0 Hours & 39 Minutes |

Hearing on: **RULE 16 DISCOVERY CONFERENCE**

### APPEARANCES:

    Plaintiff:    Arthur A. Gasey, Michael R. Cunningham

    Defendant:    Calvin L. Litsey, Mary V. Sooter, Theodore M. Budd

### PROCEEDINGS:

    ✔    In Person

    ☐    By telephone

### Other Remarks:

Discussion of pretrial deadlines – Pretrial scheduling order will be issued.

                                                                                                s/ *Judith M. Kirby*
                                                                                                    Judicial Assistant