# EXHIBIT 10

Page 1

```
 1         UNITED STATES DISTRICT COURT
 2             DISTRICT OF MINNESOTA
 3
 4   ---------------------------
 5   LEMOND CYCLING, INC,
 6        Plaintiff,
 7
 8   vs.        File No. 08-1010 (RHK-JSM)
 9
10   TREK BICYCLE CORPORATION,
11        Defendant.
12   ---------------------------
13
14        The Videotaped Deposition of
15   GREG LeMOND, taken pursuant to Notice of
16   Taking Deposition, taken before Kelly L.
17   Hemsath, RPR, Iowa CSR, a Notary Public in
18   and for the County of Hennepin, State of
19   Minnesota, taken on the 15th day of
20   December, 2008, at 800 LaSalle Avenue,
21   Minneapolis, Minnesota, commencing at
22   approximately 9:08 a.m.
23
24
25
            HEMSATH COURT REPORTING
               (763) 535-5216
```

Page 2

```
 1   APPEARANCES:
 2
 3      CHRISTOPHER MADEL and DIANE RAHNE,
     ESQUIRES, of the Law Firm ROBINS, KAPLAN,
 4   MILLER & CIRESI, LLP, 2800 LaSalle Plaza,
     800 LaSalle Avenue, Minneapolis, Minnesota
 5   55402, appeared for and on behalf of the
     Plaintiff.
 6
 7      RALPH A. WEBER, ESQUIRE, of the Law
     Firm GASS, WEBER, MULLINS, LLC, 309 North
 8   Water Street, Milwaukee, Wisconsin 53202,
     appeared for and on behalf of the Defendant.
 9
10      ERIK SALVESON, ESQUIRE, of the Law Firm
     HALLELAND, LEWIS, 600 US Bank Plaza South,
11   220 South Sixth Street, Minneapolis,
     Minnesota 55402, appeared for and on behalf
12   of the Defendant in the p.m. session.
13
14      ALSO PRESENT:
15         Randy Wallin, Videographer
16         Kathy LeMond
17
18   *The Original is in the possession of
19         Attorney Ralph Weber.*
20
21   INDEX:
22                              Page
23   Examination by Mr. Weber  . . . . . 6
24
25
            HEMSATH COURT REPORTING
               (763) 535-5216
```

Page 3

```
 1   EXHIBITS:
                                 Page
 2   No. 1. . . . . . . . . . . . . . 7
     No. 2. . . . . . . . . . . . . .29
 3   No. 3. . . . . . . . . . . . . .62
     No. 4. . . . . . . . . . . . . .67
 4   No. 5. . . . . . . . . . . . . .68
     No. 6. . . . . . . . . . . . . .71
 5   No. 7. . . . . . . . . . . . . .76
     No. 8. . . . . . . . . . . . . .81
 6   No. 9. . . . . . . . . . . . . .88
     No. 10 . . . . . . . . . . . . .90
 7   No. 11 . . . . . . . . . . . . 100
     No. 12 . . . . . . . . . . . . 104
 8   No. 13 . . . . . . . . . . . . 106
     No. 14 . . . . . . . . . . . . 109
 9   No. 15 . . . . . . . . . . . . 111
     No. 16 . . . . . . . . . . . . 113
10   No. 17 . . . . . . . . . . . . 119
     No. 18 . . . . . . . . . . . . 121
11   No. 19 . . . . . . . . . . . . 123
     No. 20 . . . . . . . . . . . . 126
12   No. 21 . . . . . . . . . . . . 156
     No. 22 . . . . . . . . . . . . 160
13   No. 23 . . . . . . . . . . . . 162
     No. 24 . . . . . . . . . . . . 174
14   No. 25 . . . . . . . . . . . . 177
     No. 26 . . . . . . . . . . . . 181
15   No. 27 . . . . . . . . . . . . 184
     No. 28 . . . . . . . . . . . . 194
16   No. 29 . . . . . . . . . . . . 199
     No. 30 . . . . . . . . . . . . 200
17   No. 31 . . . . . . . . . . . . 202
     No. 32 . . . . . . . . . . . . 212
18   No. 33 . . . . . . . . . . . . 215
     No. 34 . . . . . . . . . . . . 218
19   No. 35 . . . . . . . . . . . . 221
     No. 36 . . . . . . . . . . . . 228
20   No. 37 . . . . . . . . . . . . 234
     No. 38 . . . . . . . . . . . . 237
21   No. 39 . . . . . . . . . . . . 244
     No. 40 . . . . . . . . . . . . 245
22   No. 41 . . . . . . . . . . . . 246
     No. 42 . . . . . . . . . . . . 253
23   No. 43 . . . . . . . . . . . . 256
     No. 44 . . . . . . . . . . . . 258
24   No. 45 . . . . . . . . . . . . 264
     No. 46 . . . . . . . . . . . . 271
25   No. 47 . . . . . . . . . . . . 273
            HEMSATH COURT REPORTING
               (763) 535-5216
```

