**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
316 NORTH ROBERT STREET, SUITE 342
ST. PAUL, MINNESOTA 55101

**JEANNE J. GRAHAM**                                                          Tel: 651-848-1890
U. S. MAGISTRATE JUDGE                                                         Fax: 651-848-1897

September 1, 2009

Katherine S. Razavi                                                            **VIA CM/ECF**
Faegre & Benson LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901

Joseph N. Hosteny                                                              **VIA CM/ECF**
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602-4635

    Re:    Timebase Pty Ltd v The Thomson Corporation, et al.
             Civil No. 07-1687 (JNE/JJG)

Dear Counsel:

    I have received and reviewed the Letters Rogatory submitted by the defendants, along with the letters from parties, concerning plaintiff's objections and requested changes.

    The parties must meet and confer by September 10, 2009 to resolve the differences between the parties. Once the parties have reached an agreement, the Letters Rogatory may be re-submitted for consideration no later than September 14, 2009. If discreet issues (less in number and more defined than presently submitted) remain to be resolved, the parties may submit position statements no longer than two (2) pages. I will then review those submissions and decide how the issue(s) will be handled.

                                Sincerely,

                                s/ *Jeanne J. Graham*

                                JEANNE J. GRAHAM
                                U.S. Magistrate Judge

Counsel of Record (via CM/ECF)