# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, AND WEST SERVICES, INC., <br><br> Defendants. | Civil Action Nos. 07-cv-1687 (JNE/JJG) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO:  Clerk of Court, United States District Court for the District of Minnesota, and Counsel in the above-named action:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, attorney **Shawn T. Gordon**, hereby withdraws as counsel for defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. in this case.  Defendants continue to be represented by other counsel from Faegre & Benson LLP, already of record in this case.

Dated: September 3, 2009

        By:   s/ Katherine S. Razavi
              David J.F. Gross
              Attorney No. 208772
              Calvin L. Litsey
              Attorney No. 153746
              Mary V. Sooter
              (*pro hac vice*)
              Theodore M. Budd
              Attorney No. 314778
              Kevin P. Wagner
              Attorney No. 034008X
              Katherine S. Razavi
              Attorney No. 0388958
              FAEGRE & BENSON LLP
              2200 Wells Fargo Center
              90 South Seventh Street
              Minneapolis, Minnesota  55402
              DGross@faegre.com, CLitsey@faegre.com,
              Msooter@faegre.com, TBudd@faegre.com,
              KWagner@faegre.com, KRazavi@faegre.com

              **Attorneys for Defendants**
              **The Thomson Corporation,**
              **West Publishing Corporation,**
              **and West Services, Inc.**

fb.us.4060525.02