# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | Civil No. 07-1687 (JNE/JJG) |
| Plaintiff, | |
| vs. | CERTIFICATE OF COMPLIANCE WITH LR 37.1 |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

In accordance with Local Rule 37.1, counsel for The Thomson Corporation, West Publishing Corporation, and West Services, Inc. (collectively "defendants") has in good faith conferred with TimeBase Pty Ltd.'s counsel through a discovery conference to resolve the outstanding discovery matters without Court action. Counsel have been unable to resolve the discovery disputes and the defendants respectfully submit the matter to the Court for resolution.

Dated: October 6, 2009						**FAEGRE & BENSON LLP**

By:

/s/ *Katherine S. Razavi*
David J.F. Gross #208772
Calvin L. Litsey #153746
Theodore M. Budd #314778
Mary V. Sooter *(pro hac vice)*
Kevin P. Wagner #034008X
Katherine S. Razavi #388958
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: dgross@faegre.com
Email: clitsey@faegre.com
Email: tbudd@faegre.com
Email: kwagner@faegre.com
Email: krazavi@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb us.4445994 01