## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-1687 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2009, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM TIMEBASE;**

2. **DECLARATION OF KATHERINE S. RAZAVI IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM TIMEBASE; AND**

3. **CERTIFICATE OF COMPLIANCE WITH LR 37.1.**

The following counsel have been served with these documents via CM/ECF:

**Joseph N Hosteny**
jhosteny@hosteny.com

**Michael R Cunningham**
michael.cunningham@gpmlaw.com

Dockets.Justia.com

Dated: October 6, 2009

**FAEGRE & BENSON LLP**

**By:**

s/ *Katherine S. Razavi*
David J.F. Gross #208772
Calvin L. Litsey #153746
Theodore M. Budd #314778
Mary V. Sooter (*pro hac vice*)
Kevin P. Wagner #034008X
Katherine S. Razavi #388958
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600
Email: dgross@faegre.com
Email: clitsey@faegre.com
Email: tbudd@faegre.com
Email: kwagner@faegre.com
Email: krazavi@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Services Publishing Corporation, and West Services Services, Inc.**

fb.us.2516757.01