# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-1687 (JNE/JJG) <br><br><br> **DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM TIMEBASE** |

Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. (collectively "Defendants"), by and through their counsel, hereby respectfully move this Court for an order compelling discovery from Plaintiff TimeBase Pty Ltd.

Defendants' Memorandum in Support is attached to this Motion and is incorporated herein by reference.

Dated: October 6, 2009

**FAEGRE & BENSON LLP**

By: */s/ Katherine S. Razavi*

David J.F. Gross #208772
Calvin L. Litsey #153746
Theodore M. Budd #314778
Mary V. Sooter (*pro hac vice*)
Kevin P. Wagner #034008X
Katherine S. Razavi #388958
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

-1-

-2-

        Email: dgross@faegre.com
        Email: clitsey@faegre.com
        Email: tbudd@faegre.com
        Email: kwagner@faegre.com
        Email: krazavi@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.4468541.01