# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | Civil No. 07-1687 (JNE/JJG) |
| Plaintiff, | |
| vs. | |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | DEFENDANTS' NOTICE OF MOTION TO COMPEL DISCOVERY FROM TIMEBASE |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. will bring a motion to compel discovery from Plaintiff TimeBase Pty Ltd., pursuant to Rule 26 and 37 of the Federal Rules of Civil Procedure and Local Rule 37 of this Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on this motion on October 20, 2009 at 3:00 p.m. at the United States District Court for the District of Minnesota, United States Courthouse, Courtroom 3B, 342 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, before the Honorable Magistrate Judge Jeanne J. Graham.

| | |
|---|---|
| Dated: October 6, 2009 | **FAEGRE & BENSON LLP** |
| | By: |
| | */s/ Katherine S. Razavi* |
| | David J.F. Gross #208772 |
| | Calvin L. Litsey #153746 |
| | Theodore M. Budd #314778 |
| | Mary V. Sooter (*pro hac vice*) |
| | Kevin P. Wagner #034008X |
| | Katherine S. Razavi #388958 |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |

Email: dgross@faegre.com
Email: clitsey@faegre.com
Email: tbudd@faegre.com
Email: kwagner@faegre.com
Email: krazavi@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**