# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,** | Case No. 08-CV-01010 (RHK/JSM) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **Trek Bicycle Corporation,** | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| **Greg LeMond,** | |
| Third-Party Defendant. | |

The undersigned hereby certifies that on February 3, 2009, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Memorandum Of Law In Support Of Plaintiff's Motion For Entry Of A Protective Order Regarding Defendant's Third-Party Subpoenas;
2. Declaration of Denise S. Rahne; and
3. Local Rule 7.1(c) Word Count Certificate

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com, zastrow@gasswebermullins.com, kosmatka@gasswebermullins.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following: Honorable Janie S. Mayeron, and I certify that I caused a copy of the proposed order to be e-mailed to the following:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com |

| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
|---|---|
| **Kristal S. Stippich** | stippich@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com, zastrow@gasswebermullins.com, kosmatka@gasswebermullins.com |

Dated: February 3, 2009     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:   *s/Denise S. Rahne*
      Christopher W. Madel #230297
      Denise S. Rahne #331314
      Jennifer M. Robbins #387745

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC.