Exhibit 3

# Rahne, Denise S.

**From:** Margo Brownell [Margo.Brownell@maslon.com]
**Sent:** Wednesday, January 07, 2009 6:09 PM
**To:** Rahne, Denise S.
**Subject:** RE: LeMond/Trek: Objection to Subpoena

Denise,

Let me know how we should bill our time for work responding to the subpoena (chances are there will be more time incurred before we are done with this.) Strikes me that 1) we can send our bill directly to Greg, or 2) we could send it to Robins and Robins can either advance the $$ or pass it on. Let me know. I don't anticipate that it is going to be easy to get costs out of Trek anything other than copying.

Looking forward to seeing you.

Margo

>>> "Rahne, Denise S." <DSRahne@rkmc.com> 1/7/2009 2:26 PM >>>
>>>> Please read the confidentiality statement below <<<<
Let's do 10 -- that Caribou over in Gavidae (sp?)?

> **From:** Margo Brownell [mailto:Margo.Brownell@maslon.com]
> **Sent:** Tuesday, January 06, 2009 10:34 AM
> **To:** Rahne, Denise S.
> **Subject:** RE: LeMond/Trek: Objection to Subpoena
>
> Hi Denise,
>
> How about next Tuesday, the 13th, for coffee--either 10 a.m. or 2 p.m.?
>
> Margo
>
> >>> "Rahne, Denise S." <DSRahne@rkmc.com> 1/5/2009 8:20 PM >>>
> >>>> Please read the confidentiality statement below <<<<
> Hey, thanks Margo. Just back tonight. This looks good -- hope we can grab coffee soon. I'm in town for the forseeable future, you?
>
> Denise
>
> > **From:** Margo Brownell [mailto:Margo.Brownell@maslon.com]
> > **Sent:** Monday, January 05, 2009 12:22 PM
> > **To:** Rahne, Denise S.; Robbins, Jennifer M.
> > **Cc:** David Herr
> > **Subject:** LeMond/Trek: Objection to Subpoena
> >
> > Denise and Jennifer,
> >
> > Enclosed is our Objection to the Subpoena. Please review it asap and let us know if you have any changes or additions. We will be serving it this afternoon.

Margo

**Margo S. Brownell | Partner**
margo.brownell@maslon.com | bio
(p) 612.672.8393 | (f) 612.642.8393

MASLON
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
www.maslon.com | map/directions
**When it matters most.**

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.