# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| Trek Bicycle Corporation, | Magistrate Judge Janie S. Mayeron |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION TO QUASH SUBPOENA ISSUED TO MASLON EDELMAN BORMAN & BRAND LLP OR IN THE ALTERNATIVE TO STAY DETERMINATION <u>IN DEFERENCE TO THE TRIAL COURT</u>

TO: Defendant/Third-Party Plaintiff Trek Bicycle Corporation and its attorneys of record.

PLEASE TAKE NOTICE THAT pursuant to Magistrate Judge Mayeron's February 13, 2009 Order, Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond (collectively "Plaintiff"), by and through their attorneys, hereby withdraw their Motion to Quash Subpoena Issued to Maslon, Edelman, Borman & Brand LLP or in the Alternative to Stay Determination in Deference to the Trial Court (Docket Nos. 70).

80599382.1

Dated: February 13, 2009        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**


By: *s/Denise S. Rahne*
    Christopher W. Madel (#230297)
    Denise S. Rahne (#331314)
    Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC. AND THIRD-PARTY
DEFENDANT GREG LEMOND