UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| Trek Bicycle Corporation, | Magistrate Judge Janie S. Mayeron |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING <u>DEFENDANT'S THIRD-PARTY SUBPOENAS</u>

TO: Defendant/Third-Party Plaintiff Trek Bicycle Corporation and its attorneys of record.

PLEASE TAKE NOTICE THAT pursuant to Magistrate Judge Mayeron's February 13, 2009 Order, Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond (collectively "Plaintiff"), by and through their attorneys, hereby withdraw their Motion for Entry of a Protective Order Regarding Defendant's Third-Party Subpoenas (Docket No. 83).

80599393.1

Dated: February 13, 2009     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**

By: _s/Denise S. Rahne_
    Christopher W. Madel (#230297)
    Denise S. Rahne (#331314)
    Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC. AND THIRD-PARTY
DEFENDANT GREG LEMOND