UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant and Third-Party
       Plaintiff,

v.

GREG LEMOND,

    Third-Party Defendant.

Case No. 08-CV-1010 (RHK-JSM)

**ORDER**

Pending before the Court are plaintiff's Motion to Quash Subpoena Issued to Maslon Edelman Borman & Brand LLP or in the Alternative to Stay Determination in Deference to the Trial Court [Docket No. 70], and Motion for Entry of a Protective Order Regarding Defendant's Third-Party Subpoenas [Docket No. 83].

Pursuant to the joint request of counsel for Trek Bicycle Corporation and LeMond Cycling, Inc., and Greg LeMond, it is hereby ordered that counsel in the instant litigation may have access to the materials that are subject to the Protective Order in the case: *LeMond Cycling, Inc. v. PTI Holding, Inc., et al.*, U.S. District of Minnesota Case No. 03-5441.

The terms and conditions of the *PTI Holding* Protective Order shall govern the use and disclosure of the PTI materials.

Based on the representations of the parties, plaintiff's pending motions are hereby resolved.

SO ORDERED.

February 13, 2009

                                            *<u>s/ Janie S. Mayeron</u>*
                                            Honorable Janie S. Mayeron
                                            United States Magistrate Judge
                                            U. S. District of Minnesota