# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-1687 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

I hereby certify that on November 11, 2009, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **STIPULATED MOTION TO EXTEND PRETRIAL SCHEDULE BY SIXTY DAYS.**

The following counsel have been served with these documents via CM/ECF:

**Joseph N Hosteny**
jhosteny@hosteny.com

**Michael R Cunningham**
michael.cunningham@gpmlaw.com

**David J.F. Gross**
dgross@faegre.com

**Calvin L. Litsey**
clitsey@faegre.com

**Theodore M. Budd**
tbudd@faegre.com

**Mary V. Sooter**
msooter@faegre.com

**Kevin P. Wagner**
kwagner@faegre.com

    **Katherine S. Razavi**
    krazavi@faegre.com

I further certify that I caused the [Proposed] Amended Pretrial Scheduling Order to be sent to the Court via e-mail to the following:

    **The Honorable Jeanne J. Graham**
    graham_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

    **Joseph N Hosteny**
    jhosteny@hosteny.com

    **Michael R Cunningham**
    michael.cunningham@gpmlaw.com

Dated: November 11, 2009

**FAEGRE & BENSON LLP**

**By:**

s/ *Katherine S. Razavi*
David J.F. Gross #208772
Calvin L. Litsey #153746
Theodore M. Budd #314778
Mary V. Sooter (*pro hac vice*)
Kevin P. Wagner #34008X
Katherine S. Razavi #388958
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: dgross@faegre.com; clitsey@faegre.com; tbudd@faegre.com; msooter@faegre.com; kwagner@faegre.com; krazavi@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Services Publishing Corporation, and West Services Services, Inc.**

fb.us.4580513.01