UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | TREK'S MOTION FOR PROTECTIVE ORDER RELATED TO PUBLIC STRATEGIES, INC. |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

Defendant and Third-Party Plaintiff Trek Bicycle Corporation moves under Federal Rules of Civil Procedure 26(c), 26(b)(1), and 26(b)(3)(A) for a protective order safeguarding from disclosure to the opposing parties in discovery all communications, documents, and other information shared with, and produced by, Public Strategies, Inc., a firm retained by Trek's legal counsel (Gass Weber Mullins LLC) to help develop and implement legal strategy in this matter. Trek's supporting memorandum and declaration of Ralph A. Weber further set forth the reasons supporting this motion.

ND: 4822-3366-0419

Dated this 30th day of April, 2009       HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:    s/Benjamin J. Rolf
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-1838
Fax: (612) 338-7858

and

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS, LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION

2

ND: 4822-3366-0419