IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | File No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **DECLARATION OF JOSEPH N.** |
| THE THOMSON CORPORATION, WEST ) | **HOSTENY** |
| PUBLISHING CORPORATION, AND WEST ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

I, Joseph N. Hosteny, declare:

1.   I am one of the attorneys for TimeBase in this litigation.

2.   Attached as Exhibit A is a copy of the Second Amended Complaint, with its Exhibits A to Q.

3.   Attached as Exhibit B are copies of the American Intellectual Property Law Association Jury Instructions 12.14 and 12.15, current as of 2008.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 11th day of November, 2009.

                                   /s/ Joseph N. Hosteny