**More Than A Cycling Star**
DE VOLKSKRANT, THE CONTINUATION, JANUARY 5, 2008 (PAGE 18)
*Marije Randewijk*

**Greg LeMond won the Tour de France three times. He never spoke about being sexually abused as a child, until the American cyclist was forced to do so unexpectedly last year. 'I always thought that I was born in a good family.' By Marije Randewijk**

**Greg LeMond** bikes around the neighborhood where he lives in Medina, Minnesota.

---

Last year **Greg LeMond** took out his bike for the first time again. Five times a week

Career In 1983 **Greg LeMond,** born in Lakewood, California in 1961, became the first world champion in cycling who was not European. In 1986, he won his first Tour de France (again, the first non-European), which ended the long years of Bernard Hinault's dominance. That same year he sustained serious injuries during a hunting accident; there was a short time when his career seemed to be over. But in 1989, he again won the Tour, with a lead of only 8 seconds on his closest competitor Laurent Fignon.

---

It is March 2005; the peaceful world in Medina, Minnesota slowly wakes up from its hibernation when the telephone rings in the **LeMond** residence. The caller is crying.

Geoffrey **LeMond**, the oldest son of three-time Tour de France winner **Greg LeMond,** asks his parents if he can come home. He is at the end of his rope. He is tired, dead tired. A friend of his died from a heroine overdose and he is very depressed. 'You have to help me, dad,' he begs.

The cry for help is not unexpected. Geoffrey is the family's rebel. The boy who waved so cheerfully to the world in 1989 when his father was being honored on the Champs Elysées in Paris as the Tour de France winner, always said yes when his parents nodded no. And vice versa.

He got money from them, but just enough to survive at the University of Madison, Wisconsin, a five-hour drive from home. They couldn't do more for him.

Us, had barely arrived half an hour before **Greg LeMond** (46) starts to tell the life story of his oldest son. He tells about how the boy spent three months in a hospital to keep him from doing himself any harm; about how his son never wanted to be compared to him, and seemed predestined to destroy himself. He used marihuana and cocaine, he drank and smoked.

It is a private matter, but they spoke about it extensively at home. If he was going to talk about himself in an **interview**, he could not leave out this episode. It is part of his life.

It is as if **LeMond** is ready to burst, for eight long hours. The entire time, he never answers his phone once. He is talking. In the kitchen, in the hallway, in his library. Sometimes, he has a tendency to go off on a tangent, but he always returns to where he started. His story requires patience.

Cheeseburgers He is **Greg LeMond**, Winner of the Tour in 1986, 1989 and 1990, golden boy, personification of the American Dream. As a cyclist, he did what he wanted. He ate

Weber Decl., Exhibit B

cheeseburgers if he felt like it on the Tour, he beat Laurent Fignon on the Champs Elysées by eight seconds, he won the French Tour twice after he had narrowly cheated death in a hunting accident (1987). Every boy with a bicycle wanted to be **Greg LeMond** in those days. Little did they know.

He still has the yellow note on which he wrote his four major objectives as a cyclist in 1978 after his first trip to Europe. If the visitors want to see it, he could look for it. 1: Win the Junior World Championship in Cycling in 1979. 2: Become Olympic Champion in Moscow in 1980. 3: Become Professional World Champion at the age of 22 or 23. 4: Win the Tour at the age of 24 or 25.

If America had not boycotted the 1980 Games, **LeMond** undoubtedly would have met all his high expectations. He managed to complete objective one, three and four exactly on time. Whatever he wants, he gets and accomplishes. Even his own son confronts him with that.

When Kathy and **Greg LeMond** again take in the oldest of their three children in their house in Medina in 2005, they draw up a detox program. Their son has to go to bed at 10 o'clock, he is not allowed to go out, every day he will undergo a drug test, once a week, his blood is analyzed in a laboratory. That's the deal.

They manage to get him clean, but the family is almost ripped apart. Compared to what he went through in the last four years, the Tour is simple, **Greg LeMond** says. There are many successful athletes and business entrepreneurs who are driven by demons of the past. He knows how unhealthy that is, because money and glory will never be able to fill the void. No matter how hard you try.

'You have everything, pop, you don't know what I'm going through, you don't know what it is like to be unhappy,' son Geoffrey tells his father all the time.

It is the first time of the three moments today when I see tears well up in his eyes. 'The pain he felt, the rage in him... I was desperate. I thought, if you only knew my story. I did not want to tell him what I had gone through as a child. I knew that it would help him, but I couldn't,' says **LeMond**.

