UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | Case No. 08-CV-01010 (RHK/JSM) |
| Plaintiff, | PLAINTIFF'S THIRD SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS |
| v. | |
| Trek Bicycle Corporation, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

TO: Defendant Trek Bicycle Corporation and its attorneys.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff LeMond Cycling, Inc. requires that Defendant Trek Bicycle Corporation answer the following Third Set of Interrogatories and Requests for Production of Documents (hereinafter "Second Set"), within thirty (30) days and in accordance with the provisions prescribed by such rules.

## I. DEFINITIONS & INSTRUCTIONS

A.  Plaintiff hereby incorporates Plaintiff's Definitions and Instructions provided in Plaintiff's First Set of Discovery Requests to Plaintiff.

B.  In responding to these Requests, Trek is not required to produce identical copies of documents that it has already produced in response to Plaintiff's previous requests for production.

80725369.1

Weber Decl., Exhibit F

## II. INTERROGATORIES

**INTERROGATORY NO. 12:** Identify the three individuals most knowledgeable regarding Trek's efforts to develop and promote road bikes being sold under the Gary Fisher brand.

## III. DOCUMENT REQUESTS

**REQUEST NO. 29:** All documents showing the development and promotion of road bikes being sold under the Gary Fisher brand.

**REQUEST NO. 30:** From 1995 to the present, all financial statements showing sales of Trek bikes, whether under the Trek brand or a brand licensed or sublicensed to Trek, in each country listed on Exhibit 1.02 of the Agreement.

**REQUEST NO. 31:** All documents related to work done with Public Strategies Inc. related to Trek's relationship with LeMond Cycling, Inc., Greg LeMond, or Lance Armstrong.

Dated: April 17, 2009

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Christopher W. Madel
Christopher W. Madel, #230297
Denise S. Rahne #331314
Jennifer M. Robbins #0387745
Katherine K. Bruce #0388887

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LeMond Cycling, Inc.,

    Plaintiff,

v.

Trek Bicycle Corporation,

    Defendant/Third-Party Plaintiff,

v.

Greg LeMond,

    Third-Party Defendant.

Case No. 08-CV-01010 (RHK/JSM)

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA   )
                                   ) ss.
COUNTY OF HENNEPIN   )

    Barbara J. Weiss, being first duly sworn on oath, deposes and says, that she is a Legal Administrative Assistant in the office of Robins, Kaplan, Miller & Ciresi L.L.P., Attorneys at Law, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402-2015. That on the 17th day of April, 2009, she made service of the attached

**Plaintiff's Third Set of Interrogatories and Requests for Production of Documents**

by United States mail, first class, postage paid, a true and correct copy thereof to:

    Ralph A. Weber, Esq.
    Christopher P. Dombrowicki, Esq.
    Kristal S. Stippich, Esq.
    Gass Weber Mullins LLC
    309 North Water Street
    Milwaukee, WI 53202

    Erik T. Salveson
    Benjamin J. Rolf
    Amanda M. Cialkowski
    Halleland, Lewis, Nilan & Johnson, P.A.
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402

                      Barbara J. Weiss

Subscribed and sworn to
before me this 17th day of April, 2009

_____
Notary Public

ADRIANE JOHNSON
Notary Public
Minnesota
My Commission Expires January 31, 2010

Weber Decl., Exhibit F