THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., | Case No. 08-CV-1010 (RHK/JSM) |
| Plaintiff, | |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

I hereby certify that on April 30, 2009, I caused the following documents:

**Trek's Notice of Motion for Protective Order; Motion; Memorandum in Support of Motion; Certificate of Word Count Compliance; and Declaration of Ralph A. Weber w/Exhibits A-F;**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

Christopher W. Madel, Esq.     cwmadel@rkmc.com
Denise S. Rahne, Esq.          dsrahne@rkmc.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Janie S. Mayeron     mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

Christopher W. Madel, Esq.     cwmadel@rkmc.com
Denise S. Rahne, Esq.          dsrahne@rkmc.com

ND: 4823-3491-3539

Dated this 30th day of April, 2009    HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:   s/Benjamin J. Rolf

Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402
Telephone (612) 338-1838
Fax:  (612) 338-7858

and

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS, LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION