THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TREK BICYCLE CORPORATION, )<br>)<br>Defendant and Third-Party )<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREG LEMOND, )<br>)<br>Third-Party Defendant. ) | Case No. 08-CV-1010 (RHK/JSM)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 7, 2009, I caused the following document:

**Trek's Amended Notice of Motion for Protective Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

    Christopher W. Madel, Esq.    cwmadel@rkmc.com
    Denise S. Rahne, Esq.       dsrahne@rkmc.com

ND: 4831-5621-2227

Dated this 7th day of May, 2009   HALLELAND LEWIS NILAN & JOHNSON, P.A.

By: s/Benjamin J. Rolf
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-1838
Fax: (612) 338-7858

and

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS, LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION