April 9, 2008

Mr. John Burke, CEO Trek Bicycle Corporation
801 West Madison St.
Waterloo, WI 53594-1379

Re: Damage to the Trek/Lemond Brand by Greg Lemond

Dear Mr. Burke:

I don't generally make the habit of spending my time writing a letter and stating an opinion re; a business matter which has nothing to do with me. However, I felt so strongly about your error in judgment re; Mr. Lemond disagreement that I felt compelled to do so.

I have read through your website both Trek's complaint and Mr. Lemond's complaint re; your dispute. As an avid cyclist and fan of cycling I can't disagree with your position more. As a reasonably intelligent business man I understand your motives in chastising Mr. Lemond. After all, Trek does potentially stand to suffer financial harm (in the short term) if the doping controversy around Mr. Armstrong proves to have "teeth" since you have so whole heartedly backed him. Even though I understand the potential risks I must ask the question: Why not get out in front of this? No matter whether you believe Mr. Armstrong doped or not why not position the Trek and Lemond Brand on higher ground.

There is no doubting Mr. Lemond's commitment to clean cycling and based on his very public anti-doping stance why doesn't Trek support that? Cycling is a wonderful sport and has so many values to the person riding and society in general. As the most recognized brand in the United States, why wouldn't Trek want to support Mr. Lemond in his anti-doping stance? Isn't it better in the long-term for Trek to stand out as a committed partner in clean cycling? I assume that you want Trek to be around long after Mr. Armstrong and Mr. Lemond are memories. Why wouldn't you want to support riders all over the World who believe in a healthy and ethical endeavor? Wouldn't this bring Trek and Lemond brands more business?

I hope this letter gives you some "food for thought". For your information I know no one at Trek or Lemond nor do I have any relationship with Mr. Armstrong or Mr. Lemond. I am just a person who loves cycling but would not consider buying a Trek made brand until you truly stand behind your companies' stated values and support bikes and cycling. Big names come and go but an ethical and well-run company can go on indefinitely. Taking the right stand now and reversing your previous stance will do more to keep Trek successful in the long term than your current shortsightedness could ever do or is that not your intention?

Sincerely,

Jeff Jones
Avid Cyclist, Bakersfield, CA



TREK009594

**Subject: TrekBikes.com FAQ - combating doping**
**Date:** Wednesday, April 9, 2008 7:26 PM
**From:** Philip Taylor <jo-phil@xtra.co.nz>
**Reply-To:** <jo-phil@xtra.co.nz>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - combating doping

The following question/comment was submitted from your knowledgebase
---------------------------------------------------------

From: Philip Taylor <jo-phil@xtra.co.nz>

SHAME ON TREK.
 Greg LeMond stands solidly against doping, as anyone who truly loves the bike, loves racing the bike should.
What, if anything at all, is Trek doing in that regard?

Burke
EXHIBIT 139
4-7-09
GRAMANN REPORTING, LTD.

Thu, Apr 10, 2008 2:20 PM

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Wednesday, April 9, 2008 9:51 PM
**From:** Bob Pugh <rcpugh@kanepugh.com>
**Reply-To:** <rcpugh@kanepugh.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
----------------------------------------------------------

From: Bob Pugh <rcpugh@kanepugh.com>
The complaint filed makes lots of sense. What is Treks position regarding all of your former riders who have tested positive? Including Armstrong?



Burke
EXHIBIT 140
4-7-09
GRAMANN REPORTING, LTD.

Thu, Apr 10, 2008 2:19 PM

**Subject: TrekBikes.com FAQ - Att: John Burke--LeMond action is a disgrace**
**Date:** Wednesday, April 9, 2008 9:59 PM
**From:** Greg McQuaid <gpmcquaid@yahoo.com>
**Reply-To:** <gpmcquaid@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Att: John Burke--LeMond action is a disgrace

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Greg McQuaid <gpmcquaid@yahoo.com>
Attention John Burke:

How petty and childish you are for discontinuing your business relationship with Greg LeMond. Once again, Lance Armstrong's lies have damaged the reputation and livelihood of an honest cyclist because they dared to speak the truth. Cheats ride on all brands of bicycles but Trek will forever be associated with the greatest fraud of all, and I for one would never dream of buying one of your bikes.

Greg McQuaid
San Francisco, CA



Burke
EXHIBIT 141
4-7-09
GRAMANN REPORTING, LTD.

Page 1 of 1

TREK009586

**Subject: TrekBikes.com FAQ - Cycling in General**
**Date:** Wednesday, April 9, 2008 10:30 PM
**From:** Jeff Haye <haye1869@gmail.com>
**Reply-To:** <haye1869@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Cycling in General

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: Jeff Haye <haye1869@gmail.com>
Hey there...read an article in the 04/09/2008 Minneapolis Star Tribune with regards to your legal matters and Greg LeMond...

