UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LeMond Cycling, Inc.,

    Plaintiff,

v.

                                      Case No. 08-CV-01010 (RHK/JSM)

Trek Bicycle Corporation,

    Defendant/Third-Party Plaintiff,

v.

Greg LeMond,

    Third-Party Defendant.

PLACE HOLDER TO EXHIBIT 5

TO DECLARATION OF JENNIFER M. ROBBINS
IN OPPOSITION TO TREK'S MOTION FOR PROTECTIVE ORDER

MAY 15, 2009


Trek Company Update
Parts 1-4

.wmv files