UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

----------------------------------------x

LEMOND CYCLING, INC.,

    Plaintiff,                      Case No.

       -against-               08-CV-01010

TREK BICYCLE CORPORATION,       (RHK/JSM)

    Defendant/Third-Party Plaintiff,

       -against-

GREG LEMOND,

    Third-Party Defendant.

----------------------------------------x

May 7, 2009

9:33 a.m.

       Deposition of IRA LANGER, held at the offices of Foley & Lardner LLP, 90 Park Avenue, New York, New York, pursuant to Subpoena, before Mildred Cassese, a Registered Professional Reporter and Notary Public of the State of New York.

49

1   I. Langer

2   Greg before you started distributing or selling

3   promotional items?

4   MR. WEBER:   Object as to foundation.

5   Q.    If you can remember.

6   MR. WEBER:   Of this witness'

7   knowledge of what the contract required.

8   Q.    You can answer that if you remember.

9   A.    My only recollection would be after

10  reading this, and I don't know -- I think it was

11  more a courtesy than anything else.

12  Q.    Some information there at the top

13  that's redacted, and I'll just represent to you

14  that it was forwarded to Mr. Burns.

15  Do you have any idea why it was

16  forwarded to Mr. Burns?

17  A.    No.

18  DI            MR. WEBER:   Objection.  You're

19  invading attorney-client privilege.  You're

20  using the privilege log exactly as we had

21  discussed should not be used, and instruct

22  the witness not to answer.

23  Could you mark this?  We're going to

24  need to go back to it later.

25  (Discussion off the record)