

YouTube Worldwide | English

Sign Up | QuickList (0) | Help | Sign In

Home | Videos | Shows | Channels | Community | trek lemond | Search | Upload

# Trek Company Update Pt. 1

0:31 / 4:09

★★★½☆ 8 ratings

4,714 views

Favorite | Share | Playlists | Flag

MySpace | Facebook | Twitter | (more share options)

trekbikesusa

April 08, 2008

(more info)

Subscribe

At an employee meeting held on April 8, 2008, John Burke, President of Trek Bicycle Corporation, announced that Trek has filed suit in Federal Court in Madison, WI, to sever the company's ongoing r...

URL http://www.youtube.com/watch?v=hTgsWBZE

Embed <object width="425" height="344"><param na

**More From: trekbikesusa**

**Related Videos**

Trek Company Update Pt. 2
2,830 views
trekbikesusa

Trek Session Launch
76,269 views
trekbikesusa

Trek Company Update Pt. 3
2,909 views
trekbikesusa

Greg LeMond - How Have Steroids Changed Cycling?
13,672 views
ForaTv

Lemond Road Bike

**More Popular News Videos**

## Featured Videos

Fred Goes to the Doctor
3,034,738 views
Fred

How-to make a Pinata, Decor It Yourself
130,120 views
ThreadBanger

Soraya's first rehearsal
96,604 views
eurovision

**Statistics & Data**

**Video Responses (0)** — Sign in to post a Video Response

**Text Comments (7)** Options — Sign in to post a Comment

**jwpetes** (3 weeks ago) — Reply 0
SHAME ON YOU BURKE1

**mustardjunkie** (3 months ago) — Reply +1
Human Growth Hormone, Testosterone, Cortisone, EPO, IGF-1 are all part of the Trek Family too.

**mannyvelo** (4 months ago) — Reply 0
I have a Lemond pump. Works great! What's this guy's problem?

**JamesGT1** (9 months ago) — Reply 0
I love my Trek bikes :)

I rode a Lemond min/max carbon road bike and it was great-sad to see the contract terminated this way.

**statgal1** (11 months ago) — Reply 0
Great job for John Burke. Greg was a great American champion as long as we was the ONLY great American champion. I guess spoiled rich kids will always be spoiled rich kids no matter what their accomplishments are and how old they become.

**starbucks3954** (11 months ago) — Reply 0
Propaganda trash video .....

**jamkvf** (1 year ago) — Reply +1
I am a bit confused... I love my fillmore.

View all 7 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

Try YouTube in a new web browser! Download Google Chrome

trek lemond | Search

| YouTube | Programs | Help | Legal | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| Company Info | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube RSS Feeds |
| YouTube Blog | Content Management | Abuse and Safety Issues | Community Guidelines | TestTube |

**Add YouTube to your Google homepage**

© 2009 YouTube, LLC



YouTube Broadcast Yourself Worldwide | English

Sign Up | QuickList (0) | Help | Sign In

Home | Videos | Shows | Channels | Community | Search | Upload

# Trek Company Update Pt. 2

0:03 / 4:47

9 ratings

2,830 views

Favorite | Share | Playlists | Flag

MySpace Facebook Twitter (more share options)

Statistics & Data

Video Responses (0) Sign in to post a Video Response

*Text Comments (3)* Options Sign in to post a Comment

**wirebead** (3 months ago) Reply 0

Wow! What an impressive power point presentation. Haven't sen one this good since my business school days. I wonder who's gonna have egg on their faces if you-know-who has a "michael phelps" moment. Personally, I hope the LeMond brand propspers - if he's able to sell to half of the bicycle dealers out there who are disgruntled w/ Trek then he should do pretty well.

**JamesGT1** (9 months ago) Reply 0

*If Lemond was so bad why didn't Trek get rid of him in 2004?*

I liked the 07' Lemond frames.

Greg has a right to an opinion but anyone would think first before saying something against a fellow business partner-if the newspaper correctly quoted him.

Personally I've got a few Treks but the customer service regarding maintenance questions or specs etc needs to be improved if they want to support club riders.

*I hope they do as I want a Madone!*

**socomcorky** (1 year ago) Reply 0

It never ceases to amaze me how people who make sporting goods take themselves way too seriously.

View all 3 comments

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

Try YouTube in a new web browser! Download Google Chrome

trekbikesusa Subscribe
April 08, 2008
(more info)

At an employee meeting held on April 8, 2008, John Burke, President of Trek Bicycle Corporation, announced that Trek has filed suit in Federal Court in Madison, WI, to sever the company's ongoing r...

