# Trek Bicycle Corporation's Redaction Log
## For Documents Produced Between 12/08/08 and Present—SECOND REVISED 05/13/09
### LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond
### Case No. 08-1010 (United States District Court, District of Minnesota)

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK009592 | 06/27/07 | Email | Jason Schumacher | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009602 | | | | | | Name of Trek attorney who printed out email. | WP |
| TREK009604 | | | | | | Name of Trek attorney who printed out email. | WP |
| TREK009610 | 02/27/07 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009619 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009620 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009621 | 07/28/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009623 | 07/27/06 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009624 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009631 | 06/26/06 | Email | Dave Maurer | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009633 | 06/26/06 | Email | Dave Maurer | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009634 | 2006 | Handwritten notes | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009643 | 08/08/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009656 | 08/01/06 | Email | Dan Titus | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009658 | 08/01/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009660 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |

Timebase Pty Ltd v. Thomson Corporation, The
Dockets.Justia.com
Doc. 108 Att. 8

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK009662 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009663 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009664 | 07/28/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009666 | 07/27/06 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009667 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009674 | 06/26/06 | Email | Dave Maurer | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009676 | 06/26/06 | Email | Dave Maurer | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009685 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009686 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009688 | 07/31/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009689 | 07/31/06 | Email | Joe Siefkes | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009690 | 07/28/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009708 | 06/26/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009709 | 07/27/07 | Email | Jason Schumacher | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009712 | 07/27/07 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009713 | 04/30/08 | Email | Matthew Elam | Bob Burns | Malcolm Davies | Confidential Client – Attorney communication for the purpose of legal advice re LeMond comments. | ACP, WP |
| TREK009814 | 04/17/08 | Email | Paul Moran | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009815 | 04/16/08 | Email | Roger Bird | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK009825 | 04/12/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication for the purpose of legal advice. | ACP, WP |
| TREK009826 | 04/12/08 | Email | Pete St. Onge | Bob Burns | Maureen Muldoon | Confidential Client – Attorney communication for the purpose of legal advice re LeMond comments. | ACP, WP |
| TREK009839 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009840 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009841 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009842 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009844 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009845 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009846 | 04/11/08 | Email | John Burke | Bob Burns<br>Sarah Graham | | Confidential Client communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK009848 | 04/10/08 | Email | Tricia Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009849 | 04/10/08 | Email | Matthew Elam | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009850 | 04/10/08 | Email | Dave Maurer | Bob Burns<br>John Burke | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009877 | 04/08/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009878 | 04/07/08 | Email | Paul Moran | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009879 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009880 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009881 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009882 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK009883 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009884 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009885 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009886 | 04/09/08 | Email | Dave Maurer | Paul Moran Pete St. Onge Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009887 | 04/09/08 | Email | Maury Malanaphy | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK009888 | 04/09/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009889 | 04/08/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009890 | 04/08/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009891 | 04/08/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009892 | 04/08/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009893 | 04/08/08 | Email | James Peters | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009894 | 04/08/08 | Email | Paul Moran | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009895 | 04/08/08 | Email | Bob Burns | Group | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK009895 | 04/08/08 | Email | Jason McDowell | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009896 | 04/08/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009897 | 04/08/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009898 | 04/08/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009899 | 04/08/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK009900 | 04/08/08 | Email | Chad Price | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009901 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009902 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009903 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009904 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009905 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009906 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009907 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009908 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009909 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009910 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009911 | 04/08/08 | Email | Karl Erbach | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009912 | 04/09/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009913 | 04/08/08 | Email | Aaron Mock | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009914 | 04/08/08 | Email | Chad Lockart | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009917 | 04/09/08 | Email | Michael Browne | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009918 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009919 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK009920 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009923 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009924 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009925 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009926 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK009927 | 04/09/08 | Email | Drew Axt | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK010126 | 07/03/06 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK010127 | 04/22/08 | Email | Dean Gore | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK010134 | 1995 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK010142 | 10/02/00 | Email | Ira Langer | Denise DeMarb | Bob Burns | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010147 | 07/29/04 | Email | Dick Burke | John Burke | | Confidential Client communication referencing legal advice provided by Attorney. | ACP, WP |
