# INDEX TO TREK'S 04/10/09 REVISED PRIVILEGE & REDACTION LOGS

| NAME | AFFILIATION |
| --- | --- |
| Albers, Tom | Trek Bicycle Corporation employee; Intrepid Corporation |
| Anderson, Margaret | Lord, Bissell & Brook |
| Anderson, Peg | Lord, Bissell & Brook |
| Axt, Drew | Trek Bicycle Corporation employee |
| Balmer, John | Trek Bicycle Corporation employee |
| Basoa, Jennifer | Piper Rudnick |
| Bird, Roger | Trek Bicycle Corporation employee |
| Brenda | Trek Bicycle Corporation employee |
| Brown, Loren | Piper Rudnick |
| Browne, Michael | Trek Bicycle Corporation employee |
| Burke, Dick | Trek Bicycle Corporation employee – Founder |
| Burke, John | Trek Bicycle Corporation employee – CEO |
| Burke, Mary | Trek Bicycle Corporation employee |
| Burke, Tricia | Trek Bicycle Corporation employee |
| Burns, Bob | Trek Bicycle Corporation employee – In-House General Counsel |
| Callahan, Tim | Trek Bicycle Corporation employee |
| Coates, Ben | Trek Bicycle Corporation employee |
| Daubert, Scott | Trek Bicycle Corporation employee |
| Davies, Malcolm | Trek Bicycle Corporation employee |
| Davison, Amy | Trek Bicycle Corporation employee – In-House Counsel |
| DeMarb, Denise | Trek Bicycle Corporation employee |
| DeWit, Bob | Trek Bicycle Corporation employee |
| DiMenna, Gene | Trek Bicycle Corporation employee |
| Docter, Anne | Trek Bicycle Corporation employee |
| Dombrowicki, Christopher | Gass Weber Mullins LLC |
| Dominguez, Cynthia | Trek Bicycle Corporation employee |
| Dresen, Curtis | Trek Bicycle Corporation employee |
| Drobnak, Robert | Lord, Bissell & Brook |
| Elam, Matthew | Trek Bicycle Corporation employee |
| Ellerman, Gary | Trek Bicycle Corporation employee |
| Erbach, Karl | Trek Bicycle Corporation employee |
| Gave, Bret | Trek Bicycle Corporation employee |
| Geschwind, Rachel | Piper Rudnick |
| Gierhart, Roger | Trek Bicycle Corporation employee |
| Gore, Dean | Trek Bicycle Corporation employee |
| Graham, Sarah | Public Strategies, Inc. |
| Green, Tonja | Trek Bicycle Corporation employee |
| Grotjahn, Jeff | Trek Bicycle Corporation employee |
| Hietpas, Mike | Trek Bicycle Corporation employee |
| Hinkle, R. | Public Strategies, Inc. |
| Huber, Elisabeth | Trek Bicycle Corporation employee |
| Ishmael, Katie | Trek Bicycle Corporation employee |
| Joslyn, Mark | Trek Bicycle Corporation employee |
| Keehn, Joyce | Trek Bicycle Corporation employee |
| Knaggs, Bart | Capital Sports & Entertainment |
| Koch, Laurie | Trek Bicycle Corporation employee |
| Kotulski, Doug | Trek Bicycle Corporation employee |
| Langer, Ira | Trek Bicycle Corporation employee |
| Latawiec, Joan | Gass Weber Mullins LLC – Assistant to Ralph Weber |
| Leland, Brent | Trek Bicycle Corporation employee |
| Lockart, Chad | Trek Bicycle Corporation employee |
| Malanaphy, Maury | Trek Bicycle Corporation employee |

Blumberg No. 5116

EXHIBIT
4

# INDEX TO TREK'S 04/10/09 REVISED PRIVILEGE & REDACTION LOGS

| NAME | AFFILIATION |
|------|-------------|
| Malchow, Steve | Trek Bicycle Corporation employee |
| Marinoff, Jill | Piper Rudnick |
| Marusarz, Mark | Trek Bicycle Corporation employee |
| Maurer, Dave | Trek Bicycle Corporation employee |
| McCarthy, Gary | Trek Bicycle Corporation employee |
| McCaw, Vance | Trek Bicycle Corporation employee |
| McCurdy, Kay | Lord, Bissell & Brook |
| McDowell, Jason | Trek Bicycle Corporation employee |
| McFarlane, Jeff | Trek Bicycle Corporation employee |
| McGlade, Philip | Trek Bicycle Corporation employee |
| Mock, Aaron | Trek Bicycle Corporation employee |
| Moran, Paul | Trek Bicycle Corporation employee |
| Muldoon, Maureen | Trek Bicycle Corporation employee |
| Nelson, Janet | Trek Bicycle Corporation employee |
| Norquist, Jerry | Trek Bicycle Corporation employee |
| Pagels, Jennifer | Trek Bicycle Corporation employee |
| Peters, James | Trek Bicycle Corporation employee |
| Peterson, Anne Marie | Trek Bicycle Corporation employee |
| Pluemer, Jodi | Trek Bicycle Corporation employee |
| Price, Chad | Trek Bicycle Corporation employee |
| Rettig, Krista | Trek Bicycle Corporation employee |
| Riley, John | Trek Bicycle Corporation employee |
| Ritts, Laura Hundley | Capital Sports & Entertainment |
| Schumacher, Jason | Trek Bicycle Corporation employee |
| Schwartz, Sharee | Trek Bicycle Corporation employee |
| Siefkes, Joe | Trek Bicycle Corporation employee – CFO |
| Smith, Cindy | Trek Bicycle Corporation employee |
| Smith, Dave | Trek Bicycle Corporation employee |
| Smith, Lisa | Trek Bicycle Corporation employee – Assistant to Bob Burns |
| St. Onge, Pete | Trek Bicycle Corporation employee |
| Stang, Jeff | Trek Bicycle Corporation employee |
| Stippich, Kristal | Gass Weber Mullins LLC |
| Sullivan, Pat | Trek Bicycle Corporation employee |
| Swenson, Steve | Trek Bicycle Corporation employee |
| Temple, Lawrence | Capital Sports & Entertainment |
| Thome, Shaun | Trek Bicycle Corporation employee |
| Thompson, Cindy | Trek Bicycle Corporation employee |
| Thurnbauer, Jenelle | Trek Bicycle Corporation employee |
| Titus, Dan | Trek Bicycle Corporation employee |
| Tully, Patsy | Trek Bicycle Corporation employee |
| Vadeboncoeur, Joe | Trek Bicycle Corporation employee |
| VanDyck, David | Trek Bicycle Corporation employee |
| Wagner, Brad | Trek Bicycle Corporation employee |
| Wagner, Cindy | Trek Bicycle Corporation employee |
| Weber, Ralph | Gass Weber Mullins LLC |
| White, Neal | McDermott, Will, Emery |
| Young, Andrew | Trek Bicycle Corporation employee |
| Zastrow, Emily | Gass Weber Mullins LLC – Paralegal |
| Zimmer, Parker | Trek Bicycle Corporation employee |