People
Bios

Search

View All Employees

View By Last Name

A B C D E F G H I
J K L M N O P Q R
S T U V W X Y Z

View By Office Location

PUBLICSTRATEGIESINC

**Bartlett, Dan**
**President and CEO**

512.474.8848
512.474.0120 FAX

98 San Jacinto Blvd.
Suite 1200
Austin, TX, 78701

**His work with Public Strategies**

Dan Bartlett is a strategic advisor to business leaders representing key sectors of the American and global economy. His experience serving in the highest levels of state and federal government and helping lead two successful presidential campaigns gives him a unique perspective in shaping public opinion and reputation management.

As president and CEO of Public Strategies, Bartlett provides strategic counsel to the firm's largest accounts representing key industries in finance, telecommunications and defense. Drawing on his years of foreign policy experience while serving in the White House, he is also helping lead the firm's international growth, providing advice to leading multi-national firms and global institutions.

Bartlett is also an adjunct faculty member at the University of Texas Lyndon B. Johnson School of Public Affairs and a fellow of the school's Center for Politics and Governance.

**His earlier work**

Before joining Public Strategies, Bartlett served in several high-ranking positions at the White House, completing his service as counselor to President George W. Bush in July 2007. As one of President Bush's most trusted advisors, he was responsible for all aspects of communications for the president and his administration. In addition to providing high-level strategic communications advice, he was also responsible for the White House press office, speechwriting and office of communications. Texas Monthly magazine once described Bartlett as "the linchpin of the most far-reaching, tough-minded, and technologically advanced government communications operation in history."

In addition to serving as a public official, Bartlett helped quarterback President Bush's historic 2000 presidential campaign and his re-election campaign in 2004. During the 2000 campaign, Bartlett was responsible for rapid response and coordination between the campaign policy and press divisions. On the re-election campaign, Bartlett was responsible for message development, speechwriting and press strategy, and he played a key role in debate preparations.

Before serving in Washington, Bartlett worked in the policy office for then Governor Bush and subsequently served as issues director on his 1998 re-election campaign. While serving in the Governor's Office, Bartlett helped overhaul the Texas Department of Commerce, worked on passing key juvenile justice reforms and served as the governor's liaison for the Texas National Guard.

Before Bartlett joined Bush's political team in 1994, he worked at Karl Rove & Associates, a political and direct mail consulting firm that advised dozens of candidates for state and federal office. Bartlett is a graduate of the University of Texas at Austin and

Public Strategies Inc. Page 2 of 2

currently serves on the advisory board of UT Austin's College of Communication.

1-800-431-5485 | info@pstrategies.com
Public Strategies is a WPP company.

Home | Site Map | Contact Us | Privacy Policy

© 2005 Public Strategies, Inc. All Rights Reserved

http://www.pstrategies.com/personprofile.php?eid=293 5/14/2009

  Public Strategies Inc. Page 1 of 2

**PUBLICSTRATEGIES** INC About Us Client Services People Careers Contact Us

People
Bios

Search

View All Employees

View By Last Name

A B C D E F G H I
J K L M N O P Q R
S T U V W X Y Z

View By Office Location

PUBLICSTRATEGIESINC

**Martin, Jack L.**
**Founder and Chairman**

512.474.8848
512.474.0120 FAX

98 San Jacinto Blvd.
Suite 1200
Austin, TX, 78701

Jack Martin is a leading business strategist, advising a wide range of Fortune 500 companies as well as many high-profile international firms. His reputation as a strategic innovator is derived from his success in personally managing some of the world's most complex and important business transactions, as well as his knowledge of the dynamics of political change.

Martin is the chairman of Public Strategies, Inc., a global business advisory firm that he founded in 1988. Today owned by WPP of London, Public Strategies was the largest independent firm of its kind at the time of its sale in 2006. Since its start, Public Strategies has grown to more than 190 employees, with offices in 15 U.S. cities, London and Mexico City.

From its original headquarters in Austin, Texas, Martin directs Public Strategies world-wide work. He created a new business model to expand stereotypical concepts of "the public" to include employees, stockholders, community and political leaders, government agencies, the media, as well as customers and consumers. This business model, which helps firms to manage all of their interactions with the public from one strategic platform, has been trademarked by Public Strategies as the "Fifth Seat." This new offering in business advisory work has allowed clients to avoid crisis management and achieve their strategic goals in competitive markets.

Within Public Strategies itself, Martin has created a culture of public service which encourages staff members at all levels to become involved in community activities by serving as volunteers and pro-bono advisors to non-profit organizations. Public Strategies is a long-time supporter of public television, Communities in School, The Nature Conversancy, the Lance Armstrong Foundation, Southwest Voter Registration and Education Project, Texas Cultural Trust Council, Planned Parenthood, the Austin Children's Museum, Austin Film Society, and dozens of other non-profit organizations across the nation.

Martin is a Texas native who grew up in San Antonio, where his father was a firefighter. Before founding Public Strategies, Martin was active in Democratic Party politics in the U.S., having reached a near-perfect record of wins as a political consultant in various U.S. Senate, gubernatorial, and congressional campaigns before deciding to quit at age 40 and focus his efforts on building Public Strategies. Martin has served as senior advisor to the Democratic National Committee, a consultant to the U.S. Senate Democratic Campaign Committee and treasurer of the Texas Democratic Party.

In Texas, Martin worked for his long-time friend and mentor, U.S. Senator Lloyd Bentsen in various capacities for almost 20 years. He served as executive assistant to the senator and ran his last two re-election campaigns, after starting as Bentsen's travel aide at the age of 20.

http://www.pstrategies.com/personprofile.php?eid=9 5/14/2009

Martin has received four appointments to various public service positions from three Texas governors. In 1991, his alma mater, Texas State University, named him a distinguished alumnus, after Martin served as a chairman of the Board of Regents of the Texas State University System.

In early 2007, Martin brought together a number of key Texas leaders in business, civic endeavors and non-profit organizations to identify ideas to improve the lives of all Texas families by 2020. Under Martin's leadership, the "2020 Group" focuses on issues of major importance to today's children, such as access to health care, quality education, job growth and opportunity, economic prosperity, immigration reform, and a clean environment. With more than 100 participants, the 2020 Group has become a conduit for vital information about key issues, as well as a catalyst for action for those who are committed to improving the lives of all Texans.

Martin also serves on the Board of Visitors of the M.D. Anderson Cancer Center, as well as the board of the LBJ Foundation, which supports public policy education at the University of Texas's LBJ School of Public Affairs and the Lyndon Baines Johnson Presidential Library and Archives.

**1-800-431-5485** | **info@pstrategies.com**

Public Strategies is a WPP company.

**Home** | **Site Map** | **Contact Us** | **Privacy Policy**

© 2005 Public Strategies, Inc. All Rights Reserved