# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

LeMond Cycling, Inc.,

                Plaintiff(s),

v.

Trek Bicycle Corporation,

                Defendant(s).

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 08-1010 (RHK/JSM) |
| Date: | May 26, 2009 |
| Court Reporter: | N/A |
| Tape Number: | N/A |
| Time Commenced: | 10:32 |
| Time Concluded: | 11:28 |
| Time in Court: | 56 Minutes |

APPEARANCES:

   For Plaintiff:      Denise Rahne and Kate Bruce
   For Defendant:   Ralph Weber and Erik Salveson

Interpreter / Language:    N/A

Hearing on defendant Trek Bicycle Corporation's Motion for Protective Order [Docket No. 100]. Motion taken under advisement.

**ORDER TO BE SUBMITTED BY:**   **X  COURT**   ☐ PLAINTIFF   ☐ DEFENDANT


Motions taken under advisement as of:    May 26, 2009

X  ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    X  NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                                                   s/TRC
                                                                  Signature of Law Clerk