# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    **Plaintiff,**

**v.**

**Trek Bicycle Corporation,**

    **Defendant/Third-Party Plaintiff,**

**v.**

**Greg LeMond,**

    **Third-Party Defendant.**

**Case No. 08-CV-01010 (RHK/JSM)**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2009, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Plaintiff's Motion for Summary Judgment; and
2. Plaintiff's Notice of Motion for Summary Judgment

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com zastrow@gasswebermullins.com Latawiec@gasswebermullins.com |

Dated: June 23, 2009                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:   *s/Jennifer M. Robbins*
         Christopher W. Madel (#230297)
         Denise S. Rahne (#331314)
         Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.