# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| | Magistrate Judge Janie S. Mayeron |
| Trek Bicycle Corporation, | |
| | Date: August 25, 2009 |
| Defendant/Third-Party Plaintiff, | Time: 8:00 a.m. |
| | Judge: Richard H. Kyle |
| | Courtroom: 7A |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

## PLAINTIFF'S NOTICE OF ITS MOTION FOR SUMMARY JUDGMENT

TO: Defendant/Third-Party Plaintiff Trek Bicycle Corporation and its attorneys of record.

PLEASE TAKE NOTICE THAT, on August 25, 2009 at 8:00 a.m., or as soon thereafter as counsel can be heard, counsel for Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond shall appear before the Honorable Richard H. Kyle, or any judge sitting in his stead, in Courtroom 7A of the Warren E. Burger Federal Building, 316 North Robert Street, 100 Federal Building,

St. Paul, MN 55101, and then and there present its Motion for Summary Judgment.

Dated:  June 23, 2009          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**


By: *s/ Jennifer M. Robbins*
    Christopher W. Madel (#230297)
    Denise S. Rahne (#331314)
    Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile:  612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC. AND THIRD-PARTY DEFENDANT GREG LEMOND