UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | Case No. 08-CV-01010 (RHK/JSM) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| Trek Bicycle Corporation, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

The undersigned hereby certifies that on June 25, 2009, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

Notice of Appearance

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com zastrow@gasswebermullins.com Latawiec@gasswebermullins.com |

80873538.1

Dated:  June 25, 2009						ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


							By:   *s/ Katherine K. Bruce*
								Christopher W. Madel (#230297)
								Denise S. Rahne (#331314)
								Jennifer M. Robbins (#387745)
								Katherine K. Bruce (#388887)

							2800 LaSalle Plaza
							800 LaSalle Avenue
							Minneapolis, Minnesota 55402-2015
							(612) 349-8500

							ATTORNEYS FOR PLAINTIFF LEMOND
							CYCLING, INC. and THIRD-PARTY DEFENDANT
							GREG LEMOND