# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,** | Case No. 08-CV-01010 (RHK/JSM) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **Trek Bicycle Corporation,** | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| **Greg LeMond,** | |
| Third-Party Defendant. | |

The undersigned hereby certifies that on July 10, 2009, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Placeholder for Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment, filed under seal;
2. Local Rule 7.1 (c) Word Count Certificate;
3. Declaration of Jennifer M. Robbins with Exhibits and Placeholder for Exhibits 1, 2, 4, 6, 13, 19, 28, 29, 30, 32, 42 filed under seal;
4. Declaration of Kathryn LeMond and Placeholder for Exhibits A-G filed under seal;
5. Declaration of Greg LeMond;
6. Placeholder for Declaration of John Kaul and Exhibit 1-3 filed under seal;
7. Declaration of Elizabeth Andreu and Exhibits 1-2; and
8. Certificate of Service

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |

80866364.1

| Ralph A. Weber | weber@gasswebermullins.com |
| | zastrow@gasswebermullins.com |
| | Latawiec@gasswebermullins.com |

I further certify that I caused the proposed order to be filed with the court via e-mail to the following: Honorable Richard H. Kyle, and I certify that I caused a copy of the proposed order to be e-mailed to the following:

| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com |
| | zastrow@gasswebermullins.com |
| | Latawiec@gasswebermullins.com |

I further certify that I caused the following documents being conventionally filed with the Court and filed under seal pursuant to the Protective Order:

1. Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment;
2. Exhibits 1, 2, 4, 6, 13, 19, 28, 29, 30, 32, 42 to the Declaration of Jennifer M. Robbins;
3. Exhibits A-G to the Declaration of Kathryn LeMond; and
4. Declaration of John Kaul and Exhibit 1-3

to be served upon the following:

| *Via Federal Express:* | *Via Hand Delivery*: |
| Ralph A. Weber, Esq. | Erik T. Salveson |
| Christopher P. Dombrowicki, Esq. | Benjamin J. Rolf |
| Kristal S. Stippich, Esq. | Amanda M. Cialkowski |
| Gass Weber Mullins LLC | Halleland, Lewis, Nilan & Johnson, P.A. |
| 309 North Water Street | 600 U.S. Bank Plaza South |
| Milwaukee, WI 53202 | 220 South Sixth Street |
| | Minneapolis, MN 55402 |

Dated: July 10, 2009	ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:  *s/Jennifer M. Robbins*
     Christopher W. Madel (#230297)
     Denise S. Rahne (#331314)
     Jennifer M. Robbins (#387745)
     Katherine K. Bruce (#388887)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.