# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    Plaintiff,

v.

**Trek Bicycle Corporation,**

    Defendant/Third-Party Plaintiff,

v.

**Greg LeMond,**

    Third-Party Defendant.

**Case No. 08-CV-01010 (RHK/JSM)**

**PLACE HOLDER TO EXHIBITS 1, 2, 4, 6, 13, 19, 28, 29, 30, 32 AND 42 TO DECLARATION OF JENNIFER M. ROBBINS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

    Exhibits 1, 2, 4, 6, 13, 19, 28, 29, 30, 32 and 42 to Declaration of Jennifer M. Robbins in Support of Plaintiff's Motion for Summary Judgment

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 99)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: ___ )

___ Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).