# Exhibit 5

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

        Plaintiff,

vs.

TREK BICYCLE CORPORATION,

 Defendant & Third-Party
        Plaintiff,

vs.

GREG LEMOND,

        Third-Party
        Defendant.

Civil No. 08-1010

**CERTIFIED COPY**

VIDEOTAPED

DEPOSITION OF WARREN GIBSON

| | |
|---|---|
| DATE: | Tuesday, March 17, 2009 |
| TIME: | 9:04 a.m. |
| LOCATION: | THE TOLL HOUSE HOTEL<br>140 South Santa Cruz Avenue<br>Santa Cruz Room<br>Los Gatos, CA 95030 |
| REPORTED BY: | AUDREY KOLTERER, CSR NO. 11875 |

#32982

Advantage ARS Reporting Services, LLC
1083 Lincoln Avenue, San Jose, California 95125, Telephone (408) 920-0222, Fax (408) 920-0188

```
10:17:32   1    10:17.
10:17:35   2                 EXAMINATION BY MS. RAHNE:
10:17:35   3    Q.        Thank you, Mr. Gibson.  I am going to touch
10:17:38   4    on a few of the things that Mr. Weber touched on just
10:17:41   5    briefly.  We won't be here very long.
10:17:43   6              I want to go back and talk a little bit about
10:17:47   7    the PTI agreement that you negotiated for Mr. LeMond.
10:17:50   8    You negotiated that over a brief period; isn't that
10:17:53   9    true?  The PTI agreement, you negotiated that on behalf
10:17:56  10    of Mr. LeMond?
10:17:56  11    A.        Yes.
10:17:57  12    Q.        At the time you were negotiating that,
10:18:01  13    Mr. Gibson, did you have any personal concerns about
10:18:05  14    Mr. LeMond entering the mass market?
10:18:10  15    A.        That was discussed with Mr. LeMond.
10:18:13  16    Q.        Okay.  Did you personally have any concerns,
10:18:16  17    though?
10:18:16  18    A.        My personal thoughts on it?
10:18:19  19    Q.        Correct.
10:18:19  20    A.        At the beginning, yes.
10:18:21  21    Q.        Okay.  And then after the beginning you no
10:18:24  22    longer had concerns?
10:18:25  23    A.        No.
10:18:25  24    Q.        And why is that?
10:18:26  25    A.        Greg didn't have any concerns.
```

Advantage ARS Reporting Services, LLC