# Exhibit 14

The New York Times
nytimes.com

July 21, 2007

# Doping Accusations Again Dominate Cycling

By EDWARD WYATT

CASTRES, France, July 20 — Everyone in cycling — the riders, the teams, the sponsors, the race organizers and the sport's governing bodies — claims to be fighting a common enemy: doping, or the use of performance-enhancing drugs.

But they also cannot seem to stop fighting one another.

The fissures that earlier this year threatened some of the sport's major events with cancellation emerged again Friday, when the director of the Tour de France harshly criticized cycling's governing body and the Danish national cycling federation.

Christian Prudhomme, the Tour director, complained about the timing of the disclosure Thursday by the Danish Cycling Union that Michael Rasmussen, the current leader of the Tour de France, had been warned last month by the International Cycling Union that he faced a two-year ban from racing if he missed another drug test.

Rasmussen missed tests May 8 and June 28, officials said Friday, because he had failed to notify antidoping authorities of where he was going to be. He received a warning June 29 that a third missed test within 18 months of the first incident would be considered a failed drug test under cycling's rules.

Normally such a warning is not publicly disclosed, but Danish cycling officials said Friday that they did so because Rasmussen had incorrectly told reporters at the Tour de France earlier this week that he had missed only one test this year.

The disclosure plunged Rasmussen and the Tour into controversy Thursday, four days after he moved into the leader's yellow jersey with a stunning 62-mile solo attack over three high mountain passes. The swirl of questions about Rasmussen led Prudhomme to have to make the unusual disclosure Friday that the current holder of the race leader's yellow jersey would indeed start that day's stage.

The 12th stage Friday finished in a mass sprint that was won by Tom Boonen, a Belgian rider for the Quick Step-Innergetic team, his second stage victory and the team's fourth during this year's Tour.

Rasmussen retained the yellow jersey going into what is likely to be, on Saturday, his hardest test yet:

LCI 12303

a 33.6-mile time trial. As a mountain-climbing specialist, Rasmussen has admitted that time trialing is not his strength, and he is expected to lose time to most of the top contenders for the overall Tour victory.

Controversy continued to follow Rasmussen after the stage, when VeloNews, a cycling publication, reported on its Web site that a former mountain biker and friend of Rasmussen's had been asked by him to carry a box of illegal doping products to Europe in 2002.

Asked by a VeloNews reporter at the postrace news conference about the charges made by Whitney Richards, a former mountain-bike racer who lives in Colorado, Rasmussen said he knew him but declined to comment further. Richards told The Associated Press on Friday that he decided to go public with his story after Rasmussen promised cycling fans that they could trust him.

Rasmussen has submitted to two blood tests and four urine tests during the Tour de France, and no positive results for any test have been reported. But Rasmussen has come under sharp questioning at the Tour over his practice of training in Mexico, his wife's home country but also a place that is far from the sport's governing authorities, who are based in Europe. Rasmussen said he trained there at high altitude for physiological purposes.

He also acknowledged this week that he sometimes trained in Denmark in an anonymous jersey, rather than his Rabobank team jersey, saying he does so to avoid being interrupted by fans.

Rasmussen said Friday that he had made a mistake in failing to file the proper forms with the cycling union, known by its French initials U.C.I. "I do admit that I committed an error, and I received a warning from the U.C.I.," Rasmussen said. But he added that he was "one of many" riders who have been warned by the U.C.I. for failure to properly disclose their whereabouts for drug-testing purposes.

Prudhomme questioned whether cycling officials were trying to make the Tour look bad by raising the issue of Rasmussen's tests now, rather than before the race started. He noted that the Danish federation had allowed Rasmussen to start in its national championship race after he missed his second test, and that they had tested him for illegal drugs at that event.

The cycling union and the Amaury Sports Organization, or A.S.O., the company that owns the Tour de France and several other major races, have been feuding for the last couple of years over the U.C.I.'s establishment of the ProTour, a series of sanctioned cycling races.

A.S.O. and the organizations that manage the two other three-week grand tours, the Tour of Italy and the Tour of Spain, have opposed some of the ProTour measures, which they see as threatening to their revenues and television rights.

LCI 12304

Copyright 2007 The New York Times Company

Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us | Work for Us | Site Map

 
# From spotlight to suspicion: Landis' drug test a blow to cycling

Updated 7/30/2006 1:53 PM ET
**By Sal Ruibal, USA TODAY**

The sport of cycling is reeling after the revelation Thursday that American Floyd Landis' remarkable comeback win at the 2006 Tour de France on Sunday may have been tainted by illegal doping.

Last Sunday, American Floyd Landis stood at the top of the Tour de France podium in Paris, his champion's yellow jersey shining in the late-afternoon sun on the Champs Elysees.

