Exhibit 17

Lemond: Drug scandal is best thing to happen to cycling Arthur Brice. The Atlanta Journal the Atlanta Constitution. Atlanta, Ga.:Aug 29, 1998. p. E;14

Abstract (Summary)

America's most famous cyclist hopes something good will come out of the drug scandal that engulfed this year's Tour de France, a race he won three times.

"It's the best thing that's happened in cycling," said Greg LeMond, now driving on the Formula Ford 2000 circuit and competing tonight at Atlanta Motor Speedway. "The worst would be for drugs to stay on the back side and nobody doing anything about it."

The Tour de France, a three-week bike race held every July, was marked by controversy this year. The world's top-ranked team was kicked out for suspected drug use, and another six squads quit. Police are still investigating.

Full Text (366 words)

(Copyright 1998 The Atlanta Journal / The Atlanta Constitution)

Metro Final

America's most famous cyclist hopes something good will come out of the drug scandal that engulfed this year's Tour de France, a race he won three times.

"It's the best thing that's happened in cycling," said Greg LeMond, now driving on the Formula Ford 2000 circuit and competing tonight at Atlanta Motor Speedway. "The worst would be for drugs to stay on the back side and nobody doing anything about it."

The Tour de France, a three-week bike race held every July, was marked by controversy this year. The world's top-ranked team was kicked out for suspected drug use, and another six squads quit. Police are still investigating.

LeMond, who retired in 1994 after winning the Tour in 1986, 1989 and 1990, said he always has detested drug use.

"I raced a clean career," he said. "I made it very clear. I was fortunate to be on certain teams that wouldn't tolerate it." LeMond even left one squad when his contract expired, he said, because one of its riders was caught using drugs and the team directors did nothing about it.

But LeMond said that in a sport in which athletes often pedal eight hours a day for weeks at a time, some competitors look for any advantage.

"It is so physically demanding that even a slight edge can make a difference," he said. "I don't believe any rider wants to take drugs. But there's a huge temptation to maintain equality."

Even though cycling has been under suspicion since 1967, when a British rider died of amphetamine use during the Tour de France, drug use picked up eight or nine years ago, LeMond said.

Nor is drug use limited to cycling. Running and swimming, along with professional sports such as football, have been tainted by scandal. In recent weeks, three 1996 Olympians --- a swimmer, a weightlifter and a sprinter --- have been accused of possible doping.

"Everything you take, there's a side effect," said LeMond, who was forced to retire because of a rare genetic muscle disease. "I wanted to get done with cycling with my health. The ironic thing is I ended up finishing unhealthy."

[Illustration]

Caption: Photo : Greg LeMond