# Exhibit 18

3 of 3 DOCUMENTS

Copyright 1999 Associated Press
All Rights Reserved
Associated Press Worldstream

January 14, 1999; Thursday 14:33 Eastern Time

**SECTION:** Sports

**LENGTH:** 371 words

**HEADLINE:** Former cyclist Greg LeMond decries recent doping scandals

**BYLINE:** ERICA BULMAN

**DATELINE:** WENGEN, Switzerland

**BODY:**

Former Tour de France champion Greg LeMond was more prepared to tackle the problem of doping in sport than the classic Lauberhorn course Thursday when he arrived at the Swiss resort for this weekend's World Cup downhill.

While LeMond was planning to get some skiing in at the ritzy station, the 27-year-old American declined an invitation to venture onto the Lauberhorn's perilous slopes for an inspection run.

But the former cyclist had no such reluctance expressing his opinion on the recent doping scandals that plagued the Tour de France last summer.

"For years now doping has been a problem in sport," said LeMond, a three-time winner of the Tour de France. "But in the 1980's when I raced there was a lot of suspicion cast on individuals thought to be cheating, but not on entire teams organizing doping systematically.

"It's such a shame, a terrible thing for the Tour de France and sports in general," said LeMond. "But it's a good thing it came out into the open."

The former cyclist felt widespread testing was necessary but that doping would never be completely eradicated from sports.

And until every sport falls in line, LeMond believes doping and the industry will continue to flourish.

"You can control doping up to a certain point," said LeMond. "But you can't detect everything. The IOC (International Olympic Committee) needs to put pressure on the pharmacuetical industry.

"There are three or four sports who don't do any tests, who don't control at all," LeMond said. "In American football, for instance, you can't put on 60 kilos (130 pounds) without some kind of substance."

LeMond attributed the widespread doping in all sports and not only cycling to increased pressure on today's

athletes.

"It's because of the high expectations," said LeMond. "It's also because it's part of human nature to always try to reach further, to go faster and higher. And not just in cycling but everywhere.

"Even among the officials and not the just athletes there is a tendancy to reach for more," added LeMond in light of the recent Olympic bribery scandals in Salt Lake City. "You give too much power to a few people and corruption is almost a normal outcome."

(eb)

**LOAD-DATE:** January 14, 1999

Page 2
Former cyclist Greg LeMond decries recent doping scandals Associated Press Worldstream January 14, 1999; Thursday