# Exhibit 20



**From:** Matt Hatley [matt@hatleylodge.com]
**Sent:** Thursday, July 15, 2004 11:33 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by
Matt Hatley (matt@hatleylodge.com) on Thursday, July 15, 2004 at 23:32:35

---

comments: It seems that Greg Lemond has forgotten people are innocent until proven guilty. Greg adds to the widespread drug speculation in cycling, rather than celebrate the TdF (it's already bad enough w/ David Millar). That's the crux of the issue, speculation & no proof. If he couldn't say anything positive, why didn't he just bite his tongue? Greg Lemond is an ambassador for the sport of cycling. He needs to act like it.

I own a Serotta & will NEVER buy a Lemond bike.

Matt Hatley
Woodbridge, VA - USA

---

1

0014

TREK000113

**Smith, Lisa**

| | |
|---|---|
| From: | Matt Hatley [matt@hatleylodge.com] |
| Sent: | Thursday, July 15, 2004 10:33 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Matt Hatley (matt@hatleylodge.com) on Thursday, July 15, 2004 at 23:32:35
---------------------------------------------------------------------

comments: It seems that Greg Lemond has forgotten people are innocent until proven guilty. Greg adds to the widespread drug speculation in cycling, rather than celebrate the TdF (it's already bad enough w/ David Millar). That's the crux of the issue, specultation & no proof. If he couldn't say anything positive, why didn't he just bite his tongue? Greg Lemond is an ambassador for the sport of cycling. He needs to act like it.

I own a Serotta & will NEVER buy a Lemond bike.

Matt Hatley
Woodbridge, VA - USA

---------------------------------------------------------------------

1

**Smith, Lisa**

From: Mike Dodge [mikewdodge@hotmail.com]
Sent: Thursday, July 15, 2004 9:50 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Mike Dodge
(mikewdodge@hotmail.com) on Thursday, July 15, 2004 at 22:49:30
---------------------------------------------------------------

comments: I will not be buying a LeMond bike because of the nasty remarks Greg LeMond has make about LAnce Armstrong. I Greg can document illegal drug use by Lance, then I would reconsider.

Mike

---------------------------------------------------------------

1

TREK000100

**Smith, Lisa**

From: Eric Bain [ericsbain@hotmail.com]
Sent: Thursday, July 15, 2004 11:17 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Eric Bain (ericsbain@hotmail.com) on Friday, July 16, 2004 at 00:17:08
----------------------------------------------------------------------

comments: 7-15-04
Hey Greg,

I'm not going to buy one of your bikes. Ever. Unless you have proof of Lance doping, then shut up. Every cyclist I know shares this viewpoint.

Eric Bain

----------------------------------------------------------------------

1

TREK000111

**Smith, Lisa**

| | |
|---|---|
| From: | Brad [bsdc@aol.com] |
| Sent: | Thursday, July 15, 2004 8:45 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Brad (bsdc@aol.com) on
Thursday, July 15, 2004 at 21:44:31
---------------------------------------------------------------------------

comments: Greg Lemond's recent unsubstantiated comments about Lance Armstrong has led me
to scratch Lemond bicycles from my list of future dream bikes. His comments are
irresponsible, unfounded, and undermines the sport of cycling in the US.

---------------------------------------------------------------------------

1

TREK000092

**Smith, Lisa**

| | |
|---|---|
| From: | Greg [gregp@jbarrow.com] |
| Sent: | Thursday, July 15, 2004 3:52 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Below is the result of your feedback form. It was submitted by Greg (gregp@jbarrow.com) on Thursday, July 15, 2004 at 16:52:07
---------------------------------------------------------------------------

comments: How stupid is the owner of your company??? How can condeming Lance Armstrong be good for your business? Nobody has any proof of Armstrong taking drugs and he's the most tested athlete ever. How can your owner make such statements unless Lance is using the same dope supplier that LeMond did when he raced (and wasn't tested nearly as often).

---------------------------------------------------------------------------

1

TREK000057

**Smith, Lisa**

| | |
|---|---|
| From: | Gigi Scala [scala@operamail.com] |
| Sent: | Thursday, July 15, 2004 4:00 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Gigi Scala
(scala@operamail.com) on Thursday, July 15, 2004 at 17:00:23
-----------------------------------------------------------------

comments: Mr. LeMond:
What in the world are you trying to do suggesting that Armstrong is using illegal drugs?
In the event that you have proof put it forward, otherwise be silent. Gigi Scala

-----------------------------------------------------------------

1

**Smith, Lisa**

**From:** rick shelton [rshelton.uhp@aol/com]
**Sent:** Thursday, July 15, 2004 4:01 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by rick shelton (rshelton uhp@aol/com) on Thursday, July 15, 2004 at 17:00:53
-----------------------------------------------------------------------------

comments: Couldn't find another way to contact Greg. I did call and complain to TREK. I really don't see how TREK would allow Lemond, who is connected to TREK, say such bizarre, off the wall things about Armstrong and tolerate it. Armstrong is their pin-up boy and Lemond is, after, old news. While on the phone to TREK I steered them to Lemond's latest garbage on the net and I did not think they were pleased. No one has any evidence that can prove Armstrong has used doping. Quite the contrary. For Lemond to make such comments simply because he is jealous, bitter and alas, porcine is ridiculous, especially during the Tour. Next time you see Greg please tell him we in the cycling community in San Antonio think he is an ass and offer him another half dozen chesseburgers. RAS

-----------------------------------------------------------------------------

1

TREK000059

**Smith, Lisa**

| | |
|---|---|
| From: | C. Dern [dernc@spindustries.com] |
| Sent: | Thursday, July 15, 2004 4:07 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by C. Dern (dernc@spindustries.com) on Thursday, July 15, 2004 at 17:07:08
------------------------------------------------------------------------

comments: I am very upset with Mr. Lemond's unsubstantiated remarks regarding Lance Armstrong. In America one is innocent until proven guilty. I very much regret at this time have bought a Lemond product.

------------------------------------------------------------------------

1