# Exhibit 21


## Sports  Other sports

Scores
Fantasy
NFL
Baseball
College football
ND Central
Golf
NBA
Motor sports
NHL
Tennis
College hoops
Soccer
Horse racing
MMA
Other sports
Fan zone

**More features**

TV listings
Rumors
Tech in Sports
Poker on NBC
Mobile
Tickets
Shop
Video
Blogs
Universal Sports
Message boards

**On msnbc.com**

U.S. news
Politics
World news
Business
Entertainment
Health
Tech & science
Travel
Weather
Disable Fly-out

# Newspaper insists: Armstrong is a liar

**France's L'Equipe stands by drug accusations even after ex-cyclist cleared**



Patrick Kovarik / AFP - Getty Images file

Lance Armstrong carries the U.S. flag on the final stage of his victory in the 1999 Tour de France.



🖷 **NBC VIDEO**

▶ **Launch**

**Wheels of justice**
May 31: An independent study has exonerated cyclist Lance Armstrong of doping charges. NBC's Mike Taibbi reports.
*Nightly News*

*Ap* Associated Press
updated 8:38 p.m. CT, Thurs., June. 1, 2006

AMSTERDAM, Netherlands - The French sports newspaper that accused Lance Armstrong of doping stood by its reporting Thursday, a day after an investigator cleared the seven-time Tour de France champion.

"There is nothing to retract from the revelations," L'Equipe said in an editorial that concluded: "For our part, we remain convinced of the need to battle without compromise against the mafialike tendencies that still and always threaten the sport of cycling. Both in the method and the substance, L'Equipe stands firm."

The newspaper repeated its allegations of last August that tests on six of Armstrong's urine samples from the 1999 Tour had detected an "irrefutable presence" of the banned endurance-boosting hormone EPO.

**Inside NBCSports.com**

| | |
|---|---|
| Rumors | Sports odds |
| Scores, schedules | Game matchups |
| Message boards | Team pages |
| Fantasy sports | Week in Pictures |
| Whine of the Week | JT The Brick |
| Trash Talk | Agree or Disagree |

Story continues below ↓

advertisement



A Golfer's Paradise

**Sponsored links**

"How I Lost 47 Pounds Fast And Easily"
How I lost 47.2 pounds without dieting, fasting or binge exercising.
FatLossJournal.com/Sucess

Oprah's Superfood of the Year!
Detoxify and Lose Weight with AcaiPure - Click Here for Free Trial
www.acaiberryboom.com

Alternative to Open Back Surgery
Gentle Arthroscopic Solutions For Back & Neck Pain
www.laserspineinstitute.com

Lose 15 Pounds Fast!
Oprah's #1 Superfood for weight loss and health. Try a Free Sample
www.acai-pure.com

Barack Obama's Official Campaign Website
Sign up now for invitations to Barack Obama campaign events. Join us!
BarackObama.com

LCI 12314



**Shop**

Boston Celtics
championship gear

More Celtics
apparel

The samples "showed that the American did indeed lie by saying throughout his career, notably at the time in question, that he never took banned products," the newspaper said.

**ALSO ON THIS STORY**

- Lance says he 'hated racing' late in career
- Celizic's blog: Good for Lance, cycling
- Sound off on Armstrong, doping in discussion boards
- Opinion: Lance keeps suspicion in rearview mirror

Dutch investigator Emile Vrijman, who was appointed by cycling's governing body to investigate the handling of the urine tests by the French national anti-doping laboratory, cleared Armstrong in a report released Wednesday.

🖱 Interactive



**GUTS AND GLORY**

Lance Armstrong's rise from cancer survivor to 7-time Tour de France champion

The report said tests on the urine samples were conducted improperly and fell so short of scientific standards that it was "completely irresponsible" to suggest they "constitute evidence of anything."

The investigation also concluded that the French laboratory that handled the samples and the World Anti-Doping Agency, which is headed by Dick Pound, "violated applicable rules on athlete confidentiality by commenting publicly on the alleged positive findings."

The French lab's director did not return phone calls Wednesday, and the phone rang unanswered late Thursday afternoon.

📷 Slide show



Launch

Week in Sports Pictures
A baseball no-hitter, paralympic heroes, physical football, and more.

Armstrong said the investigation confirmed "what I have been saying since this witch hunt began: Dick Pound, WADA, the French laboratory, the French Ministry of Sport, L'Equipe, and the Tour de France organizers ... have been out to discredit and target me without any basis and falsely accused me of taking performance enhancing drugs in 1999."

*© 2008 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

| Discuss Story On Newsvine | Rate Story: | Low ☆☆☆☆☆ High 4 after 586 ratings |
|---|---|---|
| Email | Instant Message | Print |

**MORE FROM OTHER SPORTS**

Next → Other sports Section Front

Pro leagues feel economic squeeze play
Poker site cheating plot a high-stakes whodunit
IOC considering pending Beijing doping cases
Boxer wakes up after two months in coma
Student, city fight for Olympic Web site
Several Tour de France riders retested for EPO
Special feature: 2008 has been a year to remember
Jeep World on NBC
Championship Off-Road Racing on NBC
Other sports Section Front

LCI 12315

Add **Other sports** headlines to your news reader:

[My MSN] [Windows Live] [MY Yahoo!] [Bloglines] [XML]
More RSS feeds from NBCSports.com

## Top NBCSports.com stories

Underdog U.S. bares its teeth at Ryder Cup

Live scoreboard from the Ryder Cup

Cards top Zambrano, delay Cub celebration

Celizic: Thanks for the memories, Yankee Stadium

Great moments in Yankee Stadium history

## NBC Sports videos

Clash rivalry: LSU vs AUB

Troy to meet Ohio State

Worst shots of Ryder Cup Day 1 foursomes

Fantasy Fix: Cowboys - Packers preview

NFL Week 3 Predictions

## SPONSORED LINKS

**"Teeth Whiteners Exposed"**
7 Teeth Whitening Products Tested, Rated, and Reviewed. A Must Read!
www.Best-Teeth-Whitening.com

