# Exhibit 22





December 20, 1999

# Greg Lemond, Sportsman Of The Year

Josh Elliott

December 25, 1989-January 1, 1990

Greg Lemond recalls it as a simple conversation. Lance Armstrong had just donned the yellow jersey after winning the prologue of last July's Tour de France, and LeMond called Armstrong to tell him, "If you're good enough to win this stage, you're good enough to win the Tour." Three weeks later LeMond was proved correct, as Armstrong, capping an arduous recovery from testicular cancer that had spread to his lungs and brain, became only the second American—after LeMond, now 38, who won three times between 1986 and '90—to win the world's premier cycling race.

If this heroic comeback seems a familiar Tour story line, it should, for it is eerily reminiscent of LeMond's triumph of a decade ago. In April 1987 LeMond was accidentally shot by his brother-in-law while turkey hunting on ranch land in Lincoln, Calif. LeMond nearly bled to death and endured months of rehabilitation, but he returned to cycling the following summer, and in July '89, with buckshot still lodged in the lining of his heart, he turned in one of cycling's most dramatic performances. LeMond's strong finish in the prologue, like Armstrong's, showed the rider he could once again win. Two thousand miles later, on the final day of the race, he overcame the gaping 50-second lead of archrival Laurent Fignon—who collapsed in disbelieving agony upon learning he had lost—to win the Tour by eight seconds.

LeMond's win brought him SI's 1989 Sportsman of the Year award and vaulted his sport into the American psyche. "Lance did the same thing for cycling this year. He made up for last year's disgrace," says LeMond, referring to the drug scandal that rocked the '98 Tour.

After successfully defending his Tour title in 1990, LeMond was found to have mitochondrial myopathy, a cellular disorder that sapped his energy and forced him to retire from cycling in '94. Until last year he sated his competitiveness by racing cars in FF2000 events, but he decided he wanted to spend more time with his family—wife Kathy, sons Geoffrey, 15, and Scott, 12, and daughter Simone, 10—at their home in Medina, Minn. He continues consulting for a bicycle company while also participating in dozens of charity rides nationwide, albeit at a slower pace. "I don't want to sound boastful, but if I'd stayed healthy, I might have won six Tours," he says. "To really judge my career, you have to look deeper."

Best, then, to start in Paris one decade ago, on the day America discovered its first cycling hero, dressed in yellow.

**Find this article at:**
http://vault.sportsillustrated.cnn.com/vault/article/magazine/MAG1017945/index.htm

☐ Check the box to include the list of links referenced in the article.

Copyright © 2007 CNN/Sports Illustrated.

LCI 12301

# Once Was King: An interview with Greg LeMond

## By Bryan Malessa

**Bicyclist:** Have you been able to synthesize cycling skills with automotive racing? (LeMond races the Formula Ford 2000 series. -Ed.)

**LeMond:** The way your brain processes information, such as looking at the lines through corners, carries over. On an intuitive level, I'm able to use skills I learned in cycling, although many of the guys I race now have more than ten years experience, giving them practical knowledge in other areas.

**Bicyclist:** Were you interested in automotive racing as a child?

**LeMond:** No, not at all. Living in Europe, I drove fast everywhere I went and always enjoyed driving. Even when I retired from cycling, I hadn't planned to take such an interest in cars. What really started it was when my partner talked me into taking driving school at Sears Point. First we went through three days of skill classes, and then later, when we began applying the skills to driving, I started to get hooked. One of the things that interested me was the level of communication between the driver and the crew (or engineer). If you're going hard into a turn and the rear left corner of your car starts floating, you have to be able to convey that information clearly to the engineer, so he can decide how to cure the problems, such as stiffening the suspension in certain places.

**Bicyclist:** Once you learned enough skills to race cars competitively, did you find that it helped satisfy some of the competitive void that existed after retiring from racing?

**LeMond:** I'm passionate about the things I do, not exactly compulsivewell, maybe a little compulsive. In cycling, you had to be passionate and compulsive. You raced 100 days a year and had to train 340 days a year, so you had to have that sort of passion. I love the weekend of a car race; in many ways, it reminds me of bike racing, it's stimulating, there's a goal to set, you have to consider your competition. But even when I'm racing a lot, it doesn't take the same passion that cycling professionally requires. When I raced, I rarely had time to do anything but train. Whereas I can race cars seriously and still find time to do things with my children, or go on vacation.

**Bicyclist:** Do you have major goals with your car racing career?

**LeMond:** I get asked that all the time. This is really only my second year of racing. While I attended race school and raced a few weekends the year before that, that hardly amounts to a year of racing. So last year was my first real year of racing. Last year I had some bad luck, inexperience and car problems, so I finished the year a little frustrated, feeling that I was capable of better. When I started testing the equipment this year, I did some really fast testing, running at the same speeds as the guys who were competitors in the series last year, which was really encouraging. This year I have been competitive in the first couple races [at the time of his interview, LeMond had won the pole position, at a Long Beach race.] I think I have some talent; I'm approaching it seriously, but it's a different sport than cycling, in the sense that if you approach cycling from a serious point of view that means that it has to consume your life. Every waking moment of your life is focused on cycling in one way or another. If you're not actually on the bike training, then you're consciously resting, to recover for the next training ride, so that you'll always improve your condition for races. With car racing, even if you're 100% focused on the sport, you simply can't test that often. If you do fifteen or twenty days of testing in addition to the race series, that's a lot. So while I'm extremely interested in putting as much time as possible into it as possible, it simply isn't the same as cycling. I can't test the car everyday because of costs, and I'm not really interested in rebuilding the engine myself, so there's only so much time I can put into increasing my skill.

LCI 03364

**Bicyclist:** Is it a relief to not have to dedicate so much of your time to a sport?

**LeMond:** Well, I am 36 years old, going on 37, and have a wife and three kids. I also have a bike business, along with other business interests, and all these things occupy quite a bit of time.

**Bicyclist:** Since retiring, you've been able to diversify your life then?

**LeMond:** Well, I don't mean to suggest that I'm not completely dedicated to car racing. At this point, there's just no way I can spend more time improving my form. If car racing allowed testing 50 times a season, I'd be out there. Still, the F2000 series I'm doing right now is probably one of the most competitive open-wheel series in the country, besides Indy car and maybe Indy Lights, but in a way it's every bit as competitive as Indy Lights, also. It's a lower cost series, but it's still the best training ground to learn the vehicle dynamics, the shock work, the wing work. The cars are very equal in terms of horsepower. It really comes down to how well you engineer the car and that's what you have to learn to go to higher levels. So I'm in the best learning area. Generally, I'm the type of personality, where I do want to excel and see how far I can take it. I wouldn't be doing this series if I was just going to be doing it for fun. So, in truth, I guess I do want to see what I can accomplish. It would be fun to see how far I could go in another sport?

**Bicyclist:** There's an old story that, as a teenager, you wrote a list of goals on a sheet of paper which you stored in your desk, which stated that you wanted to win the Olympics, the world championships and the Tour de France. Of course, the Olympics were boycotted the year you qualified ('80). Otherwise, the remaining goals are now recorded history. Did you have such a paper in your desk? And if so, is there another such paper stored away listing your car racing goals?

