Exhibit 25

# For the record

Get the latest news and player stats for your fantasy sports teams. Visit us on the Web at .com http://fantasy.usatoday.com

## Update
A quick read on the news of the day

### LeMond back-pedals on Armstrong quotes

**LeMond:** Now backs Armstrong.

Greg LeMond says his post-Tour de France criticism of Lance Armstrong was taken out of context.

LeMond, the first U.S. winner of the Tour, shocked cycling fans when he cast doubt on the integrity of Armstrong's third consecutive victory, telling the *Sunday Times* of London he was "devastated" that Armstrong had associated with physician Michele Ferrari, who is awaiting trial in Italy for providing performance-enhancing drugs to athletes.

"I would have all the praise in the world for Lance if I thought he was clean," LeMond told *Sports Illustrated*. "But until Dr. Ferrari's trial, we can't know for sure."

The *Sunday Times* also quoted LeMond as saying, "In a general sense, if Lance is clean, it is the greatest comeback in the history of sport. If he isn't, it would be the greatest fraud."

Before this year's Tour, Armstrong said he and his coaches consulted with Ferrari about high-altitude training techniques, Ferrari's area of expertise.

In a statement released Tuesday, LeMond said, "I sincerely regret that some of my remarks were taken out of context and seemed to question the veracity of Lance's performances.

"For the record, I want to be clear that I believe Lance to be a great champion and I do not believe, in any way, that he has ever used any performance-enhancing substances. I believe his performances are the result of the same hard work, dedication and focus that were mine 10 years ago."

After being read LeMond's latest comments, Armstrong told USA TODAY, "It is nice to hear there was a clarification. I've always had a lot of respect for Greg as a rider and for what he's done for our sport. I respect and appreciate him even more for going out of his way to say that. I didn't have hard feelings before he made the statement and don't have them now."

Armstrong said he didn't think LeMond was pressured to make the statement by Trek Bicycles, which makes LeMond's self-named bike and is a major sponsor of Armstrong and the U.S. Postal Service cycling team.

The *Times'* London offices were closed when the statement was issued. A *Sports Illustrated* spokesman said, "We stand by our quotes, and we stand by our story." — Sal Ruibal

### Penguins' Kovalev doubles salary in arbitration

Pittsburgh Penguins winger Alexei Kovalev, coming off...

## Deals

### Baseball
▶ American League
Oakland Athletics: Signed OF Terrence Long to a 4-year contract extension.
▶ National League
Cincinnati Reds: Sent P Leo Estrella outright to Louisville (International/AAA). Optioned P Scott Winchester to Louisville.
Florida Marlins: Named Larry Rothschild consultant.
Milwaukee Brewers: Sent P Everett Still outright to Huntsville (Southern/AA). Placed P Ben Sheets on the 15-day disabled list. Recalled P Brandon Kolb from Indianapolis (International/AAA).
Philadelphia Phillies: Activated P Dennis Cook from the 15-day disabled list. Placed P Rheal Cormier on the 15-day disabled list.
Pittsburgh Pirates: Placed IF Warren Morris on the 15-day disabled list.
San Diego Padres: Purchased the contract of P Jeremy Fikac from Mobile (Southern/AA). Sent P Rodney Myers outright to Portland (Pacific Coast/AAA).

### Basketball
▶ WNBA
Miami Sol: Placed C Levys Torres on the injured list. Activated F Tracy Reid from the injured list.
Minnesota Lynx: Activated F Val Whiting-Raymond from the injured list. Placed F Shanele Stires on the injured list.

### Football
▶ National Football League
Carolina Panthers: Claimed S Tony George off waivers from New England and LB Matt Smith from the Indianapolis.
Chicago Bears: Signed TE John Davis to a 2-year contract. Placed TE Kaseem Sinceno on injured reserve.
Cincinnati Bengals: Placed OL Mike Doughty on the reserve/left squad list.
Dallas Cowboys: Waived QB Tony Banks and LB Mawako Tugbenyoh. Signed WR Slaha Burley and LB Lewis Mackey. Placed WR Bashir Yamini on injured reserve. Activated TE Mike Lucky and DE Peppi Zellner from the physically-unable-to-perform list.
Detroit Lions: Released LB Joe O'Neill.
Minnesota Vikings: Acquired OL Everett Lindsay from the Cleveland Browns for an undisclosed pick in the 2002 draft.
New York Giants: Waived P Tony Umholtz and DE Matt Lyyow. Placed TE Brady McDonnell on injured reserve.
New York Jets: Waived S Noah Burroughs and WR Steve Jackson.
San Francisco 49ers: Waived K Jeff Hall, S Marcus Hill and LB Al Rice. Placed QB Giovanni Carmazzi on the active/non-football injury list.
Seattle Seahawks: Waived WR Jarvonni Jackson.
Tennessee Titans: Activated CB Samari Rolle from the physically-unable-to-perform list. Waived DE Keith Embray.

