# Exhibit 33

# ORIGINAL



UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

----------------------------------------x

LEMOND CYCLING, INC.,

    Plaintiff,

        -against-

TREK BICYCLE CORPORATION,

    Defendant/Third-Party Plaintiff,

        -against-

GREG LEMOND,

    Third-Party Defendant.

----------------------------------------x

Case No.

08-CV-01010

(RHK/JSM)

May 7, 2009

9:33 a.m.

Deposition of IRA LANGER, held at the offices of Foley & Lardner LLP, 90 Park Avenue, New York, New York, pursuant to Subpoena, before Mildred Cassese, a Registered Professional Reporter and Notary Public of the State of New York.



**Computer Reporting Incorporated**  CRI

501 Fifth Avenue New York, NY 10017
(212) 986-1344  Fax (212) 983-9149  www.crinyc.com

```
  1                    I. Langer
  2   bike race in Philadelphia, so we went to that
  3   bike race.  He did his grand marshal type, you
  4   know, had his grand marshal type responsibilities
  5   there.
  6             And then the next day we took a car up
  7   to Sommerville, New Jersey, which was probably an
  8   hour away from where that, from central
  9   Philadelphia, you know.
 10             Actually at that event Gary Fisher was
 11   inducted into the U.S. Bicycling Hall of Fame, so
 12   it was kind of like a cross promotion type thing,
 13   so I think Gary, you know, Greg introduced Gary as
 14   one of the new members of the Hall of Fame.
 15             And having Greg there, there was a
 16   silent auction, and there was, you know, he
 17   provided some memorabilia and signed it, so it was
 18   kind of a fund raising thing for the Hall of Fame
 19   as well.
 20        Q.   You mentioned that you went there a
 21   couple of times.
 22             Do you remember another instance?
 23        A.   I think I just remember being there
 24   more than once.
 25        Q.   You mentioned, when you were talking
```

```
 1                  I. Langer
 2   about how Greg would do these autographs and talk
 3   to people, that Greg was just Greg.
 4              Can you sort of elaborate on that a
 5   little bit?
 6       A.    Sure.  Greg would make everyone -- if
 7   someone came over to him and said that they met
 8   him five years ago he would make -- whether he had
 9   actually remembered meeting them five years ago, I
10   don't know, but they were sure convinced that he
11   remembered that.
12              Every person who was sitting across
13   from him was the most important person in the room
14   at that moment.
15              And there would be 300 people lined up
16   behind to get his autograph and talk with him, and
17   he would be spending an inordinate amount of time
18   with one person because they had some magazine
19   that he hadn't seen in a long time, or a picture
20   of a bicycle he hadn't seen in a long time and,
21   you know, just a nice guy, you know.
22              People liked talking to him and he
23   like talking to people.
24       Q.    Did you ever get any feedback from the
25   dealers that held these grand openings and events
```

I. Langer

as to what they thought, how well they thought the event went?

A. Yeah. It was always unanimous. People were always, like, oh, when can he come back again, you know, that kind of thing because -- and it was two different things: One, he drew a lot of people; two, he put a great big smile on everybody's face.

Q. So you mentioned that you did some dealer appearances and you listed several cities or places, Boston, Colorado.

Which ones specifically, which dealerships do you remember going to with Greg?

A. Metro Bicycles in New York.

International Bicycles in Boston.

Belmont Wheelworks in Boston.

Wheat Ridge Cyclery in Colorado.

Redlands Cycles in Redlands, California.

Chain Reaction in the San Francisco area.

Helen's in Santa Monica, California.

It's been a while.

Q. The time that you went to Metro, is