# Exhibit 36

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

DENISE S. RAHNE
612-349-8433

March 20, 2008

**VIA MESSENGER**

Robert Burns, Esq.
TREK BICYCLE CORPORATION
801 West Madison Street
P.O. Box 183
Waterloo, WI 53594

    Re: *LeMond Cycling, Inc. v. Trek Bicycling Corporation*
         Our File No. 123595-0000

Dear Mr. Burns:

Enclosed and served upon you please find the following:

1. Summons;
2. Complaint; and
3. Plaintiff LeMond Cycling, Inc.'s First Set of Discovery.

LeMond Cycling, Inc. has not yet filed the Summons or Complaint in the Hennepin County District Court. Accordingly, neither the Summons nor the Complaint are publicly-available at this time. Please be advised, however, that in accordance with Minnesota Rule of Civil Procedure 3.01, a civil action has now been commenced against Trek Bicycle Corporation.

                Very truly yours,

                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                Denise S. Rahne

DSR/cd
Enclosures
cc:   Greg LeMond (w/encl.)

MP-Primary 80013347.1

TLANTA · BOSTON · LOS ANGELES | MINNEAPOLIS | NAPLES · SAINT PAUL