# Exhibit 38

# Trek Bicycle Corporation's Privilege Log
## For Public Strategies Materials from Initial Contacts through Filing of Litigation

### LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond
### Case No. 08-1010 (United States District Court, District of Minnesota)

| Tab | Date | Type | Author(s) & Recipient(s) | Description (Regarding) | Privilege |
|---|---|---|---|---|---|
| 1 | 04/01/08 | Emails & Attachment | Public Strategies Vice Chair (McKinnon) to Capital Sports Entertainment (Stapleton), Trek President (Burke) Burke to Trek General Counsel (Burns) Burns to Litigation Counsel (Weber) | Initial contacts with Public Strategies. | ACP, WP |
| 2 | 04/02/08 – 04/03/08 | Emails | McKinnon to Burke Burke to Burns Burns to Weber | Further discussions re potential Public Strategies work. | ACP, WP |
| 3 | 04/02/08 – 04/03/08 | Emails | Burns to Weber Weber to Burns | Further discussions re potential Public Strategies work. | ACP, WP |
| 4 | 04/03/08 | Email & Attachment | Public Strategies (Coletti) to Weber; cc: Public Strategies (Bartlett) | Draft agreement between Public Strategies and Gass Weber Mullins. | ACP, WP |
| 5 | 04/03/08 | Emails | Weber to Burns Burns to Weber | Comments on draft agreement between Public Strategies and Gass Weber Mullins. | ACP, WP |
| 6 | 04/03/08 | Email | Burns to Weber | Discussion re hiring Public Strategies. | ACP, WP |
| 7 | 04/03/08 | Email | Weber to Coletti, Bartlett; cc: Burns | Edits to draft agreement. | ACP, WP |
| 8 | 04/03/08 | Email | Weber to Burns | Meeting with Public Strategies. | ACP, WP |
| 9 | 04/03/08 | Email & Attachment | Weber to Coletti, Bartlett; cc: Burns | Background information. | ACP, WP |
| 10 | 04/03/08 | Emails & Attachment | Coletti to Public Strategies (Hendershot) Hendershot to Coletti Coletti to Weber; cc: Burns and Public Strategies (Anzzolin) | Revised agreement between Public Strategies and Gass Weber Mullins. | ACP, WP |
| 11 | 04/03/08 | Email & Attachment | Weber to Coletti, Bartlett; cc: Burns | Communication to Trek's Board of Directors. | ACP, WP |
| 12 | 04/03/08 | Emails | Burns to Coletti, Trek (Wagner); cc: Anzzolin, Weber Coletti to Burns, Coletti, Wagner; cc: Anzzolin, Weber | Travel arrangements. | ACP, WP |
| 13 | 04/03/08 | Email | Burns to Weber | Meeting with Public Strategies. | ACP, WP |
| 14 | 04/03/08 | Fax | Coletti to Weber | Executed agreement between Public Strategies and Gass Weber Mullins. | ACP, WP |

