Exhibit 39



For Immediate Release
7 April 2008
Contact: Bill Mashek, 920.478.2192 x12755

# MEDIA ADVISORY

## PRESIDENT OF TREK BICYCLE CORP. TO HOLD EMPLOYEE MEETING OPEN TO THE MEDIA

**WHO:** John Burke, President, Trek Bicycle Corporation

**WHAT:** A meeting of Trek employees, open to the media.

Members of the media who are unable to attend the event in person can dial into a conference call which will carry the employee meeting.

**WHEN:** Tuesday, April 8, 2008
Employee Meeting — 10:00 am CDT
Media Q&A with John Burke — 10:45 am CDT

**WHERE:** Trek Bicycle Corporation Headquarters
801 West Madison Street
Waterloo, WI 53594

**LOGISTICS:** To dial into the meeting and the media Q&A:
866.205.4243 or 801.828.9903

Employee meeting password (10:00 am CDT): 6617672
Media Q&A password (10:45 am CDT): 3288827

**INFO:** Bill Mashek, 920.478.2192 x12755, media@trekbikes.com

### # # #

**About Trek Bicycles:**

Headquartered in Waterloo, Wisconsin, Trek Bicycle Corporation is a global leader in bicycle design and manufacturing. From the original hand-built steel touring frames introduced in 1976 to the revolutionary OCLV carbon fiber first introduced in 1992, Trek's passion for innovation, quality, and performance leads the industry with next-generation technology and thinking. With an unprecedented eight Tour de France titles in the last nine years, six straight 24-hour World Solo Mountain Bike Championships, and countless other professional wins, Trek enjoys a rich tradition of victory in the world's premier cycling events. Today, with a broad range of bicycles and cycling products under the Trek, Gary Fisher, LeMond, Bontrager, and Klein brand names, Trek continues to pursue new ways to bring the joy of cycling to all people.

Trek Bicycle Corporation 801 West Madison Street Waterloo, Wisconsin, 53594
www.trekbikes.com

PLAINTIFF'S EXHIBIT
166 JJ
5-6-09