# Exhibit 41

Andrew Morris - 5/6/2009
LeMond Cycling, Inc. vs. Trek Bicycle Corporation

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION NO. MINN. 08-CV-01010

---------------------------x

LeMOND CYCLING, INC.,        :

    Plaintiff,           :

-versus-                     :

TREK BICYCLE CORPORATION,    :

    Defendant.           :

---------------------------x

    Deposition of ANDREW MORRIS, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Sanders, Gale & Russell, 438 Orange Street, New Haven, Connecticut, before James A. Martone, L.S.R. #00248, and a Notary Public in and for the State of Connecticut, on May 6, 2009, at 9:32 a.m.

COPY

Andrew Morris - 5/6/2009
LeMond Cycling, Inc. vs. Trek Bicycle Corporation

Page 33

1  recall whether Greg was part of the presentation or
2  whether he was there, and I don't remember what year
3  it was.
4      Q.   Okay.  Now we were talking about items
5  that were raised with the board that were out of the
6  ordinary that stood out to you a few minutes ago.
7      A.   Uh-huh.
8      Q.   Now I want to talk a little bit about
9  times during your tenure on the board of directors,
10 where Mr. LeMond was the subject of any discussions
11 at board meetings.  Do you recall incidents where
12 Mr. LeMond was a topic of discussion at board
13 meetings?
14     A.   Yes.
15     Q.   How many such incidents do you recall?
16     A.   Maybe two.
17     Q.   Two.  If you can, starting with the
18 earliest one, if they're far enough part in time
19 that you can distinguish, starting -- or in any
20 order, can you start with one and describe what you
21 recall about that, the discussion and the issue.
22     A.   I don't recall.  I think I asked the
23 question because I think I had seen something in the
24 paper, and I suspect that might be around the turn
25 of the century, 2000, 2001.

Andrew Morris - 5/6/2009
LeMond Cycling, Inc. vs. Trek Bicycle Corporation

Page 34

1    Q.   Okay.

2    A.   But it was something I had seen in the
3    paper prior to coming to a meeting.

4    Q.   Do you recall what you had seen?

5    A.   No, I don't.  I don't remember the
6    details.  It had to do with Greg and being
7    questioned, and I don't remember the context of it.

8    Q.   Was it --  Do you recall if it was related
9    to Lance Armstrong or something else?

10   A.   I think the only reason I would have asked
11   the question, it probably did, but I don't remember.

12   Q.   Okay.  What about the second incident that
13   you recall, where Greg was a topic of discussion at
14   the board?

15   A.   It was that board meeting which was
16   requested, all the board members were requested
17   to --

18   Q.   Okay.

19   A.   -- send their point of view.

20   Q.   Starting with the 2001, and what you
21   recall is that you asked a question based on
22   something you had seen in the paper, do you recall
23   how much discussion there was at the board level
24   about your question or anything related to that?

25        MR. WEBER:  Let me just --

Andrew Morris - 5/6/2009
LeMond Cycling, Inc. vs. Trek Bicycle Corporation

Page 35

1    A.    No.

2             MR. WEBER: Just a second. Let me
3  just object to the form of the question. You put in
4  the year 2001, and the witness said sometime around
5  the turn of the century.

6    A.    I don't remember. I haven't the foggiest
7  idea.

8    Q.    That's fine. Okay.

9    A.    What was your question again, please?

10    Q.    I'm just curious if you remember anything
11  in terms of how much discussion there was around
12  2001, the way you phrased it, around the turn of the
13  century.

14    A.    It was just five minutes; very short.

15    Q.    Do you remember who participated in those
16  discussions?

17    A.    The board members.

18    Q.    Do you remember which specific ones?

19    A.    Yes. The question was asked of John and
20  John answered it.

21    Q.    Do you remember what John's answer was?

22    A.    No. Other than he was aware of the
23  situations, I don't recall.

24    Q.    Okay. Do you ever recall any discussions
25  at the board about Mr. LeMond and a contract that he