# Exhibit 43

## Rahne, Denise S.

| | |
|---|---|
| From: | Francis Higgins [francis.j.higgins@gmail.com] |
| Sent: | Friday, April 18, 2008 7:30 PM |
| To: | media@trekbikes.com |
| Cc: | Rahne, Denise S.; greg@lemondbikes.com |
| Subject: | Shame on Trek |

Bill - I have reviewed the documents posted on the media page of Trek's website and have concluded that I will no longer support the Trek brand. I find the manor in which Trek has handled the LeMond situation to be low brow and mean spirited.

It seems obvious that throughout the years certain Trek customers have sided with Armstrong and others with LeMond. Yet John Burke's PowerPoint presentation listed only emails from customers siding with Lance, and did not contain any from customers siding with Greg. I find this rather curious. I can only conclude that such emails were received, and were selectively omitted in order to build a case against LeMond.

Currently, the consensus view in American cycling is as follows:

- Lance Armstrong is respected as a great Champion, and is not respected on doping related issues.
- Greg LeMond is respected as a great Champion, and is respected on doping related issues.
- Doping is a huge problem that needs to be addressed.

The buying public is eager to support those speaking out against doping. Consumers are tired of those who use aggressive legal action and pr campaigns to destroy the people that speak up and speak the truth. The cycling world is being divided into black and white. On the white side you have Slipstream, CSC, and High Road. On the black side you have Rock Racing, Astana, and apparently Trek. The side that Rock Racing is on is consistent with Rock and Republic's overall image and business strategy. Can the same be said about Trek?

Trek is free to continue down the old-school road of defending Lance at all costs, being mum when if comes to the importance of combating doping, sponsoring teams like Astana, etc. I'll just choose to root for Slipstream and enjoy my new Cannondale.

Regards,
Francis Higgins

PS - please forward this correspondence to John Burke. Perhaps I am wrong in my accusation that Trek cherry picks the emails included in PR materials. If I am, I look forward to seeing this email included in his next presentation.

LCI 12353

5/5/2008