IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | File No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE THOMSON CORPORATION, WEST ) | **TIMEBASE'S LOCAL RULE 7.1** |
| PUBLISHING CORPORATION, AND WEST ) | **CERTIFICATE OF COMPLIANCE** |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

I, Arthur A. Gasey, certify that TimeBase's Memorandum in Support of its Motion to Compel Responses to Interrogatories 1 and 8 complies with Local Rule 7.1(c) and (e).

I further certify that, in preparation of this response, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that TimeBase's Memorandum in Support of its Motion to Compel Responses to Interrogatories 1 and 8 complies with Local Rule 7.1(c) and (e) contains 3,839 words, excluding caption and signature block.

Dated: February 11, 2010            Respectfully submitted,

                                           /s/  Arthur A. Gasey
                                          Joseph N. Hosteny
                                          Arthur A. Gasey
                                          Niro, Scavone, Haller & Niro
                                          181 West Madison, Suite 4600
                                          Chicago, Illinois 60602
                                          Telephone: (312) 236-0733

                                          Michael R. Cunningham
                                          Gray, Plant & Mooty
                                          80 South Eighth Street
                                          Minneapolis, MN  55402
                                          Telephone: (612) 632-3000
                                          Fax:  (612) 632-4444
                                          Attorneys for TimeBase Pty Ltd.