IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., )<br>)<br>             Plaintiff,      )<br>)<br>vs.                               )<br>)<br>THE THOMSON CORPORATION, WEST )<br>PUBLISHING CORPORATION, AND WEST )<br>SERVICES, INC.                )<br>)<br>             Defendants.   ) | File No. 07-CV-1687 (JNE/JJG)<br><br>**DECLARATION OF ARTHUR A. GASEY** |

I, Arthur A. Gasey, declare:

1. I am one of the attorneys for TimeBase in this litigation. I have personal knowledge of the facts stated in this declaration. I can testify to these facts.

2. Attached as Exhibit A is a true and accurate copy of Thomson's response to Interrogatory 8.

3. Attached as Exhibit B is a true and accurate copy of Defendants' Supplemental Response to TimeBase's Interrogatory 1. (This exhibits has been designated "Confidential – Attorneys' Eyes Only")

4. Attached as Exhibit C is a true and accurate copy of the introductory statement to TimeBase's Supplemental Infringement chart. (This exhibit has been designated "Confidential- Attorneys' Eyes Only")

5. Attached as Exhibit D is a true and accurate copy of THOM00189708. (This exhibit has been designated "Confidential - Attorneys' Eyes Only")

6. Attached as Exhibit E is a true and accurate copy of THOM00182744. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

7.  Attached as Exhibit F is a true and accurate copy of THOM00182745. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

8.  Attached as Exhibit G is a true and accurate copy of THOM00182488. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

9.  Attached as Exhibit H is a true and accurate copy of THOM00182349 – THOM00182367. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

10. Attached as Exhibit I is a true and accurate copy of THOM00180320. (This exhibit has been designated "Confidential – Attorneys' Eyes Only)

11. Attached as Exhibit J is a true and accurate copy of THOM00180128 – THOM00180129. (This exhibit has been designated Confidential – "Attorneys' Eyes Only")

12. Attached as Exhibit K is a true and accurate copy of THOM00180111. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

13. Attached as Exhibit L is a true and accurate copy of THOM00180113. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

14. Attached as Exhibit M is a true and accurate copy of THOM00179346. (This exhibit has been designated "Confidential – Attorneys' Eyes Only")

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 11th the day of February, 2010.

/s/ Arthur A. Gasey

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that DECLARATION OF ARTHUR A. GASEY was served on February 11, 2010 upon Thomson's counsel, listed below, by email and first-class mail to:

Mindy Sooter; MSooter@faegre.com
Terry Beyl; TBeyl@faegre.com
Katherine S. Razavi; krazavi@faegre.com
Kevin P. Wagner; KWagner@faegre.com
David Gross; DGross@faegre.com
Calvin L. Litsey; CLitsey@faegre.com
Theodore M. Budd; TBudd@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Phone: 612-766-7000
Fax: 612-766-1600

/s/ Arthur A. Gasey