# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*EXHIBITS TO DECLARATION OF*
*ARTHUR A. GASEY*

*TIMEBASE PTY LTD.,*

                Plaintiff

v.                                Case Number: *07-CV-1687 (JNE/JJG)*

*THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, AND WEST SERVICES, INC.*

                Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Exhibit B- Defendants' Supplemental Response to Timebase's Interrogatory 1.*
*Exhibit C-Timebase's Supplemental Infringement Chart.*
*Exhibit D- Thomson document bates numbered THOM00189708.*
*Exhibit E- Thomson document bates numbered THOM00182744.*
*Exhibit F- Thomson document bates numbered THOM00182745.*
*Exhibit G- Thomson document bates numbered THOM00182488.*
*Exhibit H- Thomson document bates numbered THOM00182349- THOM00182367.*
*Exhibit I- Thomson document bates numbered THOM00180320.*
*Exhibit J- Thomson document bates numbered THOM00180128 – THOM00180129.*
*Exhibit K- Thomson document bates numbered THOM00180111.*
*Exhibit L- Thomson document bates numbered THOM00180113.*
*Exhibit M- Thomson document bates numbered THOM00179346.*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__  Item Under Seal pursuant to a court order* (Document number of protective order: <u>72</u> )

___  Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
         (Document number of redacted version: ___ )

___  Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).