# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    **Plaintiff,**

**v.**

**Trek Bicycle Corporation,**

    **Defendant/Third-Party Plaintiff,**

**v.**

**Greg LeMond,**

    **Third-Party Defendant.**

**Case No. 08-CV-01010 (RHK/JSM)**

**PLACE HOLDER TO DECLARATION OF JOHN KAUL AND EXHIBITS 1-3 IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

    Declaration of John Kaul and Exhibits 1-3 in Support of Plaintiff's Motion for Summary Judgment

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document\* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order\* (Document number of protective order: 99)

80917175.1

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
  (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).