# Exhibit A

Subj: **it's Betsy Andreu**
Date: 7/17/2004
To: bigholeranch@yahoo.com

Hi Greg, I don't know if you remember having met me a couple of times but I'm Frankie's wife also known as the "evil bitch" to lance. Let me say how much I envy your ability to speak the truth. I've been wanting to get in touch with you but am hesitant. I know how close you are with Gibbo and that he is close with Kevin Livingston. Kevin is one of the biggest brown nosing ass kissers lance has. He will do anything to help lance out despite the fact that lance has chewed him up and spit him out also. It was because of Kevin tattling on me to lance that really has made the situation between Frankie and the lance mafia tense. So I ask you not to say anything to Gibbo because kevin cannot be trusted at all. He would put lance before his own wife and child. We had dinner with lance right after your comments in LeMond 3 years ago. He really had it out for you. Among other things, the lance mafia is pointing the finger at me saying I told you about the hospital room. I prefer to speak on the phone 313-563-2025. I'm paranoid of the lance mafia and ask you to keep this to yourself. Frankie doesn't eve nknow I'm writing you. I know you feel about him the same way I do although I know my feelings are stronger. I don't want anyone but your wife knowing I have written you this e-mail.
Betsy
p.s. awesome awesome q&a in LeMond the other day. You're saying what everyone is afraid to.

Friday, June 16, 2000 America Online: Bjetka14