Exhibit B

Stephanie called me several times in 2007 always around 1 in the morning e.s.t. telling me she was at the Betty Ford treatment facility getting help. We spoke a lot. She wanted to make sure I would not contact her husband and let him know she had called me when we spoke for 4 hours.

Phone calls to my cell phone by Stephanie McIlvain on Friday, February 29, 2008:

12:21 a.m.
Betsy, it's Stephanie. Why don't you stop, why don't you stop the slander, why don't you stop leaving me alone. I cannot take it any more. you can leave my message, you could put it on the internet cuz obviously you thrive on that cuz you're such a sick fucking bitch. You know what - I'm so sick of you. Why don't we tell the public how you volunteered and you go - and went ahead to testify against Lance Armstrong. Why don't we tell the public how you told me months and months and months ahead that your husbnad used epo, okay? YOu know what? Stop using me I've had it. My son basically is going to be committed to a home within the next six months because he's completely out of control. And you keep using my name (inaudible) in your media - whatever. I don't care if you hate Lance Armstrong. Don't use me, don't use Dylan. My family's falling apart. Go ahead and use that cuz I'm sure you will. But I just want to let you know that I'm tired, Pat's tired and we're tired of hearing all of your bullshit. Let it be. Who gives a shit what happens to Lance Armstrong. I don't and the public doesn't. Botton line is you know what? Your husband used drugs - he's just as guilty as everybody else. And I am so tired of the whole thing. Bottom line is my son's gonna be committed within the next six months to an institution (inaudible) the beating of his mother and I'm tired of people calling me and telling me what you're saying about me. I have not read it. All I can say is that you're a poor excuse of a good Catholic woman and I hope you rot in hell.

12:36
I hope somebody breaks a baseball bat over your head but I also hope that one day you have adversity in your life and you have some type of tragedy that will hit your family that will definitely impact on you make you softer and make you realize what life is about other than going after people that you actually hate. It's pathetic Betsy. I thought you were a better person than that. And I'm so sad that you're not. I've moved on. I don't have any contact with Lance and I don't have contact with you. But you just keep going and going and going. IT's so sad. Go ahead and post that on the internet. Okay? Go ahead and post it because you're such a shallow bitch.

Phone calls to our home phone that same day - all hangs up all in the a.m.:
1:32 a.m.
1:36
1:37
1:37
1:38
1:40
1:41
1:42
1:49
1:51
2:46
2:47
2:48
2:49
2:50
2:50
2:51
3:01
3:02
3:03
3:03

80831226.1

March 1, 2008 on my cell phone (not exactly sure on date phone records would indicate. It's either that date or no later than March 4.

1:50 a.m.
Hi Betsy, it's Stephanie (inaudible) I want to apologize for calling you last night 9inaudible) I was out of my mind. And (inaudible) I don't care what you do. (Inaudible) as far as your (inaudible) I aske that you just leave (inaudible) that's the only thing I ask. If you have nay compassion in your heart and (Inaudible) I bet you do but I don't know. (Inaudible) Frankie with fock n roll and all this other stuff (Inaudible. But anways I wish you and your chilfen the best of (inaudible). Honestly, your children are lovely. Little Frankie and your little boy STevie and Marta (inaudible). I wish you the best of luck. (Inaudible) I don't know I kind of feel like one person's life (inaudible) the whole jest of it you're going to destroy a lot of people's lives and I feel for you and I feel that. I feel that you're in so cuddle with the Le Mond thing. They don't care about you. I've known Greg Le Mond for a long long long time. And uh (inaudible) But anyways, I wish you the best of luck and please (inaudible) that we're no longer friends okay? May God be with you. And (inaudible) you are a good person and I hope to God one day you find your way. Bye
2:04 a.m. hang up

Tuesday March 4
on my cell phone:
1:04 a.m.
Beached whale oh my God

hang ups on home phone:

1:59 a.m.
1:59 a.m.
2:02 a.m.

Monday, February 16, 2009
12:37 a.m.
Hello, I'm calling from France and I have a guy by the name of Pierre who'd like to contact you. His number is 3367717(inaudible)161. He ahs a couple questions regarding Lance Armstrong racing who is in the Tour of California right now. I apologize for the late call. He is there and he did not have your telephone number. Could you please call him back? Thank you very mush. His name is Pierre. Bon Jour.