## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| Plaintiff, | ) Civil Action Nos. 07-cv-1687 (JNE/JJG) |
| vs. | ) |
| | ) **PLAINTIFF'S NOTICE OF WITHDRAWAL** |
| THE THOMSON CORPORATION, | ) **WITHOUT PREJUDICE OF MOTION TO** |
| WEST PUBLISHING CORPORATION, | ) **COMPEL RESPONSES TO** |
| AND WEST SERVICES, INC. | ) **INTERROGATORIES 1 AND 8** |
| Defendants. | ) |

Plaintiff TimeBase Pty Ltd. hereby withdraws its Motion to Compel Responses to Interrogatories 1 and 8 (Docket No. 116) without prejudice.

Dated: February 17, 2010

**NIRO, SCAVONE, HALLER & NIRO**

By /s/ Arthur A. Gasey
Joseph N. Hosteny
Arthur A. Gasey
181 West Madison Street, Suite 4600
Chicago, IL  60602
Telephone:  312-236-0733
Fax:  312-236-3137
Email:  hosteny@nshn.com
Email:  gasey@nshn.com

**Attorneys for Plaintiff TimeBase Pty Ltd.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos.  07-cv-1687 (JNE/JJG) |
| vs. | ) | |
| | ) | |
| THE THOMSON CORPORATION, | ) | |
| WEST PUBLISHING CORPORATION, | ) | **TIMEBASE'S CERTIFICATE OF SERVICE** |
| AND west services, inc., | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on February 17, 2010, I caused the following document to be electronically filed with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFF'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO COMPEL RESPONSES TO INTERROGATORIES 1 AND 8.**

The following counsel have been served with these documents via CM/ECF:

      Calvin L. Litsey
      David J.F. Gross
      Chad Drown
      Theodore M. Budd
      Kevin P. Wagner
      Katherine S. Razavi
      Faegre & Benson LLP
      90 South Seventh Street
      Minneapolis, Minnesota  55402
      Phone:  612-766-7000
      Fax:  612-766-1600

Dated:  February 17, 2010        /s/  Arthur A. Gasey

| | |
|---|---|
| Michael R. Cunningham | Joseph N. Hosteny |
| Gray, Plant & Mooty | Arthur A. Gasey |
| 300 IDS Center, 80 South Eighth Street | Niro, Scavone, Haller & Niro |
| Minneapolis, MN  55402 | 181 West Madison, Suite 4600 |
| Telephone:  612-632-3000 | Chicago, Illinois 60602 |
| Fax:  612-632-4444 | Telephone: (312) 236-0733 |

**Attorneys for TimeBase Pty Ltd.**