# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
|                 Plaintiff, | )  **Civil Action Nos.  07-cv-1687 (JNE/JJG)** |
| vs. | ) |
| | )  **PLAINTIFF'S MOTION** |
| THE THOMSON CORPORATION, | )  **TO COMPEL RESPONSES TO** |
| WEST PUBLISHING CORPORATION, | )  **INTERROGATORIES 1 AND 7 AND** |
| AND WEST SERVICES, INC. | )  **VARIOUS DOCUMENT REQUESTS** |
|                 Defendants. | ) |

Plaintiff TimeBase Pty Ltd. respectfully moves this Court for an order compelling discovery from Defendants The Thomson Corporation, West Publishing Corporation and West Services, Inc.

Plaintiff's Memorandum in Support and the Exhibits to the Declaration of Joseph N. Hosteny are being filed under seal because they contain information the Defendants have designated Confidential – Attorneys' Eyes Only pursuant to the to Stipulated Protective Order.

Dated: March 16, 2010

                                              **NIRO, SCAVONE, HALLER & NIRO**

                                              By /s/ Joseph N. Hosteny
                                              Joseph N. Hosteny
                                              Arthur A. Gasey
                                              181 West Madison Street, Suite 4600
                                              Chicago, IL  60602
                                              Telephone:  312-236-0733
                                              Fax:  312-236-3137
                                              Email:  hosteny@nshn.com
                                              Email:  gasey@nshn.com

                                              **Attorneys for Plaintiff TimeBase Pty Ltd.**