# EXHIBIT 6

Dockets.Justia.com

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

JENNIFER M. ROBBINS
612-349-8711

July 8, 2009

*VIA E-MAIL AND U.S. MAIL*

Kristal S. Stippich, Esq.
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202

     Re:    *LeMond Cycling, Inc. v. Trek Bicycle Corporation*
              Case No. 08-CV-01010 (RHK/JSM)
              Our File No.: 123595.0000

Dear Ms. Stippich:

I write to clarify a couple of points in your July 6 letter regarding the July 2, 2009 meet and confer.

First, regarding Requests for Admission Nos. 1-9 and the related Interrogatory and Document Request, we are not asking that Trek delineate all documents it intends to use at trial. Our position is simply that Plaintiff is unable to authenticate thousands of pages of documents, produced by third parties to this litigation, without knowledge of what Trek believes the documents purport to be.

Second, we indicated that Interrogatory No. 11 is overbroad and unduly burdensome on its face because it seeks all facts in support of Plaintiff's case, which would require a detailed narrative of Plaintiff's case in response. We further indicated that Trek cannot legitimately assert that it is unaware of the support for Plaintiff's claims and defenses with all of the depositions, expert reports, and other discovery available to Trek in this matter.

We will provide a revised response to Interrogatory No. 14 by July 9. We will also provide confirmation to you as soon as possible regarding: (1) the estimated date of the recording of Greg LeMond, Betsy Andreu, and Sidney Bluming; and (2) the production, or identification on a privilege log, of all recordings relevant to this lawsuit.

              Sincerely,

              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

              Jennifer M. Robbins

JMR/bsb
cc:    Ralph A. Weber, Esq.