# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | Case No. 0:08-CV-1010 (RHK/JSM) |
| Plaintiff, | |
| v. | |
| Trek Bicycle Corporation, | |
| Defendant | |
| v. | |
| Greg LeMond | |
| Third-Party Defendant | |

## DECLARATION OF GREG LEMOND

I, Greg LeMond, hereby declare as follows:

1.      I have had a sublicense agreement with Trek since 1995. Trek approached me for the reasons stated in the contract that they signed with my company, LeMond Cycling, because my brand had a reputation for a high standard for quality. Trek also had an interest in me because I was the first American to win the Tour de France in a sport dominated by Europeans and was popular in and out of the cycling community. For example, I had appeared on the cover of *Sports Illustrated* and other magazines. I have always been passionate about bicycle design and I wanted to build a brand and a high quality bike company. The bike company struggled because it was small, at times undercapitalized, and we had trouble keeping up with demand. But we had many successes. My company was the first American bike company to win the world championship (1989) and the Tour de France individual and team (1990). The team was "Z Clothing." It was when Trek approached me that I began considering expanding the commercial potential for the brand. Trek made a great pitch to persuade me, promising that we could do great things together.

2.      Before entering into the contract with me, Trek assessed the value of my brand. I had developed a sound bike company and the bikes had a great reputation. I chose to sublicense my name because it made more business sense due to the size of my

credibility, and I am extremely frustrated by this.

13. Because I was scared and because I felt that my reputation and integrity were being threatened, I taped phone calls around the time period that Mr. Walsh attributed the statement to me that upset Lance Armstrong. My wife and I contacted the Medina police before doing so and explained what was going on. They told me that taping would be a good way to protect myself. An example of the recorded phone conversations are recordings of phone calls with John Burke from Trek related to the statement and what Trek and Lance Armstrong demanded I do about it. This was a humiliating and emotionally exhausting time for me because Trek was making me choose between my conscience and my bike business, which I had grown to depend on financially. After extensive discussions about what Trek wanted me to say and what I was comfortable saying, a statement appeared in newspapers. I read versions of the statement in the press that were presented as if done in an interview format, although I never gave an interview to anyone. It was an extremely difficult time, and it has haunted me ever since. Since then, I have struggled to make my peace with what Trek continued to demand of me in terms of silence and my own conscience and principles.

14. The statement attributed to me by Mr. Walsh in 2001 was revived in the press in 2004 when Mr. Walsh published a book that reused that statement. I believed it was old news, but I received numerous requests for interviews. Aware but frustrated by Trek's wanting me to be silent about the topic, I only gave two interviews, one to ESPN and one to the French newspaper *Le Monde*, which I agreed to do only because the integrity of the author was in question. There are long periods of time in the last seven years when I did not speak due to Trek's pressure on me not to do so. This is true even during numerous difficult times when Trek had knowledge of and condoned disparaging remarks made about me by Lance Armstrong and others associated with him.

15. Trek has never supported me in having a meaningful role in the anti-doping movement. I understand as a business person that there will always be people who do not like that I am outspoken on controversial and emotional topics such as this one. I have always believed and continue to believe that it is better to be true to who you are and build on that rather then pretend to be something else. I have also always believed, and continue to believe, that not only is there a consumer market for products associated with my name and willingness to seek the truth, but that avoiding the problem would prove bad for business because doping is bad for business. Contrary to my wishes, Trek has done nothing to build a brand identity for LeMond bikes based on such a belief system. They've done the opposite when faced with statements that they've known to be inaccurate or derogatory about me and instead of defending the LeMond brand have either sat silent or participated in the negative and inaccurate commentary.

16. In 2004, after publication of an interview I did, Trek claimed that it received a large volume of emails expressing a negative reaction to the article. I have

seen these and the anonymous emails Trek publicly displayed during its April 8, 2008 press conference on several occasions. Trek has brought them out each time they have tried to persuade me not to speak on doping-related issues using the argument that I was damaging my brand. I have offered to provide responses to the individuals so that they know I am speaking from my heart and conscience and so that they have additional information about who I am, but Trek has not allowed me to. I receive supportive mail and believe that Trek does too, but that is not what they share when they make the repeated claim that my brand is being damaged by my stance on doping in cycling. I feel that Trek has always manipulated the facts to put me in the worst light, rather than find positive ways to promote me and my stances against doping and for ethics in sports. There have been times when I have asked Trek to issue statements supporting my anti-doping stance and my courage to speak out on a controversial topic, but they have never done so.

17. I am a popular figure in Europe and frequently receive requests for interviews from reporters and media sources all over Europe, most frequently in France, Spain, England, Holland, Belgium, and Germany. I felt that there was at least the same, if not more potential, for my brand in the international market. I have frequently been approached, particularly by French bike distributors, with requests to distribute my bikes. I have always told them, because I have to since Trek controls all of the distribution, that they would have to work through Trek. But instead, I have seen that Trek has not done enough to promote my brand in Europe. For example, in 2007 I did the "L'Etape de Tour" in France and there was a small bike show at the start with all of the main bicycle manufacturers. I saw that Trek had a booth there but that there were no LeMond bikes on display. It was during this event that the head of Trek France told me that he wished he could have my brand because he believed it would be more popular than the Trek brand and that I have one of the best images in France. He also specifically mentioned the difficulty in working with the Trek brand because of Lance Armstrong's image. I told John Burke of the French distributor's interest and have repeatedly requested that Trek establish more distributors in France.

18. I have also seen Trek's failure to market and promote my bikes in the United States. For example, as early as 2004 and 2005, I began to receive contacts from dealers who told me that they wanted to continue selling LeMond-branded bikes, but could not obtain them from Trek. These dealers told me that they had been informed by Trek that the LeMond brand was being discontinued. In 2006, after Trek reprimanded me for saying that I was disappointed about Floyd Landis's doping test results, Trek told me that it did not want me to attend the 2006 annual Trek dealer show in Madison, Wisconsin. This is one of Trek's largest marketing events, and I told Trek I thought I should go to promote my brand. Trek said no.

19. Trek never invited me and didn't provide me with any official notification of the August 2007 annual Trek dealer show. I learned the date and location of the 2007