# EXHIBIT 10

Dockets.Justia.com

**Wagner, Cindy**

| | |
|---|---|
| **From:** | Burke, John |
| **Sent:** | Thursday, July 15, 2004 4:25 PM |
| **To:** | 'sbluming@bff-law.com' |
| **Subject:** | FW: Ditch Lemond |

More feedback....

-----Original Message-----
**From:** Bob Dignan [mailto:bob@cardinalinvestmentservices.com]
**Sent:** Thursday, July 15, 2004 12:49 PM
**To:** Burke, John
**Subject:** Ditch Lemond

Hey JB,

Allow me to slip on my "Trek Consumer Pants" for a moment if you will and indulge a bit of lingering rage. I know Lemond is a huge success for you and that you have spent a large amount of time and resources building the brand from a loser into an incredibly successful enterprise. I have a great deal of respect for what you've accomplished.

That said, it's about time that Greg stopped being bitter about being the second greatest American cyclist of all time and shut his mouth (see article below). I thought he had finally given up his whining when the French government quietly admitted that they had no evidence against Armstrong, but clearly he is feeling out of the spotlight again and needs some affirmation that he was once a celebrity. I'm not so naive as to say that Lance absolutely, positively could not have done something as stupid as using performance enhancers, but given the motivations and apparent character of each individual my money is on Lance. The sad thing is that instead of becoming a revered historical character, a la Eddie Mercyx, he's become a bitter aging former great. That didn't have to happen, because clearly American cycling would have never achieved its current success without him and his contributions.

I realize that you can't put him on a leash or muzzle him, but he's bad for your business. I know several people right now who stand ready to meet him at the Trek 100 next year just to take a poke at him. Obviously cooler heads will prevail, but that is the reaction that his name is bringing. I'm not telling you anything new, and I'm sorry to pile on this topic, but the guy is coming off as a grade A jackass and he is hurting your investment.

On a more positive note, thanks for the huge Wear Yellow committment that Trek made. It torpedoed an effort that I had going with Wheel & Sprocket, but there can be little question that the LAF came out way ahead in the process. True to form for TREK, but still appreciated.

Thanks also for the support of the Tour on OLN. Obviously everbody knows the TREK name by now, but I'm hearing very positive reactions to it from people that were not always on the bandwagon. I'm not sure how it will relate to unit sales, but people sure appreciate the fact that your helping to make the Tour so accessible.

Have a great day!

Bob Dignan

The article:

## Lemond accuses Armstrong

July 15, 2004
7/16/2004

TREK000931

PARIS (AFP) - Triple winner Greg LeMond has queried whether five-time Tour de France winner Lance Armstrong is as clean as he claims.

LeMond, the first American to win the Tour, says just because Armstrong has never tested positive for banned substances does not necessarily prove he is not using drugs.

"Everybody says that. But neither had David Millar tested positive and he now admits he took EPO," LeMond told Le Monde daily.

World time-trial champion Millar admitted to a French judge two weeks ago he had used the banned blood-booster erythropoietin (EPO).

ADVERTISEMENT



Y MAIL

Learn how to get Mail on your mobile phone.

As world time-trial champion and a three-time stage winner in the Tour de France, Millar is cycling's most high-profile casualty of a police drugs investigation since the Festina scandal of 1998.

The 27-year-old was the ninth Cofidis team member to be placed under investigation in a police inquiry, which began in January after the arrest of a young Polish professional, Marek Rutkiewicz, at Charles de Gaulle airport.

"The problem with Lance is that you're either a liar or you're out to destroy cycling," said LeMond who won in 1986, 1989 and 1990.

"Lance is ready to do anything to keep his secret but I don't know how long he can convince everybody of his innocence."

Last week Armstrong lost an appeal against a ruling denying him the right to insert a denial against accusations of doping published in a book released last month.

The book "L.A. Confidential: The Secrets of Lance Armstrong" by award-winning Sunday Times journalist David Walsh and Pierre Ballester, a cycling specialist formerly with French sports daily L'Equipe, alleges he used banned drugs.

The book focuses on statements attributed to Emma O'Reilly, a physiotherapist who worked with Armstrong from 1998-2000. O'Reilly claims Armstrong used the banned blood booster erythropoietin (EPO).

Armstrong has never tested positive for banned substances and has always strenuously denied taking any such products.

*Updated on Thursday, Jul 15, 2004 9:17 am EDT*

Email to a Friend | View Popular

7/16/2004

TREK000932

Robert T. Dignan,
President/Registered Principal

Cardinal Investment Services Inc.
2600 N. Mayfair Road
Suite #930
Wauwatosa, WI 53226

Phone: (414) 778-1490
Fax: (414) 778-1507
Web: www.CardinalInvestmentServices.com

**Securities & Investment Advice offered through
Capital Financial Services, Inc.
Broker Dealer * Investment Advisor
Member NASD * SIPC**

7/16/2004

TREK000933

129 S. Carrillo St.
Santa Barbara, CA 93101
(805) 966-1400
dougcasler@ffpir.org

-----Original Message-----
From: Consumer, Lemond [mailto:consumer@lemondbike.com]
Sent: Thursday, July 15, 2004 11:06 AM
To: Doug Casler
Subject: RE: Lemond 2004 Web site Feedback

Thanks for the feedback, where did these comments appear?

Thanks,-----------------------------------
Steve Swenson
Manager, Tech Support and Consumer Services
Trek, Lemon, Klein & Gary Fisher
steve_swenson@trekbike.com

-----Original Message-----
From: Doug Casler [mailto:dougcasler@earthlink.net]
Sent: Thursday, July 15, 2004 1:00 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Doug Casler
(dougcasler@earthlink.net) on Thursday, July 15, 2004 at 13:59:40
-----------------------------------------------------------------------
---

comments: You know, i just read comments from your namesake about Lance Armstorng, and
frankly I'm about to get rid of my LeMond and buy a different bike.  Greg LeMond is
irresponsible for alleging that Lance is doping. If he has proof he should come forward
and if he doesn't then he should shut up.  It just makes him look like a spoil sport b/c
Lance has crushed the American record.

-----------------------------------------------------------------------
---

2

TREK000054

**From:** Doug Casler [dougcasler@earthlink.net]
**Sent:** Monday, July 19, 2004 4:49 PM
**To:** Consumer, Lemond
**Subject:** RE: Lemond 2004 Web site Feedback

OK, are you sure that these are old comments? I get the feeling these are new comments not old ones. As far as I can tell he's all over the news being a complete idiot. I'm about to launch a "Get rid of your LeMond" campaign. I was talking to another guy here in town who also rides a LeMond and we were booth thinking the same thing. Both of us love our bikes but it's embarrassing to ride the bike. Maybe I'll just start a campaign to scratch off "LeMond" and paint in "Armstrong".

Of course, this is really Trek and I'm conflicted. So, I come back to - can't you get Greg LeMond to keep his mouth shut? This is all so bad for cycling.

Anyway - thanks for being so responsive.

