## Smith, Lisa

**From:** geoff_feil@yahoo.com
**Sent:** Friday, July 16, 2004 8:46 AM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-16 09:45:35

Name: Geoffrey Feil

E-Mail: geoff_feil@yahoo.com

Comments: Hi! I'm a big Trek fan and consumer. I have to express my disappointment though Mr. Lemond and his accusations and speculation to the media regarding Lance Armstrong. I am sure Trek is concerned as well, since Lance is a great symbol for Trek Bicycles superiority. I hope Trek officials will speak with Mr. LeMond and let him know that his comments do nothing but harm his image and the image of LeMond bicycles as well as have negative implications on Trek bicycles as well. Thank you.

Sincerely,
Geoff Feil

1

TREK000145

Dockets.Justia.com

## Smith, Lisa

**From:** Eric Zeller [ezeller@consolidated.net]
**Sent:** Friday, July 16, 2004 8:46 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Eric Zeller
(ezeller@consolidated.net) on Friday, July 16, 2004 at 09:45:58
--------------------------------------------------------------------------

comments: I purchased my first LeMond earlier this summer and have been very pleased with
the performance. Unfortunately, I opened the Tour de France page today to see the
comments of Greg LeMond regarding Lance. I understand Greg's comments regarding doping
but feel the timing is inappropriate. Why try to break down American cycling during the
Tour? From my viewpoint, the only thing it has done for me is tarnish the image of the
LeMond company and will cause me to take a second look when I get ready for next years
bike. Thank you for your consideration.

--------------------------------------------------------------------------

1

**From:** no longer a greg fan [nobody@lemondsucks.com]
**Sent:** Friday, July 16, 2004 9:29 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by no longer a greg fan
(nobody@lemondsucks.com) on Friday, July 16, 2004 at 10:29:16
---------------------------------------------------------------------------

comments: I am very disappointed to own a Lemond Bicycle.  I understand that Greg Lemond
has nothing to do with this company anymore, but as I consider purchasing a new bicycling
this fall, I WILL NOT PURCHASE ANOTHER LEMOND simply because I don't want to have the name
of Lemond on anything I own due to his unfounded criticism of Armstrong.  I hope many
other people feel this way.

---------------------------------------------------------------------------

1

TREK000147

| | |
|---|---|
| **From:** | giantcu92@hotmail.com |
| **Sent:** | Friday, July 16, 2004 9:29 AM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-16 10:28:57

Name: Tom Arsenault

E-Mail: giantcu92@hotmail.com

Comments: Dear Trek Bicycles:

I, and a lot of other people that I know and ride and race with, were very dismayed at hearing Greg Lemond's remarks about Lance Armstrong yesterday that were reported on many different cycling websites. While it is Mr. Lemond's prerogative to speak his mind when asked questions doesn't he also realize that he might be harming the sport he makes part of his living in, and also in which many of us participate and enjoy? Being the parent company of Lemond Bicycles, and being one of the sponsors of Lance Armstrong, I would think that there might be some harsh words coming from Waterloo to Mr. Lemond. Even if in his heart he does believe that Mr. Armstrong is on a doping regimen, his business acumen is not very astute. I've heard and see mention from many different sources and newsgroups now on the net that people will refuse to purchase a Lemond product because of the words he said.

As a concerned cyclist and racer, I thought you might like to know about the incredibly negative face Mr. Lemond has now put onto himself, and subsequently products that carry his name, and subsequently Trek Bicycles because you are the parent company.

Kind Regards,
Tom Arsenault
Chapel Hill, NC

1

TREK000148

**Smith, Lisa**

| | |
|---|---|
| From: | Paul [PRW007@aol.com] |
| Sent: | Friday, July 16, 2004 10:06 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Paul (PRW007@aol.com) on
Friday, July 16, 2004 at 11:05:59
--------------------------------------------------------------------------

comments: How badly do you think your sales will dive now that your Bitterman founder is
talking unfounded, unprovable trash about Armstrong? It is one of the worst examples of a
once great athlete adapting poorly to being out of the limelite that I have ever seen. I
have been considering buying a LeMond for a few months, but now would rather buy anything
else. Shame on Greg.

--------------------------------------------------------------------------

1

TREK000153

**Smith, Lisa**

| | |
|---|---|
| From: | PRW007@aol.com |
| Sent: | Friday, July 16, 2004 10:20 AM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Contact Us Form

Date: 2004-07-16 11:20:24

Name: Paul

E-Mail: PRW007@aol.com

Comments: I am DISGUSTED at the recent comments of Greg LeMond regarding Lance Armstrong. I was writing a letter to his Cycle company, when I saw that you own them? How awakward must that be for you, the best thing to ever happen to the sport and Trek, attacked by the namesake of one of your brands? PLEASE issue a public statement, via OLN distancing your company from the BITTER, misguided statements of this poorly aging and sad past champion. It is sad as hell that he has gotten down in the gutter like this. I hold your company partly responsible however if you let the slander stand without comment. I will never buy a LeMond and hope that Greg reeps the Karma that he deserves.

Sincerely,

Paul

1

TREK000154

**Smith, Lisa**

From:            ASC.PGH@VERIZON.NET
Sent:            Friday, July 16, 2004 10:23 AM
To:              Consumer, Trek
Subject:         Trek Bikes Contact Us

Follow Up Flag:  Follow up
Flag Status:     Flagged

Contact Us Form

Date: 2004-07-16 11:23:19

Name: ANDREW CHEATHAM

E-Mail: ASC.PGH@VERIZON.NET

Comments: GREG LEMOND SEEMS NO LONGER TO FIT THE DESCRIPTION OF AN ACCOMPLISHED RIDER FROM
THE HISTORY OF AMERICANS IN THE TOUR DE FRANCE. HE HAS DECIDED TO COME DOWN FROM THE
TROPHY RACK OF HISTORY AND INSERT HIMSELF BY HIS COMMENTARY WHERE HE MAY ONLY SPECULATE.
IT IS SHAMEFUL OF HIM TO TRASH LANCE ARMSTRONG WITH NOTHING MORE THAN HIS (FAST FADING )
OLD GLORY AS CREDIBILITY.

I AM, FROM THIS POINT ON, FORESAKING HIM AND ANYTHING HIS NAME IS ON AS A SIMILARLY
UNCOCKED AND DISMISSIVE VEHICLE FOR HIS PROFITEERING. SCREW LEMOND.

1

TREK000155

**Smith, Lisa**

| | |
|---|---|
| From: | rmiller@pcimillwork.com |
| Sent: | Friday, July 16, 2004 10:39 AM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |

Follow Up Flag:        Follow up
Flag Status:           Flagged

Contact Us Form

Date: 2004-07-16 11:39:15

Name: REY

E-Mail: rmiller@pcimillwork.com

Comments: To the management of Trek:

I suggest you bring pressure to bear and tell Greg Lemond to put a sock in it. He's an embarrassment to the sport and a smear on his own brand of bikes. Leave it to the opportunists and sketchy journalists to make (unproven) charges of doping regarding armstrong. It is NOT the place of a former champion who now merely appears bitter and sadly in need of a brief dose of noteriety. You can bet i will NEVER consider a LeMond bicycle after this whining public display.