Page 4

```
 1                                 Page
     No. 48 . . . . . . . . . . . . 275
 2   No. 49 . . . . . . . . . . . . 279
     No. 50 . . . . . . . . . . . . 280
 3   No. 51 . . . . . . . . . . . . 282
     No. 52 . . . . . . . . . . . . 287
 4   No. 54 . . . . . . . . . . . . 289
     No. 54 . . . . . . . . . . . . 299
 5   No. 55 . . . . . . . . . . . . 302
     No. 56 . . . . . . . . . . . . 322
 6   No. 57 . . . . . . . . . . . . 327
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
            HEMSATH COURT REPORTING
               (763) 535-5216
```

1 here. I have no worries at all. I don't
2 care what you guys try to claim or anything.
3 Q. You think you have the truth on your side?
4 A. Oh, yeah.
5 Q. Why did you lie to Stephanie McIlvain about
6 taping her?
7 A. There was -- this has -- have you ever heard
8 what's called the Mafia? Do you know what
9 Mafia means?
10 Cycling has a Mafia, and it is --
11 if you would listen to the tape of John
12 Burke, and if you would listen to and knew
13 what my experience was after Armstrong
14 admitting he took EPO, saying he was going
15 to pay, pay people, to say I took EPO.
16 When your livelihood and life is
17 threatened like that, everything that I
18 stood for, everything I accomplished in my
19 career, was jeopardized by one sociopath,
20 Mr. Armstrong, and John Burke went right
21 along with it, and from that point on, I
22 taped anybody.
23 And did I say that to Stephanie
24 McIlvain? I did, because I'm dealing with
25 criminals --

1 contract was over, and I was in a fight for
2 my life, and I did not -- this was never
3 going to go public.
4 I told her it would never be shared
5 with anybody, until she perjured herself in
6 the SEA case. I risked a felony. I didn't
7 know she was in California, I thought she
8 was in Texas, and from 2001 on, I taped
9 everybody.
10 Q. Mr. LeMond, please, listen to my question --
11 A. I answered, yes, yes, yes.
12 Q. Did Stephanie McIlvain ask you if she was
13 being taped?
14 A. Yes, yes.
15 Q. And you lied to her?
16 A. Well, if you want to call it lying, I guess
17 when you're dealing with criminals,
18 literally criminal behavior, and she's
19 amongst them, she perjured herself, I don't
20 regret it, and absolutely it's basically the
21 only thing that's kept my contract past
22 2004, because John Burke was on tape, and
23 these guys -- if you listen to that, you can
24 tell he's a dishonest, corrupt person.
25 Q. When you say it's the only thing that's kept

1 reported in the newspaper about Lance
2 Armstrong, right?
3 A. Oh, yeah, I did.
4 Q. And the two of you worked back and forth on
5 a press release in response to that
6 publicity, right?
7 MR. MADEL: Object to the form.
8 A. Working back and forth is not accurate. I
9 told John Burke he could go fuck himself.
10 Excuse my language, because that was the
11 exact words I said. I'm sorry I said a foul
12 word, but that's what I said, because I did
13 not say anything that I didn't believe that
14 was the minimum, the least amount of what I
15 could say that would just at least not go
16 along with the lie, the fraud.
17 Q. Exhibit 21 is the cover sheet for a fax.
18 A. Yeah.
19 Q. Have you seen the second page?
20 A. I have not. I'd love to see it.
21 Q. Do you know where it is?
22 A. Nope. Don't know where it is.
23 Q. Did you not retain it?
24 A. You know what, somebody hacked into my
25 computer in February and hacked into it