'I was depressed. I tried to tell my wife, but I couldn't. Even when I was dead drunk, I only said, I will tell you on my deathbed.'

He tries to explain how it feels to be sexually abused as a child, but he assumes in advance that almost nobody will understand him. 'The shame, that's it. Men who are abused cast doubt on everything: their sexuality, who they are. And if you admit that you were abused, does that mean that you will also do it yourself? It's a stigma. It goes very much against your manliness. I am only now learning to understand it somewhat.'

He was 13. His father worked as a broker, his mother took care of him and his two sisters. Ron, a family friend, helped him through a difficult period when his parents' marriage was breaking down.

'I don't know... I don't remember anymore if the abuse lasted three months or one year and three months. I know that it happened, that much I know. I know when it happened the first time. I had known him since I was 8. He was my best friend. Nothing had ever happened before, until I reached puberty. That is what pedophiles do. They wait until you are old enough.'

Quitting alcohol He tried to find out what really happened. How could his parents not know what was happening to him? He confronted them with it, but they never really talked about it. I only

Weber Decl., Exhibit B

know that my mother said to my father that he had to tell his friends to stop coming around. That's when it stopped. The fights also ended suddenly and it became much quieter at home.

'Three months later I started cycling together with my father. And he stopped drinking. He worked his way up from gardener to broker. I always thought I was born in a good family.'

Cycling became a way to reinvent himself. Finally his father played a role in his life. They cycled together, they traveled to the competitions together. The sport brought the family closer. In the meantime, **LeMond** made up lists of all the things he wanted to achieve.

'It was something I could hold onto, something that made my parents proud. There were two sides of me. On the one hand, I wanted to be so perfect, so good, so loved and I did not want to disappoint anyone. And on the other hand, I did not feel good about myself because of the abuse. That's why I was never able to enjoy anything.'

'That shame is rooted inside deep of you. It feels as if you have not earned any of your successes. It transforms you.'

Depression As a cyclist, he was able to ignore that negative side for a long time. He simply didn't talk about it, tried not to think of it and created a new persona in his mind. 'I was **Greg LeMond**, the cycling star.'

Things were fine until he won the Tour de France for the first time in 1986. At that time Ron came out of the shadows for the first time again. 'I became depressive. I did not want to become too popular. My God, I am becoming famous, now he might start calling me again, and he will turn up again. That was the only thing I could think off. I was afraid that somebody would find out about my secret.'

When that call came, more than twenty years later, he was extremely upset. On the day he traveled with his wife Kathy to Malibu to testify about a telephone call between him and the 2006 Tour winner at the hearing of Floyd Landis before the US Anti-Doping Agency, he received an unexpected phone call. It was May 17, 2007.

'Hi **Greg**, this is your uncle,' he heard somebody say at the other end of the line. 'Do you remember me? This is your uncle and I'm going to be there tomorrow and we can talk about how we used to play hide the weenie.'

One day later, **LeMond** showed everybody in court the number of the person who had called him. The number turned out to be Will Geoghegan's, Landis' manager and friend. Geoghegan tried to refrain **LeMond** from testifying that Landis had confessed to him in a phone call his use of doping during the 2006 Tour.

The threat had the opposite effect. The story made it to the front page all over the US and everyone was paying attention when **LeMond** took the stand and talked about how he had advised his fellow American to confess. And why in the end he told Landis the story from his own past to convince him.

The world listened. 'I said, you will become the Ben Johnson of the cycling world; personally, I wouldn't know how I would survive that. You think that cycling is your entire life, but there is a lot more than that. The people in the cycling world are not your friends either, they are more like acquaintances.'

Weber Decl., Exhibit B

**LeMond** pointed out to Landis how the lie would start eating at him through the years, that he thought that he could get away with it, but the truth was different.

'By the time you are 50; it's like a disease. You will start drinking, you will be depressed, and you will destroy yourself. It will come out anyway. Do it just for yourself. That's when I told him about my own secret. He said, I don't see what purpose it would serve if I confess. I would hurt a lot of friends and family.'

Confession That confession is now being denied by Landis. 'He can say whatever he wants, but that's the way it was,' says **LeMond**. 'It was a human and warm talk. Floyd called because he was desperate. Later, he went too far the other way by writing on the internet I was a pathetic human being and that he, if I would ever open up my mouth again, would say something about me that people would wish they didn't know about.'