Give me a break Trek why the hell should you care what is happening between two of the best cyclist the USA has ever produced...even though Armstrong got there illegally...

The fact of the matter is that you have moved away from what your company's founder stood for and are "in it for the money"...

It is sad that you have to push your weight around in the name of cycling when it really is all about the $$$ for you.

Prime reason why I would never own a mass produced piece of "commenality" that you continue to produce day in and out.

At least the LeMond line had some style and appeal.

Sincerely,

Jeff Haye

Burke
EXHIBIT 142
4-7-09
GRAMANN REPORTING, LTD.

Thu, Apr 10, 2008 2:18 PM

**Subject: TrekBikes.com FAQ - Support for Lemond**
**Date:** Thursday, April 10, 2008 12:07 AM
**From:** Ted Young <ted@rapattoni.com>
**Reply-To:** <ted@rapattoni.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Support for Lemond

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Ted Young <ted@rapattoni.com>
Dear Trek Management,

I was sad to learn of the pending dissolution of your relationship with Greg Lemond. While his comments have certainly not helped the images of cyclists such as Floyd Landis and Lance Armstrong they have not damaged the Trek label nearly as much as your refusal to support him. Lemond has consistently and at great risk to his own popularity spoken out about doping in cycling since 2001. Time is on his side and history has shown his comments have merit. At a time when the integrity of competition should count more than the number of wins Trek has taken the moral low ground. The Lemond name splashed across the down tube now carries more class than ever before.

Sincerely,

Ted Young



Buhl
EXHIBIT 193
4-7-09
GRAMANN REPORTING, LTD.

**Subject: TrekBikes.com FAQ - LeMond v Armstrong**
**Date:** Wednesday, April 9, 2008 9:59 PM
**From:** Peter D Beckman <pdbeckman@yahoo.com>
**Reply-To:** <pdbeckman@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMond v Armstrong

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Peter D Beckman <pdbeckman@yahoo.com>
Hello,

I just finished reading the article in the Minneapolis StarTribune. Well, count me out as a future Trek bike customer after reading this:

According to its suit, one customer wrote to Trek in an e-mail: "Has Greg always been a sniveling, insecure jerk who needs to denigrate others' accomplishments in order to boost his own self-esteem?"

Give me a break, one stupid emailer! What a hatchet job on one of America's true sports heroes who did it the right way. While most insiders know Lance was a doper, I would have never held Trek responsible for that fact. But this was very sad. I'll buy my LeMond bike after it is not part of Trek.

-Peter Beckman
Bloomington MN



**Subject: TrekBikes.com FAQ - Greg Lemond**
**Date:** Thursday, April 10, 2008 12:51 AM
**From:** Steve Hansen <shansen@surewest.net>
**Reply-To:** <shansen@surewest.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg Lemond

The following question/comment was submitted from your knowledgebase
---------------------------------------------------------

From: Steve Hansen <shansen@surewest.net>
Greg did it first.Greg was always about cycling,Greg is about the truth. Lance on the other hand is about Lance.Lance is living a lie.Lance was a doper.Ditch Lance!

Burke
EXHIBIT 145
4-7-09
GRAMANN REPORTING, LTD.

**Subject: TrekBikes.com FAQ - John Burke's tirade on Greg Lemond**
**Date:** Thursday, April 10, 2008 5:36 AM
**From:** L A <lancear@austin360.com>
**Reply-To:** <lancear@austin360.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - John Burke's tirade on Greg Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: L A <lancear@austin360.com>
John Burke may be a good business man, but his speech is full of lies. His use of the word "family" over and over was suggestive of the Mafia, and Trek's continued relationships with the worst cheaters in the history of cycling is shameful. The evidence has been clear from the very beginning, and Trek has chosen to look the other way at every junction. I knew Lance Armstrong BEFORE he was a cyclist, and he was a steroid abuser even then, Chan McRae can vouch for this. Johan Bruyneel is just as bad, and his associations with doping extend to the deepest levels of cycling. If you want the truth about doping in the TdF, ask Victor Hugo Peña, he was "in the room". Johan will be lucky to ever get invited to the TdF again, they know about him. You've ruined your own reputation by associating with bad people for the past decades, and now you're punishing Greg Lemond for "speaking the truth". Shame again. No one should ever be punished for speaking the truth ever, and your company'!

s loyalty to profit over truth, and cheaters over champions, will be a stain that Trek will never be able to cast off. John Burke, look in the mirror, you are defending Lance Armstrong in the name of your own personal profit. SHAME.