URL http://www.youtube.com/watch?v=eHDx_4hz

Embed <object width="425" height="344"><param na

**More From: trekbikesusa**

**Related Videos**

Trek Company Update Pt. 1
4,714 views
trekbikesusa

Trek Company Update Pt. 3
2,909 views
trekbikesusa

Trek Product Tour: 2009 Madone Family
3,989 views
trekbikesusa

The Bicycle Industry's Biggest Opportunity
343 views
SmartSims

Legends of the Tour de

**More Popular News Videos**

## Featured Videos

X-Men Origins: Wolverine Premiere
300,972 views
tvguide

2009 Kentucky Derby Replay
955,488 views
kentuckyderby

Power Up!
10,729 views
Crackle

Search

| YouTube | Programs | Help | Legal | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| Company Info | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube RSS Feeds |

YouTube Blog    Content Management    Abuse and Safety Issues    Community Guidelines    TestTube

**Add YouTube to your Google homepage**

© 2009 YouTube, LLC

YouTube Broadcast Yourself
Worldwide | English
Sign Up | QuickList (0) | Help | Sign In

Home | Videos | Shows | Channels | Community | Search | Upload

# Trek Company Update Pt. 3

0:02 / 4:24

★★★½☆ 6 ratings 2,909 views

Favorite Share Playlists Flag

MySpace Facebook Twitter (more share options)

**trekbikesusa** Subscribe
April 08, 2008
(more info)

At an employee meeting held on April 8, 2008, John Burke, President of Trek Bicycle Corporation, announced that Trek has filed suit in Federal Court in Madison, WI, to sever the company's ongoing r...

URL http://www.youtube.com/watch?v=pyhmPvm1

Embed <object width="425" height="344"><param na

**More From: trekbikesusa**

**Related Videos**

- **Trek Company Update Pt. 2** 4:47 — 2,830 views — trekbikesusa
- **Trek Company Update Pt. 4** 4:37 — 6,652 views — trekbikesusa
- **Bicycle Gears** 5:13 — 10,955 views — terrybicycles
- **Trek Company Update Pt. 1** 4:08 — 4,714 views — trekbikesusa
- **Greg LeMond - How Have Steroids Changed Cycling?**

**More Popular News Videos**

**Featured Videos**

- **The Dark Knight: 1960s Version** 1:37 — 303,832 views — collegehumor
- **In An Apatow World** 2:30 — 292,989 views — collegehumor
- **Bob's Epic Day (ditch) (runescape machinima)** 1:47 — 252,220 views — MachinimaMIVE

**Statistics & Data**

**Video Responses** (0) Sign in to post a Video Response

**Text Comments** (3) Options Sign in to post a Comment

**mlimpenny** (1 month ago)

*Comment removed by author*

**wirebead** (3 months ago) Reply 0

If LeMond was willing to put all of the dough at risk, then he must have felt pretty strongly about the accusations he was making. Is Burke attacking him because he is speaking out despite the money involved?

**JamesGT1** (9 months ago) Reply 0

Bring back the Klein range!

**View all 3 comments**

## Would you like to comment?

Join YouTube for a free account, or sign in if you are already a member.

Try YouTube in a new web browser! Download Google Chrome

Search

| YouTube | Programs | Help | Legal | Discover |
|---|---|---|---|---|
| Contact Us | Advertising | Help Resources | Privacy Policy | YouTube on Your Phone |
| Company Info | Developers | YouTube Handbook | Terms of Service | YouTube on Your Site |
| Press Room | Partnerships | Community Help Forums | Copyright Notices | YouTube RSS Feeds |
| YouTube Blog | Content Management | Abuse and Safety Issues | Community Guidelines | TestTube |

Add YouTube to your Google homepage

© 2009 YouTube, LLC

YouTube Worldwide English

Sign Up QuickList (0) Help Sign In

Home Videos Shows Channels Community Search Upload

# Trek Company Update Pt. 4

0:02 / 4:37

★★★★☆ 11 ratings 6,652 views

Favorite Share Playlists Flag

MySpace Facebook Twitter (more share options)

Statistics & Data

Video Responses (0) Sign in to post a Video Response

Text Comments (0) Options Sign in to post a Comment

View all 0 comments

**Would you like to comment?**

Join YouTube for a free account, or sign in if you are already a member.

trekbikesusa
April 08, 2008
(more info) Subscribe

At an employee meeting held on April 8, 2008, John Burke, President of Trek Bicycle Corporation, announced that Trek has filed suit in Federal Court in Madison, WI, to sever the company's ongoing r...

URL http://www.youtube.com/watch?v=jOrC_d5Pq

Embed <object width="425" height="344"><param na

**More From: trekbikesusa**

**Related Videos**

Trek Company Update Pt. 3 — 4:25
2,909 views
trekbikesusa

TREK MADONE 2008 — 5:07
16,055 views
caterpillar16

Greg LeMond at USADA hearing on Landis — 1:35
16,437 views
rennesdinan

Legends of the Tour de France - Lance Armstrong... — 8:39
31,725 views
GBVLeviathan

Trek Incite Digital Computers

**More Popular News Videos**

**Featured Videos**

Makeup Haul: Barry M & MAC Pro Swatches and Review — 10:21
66,945 views
MakeupGeekTV

Amazing Playoff Moments: Larry Bird Steals the... — 0:31
138,632 views
NBA

Hot Topic Signing! — 2:30
337,892 views
lucas

Try YouTube in a new web browser! Download Google Chrome

Search

YouTube: Contact Us, Company Info, Press Room, YouTube Blog
Programs: Advertising, Developers, Partnerships, Content Management
Help: Help Resources, YouTube Handbook, Community Help Forums, Abuse and Safety Issues
Legal: Privacy Policy, Terms of Service, Copyright Notices, Community Guidelines
Discover: YouTube on Your Phone, YouTube on Your Site, YouTube RSS Feeds, TestTube

Add YouTube to your Google homepage

© 2009 YouTube, LLC