| TREK010156 | 11/27/06 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010156 | 11/27/06 | Email | Bob Burns | Lisa Smith | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK010196 | | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK010197 | | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK010199 | | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK010211 | | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK010351 | 02/15/08 | Email | Ralph Weber | Bob Burns | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK010351 | 02/15/08 | Email | Bob Burns | John Burke | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK010351 | 02/17/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010352-TREK010353 | 02/15/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010352 | 02/15/08 | Email | Bob Burns | Ralph Weber | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010352 | 02/15/08 | Email | Ralph Weber | Bob Burns | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK010352 | 02/15/08 | Email | Bob Burns | Ralph Weber | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010357 | 2006 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK010365 | 03/01/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010365 | 02/27/08 | Email | Bart Knaggs | Lawrence Temple Lancelot | Laura Hundley Ritts | Information not required to be produced by Court's January 16, 2009 Order. | |
| TREK010366 | 02/27/08 | Email | Lawrence Temple | Bart Knaggs | Laura Hundley Ritts | Information not required to be produced by Court's January 16, 2009 Order. | |
| TREK010367 | 02/25/08 | Email | Joe Siefkes | Lawrence Temple | Amy Davison Bob Burns | Information; information not required to be produced by Court's January 16, 2009 Order. | |
| TREK010367 | 02/25/08 | Email | Bob Burns | Lawrence Temple | Joe Siefkes Amy Davison | Information; information not required to be produced by Court's January 16, 2009 Order. | |
| TREK010368-TREK010369 | 12/07/07 | Email | Lawrence Temple | Bob Burns | | Information; information not required to be produced by Court's January 16, 2009 Order. | |
| TREK010374 | 06/16/04 | Email | John Burke | Bob Burns Dick Moran | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK010376 | | | | | | PRODUCED | |
| TREK010377 | 11/02/06 | Email | Bob Burns | John Burke Dick Moran | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK010383 | 06/25/06 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK010385 | 10/17/05 | Email | Bob Burns | John Burke | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK010933 | | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK011000 | 09/30/08 | Email | Doug Kotulski | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011067-TREK011068 | | Memo | John Burke | | | PRODUCED | |
| TREK011091 | 05/22/03 | Email | Bob Burns | Anne Docter Katie Ishmael | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP |
| TREK011091 | 05/22/03 | Email | Anne Docter | Bob Burns Katie Ishmael | Jodi Pluemer | Confidential Client – Attorney communication for the purpose of legal advice. | ACP |
| TREK011091 | 05/22/03 | Email | Jodi Pluemer | Anne Docter Bob Burns Katie Ishmael | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP |
| TREK 011093 | 11/05/04 | Email | Bob Burns | Lisa Smith | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011096 | 11/05/04 | Email | Bob Burns | Lisa Smith | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011099 | 11/26/04 | Email | Bob Burns | Lisa Smith | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011114 | 07/15/04 | Email | Bob Burns | John Burke Loren Brown | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011116 | 12/12/99 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP |
| TREK 011124 | 05/10/05 | Email | Bob Burns | John Burke Dick Moran | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK 011129 | 05/24/00 | Email | Ira Langer | John Burke Dick Moran | Bob Burns | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK 011144 | 09/23/04 | Email | Bob Burns | Joe Siefkes John Burke | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011144 | 09/23/04 | Email | Joe Siefkes | Bob Burns | John Burke | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK 011144 | 09/26/04 | Email | John Burke | Joe Siefkes | Bob Burns | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK 011147 | 10/21/04 | Email | Bob Burns | John Burke Dick Burke | Joe Siefkes | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011147 | 10/22/04 | Email | Dick Burke | Bob Burns John Burke | Joe Siefkes | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK 011149 | 11/26/04 | Email | Bob Burns | Lisa Smith | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK 011152 | 2004 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011162 | 2003 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK011163 | 2003 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK011199 | 10/05/00 | Email | Ira Langer | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011201 | 2000 | Handwritten notes | John Burke's office | | | Confidential Client designation of Attorney recipient of document. | ACP, WP |
| TREK011202 | 12/20/99 | Email | Anne Docter | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011209 | 2000 | Handwritten notes | John Burke's office | | | Confidential Client designation of Attorney recipient of document. | ACP, WP |
| TREK011215 | 2000 | Handwritten notes | John Burke's office | | | Confidential Client designation of Attorney recipient of document. | ACP, WP |
| TREK011219 | 1996 | Handwritten notes | Joe Siefkes | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011225 | 05/13/03 | Email | John Burke | Krista Rettig | Bob Burns | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011230 | 08/01/06 | Email | Bob Burns | John Burke | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK011278 | 1996 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipient of document. | ACP, WP |
| TREK011306 | 1996 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011317 | 1996 | Handwritten notes | Bob Burns | John Burke | | Confidential Attorney notes. | ACP, WP |
| TREK011318 | 1996 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK011323 | 2004 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011335 | 2004 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK011344 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document and Attorney notes. | ACP, WP |