Less than a week later, the son of Pennsylvania Mennonites is fighting for his professional life, and cycling — the drug-plagued sport for which he had just become the symbol of a rebirth — was reeling again. Landis' Swiss-based Phonak team revealed Thursday that its star had failed an initial doping test for high levels of testosterone and could be stripped of cycling's most prestigious title.

Landis still could be cleared: The first half of the urine sample he gave last week after the 17th stage of the 20-stage, 2,272-mile race — called an "A" sample — was positive, but he can't be sanctioned unless the remaining sample also tests positive. Landis' team has suspended him pending the results; if the second test is positive, he can appeal to an arbitration court.

In a conference call with reporters, Landis said he was innocent and determined to prove it.

"All I want to do is ask that everybody take a step back," said Landis, 30, a former teammate of seven-time Tour winner Lance Armstrong. "I don't know what your position is now, and I wouldn't blame you if it's a bit skeptical because of what cycling has been through, but all I'm asking for is that I'm given a chance to prove my innocence."

He acknowledged that even if he is cleared, his reputation could be stained forever.

"Unfortunately, I don't think it's ever going to go away, no matter what happens," he said.

LCI 12306

The same might be said for cycling and the Tour de France.

Throughout the race's 103-year history, riders have been tempted to use artificial means to stay competitive during the extreme rigors of the three-week race around mountainous France. That temptation has sullied the reputation of the sport and has earned it a reputation as perhaps the dirtiest of all sports when it comes to the use of performance-enhancing drugs.

In recent times, the low point came in the 1998 race, when French anti-doping police raided team hotels, entire teams left the race in disgrace and two sit-down strikes by protesting riders stopped the race entirely.

However, 2006 may surpass that debacle as an unflattering benchmark: Four of the race's top contenders — including Ivan Basso and 1997 winner Jan Ullrich — were kicked out days before the race began because of their alleged ties to a doping ring.

The suspensions — combined with the retirement of Armstrong, who had won the Tour every year since 1999 — made this year's race wild and unpredictable. It was marked by several great performances from cyclists who for years had been in the shadows of more prominent riders. The most stunning effort was Landis' ride in the 17th stage, which the French sports daily newspaper *L'Equipe* called "The ride of the century."

Landis, who had led the Tour two days earlier and then fallen more than eight minutes behind the leaders after a terrible day in the

Alps on July 19, had a remarkable recovery a day later. He won the day's race and erased most of his time deficit, setting himself up to take the Tour lead for good.

Australian rider Michael Rogers said of Landis' comeback ride: "He was like a motorbike. I've never seen anything like it."

Landis was tested that day; the results became public Thursday.

During the conference call, Landis speculated about what could have caused him to test positive. He is scheduled to have hip-replacement surgery soon for an arthritic right hip he damaged in a training ride in 2003 and is taking cortisone injections to relieve pain. He also revealed he has a thyroid condition that requires him to take a thyroid hormone.

Phoenix endocrinologist Daniel Duick, vice president of the American Association of Clinical Endocrinologists, said he didn't know the details of Landis' test but said it's possible a thyroid disease or medication could have an effect on a person's testosterone levels.

"Yes, there can be abnormalities of testosterone measurement in thyroid hormone disease and replacement (drug) therapy," Duick said. "But to be sure, you need to know the levels of thyroid hormone at the time they tested the testosterone level."

### Cycling business hurt

Meanwhile, cycling has another black eye at a time when it appeared the Tour de France had taken a big step toward purging itself of cheaters. This year's Tour was widely viewed as a fresh start for the sport — mostly because of the suspensions but also because of Armstrong's retirement. The American never tested positive for performance-enhancing drugs but repeatedly was accused of using them by the French media.

This year, Tour officials "thought they had a major coup, and the Tour would be the cleanest Tour in years. It was a tour of redemption," said Phil Liggett, who covered the Tour for the Outdoor Life Network. "We all felt this was the nearest we were going to get to a drug-free Tour de France."

Now some analysts fear that the fall of the Tour's new king could sap the marketing potential for cycling that Armstrong helped to create.

"Floyd Landis has just put cycling on the sports business bike rack," said Paul Swangard, managing director of the James H. Warsaw Sports Marketing Center at the University of Oregon. "If his 'B' sample tests positive, there is no reason for corporations to spend their marketing budgets with a sport that's clearly out of control. Lance Armstrong created a great window for his sport, and Floyd Landis has blown this opportunity."

Armstrong, on a bike ride Thursday in Iowa, declined to comment.

Landis is the second former Armstrong lieutenant to run into doping controversy after leaving the seven-time champion's team to ride for the squad sponsored by Phonak, a company that makes aids for the hearing-impaired.