**Free Beasley Miami Heat Jersey**
Get a Micheal Beasley White Adidas Replica Home Jersey! Terms Apply.
free-sports-warehouse.com

**Barack Obama's Official Campaign Website**
Sign up now for invitations to Barack Obama campaign events. Join us!
BarackObama.com

**Meet a Real Person, Not a Phony Profile**
We take your love life seriously and screen all our members.
www.onegreatmatch.com

**A Perfect Family Vacation**
See The Top 50 Spots In America For A Family Vacation at Family.com.
www.family.com/travel

| **Sports** | Scores  NFL  College Football  MLB  NBA  NHL  College Basketball |
|---|---|
| | NASCAR/Motors  Golf  Tennis  MMA  Horses  Soccer  Poker |
| | Other Sports |
| **Features** | Fan Zone  Fantasy  All-Madden  Notre Dame  Golf on NBC  NHL on NBC |
| | Dew Tour  CORR  Jeep World |
| **About Us** | Get Local  RSS Feeds  Alerts  Mobile  TV Listings  Contact Us  Careers |
| | Terms & Conditions |

Go Local

TV Listings

Go Mobile

RSS Feeds

Fantasy Games

Shop

© 2008 NBC Universal   Privacy   Legal   Advertise                                    Help

LCI 12316

# THE CANADIAN PRESS 

**Related News**

Why has life gone full cycle for
Lance Armstrong?
Times Online - Sep 12, 2008

Pedaling His Way Back to His
Passion
New York Times - Sep 11, 2008

Loving and (sometimes) hating
our heroes
Ha'aretz - Sep 11, 2008

Full coverage »



# Cyclist Lance Armstrong's comeback attempt won't silence the doubts

Sep 10, 2008

PARIS — So Lance Armstrong acknowledges the suspicion - was he doped? - that lingers in some minds over his record string of seven Tour de France victories. And a desire to erase that doubt at least partly motivates his plan to come back as Mr. Clean and win another Tour to shut up the skeptics.

Wrong reason, Lance. In France, at least, that cause is likely long lost.

A tragedy of cycling and of Armstrong, the sport's most famous champion, is that it's simply impossible to turn back the clock and satisfactorily answer the questions that dogged his reign. The asterisk that clings to his generation of riders is as indelible as the white lines on French roads.

Too many of the people that Armstrong beat - Ivan Basso, Jan Ullrich, to cite just two of the biggest names - have since fallen from grace for that era not to be regarded as forever tarnished.

That doesn't, of course, mean that Armstrong is guilty by association but it does help explain the persistent doubts that he now wants to - but likely won't - silence.

"There's this perception in cycling ...," Armstrong told Vanity Fair in explaining his comeback, that "the generation that I raced with was the dirty generation.

"Granted, I'll be totally honest with you, the year(s) that I won the Tour, many of the guys that got second through 10th, a lot of them are gone. Out. Caught. Positive tests. Suspended. Whatever. So I can understand why people look at that and go, 'Well, (they) were caught - and you weren't?'"

But then Armstrong's logic gets tougher to follow. He says that this time, he'll submit himself to "a completely comprehensive" drug-testing program. "There will be no way to cheat."

Maybe. But that won't whitewash the past. Even a millionaire can't buy trust as easily as a house in the Colorado Rockies, where Vanity Fair tells us that Armstrong will be training at high altitude to steel himself again for the Tour's ascents in the Alps and Pyrenees.

No matter how dramatic the idea of returning at the ripe age of 36, or how transparent and rigorous about dope testing he now says he will be, Armstrong has scant chance of winning back skeptics in France who believe he must have been injecting to so dominate their beloved and venerable Tour.

It wasn't just unproven doping accusations that riled some French. Armstrong literally blew away less well-prepared rivals with his single-minded rigour and zeal, his hard training, attention to detail, tolerance for physical pain and now-you-see-me, now-you-don't surging rides up mountain passes. He surrounded himself with the best support riders who worked like sheepdogs in herding the pack, sapping opponents of the will and energy to attack. To critics, it seemed all so clinical, so unromantic, so brash American and perhaps too successful to be honest.

As Christian Prudhomme, the race's no-nonsense director, said on Wednesday: "Suspicion accompanies each of his victories since 1999."

Prudhomme was adamant: Armstrong will, like all riders, be subjected to stringent new anti-doping standards. They have been implemented since the American's era, in the wake of doping scandals that snared other riders in the years after Armstrong retired in 2005.

"There won't be any exceptions," Prudhomme said. "We are not afraid of keeping out one rider or another."

That hardly ranks as a hearty and warm French "Bonjour!"

That Armstrong never tested positive and insists that he always raced clean makes little difference to the doubters. They know that dope tests were flawed during Armstrong's time and that they still are, and that smart cheats got and still get through.

LCI 12317

And no one has ever questioned Armstrong's smarts. He was always one of the foxiest riders in the peloton.

What people wonder about are the four former teammates of Armstrong who later got tripped up by dope testers. They included Floyd Landis, stripped of his 2006 Tour crown after testing positive for testosterone. Did Armstrong know they cheated? Did they cheat when they rode for him?

Skeptics also remember the story in the French sports newspaper L'Equipe just a month after his last victory in 2005. It claimed that retesting of urine samples from Armstrong's first Tour win in 1999 had found traces of the banned performance-enhancer EPO.

Those samples are still sitting in a lab in the suburbs of Paris, conserved at well below zero, a frozen reminder of questions that Armstrong never put to rest. Of course, he was in a tough position: It is hard for any athlete to fully demonstrate that they are not doped, to prove a negative. Other samples from Armstrong's subsequent Tours have since been trashed, and so cannot offer any answers, either.

Armstrong said he was the victim of a "witch hunt" when L'Equipe's story came out. Sounding convinced that Armstrong was guilty, the then-director of the Tour, Jean-Marie Leblanc, said: "We were all fooled."