**LeMond:** Yes, the list of cycling goals is true. But no, I don't have a list of car racing goals. [LeMond pauses, then laughs.] I think that sort of blind faith is only possible when you're young. It's interesting to look back, though, and see why athletes are so good at a young age. It's not what they do with their bodies, it relates more to their drive and determination. Plus they haven't been set back by harsh experiences. Of course, in car racing it could actually help to be older and wiser. You can't be overaggressive all the time in car racing. It might help you win once in a while, but if you do it consistently, you'll find yourself always crashing. In my case, though, I had such determination and drive for cycling that I don't think I could equal the amount of intensity that I put into cycling in anything else. People sometimes ask why I don't do triathlons or another hard endurance sport. There's no way I could duplicate the intensity of my cycling career. I believe you can only find that sort of dedication in one fairly short time frame in your life. Of course, some people go through a midlife crisis and rekindle it. For me, though, the bottom line was always competition. I love competition, I like racing, and that's what drove me in bike racing. It wasn't the training and the riding. After all, once you get past a two or three hour bike ride it doesn't become much fun. The goal for me in training was always just to get in better shape to race. Some people get into biking because they like riding, but you'll find that the best riders get in racing mostly because they like the challenge of competition.

**Bicyclist:** Speaking of competitive racers, when you heard about Lance Armstrong's brush with cancer and, more recently, his attempt to come back, did you empathize with him because of the parallels to your own life-threatening experience?

**LeMond:** Yes. It's tragic, especially for someone in the prime of their career. It's what happened to me and my career. I did write him a letter immediately when I found out, but he's a fairly private guy, so we haven't talked at length about it. Plus there's the fact that he was so often compared to me at the beginning of his career that I think he may have resented that. Living in a country that has produced only a few good riders, anybody that achieves any success becomes 'the next LeMond.' It must get tiring after a while. In a country like Italy such comparisons would never happen. The hard part for Lance now is the actual comeback. I really don't how he's taking it. I've read that he might retire, and then later that he'll continue on.

**Bicyclist:** He has a wife now and the prospect of being with her seemed to draw him back home last spring from the miserable weather of the Paris-Nice.

**LeMond:** The lifestyle, racing in the cold rain and living from day to day between motel rooms can be brutal–it's the toughest sport in the world. Lance went through chemo, then he had a year off where he realized how nice life is in America. I'm telling you, life is good here. I unwisely rushed right back into racing six months later. I was shot in April and I was back in September. I really should have had more of a program like Lance. He was advised properly by medical doctors. My haematocrit [percentage of packed red blood to the volume of whole blood] went down to about 19. Nearly sixty percent of my blood volume was gone and that takes months to get back. I remember going back to Europe at the end of August and only being able to make it one mile into a race. I was doing it because my contract with PDM was contingent that I would start racing again in '88. Plus my contract with La Vie Claire required that I race X number of days in '87; if I hadn't raced again that year they would have been able to cancel my contract. So I was forced to go back.

**Bicyclist:** In that sense, you feel Lance was able to spend more time recovering?

**LeMond:** I don't mean that I wasn't given a chance to recover so much as I never really got to sit back and enjoy life during my few months away. In Lance's case, it's pretty hard to spend a year in Austin and then have to go back to the harsh reality of racing. After getting out of the hospital, I'm guessing that for the first time in probably about five years, he actually enjoyed his life. Had I had that much time to think about whether to go back and race again, you never knowThe two years I had coming back from '87 'til I won the Tour de France in '89, there wasn't a single day that the thought didn't go through my mind that maybe I should stop this sport. I was humiliated. On the other hand, Lance has already come back to a very high level. In February he raced Ruta del Sol, and I'll tell you, it's a hard race, and he still pulled off a 15th place overall. At this point, he might only lack recovery. I feel that he has to give himself a full year of racing before he can expect any consistency. It's the hardest sport to come back in. You can't compare it with golf, basketball, or football. When you have something as minor as a cold in cycling, you're off the back.

**Bicyclist:** Prior to your own bodily injury, you went through another trauma earlier in your career. If you don't object to talking about Bernard Hinault, there still seems to be some interest in learning exactly what happened between you two in the '85 Tour, and then again in '86, when Hinault, as your teammate, attacked you while you were wearing the yellow jersey. Was it a devastating moment when Hinault attacked you after apparently agreeing to work for you after helping him win his fifth Tour?

**LeMond:** It almost burned me out of cycling, that little episode. In a way, it probably led to my hunting accident, because I didn't even feel like racing the following year.

**Bicyclist:** You had lost your faith in the loyalty of teammates?

**LeMond:** Yeah, it was like being burned by your brother. The thing is that Hinault wasn't your typical teammate. He was a guy I idolized.

**Bicyclist:** Was it Hinault that paved your way to Europe, when he showed up on your doorstep in Reno?

**LeMond:** It was actually Cyrille Guimard who paved the way, but yes, Hinault was there on the team and came to America with Guimard. He also happened to be the most dominant rider in cycling at the time.

**Bicyclist:** Did Hinault, nonetheless, take you in as a big brother would?

**LeMond:** Yes, without question. He was great up until the '85 Tour and even then I didn't really think of him as the fault, it was the team, Bernard Tapie and the coach, because Hinault was just riding as hard

LCI 03366

as he could the day he got dropped in the '85 Tour.

**Bicyclist:** And then the coach came up in the car and told you to slow down and wait for Hinault?

**LeMond:** Yes, but they lied to me. I had about a three to four minute lead on him at that point, but I thought I only had about 45 seconds. Every time I asked them exactly how much time I had they'd evade the answer, telling me Hinault was in the group right behind me. Then when the pack of riders came up with Sean Kelly and Phil Anderson, guys who I climbed much better than, Hinault was still nowhere in sight.

**Bicyclist:** So you had to wait even longer?

**LeMond:** Well, what happened from the beginning is that Paul Keochli (my coach) came up and started talking to me, saying 'You cannot ride with Roche, you can't attack. Hinault's coming up. You need to wait for him. We want to insure our first and second place.' We started arguing, me saying, 'Well, how far back is he?' But he wouldn't tell me, and then eventually he said forty or forty-five seconds. And as we're sitting there arguing, Luis Herrara rides up the road. If you look at the results from that year, Herrara wasn't climbing any better than I was. So we keep arguing and finally I decide, okay, I'll wait. By now, all the momentum of our strong break had been lost because of the argument. So I waited. Roche had been sitting their listening to the entire argument, and of course he's more or less the enemy. He was in third and wanted to keep that place secure. I'm thinking, 'Jesus!, we've blown this entire chance!' I wait and I wait and I wait. A group of about sixteen or eighteen riders come up, and Hinault's not there. He's still another minute and a half behind that group. By the time I finished the stage, he was still a minute and 15 seconds down and I'd waited minutes for him! It wasn't until that big group came to me that I really got pissed, when I realized Hinault wasn't there and that he was even farther down the climb behind guys that were sprinters! In a way, Hinault should not have won that Tour. It doesn't matter if he's the strongest the first week, that doesn't make a difference. It's who's the strongest over three weeks. If he had a bad day, that's part of it-he didn't deserve to win the '85 Tour. At the hotel, they made all these promises for the following year, but still said, 'You have to help Hinault the next day.' I wasn't mad at Hinault. I wasn't pissed at him at all. Hinault wasn't telling them what to do. It was Bernard Tapie's and Paul Keochli's conspiracy to make sure Hinault won his fifth Tour. So they promised that no matter what, even if Hinault was in the very best shape the following year, he would work for me. That's why I was so irritated the following year when he totally tried screwing me. But I don't blame him. Well, I blame him because he wouldn't have won his fifth Tour if I hadn't slowed down. But the fact that he did, he was going for his sixth. He didn't care about me.