### Hockey
▶ National Hockey League
Anaheim Mighty Ducks: Agreed to terms with D Brian White on a 1-year contract with a club option for 2002-03.
Atlanta Thrashers: Agreed to terms with LW Ilya Kovalchuk.
Buffalo Sabres: Signed D Rory Fitzpatrick.
Carolina Hurricanes: Re-signed LW Jeff Daniels to a 1-year contract.
Dallas Stars: Signed C Chad Alban to a 1-year contract.

## Baseball

### International League (AAA)
Tuesday's results
Norfolk 3, Charlotte 2
Durham 5-5, Columbus 2-1
Indianapolis 6, Louisville 2
Syracuse 9, Ottawa 7
Rochester 3, Pawtucket 2
Scranton/Wilkes-Barre 6, Buffalo 3
Richmond 11, Toledo 7

### Pacific Coast League (AAA)
Tuesday's results
Colorado Springs at Tacoma
Calgary 9, Edmonton 4
Las Vegas at Tucson
Iowa 7, Memphis 1
Omaha 14, Nashville 3
New Orleans at Sacramento
Oklahoma at Fresno
Salt Lake at Portland

### Eastern League (AA)
Tuesday's results
Akron 15, Harrisburg 11
Erie 6, Altoona 3
Norwich 8, New Haven 0
Binghamton 1, Portland 0
Reading 7, Bowie 2
New Britain 12-4, Trenton 4-3

### Southern League (AA)
Tuesday's results
Birmingham 7, Jacksonville 6
Greenville 4-0, Carolina 2-5
Chattanooga 8, Orlando 4
West Tenn 5, Huntsville 4

### Texas League (AA)
Tuesday's results
El Paso 2, Arkansas 0
Shreveport 3, Midland 2
Tulsa 7, San Antonio 4
Wichita 20, Round Rock 0

### California League (A)
Tuesday's results
Bakersfield at San Bernardino
Lancaster at Lake Elsinore
Modesto at High Desert
Mudville at Visalia
San Jose at Rancho Cucamonga

### Carolina League (A)
Tuesday's results
Wilmington 5, Frederick 1
Kinston at Winston-Salem
Myrtle Beach 6, Lynchburg 2
Salem 7, Potomac 5

### Florida State League (A)
Tuesday's results
Brevard County 8, Vero Beach 3
Daytona 5, Clearwater 4
Charlotte 10, Dunedin 1
Sarasota 8, Fort Myers 6
Jupiter 8, St. Lucie 7
Tampa 8, Lakeland 1

### Midwest League (A)
Tuesday's results
South Bend 11, Burlington 5
West Michigan 6, Cedar Rapids 1
Beloit 9, Kane County 2
Michigan 8, Clinton 5
Lansing 3, Peoria 2
Quad City 6, Dayton 4
Wisconsin 20, Fort Wayne 7

### South Atlantic League (A)
Tuesday's results
Asheboro 5, Greensboro 1
Charleston (W.Va.) at Capital City (ppd.)
Columbus 6, Lakewood 0
Hickory at Charleston (S.C.) (ppd.)
Kannapolis 3, Wilmington 0
Asheville 6, Lexington 4
Delmarva 8, Macon 2
Hagerstown 2, Savannah 1