| Tab | Date | Type | Author(s) & Recipient(s) | Description (Regarding) | Privilege |
|---|---|---|---|---|---|
| 15 | 04/03/08 | Email | Coletti to Burke, Burns, Weber; cc: Public Strategies (Hinkle) | Contact information. | ACP, WP |
| 16 | 04/03/08 | Emails | Coletti to Weber<br>Weber to Coletti; cc: Burns | Confirming privilege notice. | ACP, WP |
| 17 | 04/03/08 | Email & Attachment | Hinkle to Weber; cc: Coletti | Letter of Understanding re Public Strategies engagement with Gass Weber Mullins. | ACP, WP |
| 18 | 04/03/08 | Email & Attachment | Weber to Burns, Coletti, Bartlett; cc: Gass Weber Mullins (Dombrowicki and Stippich) | Draft complaint for Trek v. LeMond. | ACP, WP |
| 19 | 04/03/08 | Emails | Weber to Burns<br>Burns to Weber | Discussion re Letter of Understanding re Public Strategies engagement with Gass Weber Mullins. | ACP, WP |
| 20 | 04/03/08 – 04/04/08 | Emails | Burke to Burns<br>Burns to Weber<br>Weber to Burns<br>Burns to Weber | Discussion re Letter of Understanding re Public Strategies engagement with Gass Weber Mullins. | ACP, WP |
| 21 | 04/03/08 – 04/04/08 | Emails | Coletti to Burke, Burns, Weber; cc: Hinkle<br>Burns to Coletti, Burke, Weber; cc: Hinkle | Contact information. | ACP, WP |
| 22 | 04/04/08 | Email & Attachment | Public Strategies (Graham (aka Miller Graham)) to Burke, Burns, Trek (Gore), Weber, Coletti, Bartlett, Hinkle, Public Strategies (Seman and Mashek) | Contact information. | ACP, WP |
| 23 | 04/04/08 | Email & Attachment | Seman to multiple recipients | Draft of Company Update. | ACP, WP |
| 24 | 04/04/08 | Email | Coletti to Weber, Bartlett; cc: Burns | Advice re statement. | ACP, WP |
| 25 | 04/04/08 | Email | Weber to Coletti; cc: Bartlett, Burns | Advice re statement. | ACP, WP |
| 26 | 04/05/08 | Email | Burns to multiple recipients | Draft of Company Update. | ACP, WP |
| 27 | 04/05/08 | Emails | Burns to multiple recipients<br>Hinkle to multiple recipients<br>Bartlett to multiple recipients | Terminology. | ACP, WP |
| 28 | 04/05/08 | Email | Seman to Burns, Weber; cc: Hinkle, Graham | LeMond appearance. | ACP, WP |
| 29 | 04/05/08 | Email & Attachment | Seman to multiple recipients | Draft of Company Update. | ACP, WP |
| 30 | 04/05/08 | Email | Burns to Burke; cc: Gore, Trek (Moran), Weber | Planning for company update. | ACP, WP |
| 31 | 04/06/08 | Emails | Coletti to Hinkle, Burns, Weber; cc: Bartlett | The Complaint LeMond mailed to Trek in 2004. | ACP, WP |
| 32 | 04/06/08 | Email | Burns to Coletti, Hinkle, Bartlett; cc: Weber | The Complaint LeMond mailed to Trek in 2004. | ACP, WP |
| 33 | Undated | Agenda | | Agenda for Trek Employee Meeting/News Conference | ACP, WP |
| 34 | 04/06/08 | Email & Attachments | Seman to multiple recipients | Draft of Company Update and advice for Burke's presentation. | ACP, WP |

2

| Tab | Date | Type | Author(s) & Recipient(s) | Description (Regarding) | Privilege |
|---|---|---|---|---|---|
| 35 | 04/06/08 | Emails | Coletti to Stapleton<br>Stapleton to Coletti<br>Coletti to Stapleton, Bartlett, Weber | Status update. | ACP, WP |
| 36 | 04/06/08 | Email | Burns to multiple recipients | Discussion about Company Update. | ACP, WP |
| 37 | 04/06/08 | Email | Burns to multiple recipients | Discussion about Company Update. | ACP, WP |
| 38 | 04/06/08 | Emails | Coletti to Weber<br>Weber to Coletti | Advice re statement. | ACP, WP |
| 39 | 04/07/08 | Email | Burns to multiple recipients including Trek (Siefkes) | Trek sales figures. | ACP, WP |
| 40 | 04/07/08 | Email | Gore to multiple recipients | Discussion about Company Update. | ACP, WP |
| 41 | 04/07/08 | Email & Attachment | Mashek to Weber; cc: Coletti, Graham | Press conference call plan. | ACP, WP |
| 42 | 04/07/08 | Email | Coletti to Weber | Advice re statement. | ACP, WP |
| 43 | 04/07/08 | Emails & Attachment | Coletti to Mashek<br>Mashek to Hinkle<br>Hinkle to Weber | Draft press release | ACP, WP |
| 44 | 04/07/08 | Email & Attachment | Graham to Burke; cc: multiple recipients | Draft of Burke presentation. | ACP, WP |
| 45 | 04/07/08 | Email & Attachment | Graham to Burke; cc: multiple recipients | Draft of Burke presentation. | ACP, WP |
| 46 | 04/07/08 | Email | Burns to Graham, Burke; cc: multiple recipients | Draft of Burke presentation. | ACP, WP |
| 47 | 04/08/08 | Emails | Graham to Weber; cc: multiple recipients<br>Weber to Graham; cc: Dombrowicki<br>Dombrowicki to Graham, Burns; cc: Weber | Filing of Trek lawsuit. | ACP, WP |
| 48 | Undated | Agreement | | Draft agreement between Public Strategies and Gass Weber Mullins. | ACP, WP |
| 49 | Undated | Speech | | Draft of Burke presentation. | ACP, WP |
| 50 | Undated | Draft Email | Burke to all Trek employees | Draft of communication to Trek employees re LeMond. | ACP, WP |
| 51 | Undated | Draft Email | Burns to all Trek employees | Draft of communication to Trek employees re publicity. | ACP, WP |