Doug

-----Original Message-----
From: Consumer, Lemond [mailto:consumer@lemondbike.com]
Sent: Thursday, July 15, 2004 11:53 AM
To: dougcasler@ffpir.org
Subject: RE: Lemond 2004 Web site Feedback

"We too are disappointed with the recent sensational journalism that intends to disparage the reputation of Lance Armstrong. A number of the comments from Greg LeMond that have recently surfaced in the press were taken out of context from interviews that were over 3 years ago. The re-release of these comments with the intent of disrupting the Tour is in exceptionally poor taste.

As a company, we have the utmost confidence in Lance's innocence and are great fans in support of his quest for six.
We also understand Greg LeMond's passion for keeping the sport he loves, healthy and clean. We feel that Greg's passion is well intended, but was poorly directed at the time of the interview."

Thanks,------------------------------------
Steve Swenson
Manager, Tech Support and Consumer Services
Trek, Lemond, Klein & Gary Fisher
steve_swenson@trekbike.com

-----Original Message-----
From: Doug Casler [mailto:dougcasler@earthlink.net]
Sent: Thursday, July 15, 2004 1:40 PM
To: Consumer, Lemond
Subject: RE: Lemond 2004 Web site Feedback

Thanks for the quick response. I read them on the ESPN web page but they were quoting LeMonde. For all I know the quote was taken out of context or Greg was misquoted but if that is the case he should say something. Either way, I don't think quotes like that reflect very well on Mr. LeMond.

Doug Casler
Director, FFPIR Membership Services and Lists, Etc.

1

TREK000055



From: Burke, John
Sent: Thursday, July 15, 2004 4:23 PM
To: 'sbluming@bff-law.com'
Subject: FW: Lemond 2004 Web site Feedback

Sid,
This is just some feedback on what I am dealing with right now. Thanks, jb

-----Original Message-----
From: Consumer, Lemond
Sent: Thursday, July 15, 2004 3:17 PM
To: Moran, Dick; Burke, John
Subject: FW: Lemond 2004 Web site Feedback

FYI,

A representative sample of the type of email we're receiving... I've received 20 such
emails in the past 2 hours.

Thanks,-------------------------------------
Steve Swenson
Manager, Tech Support and Consumer Services
Trek, Lemond, Klein & Gary Fisher
steve_swenson@trekbike.com

-----Original Message-----
From: Steve Del Sole [mailto:stephen_del_sole@sbcglobal.net]
Sent: Thursday, July 15, 2004 3:13 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Steve Del
Sole (stephen_del_sole@sbcglobal.net) on Thursday, July 15, 2004 at 16:13:00
--------------------------------------------------------------------------

comments: Although I haven't read the comments myself, it's been widely reported that Greg
Lemond is, once again, making disparaging remarks about Lance Armstrong.  What's his
problem ?  Is he so envious of what Armstrong has accomplished that he has to smear his
name with false accusations ?  He can't really think that this will help him sell more
bikes ?  There was a time when I greatly admired Lemond and what he's accomplished.  Now,
he comes off as someone who, for whatever reason, is bitter about Armstrong's success.
Please tell him that his vitriolic comments do nothing to promote the sport that he claims
to love nor will they enhance sales at his company.  Although I had not previously
considered purchasing a Lemond bike, I was seriously considering a Trek Madone.  Those
plans are now on hold because of Lemond's association with Trek.

--------------------------------------------------------------------------

1

TREK000244

## Smith, Lisa

**From:** Greg [gregp@jbarrow.com]
**Sent:** Thursday, July 15, 2004 3:52 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Below is the result of your feedback form. It was submitted by Greg (gregp@jbarrow.com)
on Thursday, July 15, 2004 at 16:52:07
--------------------------------------------------------------------------

comments: How stupid is the owner of your company??? How can condeming Lance Armstrong be
good for your business? Nobody has any proof of Armstrong taking drugs and he's the most
tested athlete ever. How can your owner make such statements unless Lance is using the
same dope supplier that LeMond did when he raced (and wasn't tested nearly as often).

--------------------------------------------------------------------------

1

TREK000057

**Smith, Lisa**

From:        Gigi Scala [scala@operamail.com]
Sent:        Thursday, July 15, 2004 4:00 PM
To:           Consumer, Lemond
Subject:    Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Gigi Scala
(scala@operamail.com) on Thursday, July 15, 2004 at 17:00:23
-----------------------------------------------------------------------

comments: Mr. LeMond:
What in the world are you trying to do suggesting that Armstrong is using illegal drugs?
In the event that you have proof put it forward, otherwise be silent. Gigi Scala
-----------------------------------------------------------------------

1

TREK000058

**Smith, Lisa**

From:       rick shelton [rshelton.uhp@aol/com]
Sent:       Thursday, July 15, 2004 4:01 PM
To:         Consumer, Lemond
Subject:    Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by rick shelton (rshelton uhp@aol/com) on Thursday, July 15, 2004 at 17:00:53
------------------------------------------------------------------------

comments: Couldn't find another way to contact Greg.  I did call and complain to TREK.  I really don't see how TREK would allow Lemond, who is connected to TREK, say such bizarre, off the wall things about Armstrong and tolerate it. Armstrong is their pin-up boy and Lemond is, after, old news. While on the phone to TREK I steered them to Lemond's latest garbage on the net and I did not think they were pleased.  No one has any evidence that can prove Armstrong has used doping.  Quite the contrary.  For Lemond to make such comments simply because he is jealous, bitter and alas, porcine is ridiculous, especially during the Tour.  Next time you see Greg please tell him we in the cycling community in San Antonio think he is an ass and offer him another half dozen chesseburgers.  RAS

------------------------------------------------------------------------

1

TREK000059

**Smith, Lisa**

Below is the result of your feedback form.  It was submitted by C. Dern
(dernc@spindustries.com) on Thursday, July 15, 2004 at 17:07:08
--------------------------------------------------------------------------

comments: I am very upset with Mr. Lemond's unsubstantiated remarks regarding Lance
Armstrong. In America one is innocent until proven guilty.  I very much regret at this
time have bought a Lemond product.

--------------------------------------------------------------------------

1

TREK000060

**Smith, Lisa**

| | |
|---|---|
| **From:** | Mike Vitacco [mikevitacco@hotmail.com] |
| **Sent:** | Thursday, July 15, 2004 4:11 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Mike Vitacco
(mikevitacco@hotmail.com) on Thursday, July 15, 2004 at 17:10:57
------------------------------------------------------------------------

comments: Please tell Mr. LeMond that I would never buy a bike from him or his company. I
cheered my ass off for him during his victories in the Tour de France, but his jealousy
now over Lance's success sickens me to the core. He will never be considered the greatest
American rider of all time, and instead will be known as a sore loser.

------------------------------------------------------------------------

1

TREK000061

**Smith, Lisa**

| | |
|---|---|
| From: | Bruce Brown [brownb@simpson.edu] |
| Sent: | Thursday, July 15, 2004 4:25 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Bruce Brown
(brownb@simpson.edu) on Thursday, July 15, 2004 at 17:24:41
----------------------------------------------------------------------------

comments: That's it. I am just dropping a note to inform you that you have lost a
potential customer who was about to purchase a LeMond bike for the 2004 RAGBRAI in Iowa.
I met Greg LeMond last year the day before the race at the expo and tried out some of the
bikes, got an autograph and had a picture taken by my wife. I had made the decision
recently to go through with a purchase.