Rey Green

1

TREK000157

**Smith, Lisa**

From:         TMoon [avil43@aol.com]
Sent:         Friday, July 16, 2004 10:49 AM
To:           Consumer, Lemond
Subject:      Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by TMoon (avil43@aol.com) on
Friday, July 16, 2004 at 11:49:26
-----------------------------------------------------------------------------

comments: I think the recent comments by the namesake of this product were totally out of
line. The idea is promote cycling in the USA not rip it apart. People who are bitter for
unknown reasons should keep quiet. I have owned 2 Lemonds, I will never purchase one
again.

-----------------------------------------------------------------------------

1

TREK000158

## Smith, Lisa

**From:** Joel [joel@gobolts.com]
**Sent:** Friday, July 16, 2004 10:52 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Joel (joel@gobolts.com) on Friday, July 16, 2004 at 11:51:39

------------------------------------------------------------------------

comments: Greg LeMond needs to shut his mouth. He sound jealous. Please note ... I will never buy one of his bikes. And I will de my best to convince other to do the same.

------------------------------------------------------------------------

1

TREK000160

## Smith, Lisa

**From:** Michael [ststorm@tidewater.net]
**Sent:** Friday, July 16, 2004 11:11 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Michael
(ststorm@tidewater.net) on Friday, July 16, 2004 at 12:11:04
---------------------------------------------------------------------------

comments: After reading Greg's recent comments regarding Lance Armstrong, There is
absolute zero possibility that I would ever purchase a product with his name on it. I hope
he is prepared to take the consequences for his ridiculous assertions in the French press.
I like many can define my love of cycling with Greg's climatic Paris win of the Tour, but
as of now I think that all of my assumptions regarding him and his character seem to have
been completely misguided. Armstrong is really what a classy champion is all about.

---------------------------------------------------------------------------

1

TREK000162

**Smith, Lisa**

From:        Kimberley Short [shortstf@cox.net]
Sent:        Friday, July 16, 2004 11:12 AM
To:          Consumer, Lemond
Subject:     Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Kimberley Short
(shortstf@cox.net) on Friday, July 16, 2004 at 12:12:25
------------------------------------------------------------------------

comments: I'm not sure if this email will ever reach LeMond but I am extremely disapointed
in his comments this week regarding Lance. I have always looked up to LeMond and he has
always been a great inspiration to me. However, based on his comments about Lance I am
disgusted by everything, including LeMond cycles that he represents. Shame on him and his
poor attitude. He should be leading by example. I don't believe that I saw "race
official" as one of his titles. Unless that's the case he should show a little class and
keep his comments to himself.


------------------------------------------------------------------------

1

TREK000163

## Smith, Lisa

**From:** ann [highcarb@aol.com]
**Sent:** Friday, July 16, 2004 11:15 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by ann (highcarb@aol.com) on
Friday, July 16, 2004 at 12:15:14
----------------------------------------------------------------------------

comments: as of today my beloved lemond bike will be sold on ebay in protest to the
despicable and slanderous commentary made by greg in reference to lance armstrong's
alleged doping to improve performance.lance was one of gregs greatest fans and i will be
talking to other lemond bike owners and dealers as i have connections in the retail bike
world.i will never again own a bike with the lemond name as to me it represents the
epitome of poor sportsmanship.i will be contacting trek bikes to see if this represents a
conflict of interest as i know that trek bikes owns lemond.its a shame that greg didnt get
the publicity that lance enjoys today as he too was a great racer in his own right and
deserved to be recognized for it..he should be an example of someone who retired with
dignity instead of controversy. sincerely, ann krehmeyer..please forward to management
at lemond as i couldnt find any contact info..my email address is highcarb@aol.com

----------------------------------------------------------------------------

1

TREK000164

**Smith, Lisa**

From:       Derek [dweiss007@yahoo.com]
Sent:       Friday, July 16, 2004 11:17 AM
To:         Consumer, Lemond
Subject:    Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Derek (dweiss007
@yahoo.com) on Friday, July 16, 2004 at 12:17:17
-------------------------------------------------------------------------

comments: I'm sure you have heard it all lately.

Lemond bikes will suffer for his comments. Tell the man to speak positive, not negative.
It will help him, and Lemond bikes.

He is tarnishing his image and that of American Cycling. What a stain on cycling in this
country he has become.

I will never buy a Lemond bike.

-------------------------------------------------------------------------

1

TREK000165

**From:** Mike [mgates27@yahoo.com]
**Sent:** Friday, July 16, 2004 11:19 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Mike (mgates27@yahoo.com)
on Friday, July 16, 2004 at 12:19:16
------------------------------------------------------------------------------

comments: tell Greg Lemond that until there is evidence supporting his criticisms of
Armstrong to keep his trap shut. I will never buy a lemond product and I'm sure other
americans feel the same. Hope he has good french sales.

------------------------------------------------------------------------------

1

TREK000167

**Smith, Lisa**

From:

From:                    borneo@charter.net
Sent:                    Friday, July 16, 2004 11:19 AM
To:                      Consumer, Lemond
Subject:                 Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by
(borneo@charter.net) on Friday, July 16, 2004 at 12:19:06
----------------------------------------------------------------------

comments: After the latest disgraceful statements Greg has made to the French press how
can you continue to offer yourselves up as an honorable organization.  Discrediting
another bike rider for personal gain is imoral and ugly not to mention very sad for the
sport of cycling.  I do not know a single rider in the Metro Mpls are that would buy
anything from your company.  Shame on Greg for his weak and cowardly judgement.

----------------------------------------------------------------------

TREK000166

## Smith, Lisa

**From:** Joyce [Contactldy@msn.com]
**Sent:** Friday, July 16, 2004 11:26 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Joyce (Contactldy@msn.com)
on Friday, July 16, 2004 at 12:26:15
--------------------------------------------------------------------------

comments: Couldn't figure out another way to let you know that I was thinking ver
seriously of buying one of your bikes but after hearing of GREGS comments about Lance I
wouldn't ride a bike with his name on it.  He really does have a problem.  He should be
very ashamed.

--------------------------------------------------------------------------

1

TREK000169

**Smith, Lisa**

From:           Greg [gsronlov@hotmail.com]
Sent:           Friday, July 16, 2004 11:29 AM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Greg
(gsronlov@hotmail.com) on Friday, July 16, 2004 at 12:29:13
--------------------------------------------------------------------------

comments: What a shame. After the recent bitter comments by Lemond, I will never ever
purchase a Lemond Bike and will vigorously dissuade everyone I know from purchasing one. I
personally know two people who were on the verge of buying who will now be looking else
where. I have lost all respect for the man who once was a champion.