1 again in October, and actually we have the
2 FBI on it, and we're trying to figure that
3 out ourselves.
4 Maybe somebody else could answer
5 that.
6 Q. What are you suggesting?
7 A. I don't know. I'm just trying to figure out
8 where all my e-mails went.
9 Q. Well, that's a fax, first of all, not an
10 e-mail, right?
11 A. Well, I didn't keep this. Sid Bluming
12 should have this, if this was going back
13 between -- this should have been going to
14 Sid too -- maybe not Sid.
15 Where is this faxed to? 920?
16 That's your number. Where was this fax sent
17 to?
18 Q. It says to Greg LeMond from John Burke,
19 07, August '01, and it's coming out of
20 LeMond Cycling's document production,
21 LCI 2239, and the fax header shows August
22 7 at 12:23.
23 A. I understand that --
24 Q. And I'm looking for the attachment for this
25 document.

1   Fitness?
2 A. Yes.
3 Q. Where are they?
4 A. I don't know.
5 Q. What have you done, if anything, to preserve
6   them?
7 A. Well, I'd have to -- they were on a website.
8   Aren't they from a website? I don't handle
9   that part, but they're probably there, I
10   would believe. I don't know.
11 Q. Who would know?
12 A. Ann Post or Ann Cushing or Jennifer Adelman.
13 Q. At any time, whether in 2004 or any other
14   time, did you get so many angry e-mails from
15   consumers that your website, LeMond Fitness
16   or otherwise, was shut down?
17 A. I had some death threats from some people,
18   some crazy people, that we decided to shut
19   down -- actually, the number of people that
20   wrote in was very small, very small, when
21   you consider that there's -- I did so much
22   damage, and Trek sells, I don't know, a
23   million bikes a year, 200 e-mails to Trek is
24   not that many.
25 Q. You got death threats?

1 A. Yep.
2 Q. Where?
3 A. John Burke's best friend, a guy used to be a
4   rep, lives in Milwaukee said he wanted to
5   punch me out at the next Trek 100.
6 Q. You don't view that as a death threat?
7 A. No.
8 Q. Did you get actual death threats?
9 A. We did. We called -- I can't remember who
10   it was. We called the FBI.
11 Q. How did they come to your attention?
12 A. Via e-mail.
13 Q. To what site?
14 A. I believe LeMond Fitness.
15 Q. Have, at any time, you asked that any
16   e-mails, on LeMond Fitness site or any other
17   site that you're involved with, be
18   destroyed?
19 A. No, no. I asked them to shut it down after
20   the death threat, because it's like I just
21   didn't, you know -- who knows who is
22   producing them.
23      (At this time LeMOND Deposition Exhibit
24      28 was marked for identification by Mr.
25      Weber.)

1    to provide this to me, I would be most
2    grateful."
3 A. And?
4 Q. And then turning back to the first page, he
5    lists material that he's hoping to receive
6    from you.
7           "1, a conversation between you and
8    Stephanie McIlvain about the Indiana
9    hospital. 2, a conversation between you and
10   Julian DeVries."
11 A. Yeah.
12 Q. Do you have a tape of a conversation with
13   Mr. DeVries?
14 A. There's a possibility I do, but I would have
15   to turn my house upside down, because I did
16   tape him. He mentioned the Fregoes
17   (phonetic) on the team of where they kept
18   the EPO growth hormone, and I will find it
19   before the trial. I've looked everywhere,
20   but it's got to be in my house.
21 Q. Well, we know that you taped Mr. Thornton,
22   the dealer in Atlanta, right?
23 A. I probably did everybody who had to deal
24   with this coverup of criminal case, yeah.
25 Q. Well, give me a list of who you've taped.
HEMSATH COURT REPORTING
(763) 535-5216