**LeMond** immediately contacted him after he had read it. Landis offered his excuses and promised that he would take it off the web. But nothing happened. 'When the US Anti-Doping Agency asked me to testify against Landis, I first said no. But then I read again what he was trumpeting about me on the internet and then I felt forced to do so. What would people think otherwise? That I was a murderer? A pedophile? That I had used doping as a cyclist? Landis abused the system and somebody had to fight that.'

Always too sweet **LeMond** still regrets that he did not act tougher at the time. 'I should have killed the guy. I am always too nice to this kind of people. It simply turns my stomach when I think that he wants to collect 2.5 million dollars via the Floyd Fairness Fund to pay for his defense. He calls on innocent people to give him money. That money should go to homeless children!'

He is still waiting for an apology from Landis. Just as he is still always hoping that his conflict with Lance Armstrong will come to an end. In the US, they think he is envious, that he begrudges the two other American Tour winners their success. **LeMond** says that this is not the case at all.

'People ask me, how is it that two Tour winners call you and admit they used doping? I don't know. Lance also did not tell me explicitly that he had used epo. He said, "Come on, everybody is taking epo. To me, that comes down to the same thing.'

Just like with Landis, **LeMond** also has a running conflict with Armstrong. It goes deeper than that. For years, they held a gun to this head in order for him to keep quiet about the seven-time Tour winner. For legal reasons, he still has to watch what he says. When he chokes a few times, his wife corrects, 'This was off the record.'

When he commented on the record in July 2001 on the news that Armstrong was working with the controversial Italian physician Michele Ferrari, he could not even suspect that the consequences would be so far-reaching. 'It was as if a nuclear war started.'

**LeMond** received death threats and they used scare tactics on him. Important businessmen called and advised him to keep his mouth shut and to join the Armstrong camp. The latter demanded that he publicly apologized for his statements. John Burke, Director of Trek, the company manufacturing and distributing the **LeMond** Racing Cycles, finally helped him over the line. Trek sponsors Armstrong and his US Postal Team, and his criticism was not good for business, Burke explained to **LeMond**. He was not given any choice.

**LeMond** took back his words and ended up in an identity crisis. He felt abused for the second time. He started smoking and drinking.

Weber Decl., Exhibit B

'That I gave in at that time hurt me more than anything else. I do not need to apologize to this person. Armstrong ruined the sport; him and Ferrari together.' **LeMond** talked about 1994, the year when he turned his back on the Tour de France and cycling for good. Training hard and a good program: that was his idea of cycling. He went from World Champion to Tour Winner, to the laughing stock of the pack. **LeMond** was simply driven off the road.

He also had heard stories about the new wonder drug, epo. Doctor Yvan Vanmol even referred him to Ferrari. He said, 'There is nothing wrong with you **Greg**; you know what the cyclists do nowadays? If you want to ride a good race, you have to go to Dr. Ferrari.' He never even considered that step, he alleges. 'Personally, I wouldn't know how I would have survived a positive doping test. To be shamed again like that; that was impossible for me.'

'I would have been like Pantani. If they would have caught me, I would have said, fuck it, a shot of heroine and I will be dead. I would never have been able to handle it at that time. The only good and pure thing that I had in my life then was cycling.'

It explains his anger against Armstong and Ferrari. 'Lance said that he could find ten people who would testify that I was taking epo to win the 1989 Tour. Are you going to pay them, I asked him? Ten people? I am waiting for it. He started this war. He threatened me.'

Private detective But **LeMond** is no longer afraid. Finally he has come to terms with his past. Sexual abuse no longer determines who he is. 'I am more than a cycling champion, more than a sexually abused child, more than a victim. I am a good father, a good husband and in essence a happy man. I went through a drastic change. I no longer allow people to manipulate me, not in relationships, and not in business. I am involved in a number of legal suits. I don't put up with it anymore. I defend my family and myself.'

Two days after Landis' hearing had ended, his wife called Ron. He did not have the courage to do it himself. It didn't take the private detective **LeMond** hired a long time to track him down. The man still lived in the same city. According to his criminal record, he had been arrested in the eighties on charges of distributing child pornography. During the nineties, he abused an eight-year-old girl. In the meantime, he apparently also had married.

'I hoped he would have a lot of money. Then I would have sued him and have given the money to a foundation. That was not the case. He had just resigned from this job and was about to relocate to Italy. I would want him to be put on a list of pedophiles.'

Dominance The chapter is closed. He will always feel the pain and the sadness, but it will no longer paralyze him. This year, **Greg LeMond** started cycling again, five days a week. If he was not 53 pounds overweight, he would be able to join the best of the pack.