Burke
EXHIBIT 146
4-7-09
GRAMANN REPORTING, LTD.

**Subject: TrekBikes.com FAQ - LeMonde**
**Date:** Wednesday, April 9, 2008 5:35 PM
**From:** Derek Emanuel <djemanuel@gmail.com>
**Reply-To:** <djemanuel@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMonde

The following question/comment was submitted from your knowledgebase
-------------------------------------------------

From: Derek Emanuel <djemanuel@gmail.com>
Lance did a lot of drugs. It's time for you guys to come to grips with that.

Greg is only telling the truth.



Burke
EXHIBIT 147
4-7-09 gl
GRAMANN REPORTING, LTD.

**Subject: TrekBikes.com FAQ - Greg Lemond**
**Date:** Wednesday, April 9, 2008 6:04 PM
**From:** Bill Beauchamp <wfb@ccoastsys.com>
**Reply-To:** <wfb@ccoastsys.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg Lemond

The following question/comment was submitted from your knowledgebase
---------------------------------------------------------

From: Bill Beauchamp <wfb@ccoastsys.com>
Greg speaking up about doping and Lace's possible involvment is GOOD for cycling. I think MORE of Lemond for acting like a normal human being who speaks his mind and LESS of Trek for feeling this is bad for business. Lance is a great champion with an asterisk next to his palmares that anyone with a bit of vision can clearly see.

Burke
EXHIBIT 148
4-7-09
GRAMANN REPORTING, LTD.

TREK009580

**Subject:** TrekBikes.com FAQ - Lemond Sponsorship
**Date:** Wednesday, April 9, 2008 2:17 PM
**From:** William J. Horvath <wjhorvath@gmail.com>
**Reply-To:** <wjhorvath@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond Sponsorship

The following question/comment was submitted from your knowledgebase
-------------------------------------------------

From: William J. Horvath <wjhorvath@gmail.com>
Trek Cycles:

I am greatly distressed to see that you are dropping the Lemond brand because Greg is so outspoken about doping. As a lifelong cyclist I can GUARANTEE you that I will never buy another Trek Bicycle or Trek Product again. Your company is completely on the wrong side of the doping issue and is only interested in PROFITS. I will look for the built in Syringe Compartments in the future Trek frames you manufacture. I am sure they will be valued by the clientele you serve. The Trek brand is FOREVER in my mind associated pro-doping and I will be sure to spread this point of view in my local racing club. As you have said Sayonara to Greg Lemond I say Sayonara to Trek Cycling products. I hope your sales continue to falter as they deserve to. What you have done is absolutely DISGUSTING and DISPICABLE.

Without Regards,

William J. Horvath



Burke
EXHIBIT 149
4-7-09
GRAMANN REPORTING, LTD.

Thu, Apr 10, 2008 2:26 PM

**Subject: TrekBikes.com FAQ - Trek/LeMond Dispute**
**Date:** Wednesday, April 9, 2008 12:19 PM
**From:** Reid Neureiter <rneureiter@jcfkk.com>
**Reply-To:** <rneureiter@jcfkk.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Trek/LeMond Dispute

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Reid Neureiter <rneureiter@jcfkk.com>
I am extraordinarily disappointed at Trek's decision to terminate its relationship with Greg LeMond. Mr. LeMond is a hero of mine and many others. His willingness to speak publicly about the scourge of doping in cycling has been an inspiration. By contrast, Trek's continued involvement with the US Postal squad, the Discovery team, Mr. Armstrong, and its continuing involvement with Johann Bruneel and the disgraced Astana team, has been a tremendous disappointment. Why on earth would Trek continue to support an athlete who, in his role a "patron" of the Tour, chased down and publicly punished one of the few active cyclists to speak publicly about Michele Ferrari and doping in sport? The answer, of course, is money--money generated by Armstrong tremendous popularity, Tour victories, and his inspirational cancer recovery. But that does not make it right. Trek has made its choice -- Armstrong over LeMond; staying quiet rather than taking a public stance against doping in !

 cycling. But rather than fabricating the notion that somehow LeMond is responsibile for damaging the Trek brand by speaking the truth, perhaps Trek should look at itself and its decision to continue its association with Mr. Armstrong, Postal/Discovery/Astana, as the original source of problem.

I trust that this e-mail, like the others you included in your legal Complaint, will be produced to Mr. Lemond's counsel in discovery.

Reid Neureiter
1901 Leyden Street
Denver, Colorado
303-892-4438



Page 1 of 1

TREK009569