| TREK011359 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011370 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipient of document. | ACP, WP |
| TREK011372 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011373 | 7/23/99 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011373 | 7/23/99 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK011374 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011375 | 7/15/99 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document and Attorney notes. | ACP, WP |
| TREK011376 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK011377 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011379 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document and Attorney notes. | ACP, WP |
| TREK011383 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | ACP, WP |
| TREK011384 | 1999 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipient of document and Attorney notes. | ACP, WP |
| TREK011388 | 1997 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipients of document. | ACP, WP |
| TREK011392 | 1997 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipient of document and Attorney notes. | ACP, WP |
| TREK011393 | 09/22/97 | Email | John Burke | Bob Burns | Joe Siefkes | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011394 | 09/19/97 | Email | John Burke | Joe Siefkes Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011394 | 09/19/97 | Email | Bob Burns | Joe Siefkes John Burke | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK011394 | 09/19/97 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011394 | Undated | Email | Bob Burns | Joe Siefkes | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK011430 | 03/06/07 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011432 | 09/06/06 | Email | Bob Burns | John Burke Dick Moran Malcolm Davies | | Confidential Attorney – Client communication for the purpose of legal advice. | ACP, WP |
| TREK011432 | 09/06/06 | Email | John Burke | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011433 | 08/23/06 | Email | Dean Gore | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK011465 | 04/07/08 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK011467 | 04/02/08 | Email | John Burke | Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK011479 | 03/20/08 | Email | Dan Titus | Elisabeth Huber Bob Burns | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK011479 | 03/20/08 | Email | Elisabeth Huber | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011516 | 08/22/95 | Handwritten notes | John Burke | | | Confidential Client notes referencing Attorney – Client communication for the purpose of legal advice. | ACP |
| TREK011519 | 09/08/95 | Handwritten notes | John Burke | | | Confidential Client notes referencing Attorney – Client communication for the purpose of legal advice. | ACP |
| TREK011522 | 09/13/95 | Handwritten notes | John Burke | | | Confidential Client notes referencing Attorney – Client communication for the purpose of legal advice. | ACP |
| TREK011789 | | | | | | PRODUCED | |
| TREK011790 | | | | | | PRODUCED | |
| TREK011791 | | | | | | PRODUCED | |
| TREK011792 | | | | | | PRODUCED | |
| TREK011793 | | | | | | PRODUCED | |
| TREK011794 | | | | | | PRODUCED | |
| TREK011795 | | | | | | PRODUCED | |
| TREK011796 | | | | | | PRODUCED | |
| TREK011797 | | | | | | PRODUCED | |
| TREK011798 | | | | | | PRODUCED | |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK011799 | | | | | | PRODUCED | |
| TREK011800 | | | | | | PRODUCED | |
| TREK011801 | | | | | | PRODUCED | |
| TREK011802 | | | | | | PRODUCED | |
| TREK011867 | 5/17/99 | Handwritten notes | Bob Burns | | | Confidential Attorney designation of Client recipient of document and Attorney notes. | ACP, WP |
| TREK011872 | 02/08/00 | Email | Joe Siefkes | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011875 | 03/16/00 | Email | Ira Langer | Bob Burns Dean Gore Gene DiMenna | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011885 | | | | | | PRODUCED | |
| TREK011973 | 04/15/08 | Email | Andrew Young | Bob Burns | Dan Titus | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK011973 | 04/15/08 | Email | Bob Burns | Sarah Graham Ralph Weber R. Hinkle | | Confidential Attorney communication forwarding information for the purpose of legal advice. | ACP, WP |
| TREK011973 | 12/20/08 | Email | Ralph Weber | Emily Zastrow Christopher Dombrowicki Kristal Stippich Joan Latawiec | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK011977 | 12/22/08 | Email | Jason Schumacher | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011977 | 12/22/08 | Email | Bob Burns | Ralph Weber Christopher Dombrowicki | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK011977 | 12/22/08 | Email | Ralph Weber | Joan Latawiec | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012167 | | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | WP |
| TREK012169 | 01/08/09 | Email | Maureen Muldoon | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK012169 | 01/08/09 | Email | Bob Burns | Ralph Weber Christopher Dombrowicki | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |

| Bates No. | Date | Type | Author | Recipient(s) | CC(s) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| TREK012169 | 01/08/09 | Email | Ralph Weber | Joan Latawiec | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012169 | 01/08/09 | Email | Joan Latawiec | Kristal Stippich Emily Zastrow | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012177 | 01/08/09 | Email | Maureen Muldoon | Bob Burns | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK012177 | 01/08/09 | Email | Bob Burns | Ralph Weber Christopher Dombrowicki | | Confidential Client – Attorney forwarding communication for the purpose of legal advice. | ACP, WP |
| TREK012177 | 01/08/09 | Email | Ralph Weber | Joan Latawiec | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012177 | 01/08/09 | Email | Joan Latawiec | Kristal Stippich Emily Zastrow | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012180 | 01/08/09 | Email | Bob Burns | Ralph Weber Christopher Dombrowicki | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK012180 | 01/08/09 | Email | Ralph Weber | Joan Latawiec | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012180 | 01/08/09 | Email | Joan Latawiec | Kristal Stippich Emily Zastrow | | Confidential communication between employees of Outside Counsel for the purpose of legal advice. | ACP, WP |
| TREK012197 | 12/24/08 | Email | Laurie Koch | Mark Joslyn | Bob Burns | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK012200-TREK012203 | | | | | | Credit card information. | |
| TREK013357 | 12/2004 | Handwritten notes | Bob Burns | | | Confidential Attorney notes. | ACP, WP |
| TREK013848 | | | | | | Name of Trek attorney who printed email. | WP |
| TREK013854 | 07/22/04 | Email | Dean Gore | Bob Burns Joe Vadeboncoeur | | Confidential Client – Attorney communication for the purpose of legal advice. | ACP, WP |
| TREK013854 | | Notes | Bob Burns | | | Confidential Attorney notes. | ACP, WP |
| TREK013856 | | | | | | Attorney address information. | |
| TREK013865 | | Notes | | | | Confidential Attorney handwritten notes. | WP |
| TREK013868 | | Notes | | | | Confidential Attorney handwritten notes. | WP |