Tyler Hamilton had an "A" sample test positive for blood doping after winning a cycling gold medal in the 2004 Olympics, but his "B" sample was destroyed inadvertently and Hamilton was allowed to keep his medal. He later tested positive for the same offense in the 2004 Tour of Spain and was banned from cycling for two years.

Dick Pound, head of the World Anti-Doping Agency, has sparred publicly with Armstrong over doping allegations. He says the Landis affair could damage Armstrong's legacy. "The risk is that people will look and say, 'If it happened this year, does that mean it happened last year?'" Pound says.

LCI 12307

### Testing for testosterone

Testosterone is included as an anabolic steroid on the list of substances banned by the World Anti-Doping Agency, and its use can be punished by a two-year ban.

The difficulty with testing for testosterone is that it is a naturally occurring hormone, present in everyone's body. Drug testers use a ratio of testosterone to epitestosterone, another naturally occurring hormone, in tests as a screening measure. Most people have a 1:1 ratio. A ratio of 4:1 or greater is deemed potentially positive and requires further investigation.

Drug analyst Gary Wadler says he is puzzled by the result of the test on Landis, who had never failed a drug test. One-time use of steroids could result in an abnormal test, but it would have no effect on performance and could not have accounted for Landis' feat in the 17th stage.

"Something's missing here," he says. "It just doesn't add up."

### Waiting for the results

Landis didn't talk to many people Thursday as he hurried to find legal counsel, but he did call his mother, Arlene Landis, at her home in Farmersville, Pa. He said he told her he is innocent.

Earlier, Arlene Landis had told the Associated Press, "I know that this is a temptation to every rider, but I'm not going to jump to conclusions. It disappoints me."

She's not the only one. Second-place finisher Oscar Pereiro of Spain said he was in no mood to celebrate if he is declared the Tour champion because Landis is disqualified.

"The way to celebrate a win is in Paris," Pereiro told the AP. "Otherwise it's just a bureaucratic win."

*Contributing: Dick Patrick, Jill Lieber, Vicki Michaelis, Tom O'Toole and Nanci Hellmich for USA TODAY; wire reports*

**Find this article at:**
http://www.usatoday.com/sports/cycling/2006-07-27-landis-drug-test_x.htm

☐ Check the box to include the list of links referenced in the article.

Copyright 2008 USA TODAY, a division of Gannett Co. Inc.

LCI 12308

# guardian.co.uk

# Armstrong faces legal marathon

William Fotheringham
The Guardian, Tuesday July 26 2005

In keeping with his declaration that he wishes to keep out of the public eye for the near future, Lance Armstrong yesterday denied recent press rumours that he would run for the governorship of Texas in next year's elections.

Armstrong yesterday began his retirement by flying to the south of France for a beach holiday with his girlfriend, the rock star Sheryl Crow - whose next album is inspired by her love affair with the seven-times Tour de France winner - and his children Luke, Grace and Isabelle and close friends. His plan, he said before the Tour ended, was to have a preview of his life "for the next 50 years - no stress".

That may not be quite so easy to achieve in the medium term, if the list of impending legal cases involving him is anything to go by. As in so much that he has brought to his sport, litigation on this scale is a first for professional cycling, where lawyers were hardly involved until the 1980s and where they have tended to limit their activities to the occasional contractual dispute.

All the legal disputes have a common theme: drugs allegations involving either Armstrong or his former trainer Michele Ferrari, with whom the Texan officially cut all ties after Ferrari's conviction in October on drugs charges.

A recent biography of Armstrong estimated that he is employing 11 lawyers on eight cases in three countries: the US, Britain and France. Several of the cases centre on allegations made in the 2004 biography LA Confidentiel: Les Secrets de Lance Armstrong, which uses what is apparently circumstantial evidence to support its claim that he may have used performance-enhancing drugs.

Armstrong has brought libel suits against the authors, the Sunday Times journalist David Walsh and the former L'Equipe sportswriter Pierre Ballester, and against the Sunday Times, as well as against two of the witnesses quoted in the book.

Armstrong is also fighting a Dallas company, SCA Promotions, over his $5m (£2.86m) performance bonus for 2004. The company withheld the bonus, saying that it wished to look into the allegations in LA Confidentiel further and asking to examine Armstrong's medical records. The case is in arbitration and is expected to stay there until at least the end of the year.

In a further case to be heard in the US, Armstrong faces a case brought by his former personal assistant Mike Anderson, who claims he was sacked by the Texan in February 2004 after spotting a box containing steroids in Armstrong's bathroom. Armstrong denies the claim and has issued a counter-suit.

LCI 12309

Finally, Filippo Simeoni's case for "public defamation" against Armstrong will be heard in Paris in March. The Italian cyclist was a key witness in Ferrari's trial and sued Armstrong after the American claimed in an interview with a French newspaper that Simeoni was "an absolute liar".