A Dutch lawyer appointed by cycling's governing body later cleared Armstrong. But the affair didn't end there. The World Anti-Doping Agency's then chairman, Montreal lawyer Dick Pound, said the Dutch findings were full of holes.

Now Armstrong wants the last word - by being at the Tour start line next July 4 - coincidentally, paradoxically and perhaps fittingly, American Independence Day.

But few in France may listen.

---

Hosted by Google

Copyright © 2008 The Canadian Press. All rights reserved.

LCI 12318

Sign in | Register    Text larger | smaller

**guardian**.co.uk    Search: [        ]    [guardian.co.uk]  [Search]

# Doping clouds still hang over Armstrong, says Pound

Reuters, Wednesday September 24 2008

A larger | smaller

Sport

**Browse the Guardian bookshop**



Inverting the Pyramid
£18.99 with free UK
delivery



Two in a Boat
£7.99 with free UK
delivery

Browse more sports books
Buy books from the Guardian Bookshop

NEW YORK, Sept 24 (Reuters) - Seven-times Tour de France winner Lance Armstrong's return to competitive cycling will not erase doping allegations that have dogged his career, the former head of the World Anti-Doping Agency (WADA) said on Wednesday.

Dick Pound, who had a long-running feud with Armstrong during his time as WADA chief, was not among those impressed by the 37-year-old's comeback and said the Texan was returning to the peloton with the same doping clouds hanging over him.

"If he thinks coming back now will erase all the questions marks that are out there and been identified by the former French newspaper and Tour organisers ... he's still got all those questions out there and they remain unanswered," Pound told Reuters.

"The comeback raises at least as many questions as it answers.

"He has yet to answer how six of his samples tested positive for EPO. The UCI (International Cycling Union) refuses to deal with it."

While Armstrong never tested positive for a banned substance, he was thrust into the doping spotlight when French newspaper L'Equipe reported that six urine samples provided during the 1999 Tour showed traces of the banned blood-boosting agent EPO (erythropoietin).

An independent investigation later cleared Armstrong of any doping violations and accused anti-doping authorities of violating testing rules.

TESTING PROGRAMME

While announcing his comeback, Armstrong acknowledged the doping allegations that have continued to dog him and unveiled a rigorous, independent testing programme developed and headed up by U.S. anti-doping expert Don Catlin that he will undergo during his return to competition.

"I think this will be the most advanced anti-doping programme in the world," Armstrong told reporters. "I've won the event (Tour de France) seven times and I know there's been some controversy over some of those victories.

"I would ask and refer people to the independent commission that cleared up the issues of 1999.

"I would also remind of the federal investigation in France in the year 2000 when all samples were retroactively tested and declared, I think the words were -- 'pure as the driven snow'."

Pound dismissed Armstrong's plan as irrelevant, saying it would prove little unless the testing was carried out by an IOC (International Olympic Committee) or WADA accredited lab.

"I don't know what he has in mind with Don Catlin," said Pound. "If it's not an (IOC) accredited laboratory the mere fact scientist X says 'I think Lance is ok' (means nothing).

"If he comes back and does really poorly are people going to say 'well, now he's riding clean'?

"Maybe the difference in his results will lead to a different conclusion about his earlier ones." (Writing by Steve Keating in Toronto; Editing by Sonia Oxley)

**Latest news on guardian.co.uk**

Last updated less than one minute ago

**News**
Brown backs controversial Wall Street bail-out

**Sport**
Venables confirms Newcastle talks

**Business**
B&B axes 370 jobs as mortgage demand plummets

**Find a car**

New cars
User cars

New vehicle search  powered by Auto Trader

[ MAKE ]
[ MODEL ]
From: [ Min price ]  To:
[ Max price ]

[ Any Doors ]
[ Any Fuel ]
[ Any Body Style ]
[ Any Transmission ]

☐ Include pre-registered vehicles

[Search]

Printable version

**Ads by Google**

LCI 12319

Tour de France Bike Tours
Exclusive Cycling Tours Join us! See the Race - Ride with a Pro
www.martyjernison.com

The Excitement Returns
See Armstrong & Contador - Ride the the Cols of the Alpes in July
OutfitterTours.com

Hugh Downs Reports
Little known heart attack symptom many people tragically ignore.
www.bottomlinesecrets.com

**guardianjobs** 
UK

Search all jobs        Go

Data Sales Executive- London
Holland & Tisdall. Money Driven? Stuck In A
Rut? Think You Can You.... £18000 - £19000
per annum + OTE £45,000.

SENIOR COMMUNICATIONS ADVISOR /
LONDON, UK
Shell International Limited. London, Uk.
unspecified.

Area Manager (Education)
Kumon Education Ltd. Southgate, Bristol And
Manchester. £26,000 - Southgate, North London,
£22,000 - Manchester and Bristol.

Browse all jobs

License/buy our content | Privacy policy | Terms & conditions | | Accessibility | A-Z index | Inside guardian.co.uk | About guardian.co.uk | Join our dating site today
guardian.co.uk © Guardian News and Media Limited 2008

LCI 12320

9/25/2008 10:03 AM

# Cycling News and Analysis

## News for July 22, 1999

## Tour News

Still no French victory!

This is the first Tour where there has not been a French stage winner after 16 stages. The previous worst performance by French riders was in 1966 when the French had to wait until Stage 15 before Raymond Poulidor won a stage. In 1993, Pascal Lino won on Stage 14, Stage 11 for Roger Pingeon in 1969, Stage 10 for Jacky Durand 1994, Stage 9 for Jerome Simon 1988, and Jacques Esclassan 1976, Stage 8 for Jean Frechaut 1938 and Jacky Durand 1998, and Stage 7 for Jacques Anquetil in 1963.