**Bicyclist:** Did that final instance affect your friendship?

**LeMond:** Yes, we basically became non-friend's after that attack. But I'm pretty neutral about my feelings with Hinault, now. These things happened so many years ago, that I harbor no ill feeling toward him. At the same time, I have to admit, I've probably only exchanged thirty words with him in the last decade. But if I saw him, I'd talk to him; I'd be friends with him. It's still vivid in my mind, though. The battles we went through in '86 seem like yesterday. The only thing that remains irritating is that I'm sometimes not given full credit for my '86 Tour. If I analyze the '86 Tour, I beat Hinault who was probably as strong that year as he had ever been. In reality, I should have won the time-trials, too. That was the most deceptive thing about that Tour. I flatted and broke a wheel in the first time-trial, so he beat me by forty-seconds, making him think that he was stronger, when, in fact, I lost over a minute and a half due to mechanicals, having to stop and change a wheel, and then, later, having the bent wheel rubbing on the brakes for the final ten kilometers. In Europe, even to this day, the big question is 'Did Hinault give LeMond that Tour? Did he ride against me or for me?' That he rode so aggressively against me did help in a way, since it was clear he was trying to win, but the skeptics will always wonder. Let me just tell you, I would have loved to have been on a different team and been able to go head to head with him, instead of having to figure out how to politely win the race. It was actually very political. I mean, he was a French hero, at least as popular as Michael Jordan is in this country. And to be an American in France going against him[his voice trails off].

LCI 03367

**Bicyclist:** Barring your hunting accident, do you feel like your were capable of joining the ranks of riders like Hinault and Indurain? Do you feel that you could have won five Tours?

**LeMond:** Well, look at the facts. I have three Tour victories. I gave away '85 Tour. I was out because of an accident during the two prime years of my career, '87 and '88, which were two of the easiest years to win the Tour in that period. I mean if you're in the thick of racing, you understand the hierarchy. During those two years, Hinault was out, Fignon was out. Put it this way, in '89 and '90 I only feel like I raced to 90 to 95 percent of my potential. In '86 I was much stronger, climbed much faster, much better time-trialist. When we would do the time-trials, Hinault and I would finish two to three minutes up on most people. And you have to remember that in cycling, every year you make minute improvements. In '86 I wasn't out of the top five stage races from February to September. Of course you can't rewrite racing history, but I'm confident that I would have won five Tours.

**Bicyclist:** Will your disease affect your future in any way? Is much known about mitochondrial myopathy [a degenerative muscle disease that prevents the body from properly disposing of lactic acid]?

**LeMond:** No, nobody knows anything about the disease. I've heard so many variations of it. People get it as an adult and start to feel more tired, and then ten years later, they're in a wheelchair. Then I've heard of people who have it that couldn't exercise as a kid, but now they exercise and they feel fine. Nobody really knows. It's always in the back of my mind. When I do get tired from exercising, I ask myself, 'Am I tired just because I exercised, or is it the disease?'

**Bicyclist:** How, exactly, does one learn whether they have mitochondrial myopathy?

**LeMond:** They do a muscle biopsy and then examine it with an electron microscope x-ray, at which point they can see if you have red ragged fibers, which are basically crystallized mitochondria, which do not produce AT (adenosine triphosphate, the basic fuel source on the cellular level). It's pretty clear as to whether you have it or not. There's no subjective interpretation. It's either you have it or you don't. I haven't had a biopsy since I retired. I did an EMG in October; it showed that I still have roughly the same level of the disease as three years ago. But the doctor also said that an EMG isn't accurate enough to detect whether it's actually progressed. To learn that would require another biopsy. The problem is that if it's progressed more, there's nothing they can do about it, so I don't really want to know.

**Bicyclist:** You recently participated in the Vietnam Challenge. Other than social functions, do you still ride a bike recreationally?

**LeMond:** Yes. I try to ride three or four days a week. I like riding.

**Bicyclist:** Mountain bike, or road bike?

**LeMond:** Usually road. When I was in Phoenix recently, I rode a mountain bike for ten days in a row. But in Minneapolis, the mountain biking isn't that great. I don't want to drive to trails to ride. I just like jumping on the bike.

**Bicyclist:** You must create quite a stir when you go riding.

**LeMond:** I don't really see people riding that often in Minneapolis. I pass a few riders every now and then, but I don't know if they can tell it's me. I'm a little bigger than I used to be. I also lift weights regularly, so my muscle mass is heavier.

**Bicyclist:** Was there a point right after you retired that you hung the bicycle up completely?

**LeMond:** I never planned on not riding. But when they did a biopsy in '94, they wanted me to take off 4 or 5 months of total inactivity, no riding, no exercise, no nothing. When you do that you totally lose your conditioning. So I did that and it had an effect. It was hard to adjust to riding again after being so

LCI 03368

out of shape. I ended up riding a little bit in '95, a little bit in '96, then last year I rode a little more, and this year I'm trying to ride three or four times a week. My problem is that I travel so much that I get into decent shape and then I go away for two weeks and don't do anything on the road.

**Bicyclist:** When you go out by yourself on a 25 mile ride or such, do you sometimes push it?

**LeMond:** That's my biggest problem. I always train hard. I can't ride easy. I really need to build up a base. One problem with the disease is that you produce a little more lactic acid, so I can't tolerate high-intensity as much as I used to. I have to get used to those hard efforts. Last year I trained hard for about three weeks, and then I got so tired I couldn't ride for another month. I'm trying to get it where I'm riding easier and a little bit longer.

**Bicyclist:** Do you keep up with the sport at all, whether American or European cycling?

**LeMond:** It's really hard to. The problem is that I never kept up with it when I was cycling, so it's hard to keep up with it when you're not cycling.[laughing]

**Bicyclist:** Have there been any riders that have caught your eye in the last few years?

**LeMond:** I am watching it a little bit more, I suppose. I watched the Tour last year and watched the year Riis won and Ullrich was second. Ullrich definitely catches my eye. I think the guy definitely has some talent. But I've been impressed with the American riders, Bobby Julich and Kevin Livingston. Julich recently finished second in Criterium International. That's a hard race! He's turning out to be a great rider. I think he'll have a career like Andy Hampsten. Andy kind of took a while to get used to going over to Europe and staying. When he came over in '86, he decided he'd only race for six to eight weeks and then he'd want to go back to America. Then in '87, he went back and forth, and then, later, finally stayed. Once you taste the level of competition in Europe, it's very hard to come back and race. I think with Julich and a couple of the guys, they know that when you race full time in Europe, you know you're a special athlete. You know that very few people could do this. And it is that much harder than anything in America. I said when I won the Tour duPont in '92 that if I'd raced the Tour of Romandie, I'd have been lucky to crack the top thirty, yet I won the Tour duPont. When you're over in Europe everything's just so different. Certain riders thrive on it and certain riders can't do it, it's just too hard for them, but Bobby Julich is obviously one of the riders that's thriving on it. Andy Hampsten eventually got to that point where he raced in Europe, came back to America and realized he was going nowhere in America, so he went back. Now he's living in Europe in retirement! That's a big change for me. I mean, I like Europe, but, boy, I like America.