## Soccer

### Major League Soccer
| | W | L | T | Pts. | GF | GA |
|---|---|---|---|---|---|---|
| Eastern | | | | | | |
| Miami | 13 | 4 | 5 | 44 | 46 | 29 |
| N.Y./N.J. | 10 | 8 | 3 | 33 | 30 | 29 |
| New England | 6 | 12 | 5 | 23 | 31 | 44 |
| D.C. United | 6 | 13 | 2 | 20 | 32 | 41 |
| Central | | | W | L | T Pts. GF GA | |
| Kansas City | 12 | 5 | 4 | 40 | 40 | 24 |
| Chicago | 9 | 5 | 6 | 33 | 37 | 30 |
| Columbus | | | | | | |
| Dallas | 8 | 9 | 4 | 28 | 38 | 36 |
| Tampa Bay | 4 | 17 | 1 | 13 | 27 | 53 |
| Western | | | W | L | T Pts. GF GA | |
| San Jose | 11 | 5 | 6 | 39 | 39 | 25 |
| Los Angeles | 10 | 6 | 5 | 35 | 39 | 29 |
| Kansas City | 9 | 10 | 3 | 30 | 28 | 43 |
| Colorado | 5 | 9 | 8 | 23 | 30 | 34 |

Today's games
Dallas at Columbus, 7:30
N.Y./N.J. at D.C. United, 8
Miami at Chicago, 8:30
Los Angeles at Kansas City, 8:30
Saturday's games
D.C. United at New England, 4
Dallas at Miami, 7:30
Chicago at San Jose, 10
Tampa Bay at Los Angeles, 11

### Women's United Soccer Assoc.
Final standings
| | W | L | T | Pts. | GF | GA |
|---|---|---|---|---|---|---|
| Bay Area | 11 | 6 | 4 | 37 | 27 | 22 |
| Atlanta | 10 | 4 | 7 | 37 | 31 | 21 |
| New York | 9 | 7 | 5 | 32 | 30 | 25 |
| Philadelphia | 9 | 8 | 4 | 31 | 34 | 28 |
| San Diego | 7 | 7 | 7 | 28 | 29 | 28 |
| Boston | 8 | 10 | 3 | 27 | 29 | 35 |
| Carolina | 6 | 12 | 3 | 21 | 28 | 40 |
| Washington | 6 | 12 | 3 | 21 | 26 | 35 |

▶ Playoffs
Semifinals — Saturday
New York at Bay Area, 4:30
Philadelphia at Atlanta, 6:45

## Lacrosse

### Major League Lacrosse
| Nationals | W | L | Pct. | Div. | GF | GA |
|---|---|---|---|---|---|---|
| New Jersey | 7 | 3 | .700 | 3-2 | 148 | 129 |
| Baltimore | 7 | 4 | .636 | 3-3 | 145 | 142 |
| Rochester | 6 | 4 | .600 | 2-3 | 138 | 121 |
| Americas | W | L | Pct. | Div. | GF | GA |
| Long Island | 8 | 3 | .727 | 6-1 | 173 | 155 |
| Boston | 2 | 9 | .182 | 2-4 | 141 | 172 |
| Bridgeport | 2 | 9 | .182 | 1-4 | 142 | 168 |

Weekend results
Rochester 18, New Jersey 12
Baltimore 18, Boston 12
Long Island 18, Bridgeport 17

## Sports on TV

### Today's listings
Times listed are Eastern; programs are live unless noted. Check local listings.
Baseball: Regional, Chicago Cubs at Houston or Minnesota at Cleveland (ESPN, 7 p.m.). Regional, Seattle at Boston or Minnesota at Cleveland (ESPN2, 7 p.m.).
Softball: Little League Amateur World Series, Portland, Ore. (ESPN2, 3 p.m.).

USATODAY.com chats
▶ (http://talk.usatoday.com)
Baseball: Audio roundtable with Baseball Weekly's Paul White, USA TODAY's Rod Beaton and USATODAY.com's Nate Davis (noon).
Golf: PGA Championship with USA TODAY's Tom Clark (1 p.m.).