Today's petty accusations by Mr. LeMond towards Lance Armstrong was the last straw. I
cannot support - as a customer - a company founded by such a bitter person who is showing
his true colors. Greg was a tremendous cyclist, but he just lost his business sense with
his accusations.

Best of luck.

Bruce Brown
Professor at Simpson College

----------------------------------------------------------------------------

1

TREK000062

**Smith, Lisa**

| | |
|---|---|
| From: | Dave Brown [dbrown@americanairlinescenter.com] |
| Sent: | Thursday, July 15, 2004 4:30 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Dave Brown
(dbrown@americanairlinescenter.com) on Thursday, July 15, 2004 at 17:29:46
-----------------------------------------------------------------------------

comments: Who the hell does Greg Lemond think he is?  His comments to the french press are
unconscionable. I own a Lemond bike, but will get rid of it as soon as possible.  I will
also lobby my LBS to discontinue the line.
What goes around comes around.
Dave Brown

-----------------------------------------------------------------------------

1

TREK000070

**Smith, Lisa**

| | |
|---|---|
| From: | Vnkrishnan [vnkrishnan@aol.com] |
| Sent: | Thursday, July 15, 2004 4:32 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Vnkrishnan
(vnkrishnan@aol.com) on Thursday, July 15, 2004 at 17:32:06
-------------------------------------------------------------------------

comments: I am extremely disappointed and disturbed by Greg Lemonds untimely comments on
Lance Armstrong

-------------------------------------------------------------------------

1

TREK000063

**Smith, Lisa**

From:         stutterback [matthewutterback@yahoo.com]
Sent:         Thursday, July 15, 2004 4:35 PM
To:           Consumer, Lemond
Subject:      Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by stutterback
(matthewutterback@yahoo.com) on Thursday, July 15, 2004 at 17:34:53
------------------------------------------------------------------------

comments: Please foward this to Greg LeMond. Thanks
Greg LeMond keep your big mouth shut!
I will not buy/ support your products.
Nor will my cyling friends. You are hurting your sales. Sounds like you are feeling shown
up. Sore looser.

------------------------------------------------------------------------

1

TREK000065

| | |
|---|---|
| **From:** | M. Mazzi [mazzim@yahoo.com] |
| **Sent:** | Thursday, July 15, 2004 4:47 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by M. Mazzi
(mazzim@yahoo.com) on Thursday, July 15, 2004 at 17:46:31
---------------------------------------------------------------------------

comments: Every year, for that last 4 years, I have purchased a LeMond bike for its
quality and robustness. And of course, because it bears the name of an athlete who once
had class and panache. Perhaps, in the big picture, I am insignificant, but please inform
the CEO that he has just lost a once faithful customer. I can understand the relentless
attacks on Armstrong from European sources. But make me understand what Mr. LeMond has to
gain by joining the cacophony??? To further glorify his past wins??? It's malicious to
accuse with no concrete evidence. And that's the only real fact on the subject. There is
no evidence. LeMond was slanderous, malicious in his jealous banter. He must realize that
no matter how unfounded these accusations are, they still peck away at a man's patience
and concentration. I will patiently wait for the name "Armstrong" to appear on my next
performance bike. For now, I will give away my Tourmalet and opt for a used Trek.

---------------------------------------------------------------------------

1

TREK000066

## Smith, Lisa

**From:**
**Sent:**           Alberto Isidro [arke@sympatico.ca]
**To:**             Thursday, July 15, 2004 4:59 PM
**Subject:**        Consumer, Lemond
                    Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Alberto Isidro
(arke@sympatico.ca) on Thursday, July 15, 2004 at 17:59:09
---------------------------------------------------------------------------------

comments: Hi, this isn't a tech question.

I just want to congratulate Greg for having the courage to speak his mind re: Lance
Armstrong.

Alberto
Toronto, Ontario, Canada
---------------------------------------------------------------------------------

1

TREK000067

**Smith, Lisa**

From:           a concerned bike enthusiast [richfax@yahoo.com]
Sent:           Thursday, July 15, 2004 6:31 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by a concerned bike
enthusiast (richfax@yahoo.com) on Thursday, July 15, 2004 at 19:30:30
--------------------------------------------------------------------------

comments: Hello,  I'm sure you folks have heard the recent accusations that Greg Lemond
has made about Lance Armstrong.  Let your upper management know that I and others bike
riders understand that Greg has the right to his opinion, but that opinion is not making
me want to buy a Lemond bike.  This is definitely something that I and the rest of the
biking community will remember as we go to shop for a new bike.  I know you good folks at
Lemond have nothing to do with his comments but since your bikes have his name on it and
therefore he gets some type of royalty, I won't support this company in the future.

--------------------------------------------------------------------------

1

TREK000074

## Smith, Lisa

**From:** dcavil@wi.rr.com
**Sent:** Thursday, July 15, 2004 6:32 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-15 19:31:40

Name: Dave Cavil

E-Mail: dcavil@wi.rr.com

Comments: Since there are limited avenues to voice concerns over Greg LeMond's recent statements regarding Lance Armstrong and doping allegations I thought I'd start here.

Please tell Greg:
- yes you had a storied and great career complete with drama and victories
- yes your dedication and success has paved the way for American cyclists on a global level
- yes you are still respected and admired by throngs of cycling fans worldwide

Please discontinue your embarrassing and child like accusations of a fellow American rider who has become more successful than you on mulitple levels during a very different era of professional cycling and sports in general. I would think a self professed high minded individual would take the higher road and abstain from commenting or making accusatory statements without evidence to substantiate a doping allegation claim. If Lance is guilty of anything disingenious in terms of personal performance than allow the current officals monitoring professional cycling deal with the situation. All I have to do is point to the neutral comments made by Eddy Merckx and Bernard Hinault regarding this topic as the *correct* stance that should have been communicated by either you or a representative.

As a former USCF racer and life time Greg LeMond fan I have taken what I believe are 2 significant actions in which I thought I would never have to engage: (1) I just put my prized cromor GL Team Z set up out on ebay for auction and (2) cancelled my recent order of a Maillot Jaune from my local dealer. When asked by my long time bike dealer what prompted my cancellation, I simply said "I am embarrassed to ride or own a bike with the name of someone engaged in such adolescent and self serving behavior". I have a distinct feeling I'm not the only *former* Greg LeMond fan that feels this way. In fact I know I'm not. I have also sent similar correspondence to the CEO of Trek and the VP of Marketing. This is really disappointing to say the very least.

Sincerely,
Dave Cavil

i

TREK000075

## Smith, Lisa

**From:** Adam Welsh [deadlockssoccer@hotmail.com]
**Sent:** Thursday, July 15, 2004 6:35 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Adam Welsh
(deadlockssoccer@hotmail.com) on Thursday, July 15, 2004 at 19:35:21
---------------------------------------------------------------------------

comments: Why is your boss (Greg Lemond) such an asshole? Why does he keep accusing Lance
Armstrong of doping... without any proof?