--------------------------------------------------------------------------

1

TREK000170

**Smith, Lisa**

| | |
|---|---|
| From: | Lance Fan [Greg@lemondSucks.com] |
| Sent: | Friday, July 16, 2004 11:38 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Lance Fan
(Greg@lemondSucks.com) on Friday, July 16, 2004 at 12:37:52
------------------------------------------------------------------------

comments: Tell baby Greg to quit his crying.
Funny how jealous he is of Lance (a true champion).
I'll never get one of your bikes...

------------------------------------------------------------------------

1

TREK000171

**Smith, Lisa**

From:           anonymous@anonymous.com
Sent:           Friday, July 16, 2004 11:44 AM
To:             Consumer, Trek
Subject:        Trek Bikes Contact Us

Follow Up Flag:     Follow up
Flag Status:        Flagged

Contact Us Form

Date: 2004-07-16 12:43:54

Name: Bill

E-Mail: anonymous@anonymous.com

Comments: Hi There,

As a Trek customer and competitive cyclist I now have concerns about Trek and will think twice when I make my next bike purchases. This is because of the recent unqualified statments issued by Greg LeMond against Lance Armstrong (http://www.lemonde.fr/web/article/0,1-0@2-3248,36-372691,0.html). I know that Trek distributes LeMond bikes and I know that Greg has his rights of free speech, but I disagree with his serious and unfounded approach to the allegations. Though they may be true, I subscribe to American legal doctrine of "Innocent until proven guilty". And because of his statements I am boycotting LeMond Bikes, which is affiliated with your company. Likewise, saddly, I am also considering boycoting Trek.

Thank you for your time consideration. I would appreciate your company addressing this issue.

Bill

1

TREK000173

**Smith, Lisa**
_____

| | |
|---|---|
| From: | Curtis Loeb [curtybirdychopper@yahoo.com] |
| Sent: | Friday, July 16, 2004 11:54 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Curtis Loeb
(curtybirdychopper@yahoo.com) on Friday, July 16, 2004 at 12:53:52
-------------------------------------------------------------------------

comments: Dear Email Tech Support:

Please foward my comments to company executives.  I will no longer buy or support Lemond
Bikes because of the irresponsible way the company's namesake, Greg Lemond, is behaving
with respect to his comments towards Tour De France riders, namely Lance Armstrong.  My
point is not so much whether Greg's comments are true or false, but rather that Greg has
made comments seemingly without basis, clarification, and without support.  My opinion and
attitude toward your company will forever be tainted because of Lemond's reprehensible
comments.

Sincerely,
Curtis Loeb

-------------------------------------------------------------------------

1

TREK000177

## Smith, Lisa

**From:** shaun.bond@ns.sympatico.ca
**Sent:** Friday, July 16, 2004 11:56 AM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-16 12:55:50

Name: Shaun Bond

E-Mail: shaun.bond@ns.sympatico.ca

Comments: Hi, I'm a long time Trek customer, and have purchased 12 Trek bikes in the past ten years!  However, I read Greg Lemond's unfounded accusations about Lance Armstrong and was quite angered.  I know that Lemond bikes are sold by Trek ... Greg Lemond's yearly "sour grapes" ranting and raving about Lance Armstrong is making me seriously consider purchasing another brand of bicycle.  Trek needs to consider the effect this man is having on Trek customers like myself.

Thanks,
Shaun

1

TREK000178

**Smith, Lisa**

Below is the result of your feedback form.  It was submitted by Scott Eigner (scotteigner3
@surfbest.net) on Friday, July 16, 2004 at 12:57:55
-----------------------------------------------------------------------

comments: Since Mr. Lemond continues to voice his suspicions and acuusations towards Lance
Armstrong without providing the proof, I have no choice but to sell my Zurich and purchase
another brand bike. If Greg puts forth the proof he seems so convinced is there I will
reconsider but until that time I will never purchase another Lemond product. This feeling
is shared by my teammates as well. It is unfortunate as Greg was my idol through the 80's
and there are so few great American made bikes. We all know Greg would have won many more
TDF's had the circumstances been different but he needs to let it go.

-----------------------------------------------------------------------

1

TREK000179

## Smith, Lisa

**From:**         seymours97@yahoo.com
**Sent:**          Friday, July 16, 2004 12:01 PM
**To:**              Consumer, Trek
**Subject:**       Trek Bikes Contact Us

**Follow Up Flag:**   Follow up
**Flag Status:**      Flagged

Contact Us Form

Date: 2004-07-16 13:00:40

Name: Shane

E-Mail: seymours97@yahoo.com

Comments: How can you guys sell Lemond's bike when he is trashing the guy who had done more for Trek than any other rider has ever done for a bicyle company. Everyone knows who manufactures Lemond's bikes. Do something about it.

1

TREK000180

**Smith, Lisa**

Below is the result of your feedback form. It was submitted by Chip Broadbooks
(cbroadbooks@bigfoot.com) on Friday, July 16, 2004 at 13:02:51
-----------------------------------------------------------------------

comments: As I can't find an email link on Trek's website, I'm using this one.

I own a Trek 5900 which I purchased from a buddy. Quite happy with the bike. However, if
you (Trek inc.) do not put your foot down and publicly tell Greg Lemond to shut the hell
up (not in so many words), this will be the LAST Trek I EVER own. He was a great cyclist,
and his attempts at defamation of Lance should be EXTREMELY humiliating to you as the
Manufacturer of Lemond Bikes and the Manufacturer of the bikes Lance rides. I am so
disgusted at his remarks, that I'd like to ride my 5900 right up his butt.

DO SOMETHING (PUBLICLY) ABOUT HIS UNNECESARY, SPITEFUL COMMENTS!!!

Nothing against you guys, but, how many Treks have you sold due to Lance's performance on
those bikes? Greg is going to hurt your bottom line. We all know who makes Lemond bikes.

Sincerely,
Chip Broadbooks

-----------------------------------------------------------------------

1

TREK000181

**Smith, Lisa**

Below is the result of your feedback form.  It was submitted by Danny
(dannyandnorma@hotmail.com) on Friday, July 16, 2004 at 13:04:54
-----------------------------------------------------------------------

comments: I am sending this to you at this department because I found no other email on
the site.  Please pass to customer's service, better yet, directly to Greg LeMond.

I am shocked that you, without any evidence at all, accuse Lance Armstrong of using
performance drugs.  I have a question Mr. LeMond?  When you won your three tours, and blew
half your foot off, did you use performance drugs to get back into shape?  You can only
deny with the same mouth you accuse Armstrong of with.  So, we have to TAKE YOUR WORD just
as we do Armstrong, don't we?  I own a Cannondatle six13 bike and a Trek Madone 5.9.  I
was looking at a LeMond top of the line bike or a Trek 5900.  I guess I will go with the
Trek.  Your mouth has cost you a sale.  you probably don't care because you use your mouth
to detrack from someone else's accomplishments while whining about what could have been if
not for your injuries.  Right.  And Mickey Mantle could have broken Babe Ruth's HR record
if he had healthy legs and not drank so much also couldn't he?  Grow up Greg.  Accept the
fact you won three, was once what I considered a hero.  You brought me to love cycling.
You won!

   in a country that hates America.  Now you join the same leftist French press in trying
to destroy Lance Armstrong.  You are a sad individual for what you said with NO EVIDENCE
WHATSOEVER!  If you have it, PRODUCE IT GREG SO THAT WE ALL CAN SEE IT!  But, alast, you
don't do you?