1 A. Stephanie McIlvain, Betsy Andreu, obviously
2    the guy in Georgia, John Burke. I can't
3    remember -- that would be -- I'm trying to
4    think of -- I can't really recall everybody.
5 Q. Do you think there's more?
6 A. No. I remember calling after watching a
7    60 Minute show. 60 Minutes, you know that
8    show?
9 Q. I do.
10 A. In 2001 there was a lawsuit filed by
11   Eric Kider and Greg Strock. On 60 Minutes
12   this young writer, 17 years old, who was at
13   the Olympic training center --
14 Q. Mr. LeMond, if I could interrupt --
15 A. I'm trying to tell you -- this goes to if I
16   taped.
17 Q. Did you tape someone that was in the 60
18   Minute show? Yes or no.
19 A. I'm trying to figure it out. And all I know
20   is that I tried to call him, because I was
21   so outraged, I imagine my son or myself
22   being there at 17 --
23 Q. Did you tape him?
24 A. He would not talk to me because he said he
25   was threatened, and my friend said,
HEMSATH COURT REPORTING
(763) 535-5216

1    Threatened? Greg wants to support you.
2 Q. Did you tape him?
3 A. That's what I'm trying to figure out.
4    Because he told me the first guy --
5 Q. Did you tape him?
6 A. -- to call him up and threaten him was Lance
7    Armstrong and George Hincapie, and I'm
8    trying to remember if I did. Because if I
9    did, that would be --
10 Q. Does it help you to talk out loud while
11   you're trying to decide if you taped him?
12 A. It does.
13          MR. MADEL: It actually does.
14 A. I'm trying to remember. I am actually -- I
15   remember the outrage, because I might have
16   taped him.
17 Q. Where's the tape?
18 A. I don't know. I'm trying to remember that.
19 Q. Where is the tape of Betsy Andreu?
20 A. I don't know. Did we throw it out or is it
21   home? Because we taped -- I didn't know
22   her. She called out of the blue. That was
23   the same time Stephanie McIlvain.
24 Q. Where is the Betsy Andreu tape?
25 A. Don't know. We probably threw it away.
HEMSATH COURT REPORTING
(763) 535-5216

225

1  Once we found out that Betsy was for real,
2  that she has been screwed, her husband has
3  been screwed by Lance Armstrong, that she
4  was actually honest about what was going on.
5  Q. So you're certain that you taped Betsy
6     Andreu, but you believe you threw the tape
7     away?
8  A. Actually, I don't know. Because I didn't
9     keep track of the tapes, my wife did.
10 Q. We can talk to your wife about it tomorrow.
11 A. Yes.
12 Q. Who else? You believe you taped Julian
13    DeVries and you can't find it?
14 A. Actually that's the one thing I -- when our
15    last lawsuit, that's the one thing I
16    absolutely wanted to find, because Julian
17    DeVries is the guy who told me in 2000 all
18    the drugs the team was doing.
19           He's also the one who said he
20    signed an affidavit for activogen, even
21    though he wasn't even at the Tour de France,
22    and he took --
23 Q. Did you tape Julian DeVries?
24 A. -- activogen, and it was for veterinarian
25    use.

226

1  Q. Did you tape Julian DeVries?
2  A. I did, yeah.
3  Q. Did you tape anyone else in addition to
4     Mr. DeVries and Mrs. Andreu?
5  A. I'm trying to think. I don't know. I think
6     Greg Strock -- I don't think I did. I don't
7     know. Because I was so outraged I actually
8     offered to support his lawsuit.
9           Mr. Carmichael took a $20,000
10    payoff to keep himself out of there --
11 Q. I just asked if you taped. Let's keep
12    moving, okay?
13          Turning to Exhibit 35. Item number
14    4, "Additionally, I am aware but still have
15    never seen that Kathy has the original notes
16    that she took of a conversation between you
17    and Lance on 1 August, 2001."
18          And we talked about that earlier.
19 A. Yep.
20 Q. Now, did you provide any or all of this
21    material to The London Times?
22          MR. MADEL: By this you're meaning
23    romanettes 1 through 4?
24          MR. WEBER: Yes.
25 A. No.