But that's no longer necessary. He prefers to cycle with his son. Geoffrey **LeMond** never wanted to have anything to do with his father's sport, but in 2006, he suddenly discovered cycling. His oldest son registered for l'Etape du Tour, where amateurs cycle one stage of the Tour de France. On a warm day in July 2006, the phone rang again in the **LeMond** residence. This time, the caller was euphoric. At the top of Alpe d'Huez, where he had arrived in 386th place among more than 8,000 participants after a 191-km-stage, Geoffrey **LeMond** was tripping over his tongue. 'He said, Dad, this was the best experience in my whole life.'

This year, they did the Etape du Tour together. His oldest son is now studying Chinese and economics and will probably soon leave for China for three months. 'Just to see where he is now, that is the most beautiful thing that has happened to me in my entire life. The pieces of the puzzle are now in place.'

Weber Decl., Exhibit B

*Copyright:* de Volkskrant

de Volkskrant    Volkskrant Banen    Volkskrant Reizen    Hart en Ziel    Cinema.nl

# de Volkskrant

powered by Google

volks

**Binnenland   Buitenland   Economie   Sport   Kunst   Wetenschap   Multimedia   Archief**

Printversie

## Meer dan een wielerheld
DE VOLKSKRANT, HET VERVOLG, 5 JANUARI 2008 (PAGINA 18)
*Marije Randewijk*

**Greg LeMond won de Tour de France drie keer. Nooit sprak hij over het seksuele misbruik in zijn kindertijd. Tot de Amerikaan daar afgelopen jaar onverwacht toe werd gedwongen. 'Ik heb altijd gedacht dat ik uit een goede familie kwam.' Door Marije Randewijk**

(foto)

**Greg LeMond** fietst een rondje in de buurt van zijn huis in Medina, in de Amerikaanse staat Minnesota., **Greg LeMond**

Het is maart 2005, de vredige wereld in Medina, Minnesota ontwaakt langzaam uit een winterslaap als in huize **LeMond** de telefoon gaat. De beller huilt.

Geoffrey **LeMond**, oudste zoon van drievoudig Tour de Francewinnaar **Greg LeMond**, vraagt zijn ouders of hij naar huis mag komen. Hij kan niet meer. Hij is op, doodop. Een vriend van hem is overleden aan een overdosis heroïne en hij ziet het niet meer zitten. 'Je moet me helpen pap', smeekt hij.

De noodkreet komt niet onverwacht. Geoffrey is de rebel van de familie. Het jochie dat in 1989 nog zo vrolijk naar de wereld zwaaide toen zijn vader zich op de Champs Elysées in Parijs liet huldigen als winnaar van de Tour de France, zei altijd ja als zijn ouders nee schudden. En andersom.

Hij kreeg geld van ze, maar net genoeg om op de universiteit van Wisconsin-Madison, op vijf uur autorijden van huis, te overleven. Meer konden ze niet voor hem doen.

> Vorig jaar is **Greg LeMond** voor het eerst weer op de fiets gestapt. Vijf dagen per week
>
> Carrière In 1983 was **Greg LeMond** – in 1961 geboren in Lakewood, Californië – de eerste wereldkampioen wielrennen die niet uit Europa kwam. In 1986 won hij zijn eerste Tour de France (alweer als eerste niet-Europeaan), waarmee een einde kwam aan de jarenlange overmacht van Bernard Hinault. Datzelfde jaar raakte hij ernstig gewond tijdens een jachtongeluk; even leek zijn carrière voorbij. Maar in 1989 won hij wederom de Tour, met een verschil van maar 8 seconden op zijn naaste concurrent Laurent Fignon.

Het bezoek is amper een halfuur binnen als **Greg LeMond** (46) het levensverhaal van zijn oudste zoon uit de doeken doet. Hij vertelt over hoe de jongen drie maanden in een ziekenhuis doorbracht om hem ervan te weerhouden zichzelf iets aan te doen. Over hoe zijn zoon nooit met hem vergeleken wilde worden en voorbestemd leek zichzelf vernietigen. Hij gebruikte marihuana en cocaïne, hij dronk en hij rookte.

Het is een privéaangelegenheid, maar ze hebben er thuis uitgebreid over gesproken. Als hij over zichzelf zou vertellen in een **interview**, kon hij deze episode niet weglaten. Ze zijn met elkaar versmolten.