Whatever the outcome, Armstrong has confirmed that he will return to the Tour next year in a consultant's role with the Discovery Channel team. "I'll be on the Tour a little, probably bothering [the team manager] Johan [Bruyneel], begging for a place in the car." He already part-owns the management company that runs the team.

His immediate task, he accepts, will be to find a new US star to front the team. "The Tour is the only time that cycling crosses over to the newspapers and networks. For the American public to stay interested in cycling and the Tour they have to have an American guy, an American face."

As well as his close friend George Hincapie, Armstrong has named another, younger rider with the team, Tom Danielson, as a possible future leader.

Speculation that Armstrong will eventually find his way into politics was heightened when the White House confirmed yesterday that he had taken a telephone call from George W Bush, a fellow Texan, shortly after finishing his final Tour in Paris.

President Bush and last year's Democratic presidential candidate John Kerry are both keen cyclists. Kerry was at the Tour over the weekend and said that Armstrong would be a force to be reckoned with if he went into politics, "but I hope he goes in for the right side".

Armstrong has never openly declared his allegiance; he is on President Bush's cancer commission but apparently opposed the Iraq war, and his girlfriend's left-wing credentials are well established.

Armstrong denied at the start of the Tour that he had any immediate ambitions for a political career, citing his dislike of press conferences. "I don't like this setting," he said. "Why be president and have this setting every day? But politics and the good of my country interest me."

**Brief encounters: a champion's case load**

**Libel**

To be heard November 2005. Libel action against the Sunday Times and David Walsh over an article about LA Confidentiel, Les Secrets de Lance Armstrong, an unauthorised biography written by Walsh and Pierre Ballester.

**Unfair dismissal**

December 2005. Claim by former personal assistant Mike Anderson for unfair dismissal; counter-claim by Armstrong.

**Defamation**

March 2006. Public defamation suit by Italian cyclist Filippo Simeoni to be heard in Paris.

LCI 12310

## Libel

Summer 2006. Libel action in Paris against Walsh and Ballester, and against Emma O'Reilly and Stephen Swart, witnesses quoted in the book; libel action against La Martinière, publisher of LA Confidentiel, and against L'Express, which published extracts from the book.

## Pending

Dispute over 2004 performance bonus contested by insurers SCA Promotions.

## Preliminary stages

Police inquiry in Italy over alleged "sporting fraud" and intimidation of a witness after Armstrong's altercation with Simeoni in 2004 Tour, with which Armstrong is voluntarily cooperating.

## Likely to be shelved

Police investigation of a dietician in Annecy over allegations in LA Confidentiel.

guardian.co.uk © Guardian News and Media Limited 2008

LCI 12311

July 16, 1998

# CYCLING; Police Talk to Coach of Festina in Drug Case

By SAMUEL ABT

The management of the Festina bicycle racing team, under increasing pressure in a doping controversy in the Tour de France, announced today that the head of the team was being questioned by the French police.

Bruno Roussel, the coach of the nine Festina riders in the race, was in police custody here, though not charged with anything.

Roussel has been asking for an inquiry since the race came to France earlier this week so that he could address the reports of drug use by his riders.

According to Agence France-Presse, the team's doctor, Eric Rickaert, was also in custody.

At the same time, Miguel Rodriguez, who owns Festina, a Spanish watch manufacturer, said that if an intention to use illegal drugs was proved, he would end his contract to sponsor the team, which runs through 2001.

The affair began last Wednesday, when a masseur for the team, which is based in France, was arrested at the French-Belgian border in an official Tour de France car bearing the Festina emblem. A search of the car revealed a large quantity of amphetamines, steroids, masking drugs and EPO, a chemical that thickens the blood and thus carries more oxygen to muscles. All these substances are banned in the sport but believed to be used by some riders.

The jailed masseur, Willy Voet, a Belgian, reportedly insisted at first that all the drugs were for his personal use but then said he was taking them to Dublin, where the race began last Saturday, under orders from Festina team officials.

Both Roussel and Ryckaert have denied this and Roussel announced Tuesday night that he had instructed his lawyer to act against publication of what he called rumors, which would violate his rights under French law.

Tour officials have noted that Voet's arrest was made far from the race and before it began. When the affair became public late last Friday, Jean-Marie Leblanc, the race's director, ruled out any penalties until more facts became known.

He repeated that position today in a television appearance, saying that for now there was no question of ejecting the nine-man team, which includes Laurent Brochard, the world road race champion, and two favorites in the Tour, Richard Virenque and Alex Zulle.

But Roger Legeay, the coach of the Gan team in the Tour de France and the head of the French league of professional cycling, said on the same television program: "The Tour is supposed to be a festival. We can't have a festival with this hanging over us. This must be resolved quickly."

LCI 12312

LCI 12313