Jay Sweet gets no reprieve this time

Jay Sweet was allowed back into the race after he finished outside the time limit on the way up to Sestrieres because the organisers admired his fighting spirit. However, he was not so lucky after the first stage in the Pyrenees on Tuesday. He was eliminated from the Tour. Other riders to go close were Tom Steels and Erik Zabel who came in within a minute of elimination which stood at 38.22 down on the leader Escartin. It was also Escartin's first Tour victory after 8 Tours.

## The full Le Monde Article from Tuesday

"Corticoid traces in tests on Lance Armstrong after Stage 1"

This article was published in the French daily, Le Monde after what they claim is an investigation they performed into urine testing during the current Tour de France. They claim their findings "prove that the American leader of the US Postal team used corticoids."

The translation follows:

Saint-Gaudens (Haute Garonne) from our special correspondents, July 20, 1999.

Lance Armstrong, the yellow jersey holder in the 86th Tour de France was tested on July 4 at 17.00 after the first stage of the Tour between Montaigu and Challans. The test was done by the Laboratoire national de lutte contre le dopage (LNLD) at Châtenay-Malabry (Hauts-de-Seine), and they detected traces of triamcinolone acétonide, a synthetic corticoid in the urine. However, the analysis was not declared positive, the testosterone ratio for epitestosterone being too low to warrant a positive finding. It was 0.2, when the limit after which a positive test is returned is fixed at 6.

The presence of the corticoid traces in the urine contradicts the statements made by Armstrong. On Monday, July 19, during the rest day in the Tour, the American affirmed at his press conference that he had not had any medical

LCI 12329

treatments since December 13, 1996, the date of his last treatment of chemotherapy. The rider had been a victim of testicular cancer which was diagnosed in August of the same year. The yellow jersey holder gave the assurance that he had never taken any corticoids. What is more, in the official report that followed the test, Lance Armstrong had written under the heading "Drugs Taken" - Nothing.

Since the start of the Tour, corticoid traces have been detected in the urine of other riders. In an article with the daily newspaper L'Humanité on Tuesday July 20, Jacques de Ceaurriz, the director of the LNLD, estimated that, of the hundreds of samples taken since the prologue, "20 to 30 cases" would reveal the presence of corticoids. But the traces were below the threshold ratio of 6.

Belgian rider Tom Steels (Mapei-Quick Step) was tested on July 5, and recorded a ratio of 1.8. Italian Michele Coppolillo (Mercatone Uno) was tested on July 6 and recorded 1.6. His compatriot Mariano Piccoli (Lampre), the early holder of the polka dot climber's jersey, was tested on July 7 and recorded 1.3. Another Italian, Daniele Nardello (Mapei-Quick Step) was tested on July 8 with a rate of 1.7. In each of these riders the same synthetic molecule was detected - triamcinolone acetonide.

This synthetic molecule is a less aggressive corticoid and is used as a diuretic for the patients suffering from kidney and cardiac diseases. According to a specialist who we questioned: "This drug does not have any use, two years after a bout of chemotherapy. It is an immuno-depressor which in the long term depresses the immune system." The same doctor continued: "On the other hand, if the urine tests detect this product, it is undoubtedly, an indication that the patient has taken it. There cannot be any confusion between the body naturally producing the substance and taken it exogenously."

Another corticoid was detected in the urine of a French rider. The presence of cortivazol was detected on July 6, in Christophe Rinero (Cofidis). The ratio was 7 and therefore higher than the postive test threshold. No sanction was however taken in this case because the use was allowed under a medical clearance. "Christophe fell during Liege-Bastogne-Liege, and hurt his patella. The traumatic injury required an arthroscopic examination in May", explained Jean-Jacques Menuet, the Cofidis team doctor.

The rider "consulted a sport's medicine doctor in his local area" who prescribed him a series of injections of Altin (a substance containing cortivazol). The injections were carried out at the "end of May and Christophe stopped riding for 6 weeks", continued Jean-Jacques Minuet. "No other alternative to the use of Altin was desirable. I would have given him the same treatment. This action was impossible to avoid and did not aim to be a performance-enhancement measure. If one cannot look after the best interests of the riders any more then I will quit", Jean-Jacques Menuet said and he reaffirmed his concern that he was not practising any illegal performance enhancement.

"The majority of our riders are actually in the red in this Tour, he said, with some of them recording hematocrit levels below 36%."

The detection of corticoids is a new thing in the 86th Tour de France. The laboratory of Châtenay-Malabry, after a year's work, perfected a test 10 days before the start of this Tour. Put to the the UCI, the method was accepted by them. The President, Hein Verbruggen, informed teams on the 2nd of July, the day befre the start of the Tour at Puy-du-Fou.

LCI 12330

The UCI "prudent":

The system requires observing the spread of carbon isotopes in cortisol, a hormone naturally secreted by the body. This isotopic spectronomy enables anomalies to be detected, anomalies which attest to the presence of exogenous corticoids.

Hein Verbruggen affirmed that he was not aware. "It's the medical commission charged with anti-doping which, at the UCI, treats these issues. The Doctor Léon Schattenberg, head of this commission was not able to be contacted on Tuesday 20 July. "At the UCI, we are more prudent than in France" indicated Hein Verbruggen. "We respect medical secrecy. It is disappointing to note that this rule isn't followed by French doctors. In the end, this practice will end up going against us. We will lose the confidence of the riders who accept having these strict medical controls on the condition that we will not publish confidential information."

For the moment, the UCI is refusing to comment on the fundamental questions. In this Tour de France, there seems to be a resurgence of the use of corticoids, as noted by Armand Mégret President of the Medical commission of the French Cycling Federation, in an interview in Le Monde.

A doctor we interviewed has a hypothesis concerning the low levels found in the riders' samples: "If they are late corticoids, the low levels is not surprising, since their spread in the body happens more slowly and their tracability becomes harder."

## Post-Tour Criteriums

Michael Boogerd decided to do ride a very quiet Post-Tour schedule. He has signed only 5 contracts to race in the traditional criteriums in the Netherlands: Boxmeer, Wateringen, Roosendaal, Surhuisterveen and Emmen.