**Bicyclist:** So you don't miss Europe terribly?

**LeMond:** Nooooo. I don't miss it at all. I like the lifestyle of France, I like the people, but I don't like the traveling, I don't like the jet lag.

**Bicyclist:** Do you think the sport of professional cycling has changed since you retired?

**LeMond:** Well, I have to laugh. There's a rider that was on the U.S. Postal Service, an American rider that had never raced in Europe, who told me how much cycling has changed in the three or four years since I retired, how much harder and faster it's gotten. As he's telling me this, I'm thinking, 'Is this guy trying to insult me?' [laughing] The best part about it was that he went and raced in Moline, Illinois and Jeff Bradley [a friend who competed on the amateur national team with LeMond, as well as professionally with 7-Eleven], who's been retired ten years, trained only 900 base miles before this race to get back into shape. No more. And then Jeff finished 8th or 9th, and this guy finished behind him. And the Postal rider is a pro! How do you judge that it's changed? There's no way. The talent hasn't changed at all. I do think, however, that the Italians have changed the sport in a really bad way. It has become much more medical. There's no doubt that riders are probably fitter now at the beginning of the season. But that started in the mid '80s.

LCI 03369

**Bicyclist:** Medical?

**LeMond:** Yes, medical.

**Bicyclist:** Drugs?

**LeMond:** [hesitates] I don't know that it's drugs exactly...

**Bicyclist:** Then let me restate the question. Do you feel that drug use is prevalent in the pro peloton?

**LeMond:** Well, it's hard to say. I don't know if it's drugs, but there are substances. I don't know that I buy the excuse by people who say they didn't perform well in a one-day race because the winners were on drugs. In a one-day race, there's no reason you cannot perform as well as someone taking drugs. EPO (Erythropoeitin, a naturally-ocurring and synthesized hormone that increases red blood cell count) just increases your red blood cells. Here in America you can train at altitude any time you want and get the same benefit from altitude as from EPO. Steroids, on the other hand, accelerate recovery. I went steroid free throughout my whole career. There were always rumors of guys taking stuff, but more than steroids it was the cortisone, the catabolic, not the anabolic. Of course there were tests, and people have been caught with testosterone. The Italians, somewhere in the '80s, figured out how to take small amounts to be on the legal side of it, which does help recovery and would help tremendously in a three week race. I've heard two sides of the drug issue. First of all, you have to understand the doping mentality. I don't think there's a rider in the peloton that prefers to take drugs. It's simply what doing to keep up with competition, and if they think everyone's getting away with it, they feel like they need to use it, too. Half of these guys haven't finished high school, have a wife and three kids at home, and if they don't perform, they won't get paid. The problem with Americans is that our ethics are sometimes a bit nave-don't get me wrong, the American ethic is really good, I like the American attitude, but it doesn't really bite into the reality of situation. I know my old teammate, Eric Boyer, retired because he didn't want to touch the stuff, and I know many other people who made it through clean, such as Andy Hampsten and Steve Bauer. Every rider on La Vie Claire was clean, that was Paul Keochli's big deal to make sure he had a clean team. But I do know in the early '90s there was a huge movement in Italy. Riders that had been racing for six or seven years were suddenly riding really well. To me, that looks a little suspicious. The drug issue is something I often thought about during my career. Toward the end, I always wondered, 'Is everyone taking drugs, while I stay clean, causing me to perform so poorly?' But there wasn't a drug in the world that would've helped me. One thing I do know is that a teammate of mine went to an Italian team and he died of a heart attack a year later. It was a little disappointing. I do think the riders are trying to say, 'Hey, we're for control testing.' The riders are the ones who pushed for the haematocrit level tests, so people would stay within the limits.

**Bicyclist:** Looking back on your career, you have many major victories, from the very beginning as a junior, right on through to the end. Nonetheless, is there a particular victory, a milestone in your career, that you cherish above the others?

**LeMond:** With no doubt, there was nothing sweeter than coming back from a near death experience [the hunting accident] to winning the Tour two years later, especially when only two months prior I'd seriously considered quitting the sport completely. I'm so glad I didn't quit.

**Bicyclist:** In a sense, the '89 Tour, then, proved to be a moment of vindication?

**LeMond:** It was, but it was still hard, since most of the European press still didn't understand the extent of my accident two years earlier. It seems like most of the Europeans view the hunting incident as a minor gun accident. Gilbert Duclos-Lasalle, my teammate, got shot, also. But the bullet only penetrated his hand, and he had surgery on it. By comparison, I had pellets that went straight through me, I still have five in the lining of my heart, five in my liver, and my spine. I lost 25 pounds of muscle mass, lost 60 percent of my blood volume. I was fifteen minutes away from dying. When we did finally hold a press conference, the doctors said, 'Oh he's fine, he'll be back racing.' So the Europeans assumed that I

didn't really have such a bad accident. When I did come back to Europe, there was absolutely no sympathy. Every time I raced poorly the press ridiculed me for lacking motivation, and not training hard. That pretty much became the story of the last four years of my career. The press would say, 'Look, he's gained ten pounds. He doesn't want to train anymore.'

**Bicyclist:** Was your World Championship victory right after the '89 Tour unexpected, or was it a goal prior to the race?

**LeMond:** I was feeling great for the entire month after the Tour. The Worlds, every year, was my goal. But, of course, when you're racing, you still want to race well at all the other races. Of course, that brings up an entirely different question that remains, even to this day, the biggest disappointments in my career. When you talk to fairly knowledgeable journalists in Europe or even people within the sport, they have this idea that all I wanted to do was focus on the Tour and the Worlds. My last two Tour de France victories were miracles. That it took me until July to get back into shape in '89 was partially because it took that long for my body to come back around from the accident. There was no predetermined plan to get into shape for the Tour. If I'd been able to race well in the Paris-Roubaix, I would have. In '89, I wasn't even sure that I'd ever race the Tour again. Then the following year, I had mono for three months before the Tour. Prior to my accident, I was successful from February to September, with results like third at Paris-Nice, second at Milan-San Remo, third in Liege-Bastogne-Liege, third in Paris-Roubaix. I'd only started to figure out the classics in '86. Without the injury, I believe I would have been a good classics rider. I wanted to race hard all season, and kept hoping I would get back to my old self. People forget that in '83 I won the Super Prestige Pernod, which was then the season-long competition, since replaced by the World Cup.

**Bicyclist:** It must be odd knowing that some of those same persons who misinterpret your career are also some of your greatest fans. In a recent interview, Michele Bartoli stated that he had two heroes early in his career, Francesco Moser and LeMond. He went on to say, "I liked LeMond because he saw cycling in a particular way. He had his own personal style. He was one of the first riders to aim and train specifically for certain races. He didn't try and win every race. I think he was very innovative. He taught everybody about modern bike racing."