## Tennis

### Legg Mason Classic
Tuesday's results from the $800,000 men's tournament at Washington:
Singles — First round: Felix Mantilla, Spain, def. Andrei Stoliarov, Russia, 3-6, 6-1, 6-2; Anthony Dupuis, France, def. David Prinosil, Germany, 7-5 (7-5), 6-4; Ramon Delgado, Paraguay, def. Alberto Martin (13), Spain, 6-4, 4-6, 7-5; Mike Bryan, USA, def. Paul Harsanyi, USA, 6-1, 6-2; Paradorn Srichaphan, Thailand, def. Kristian Capalik, USA, 7-6 (7-1), 6-4; Fernando Vicente (15), Spain, def. Jamie Delgado, Britain, 6-4, 7-6 (8-7); Alex Kim, USA, def. Alex O'Brien, USA, 3-6, 6-2, 6-4; Greg Rusedski (12), Britain, def. Markus Hipfl, Austria, 6-1, 7-6 (9-7); Paradorn Srichaphan, Thailand, def. Kristian Capalik, USA, 7-6 (9-7), 6-4; Wayne Black, Zimbabwe, def. Zack Fleishman, USA, 7-6 (7-2), 6-1; Jacobo Diaz, Spain, def. Jeff Salzenstein, USA, 6-4, 7-5; Michael Joyce, USA, def. Galo Blanco (14), Spain, 7-6 (7-4), 6-7 (6-8), 6-3.
Singles — Second round: Alex Corretja (2), Spain, def. Nicolas Massu, Chile, 4-6, 6-0, 6-2; Fabrice Santoro (4), France, def. Kenneth Carlsen, Denmark, 6-2, 7-5.
Doubles — First round: Paul Hanley and Nathan Healey, Australia, def. Dominik Hrbaty, Slovakia, and Scott Humphries (6), USA, 6-3, 4-6, 6-3; Pablo Albano, Argentina, and Marc-Kevin Goellner, Germany, def. Neville Godwin, South Africa, and Mark Merklein, Bahamas, 6-2, 6-7 (2-7), 6-2; Andy and John Roddick, USA, def. Guillermo Canas and Daniel Orsanic, Argentina, 4-6, 7-5, 6-4; Carl Clark and Trevor Spracklin, USA, def. Jan-Michael and Torrey Gambill, USA, 6-2, 6-4; Martin Damm, Czech Republic and David Prinosil, Germany, def. Paul Goldstein, USA and Nicolas Kiefer, Germany, 4-6, 6-3, 7-6 (10-8).

### RCA Championships
Tuesday's results from the $800,000 men's tournament at Indianapolis:
Singles — Second round: Thomas Johansson (9), Sweden, def. Harel Levy, Israel, 6-3, 6-3; Hicham Arazi (13), Morocco, def. Ota Fukarek, Czech Republic, 7-6 (7-5), 6-2; Nomes El Aynaoui, Morocco, def. Vincent Spadea, USA, 6-4, 6-4; Kevin Kim, USA, def. Cyril Saulnier, France, 6-4, 6-2; Jonas Bjorkman, Sweden, def. Slava Dosedel, Czech Republic, 7-6 (12-10), 7-5; Mariano Zabaleta, Argentina, def. Leos Friedl, Czech Republic, 6-4, 6-7 (5-7), 6-3; Robby Ginepri, USA, def. Karim Alami, Morocco, 6-1, 5-7, 6-4; Michal Tabura, Czech Republic, def. George Basti, Switzerland, 6-4, 6-1; Kristian Pless, Denmark, def. Cedric Pioline, France, 6-3, 6-4.
Singles — Second round: Thomas Enqvist, Sweden (8), def. Alexander Popp, Germany, 7-6 (7-2), 3-6, 6-4; Marat Safin (2), Russia, def. Andre Sa, Brazil, 4-6, 6-2, 6-3, 7-6 (7-4); Max Mirnyi, Belarus, def. Yevgeny Kafelnikov (4), Russia, 6-3, 6-3.
Doubles — First round: Petr Luxa and Radek Stepanek, Czech Republic, def. Andrew Ille, Australia, and Michael Russell, USA, 6-1, 6-3; James Blake, USA, and Nenad Zimonjic, Yugoslavia, def. Mareu Hilpert, Germany, and Lovro Zovko, Croatia, 6-3, 6-4; Kevin Kim and Glenn Weiner, USA, def. Brandon Coupe, USA, and Antonio Prieto, Brazil, 7-6 (7-5), 6-1; Taylor Dent and Chris Woodruff, USA, def. Andrew Kratzman and Peter Tramacchi, Australia, 3-6, 6-1, 6-2; Mahesh Bhupathi, India, and Sebastien Lareau (8), Canada, def. Mardy Fish, USA, and Andrei Pavel, Romania...