Your boss is a pathetic tool that isn't happy he's not the best American cyclist ever. If
you see him, tell him nobody misses him.

Adam Welsh

---------------------------------------------------------------------------

1

TREK000076

## Smith, Lisa

**From:** richfax@yahoo.com
**Sent:** Thursday, July 15, 2004 6:39 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-15 19:38:52

Name: a concerned bike enthusiast

E-Mail: richfax@yahoo.com

Comments: Hello,  I'm sure you folks have heard the recent accusations that Greg Lemond has made about Lance Armstrong. Since Trek owns Lemond Bikes you guys really need to let your upper management know that I and others bike riders understand that Greg has the right to his opinion, but that opinion is not making me want to buy a Lemond bike.  This is definitely something that I and the rest of the biking community will remember in the future when go to the bike store with money in hand to buy a new bike.  There's no way I'd ever by a Lemond Bike after he made these comments.  I know the workers at Lemond Bikes didn't say these things but I wouldn't ride anything with Lemond's name on it and you must be paying him royalties for using his name.   It probably won't hurt Trek bike sales but you have to bet that Lemond bike sales will suffer.

TREK000077

**Smith, Lisa**

| | |
|---|---|
| **From:** | John Rhoades [jsrhoades@hotmail.com] |
| **Sent:** | Thursday, July 15, 2004 6:54 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by John Rhoades
(jsrhoades@hotmail.com) on Thursday, July 15, 2004 at 19:53:53
--------------------------------------------------------------------------------

comments: Please tell Greg Lemond to shut his big mouth!!  I own a Alpe d'Huez frame and
I'm going back to my Softride.  Why in the middle of this race Greg has stir the pot is
beyond me.  I'll never buy a Lemond product again.

--------------------------------------------------------------------------------

1

TREK000078

## Smith, Lisa

| | |
|---|---|
| **From:** | Lemond Isa Jerk [JErk@lemond.com] |
| **Sent:** | Thursday, July 15, 2004 6:54 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Lemond Isa Jerk
(JErk@lemond.com) on Thursday, July 15, 2004 at 19:54:22
-----------------------------------------------------------------------------

comments: TEll Greg Lemond to shut his big fat yapper, if he has no proof zip it!!  He
comes off sounding like a dick head, maybe he is!
-----------------------------------------------------------------------------

1

TREK000079

**Smith, Lisa**

From: david [david@dmiklasevich.com]
Sent: Thursday, July 15, 2004 7:11 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by david
(david@dmiklasevich.com) on Thursday, July 15, 2004 at 20:10:53
----------------------------------------------------------------------------

comments: Hello,

Please tell Lemond that in the past I have respected his courage and comeback in cycling
but these latest statements go beyond civility and sportmanship.  I for one will never
ride a Lemond bike again.

Regards,

Dave Miklasevich

----------------------------------------------------------------------------

1

TREK000080

## Smith, Lisa

**From:** tokyo joe [joe@tokyo.com]
**Sent:** Thursday, July 15, 2004 7:17 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by tokyo joe (joe@tokyo.com)
on Thursday, July 15, 2004 at 20:17:13
---------------------------------------------------------------------------

comments: Greg Lemond is a fat prick, he should shut up and keep his mouth shut about
Lance. I will definitely dissuade anyone I know from buying any LeMond products from now
on!

---------------------------------------------------------------------------

1

TREK000081

**Smith, Lisa**

**From:** big jay [shutup@jealousbltch.com]
**Sent:** Thursday, July 15, 2004 7:52 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by big jay
(shutup@jealousbitch.com) on Thursday, July 15, 2004 at 20:52:09
--------------------------------------------------------------------------------

comments: tell greg to keep his jealous comments about Lance to himself. Just because he
can't carry the mans jock, doesn't mean he should take cheap shots.

Too bad, I was a fan.  Now I'm even happier I bought a Cannondale.

--------------------------------------------------------------------------------

1

TREK000085

## Smith, Lisa

**From:** Michael Penn [mpenn@law.gwu.edu]
**Sent:** Thursday, July 15, 2004 8:31 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Michael Penn
(mpenn@law.gwu.edu) on Thursday, July 15, 2004 at 21:30:52
-------------------------------------------------------------------------

comments: You just lost a customer. I'm so saddened by Greg's recent comments about Lance
Armstrong. In the late '80's , Greg inspired me (and most others) to start racing. He
was legendary, but over the past few years has really begun to come across as being
somewhat bitter towards Lance Armstrong. The sad thing is that I don't really like or
look up to Lance Armstrong the way I did with Greg. Now, however, I can truly say that
I've lost all respect for him. Regards, Mike Penn

-------------------------------------------------------------------------

1

TREK00008

**Smith, Lisa**

From:          reblac@bellsouth.net
Sent:          Thursday, July 15, 2004 8:35 PM
To:            Consumer, Trek
Subject:        Trek Bikes Contact Us

Follow Up Flag:     Follow up
Flag Status:        Flagged

Contact Us Form

Date: 2004-07-15 21:35:10

Name: richard

E-Mail: reblac@bellsouth.net

Comments: if lemonde made the statements I just read about armstrong, disassociate
yourselves from that pos.

1

TREK000089

**Smith, Lisa**

From:        Neil Kopitsky [nkopitsky@mindspring.com]
Sent:       Thursday, July 15, 2004 8:37 PM
To:          Consumer, Lemond
Subject:   Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Neil Kopitsky
(nkopitsky@mindspring.com) on Thursday, July 15, 2004 at 21:37:17
------------------------------------------------------------------------

comments: I have a question: What the hell is up LeMond's Ass?

I hate to be crude. And I understand it has nothing to do with whoever reads this in tech
support. But his comments about Lance are irresponsible and likely to detrimentally
effect sales of "Lemmond" bikes. Do what you can to put a clamp on that guy's mouth.

I loved that guy as a racer. I've heard stories about him being a great guy on a personal
level. But these outbursts need to stop.

Neil Kopitsky

------------------------------------------------------------------------

1

TREK000090

| | |
|---|---|
| From: | John Morgan [johnm@asialnk.com] |
| Sent: | Thursday, July 15, 2004 8:41 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by John Morgan (johnm@asialnk.com) on Thursday, July 15, 2004 at 21:41:28

---------------------------------------------------------------------------

comments: Hello,

I recently purchased a Lemond Zurich, and I love the bike, it's awesome. However Trek may want to advise my bike's namesake to put up or shut up when it comes to accusing Armstrong of doping. It's a free country and Lemond can feel and say what he wants, but a little proof may be helpful when running a great champions name through the mud. Can you guys send me a few "Armstong" decals to cover the "Lemond" on my beautiful Zurich?