Danny Autrey
Retired US Army


-----------------------------------------------------------------------

1

TREK000182

| | |
|---|---|
| From: | Ben Denison [agben35@aol.com] |
| Sent: | Friday, July 16, 2004 12:07 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Ben Denison (agben35
@aol.com) on Friday, July 16, 2004 at 13:07:01
--------------------------------------------------------------------------

comments: Tell has-been Greg LeMond that he only looks like a small petty baby for dogging
Lance Armstrong.

Obviously, Greg didn't get his due for his wins, but he needs to quit dogging Lance during
his time. It just looks like sour grapes. I don't think less of Lance, but I sure do of
Greg.

I know this probably isn't the right place to send emails, but its the only place I could
find.

--------------------------------------------------------------------------

1

TREK000183

## Smith, Lisa

**From:** Jeff Wagner [jwag@singlespeed.net]
**Sent:** Friday, July 16, 2004 12:20 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Jeff Wagner
(jwag@singlespeed.net) on Friday, July 16, 2004 at 13:20:03
------------------------------------------------------------------------

comments: Thanks to some completely baseless and irresponsible statements by your
namesake, I will no longer consider a "LeMond" frame for my upcoming purchase. Please try
to reign in this bitter old man.

------------------------------------------------------------------------

1

TREK000190

## Smith, Lisa

**From:** Paul Saddler [psaddler@stdesigns.com]
**Sent:** Friday, July 16, 2004 12:23 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Paul Saddler
(psaddler@stdesigns.com) on Friday, July 16, 2004 at 13:23:09
---------------------------------------------------------------------------

comments: I am purchasing a new bike this month and had considered the Lemond until I had
read recent article in the paper that Greg Lemond made regarding Lance Armstrong and drug
abuse in his racing. Honestly, doesn't Greg have better ways to spend his time or is he
that concerned that his achievements can't stand on their own that he has to launch a
smear campaign to bring attention to himself? What a classless jerk.

---------------------------------------------------------------------------

1

TREK000191

**Smith, Lisa**

From:           Steve Parry [perry@pkfamily.com]
Sent:           Friday, July 16, 2004 12:32 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Steve Parry
(parry@pkfamily.com) on Friday, July 16, 2004 at 13:32:14
-----------------------------------------------------------------------

comments: Greg LeMond has been a jerk for a long time.  His remarks regarding Armstrong
are unsubstantiated and unacceptable.  I refuse to ever own any LeMond gear or patronize
any shops that sell his bikes.

He may have won the Tour de France three times, but he is a loser in my book.  I would be
ashamed to ride one of his bikes.

-----------------------------------------------------------------------

1

TREK000196

## Smith, Lisa

From:     Bob [rcount1@gmu.edu]
Sent:     Friday, July 16, 2004 12:44 PM
To:       Consumer, Lemond
Subject:  Lemond 2004 Web site Feedback

Below is the result of your feedback form. It was submitted by Bob (rcount1@gmu.edu) on
Friday, July 16, 2004 at 13:43:53
------------------------------------------------------------------------

comments: Please pass this message onto Mr. LeMond if you can.

Mr. Lemond:

That a man of your name and stature (among cyclists like myself) who as done so much for
american cycling and racing, would throw mud on a man that currently is doing so much for
american cycling, american cycling fans and much more is perplexing to me and hit's to the
bone. You held the torch in the 80's and early 90s for american cycling and racing .. and
now that someone else holds it, you trash him and question his integrity? What is wrong
with you, sir? And in an interview with a French publication that is knowingly always
seeking dirt against him?? What is your problem?

As I can recall, you hold (or held) the record for fastest TDF TT average speed. Tell me,
were you doping sir? After all, the scrutiny of the peloton at that time was not what it
was today. I now question that record of your wheras in the past I never did .. but maybe
it should be questioned.

I have zero respect for you now, and used to hold you in high regard. I have a Lemond Ti
bike (circa 93) .. which is now going to be sold. I will never buy another Lemond product
in my life, as it reminds me of the name of the person behind the bike, tainted, sour and
of little consequence, class, and without the knowledge of the damage he is doing to
american cycling and cycling fans.

Regards

------------------------------------------------------------------------

I

TREK000199

## Smith, Lisa

| | |
|---|---|
| From: | Ken Weaver [weavski@chartermi.net] |
| Sent: | Friday, July 16, 2004 12:50 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Ken Weaver
(weavski@chartermi.net) on Friday, July 16, 2004 at 13:50:28
--------------------------------------------------------------------------

comments: Any bike with the Lemond name must suck.  The guy is a total loser due to what
he says about Lance.  Why don't you guys move to France, because you are no better than
the idiots from that useless country. You all hate Lance because you really can't ride a
bike.  WHo wouyd want your junk.  I'll stick with my Waterford bikes, because they are not
idiots.

Thank you

Ken

--------------------------------------------------------------------------

1

TREK000202

## Smith, Lisa

**From:** Martin Jamroz [mjamroz@hotmail.com]
**Sent:** Friday, July 16, 2004 12:50 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Martin Jamroz (mjamroz@hotmail.com) on Friday, July 16, 2004 at 13:50:24
--------------------------------------------------------------------------

comments: Talk more crap about Lance and see how that helps your bike sales. Im still on the market, may not be Treck but I know its not going to be your crap.

--------------------------------------------------------------------------

1

TREK000201

## Smith, Lisa

**From:** gary schumacher [g7855a@aol.com]
**Sent:** Friday, July 16, 2004 12:51 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by gary schumacher
(g7855a@aol.com) on Friday, July 16, 2004 at 13:50:32
--------------------------------------------------------------------------

comments: Please forward this e-mail to Mr. Lemond.

Mr. Lemond, I am disappointed in the comments about Mr. Armstrong you gave to the French
newspaper.  If you have proof of the drug use by Mr. Armstrong then produce it.  But,
comments made to the reporter as quoted in the U.S. media implying that Mr. Armstrong has
something to hide does little but detract from your image as a respected spokesperson for
the U.S. cycling community.

--------------------------------------------------------------------------

1

TREK000203

**Smith, Lisa**

Sent:          Friday, July 16, 2004 1:02 PM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by
() on Friday, July 16, 2004 at 14:01:37
--------------------------------------------------------------------------

comments: Pass this on to Greg: I hope American cyclists boycott your company. Stop
trashing Lance.

--------------------------------------------------------------------------

1

TREK000209

**Smith, Lisa**

From:          Randy [r.greenway@lycos.com]
Sent:          Friday, July 16, 2004 1:14 PM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Randy
(r.greenway@lycos.com) on Friday, July 16, 2004 at 14:14:02
----------------------------------------------------------------------------

comments: I am very, very dissappointed to see the comments of Greg LeMond about our
country's TdF hero Lance Armstrong.