Het is alsof **LeMond** op springen staat, acht uur lang. Zijn telefoon negeert de Amerikaan al die tijd. Hij vertelt. In de keuken, in de gang, in zijn bibliotheek. Soms heeft hij de neiging af te dwalen, maar altijd komt hij terug waar hij was begonnen. Zijn verhaal vergt geduld.

Cheeseburgers Hij is **Greg LeMond**, Tourwinnaar in 1986, 1989 en 1990, golden boy, personificatie van de American Dream. Hij deed als renner wat hij wilde. Hij at cheeseburgers als hij daar tijdens de Tour zin in had, hij flikte Laurent Fignon op de Champs Elysées met acht seconden, hij won de Franse ronde twee keer nadat hij aan de dood was ontsnapt tijdens een jachtongeluk (1987). Iedere jongen met een fiets wilde in die tijd **Greg LeMond** zijn. Wisten zij veel.

Het gele papiertje waarop hij in 1978, na zijn eerste trip naar Europa, zijn vier grote doelen als wielrenner schreef, heeft hij nog steeds. Als het bezoek dat wil, kan hij het wel even zoeken. 1: Wereldkampioenschap wielrennen voor junioren winnen in 1979. 2:

Weber Decl., Exhibit B

Olympisch kampioen worden in Moskou in 1980. 3: Wereldkampioen bij de profs worden met 22 of 23 jaar. 4: De Tour winnen met 24 of 25 jaar.

Als Amerika in 1980 de Spelen niet had geboycot, zou **LeMond** zonder twijfel aan al zijn hoge verwachtingen hebben voldaan. Doel een, drie en vier voltooit hij keurig op tijd. Wat hij wil, krijgt en bereikt hij. Zelfs zijn eigen zoon confronteert hem ermee.

Als Kathy en **Greg LeMond** de eerste van hun drie kinderen in 2005 weer in hun huis in Medina opnemen, stellen ze een afkickprogramma samen. Hun zoon moet om 10 uur naar bed, hij mag niet uitgaan, elke dag ondergaat hij een drugstest, eenmaal per week wordt in een laboratorium zijn bloed onderzocht. Dat is de deal.

Ze krijgen hem clean, maar het gezin valt bijna uit elkaar. Vergeleken met wat hij de laatste vier jaar heeft meegemaakt, is de Tour eenvoudig, zegt **Greg LeMond**. Er zijn veel succesvolle sport- en zakenmensen die worden gedreven door demonen uit het verleden. Hij weet zelf hoe ongezond dat is, want geld of glorie kunnen de leegte nooit opvullen. Hoe hard je het ook probeert.

'Jij hebt alles pa, je weet helemaal niet wat ik doormaak, je weet niet wat het is om ongelukkig te zijn', zegt zoon Geoffrey voortdurend tegen zijn vader.

Het is de eerste van drie keer deze dag dat in zijn ogen tranen opwellen. 'De pijn die hij had, de woede die hij voelde... Ik was wanhopig. Ik dacht: als je mijn verhaal maar kende. Ik wilde hem vertellen wat ik als kind had meegemaakt. Ik wist dat het hem zou helpen, maar ik kon het niet', zegt **LeMond**.

'Ik was depressief. Ik heb geprobeerd het mijn vrouw te vertellen, maar ik kon het niet. Zelfs toen ik stomdronken was, zei ik alleen maar: ik vertel het je wel op mijn sterfbed.'

Hij probeert uit te leggen hoe het voelt om als kind seksueel misbruikt te zijn, maar gaat er bij voorbaat vanuit dat bijna niemand hem zal begrijpen. 'De schaamte, dat is het. Mannen die worden misbruikt, trekken alles in twijfel. Hun seksualiteit, wie ze zijn. En als je toegeeft dat je bent misbruikt, wil dat dan zeggen dat je dat zelf ook gaat doen? Er is het stigma. Het druist zo in tegen je mannelijkheid. Ik leer het nu pas een beetje te begrijpen.'

Hij was 13. Zijn vader werkte als makelaar, zijn moeder zorgde voor hem en zijn twee zussen. Ron, een vriend van de familie, hielp hem door een moeilijke periode toen het huwelijk van zijn ouders op springen stond.

'Ik weet niet.. ik herinner me niet meer of het misbruik drie maanden of een jaar en drie maanden heeft geduurd. Ik weet dat het is gebeurd, ik weet het. Ik weet wanneer het de eerste keer gebeurde. Ik kende hem sinds mijn 8ste. Hij was mijn beste vriend. Er was daarvoor ook nooit iets gebeurd, tot ik in de puberteit kwam. Dat is wat pedofielen doen. Ze wachten tot je oud genoeg bent.'