Lance Armstrong will ride in 4 Dutch Criteriums: Boxmeer (July 26), Chaam (July 28), Heerlen (July 30) and Roosendaal (August 2)

Lance Armstrong doesn't come cheap though: He is charging 73,000 Dutch guilders (plus 10 percent for the manager) as well as a rider to help him in the form of George Hincapie. Excluding Hincapie, Lance's share of the money will still be 60,000 guilders.

Marc Lotz has 11 contracts for races after the Tour de France. Before this Tour his start money demand was 800 guilders but after his 8th place in the stage last Thursday it has gone to 1500. Last Monday it rose again (during the rest day!) to 2500 guilders. He will ride at: Boxmeer, Stiphout, Chaam, Wateringen, Heerlen, Steenwijk, Roosendaal, Surhuisterveen, Maastricht, Oostvoorne and Emmen

Of the 5 races that Michael Boogerd is riding he is charging 20,000 per criterium as a result of his 2nd place in the UCI rankings and his victories in the Amstel Gold Race and Paris-Nice.

The other Rabobank Tour riders will start in 5 or 6 races (Dekker, Den Bakker and Jonker in Heerlen and Patrick Jonker will start in Maastricht too). There is no interest in any of the TVM riders anymore. Sprinter Jeroen Blijlevens has only 2 contracts after the Tour in the Netherlands: Stiphout and Chaam.

LCI 12331

Two years ago Tour winner Jan Ullrich came to race for 75,000 guilders (all in including Erik Zabel plus 4 teammates).

## Netherlands, Alkmaar, Dutch Track Championships

Men:

1 km ITT:

| | |
|---|---|
| 1. Slippens | 1.05.81 |
| 2. Lust | 1.07.94 |
| 3. Den Braber | 1.08.19 |
| 4. Benjamin | 1.08.51 |
| 5. Bos | 1.09.57 |

Robert Slippens won his 4th Dutch kilo championship with a new track record of 1.05.81 in not ideal conditions. The surprise of the meet was the performance of Jan Bos (the world champion speedskater) who raced for the first time on the track and came 5th. His world 1000m speedskating time is 1.08.55 (Calgary, February 21, 1999). So he is still faster on his skates than he is on his bike!

### Old riders die

Adolf Christian (Austria, 66) died in Vienna after a fall. He was third in the Tour de France in 1957 behind Jacques Anquetil and Marcel Janssens. He is still the best rider from Austria in the history of the Tour de France.

Piet van den Brekel (Netherlands, 66) died after a cardiac arrest on his bike. He started in the Tour de France 1956. In 1952, he was the world amateur champion but was declassified because he changed his bike.

Site Hosting by Economic Outlook Pty Ltd - Systems - Adrian Butterworth
Copyright ©1999 Knapp Communications, PO Box 576, Strawberry Hills, NSW, Australia.
Fax: +61-2-9310 4608 - Telephone: +61-2-9318 2644
Editorial: Gerard Knapp
Best viewed at 800 by 600 resolution

LCI 12332

# Cycling News and Analysis

## News for July 23, 1999

## Tour News

Pavel Tonkov did not start Stage 17 due to a death in his family.

## NYT on Lance Armstrong

In recent days, a number of American readers have written abusive emails to me because I have tried to present the diversity of views about the allegations of doping by Tour leader Lance Armstrong. I have not given my own view on the European press approach. But I do think it is part of a free society to allow all views to be expressed. Then we can (as adults) make up our own minds on the balance of information. That is what freedom is all about. For those who want to censor views because they don't agree with them think about that.

Here is a story from the New York Times from Samuel Abt which was published under the headling "Armstrong is engulfed by a frenzy over salve", on July 22, 1999.

PAU, France: Lance Armstrong continued to make news on two fronts Wednesday: he protected his commanding lead in the Tour de France with only four more race days to go and he found himself ensnarled in still more charges and countercharges about drugs, with cycling's governing body and Armstrong both stating that he has been using a skin cream, with authorization, to treat saddle sores.

The cream contains corticosteroids, which are anti-inflammatory and pain-killing drugs that are banned unless prescribed by doctors for health reasons. Armstrong's use of the cream is apparently why legal trace amounts of the substance had shown up in his urine tests early in the race. Countering accusations in a French newspaper that he has used an illegal drug, Armstrong acknowledged today that he had treated a rash with the cream but that "it has absolutely nothing to do with performance" and that "this is not a doping story."

The governing body of the sport agreed, saying in a statement that "minimal traces" of a cortisone substance that were found in a test of the American "did not constitute doping."

In a televised news conference after today's stage, a bitter Armstrong described himself as "persecuted" and a victim of "vulture journalism." He singled out Le Monde, which has devoted two long articles to Armstrong and drug tests he took in the race's first two days, July 3 and 4.

Discussing the results, the newspaper said that they showed "traces" that "do not show quantity but do show that he used a banned medication." It identified the product as a glucocorticoid, which it described as "steroid hormones secreted naturally."

LCI 12333

Armstrong did not identify the salve he used. "They say stress causes cancer," said Armstrong, who had testicular cancer two and a half years ago and underwent three months of chemotherapy. "So if you want to avoid cancer, don't come to the Tour de France and wear the yellow jersey" of the overall leader. "It's too much stress."

The rider, who, after another strong performance in the Pyrenees today, seems certain to win the Tour de France when it finishes Sunday in Paris, seemed strained and weary as he spoke. Part of that was because of the long stage over four mountains that he had completed, consolidating his lead, half an hour before.

"I made a mistake in taking something I didn't consider to be a drug," he said, referring to what he called "a topical cream" for a skin rash. "When I think of taking something, I think of pills, inhalers, injections," he said. "I didn't consider skin cream 'taking something.'"

Defending him, the International Cycling Union said today that he had used the salve Cemalyt "to treat a skin allergy" and had presented a medical prescription to justify its use.

"After discussion with French authorities," the organization said, "we declare with the greatest firmness that this was a use authorized by the rules and does not therefore constitute doping."