**LeMond:** The constant misinterpretation does continue to be the most disappointing aspect. Recently, I saw an interview with Jan Ulrich's coach, in which the interviewer asked whether the 15 to 20 pounds Ullrich had gained over the winter would affect his chances in the Tour, to which the coach responded, 'Oh, I'm not worried. Greg LeMond always gained the same amount.' My biggest winter gain over the years was ten pounds. That's it! I never got over 159 pounds. in the winter during my career. People have such short memories. They look at my last results attained while I was battling to recover from my accident and sum up my career from those two Tour victories.

**Bicyclist:** As far as the present status of cycling, do you see any major changes, such as mountain biking becoming more popular than road racing?

**LeMond:** Mountain biking may be more popular in this country, but it will never be more popular than road racing in Europe, there's just too much history in the major road races. In order for a sport to achieve a major status, you need a big venue. Mountain biking will simply never become as popular as road racing in Europe because it doesn't have the Tour de France. In order for mountain biking to become a major sport it will need a single prestigious race, like the Master's tournament in golf, or tennis's Wimbledon. It takes at least 20 or 30 years for an event to reach a legendary status like that. I try to look at the sport of cycling as just cycling, though. Mountain biking's one way to cycle, road riding is another way. I don't like the division of the sports, in the way that snowboarding is to skiing, where I have to declare myself a boarder or a skier. I like to see cycling as a sport in which everybody can ride a different bike. I think road racers should be entering mountain bike races and vice versa.

**Bicyclist:** Do you ever see road racing finally taking off in the United States, or do you feel it's doomed to its present status?

LCI 03371

**LeMond:** Most likely, doomed to its present status. But I don't really think it's something to be depressed about. I think it may make another grassroots comeback as it did in the '70s and '80s, because people seem to be getting interested in road riding once again. But I don't think you can ever expect it to be like Europe, with three or four races a year like the Tour duPont. Maybe we'll be lucky and the Coors Classic or the Red Zinger will start back up again, and create another revival, but what we really need are guys like Lance Armstrong who are capable of doing well in Europe to proper television coverage on events.

**Bicyclist:** Few riders have left a legacy in cycling as rich as yours. I'm speaking specifically of your approach toward aerodynamic technology and contract negotiations, both of which proved to be equally innovative. Did you have a sense of the historical impact you would leave on the sport while you were racing, or did such decisions come instinctively?

**LeMond:** I don't know that I thought of historical implications, but I was aware of the pay structure, which, in Europe, was horrible. Bernard Hinault was getting as much press for Renault as Renault's formula one team, yet they were spending $50 million on the car racing team, and only $2 million on the bike racing team. Hinault, one of the most famous people in France, was only making $150,000 a year, while Alan Prout was making $8 or $9 million a year. There were inequalities that needed addressing. Of course, I always used the opportunity when three or four teams wanted me to make sure I got the most out of it. I wasn't going to live and race in the hardest sport in the world and not get paid. You're literally miserable half of the time. I wasn't going to do that and wind up broke 15 years down the road. My main goal with contracts was always to prepare for the future. As far as the technology, I was lucky that I was always willing to try something, but I don't know that it was exactly luck since I did always have a curiosity for different equipment. From the beginning, I was always interested in my bike. I always wanted a light bike, always wanted good aerodynamics, providing there was some integrity there. Some Americans were into trick stuff, whose benefits were questionable. I didn't just want trick, I wanted it to work. Even my last couple years of racing, I continued to play with it, like a carbon-fiber bike fitted out with titanium components. Even when I was sixteen, I would ride on my rollers and have my mom hold me up, while I tried to make my back as flat as possible, so from the beginning I was interested in aerodynamics. That was what my mindset was. I also had a lot of people who knew that I was into technological innovations, so a lot of stuff would come my way. La Vie Claire was one of the first teams to use heart rate monitors. Moser was the first guy to use a monitor, but Guimard followed his progress. By the time Le Vie Claire started, we used heart rate monitors as the basis for our training program. The most I ever learned about physiology was with Paul Keochli. To this day I think he is the most advanced theoretical trainer. The aero bars were actually brought to me by someone who knew I was interested in trying new things. But I was already aware of them after watching the 7-Eleven team use them at the Tour de Trump, seeing how the bars improved Davis Phinney. We did wind tunnel tests after the Tour, and it turned out that my natural position was already so aerodynamic that those bars only made up about eight seconds, which was enough to win the Tour, but the Giro helmet I used cost me about 12 seconds, because that particular helmet had a lot of room inside which created a sort of parachute drag, so according to the wind tunnel test my victory wasn't only a result of equipment.

**Bicyclist:** Do you miss bicycle racing?

**LeMond:** Sometimes, but only at the highest levels. I miss the Tour de France. The year after I retired, I'd have dreams of racing the Tour de France again. Imagine having an auto-race where you race at the top level every day for three weeks straight, on roads from city to city, while the whole country shuts down for the race; where each stage has the same amount of spectators as the Super Bowl. That is the Tour de France. There is nothing like it. Winning the Tour de France, to be at that level, is the best high you can have. And in that sense, it was among the most satisfying things I'll ever do. So I do miss it. But the suffering I endured the last years because of my disease was only a relief to finally be free of.

Return to **Coaching Classics**



## Male Menopause?

STORY OPTIONS
- E-mail to a friend
- Print this article

News
Business
Sports
Entertainment/Just Go
Living
Tech
Water Cooler
Special Reports
Classified Ads
Site Index

Help
News Archives
Feedback

# Meet Greg LeMond

- **Born:** June 26, 1961, in Lakewood, Calif.

- **High school:** Wooster High School, Reno, Nev.

- **First racing bike:** canary yellow Cinelli

- **Favorite non-bike activities:** fly-fishing, downhill and cross-country skiing, surfing

- **Five-year plan:** shepherd his business investments and projects

- **10-year plan:** travel to Australia, New Zealand, Indonesia and other far-flung places.

- **On comparisons to Lance Armstrong:** ``It's a little different era. He's 10 years younger. Anybody who's driven like he is -- like I was -- there are always similarities. But we're different people. He's a little more Texan, maybe? But we have the same drive.''

- **On life:** ``I'm definitely a participant. I'm not a spectator.''

copyright information

TREK011879

┌─────────────────────────────────────────────────┐
│ **Is your Micron or CompUSA PC defective**       │
└─────────────────────────────────────────────────┘

**STORY OPTIONS**
▪ E-mail to a friend
▪ Print this article

News

Business

Sports

Entertainment/Just Go

Living

Tech

Water Cooler

Special Reports

Classified Ads

Site Index

# Life Cycles

*World-class cyclist and three-time Tour de France winner Greg Lemond has survived injury, illness — and retirement. He's back on the bike, too, with new projects aimed at helping everyday athletes.*

**RHODA FUKUSHIMA** STAFF WRITER

When Greg LeMond answers his cell phone, he's wearing skis and waiting to board the lift near Big Sky, Mont. He has invested in a new ski area there, and he's brought his family for a working vacation. Everybody needs seasons so they can do a little of everything, he says. He promises to call me back from the top.

These days, LeMond *is* on top. Best known at the three-time winner of cycling's Tour de France, LeMond was Minnesota's darling. He had come back from a near fatal injury in a hunting accident to win his last two crowns. He was America's greatest cyclist. Then, his performance mysteriously slipped. He was diagnosed with a degenerative muscular disease. He quit racing. That was six years ago.

"True trauma rewires the brain," LeMond says. "You're never really quite the same person."