## Rogers AT&T Cup
Tuesday's results from the $1.2 million women's tournament at Toronto:
Singles — First round: Meghann Shaughnessy (9), USA, def. Lina Krasnoroutskaya, Russia, 6-1, 6-4; Daja Bedanova, Czech Republic, def. Cara Black, Zimbabwe, 7-5, 6-7 (5-7), 6-0; Tamarine Tanasugarn, Thailand, def. Nadia Panova, Russia, 6-0, 6-3; Barbara Schett (15), Austria, def. Anne-Gaelle Sidot, France, 6-3, 6-4; Mellen Tu, USA, def. Iroda Tulyaganova, Uzbekistan, 3-6, 6-3, 6-4; Elena Likhovtseva, Russia, def. Jana Kandarr, Germany, 6-4, 8-4; Chanda Rubin (16), USA, def. Jana Nejedly, Canada, 6-3, 6-2; Martine Weingartner, Germany, def. Arantxa Sanchez-Vicario (12), Spain, 3-6, 6-1, 6-4.
Singles — Second round: Justine Henin (2), Belgium, def. Al Sugiyama, Japan, 6-4, 7-6 (7-5); Jennifer Capriati (1), USA, def. Daniela Hantuchova, Slovakia, 5-7, 7-5, 6-2; Elena Dementieva (6), Russia, def. Kveta Hrdlickova, Czech Republic, 4-6, 6-4, 6-3.
Doubles — First round: Alexandra Fusai, France, and Rita Grande (6), Italy, def. Evie Dominikovic, Australia, and Marissa Irvin, USA, 6-3, 6-3; Tina Krizan and Katarina Srebotnik, Slovenia, def. Vayak Basuki and Wynne Prakusya, Indonesia, 7-5, 7-5; Nana Miyagi, Japan, and Lisa McShea, Australia, def. Amy Frazier and Katie Schlukebir, USA, 6-1, 6-2; Emilie Loit, France, and Irina Selyutina, Kazakhstan, def. Marie-Eve Pelletier and Vanessa Webb, Canada, 5-7, 6-3, 7-6 (7-4); Sandrine Testud, France, and Roberta Vinci, Italy, def. Anke Huber, Germany, and Barbara Schett (8), Austria, 6-4, 6-4; Amanda Coetzer, South Africa, and Lori McNeil, USA, def. Virginia Ruano Pascual, Spain, and Maria Emilia Salerni, Argentina, 4-6, 6-3, 6-1; Lisel Huber, South Africa, and Laura Montalvo, Argentina, def. Justine Henin, Belgium, and Meghann Shaughnessy, USA, 3-6, 6-3, 6-3; Magdalena Maleeva, Bulgaria, and Anne-Gaelle Sidot, France, def. Elena Bovina, Russia, and Alicia Molik, Australia, 5-7, 6-2, 6-4; Al Sugiyama, Japan, and Iroda Tulyaganova, Uzbekistan, def. Maureen Drake and Renata Kolbovic, Canada, 6-3, 6-4; Daniela Hantuchova, Slovakia, and Nadia Petrova, Russia, def. Rika Hiraki, Japan, and Sonya Jeyaseelan, Canada, 6-2, 7-5.

## Basketball

### WNBA
| Eastern | W | L | Pct. | GB |
|---|---|---|---|---|
| y-Cleveland | 22 | 10 | .688 | — |
| x-New York | 21 | 11 | .656 | 1 |
| x-Miami | 20 | 12 | .625 | 2 |
| x-Charlotte | 18 | 14 | .563 | 4 |
| Orlando | 13 | 19 | .406 | 9 |
| Detroit | 10 | 22 | .313 | 12 |
| Indiana | 10 | 22 | .313 | 12 |
| Washington | 10 | 22 | .313 | 12 |
| Western | W | L | Pct. | GB |
| x-Los Angeles | 28 | 4 | .875 | — |
| x-Sacramento | 20 | 12 | .625 | 8 |
| x-Houston | 19 | 13 | .594 | 9 |
| x-Utah | 19 | 13 | .594 | 9 |
| Phoenix | 13 | 19 | .406 | 15 |
| Minnesota | 12 | 20 | .375 | 16 |
| Portland | 11 | 21 | .344 | 17 |
| Seattle | 10 | 22 | .313 | 18 |

x-clinched playoff berth; y-clinched conference
Tuesday's results
Charlotte 48, Miami 41
Orlando 78, Indiana 72
Detroit 76, Cleveland 65
New York 71, Washington 56
Los Angeles 67, Portland 58
Phoenix 56, Houston 38

TREK013933

Page too faded and low-resolution for reliable OCR. Identifiable elements: USA TODAY sports section "For the record" with headlines including "LeMond back-pedals on Armstrong quotes," "Penguins' Kovalev doubles salary in arbitration," "Keller, Crippen win to open swimming Nationals." Document ID stamp: TREK013934.