---------------------------------------------------------------------------

1

## Smith, Lisa

**From:** Brad [bsdc@aol.com]
**Sent:** Thursday, July 15, 2004 8:45 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Brad (bsdc@aol.com) on Thursday, July 15, 2004 at 21:44:31

------------------------------------------------------------------------

comments: Greg Lemond's recent unsubstantiated comments about Lance Armstrong has led me to scratch Lemond bicycles from my list of future dream bikes. His comments are irresponsible, unfounded, and undermines the sport of cycling in the US.

------------------------------------------------------------------------

1

TREK000092



From: Bob C. [mailto:bob@tamos.net]
Sent: Thursday, July 15, 2004 9:06 PM
To: Network Administrator
Cc: webmaster@lemondbikes.com; postmaster@greglemond.com; webmaster@greglemond.com
Subject: message for Greg Lemond

Postmaster or WEbmaster.. please forward this message to Mr. Lemond.  Or, please provide
me and address where I may contact him.

--------------

Mr. Lemond,

You have zero class in your criticisms of Lance Armstrong.

As I can recall, you hold (or held) the record for fastest TDF TT average speed.  Tell me,
were you doping sir?  After all, the scrutiny of the peloton at that time was not what it
was today.

I have zero respect for you now, and used to hold you in high regard.  I have a Lemond
bike .. which is now going to be sold.  I will never buy another Lemond product in my
life, as it reminds me of the name of the person behind the bike, tainted, sour and of
little consequence.  That a man of your name and stature (among cyclists like myself)
would throw mud on a man that has done so much for american cycling, american cycling fans
and much more is perplexing to me.  You held the torch in the 80's and early 90s for
american cycling and racing .. and now that someone else holds it, you trash him and
question his integrity?  What is wrong with you, sir?

Regards,
Bob C.

1

TREK000393

**Smith, Lisa**

Sent:           Thursday, July 15, 2004 9:08 PM
To:             Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Grow Up () on Thursday,
July 15, 2004 at 22:07:47
----------------------------------------------------------------------------

comments: What exactly is your problem???????
I ride a Lemond (Alpe d'Huez) for two reasons:
1) It's a good ride
2) It has your name on it.

It's getting to be really embarrassing. What are you going say now, that the press
misquoted you and took everything out of context!!! That worked last time but it's not
going work again. I'm selling (or melting down) my bike and would rather ride around in a
Cannondale.

----------------------------------------------------------------------------

1

TREK000093

## Smith, Lisa

**From:** wehardly1@home.com
**Sent:** Thursday, July 15, 2004 9:22 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-15 22:22:20

Name: Jeff

E-Mail: wehardly1@home.com

Comments: Trek ownes Lemond Cycles right? And both Lemond & Lance are both names associated with Trek, yes? I am I going to far to say that Lemond may be treading on a conflict of business interest when he says that Lance is a liar about doping. If he's right, I'll keep my two Lemond bikes. If Lemond is ovestepping his bounds, they're for sale.

This can't be the kind of PR you are looking for.... the US cyclist are looking for!

1

TREK000094

| | |
|---|---|
| **From:** | Greg [grego@netspace.net.au] |
| **Sent:** | Thursday, July 15, 2004 9:45 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Greg
(grego@netspace.net.au) on Thursday, July 15, 2004 at 22:45:19
-----------------------------------------------------------------------

comments: After Greg LeMond's comments about Lance Armstrong I have to register my
complaint about this guy. We only ever hear from LeMond around Tour time and it's always
the same innuendo about drugs.

He doesn't have the guts to go further than pointing his finger. He has tainted himself
and his products for good. Guys like him can never win enough and when they are no longer
capable they berate the next guy who comes along. He had his moment but one thing's for
sure, he'll never be remembered as a noble champion.

I hope this message finds it's way to him.

Greg O'Connor

-----------------------------------------------------------------------

1

TREK000097

## Smith, Lisa

From:     Joe [Golfingcrazy33@web02.trekbikes.com]
Sent:     Thursday, July 15, 2004 9:47 PM
To:       Consumer, Lemond
Subject:  Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Joe (Golfingcrazy33) on
Thursday, July 15, 2004 at 22:47:12

--------------------------------------------------------------------------

comments: Sadly today I read a story, in fact more than one story where the head of your
bicycle line, Greg Lemond accuses Lance Armstrong of doping.   I see Mr Lemond is now
holding true to his french ancestory.   I have a question for Greg, did he do drugs, he
must of.  Having won the tour twice, the suffering the injuries that kept him out for 2
years he came back and won again.  Wow, this must be, no, it is a case of doping in the
highest degree.  Thanks for leting more than just me know about his views on incredibly
successful riders.  And these views surface in the middle of the this year's tour, during
Lance's record trying assualt on the worlds most grueling bicycle race just shows the
utter comtempt Lemond has towards the most  successful US rider.  I hope that onece Lance
wins, and is cleared AGAIN !, that your company suffers a huge drop in sales until Lemond
goes on a press offensive apologizing for the stupidity, and jealosy that mask themselves
as part of a Fren!
  ch driven story about Lance Armstrong, the soon to be 6 time winner of the Tour De
France.  Think about it, how embarrassing will it be for the French to see an American as
the only 6 time winner.  A slap in the face of French Politics.   Sadly Lemond has become
part of the story.  One more question, did any other Tour winner ever accuse another Tour
winner of Doping???  Ever??  In the press????    I once really looked up to Greg Lemond,
to his tenacity and abitliy to win. that has now totally changed.  He's bitter, and it
shows..

--------------------------------------------------------------------------

1

**Smith, Lisa**

From:       Mike Dodge [mikewdodge@hotmail.com]
Sent:       Thursday, July 15, 2004 9:50 PM
To:         Consumer, Lemond
Subject:    Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Mike Dodge
(mikewdodge@hotmail.com) on Thursday, July 15, 2004 at 22:49:30
--------------------------------------------------------------------------

comments: I will not be buying a LeMond bike because of the nasty remarks Greg LeMond has
make about LAnce Armstrong.  I Greg can document illegal drug use by Lance, then I would
reconsider.

Mike

--------------------------------------------------------------------------

1

TREK000100

**Smith, Lisa**

From: Russell Dunkin [rdunkin1316@yahoo.com]
Sent: Thursday, July 15, 2004 10:08 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Russell Dunkin
(rdunkin1316@yahoo.com) on Thursday, July 15, 2004 at 23:05:38
------------------------------------------------------------------------------

comments: Dear Mr. LeMond,

    Please keep your comments about cycling and Lance Armstrong to yourself.  I'm sorry he
has made your accomplishments pale in comparison to his, but do us all a favor and SHUT
UP!!!!

Russell Dunkin

------------------------------------------------------------------------------

1

TREK000101

## Smith, Lisa

**From:** Jason Albert [jalbert02@yahoo.com]
**Sent:** Thursday, July 15, 2004 10:28 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Jason Albert (jalbert02 @yahoo.com) on Thursday, July 15, 2004 at 23:27:49
--------------------------------------------------------------------------

comments: Please send this along to Greg,

Greg, since you have had all year to speak out about your suspicions, maybe you should have done so prior to this year's tour. The timing of your latest comments only make you look more bitter than you probably are. I am assuming that since doping controls were seemingly non-existent during your days that you must have been totally disgusted by the drug abuse going on in the peleton. Have you ever spoken out about this?