I will never, ever buy a LeMond bicycle though I was looking at one at the bike store last
weekend.

Just thought you'd like to know that.

. Randy
----------------------------------------------------------------------------

1

TREK000212

## Smith, Lisa

| | |
|---|---|
| **From:** | craig_calloway@adp.com |
| **Sent:** | Friday, July 16, 2004 1:15 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Greg Lemond |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I am very sad to hear that Greg Lemond has been so vocal in public criticism/doubt about the issues of Lance Armstrong's alleged drug use. I thoroughly enjoy Lemond bikes (amongst my favorites) and have had the utmost respect for Greg Lemond and his accomplishments, but, as two American riders who have dominated the Tour De France, I really wish he would not take such a vocal stand unless there is actually proof of doping allegations. Because of this, I will definitely <u>NOT BUY A LEMOND BIKE</u>, even though I believe both brands (Lemond & Trek) are under one parent company. I've said my piece.

7/21/2004

## Smith, Lisa

**Sent:** Friday, July 16, 2004 1:17 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by
 () on Friday, July 16, 2004 at 14:17:27
---------------------------------------------------------------------------

comments: Tell that doofus Lemond to shut his big yapper if he doesn't have any proof he
needs to zip-it.  He just comes off sounding bitter about now neing the second best rider
the US has ever producer.

---------------------------------------------------------------------------

1

TREK000214

| | |
|---|---|
| From: | Powderhound34@hotmail.com |
| Sent: | Friday, July 16, 2004 1:21 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by
(Powderhound34@hotmail.com) on Friday, July 16, 2004 at 14:20:42
-----------------------------------------------------------------------------

comments: Mr. Lemond's comments regarding Lance Armstrong yesterday....are to say the
least... "childish".

As a racer and consumer....I'm giving you my commitment I will/would never purchase any
product with Mr. Lemond's name associated with it!

Cheers!

-----------------------------------------------------------------------------

1

| | |
|---|---|
| From: | A. MerCa [chess@techie.com] |
| Sent: | Friday, July 16, 2004 1:25 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by A. MerCa
(chess@techie.com) on Friday, July 16, 2004 at 14:25:18
---------------------------------------------------------------------------

comments: Greg Lemond is, in the opinion of the world now, a cheap - jealous - cry baby.
Poooor Gregy, can't deal with Lance being ten-million times the cyclist he ever was.
Thanks Greg! Now you can watch your historical legacy disappear and your sales take a
dive. You are a pathetic, joke of a man.

---------------------------------------------------------------------------

1

## Smith, Lisa

| | |
|---|---|
| **From:** | Nate [Nate552@hotmail.com] |
| **Sent:** | Friday, July 16, 2004 1:41 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Nate (Nate552@hotmail.com)
on Friday, July 16, 2004 at 14:40:39
-----------------------------------------------------------------------

comments: Greg Lemond is an idiot and a jerk.  You're losing sales because of him.

-----------------------------------------------------------------------

1

TREK000222

| | |
|---|---|
| **From:** | LANCE IS THE MAN !!!!!!!! [xyz@xyz.com] |
| **Sent:** | Friday, July 16, 2004 1:41 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by LANCE IS THE MAN !!!!!!!!
(xyz@xyz.com) on Friday, July 16, 2004 at 14:40:33
----------------------------------------------------------------------------

comments: Greg ·LeMond
 -you are  out to "ruin cycling" with your comments about Lance to the French paper Le
Monde - Get real you jerk!  Remember how the french treated you????  Now you are just like
them- I guess you still haven't gotten over being Bernard Hinault's little whipping boy-
how did it feel knowing you could win but weren't allowed to??? It must have cut vey deep
- Lance is the greatest AMERICAN cyclist that we will ever know-and probably the best
ever in the entire world-  Keep your ignorant comments to yourself- I think you are just
jealous because he has far surpassed anything you have done- Your comments have made you
look like an ass! especially when the person you are bad mouthing has said many times that
you were an inspiration to him- It is sad to see someone of your calibre stooping so low-
I feel sorry for you -

PS- I guess your comments only fueled US Postal to kick ass all the way up the col d'aspin
and la mongie today- thanks


----------------------------------------------------------------------------

1

TREK000221

## Smith, Lisa

Below is the result of your feedback form. It was submitted by Dan Speirs
(dan.speirs@rbcdain.com) on Friday, July 16, 2004 at 14:43:38
------------------------------------------------------------------------------

comments: I couldn't find the e-mail for your coporate so maybe you could pass this
message on to them. I will refuse to purchase and Lemond product and tell all my friends
to ban any Lemond product due to his continual comments about Lance Armstrong. It is too
bad he has gone from a champ to a sideline whiner. He is doing nothing but a disservice
to US cycling and comes accross as a complete idiot.

Ban Lemond.

------------------------------------------------------------------------------

1

TREK000225

## Smith, Lisa

**From:** rich jarvi [rhjarvi1@aol.com]
**Sent:** Friday, July 16, 2004 1:50 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by rich jarvi (rhjarvi1
@aol.com) on Friday, July 16, 2004 at 14:49:57

--------------------------------------------------------------------------

comments: Just wanted to let you know I will never buy a bike from a cry baby like Greg
Lemond. Unless he has proof that Lance Armstrong takes drugs he should just shutup.

Tell that asswipe to crawl back under his rock.
Lemond Sucks!
Rich Jarvi

--------------------------------------------------------------------------

1

## Smith, Lisa

**From:** Will C. [will6899@yahoo.com]
**Sent:** Friday, July 16, 2004 1:58 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Will C. (will6899 @yahoo.com) on Friday, July 16, 2004 at 14:57:34
-------------------------------------------------------------------------

comments: Greg LeMond is sullying the reputation of your company by making unsubstantiated comments about Lance during the Tour. Trek should sell this company.  I will NEVER buy any LeMond product again!

-------------------------------------------------------------------------

1

TREK000229

**Smith, Lisa**

**From:** Jim Thurman [jamesdthurman@msn.com]
**Sent:** Friday, July 16, 2004 2:08 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Jim Thurman
(jamesdthurman@msn.com) on Friday, July 16, 2004 at 15:07:34
--------------------------------------------------------------------------

comments: I'm glad Greg lemond spoke up as he did, because it exposes him for what he is -
a spineless has been. Its really sad to hear such trashing of Lance Armstrong from a
fellow American who has difficulty supporting a true legend (something lemond wishes that
he was) because he SUSPECTS that doping is going on???!! I'd love to be in a courtroom and
watch lemond squirm as he sweats to defend himself under the same 'guilty until proven
innocent' banner that he(lemond) is waving in the foreign press.

I will NEVER buy ANY product that has lemond's name behind it! That's my answer to the
wimp (lemond) who's standing in the gutter! -you sound like a true bum!