Stoppen met drinken Hij heeft getracht uit te zoeken wat er werkelijk is gebeurd. Hoe konden zijn ouders niet weten wat hem overkwam? Hij heeft hen ermee geconfronteerd, maar er is nooit echt over gesproken. 'Ik weet alleen dat mijn moeder tegen mijn vader zei dat hij zijn vrienden de deur moest wijzen. Toen stopte het. De ruzies waren ook ineens voorbij en het werd rustiger thuis.

'Drie maanden later begon ik samen met mijn vader met wielrennen. En hij stopte met drinken. Hij werkte zich van tuinman op tot makelaar. Ik heb altijd gedacht dat ik uit een goede familie kwam.'

Wielrennen werd een manier om zichzelf opnieuw uit te vinden. Eindelijk speelde zijn vader een rol in zijn leven. Ze gingen samen fietsen, ze reisden samen naar de wedstrijden. De sport bracht de familie nader tot elkaar. **LeMond** maakte intussen lijstjes met wat hij allemaal wilde bereiken.

'Het was iets waar ik me aan vast kon klampen, iets dat mijn ouders trots maakte. Er waren twee kanten aan mij. Aan de ene kant wilde ik zo perfect zijn, zo goed, zo geliefd, en wilde ik niemand teleurstellen. En aan de andere kant voelde ik me niet goed over mezelf, vanwege het misbruik. Daardoor was ik nooit in staat ergens van te genieten.

'Die schaamte zit diep in je. Het voelt alsof je niets van je succes verdient. Het hervormt je.'

Depressief Als wielrenner was hij lang in staat de negatieve kant te negeren. Hij praatte er gewoon niet over, probeerde er niet aan te denken en creëerde in zijn geest een nieuwe persoon. 'Ik was **Greg LeMond**, de wielerheld.'

Dat ging goed tot hij in 1986 voor de eerste keer de Tour de France won. Toen trad Ron voor het eerst weer uit zijn schaduw. 'Ik werd depressief. Ik wilde niet te populair worden. Mijn God, ik word beroemd, straks gaat hij me weer bellen, straks duikt hij weer op. Dat was het enige waar ik aan kon denken. Ik was bang dat iemand ooit achter mijn geheim zou komen.'

Toen het telefoontje ruim twintig jaar later alsnog kwam, was hij volledig van de kaart. Op de dag dat hij samen met zijn vrouw Kathy naar Malibu reisde om op de hoorzitting van Floyd Landis voor het Amerikaanse antidopingbureau een getuigenis af te leggen over een telefoongesprek tussen hem en de Tourwinnaar van 2006, werd hij plotseling gebeld. Het was 17 mei 2007.

'Hi **Greg**, this is your uncle', hoorde hij aan de andere kant van de lijn iemand zeggen. 'Do you remember me? This is your uncle and I'm going to be there tomorrow and we can talk about how we used to play hide the weenie.'

Weber Decl., Exhibit B

Een dag later toonde **LeMond** in de rechtszaal aan iedereen het nummer van de persoon die hem had gebeld. Het nummer bleek van Will Geoghegan te zijn, manager en vriend van Landis. Geoghegan trachtte **LeMond** te weerhouden van een getuigenis waarin hij zou verklaren dat Landis zijn dopegebruik in de Tour van 2006 aan hem opbiechtte in een telefoongesprek.

Het dreigement had een averechts effect. Het verhaal haalde in Amerika alle voorpagina's en iedereen was vol aandacht toen **LeMond** het woord nam en vertelde hoe hij zijn landgenoot had geadviseerd op te biechten. En waarom hij Landis uiteindelijk het verhaal uit zijn eigen verleden vertelde om hem te overreden.

De wereld luisterde mee. 'Ik heb gezegd: je zult de Ben Johnson van het wielrennen worden; persoonlijk zou ik niet weten hoe ik dat zou overleven. Je denkt dat wielrennen je hele leven is, maar er is zoveel meer dan dat. De mensen uit het wielrennen zijn ook niet je vrienden, dat zijn maar kennissen.'

**LeMond** hield Landis voor hoe de leugen hem met de jaren steeds meer op zou eten; dat hij dacht dat hij ermee weg zou komen, maar dat de werkelijkheid anders was.