At his news conference, Armstrong was pressed by a reporter from Le Monde, an authoritative and respected daily newspaper. Its reporters have been refused interviews by officials of the United States Postal Service, Armstrong's team, with the explanation that the paper's goals were not the team's.

Le Monde's reporter asked why the race leader denied this week that he had presented a medical certificate to justify the use of a banned substance. "Are you calling me a liar or a doper?" Armstrong asked in his only flash of anger. He then said that he had made a mistake in making the earlier denial.

In response to another question about the speculation that has surrounded his domination of the bicycle race after his treatment for the cancer that spread to his lungs and brain, Armstrong said that he was tired of questions about "How is that possible?" "You have to believe in yourself," the 27-year-old Texan said. "You have to fight. You have to hold the line."

Speculation about his comeback, especially in the French news medias, began shortly after he won the race's short prologue on July 3 and increased after he crushed his opponents in a long time trial, or race against the clock, on July 11. He followed that performance with another victory on July 13, this time on the first of two stages in the Alps, and has held the yellow jersey ever since.

With a lead of more than six minutes, Armstrong is virtually assured of victory, barring illness or injury, and would become the second American, after the three-time winner, Greg LeMond, to win the world's greatest bicycle race. Yet, speculation about Armstrong's stirring comeback has turned into what he describes as "innuendo."

"It's bad for the sport, for the Tour and for me," he said today. "I understand why there are more journalists here this year than ever before," he said, referring to the fact that about 950 reporters are accredited, about 200 more than the

LCI 12334

normal contingent. Some are particularly interested in the drug scandals that nearly destroyed the last Tour.

"I can understand their interest," Armstrong said, noting last year's scandal that resulted in the ouster of the Festina team on charges of systematic use of illegal performance-enhancing drugs. But, he said, reporters should be "a little more respectful."

After his news conference, he appeared on a television program devoted to the Tour and was asked briefly about the charges and his defense. "I'll sleep better tonight," he said.

## New French team - Bonjour

Jean-René Bernaudeau (43) is the team manager of the new team "Bonjour". The sponsor is an advertising magazine which has committed itself to at least a three year involvement in the sport. The first target for the team is to start in the Tour de France 2000 ("without buying UCI-points"). The budget will be 20-25 million French francs (the same as Saeco or Lampre this year) and the team will work in collaboration with the amateur team "Vendée U". Bonjour will have 18 riders and half of the team will be neo-professionals from Vendée U.

The other new team "Delatour" has a budget of 15 million French francs

## Germany, Dekra Open, Stuttgart

Prologue, 6.5 kms:

```
1. Michael Blaudzun (Den) Team Home-Jack & Jones    7.44.09
2. Marc Streel (Bel) Team Home-Jack & Jones         7.44.97
3. Jans Koerts (Ned) Team Cologne                   7.45.25
4. Michel Kyneb Holst (Den) Team Home-Jack & Jones  7.46.19
5. Allan Johansen (Den) Chicky World                7.48.93
```

Stage 1: Altensteig – Wart, 156 kms:

```
1. Dario Frigo (Ita) Saeco Cannondale              4.0.47
2. Holger Sievers (Ger) Hohenfelder-Concorde         0.16
3. Fausto Dotti (Ita) Liquigas                       0.16
```

GC after Stage 1:

```
1. Dario Frigo (Ita) Saeco Cannondale
```

Stage 2: Esslingen – Stuttgart, 210 kms:

```
1. René Haselbacher (Aut) Team Gerolsteiner         5.26.33
2. Giovanni Lombardi (Ita) Telekom
3. Andreas Kappes (Ger) Agro Adler Brandenburg        s.t.
```

Final GC:

```
1. Dario Frigo (Ita Saeco) Cannondale              9.35.34
2. Holger Sievers (Ger) Hohenfelder-Concorde         0.04
3. Fausto Dotti (Ita) Liquigas                       0.07
4. Peter Wrölich (Aut) Team Gerolsteiner             0.36
5. Michel Kyneb Holst (Den) Team Home-Jack & Jones   0.51
6. Andreas Kappes (Ger) Agro Adler Brandenburg       0.57
```

LCI 12335

```
7. Christian Henn (Ger) Telekom              0.57
8. Andreas Klöden (Ger) Telekomekom          0.58
```

## Two Irish riders outed for drugs

Anton Moran from Ireland has sent me a report about two Irish riders who were found to be positive with what the Federation describes as light stimulants. Michael Fitzgerald was positive in the Prutour and Simon Coughlan, Irish hour Record holder, was positive in the Tour of Ulster. Both riders were outed for 3 months.

Fitzgerald, from Clonmel but not attached to any club, was tested after stage four of the Prutour in Britain in late May and his urine sample contained ephedrine above the permitted level. He said he had taken the herbal product for a number of years and all previous tests had been negative. Fitzgerald won the junior tour in 1992 and was senior road race champion in 1995. He won two stages of the Tour of the North at Easter and his only other success this year was in the Stamullen Grand Prix on April 18th.

Coughlan, from the Navan club, won the junior tour the year after Fitzgerald. He was tested after the fourth and final stage of the Tour of Ulster on May 3rd and was found to have used pseudoephedrine above the allowed level. Coughlan said he took cough mixture for a cold, which he bought in a chemist's shop.

The riders were disqualified from the events they were in when tested and suspended for three months from last Friday, June 18th. The ICF have carried out 38 tests this season, many more than any other Irish sporting body.