Retirement was painful. He had to face the fact that his body could not match his inner drive. He had to quit a sport that had permanently and completely shaped him. He had to redefine what he did and, therefore, who he was.

He invested in a bagel business. He drove fast cars. He had become the family business, with his father running the show. None of it lasted. Worse yet, he became estranged from his dad for four years.

Now, LeMond has returned to the roots of his passion. He's developing a new stationary cycle and training programs for StairMaster. In the fall, he plans to unveil a line of LeMond cycling products for Target Stores. He's also teaming up with a Minnesota firm to develop Web-based training programs for cyclists. He envisions a time when everyday people will have

TREK011880

access to the best training.

As his oldest child nears adulthood, LeMond is especially focused on his family. "When kids are approaching the period where they're about to leave the house, you realize that you only get one more chance to be with them," LeMond says.

Ten years have passed since LeMond won his last Tour crown.

"I've already had a successful career," he says. He doesn't intend to replicate it. "If I try to do that, I'll never have as satisfying an afterlife as I did when I was cycling."

**The search for self**

At his Georgian-style home in Medina, LeMond pads into the library in stockinged feet, wearing a plaid shirt and blue jeans. He asks me and a photographer if we can wait; he's trying to squeeze in a little business before he and his wife take off to Mexico to celebrate her 40th birthday. Kathy LeMond apologizes, too, and offers us coffee and a seat in the library.

Greg's influences are quickly apparent. The 1999 L'annee du cyclisme book with Lance Armstrong, last year's Tour winner, on the cover. A collection of stories written by his daughter and her classmates. An honorary professorship from Ohio University. The Trophee Super Prestige Pernod 1983. And on the bookshelves, titles ranging from "Dr. Atkins' Age Defying Diet Revolution" to the "Portable MBA" to the "Historians' History of the World."

Learning has always been important to LeMond. When he was having health problems, he pored over Kathy's college physics and organic chemistry books for answers. He may have chosen cycling over college, but his hunger for knowledge never abated.

"I read so much right now," LeMond says. "I like business and economics. I'd love to have a law degree."

In conversation, LeMond's known for jumping from topic to topic. But he also has great ability to focus and to make -- and hold -- eye contact. Now 38, he comes across as boyish and surprisingly unguarded.

"I'm not a celebrity," he says. "I am probably too trusting. But I'd rather err on that side than be somebody who is distrustful. That is really looking at life as negative."

But he doesn't mind using his celebrity status to promote fitness. In his racing days, LeMond was the first to use a heart-rate monitor and cycling sunglasses. He always focused on equipment that would help him perform -- and win. Now, with the launch of his new stationary bike, he and collaborators are planning to add features so everyday athletes can measure their work more

TREK011881

precisely.

``Now I look at exercise from a layman's point of view,'' LeMond says.

That's partly why he got involved with the Web company -- to help people figure out how to train smarter. It's something he did as an elite cyclist and something he wants to share with others.

LeMond says extreme sports that require substantial physical output -- like triathlons and high-level bike racing -- are among the most unhealthy things people can do. Better to train at lower intensity and leave enough time for recovery. LeMond wants to help people figure out how to do that with customized training programs.

``Right now, the fitness world is basically filled with hypothetical theories, and training is free-for-all,'' LeMond says. ``The best thing is to figure out a true basis of training.''

At the same time, LeMond is always thinking ahead.

``As I get further away from the racing, I want to keep my name alive,'' he says. He has continued to create and define himself through what he does -- and through what he has given up.

Besides his sports-related ventures, he's working on an autobiography with Kent Gordis, a fellow cyclist he has known since they were 14. He's negotiating with a California-based Web company to be an online commentator for the 2000 Tour. He speaks to groups occasionally, but motivational speaking is not his main focus.

``Too many people get false hopes -- they're told, `As long as you believe, it will go well,' '' LeMond says. ``I'm an optimist, but you have to be realistic. Find what suits your abilities and maximize that.''

For his own part, he quit racing cars in the Formula Ford 2000 series (too expensive) and got out of the bagel business (bad partner). He was going to start an adventure travel company, but quashed the project to spend more time with his family.

``I'm trying to balance a professional life and still have a lot of fun,'' he says. ``I'm having the good life right now.''

**Focusing on family**

Two years ago, Simone LeMond came home from school with a question for her father.

``What race did you win?'' she asked. ``My French teacher said you won some big race in France.''

TREK011882

Though Simone's big brothers Geoffrey and Scott were old
enough to remember their dad's races, she was just 5 when
LeMond retired due to mitochondria myopathy. After his 1990
Tour victory, he had not raced well. He was heavily criticized for
gaining weight and performing poorly. Even with the diagnosis,
this was not the way he expected to leave cycling.

``When you're so optimistic and it doesn't come through -- like
the last 3-4 years of my career -- it becomes very painful,"
LeMond says. ``Before, I thought I could conquer the world."

The pain of leaving cycling paled compared to troubles at home.
In 1992, LeMond fired his father, Bob, from the foundering
family business, a bike company. They did not speak for four
years. LeMond learned some hard lessons from this experience
and other business endeavors.

``Cycling is so self-gratifying. It's you. It's your training that
makes a difference. It's your desire that makes a difference,"
LeMond says. ``In the business world or in projects, you don't
always control everything. You're dealing with people you can't
really predict."

Only with time and sessions with a counselor -- who specialized
in retired athletes and family businesses -- did the rift heal, Kathy
LeMond says. Bob LeMond suffered a heart attack recently, but
his son says he's doing well.

``I learned to not mix business with family and to keep your dad
your dad," LeMond says. ``It was difficult. But that's past. We're
on great terms right now."

In his own family, Geoffrey is 16, Scott 12 and Simone 10. The
kids don't participate in organized sports; their parents don't want
them to feel pressured to be as successful as their father was.

``Maybe one in a million succeed at that level," Kathy LeMond
says. ``And if they do, they have to be exceptional not to be
tempted by the drugs, the fame or the money in pro sports. It's
not a great life if you don't have your core set."

For all of his natural talent and athletic prowess, LeMond never
swallowed the hype.

``The problem with American athletes today is that they're
treated like gods from age 12," LeMond says. ``There is no sense
of reality. It's the movie star syndrome. They start to believe
they're somebody important. Yeah, they have an athletic talent,
but they aren't discovering the cure for AIDS."

This summer, LeMond will take Kathy and the kids to the 2000
Tour de France. They'll visit their old house in Belgium, where
the LeMonds lived for 14 years. Greg and Kathy moved to

TREK011883

Europe as newlyweds -- she was 20, he was 19 -- with $500 in wedding money and big dreams. Their house had no heat, hot water, stove or refrigerator. Their furniture was two metal chairs and a pull-out single couch.

Both Kathy and Greg say their humble beginnings cemented their marriage and is a big reason they're nearing 20 years together.

``It had us relying on each other,'' Kathy says. ``It was good.''

To this day, LeMond never takes on a business project or signs a contract without consulting Kathy. When Kathy pokes her head into the library and tells him she's going out, he asks, sweetly, where and for how long.

``I don't have a problem sharing him,'' Kathy LeMond says. ``He is completely devoted. He calls one to three times a day if he's not home. I've just been so much a part of his daily life that I've never felt jealous of his career.''