Lastly, I saw you at the Boulder theater a few years ago along with Bobbke and Andy H. You seemed a tad angry, sad, and bitter. So sad Greg as the rest of the world is moving on.

Your comments have only served to weaken your own reputation. Words are cheap. Get some proof before you weaken your reputation further. Be happier Greg.

For those of you in tech support, I have no other way of sending an e-mail. Sorry for taking your time. It is a sad day when the namesake of your company speaks out of turn (at this point in time) about the single person providing a pulse for road bike sales in the U.S.A. So sad that Greg bites the hand that feeds him in terms of selling bikes with his name pasted on the downtube.

Jason Albert
Boulder, CO.

--------------------------------------------------------------------------

1

TREK000103

## Smith, Lisa

**From:** Matt Hatley [matt@hatleylodge.com]
**Sent:** Thursday, July 15, 2004 10:33 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Matt Hatley
(matt@hatleylodge.com) on Thursday, July 15, 2004 at 23:32:35
--------------------------------------------------------------------------

comments: It seems that Greg Lemond has forgotten people are innocent until proven guilty.
Greg adds to the widespread drug speculation in cycling, rather than celebrate the TdF
(it's already bad enough w/ David Millar). That's the crux of the issue, speculation & no
proof. If he couldn't say anything positive, why didn't he just bite his tongue? Greg
Lemond is an ambassador for the sport of cycling. He needs to act like it.

I own a Serotta & will NEVER buy a Lemond bike.

Matt Hatley
Woodbridge, VA - USA

--------------------------------------------------------------------------

1

TREK000104

## Smith, Lisa

Below is the result of your feedback form.  It was submitted by chuck grzanka (cfgrzanka1 @comcast.net) on Thursday, July 15, 2004 at 23:33:43
--------------------------------------------------------------------------

comments: I am embarassed to say I ride your bike after LeMond's quotes in French press today about Lance and the unsupported doping comments. Has Greh lost his mind? Has he given up his American passport? Is he jealous of Armsrtrong? Until he apologizes my family will never purchase another piece of his equipment again. What an embarrassment to this co8untry and to American cycling. He should keep his mouth shut UNLESS he has real proof of doping. What an ass. Tell him I said so. Unhappy LeMond owner in Michigan. chuck grzanka

--------------------------------------------------------------------------

1

TREK000105

## Smith, Lisa

**From:** Joe [joe@joseph.org]
**Sent:** Thursday, July 15, 2004 10:40 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Joe (joe@joseph.org) on
Thursday, July 15, 2004 at 23:40:28
------------------------------------------------------------------------------

comments: Tell Greg Lemond to shut his stupid yap.

What a freekin idiot.

I have a lemond bike and I'm going to sell it as soon as all this blows over (who the
frekk would want to buy one NOW?).

Go away Lemond.  Go far far away.

------------------------------------------------------------------------------

1

TREK000106

From: andrew moss [apmoss@uiuc.edu]
Sent: Thursday, July 15, 2004 10:50 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by andrew moss
(apmoss@uiuc.edu) on Thursday, July 15, 2004 at 23:49:30
--------------------------------------------------------------------------------

comments: I grew up riding because of LeMond, and now race tris. My next bike purchase
will not be a Lemond, nor will the next, or the next. Lemond's outrageous statements
today about cycling tarnish his image and this company's.

Ugh. Consider me a huge retroactive Hinault fan.

--------------------------------------------------------------------------------

1

## Smith, Lisa

**From:** Xixi [xixi@keinzeit.com]
**Sent:** Thursday, July 15, 2004 10:51 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Xixi (xixi@keinzeit.com)
on Thursday, July 15, 2004 at 23:50:41
--------------------------------------------------------------------------

comments: Greg Lemond hassling Lance Armstrong with dopeing charges during the Tour de
France, should cut back some sales of your bikes. I hope it does.

I hope you get some publicity on Drudge Report and your sales just stop.

--------------------------------------------------------------------------

1

TREK000108

**Smith, Lisa**

| | |
|---|---|
| **From:** | dschulze@gvtc.com |
| **Sent:** | Thursday, July 15, 2004 11:05 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-16 00:04:41

Name: Doug Schulze

E-Mail: dschulze@gvtc.com

Comments: Greg LeMond is a jealous has been. If Armstrong does not insist that Trek discontinue business relationships with LeMond, your customers do. I have bought 3 Trek bikes within the past 2 years and many accessories. Ditch LeMond this week!

1

TREK000109

## Smith, Lisa

**From:** sheilamurphy@comcast.net
**Sent:** Thursday, July 15, 2004 11:12 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-16 00:11:45

Name: Sheila

E-Mail: sheilamurphy@comcast.net

Comments: As a proud owner of a Trek cross bike I feel compelled to write to express my outrage with Greg LeMond and his gutless comments regarding Lance. I don't see how you can continue to be associated with this weasel while Lance is busting his hump on a Trek? Greg has turned into a jealous ex champion and needs to be told by Trek to hit the road, better yet let Lance run him down. I am so disgusted but will continue to cheer Lance on to number 6!

1

TREK000110

**Smith, Lisa**

From:           Eric Bain [ericsbain@hotmail.com]
Sent:           Thursday, July 15, 2004 11:17 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Eric Bain
(ericsbain@hotmail.com) on Friday, July 16, 2004 at 00:17:08
--------------------------------------------------------------------------

comments: 7-15-04
Hey Greg,

I'm not going to buy one of your bikes. Ever. Unless you have proof of Lance doping, then
shut up. Every cyclist I know shares this viewpoint.

Eric Bain

--------------------------------------------------------------------------

1

TREK000111

## Smith, Lisa

| | |
|---|---|
| **Sent:** | Thursday, July 15, 2004 11:22 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Pissed () on Friday, July 16, 2004 at 00:22:06

----------------------------------------------------------------------------

comments: To bad the owner of this company is full of sour grapes!!  Lay off Lance.

----------------------------------------------------------------------------

1

TREK000112

## Smith, Lisa

**From:** Wes McDonald [weslmcdonald@aol.com]
**Sent:** Thursday, July 15, 2004 11:55 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Wes McDonald
(weslmcdonald@aol.com) on Friday, July 16, 2004 at 00:55:11
--------------------------------------------------------------------------

comments: As an avid bike rider among many here in Scotland, not only do I hope that Lance
sues Greg for all he is worth, you can be sure that any product that Greg is associated
with will never. be purchased by myself and I will do my best to make sure all I ride with
know why.

Wes McDonald
Aberdeen, Scotland

--------------------------------------------------------------------------

1

TREK000116



<< She most certainly is... | WEBLOG | We will never forget this... >>



## LeMond in Le Monde, A Platform for Anti-Armstrong Bashing

Greg LeMond, one time great bicycle rider and now a chubby, middle-aged whiner, is again babbling on that Lance Armstrong must be on something illegal. That he does it in the French paper Le Monde just makes it even more disgusting. What else could possibly account for Armstrong's great success over the past five years if not for illicit drug use? LeMond has the "answers."