--------------------------------------------------------------------------

1

TREK000230

## Smith, Lisa

**From:** Kim Martin [kwmartin1@hotmail.com]
**Sent:** Friday, July 16, 2004 2:18 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by Kim Martin (kwmartin1
@hotmail.com) on Friday, July 16, 2004 at 15:17:58
-------------------------------------------------------------------------

comments: I am very disappointed in the accusations of doping Greg LeMond has made against
Lance Armstrong.  I will never purchase a LeMond product.  Please forward this to the CEO
and CFO and let them know, they might want to tell Greg to shut his mouth or take his name
off their products.

Kim Martin
515 Family Circle
Jonesboro, GA 30238

-------------------------------------------------------------------------

1

TREK000234

## Smith, Lisa

from the email header

| | |
|---|---|
| **From:** | Wayne Deback [wayne_deback@yahoo.com] |
| **Sent:** | Friday, July 16, 2004 2:18 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Wayne Deback
(wayne_deback@yahoo.com) on Friday, July 16, 2004 at 15:17:34
--------------------------------------------------------------------------

comments: Tell Greg LeMond to put up or shut up regarding Lance Armstrong.  What a jerk.
Greg's a whiner from way back. I can respect what he did on the bike. I can't respect what
comes out of his mouth, and I will never buy any product with his name on it.

--------------------------------------------------------------------------

1



TREK000233

## Smith, Lisa

Below is the result of your feedback form.  It was submitted by Mark Curtis
(mcurtis@state.mt.us) on Friday, July 16, 2004 at 15:28:32
---------------------------------------------------------------------

comments: Greg,

Unless you have specific proof that Lance Armstrong is guilty of doping, you should keep
your mouth shut. Your were a great champion; you are only hurting yourself and the sport
of cycling with your mindless rants.

Mark Curtis

---------------------------------------------------------------------

1

TREK000238

| | |
|---|---|
| **From:** | gweeg@burnishine |
| **Sent:** | Friday, July 16, 2004 2:31 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-16 15:31:04

Name: greg weeg

E-Mail: gweeg@burnishine

Comments: Why is Greg Lemond speaking out against Armstrong? All I have to say is the purchase of the Lemond framset I was planning is now on hold. It must be a great comfort to the great people at Trek who sponsor Lance Armstrong (which builds and distributes Lemond bicycles)that they also represent a jerk in Greg Lemond. I admire Lance Armstrong, his spport of cancer research and his pursuit of the sixth and maybe a seventh yellow jersey. But I will not support a company by purchasing a bike or framset.

1

TREK000239

## Smith, Lisa

**From:** robert [robertpenniman@web01.trekbikes.com]
**Sent:** Friday, July 16, 2004 3:01 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by robert (robertpenniman) on
Friday, July 16, 2004 at 16:01:08
--------------------------------------------------------------------------

comments: Greg Lemonde is an idiot.  How can you work for someone who makes comments like
that about Lance Armstrong.  I would get a new job

--------------------------------------------------------------------------

1

TREK000245

**Smith, Lisa**

| | |
|---|---|
| From: | Peggy Spence [survivingreno@yahoo.com] |
| Sent: | Friday, July 16, 2004 3:04 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by Peggy Spence (survivingreno@yahoo.com) on Friday, July 16, 2004 at 16:03:36
-----------------------------------------------------------------------

comments: Hey. Why do you bother designing a bike for a piece of crap human being like Greg LeMond? I remember him at the Tour d'France... always whining about who was cheating him or how unfair people were at certain stages. Now Lance Armstrong has eclipsed him and all he can do is feed into France's inuendos of drug use. That would be the first thing LeMond would think of. Remember how his father misappropriated funds from his first company? The apple doesn't fall far from the tree. As for Trek being involved with such a self-centered, nonsupportive human being... well, I just want to say that I won't be looking at any of your products anymore when I purchase my next bike. There are lots of quality products on the market at a comparible price and I'll be shopping elsewhere and so will the rest of my family. Best of luck with your business relationship with LeMond. Hope you have a lawyer and everything in writing. You'll need it!

Peggy Spence

-----------------------------------------------------------------------

1

TREK000246

**Smith, Lisa**

| | |
|---|---|
| **From:** | bnalz [bnalz@msn.com] |
| **Sent:** | Friday, July 16, 2004 3:06 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by bnalz (bnalz@msn.com) on
Friday, July 16, 2004 at 16:06:13
---------------------------------------------------------------------------

comments: I will never be a customer of Greg LeMond's after his unfounded allegations
about Lance Armstrong. I feel foolish to have supported Greg LeMond in the past.If he has
evidence,present it,if not shut up!!

---------------------------------------------------------------------------

1

TREK000247

| | |
|---|---|
| From: | Teri Johnson [teri@portup.com] |
| Sent: | Friday, July 16, 2004 3:09 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form.  It was submitted by Teri Johnson
(teri@portup.com) on Friday, July 16, 2004 at 16:08:53
-------------------------------------------------------------------------

comments: Greg Lemond was out of line.  He has no business speculating Lance Armstrong
would be using drugs. This is certainly not the type of support you would expect from an
American.

-------------------------------------------------------------------------

1

## Smith, Lisa

**From:** nick [nib3@lafayette.alumlink.com]
**Sent:** Friday, July 16, 2004 3:13 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

Below is the result of your feedback form.  It was submitted by nick (nib3
@lafayette.alumlink.com) on Friday, July 16, 2004 at 16:13:13
------------------------------------------------------------------------

comments: I won't be interested in buying a frame from you all after Lemond's comments
regarding Armstrong.

The comments he made are a disgrace.  If there was proof it might be one thing.


------------------------------------------------------------------------

1

TREK000250

**Smith, Lisa**

| | |
|---|---|
| **From:** | chad@wishunt.com |
| **Sent:** | Friday, July 16, 2004 3:14 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| | |
| **Follow Up Flag:** | Reply |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-16 16:13:54

Name: Chad

E-Mail: chad@wishunt.com

Comments: ZAP,

Call up Greg Lemond and tell him to get ahold of himself!  Good God Man!  This guy is a
loose cannon.  I would not be surprized if you guys loose ton's of Lemond business because
of the attacks on Lance.  Check out this thred.

Later

Chad
Gary Fisher Mt Tam
Trek 2300

http://forums.roadbikereview.com/showthread.php?t=10197

1

TREK000251

| | |
|---|---|
| From: | John Harris [harrisj99@earthlink.net] |
| Sent: | Friday, July 16, 2004 3:22 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by John Harris (harrisj99 @earthlink.net) on Friday, July 16, 2004 at 16:22:14

---------------------------------------------------------------------------

comments: I'm disappointed in LeMond's statements implying that Lance Armstrong is using drugs. I have no idea if Armstrong uses drugs but I do believe in innocence until proven guilty. And until proven guilty, we need to respect hard work, intense focus that, thus far, is apparently not matched by the other Tour contenders.