'Tegen de tijd dat je 50 bent, is het een ziekte. Je zult drinken, je zult depressief zijn, je zult jezelf vernietigen. Het komt toch uit. Doe het voor jezelf. Toen heb ik hem over mijn eigen geheim verteld. Hij zei: ik zie niet welk doel het dient als ik zou opbiechten, ik zou er veel vrienden en familie pijn mee doen.'

Bekentenis Die bekentenis wordt door Landis nu ontkend. 'Hij kan zeggen wat hij wil, maar zo was het wel', zegt **LeMond**. 'Het was een menselijk en warm gesprek. Floyd belde omdat hij radeloos was. Vervolgens is hij te ver doorgeslagen door op internet te schrijven dat ik een pathetic human being ben en dat hij, als ik nog eens mijn mond open zou doen, iets over mij ging vertellen waarvan de mensen zouden wensen dat ze het niet wisten.'

**LeMond** zocht onmiddellijk contact nadat hij het had gelezen. Landis bood zijn excuses aan en beloofde dat hij het van het web zou halen. Maar er gebeurde niets. 'Toen het Amerikaanse antidopingbureau mij vroeg te getuigen tegen Landis, heb ik eerst nee gezegd. Maar toen las ik opnieuw wat hij over mij rondbazuinde en toen moest ik wel. Wat zouden de mensen anders denken? Dat ik een moordenaar was? Een pedofiel? Dat ik dope had genomen als renner? Landis misbruikte het systeem en iemand moest daartegen in het geweer komen.'

Altijd te lief Nog heeft **LeMond** er spijt van dat hij destijds niet harder optrad. 'I should have killed the guy. Ik ben altijd te lief voor dit soort mensen. Mijn maag keert nu gewoon om bij het idee dat hij via het Floyd Fairness Fund 2,5 miljoen dollar bij elkaar wil halen om zijn verdediging te betalen. Hij roept onschuldige mensen op geld te storten. Dat geld zou naar dakloze kinderen moeten gaan!'

Hij wacht nog altijd op excuses van Landis. Zoals hij ook nog altijd hoopt dat er een einde komt aan zijn conflict met Lance Armstrong. In Amerika denken ze dat hij jaloers is, dat hij de twee andere Amerikaanse Tourwinnaars het succes misgunt. **LeMond** zegt dat daar geen sprake van kan zijn.

'Mensen vragen mij: hoe kan het dat twee Tourwinnaars jou bellen en toegeven dat ze doping hebben gebruikt? Dat weet ik ook niet. Lance heeft mij ook niet expliciet gezegd dat hij epo heeft gebruikt. Hij heeft gezegd: come on, everybody is taking epo. Voor mij komt het op hetzelfde neer.'

Net als met Landis ligt **LeMond** ook met Armstrong in de clinch. Het gaat verder dan dat. Jaren heeft hij een geweer op zijn hoofd gehad om zijn mond te houden over de zevenvoudige Tourwinnaar. Nog altijd moet hij, om juridische redenen, op zijn woorden passen. Als hij zich een paar keer verslikt, corrigeert zijn vrouw. 'Dit was off the record.'

Toen hij in juli 2001 on the record reageerde op het nieuws dat Armstrong samenwerkte met de omstreden Italiaanse arts Michele Ferrari, kon hij ook niet bevroeden dat de gevolgen zo ingrijpend zouden zijn. 'Het was of er een nucleaire oorlog begon.'

**LeMond** ontving doodsbedreigingen en werd geïntimideerd. Belangrijke zakenmensen belden en adviseerden hem zijn mond te houden en zich in het kamp-Armstrong te scharen. Die eiste openlijke excuses voor zijn uitlatingen. John Burke, directeur van Trek, het bedrijf dat **LeMond** Racing Cycles produceert en distribueert, trok hem uiteindelijk over de streep. Trek is sponsor van Armstrong en diens US Postal Team, en zijn kritiek was niet goed voor de zaken, maakte Burke **LeMond** duidelijk. Hem werd geen keuze gelaten.

**LeMond** nam zijn woorden terug en raakte erdoor in een identiteitscrisis. Hij voelde zich een tweede keer misbruikt. Hij begon te roken en te drinken.

'Dat ik toen heb toegegeven, heeft me meer pijn gedaan dan wat ook. Ik hoef me niet te verontschuldigen tegenover deze persoon. Armstrong heeft de sport kapotgemaakt, hij en Ferrari samen.' **LeMond** vertelt over 1994, het jaar waarin hij de Tour de France en het wielrennen voorgoed de rug toekeerde. Hard trainen en een goed programma, dat was zijn idee van wielrennen. Hij ging van wereldkampioen naar Tourwinnaar, naar het lachertje van het peloton. **LeMond** werd gewoon uit de wielen gereden.