## Sweden, Stjernelöbet (Swedish Cup), Kristianstad, 161 kms, July 18

```
 1. Örjan Gustavsson (Swe) Skoghalls CK- Hammarö   3.34.13
 2. Allan Bo Andersen (Den) Team Fakta
 3. Stefan Adamsson (Swe) Team Wirsbo
 4. Fredrik Johansson (Swe) Västerås CK
 5. Anders Eklund (Swe) Örebrocyklisterna
 6. Klas Johansson (Swe) Team Crescent
 7. Tobias Lestrell (Swe) CK Bure
 8. Johan Flodin (Swe) Team Crescent
 9. Jonas Rydberg (Swe) Team Crescent
10. Lasse Jonassen (Den) Team Fakta              0.20

Swedish Cup GC after 3 races:

 1. Örjan Gustavsson (Skoghalls CK- Hammarö)      205
 2. Stefan Adamsson (Team Wirsbo)                 145
 3. Martin Johansson (Team Crescent)              135
 4. Niklas Rönnerling (Team Crescent)             135
 5. John Nilsson (Team Wirsbo)                    125
 6. Kristoffer Ingeby (Team Wirsbo)               125
 7. Marcus Ljungqvist (Team Wirsbo)               125
```

## Sweden, XC MTB National Championships

Tomas Nilsson who reports for cyclingnews.com from Sweden writes that Swedish road champion Henrik Sparr, Team Wirsbo, took second place 1.48

LCI 12336

behind winner Philip Tavell, Team Cycle Pro (47th, 8.11 behind Sparr on the road) in the Swedish cross country MTB-championships last weekend.

The race was held on a 6.4 kms circuit and riders had to do 7 laps.

```
 1. Philip Tavell (Team CyclePro)          2.25.20
 2. Henrik Sparr (Team Wirsbo)                1.48
 3. Anders Wickholm (Sandvikens CK)           4.12
 4. Stefan Nilsson (Härnösands CK)            5.12
 5. Roger Persson (MTB-91 Falkenberg)         6.10
 6. Tony Andersson (Borlänge CK)             10.14
 7. Stefan Carlsson (Falu CK)               11.06
 8. Rickard Karlsson (Kvänums IF)           11.58
 9. Ulf Jacobsson (Borås CA)                13.28
10. Stefan Hoflund (IK Hakarpspojkarna)     15.07
```

## Netherlands, Alkmaar, Dutch Track Championships

Women's Sprint:

Semi-Finals:

```
Van Melis - Miggels 2-0
Laan - Mansveld 2-1
```

Final:

```
Van Melis - Laan 2-0
```

3rd Place:

```
Miggels - Mansveld 2-0
```

Women's 500 m ITT:

```
1. Mansveld       38.64
2. Van Melis      38.87
3. Laan           39.03
4. Miggels        39.64
5. Van Alebeek    40.05
```

Final ranking Speed-Omnium:

```
1. Van Melis      12 points
2. Mansveld       31
3. Laan           40
4. Miggels        55
5. Van Alebeek    63
```

## Belgian MTB Championships:

Women:

```
1. Laroy (Bel)
2. Van Wersch (Ned)
3. Van de Brand (Ned)
```

Men:

LCI 12337

1. Paulissen (Bel)
2. Van den Abeele (Bel)
3. Moonen (Bel)
4. Van Mil (Ned)

---

Site Hosting by Economic Outlook Pty Ltd - Systems - Adrian Butterworth
Copyright ©1999 Knapp Communications, PO Box 576, Strawberry Hills, NSW, Australia.
Fax: +61-2-9310 4608 - Telephone: +61-2-9318 2644
Editorial: Gerard Knapp
Best viewed at 800 by 600 resolution

LCI 12338




News for November 24, 2000

### US Postal investigation official

French justice authorities have announced that there will be a legal investigation into the US Postal team, following allegations of doping. The team is charged with "infraction of the law on the prevention of the use of doping products, inciting the use of doping products and breaking of legislation regarding toxic substances." The investigation will take place in Paris, headed by judge Sophie-Helene Chateau.

The decision to launch a full investigation comes after a preliminary enquiry was made in October. At this time, an anonymous note was sent to a Parisian Public Prosecutor regarding 'suspicious' footage filmed by France 3 TV during the 2000 Tour de France. The footage showed France 3 reporters following a garbage disposal unit, allegedly originating from the US Postal enclave. After the garbage had been dumped, the journalists took the bags back with them for further analysis.

On November 8, French weekly La Carnard Enchain reported that one of the products in the bags was Actovegin, a Norwegian substance containing extracts of calf serum, intended for improving blood circulation. However, this is not a banned substance (yet) on the UCI list although experts say that it has several EPO-like properties. It is not sold in France. In addition, several members of the US Postal team have denied any knowledge of the drug.

Analysis of the other products was not made public, however public prosecutor Jean-Pierre Dintilhac and the Drug authorities of the Parisian Criminal Investigation Department have decided that there was sufficient evidence to continue the investigation at a higher level.

Co-team manager of US Postal, Dirk Demol, told Belgian teletext that he had no idea of what was going on. "You are the first to tell me," he said. "I'm very close to Johan Bruyneel, but he hasn't contacted me yet."

Demol added that nobody of US Postal has been questioned yet by the French.

### Heras and Rubiera to USA

Meanwhile, back at the ranch, US Postal new recruits, Roberto Heras and Jose Luis Rubiera, will travel to Austin, Texas for a team training camp on December 1. There they will meet the entire team, headed by Lance Armstrong, and it will be the first time that all will be gathered together. Team goals and training programs will be discussed for 2001, as well as the obligatory team photos.

Heras will officially terminate his contract with Kelme on December 31, and is still trying to come to an amicable departure with the team.

### Van Petegem's problem

Peter van Petegem's future with the new LeMond team (which will be sponsored by Viatel, according to several sources) is not yet assured, despite him being confirmed as a team member for 2001. The problem is that he has one more year with Farm Frites, and they don't want to let him go. He needs to come up with BEF 14 million ($US 300,000) to buy out his contract, according to Belgian daily, Het Laatste Nieuws.

His lawyer is seeking a way out of the contract via the Netherlands Arbitration Commission, and this will have to be resolved before he is confirmed with the US team. If not, then the team may stick to its original plan of launching in 2002. In addition, Van Petegem wants to sue Farm Frites for BEF 40 million ($US 900,000) in damages, claiming that they caused him to lose a potential contract with Mapei next year.