A few years ago, LeMond was on the road in Montana, giving a talk about life after retirement. The gymnasium of the wellness center where he spoke was packed. Dr. Brad Roy, who invited him, says the cyclist spent an hour signing bike helmets and answering questions. He especially focused on the kids in the audience.

``Greg's a guy who's picked up the pieces,'' Roy says. ``Success in life isn't necessarily the fact that you win a gold medal or the Tour de France. It's what you do with your life all along the way.''

· Help
· News Archives
· Feedback

Rhoda Fukushima can be reached at rgfukushima@pioneerpress.com or (651) 228-5444.

copyright information

TREK011884

  
News for March 9, 2001

## Recent results and new features

### Legal wrangling blocks USPS blood tests

The head of the French judicial investigation into alleged doping by the US Postal team is being frustrated by legal wrangling, according to a report from Reuters.

Judge Sophie-Helene Chateau has not yet sent a formal request to the Swiss authorities for release of the US Postal blood samples stored at the UCI's Lausanne, Switzerland headquarters. The problem is the phrase 'use of doping products' does not exist under Swiss law, so such a request would be unlikely to succeed.

The US Postal team has already given its approval for the samples to be released, but it's hard to see how the investigation can proceed is there is no formal mechanism for transferring them from the Swiss to the French legal systems.

### Braikia recovering after surgery

After his crash in Wednesday's stage of the Tour of Murcia Danish Lotto rider Tayeb Braikia was recovering well in hospital yesterday.

Braikia underwent shoulder surgery at a hospital in Lorca on Wednesday and was later moved to a hospotal in Murcia for tests on his injured face and jaw. News service Reuters quoted a spokeswoman for the hospital as saying "We're waiting for a team doctor to come to the hospital before deciding where he should be taken. He's recovering well."

The crash involved around 20 riders. Braikia slid into the roadside barriers near the finish and bounced back into the bunch.

### LeMond returns to France

As a racer, Greg LeMond was always able to charm the French press and public, and he has lost none of his appeal. LeMond was back in Paris on Thursday as spokesman for the Mercury-Viatel team and talked about his role in the team's development.



"I wanted to build a team around Peter van Petegem, but in September it was too late to create a new organisation. And I didn't want to have a team in second division. So I advised Viatel to merge with Mercury, because John Wordin already had very good riders. Now John Wordin, Johan Lammerts, Alain Gallopin and I work in a total empathy."

LeMond is hoping the team will gain a wild-card to this years Tour: "John Wordin has put together very good riders and we'll demonstrate in the next few weeks that we have a strong team. If we do well during the next two months, then I hope that Jean-Marie Leblanc will be very nice to us."

Wordin and
Lemond
Photo: © JF
Quenet

LeMond has kept busy since his retirement in 1994. He sold his chain of restarants two two years and now concentrates on his bike company, part of the Trek group. "We are second in the US in road bikes," LeMond said. He's still active in sports too, taking part in a 55km foot race last week, skiing and riding his bike two or three times a week when the weather improves in April.

Inevitably, as the greatest US rider of his day, Lemond was asked about the current top American. "I have a good relationship with Armstrong," LeMond said. "But I don't often see him. He's a special guy, he has his own mentality. He didn't know about cycling when I was a rider. I think that's why he has never liked to be compared to me. Now in the States he takes advantage that cycling is known by the TV and all the journalists thanks to me. We have something in common: no one would have known me in the US without my hunting accident, Americans like come-backs."

LeMond will be in France for a few days, but won't stay for Paris-Nice, the classic organised by the rider LeMond beat so memorably in the 1989 Tour de France, Laurent Fignon. Was he snubbing his old victim? "No, definitely not," LeMond said, laughing. "I like Laurent. The last time that we saw each other, we even

LCI 12324

played golf."

## No Dutch national team in World Cup

This weekend's round of the women's World Cup in Canberra, Australia, will start without the Dutch national team. Dutch Federation coach Herman Snoeijk says the race is too early in the year: "We start our season later." However, Mirjam Melchers will start in Canberra with her Italian team Acca Due O.

Snoeijk spent last week in Mallorca overseeing a training session with Marielle van Scheppingen, Mirella van Melis, Angela Hillenga, Ghita Beltman and Chantal Beltman. Their first race will be Sunday in Stralen, Germany and the team's first World Cup will be Milan-San Remo at the end of the month.

## BCF cancels Welsh March races

### Other UK cancellations and venue changes

Because of the UK's ongoing situation with foot and mouth disease, the BCF has cancelled all road racing in Wales during March. This includes this weekend's Mersey Roads Spring Two Day and Legstretchers Memorial at Wick. Other cancellations include:

- Sunday March 11 - Spring Road Races at Great Gidding, Cambs, SE Midlands; Philip Russell Memorial Pursuit 2 at Newby, Cleveland; Stags Head Road Race at South Molton, Devon

- Sunday March 18 - Isle of Purbeck Junior RR at Wareham, Wessex; Circuit of the Mendips RR, Western

- Saturday March 24-Sunday March 25 - National Points Series Cross-Country MTB Round 1, Thetford, East Anglia

- Sunday March 25 - John Cull Memorial RR, Halsall, Merseyside

- Spring Chicken to Hillingdon. This Saturday's Spring Chicken Road Races (March 10) have been moved to Hillingdon and there are also changes to the race times, with the 3/4/J race now starting at 12-00 and the E/1/2 race at 15-00.

- Sunday's Jock Wadley Road Race (March 11) is definitely on. Organiser Tony Asplin has followed BCF advice to seek approval from his local MAFF office to run the race. Tony said, "I have just received faxed confirmation from the Chelmsford Office of MAFF. This is subject to no adverse conditions presenting themselves."

The BCF says all riders should keep in touch with the organiser of any race they have entered. A BCF spokesman said, "Currently we are asking all race organisers to get clearance for their events from their local Ministry of Agriculture (MAFF) office. The Jock Wardley example seems to suggest that this process is working and that a good number ofraces should be able to go ahead as normal."

"As soon as we have any indication of a return to normality or an update on MAFFís advice we will post information on our website. There are no review dates or deadlines - we are simply monitoring the situation constantly."

## MPs want C4 Tour de France

A number of british MPs have joined the widespread condemnation of the UK's Channel 4 TV station for its decision not to cover the Tour de France this year. A recent Early Day Motion says:

378 CHANNEL 4 AND THE TOUR DE FRANCE 27:2:01

Lynne Jones Mr Bill Michie Frank Cook
Mr Peter Bottomley Mr Eric Clarke Mr Dafydd Wigley
Mr Dennis Skinner Mr Elfyn Llwyd Mr Russell Brown
Dr Norman A. Godman Mr Alan Simpson Mr Robin Corbett
Derek Wyatt Mr Harry Barnes Mr Win Griffiths

That this House deplores the decision of Channel 4 to discontinue its coverage of the Tour de France after 15 years, during which the audience for this great sporting event grew to over a million; considers this decision is particularly regrettable in the light of the enormous success of the British cyclists at the Sydney Olympics, the associated increase in participation and interest in cycling in the UK and the fact that Channel 4 have already purchased the rights to broadcast this event for the next three years; and calls on Channel 4 to either reverse the decision or to license the rights to another terrestrial channel.