For Greg LeMond, years of clean drug tests are not enough to convince him that Armstrong's dominance is anything but lab produced.

"Lance is ready to do anything to keep his secret but I don't know how long he can convince everybody of his innocence."

Maybe, just maybe, Greg, he has no secret but for hard work and dedication. I can't help but to think that Greg LeMond is a bitter man, even though he himself one three Tour de France championships, no small feat. Perhaps there is a sense of jealousy, the thought festering in his subconscious, that if he had not been injured in a hunting accident, or if he had not had to carry Hinault in the Frenchman's last Tour victory, that LeMond might have equaled or even surpassed five championships himself. It just didn't work out.

Greg LeMond was the eighties version of Jan Ulrich, an extremely talented bicycle rider who couldn't keep away from the food during the winter months and started the spring seasons looking like wide-bottomed, sedentary accountant from Duluth.

Armstrong, on the other hand, works out throughout the year, spending hours in the saddle while many of his competitors are partying. The minute planning for each successive Tour begins immediately after the end of the one preceding it. He calibrates exactly his intake of calories to match precisely that of calories expended. He works long hours in testing and experimenting with his equipment. Last week, the Tour announcers made much of the fact that the US Postal team practices over and over the team time trial event, determining the most effective placing of each rider and how long each is expected to pull for maximum results. The other teams do not go to that extent if they practice at all.

Someone put it best when they said that if Armstrong was not a champion cyclist, his fanatical attention to detail would warrant intervention. That is why he has one five Tours and will, hopefully, win a sixth.

Greg LeMond, this is Lance Armstrong's time, not yours. If you have proof that you can share with the world supporting your accusations, then please show us. If not, you are doing nothing but soiling the reputation of perhaps the greatest cyclist ever and ruining our enjoyment of a great sporting event. I kindly ask you to return to the 1980's, where we can remember you as the champion you were instead of the sniveler you have become.

MORE...

Posted by: Gregg on Jul 16, 04 | 10:59 pm | Profile

COMMENTS

I wasn't aware that Greg LeMond liked to chow down over the winter months...I knew he liked to go hunting...preferably by himself.

That aside, he is out of line criticizing Lance. He should put up or shut up. Get back on that bike if you are better than Lance.

Posted by: James on Jul 17, 04 | 10:57 pm

I could not agree more. I once had respect for Greg, and now I wish I had never heard the name "LeMond".

Good bye to a sad sad man. I have no respect for a burger eating loudmouth like him. Like you said... he should

TREK000481

just shut up if he cannot produce any proof to back-up his comments. He just doesn't like the fact the Lance could put him into the ground without giving it too much effort. He may have one three times, but he would not have one a single tour if Lance has been around.

He is pathetic!!!!!

Posted by: James Pope on Jul 24, 04 | 9:31 pm

---

name

Email

Location

Homepage

Show email [ ]    Remember me [✓]

Notify me when someone replies to this post? [ ]



TREK000482

**Smith, Lisa**

From:           G Marsh [georgemarsh@cox.net]
Sent:           Friday, July 16, 2004 12:53 AM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by G Marsh
(georgemarsh@cox.net) on Friday, July 16, 2004 at 01:52:32
------------------------------------------------------------------------

comments: I am a cyclist and to hear what Greg said about Lance was very disappointing and
really confused me why he wuld have said what he said??
------------------------------------------------------------------------

1

TREK000119

**Smith, Lisa**

From:          joe ernst [joeernst@alamedanet.net]
Sent:          Friday, July 16, 2004 12:54 AM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by joe ernst
(joeernst@alamedanet.net) on Friday, July 16, 2004 at 01:54:00
--------------------------------------------------------------------------

comments: After reading Greg Lemond's comments about Lance Armstrong, I am happy to say
that I did something about it...I sold my Lemond and will never ride one again.  How can I
ever feel good on a bike that carry's the name of some bitter old man!
--------------------------------------------------------------------------

1

TREK000120

**Smith, Lisa**

| | |
|---|---|
| From: | Joel [joel.price@gmail.com] |
| Sent: | Friday, July 16, 2004 1:04 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Joel (joel.price@gmail.com) on Friday, July 16, 2004 at 02:04:09
--------------------------------------------------------------------

comments: Please pass this on to your management.

Please tell Greg Lemond that he sounds like a jealous old cyclist. I have always liked Greg Lemond until today. Sad day indeed for all American cyclists. I will never buy a Lemond bike because of the lack of class Greg Lemond has shown.

This is the article:
http://msn.foxsports.com/story/2577428

--------------------------------------------------------------------

1

TREK000122

| | |
|---|---|
| **From:** | fcakris@msn.com |
| **Sent:** | Friday, July 16, 2004 1:24 AM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-16 02:24:02

Name: Kris Renthorn

E-Mail: fcakris@msn.com

Comments: Please stop distributing Lemond bicycles. Greg Lemond needs to feel the pain in his pocketbook before he will think about the stupidity coming from his mouth about LA.

1

| | |
|---|---|
| From: | J. Akerson [jakerson@technologist.com] |
| Sent: | Friday, July 16, 2004 7:10 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by J. Akerson
(jakerson@technologist.com) on Friday, July 16, 2004 at 08:09:38
--------------------------------------------------------------------------

comments: I was inspired by Greg Lemond when I was biking 20 years ago. I'm getting back
into biking - and have the budget to afford a fairly nice bike. Ive been looking at (and
test riding) a few different Lemond bikes.

As good as Greg was as a biker - he is miserable, and a very bad sport as a human being. I
just can't support bikes with his name on them. I went out yesterday and bought a nice new
Cannondale r600. It isn't the bike that I want, but it was a thousand less than I planned
to pay, and I figure it will hold me over while I figure out whether to buy a nice Trek or
not. Doesn't Trek sponsor both Lance AND Lemond Bikes? What's going on there?

I dunno. I'm very disappointed. If Greg has evidence, share it - if not, I think he owe's
someone a big, public apology.

Just my 2 cents.

-J. Akerson
jakerson@technologist.com

--------------------------------------------------------------------------

1

TREK000126

| | |
|---|---|
| From: | Tim Sigmon [tsigmon@ctelco.org] |
| Sent: | Friday, July 16, 2004 7:12 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Tim Sigmon
(tsigmon@ctelco.org) on Friday, July 16, 2004 at 08:11:50
------------------------------------------------------------------------

comments: Mr Lemond needs to chill on bashing Lance! I'm looking to replace my DeRosa but
it certainly will NOT be with a LeMond frame from a dealer 4 miles from my house, The
Right Gear in Concord NC. I'll also tell everyone else on our group rides to also boycott
LeMond Bikes and spread the word until Greg stops the negative talk about Lance. The man
is clean!

Regards,

Tim Sigmon
109 Dundee Drive
Kannapolis, NC 28083

------------------------------------------------------------------------

1

TREK000127

**Smith, Lisa**

**From:** James Holley [jholley@yahoo.com]
**Sent:** Friday, July 16, 2004 7:16 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by James Holley (jholley@yahoo.com) on Friday, July 16, 2004 at 08:15:30
--------------------------------------------------------------------------

comments: I hope you don't sell another bike!