---------------------------------------------------------------------------

1

TREK000255

| | |
|---|---|
| From: | eaddison@brierley.com |
| Sent: | Friday, July 16, 2004 3:38 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Erin

email_from: eaddison@brierley.com

comments: Please pass this comment on to Greg:

I think it\'s disgusting that he is accusing Lance of doping. But I guess jealousy gets in the way of reason & truth.

1

TREK000257

| | |
|---|---|
| **From:** | stefen_26@hotmail.com |
| **Sent:** | Friday, July 16, 2004 3:53 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Stefen Montag

email_from: stefen_26@hotmail.com

comments: Message to Greg, thanks for making up my mind on whether to buy one of your bikes to replace my aging bike. Attacking Lance without medical proof in the hopes of diminishing Lance and making himself America\'s premier cyclist and thereby sell more bikes is cheesy, tacky and without class. I\'ll buy a Trek instead.

1

TREK000258

| From: | bnatz [bnatz@msn.com] |
|---|---|
| Sent: | Friday, July 16, 2004 4:06 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

Below is the result of your feedback form. It was submitted by
bnatz (bnatz@msn.com) on Friday, July 16, 2004 at 16:06:13

comments: I will never be a customer of Greg LeMond's after his unfounded allegations about Lance Armstrong.
I feel foolish to have supported Greg LeMond in the past.If he has evidence,present it.If not shut up!!

1

0073

TREK000260



## Smith, Lisa

**From:** John L Snyder III [johnlsnyder@comcast.net]

**Sent:** Friday, July 16, 2004 4:08 PM

**To:** g11@earthlink.net; astark@thresholds.org; dherwig@hansondodge.com; Consumer, Lemond; cnnsi@cnnsi.com; Feedback@foxsports.com; sports@msnbc.com; askabcsports@abc.com

**Subject:** LeMond's Comments Regarding Lance

I just wanted to let Greg LaMond and anybody else know that I feel his comments regarding Lance Armstrong using drug enhancements was in very poor taste and showed extremely bad sportsmanship and if anybody is tarnishing the sport of cycling, it is Greg. I would encourage Greg to issue a public apology before this serves only to defame himself any further. How does one make such accusations without some proof?

The timing of his comment is terribly sad, right when Lance is in the middle of the TDF, poising to take control and win a record breaking 6th victory.

By the way, in all honesty, I do hope Greg is doing well health-wise, considering his having to deal with the muscle disease he was diagnosed with.

John Snyder
Frisco, Texas

7/21/2004

**Smith, Lisa**

From:          abc@yahoo.com
Sent:          Friday, July 16, 2004 5:03 PM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname:

email_from: abc@yahoo.com

comments: Greg LeMond sucks!  He\'s an idiot and you couldn\'t give me one of his piece of crap bikes!  His jealousy of Lance is sickening.  And to think that, like for Lance, Greg LeMond was my idol as a child.  What a disappointment.

1

TREK000264

## Smith, Lisa

**From:** Chandstrom@centurytel.net
**Sent:** Friday, July 16, 2004 5:28 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: David Landstrom

email_from: Chandstrom@centurytel.net

comments: My question is:
Why is Greg Lemond such a dick?

1

TREK000265

| | |
|---|---|
| From: | 10bcarpenter@comcast.net |
| Sent: | Friday, July 16, 2004 5:32 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Max Carpenter

email_from: 10bcarpenter@comcast.net

comments: I am so disgusted by Greg LeMond\'s unsubstantiated slandering of Lance Armstrong that I want to paint over the \"LeMond\" insignia on my bike. I\'d like to replace it with an \"Armstrong.\" I\'m sure a kit will be available eventually, but I can \'t find it on your site. Can you help me?

1

TREK000266

| | |
|---|---|
| **From:** | asdasd@asS.COM |
| **Sent:** | Friday, July 16, 2004 5:36 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Glenn

email_from: asdasd@asS.COM

comments: Hey Greg,
Sit your whiney ass down!

1

TREK000267

| | |
|---|---|
| **From:** | brad@bulltrend.com |
| **Sent:** | Friday, July 16, 2004 6:07 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Brandon Lloyd

email_from: brad@bulltrend.com

comments: To say I am disappointed with Greg Lemond\'s recent comments regarding Lance
Armstrong and drug use would be the biggest understatement I have ever made. Lemond
saying he was a supporter of Lance the first time he won the tour is a load of crap.
Lemond has never supported Armstrong, presumably because he cannot handle not being
America\'s only cyclist to win the tour. The fact is, Lance has never tested positive and
until he does, everyone has no room to talk  Going by Lemond's (and a great deal of
journalists') assumptions; we can all assume the Lemond took drugs when he won the Tour.
After all, riders were not tested then like they are today.

The sad thing is I WAS a huge Lemond fan and because of his success, I began bike racing.
Admittedly, my riding has lately turned to more towards touring than racing, although I
still closely follow professional racing and recently, I have been looking to buy a new
bike. However, with Lemond's recent comments with regards to Lance, there is no way I
will every buy a Lemond bike. My decision was down to a Trek 5900 or a Lemond, and I can
say after reading Lemond's comments, I plan on being proud owner of a Trek.

Lemond's comments have also caused me to doubt his stories with regards to Bernard
Hainault. In Lemond's book, he talks of extreme frustration because his director would
not let him attack Hainault in the 1985 Tour; even going so far as to say he would have
won if he was allowed to attack. However, from what I can tell of Lemond's character, I
must say that I now support Hainault over Lemond, something I would have never considered
a few years ago. It is evident to me that Lemond is an egotistical jackass who cannot
handle other people's success. I mean come on! Lance recovered from cancer and he came
back to win the Tour, something Lemond should be able to at least remotely relate to
because of his own hunting accident.

We also know that Lance's trains much harder than Lemond could have ever imagined. Maybe
this is the reason why Lemond cannot handle Lance's success. Lemond had the physical
gifts, although his lack of determination and motivation caused him to be a good rider
instead of a great one. Lance on the other hand, while physically gifted, also has the
mental strength which has made him one of the (if not the) greatest cyclist to ever ride a
bike. In writing this letter, I do not mean to be disrespectful to Lemond, especially
since he helped pave the way for American riders and since his career was cut short
because of disease. However, Lemond should be supporting Lance and be happy for him, not
resentful and bitter. Given the choice of meeting Lance or Lemond, I would choose Lance
any day.

1

TREK000268

| | |
|---|---|
| **From:** | efwilson@helios.acomp.usf.edu |
| **Sent:** | Friday, July 16, 2004 6:08 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Ed Wilson

email_from: efwilson@helios.acomp.usf.edu

comments: Please forward to Greg LeMond.

Dear Greg,

   I have been a fan of yours for many years now. I am grateful to you for the increased awareness that you brought to Americans of the sport of cycling.

   However, your recent criticism of Lance Armstrong in the absence of credible evidence seems most inappropriate. If you have evidence, please bring it forward — we need to know. Yet in the absence of support for your allegations, the negativity has the effect of adding a certain unpleasantness to the sport.