Hij had de verhalen over het nieuwe wondermiddel epo ook gehoord. Dokter Yvan Vanmol verwees hem zelf door naar Ferrari. 'Hij zei: er is niets mis met je, **Greg**, weet je wel wat de renners tegenwoordig doen? Als je goed wilt rijden, moet je bij dokter Ferrari zijn.' Nooit heeft hij die stap overwogen, beweert hij. 'Persoonlijk zou ik niet weten hoe ik een positieve dopingcontrole zou hebben overleefd. Nog een keer die schaamte, dat was onmogelijk.

'Ik zou als Pantani zijn geweest. Als ze mij hadden gepakt, zou ik hebben gezegd: fuck it, een shot heroïne en ik ben dood. Ik had het

Weber Decl., Exhibit B

destijds nooit aangekund. Het enige goede en pure dat ik toen in mijn leven had, was wielrennen.'

Het verklaart zijn woede jegens Armstrong en Ferrari. 'Lance heeft gezegd dat hij tien mensen zou vinden die konden getuigen dat ik epo nam om de Tour van 1989 te winnen. Ga je ze betalen, heb ik gevraagd? Tien mensen? Ik blijf erop wachten. Hij is een oorlog begonnen. Hij heeft me bedreigd.'

Privédetective Maar **LeMond** is niet langer bang. Eindelijk is hij in staat zijn verleden een plaats te geven. Het seksuele misbruik bepaalt niet langer wie hij is. 'Ik ben meer dan een wielrenner, meer dan een seksueel misbruikt kind, meer dan een slachtoffer. Ik ben een goede vader, een goede echtgenoot en in principe een gelukkig mens. Ik ben drastisch veranderd. Ik laat niet meer toe dat mensen mij manipuleren, in relaties, in zaken. Ik ben betrokken bij een aantal rechtszaken. Ik pik het niet meer. Ik kom op voor mijn familie en mezelf.'

Twee dagen nadat de hoorzitting van Landis was afgelopen, belde zijn vrouw met Ron. Zelf had hij de moed niet. De privédetective die **LeMond** inhuurde, had niet lang nodig om hem te traceren. De man woonde nog altijd in dezelfde stad. Volgens zijn strafblad zou hij in de jaren tachtig gearresteerd zijn voor de distributie van kinderporno. In de jaren negentig misbruikte hij een 8-jarig meisje. Hij bleek inmiddels ook getrouwd.

'Ik had gehoopt dat hij veel geld zou hebben. Dan zou ik hem voor de rechter hebben gedaagd en het geld aan een stichting hebben overgedragen. Dat was niet zo. Hij had net ontslag genomen en stond op het punt naar Italië te verhuizen. Ik zou willen dat hij op een pedofielenlijst kwam.'

Overgewicht Het hoofdstuk is afgesloten. De pijn en het verdriet zal hij altijd voelen, maar het zal hem niet langer verlammen. **Greg LeMond** is dit jaar weer begonnen met wielrennen, vijf dagen in de week. Als hij niet 24 kilo overgewicht had, zou hij zo met de besten van het peloton mee kunnen.

Het hoeft niet meer. Hij fietst liever met zijn zoon. Nooit wilde Geoffrey **LeMond** iets met de sport van zijn vader te maken hebben, maar in 2006 ontdekte hij plotseling het wielrennen. Zijn oudste zoon schreef zich in voor l'Etape du Tour, waarbij recreanten een etappe van de Tour de France afleggen. Op een warme julidag in 2006 ging opnieuw de telefoon in huize **LeMond**. Deze keer was de beller euforisch. Boven op de Alpe d'Huez, waar hij na 191 kilometer als 386ste van de ruim 8.000 deelnemers arriveerde, struikelde Geoffrey **LeMond** over zijn woorden. 'Hij zei: pa, dit was de beste ervaring uit mijn hele leven.'

Dit jaar deden ze samen mee aan l'Etape du Tour. Zijn oudste zoon studeert nu Chinees en economie en vertrekt binnenkort mogelijk voor drie maanden naar China. 'Om te zien waar hij nu is, dat is het mooiste dat me in mijn leven is overkomen. De puzzelstukjes hebben een plekje gevonden.'

*Copyright:* de Volkskrant

Weber Decl., Exhibit B