### Memory Card no longer

MemoryCard, Denmark's largest cycling team, will no longer exist under that name next season, but it is still unclear which sponsor will join with IT Company CSC to complete the team. It is also undecided whether Bjarne Riis will buy John Trolle's (director of MemoryCard) shares in Professionel Cycling Denmark (PCD - the company behind the Team). The only thing that is sure is that Trolle's influence on the team is already considerably diminished.

Last Tuesday the Italian industry leader Olivetti pulled out as possible naming sponsors, but the managing

LCI 12339

director Preben Hingeberg would not rule out Olivetti's interest in a minor sponsorship. One party left is ISP World Online who met with Bjarne Riis and CSC regarding sharing the naming rights to the team.

"We had a good meeting with World Online and will continue to talk this week. As it stands today, a solution is not found but I am confident a realistic solution can be found by the first of December," said the managing Director of CSC, Asger Jensby to Berlingske Tidende.

Bjarne Riis, who is a director in PCD, still hopes for a faster solution, but does not expect to have it announced before the weekend. "I hope to present the solution within a week and truely hope to reveal the new co-sponsor soon," said Riis.

Jensby did not avoid the fact that John Trolle and Memory Card Technology (MCT) are on the way out of the team even though Trolle still has shares in PCD and MCT may continue in a minor sponsors role - if Trolle can afford it.

"He doesn't have the money to continue as a primary sponsor, so we have offerred him a place on the jersey but we need to be sure that MCT can afford it and it is not the most credit worthy company at this time. If we cannot be assured of MCT's sponsorship, they will be removed - you have to pay for those things you want," said Asger Jensby.

On Tuesday John Trolle wasn't too keen to discuss the actions of the team. "I do not want to talk about the sale of my shares to Riis, but I don't think that MCT will be a primary sponsor next year. An agreement has been reached except for a few small details which I hope will fall into place over the next few days," said Trolle.

"One of the things that remains to be sorted out is the $US $300,000 shortfall from this year that must be paid. CSC do not wish their sponsorship dollars used to cover old expenses. It is clear that it is PCD's job to balance the books but it is dependant on a collective solution where both the missing money from this year and the new sponsors are invloved. I cannot discuss the arrangements now, we have decided to pick up the pieces," said Riis.

### Spar-OKI in trouble

The Belgian second division team, Spar-OKI is facing financial difficulties, and may not continue into next season. The team have lost their head sponsor meaning that manager, Gaspard van Peteghem, is unable to pay the required bank guarantee to the UCI by December 2.

### New Dutch coach

Herman Snoeijnk is the new Dutch national women's coach after Jean-Paul van Poppel stopped after the Olympics in Sydney. Snoeijink is currently the national cyclocross coach. He was responsible for the espoirs and the juniors on the road, but the KNWU will look for another coach for these two groups. Snoeijnk signed for two years.

In other Dutch news, former national amateur champion, Erwin Kistemaker and Wilfred Haan, have received their international jury member diplomas in Vienna.

### Wielinga signs

Rabobank amateur Remmert Wielinga has signed with the Italian team, De Nardi Pasta-Monte Grappe for 2001. Wielinga (22) didn't get a pro-contract and was looking for another team. He is the Dutch U23 time trial champion, and also finished second in the national championships road race in this category. He will emigrate to Italy in January.

### AIOCC meet in Paris

The AIOCC, the International society of race organisers, will have a meeting on Friday in Paris. High on the agenda is the changing of cycling's image, with less races being an important issue. On the other hand, organisers have to pay more money, which, for the big races is not too difficult. This means a 10-20 percent increase in outlay, due to higher costs and prize money.

In Belgium the AIOCC hope to organize the category 4 kermesse races throughout 2001, but this will be the last year. The "Conseil du Cyclisme Professionnel" started a year ago and they represent the professional sector in the UCI, with members from the sporting groups, riders and organisers. The last group is represented by Jean-Marie Leblanc (Tour de France) and Carmine Castellano (Giro), neither of whom have problems with the increasing prizes.

### Pérez re-elected as president of RFEC

The Spanish Cycling Federation (RFEC) will re-elect their current president, Manuel Pérez Rubio, for another four year term. Pérez has been endorsed by 99 of the 136 eligible voters on the federation, and will face no

other opposition. He has been president since 1997, following a controversial election where there were several "irregularities" in the election process. José Grande was chosen for the position, but he only lasted 6 months when Pérez successfully carried out a censure motion against him.

The official election and confirmation will take place on Saturday, November 25.

## Pezzo awarded

Dual Olympic Mountainbike champion, Paola Pezzo, will be presented this Sunday with an award by the Cicloturisti club of Conselve, in Padova. Pezzo, along with Katia Longhin and neo-pro Alexander Brendolin will receive awards for their activities within the sporting group over many years.

## Damesronde van Drenthe 2001

The Dutch women's race, Damesronde van Drenthe have found a new sponsor for 2001. The race, scheduled for April 7, will be sponsored by Novilon after a contract was signed on Wednesday in Het Kasteel te Coevorde, witnessed by mayor (and former rider) Be Jansema. In addition, there are special sponsorships by Playland and ESSENT for the race.

---

Copyright 2006 - 2008 Future Publishing Limited. All rights reserved. Future Publishing Limited is part of the Future plc group. Future Publishing Limited is a company registered in England and Wales with company registration number 2008885 whose registered office is at Beauford Court 30 Monmouth Street Bath, UK BA1 2BW England.

Contact our Editorial department for further information.

|  | **Australia** | **UK** | **USA** |
|---|---|---|---|
| **Telephone:** | +61 2 9955 2677 | +44 01225 442 244 | +1 623 628 4500 |
| **Fax:** | +61 2 9955 2688 | | |

**Contacts:** Editorial - Advertising    **Systems:** ⊙ Economic Outlook
**Powered By:** Host Express

LCI 12341