LCI 12325

## Australasian rider wanted for Tour of Chile

New Zealand-based race promoter and team manager Jorge Sandoval is looking for a rider for a team to take part in next month's Tour of Chile. Jorge told Cyclingnews, "I'm looking for a good Australian rider to complete the team. The route for this year's Tour of Chile is quite flat, so the tour will suit a sprinter or a rider who is good on the flat and able to get into a break. The only hill in the race is two days from the finish, a 15 km top of the hill finish stage but nothing too steep."

The Tour of Chile runs April 19 29. The team will leave for Chile on the April 14, returning May 3. Jorge can be contacted at jorge@ihug.co.nz or phone 0064 4 563 8904.

## Recent results and new features on cyclingnews

### Major Races and Events

September 7-29, 2002: Vuelta a España (GT) - Preview, stage list
May 11-June 2, 2002: Giro d'Italia (GT) - Preview, stage list, photos
July 6-28, 2002: Tour de France (GT) - Full preview & official route details
December 8: Superprestige Rd 5 (Cat. 1) - Erwin Vervecken
November 29-December 4: Six Days of Noumea (6D) - Sassone/Neuville victorious
November 26-December 1: Six Days of Zurich (6D) - Day 6 - McGrory/Gilmore/Schnider win
December 1: Melbourne Cup on Wheels (IM) - Scott Moller, Keirin, Sprint, Support races
December 2: Cyclo-cross World Cup #2 (CDM) - Sven Nijs again
November 24-December 3: Juegos Deportivos Centroamericanos (JR) - Final results
December 8-9: Frankfurter Rad-Cross (Cat. 2) - Alex Mudroch, UK National Trophy Series #4 (Cat. 3) - Roger Hammond, Grote Prijs Industrie Bosduin - Kalmthout (Cat. 1) - Bart Wellens, Int. Radquer Obergösgen (Cat. 2) - Björn Rondelez, Trofeo Mamma e Papa Guerciotti (Cat. 3) - Enrico Franzoi, Premio Egondo (Cat 3) - David Seco, Irish cyclo-cross championships - Robin Seymour

### Results: local racing

Australia - CycleWest Promotions Omnium Series #2, Eastern Suburbs Summer Criterium Series, Carnegie Caulfield Tuesday criterium, Southern Cross Junior Track Open & Madison Cup, Manly Warringah CC, George Town Track Carnival, Carnegie Caulfield CC, Randwick Botany CC, Gold Coast CATS CC, Caesar's Illawarra CC, Caesar's Illawarra (track)
Denmark - Danish cyclo-cross Post Cup #3
Italy - Gran Premio Città di Bassano
Luxembourg - GP De Kopstal
New Zealand - Cyco Criterium series
Spain - Elorrio cyclo-cross
USA - Georgia Cross Series Championship, Chimborazo Grand Prix cyclo-cross, Boulder Cross Rd 6, New Mexico State Cyclo-x Champs, Sorrento Cyclo-x & California State Champ's, Boulder Cross Rd 5, Verge New England series, Northampton CC Cyclo-cross Championships, Chris Cross International CycloCross

### Recently on Cyclingnews

Latest Photos - Olympic Armstrong, Boulder & California 'cross, More Pan-Am, Canberra, Boston & REI 'cross (December 13)
Cyclingnews survey - Reader Poll 2001 - Vote for your favourite riders
Letters - VDB, Lance, Boring Tour, Coastal Post, Respect (December 13)
Cyclingnews Interview - Ryan Bayley - the KFC-fuelled world champ (December 13)
Cyclingnews Interview - David McKenzie - Macca's back (December 12)
Cyclingnews Interview - Laurent Jalabert - Jalabert looks ahead (December 11)
Cyclingnews Interview - Charly Wegelius - A coffee stop with Charly (December 8)
Cyclingnews Interview - Sven Montgomery - Moving up in the world (December 6)
Cyclingnews Interview - Rochelle Gilmore - Road scholar (December 6)
Tales from the Peloton - 12 Hours of Oleta - MTB endurance race in Miami (December 6)
Tales from the Peloton - Tony Cruz - back to his roots (December 7)
Marco Polo Diary - Tour du Faso - Part II - Nathan Dahlberg's report (December 3)
Tech maintenance - Wheels - how to keep them true and tight
Tech letters - Headsets, Pegoretti, Carbon cage, gloves & tubes (December 10)
Tech news - Navigators power-tap, Headsets, Carbon cages (December 7)
Tech- Recycling - How to protect your chainstay for free
Tech Reviews: Egg Beater pedals; Park Tool belt; Shimano shoes; Speedplay
Breaking the Chain - Dope planning and testing - From Willy Voet's book

LCI 12326

Copyright 2006 - 2008 Future Publishing Limited. All rights reserved. Future Publishing Limited is part of the Future plc group. Future Publishing Limited is a company registered in England and Wales with company registration

number 2008885 whose registered office is at Beauford Court 30 Monmouth Street Bath, UK BA1 2BW England.

Contact our Editorial department for further information.

| | Australia | UK | USA |
|---|---|---|---|
| **Telephone:** | +61 2 9955 2677 | +44 01225 442 244 | +1 623 628 4500 |
| **Fax:** | +61 2 9955 2688 | | |

**Contacts:** Editorial - Advertising   **Systems:** Economic Outlook
**Powered By:** Host Express

LCI 12327





August 06, 2001

# Shadow Of Doubt

Former Tour champ Greg LeMond views his successor with suspicion

Austin Murphy


TEXT SIZE

Lance Armstrong shouldn't hold his breath waiting for a congratulatory phone call from Greg LeMond, the only other American to have won the Tour de France. "To be honest, I haven't watched any of the Tour this year," LeMond said last Friday from his home in suburban Minneapolis. "I've been fishing for the last three weeks in Montana, so I don't know very much about what's going on."

But as LeMond spoke, it became clear that he believes he knows more than a little about what's going on. "I was deeply saddened," he said, "to hear about Lance's relationship with Dr. Michele Ferrari," who is awaiting trial in Italy on charges of providing riders with erythropoietin (EPO), a banned substance that increases red-blood-cell count. On the eve of the Tour, The Sunday Times of London reported that Armstrong had visited Ferrari five times since March 1999. "Have I been tested by him, gone there and consulted on certain things?" Armstrong told the paper. "Perhaps."

Visits prove nothing, of course. Armstrong has been among the most frequently drug-tested riders over the last three years and has never failed a test. He describes Ferrari as a friend he came to know in the "small community" of cycling, and at a press conference on July 23 he called him "a fair man and an innocent man...Let there be a trial."

There will be a trial. Among the names likely to arise is that of Kevin Livingston, Armstrong's former domestique and friend, whose name appears in confiscated files of the good doctor, according to The Sunday Times. "I wish with all my heart that the story is the way he [Armstrong] tells it," said Lemond. "Ferrari is a cancer in sports, and it's sad that Lance has had a five-year relationship with him. I would have all the praise in the world for Lance if I thought he was clean, but until Dr. Ferrari's trial, we can't know for sure. It sounds like I'm bitter or jealous about Lance Armstrong, but I'm not."

**Find this article at:**
http://vault.sportsillustrated.cnn.com/vault/article/magazine/MAG1023113/index.htm

☐ Check the box to include the list of links referenced in the article.

Copyright © 2007 CNN/Sports Illustrated.

LCI 12328