Your Namesake is a pompous, jealous ass!

I hope your company dies a slow death.

--------------------------------------------------------------------------

1

| | |
|---|---|
| **From:** | Chris Yura [sirhc5379@hotmail.com] |
| **Sent:** | Friday, July 16, 2004 7:19 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Chris Yura (sirhc5379
@hotmail.com) on Friday, July 16, 2004 at 08:19:11
--------------------------------------------------------------------------

comments: Greg Lemond is now officially a JOKE in my book.

For him to go off half-cocked, without a shred of evidence, and bash the top American
cyclist in the tour, IN THE PRESS MIND YOU, is simply wrong.

If someone came to me, with a Lemond bike, and said, "Chris, you can have this", I'd spit
on it and chuck it into the river.

If he's sour about being knocked down a notch on the American ladder of cycling greats,
TS, suck it up and deal with it.

I am NEVER going to be caught riding one of these frames in my life. I hope the rest of
the cycling community is as angry as I am about this, and somehow, we can cut into
Lemond's salary by boycotting his garbage.

Chris Yura

--------------------------------------------------------------------------

1

TREK000129

## Smith, Lisa

**From:** John Symonds [jsymonds@comcast.net]
**Sent:** Friday, July 16, 2004 7:20 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by John Symonds (jsymonds@comcast.net) on Friday, July 16, 2004 at 08:19:44
------------------------------------------------------------------------

comments: I am very unhappy with LeMonde's comments about Lance Armstrong. As a result I am having my LeMonds bike stripped and repainted with custom made "Armstrong" logos.

------------------------------------------------------------------------

1

TREK000130

| | |
|---|---|
| From: | chris sieverts [c_sieverts@yahoo.com] |
| Sent: | Friday, July 16, 2004 7:38 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by chris sieverts
(c_sieverts@yahoo.com) on Friday, July 16, 2004 at 08:38:09
---------------------------------------------------------------------------

comments: I just want to let you guys know that as a result of Greg's off the wall
comments yesterday regarding Lance and EPO I am not buying any Lemond bike (I was going to
get the Zurich). Greg has no class and anyone riding a Lemond must be feeling pretty
dirty today.

---------------------------------------------------------------------------

1.

TREK000131

| | |
|---|---|
| From: | A race fan... [gek2002@aol.com] |
| Sent: | Friday, July 16, 2004 7:59 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by A race fan... (gek2002 @aol.com) on Friday, July 16, 2004 at 08:59:22
--------------------------------------------------------------------------

comments: Mr. Lemond:

I was extremely disappointed to hear your comments on both OLNTV, CNN, ESPN, etc. about Lance Armstrong.

I thought everyone was innocent until proven guilty in the United States.

It appears that you have become a very bitter man, since you are no longer in the spotlight.

I will NEVER buy any of products and will tell each and every person I come into contact within in the State of California about yourself -- as a former has-been of racing and the psychotic rantings of an athlete.

You are a disgrace to the sport of racing, and I am sorry I ever rooted for you in the Tour de France.

Far be it from Lance Armstrong to simply have the "will" to win, after beating cancer and training the "right" way.

You are a total disappointment...

--------------------------------------------------------------------------

1

TREK000132

| | |
|---|---|
| **From:** | Gregg Rennie [grennie@sbcglobal.net] |
| **Sent:** | Friday, July 18, 2004 8:07 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Gregg Rennie
(grennie@sbcglobal.net) on Friday, July 16, 2004 at 09:07:27
-------------------------------------------------------------------------

comments: I know tech support is not the right destination for my comments but it is the
only Lemond address I could find. I hope you'll forward this to the correct destination.

I find it unbelievable that Lemond would open his mouth, with allegations against
Armstrong, when he presents no evidence whatsoever that his allegations are true. I
believe it shows that Greg is a very small person and is obviously jealous of Lance's
accomplishments. How about we ask Greg to prove he wasn't using doping products, at a
time when few controls were placed on riders and performance enhancing drugs in sports
were very wide spread. His agruement that it took him 2 years to recover from his
accident is pathetic. It just shows that he's a weaker athlete than others, like Lance,
Jan and Herman Meier, who returned from major mishaps to excel the following year.

Please pass along to Greg that he should keep his mouth shut and stop showing his
jealousy. I only hope that the negative publicity from this impacts your company sales
and his profits.

-------------------------------------------------------------------------

1

TREK000133

## Smith, Lisa

**From:** Kalvin Frank [mtbkr1@netzero.net]
**Sent:** Friday, July 16, 2004 8:17 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Kalvin Frank (mtbkr1
@netzero.net) on Friday, July 16, 2004 at 09:17:06
--------------------------------------------------------------------------

comments: I was considering purchasing a LeMond bike but after hearing the comments he has
been making about Lance Armstrong the only thing I would use it for is an anchor for my
boat. Have fun selling bikes, what a great spokesperson.

--------------------------------------------------------------------------

1

TREK000137

**Smith, Lisa**

Sent:        Friday, July 16, 2004 8:26 AM
To:          Consumer, Lemond
Subject:     Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Lance Armstrong () on
Friday, July 16, 2004 at 09:25:57
-----------------------------------------------------------------------------

comments: Shut the F*IK up Greg.

-----------------------------------------------------------------------------

1

TREK000139

**Smith, Lisa**

| | |
|---|---|
| Sent: | Friday, July 16, 2004 8:32 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by paul () on Friday, July 16, 2004 at 09:32:12
------------------------------------------------------------------------------

comments: SHUT UP LEMOND! dickhead.

------------------------------------------------------------------------------

1

TREK000140

## Smith, Lisa

Below is the result of your feedback form.  It was submitted by Kim Martin (kwmartin1
@hotmail.com) on Friday, July 16, 2004 at 09:33:15
----------------------------------------------------------------------------

comments: Because of the comments Mr. LeMond has made about Lance Armstrong and doping
without being able to back it up with any evidence or proof has made me lose all respect
for Mr. LeMond.  I will never purchase any products associated with Mr. LeMond.

Kim Martin
515 Family Circle
Jonesboro, GA 30238

----------------------------------------------------------------------------

1

TREK000141

## Smith, Lisa

**From:**     smith.d@ei.com
**Sent:**     Friday, July 16, 2004 8:45 AM
**To:**       Consumer, Trek
**Subject:**  Trek Bikes Contact Us

**Follow Up Flag:**  Follow up
**Flag Status:**     Flagged

Contact Us Form

Date: 2004-07-16 09:44:54

Name: David D. Smith

E-Mail: smith.d@ei.com

Comments: I couldn't find an e-mail address on the Lemond web page, so I'll send this to
you. I assume that when Lemond bike sales plummet it will hurt Trek, too. Could someone
please tell Greg that he sounds like an idiot making accusations about Lance without any
evidence? And what is the best way to remove the decals with his name from my Lemond
bicycle? David Smith McLean, VA

1

TREK000143