   As things currently stand, you can count on me to never purchase any LeMond bicycles or equipment in the future.

   I highly encourage you to consider a retraction — and to make it a powerful one, of which I'm sure you're very capable.

Ed Wilson

1

TREK000269

| | |
|---|---|
| From: | ej100@fastermail.com |
| Sent: | Friday, July 16, 2004 6:10 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: EJ

email_from: ej100@fastermail.com

comments: Our bike club has agreed to never buy your bikes because of the womanly,
classless and ignorant comments by Greg Lemond. We hope to organize a boycott of your
bikes with other clubs. We will, however, be sure to buy plenty of Treks.

1

**Smith, Lisa**

From: fpaoletto@charter.net
Sent: Friday, July 16, 2004 6:55 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: Fred Paoletto

email_from: fpaoletto@charter.net

comments: After hearing about Greg Lemond\'s comments about Lance Armstrong. He can count me as one of the people who will not buy another Lemond. Matter of fact put my Maillot Jaune up for sale yesterday. Don\'t want to ride a bitter mans bike. Fred Paoleto

1

| | |
|---|---|
| From: | jackronit@noos.fr |
| Sent: | Friday, July 16, 2004 6:58 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Jack Zimmerman

email_from: jackronit@noos.fr

comments: I am an American living in Paris for eleven years. I played professional sports in the 80\'s. Have a good job today in the business world. Greg Lemond lighted my interest in cycling, a sport I did not know existed until his performances in the Tour de France. I respect him. He was a champion. Could you please pass my email to him and tell him that he does not have to tear down Lance Armstrong to remain a champion. If he has nothing positive to say then he should remain quiet and be at peace with himself. His bickering lacks dignity, appears to be self-serving and serves no higher purpose. I do not know Lance Armstrong\'s intimate past but there is no better story than his present. The guy is sensational. Give him the respect he deserves.

1

| | |
|---|---|
| **From:** | skirugger@aol.com |
| **Sent:** | Friday, July 16, 2004 7:28 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| **Follow Up Flag:** | Read |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-16 20:27:46

Name: Jim Burckhard

E-Mail: skirugger@aol.com

Comments: Hello Trek,

   I would appreciate this e-mail being forwarded to the appropriate department.  Thank you.

   Today I read Greg LeMonds' comments concerning Lance Armstrong and the Tour de France.  While I believe that everyone is entitled to thier own opinion and I wouldn't want it any other way, I was extremely disappointed.

   So much so, that I decided to express my displeasure with Mr. LeMond by buying a different bike.  I have owned Trek bikes before and have recently (last month) purchased my wife a Trek 4500 MTB.  I think Trek makes a very good line of bikes.  Having always been a Mountain Biker, 2 weeks ago, I decided to try Road Biking and naturally turned to Trek.  I tested both the 1200 and the 1500 (having a budget of $700-$1200).  I also tested the LeMond "Reno", the Specialized "Allez", the Giant OCR2 & 3, and the Fuji "Newest".  Honestly the Choice that fit me was a tie between the Lemond "Reno" and the Fuji "Newest".

   After re-testing the Reno and the Newest, I was leaning slightly more in favor of the Lemond.  Mainly because I like to support Trek and Lance Armstrong.  I know that Trek and Lemond are produced together for the same company.

   I was so displeased with Greg Lemonds' critisism of a great rider, and a trek spokesperson, without any proof whatsoever, that I changed my mind and bought a Fuji instead.

   It was a tough decision because I do want to support Lance and buy the bikes of the company he rides for (Marketing works, eh?) however in this situation I would like for Trek to know just how Mr. Lemond has damaged an image that you at Trek work so hard to build up and preserve.

   I am sure that you know of the importance of brand-loyalty and I have to say that in the past I have recommended almost exclusively Trek to friends wanting to purchase bikes (and 3 of them have) and furthermore, once someone gets used to a certain type frame and ride, it is often that same company that gets the repeat purchases.

   I truly want to remain a Trek customer and hopefully will, as you have served my needs well in the past.

   I continue to support Lance Armstrong and the Trek Teams, but would like you to know how very disappointed that I am in another (Lemond) representaitve of your company.

   Thank you very much for your time.
Sincerely,
Jim Burckhard
email: skirugger@aol.com
(210) 364-8844
7811 Calvary Stage
San Antonio, Texas 78255

i

TREK000276

**Smith, Lisa**

From:             carollawlor@msn.com
**Sent:**             Friday, July 16, 2004 7:30 PM
**To:**               Consumer, Lemond
**Subject:**          Lemond 2004 Web site Feedback

realname: Carol Lawlor

email_from: carollawlor@msn.com

comments: Hi,
Can you please forward this message to Greg LeMond:
Dear Greg: I have been riding a LeMond Zurich for 2 1/2 years, and I think it\'s a great
bike, but you comment reported on the internet 2 days ago about the Lance Armstrong doping
witch hunt made me want to sell it and buy a Trek.
     I have learned to expect the kind of sour grape logic that seems to say \" no one
else has been able to do this so it must be dope\" from the French, but I would expect an
American to beleive more in \"innocent until proven guilty\". I think you comments
belittle you own acheivement as a 3 time winner. Carol Lawlor

1

TREK000277

**Smith, Lisa**

| | |
|---|---|
| **From:** | Tmcjury@rochester.rr.com |
| **Sent:** | Friday, July 16, 2004 7:35 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Tom McJury

email_from: Tmcjury@rochester.rr.com

comments: Please do me a favor...If you see Greg, tell him he is the biggest loser ever.
It\'s a shame that the only way he can get his name in the paper is to attack Lance.  He
was the laughing stock at the water cooler and in the fitness center at work today.  By
the way, I have this little Lemond wind trainer from Target...It\'s on the side of the
road now awaiting garbage pick up.  You suck.

1

TREK000278

**Smith, Lisa**

From: t_ahoughtaling@msn.com
Sent: Friday, July 16, 2004 7:42 PM
To: Consumer, Trek
Subject: Trek Bikes Contact Us

Follow Up Flag: Follow up
Flag Status: Flagged

Contact Us Form

Date: 2004-07-16 20:41:42

Name: Tom Houghtaling

E-Mail: t_ahoughtaling@msn.com

Comments: As I understand it Trek Owns Lemond Bikes... I have been a faithful owner of a Lemond Zurich for 3 years and have talked 3 of my friends into also purchasing Lemond Bikes.

But in the recent press Greg Lemond had been bad mouthing Lance Armstrong and questioning his record... When I hear Greg's comments it makes me sick!!! My first thought was how do I get the Lemond Decals off my bike.. Next thought was sending it back in 1000 pieces... Next thought was disassociate myself from anything having to do with Greg Lemond... As far as I am concerned Greg can think and do whatever he feels, but when his name is associated with a product that Trek is also associated with it also tarnishes the Trek name.

Not sure you can do anything, but as a consumer I think it is very important that you hear my views.. and I really don't want to ride another bike...

Thank You!!!

Tom

1

TREK000279