**Smith, Lisa**

| | |
|---|---|
| **From:** | buddadragon@yahoo.com |
| **Sent:** | Friday, July 16, 2004 7:44 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: T Morley

email_from: buddadragon@yahoo.com

comments: I was seriously looking at droping some big bucks on a custom bike. But after reading LeMond\'s STUPID comments directed at Lance Armstrong...Ill pass.

1

TREK000280



From: Consumer, Trek
Sent: Thursday, August 19, 2004 4:38 PM
To: Consumer, Lemond
Subject: FW: Greg Lemond

Thank-You
Vance McCaw
Trek/Fisher/LeMond
Klein/Bontrager Tech Support

-----Original Message-----
From: Kohner, Casey On Behalf Of ETrek Help
Sent: Tuesday, August 10, 2004 9:30 AM
To: Consumer, Trek
Subject: FW: Greg Lemond

Hi guys,

not sure how you are handling these.

Casey Kohner

-----Original Message-----
From: Joe Downs [mailto:joed@urbancom.net]
Sent: Friday, July 16, 2004 7:45 PM
To: ETrek Help
Subject: Greg Lemond

1

TREK000480

I could not find another place to let
Trek know my thoughts. I and my friends have many Trek bikes and I almost purchased a
Lemond. How anyone, including your company, could continue to be associated with this
low life will be a surprise to me. What he continues to do to the great
sport of cycle ling is a tragedy and I think you have power to bring him in. I apologize
for the venting. If you want you can send me his address. Thank you, Joe Downs
joed@urbancom.net

2

TREK000479

| | |
|---|---|
| From: | manimal1865@yahoo.com |
| Sent: | Friday, July 16, 2004 8:13 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Hank Snow

email_from: manimal1865@yahoo.com

comments: To whom it may concern....I wouldn\'t buy a bike with Greg Lemond\'s name on it even if it were the best bike in the world....I disagree with his bashing Lance Armstrong and making false accusations about his steroid use in teh Tour De France....did Greg Lemond use steroids to win his Tour De France victories...is this how he proclaims he knows Lance Armstrong is doing steroids because of his steroid use to win the races he won?  I expect more out of a fellow American.  I think Greg Lemond is just jealous that he did not do what Lance Armstrong is doing and I recommend he shuts his mouth to protect his own reputation before he destroys it.

1

TREK000282

**Smith, Lisa**

From:           dagriffiths@comcast.net
Sent:           Friday, July 16, 2004 8:14 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname: David Griffiths

email_from: dagriffiths@comcast.net

comments: My question is:
How can I remove my LeMond decals?
Thanks.
Dave

1

TREK000283

**Smith, Lisa**

realname: Tony

email_from: boodant@yahoo.com

comments: Whether or not Lance is guilty of doping, Mr. Lemond has a classless way of accusing him. He comes across as being really jealous and bitter. I used to think Lemond cycles were really cool, and was looking into getting one. I now know that I will never purchase anything with the Lemond name on it. Thanks Greg.

1

TREK000287

**Smith, Lisa**

| | |
|---|---|
| **From:** | g7855a@aol.com |
| **Sent:** | Friday, July 16, 2004 9:26 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-16 22:25:36

Name: gary schumacher

E-Mail: g7855a@aol.com

Comments: This message si for Mr. Lemond. To the extentyour company still associates with Mr. Lemond, I will avoid all future business contacts with your company.

To Mr. Lemond:

Your comments about Mr. Armstrong were surprising coming from you. You, of all cyclists, should know what can happen when a person applies themselves. By casting blame, I can only assume that you know of what you speak. In other words, Mr. Lemond, you must have used performance enhancing substances when you won the Tour after your recovery from the hunting accident. I don't believe that to be true, but as a middle aged American male, I have suffered through countless disappointments in my life.

Mr. Lemond, if you have proof then produce it. Otherwise, if you cannot say anything good, say nothing at all.

Gary Schumacher

1

TREK000291

| | |
|---|---|
| From: | merkin@telus.net |
| Sent: | Friday, July 16, 2004 10:00 PM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Contact Us Form

Date: 2004-07-16 23:00:19

Name: Brad Readman

E-Mail: merkin@telus.net

Comments: I felt the need to write this even if it is a little late. The fact that Greg
LeMond would attack a fellow cyclist in the way that he has attacked Lance Armstrong is
unbelievable. Not only is he attacking Lance Armstrong he is attacking the sport of
cycling? With out proof I may add. He says that cycling has changed since he raced. Yes,
in fact it has changed; they can now test for and detect performance enhancing drugs,
unlike the blood doping days of the LeMond era. I remember watching LeMond go for his
fourth tour win and getting shelled off the back and thinking that is was a sad day for
cycling... Now I think of that day a great day not only did a true champion emerge (Miguel
Indurain) but a chump was put in his place. What does LeMond want to prove? Is he trying
to improve the sales of his bikes? Maybe he needs another fifteen minutes of fame... I
have a LeMond bike, when I heard of the recent babbling of LeMond I felt like taking a
grinder to the stickers al  nd painting it with a can of spray paint. I wonder how Trek
bicycles feels as the parent company of LeMond bikes and here he is bashing the star
spokesmen for Trek. I truly believe like most of the public drug criticisms of late they
stem from jealousy and LeMond's current cry for attention is no different. It is truly a
shame that he needs to embarrass himself in such a way. Thanks Brad Readman

1

TREK000293

**Smith, Lisa**

From:              noneofyourbusiness@outbiking.com
Sent:              Friday, July 16, 2004 10:31 PM
To:                Consumer, Lemond
Subject:           Lemond 2004 Web site Feedback

realname: Lance Supporter

email_from: noneofyourbusiness@outbiking.com

comments: I would not bike a bike from Lemond as Greg cannot stand with role as an American cyclist being eclipsed and has to make baseless (without evidence) accusations of drug usage towards Lance Armstrong. Greg was a winer in the tour and is still one.

1

TREK000294

**Smith, Lisa**

From:           outbiking@outbiking.com
Sent:           Friday, July 16, 2004 10:33 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname: me

email_from: outbiking@outbiking.com

comments: I would not bike a bike from Lemond as Greg cannot stand with role as an American cyclist being eclipsed and has to make baseless (without evidence) accusations of drug usage towards Lance Armstrong. Greg was a winer in the tour and is still one.

1

TREK000295

| From: | s-sthompson@comcast.net |
|---|---|
| Sent: | Friday, July 16, 2004 10:40 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Steve Thompson

email_from: s-sthompson@comcast.net

comments: Please forward to: Greg Lemond

I have been test riding bikes for a few weeks now, and I love the Lemond spline design bikes. I like the geometry and the feel of the ride. I\'ve pretty much decided that the is the bike I like best and the Ti/carbon (Tete de course?) is the way to go. It\'s taken me awhile to arrive at this decision, but I am quite confident that I\'ve found the best bike for me.

I am saddened tonight to read your comments on Velonews website regarding Lance Armstrong. You mentioned that you\'ve kept quiet for 3 years... I find it suspect that NOW, during his quest for the record #6, you voice your comments. Lance is most likely the most tested athele ever and has never tested positive. I didn\'t read anything where you said you had proof, yet unlike our US justice system, it appears you joined the camp of a few others destined to find him guilty without any proof.

To speak your mind is one thing, but your timing is outright suspect. It pains me to say it but I now question if I want to put my money in your pocket and if I want to ride around on a bike with your name on it. Most likely Lemond Bikes and College Park Bikes (in College Park, MD) will not get a sale.

Sincerely,
Steven Thompson

1

TREK000296

**Smith, Lisa**

realname: Joe Rayburn

email_from: skorcher@graffiti.net

comments: Dear Lemond Bikes,
I read in today\'s newspaper that Greg Lemond has made baseless allegations about Lance
Armstrong regarding drug use & doping. I encourage Trek to drop the Lemond name on all
products. His name represents malicious envy and he is no longer regarded as a former
champion. Due to these remarks, I and my 500 member bike club plan to boycott all Lemond
products until a formal apology is issued.

Sincerely
Joe Rayburn

1

TREK000297

**Smith, Lisa**

**From:** tcmgr@earthlink.net
**Sent:** Friday, July 16, 2004 10:53 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Terry Clark

email_from: tcmgr@earthlink.net

comments: Mr. Lemond

Where do you get the unmidigated balls to be critical of the greatest cyclist and fellow american Arstrong? Unless you physically saw him take drugs, you have no right to comment on anything. You have done nothing more than increase the size of the shadow that you exist in. I hope you suffer on a personal and business level for your jealous behavior. Here\'s to your chapter eleven.

Terry Clark
Tallahassee Fl.

1

TREK000298

**Smith, Lisa**

From: miele@cox.net
Sent: Friday, July 16, 2004 10:55 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: Dennis Wagoner

email_from: miele@cox.net

comments: Greg LeMonds comments on RSPN July 16th appeared to be more envy than common sense. By his own admission he had no first hand knowledge of anything. I wouldn\'t want to own a product associated with such conduct. A public apoligy would go a long way to restoring Mr. LeMonds credibility.

1

TREK000299

**From:** rally.ken@sbcglobal.net
**Sent:** Friday, July 16, 2004 11:05 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-17 00:05:13

Name: Ken Arnold

E-Mail: rally.ken@sbcglobal.net

Comments: To the Employees at Trek Bicycles,
Thank you for making great bicycles and most of all supporting Mr. Armstrong in his efforts be it winning the Tour de France and helping cancer victims and survivors. The purpose of this "e" mail is to let you know that your corporate ties with Mr. Greg Lemond do your company a great disservice. I was a great fan of Mr. Lemond and looked up to himwhen I was younger. While I will never forget his great win of 8 seconds over Mr. Jalbert, I will never forgive or forget the comments he made today about Lance Armstrong. Mr. Lemond's comments were totally unfounded in fact and substance, they were actually childish, he is a poor sport and a bad example to young people all over the world. No matter what his personal beliefs are he should have kept them to himself and his timing is suspect, it appears that he would like to distract and discourage Mr. Armstrong on his attempt at a sixth tour win. I enjoy my Trek bicycle and I have been looking forward to my next new road bike, and wh: ile I had previously considered a new Lemond Zurich, I will now look elsewere as I could not ride anything that bares the name of a man that has let himself fall from champion to chump by attacking Mr. Armstrong and ultimately everthing he represents including your company. Please read this to the CEO of Trek and do not let Mr. Lemond's comments drag down the company employees or affect their morale. Just distance yourself from Mr. Lemond in public please. I wish you all the success that you deserve, but for Lemond I hope he is big enough still to apologize, if not may he eternally suffer the consequences of free speech combined with making poorly timed, stupid comments in public. One Customer, Ken Arnold

1

TREK000301

**Smith, Lisa**

From:          enapeter@microsoft.com
Sent:          Friday, July 16, 2004 11:18 PM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname: Peter Reynen

email_from: enapeter@microsoft.com

comments: Hey guys,

Why does your Greg feel so compelled to rip Lance Armstrong. It smells of business, not of ethics.

Ethics would call for Greg to shut up if he doesn\'t have any proof of doping.

If Lance decides to get into the bike business, it might take Lemond\'s business with it, so if Greg is worried about the business, he should make good bikes and not worry about Lance.

This bitter contest of words does more harm than good for Lemond Bicycles, because I am in the midst of buying a bike. I am looking for a $2-2500 bike, and there are plenty of good competitors in that range.

Having said that the words coming out of Greg Lemond make me reconsider my choice of bikes, and I have resolved not to buy a Greg Lemond bike. The Lemond bike was on my top two list.

Do you think I am shortsighted... I don\'t think so, I think that I would promote anyone that is good for cycling, and unless Greg has some proof, he should be quiet. It hurts his business, and the community at large.

For the record, I, and others that have followed Lance are all getting sick of the Lance this, and Lance that, but that takes nothing away from the accomplishments of Lance Armstrong. There is no doubt that all of us are sick of hearing Lance\'s name, but this is Lance\'s turn to try to win SIX Tour de France\'s. Six is a huge number in the Tour de France, so everyone should expect the Lance hype to get deep, and learn to just accept it. There are people today, unfortunately, that do not remember Greg Lemond, who\'s work in the Tour de France set the stage for everything related to the Tour in the US. Lemond is probably responsible for having the Tour televised in the US. His work set the stage for young cyclists like Hamilton, and even as Armstrong has suggested, even ARmstrong himself.

Lance\'s accomplishments stand on their own.

Greg, get used to it, and get over it!

Peter Reynen

1

TREK000302

**Smith, Lisa**

From: bluglass@harborside.com
Sent: Saturday, July 17, 2004 12:04 AM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: Gary Romele

email_from: bluglass@harborside.com

comments: PLEASE PASS THIS ONTO GREG LEMOND...

I can\'t believe what Greg is saying in the papers. Is this guy an idiot? I use to respect Greg and looked up to him. I got into the sport of cycling just because he was such an awesome role model. His ordeal with the shooting accident. I thought he brought the sport of cycling in the USA up to the level of our european counterparts.

But his last outburst against Lance Armstrong is over the top. How can he accuse Lance without NO prove! He could of at least held his tongue until it is proven the he is involved with dopping. I have lost total respect for Greg and will look elsewhere for my cycling needs. I cannot support someone who spews such unfounded allegations! Sorry Greg, you\'ve made yourself the biggest DOPE!

I hope and pray that the allegations are false and I would wish that, instead of accusing Lance, that you should feel the same way. Shame on you Greg! Instead of supporting another american, you are trying to = smear his defining moment.

At least have the courage to apologize and retract your unfounded statements and try to repair the damage that has already been done by you...

Gary Romele
Oregon=20

1

TREK000306

**Smith, Lisa**

From:
Sent:
To:
Subject:

jcreese@sbcglobal.net
Saturday, July 17, 2004 12:20 AM
Consumer, Lemond
Lemond 2004 Web site Feedback

realname: Joel Reese

email_from: jcreese@sbcglobal.net

comments: Please pass this along to Greg LeMond:

I will never buy one of your bikes after listening to how much you\'ve harangued Lance Armstrong -- especially during the Tour. If you need attention like a pathetic little puppy that\'s been alone in the house for too long, that\'s one thing. But to make these allegations that are little more than groundless opinion DURING the Tour, that is completely wrong and you should know it. You sound like a petulant little whiner and you need to simply let it go. You come across as nothing more than bitter old man, and in the realm of public opinion, you will only make yourself look absurd and jealous. Do you think there\'s any athlete in the world who\'s been tested more than him? Wouldn\'t any journalist or doctor love to prove that he\'s a doper? He\'d be set for life. And the best anyone can do is these anecdotes and second-hand suppositions. Seriously, you need to just shut up. To go after a fellow American who\'s been an inspiration to literally millions of people, while he\'s ! trying to set a record, is nothing more than pathetic. I\'m not one girl and go after him so virulently during the Tour is appalling. So congratulations -- you\'ve lost one potential customer with this weak little display, and you\'ve absolutely sullied your reputation and made yourself look like an angry loser. Nice job.

Joel Reese
Chicago, IL

1

TREK000309

**Smith, Lisa**

| | |
|---|---|
| **From:** | ggorski@yahoo.com |
| **Sent:** | Saturday, July 17, 2004 12:48 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: gene gorski

email_from: ggorski@yahoo.com

comments: I use to be a fan of yours but you have dropped like a rock.  If you have
evidence of Lance doping then show it.  If not then just go back to  your little bike shop
and be quiet.  Why must a man of your caliber try to tear down Lance Armstrong and all he
has done for cycling in this country.  Enjoyed watching you ride but your behavior now is
terrible. Sincerely, Gene Gorski

1

TREK000310

**From:** Cchristiansen@yahoo
**Sent:** Saturday, July 17, 2004 1:04 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Carl

email_from: Cchristiansen@yahoo

comments: Hey Greg,

You are the perfect roll model for my children.  I point out to them that to act with out
humility or respect is to act like Greg LeMond.  It is easy to recite others opinions and
\"reporting\" to protect you interests.  But to hold your tongue when you don\'t know the
facts is honorable.

1

TREK000311

| | |
|---|---|
| **From:** | tokyo@web01.trekbikes.com |
| **Sent:** | Saturday, July 17, 2004 5:14 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: tokyo

email_from: tokyo

comments: Greg, shut up about Lance Armstrong. I am already telling anyone I know to not
buy Lemond bikes, and will continue until you desist slandering Armstrong.

1

TREK000312

**Smith, Lisa**

| | |
|---|---|
| **From:** | tkweyer@netzero.net |
| **Sent:** | Saturday, July 17, 2004 8:02 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Keith Weyer

email_from: tkweyer@netzero.net

comments: Just read the ESPN article about Greg bringing up his old news from 2001 again in 2004. Recently test rode a Lemond bike in Evansville, IN at a local bike shop. Lances \"camp\" was right. The negative publicity about Greg\'s sour grapes will hurt his bicycle sales. I speak from personal knowledge as he just lost a sale to me. I will now never buy a Lemond bike. Time to move on Greg! 2001 is old news! I use to respect Greg Lemond equally with Lance Armstrong. Now I don\'t respect Greg Lemond at all. He simply comes across as a major league sour grapes sore loser. Please forward to the marketing department. Thanks for listening!

1

TREK000314

| | |
|---|---|
| From: | berryz@joink.com |
| Sent: | Saturday, July 17, 2004 8:28 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: ScottBerry

email_from: berryz@joink.com

comments: Sirs,

This is not a technical question but I cannot find any links to Lemond Management.
I am currently on my third Lemond bike (2004 Maillot Jaune) and have always been very happy with all aspects of the bikes.
However in recent light of Greg Lemond\'s damning verbal shots of Lance Armstrong, all of my Lemond bikes are for sale and I will replace them with another brand.
As I get into cycling I admired Greg\'s accomplishments on a bike and considered him the first true American cycling hero. I am not sure why he feels the need to make the comments that he has made in recent years but I can tolerate them no longer.
I will follow this e-mail up with one to Trek asking them to dump the Lemond brand (Trek manufacturing and distribution kept Lemond bikes alive).
I like to buy American and support American based companies but will not in anyway support Greg Lemond or the brand that bears his name.

Scott Berry
104 East Street
Redmon, IL  61949
217-884-2303

1

TREK000315

## Smith, Lisa

**From:** berryz@joink.com
**Sent:** Saturday, July 17, 2004 8:38 AM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-17 09:37:54

Name: Scott Berry

E-Mail: berryz@joink.com

Comments: Sirs,

I have recently purchased my third Lemond road bike (2004 Maillot Jaune) and have always been very happy with these machines.

In light of greg Lemonds most recent comments regarding Lance Armstrong, all three of my Lemond bikes have been listed for sale on E-bay and I will never own another bike that is associated with Greg Lemond's name.

I would like for Trek to drop the Lemond line and distance themselves from Greg Lemond.

Lance Armstrong has taken the ground work layed by Greg Lemond to push cycling in America to an all time high. Lance has instilled a form of pride in the American cyclist and I can no longer tolerate Greg Lemond's unproven comments.

I want to support American business but will not be able to support Trek or any of their other cycling brands until Greg Lemond is put into his place and the company that bears his name is no longer part of Trek.

Thank you for your time.

Scott Berry
104 East St.
Redmon, IL 61949
217-884-2303

1

TREK000316

| | |
|---|---|
| From: | No1uknow@mac.com |
| Sent: | Saturday, July 17, 2004 11:40 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: No1uknow

email_from: No1uknow@mac.com

comments: Hey pass this along to that sorry sack of crap Greg LeMond ....

Hey, you sour old washed up jackass......can\'t stand to see some other American tearing it up in France huh? His hard work, committment and talent makes your days in France look insignificant. Nobody gives a shit about you or your lousy bikes. I would be ashamed to ride something your your name on it and I\'ll see to it that everybody I ride with and myself badger and hummiliate everybody we see on one of your rolling peices of trash. (Gladly, this will be an easy and infrequent occurance because not too many people ride your junk anyway!)

He was and is clean ...as are all the Postie\'s.   You probably were not and you were not that great anyway!

Up yours Greg......you idiot!

TREK000320

1

**From:** brianmellott@yahoo.com
**Sent:** Saturday, July 17, 2004 12:30 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: brian mellott

email_from: brianmellott@yahoo.com

comments: I\'m really disappointed in Greg\'s apparent sour grapes attitude regarding Lance and doping. After reading Michele Ferrari\'s column I doubt that Greg was clean either. What makes this worse is he has his wife chiming in also. What good did this do? Whining. Greg\'s comments were unfortunate as I was within a week of buying a new bike and was considering a LeMond. I know that I will not buy any products with his name on them now.

1

TREK000321

| | |
|---|---|
| From: | gregpklein@msn.com |
| Sent: | Saturday, July 17, 2004 12:43 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: angry sob

email_from: gregpklein@msn.com

comments: no offense to tech support,but greg lemond can kiss my a$$.go lance and go trek the best bikes on the planet!

1

TREK000322

**Smith, Lisa**

From:           hemmbm@hotmail.com
Sent:           Saturday, July 17, 2004 1:04 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname: Mike Mitchell

email_from: hemmbm@hotmail.com

comments: Greg Lemond is anti-American jealous has-been. Lance is an American hero.

1

TREK000323

**Smith, Lisa**

realname: Joe Smith

email_from: sbas54@yahoo.com

comments: Fuck You

1

TREK000324

## Smith, Lisa

realname: Ron B

email_from: rmisc@comcast.net

comments: Dear Mr. Lemond and Lemond Employees, I own a 2002 Zurich.  As I am 6\'8\" with a long torso, this bike\'s geometry was a perfect choice.

I CANNOT TELL YOU HOW SAD I AM TODAY OF MY DECISION TO PURCHASE A BIKE FROM YOUR COMPANY, GIVEN YOUR RECENT COMMENTS REGARDING LANCE ARMSTRONG.

I always felt that I would at some time in the future upgrade to one of your higher end models.  However; going forward, I\'ll spend whatever it takes (perhaps a custom Zinn) to get a bike that fits (other than a Lemond).

Please in the future, think twice before you make public accusations without solid evidence or proof of wrong-doing.

Your comments (minus proof) only bring you down and diminish your tremendous cycling accomplishments.  If you were smart, you would make a formal public apology for your comments and fess up to feeling a \'bit\' of jealousy over Lance\'s tremendous success.

I have the Black Tape out of the tool chest and am heading out to the Zurich to tape over the Name Lemond.

A former satisfied Lemond Bike customer.

Ron B.

1

TREK000325

**Smith, Lisa**

realname: cyclist

email_from: cyclist@cycling.com

comments: After Greg\'s embarrassing, poorly-timed, and bitter comments this week about Lance Armstrong, I will never purchase a Lemond bike and will criticize anyone who does.

1

TREK000326

**Smith, Lisa**

| | |
|---|---|
| From: | ccummings@stanfordalumni.org |
| Sent: | Saturday, July 17, 2004 1:50 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Chris Cummings

email_from: ccummings@stanfordalumni.org

comments: Please pass along to your PR group.  Thanks to Greg\'s comments in the press recently, I would never even consider buying your product.  And no, I don\'t ride Trek.

1

TREK000327

**Smith, Lisa**

| | |
|---|---|
| From: | durham.g@monarchfpd.org |
| Sent: | Saturday, July 17, 2004 2:25 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: gary durham

email_from: durham.g@monarchfpd.org

comments: I cant believe what Lemond is saying about Lance. I will boycott any store that sells your bikes. You are not helping the sport or the american image.

1

TREK000328

## Smith, Lisa

**From:** bradkurtz@hotmail.com
**Sent:** Saturday, July 17, 2004 2:52 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Brad Kurtz

email_from: bradkurtz@hotmail.com

comments: Wow! Talk about sour grapes! Lemond is coming off like a third grader with axe to grind. Get him to shut up! I\'ll be buying Trek bikes, Greg needs a maturity pill...and I did like him before this latest round of childish BS.

If Armstrong does cheat Greg - be a man and go prove it, don\'t whine like a baby!

1

TREK000329

**Smith, Lisa**

From:               cjdantinne@comcast.net
Sent:               Saturday, July 17, 2004 3:09 PM
To:                 Consumer, Lemond
Subject:            Lemond 2004 Web site Feedback

realname: cj dantinne

email_from: cjdantinne@comcast.net

comments: My wife and I purchased a LeMond Buenes Aires two years ago for her and now I am regretting the decision. Greg\'s comments on Lance are proof he is jealous and are un-called for. Let Lance win and celebrate, in the meantime, I am going to give her bike away and purchase whatever Lance endorses. Shame on Greg and his company, you just lost a customer, and I am sure I am not alone.

Regretfully,

cj dantinne

1

TREK000330

| From: | stover2142@yahoo.com |
| Sent: | Saturday, July 17, 2004 4:07 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Roger Penrose

email_from: stover2142@yahoo.com

comments: Why would you ride a LeMond bike?  Who wants to be associated with Greg LeMond?
Americans don\'t like him, Europeans don\'t like him...why does he continue to bash
current riders in the press?

Give it up Greg.

1

TREK000331

**Smith, Lisa**

From:          bioengineer@comcast.net
Sent:          Saturday, July 17, 2004 4:39 PM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname: Todd

email_from: bioengineer@comcast.net

comments: I recently have been browsing for a new bike. Lemonds have always been on my list as potential candidates. Of course that was before Greg Lemond\'s ignorant comments made to LeMonde newspaper. I will no longer continue to search for a Lemond product, now or in the future. Please pass this on to management.

TREK000332

| | |
|---|---|
| From: | the_hawk8@hotmail.com |
| Sent: | Saturday, July 17, 2004 5:04 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Todd Hawkins

email_from: the_hawk8@hotmail.com

comments:

for lack of a better place to send this email, you in tech support get it. PLease forward iut to the appropriate party:

I am looking to buy a road bike and I had considered Lemond Bikes. No longer though. I read yesterday that Lemond said that Lance has to be taking drugs and doping. Great, another swing at him while he is going for six. I can\'t believe Lemond would do such a thing, as another American cyclist, etc. The thing that is really infuriating ie that,of course, he has no proof. More baseless allegations with no foundation. If ANYONE is doping they should be exposed, but subjected to countless accusations with no proof.

1

TREK000333

**Smith, Lisa**

| | |
|---|---|
| **From:** | kpinder@fuse.net |
| **Sent:** | Saturday, July 17, 2004 5:10 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: ken pinder

email_from: kpinder@fuse.net

comments: I once considered buying a LeMond as my next bike. This is no longer a consideration. Greg\'s big mouth cost him a sale. Please Greg, do everyone including yourself a favor and stop your whining.

1

TREK000334

| | |
|---|---|
| **From:** | chris@johnlscott.com |
| **Sent:** | Saturday, July 17, 2004 5:24 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Chris

email_from: chrisr@johnlscott.com

comments: To whom it concerns-
Understanding my comments do not concern the TECH dept, I still felt compelled to comment
and this was the only location on the website I could locate.

To be brief, I am a cycling fan. I find it inspiring & just plain exciting. I remember
watching Greg LeMond over take Fignon (sp.?) on the final day and just could not contain
my enthusiasm. The same goes for the years during the Indurain reign and now with Lance
Armstrong over the last 5yrs. I am up w/ the sun watching OLN.

But, I am confused by Greg LeMond\'s recent comments about the Tour\'s latest \'king\'.
It could be spun many ways. Truth, b/c he knows all, sour grapes b/c his time on the bike
has passed & he feels his legacy may be overshadowed, desperate b/c he has bikes to sell
and as we all know, Lance rides TREK and TREK gets a ton a mileage this time of year or
merely speculation b/c it was common practice during his years as a pro and everyone knows
that \"if you are that good you must have cheated\", right.

I tend to believe a little of all. But, I really feel it is b/c Greg feels no one can be
THAT successful w/o dope. My question, (& I am sure the one many others are asking) does
this line of reason include Greg LeMond as well. Is this why he is so certain that Lance
dopes or did dope? Does Greg know what it looks like b/c he looked the same way? If so,
maybe he should preface his agrument w/ that bit of anecdotal evidence and then maybe
others might be more receptive. Whatever his reasons...

Greg LeMond should be proud to be such a huge part of an awesome sport and event. If
Lance is enhanced, time will tell. \'Greatness is oft displayed by not what we say but
what we do not\'. Is not the cycling world big enough for Greg & Lance or better still,
LeMond Bikes and whomever he feels threatened by?

Thank you listening.
Chris Rowell
Lake Oswego, Oregon

TREK000335

**Smith, Lisa**

From:     Nobody [nobody@web03.trekbikes.com]
Sent:     Saturday, July 17, 2004 6:01 PM
To:     Consumer, Lemond
Subject:  Lemond 2004 Web site Feedback

realname:

email_from:

comments: Produce the proof or shut up Lemond

1

TREK000336

**Smith, Lisa**

From:           Nobody [nobody@web01.trekbikes.com]
Sent:           Saturday, July 17, 2004 6:09 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname: Doug Cunningham

email_from:

comments: Tell Greg that I wouldn\'t ride one of his bikes if it was free, thanks to all his support of Lance. Jerk. To think I used to idolize Greg. Hmmf.....

1

TREK000337

**Smith, Lisa**

From:           K3TEV@AOL.COM
Sent:           Saturday, July 17, 2004 7:26 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname: ED GASPER

email_from: K3TEV@AOL.COM

comments: TODAY I PURCHASED A TREK 1500 FROM THE BICYCLE CONNECTION IN COCKEYSVILLE,MD. I WAS GOING TO TEST RIDE A LEMOND CYCLE EQUAL TO THE 1500 AT RACE PACE, ELLICOTT CITY MD. BUT AFTER HEARING MR. LEMOND\'S UNFOUNDED ACCUSATIONS ABOUT LANCE ARMSTRONG I WILL NEVER PURCHASE A LEMOND CYCLE.

MR. LEMOND- WHY DURING THE TOUR? NEED PUBLICITY?
WHAT WERE YOU THINKING?

1

TREK000338

**Smith, Lisa**

realname: BD

email_from: nalapombu@hotmail.com

comments: Can you give me a retail price for the Big Sky SLT and the other 2 that are in that same class?

Thanks
BD

1

TREK000339

| | |
|---|---|
| **From:** | stefan.cooper@thedailytimes.com |
| **Sent:** | Saturday, July 17, 2004 11:02 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-18 00:02:00

Name: stefan cooper

E-Mail: stefan.cooper@thedailytimes.com

Comments: Since Trek owns Lemond bicycles, I was wondering if you guys have a statement of any kind on Lemond's comments this week concerning Lance Armstrong and doping. This thing is absolutely awful. What gives? Thank you,
Stefan Cooper

1

| | |
|---|---|
| From: | rtjones@ride2survive.org |
| Sent: | Saturday, July 17, 2004 11:13 PM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Contact Us Form

Date: 2004-07-18 00:12:59

Name: Rich Jones

E-Mail: rtjones@ride2survive.org

Comments: Last summer after my Cannondale T2000 was stolen I had a chance to buy a new bike. After studying what was available for quite sometime I settled on a LeMond Buenos Aires. I have been very happy with the bike's performance and handling. I choose the bike in part how it looked, how it felt and the name. I wrestled between a comparably equipped yet much cheaper Jamis and the LeMond. I settled on the LeMond because it was a name I knew.

But now after Mr. LeMond's unfounded attack of Lance Armstrong this week, I am sad to say I no longer wish to own a bike that features Mr. LeMond's name. I feel by riding a bike that features his name, I am supporting Mr. LeMond. I am very active fund raising for the Lance Armstrong Foundation through the Peloton Project, I and do not want give anyone the idea that I support in anyway Mr. LeMond. Would you please consider replacement of my frame for a similar Trek or Klein. I know this sounds a little harsh but I strongly feel that your spokesmen has devalued the product I purchased.

Thank you for your consideration. If you have any questions please feel free contact me.

Rich Jones
614-306-6511
rtjones@ride2survive.org

1

**Smith, Lisa**

realname: brad

email_from: brad@yahoo.com

comments: My LeMond will never again see the light of day - How could Greg say that about Lance - Jealousy has never been so transparent

1

TREK000342

## Smith, Lisa

realname:

email_from:

comments: I was goiong to send a comment to the offical Greg LeMond web site, but its having some problems. It could be that everyone is trying to tell him about his recent comments on Lance A. I was thinking of a LeMond bike, not any more and I WILL BE SURE TO GET OTHERS ON MY SIDE. TREK HERE WE COME.

1

TREK000343

From: Ellmer@comcast.net
Sent: Sunday, July 18, 2004 1:27 AM
To: Consumer, Trek
Subject: Trek Bikes Contact Us

Follow Up Flag: Follow up
Flag Status: Flagged

Contact Us Form

Date: 2004-07-18 02:27:19

Name: Steve

E-Mail: Ellmer@comcast.net

Comments: It's time for Trek to seriously reconsider it's relationship with Greg LeMond. His comments in the French press are in-excusable. I was wholly dissapointed in his actions and he tarnishes the name of Trek Bicycles.

1

TREK000345

| | |
|---|---|
| **From:** | elldurham@hotmail.com |
| **Sent:** | Sunday, July 18, 2004 1:40 AM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-18 02:39:37

Name: Eliote Durham

E-Mail: elldurham@hotmail.com

Comments: Just to let you know, due to Greg Lemond's continuing negative comments regarding Lance Armstrong. I have eliminated Lemond bicycles as purchase option from here on out. I was deciding between a Lemond and a Litespeed - now I will purchase a lovely Litespeed. I will also refrain from encouraging people to purchase Lemond cycles (but not Trek, obviously).

I know that TREK has no control over Mr. Lemond's statements but I felt you should know as the manufacturer that his statements affect the public's purchasing choices.

Sincerely,
Eliote Durham

1

TREK000346

**Smith, Lisa**

From:           carrypond@hotmail.com
Sent:           Sunday, July 18, 2004 9:43 AM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname: Jack Bailey

email_from: carrypond@hotmail.com

comments: Greg LeMond use to be a hero of mine. But, after read todays ESPN story where Mr. LeMond \"again\" puts down Lance Armstrong, accusing him of doping, for the 2nd time I have put his name in my trash can.

Him and his products can go to hell.  Jealousy is debilitating and Mr. LeMond has surely lost it.....

1

TREK000349

**Smith, Lisa**

realname: Chris Shelley

email_from: bikeit@mindspring.com

comments: Maybe Trek should get rid of the Lemond line of bikes if Greg has a problem with Lance. I would be more than happy to get rid of my Le Victoire for a bike with Armstrong on it. It\'s almost embarrassing to ride now. Thanks

1

TREK000350

**From:** ob_16@hotmail.com
**Sent:** Sunday, July 18, 2004 12:50 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: scott bensinger

email_from: ob_16@hotmail.com

comments: I own 2 lemonds bikes..one is the last year maillot jaune..After listening to
greg lemond whine about lance and drugs on oln and in print(whether his is right or wrong)
I can assure you I will not buy another lemond bike again..He can really piss people off..
I was in fact looking at this years tete de course at maplewood cycles in st louis but can
assure you I would not buy your product again..not due to quality but due to greg lemond
and his mouth..

1

TREK000351

**Smith, Lisa**

| | |
|---|---|
| From: | kpinder@fuse.net |
| Sent: | Sunday, July 18, 2004 1:44 PM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Contact Us Form

Date: 2004-07-18 14:44:24

Name: ken pinder

E-Mail: kpinder@fuse.net

Comments: Put a muzzle on LeMond. He's an idiot.

1

TREK000352

**Smith, Lisa**

From:              Nobody [nobody@web01.trekbikes.com]
Sent:             Sunday, July 18, 2004 2:43 PM
To:                Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname:

email_from:

comments: Can\'t imagine owning a Lemond bicycle after the comments about Lance.

Are you guys looking for jobs?

1

TREK000353

**Smith, Lisa**

From:            kpcoleman@hotmail.com
Sent:            Sunday, July 18, 2004 5:02 PM
To:              Consumer, Trek
Subject:         Trek Bikes Contact Us

Follow Up Flag:  Follow up
Flag Status:     Flagged

Contact Us Form

Date: 2004-07-18 18:01:36

Name: Kelly Coleman

E-Mail: kpcoleman@hotmail.com

Comments: LeMond suggests Armstrong is doping http://www.msnbc.msn.com/id/5444507

Dear Trek,

Greg LeMond has gone from being a cycling hero to a cycling zero because he can't keep his big mouth shut. His bad mouthing of Lance is not only bad for cycling, it's bad for your business. I hope you end your relationship with him and send that bitter jerk packing!

Regards,

Kelly Coleman
Minneapolis, MN

1

TREK000354

**Smith, Lisa**

realname: christian

email_from: cmdadagian@comcast.net

comments: Greg Lemond\'s comments regarding Lance Armstrong were in extremely poor taste
and greatly reduced my opinion of him. I am going to sell my 2004 Lemond Zurich and 3 of
my friends are going to sell the Lemond cycles as well. It\'s not as though we worship
Lance or even like Trek bikes. We just thought the primary representative of our cycles
would have a bit more class, he made a big mistake.

1

TREK000356

| | |
|---|---|
| **From:** | msteats@yahoo.com |
| **Sent:** | Sunday, July 18, 2004 8:29 PM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-18 21:29:07

Name: Mac

E-Mail: msteats@yahoo.com

Comments: This email concerns the following Lemond quotes:
1. "The problem with Lance is that you're either a liar or you're out to destroy cycling," said Lemond who won in 1986, 1989 and 1990. 2. "Lance is ready to do anything to keep his secret but I don't know how long he can convince everybody of his innocence."

These examples of Lemond's attitude show he is just a bitter, pathetic loser.

Lemond says, "Lance is out to destroy cycling?" What is Lemond out to destroy? Someone's hope to survive cancer? Lance is a ray of hope to all cancer patients. Like it or not, this is part of what Lemond is attacking. Lemond is a cold, thoughtless, mean-spirited person.

Lemond just doesn't know when to shut up! I should probably just get used to Lemond's behavior, but I can't. Well, I for one have heard enough of his crap year after year. It's time to hit Lemond where it hurts - his wallet. I own a Litespeed, but I WILL NEVER BUY A LEMOND BIKE for myself or my kids!!!

If I was CEO of Trek Bicycles I would stop manufacturing Lemond bikes because Lemond's statements reflect directly on Trek as a sponsor of the United States Postal Service cycling team.

1

TREK000357

## Smith, Lisa

**From:** Nobody [nobody@web02.trekbikes.com]
**Sent:** Sunday, July 18, 2004 9:41 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname:

email_from:

comments: Sour grapes Greggy boy. Either prove something or shut up. If Armstrong wins again, you\'ll be nothing but a bad memory. I hope people ignore your bikes. Snotty pricks deserve as much

1

TREK000359

**From:** pstonge6@nbnet.nb.ca
**Sent:** Sunday, July 18, 2004 10:25 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Pierre St-Onge

email_from: pstonge6@nbnet.nb.ca

comments: Lemond sucks!!!!!

Long Live Armstrong!!!!

1

TREK000360

## Smith, Lisa

realname: Paul

email_from: qtron@riseup.net

comments: How much longer is Trek going to keep Lemond cycles around now that Lemond went on ESPN and defamated Lance with EPO allegations?

1

**Smith, Lisa**

From:          Wm_C_Soloway@msn.com
Sent:          Monday, July 19, 2004 6:01 AM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname: Wm

email_from: Wm_C_Soloway@msn.com

comments: Why is Greg Lemond so anti Lance Armstrong?  Greg\'s comments about Lance
dopping are unfounded and make him look like a big jealous baby!  I was considering a
Lemond bike until Gregs latest comments.  Now I won\'t even consider a product that bares
his name.  He should be embarrased and ashamed!  Please thank Greg for losing yet another
sale (I already know of 2 friends that were also considering a Lemond and will not
purchase one now).  Hope Greg\'s comments don\'t put too many good people out of a job!

1

TREK000362

**Smith, Lisa**

From:          o.gross@comcast.net
Sent:          Monday, July 19, 2004 8:11 AM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname: Oliver Gross

email_from: o.gross@comcast.net

comments: This is the only way I could send e-mail to the company.  I hope you can get it
to the right person.  I have been looking at a LeMond bike for some time.  They are great
bikes well built, and the geometry works well for my body.

After the remarks that LeMond made to the French newspapers I will not be buying that
bike, and will continue to purchase bikes from other builders.

As a young rider I watched LeMond and dreamed of meeting him or one day riding with him, I
am not sure I am willing to ever do that.  Sorry to say that but after the remarks he made
about another American rider (who rides a bike that comes out of the same factory as his
own).  I can not put my money into LeMond bikes.

Oliver Gross

TREK000363

**Smith, Lisa**

**From:** donnie.steele@sycoleman.com
**Sent:** Monday, July 19, 2004 8:56 AM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-19 09:55:45

Name: Don Steele

E-Mail: donnie.steele@sycoleman.com

Comments: Working as a Trek/LeMond Retailer in the 90s and now as a purely avid cyclist I have always supported both brands for their quality and the fact that both rely on Trek's unequaled production quality. However, Greg LeMond's recent comments against Trek's top cyclist have made me regret my support of both LeMond and the bikes that carry his name. Everyone deserves to speak their mind, but I sincerely hope Trek does not condone LeMond's statements -- they would certainly seem to run contrary to the business initiatives of Trek and their support for Armstrong.

On another note, thank you for continuing to propel American cycling forward by building great bikes and sponsoring so many great teams and events!

Sincerely

Don Steele

1

TREK000364

## Smith, Lisa

**From:** pmburger@concentric.net
**Sent:** Monday, July 19, 2004 9:28 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Peter Burger

email_from: pmburger@concentric.net

comments: I apologize if this is not the correct department to be sending this e-mail to but I couldn\'t find any other links. I purchased a Lemond Victoire about a month ago and I absolutely love the bike. Over the past week however, my enthusiasm has been tainted by Greg Lemond\'s derrogatory remarks towards Lance Armstrong. His doping allegations are without proof or merit and should have been kept to himself. He is hurting Lemond Bicycles, bicyling in general and making himself look jealous and petty with his remarks. I know that Lemond bicycles is owned by Trek and I am sure there will be some major repercussions due to his statements. My own feelings, as a Lemond customer, his words have tainted and lowered the Lemond Bicycle brand image. As much as I like my Victoire, if his comments had been made a month earlier I would probably never have set foot on a Lemond bicycle and never purchased one. I would suggest that someone have Lemond give an apology for his c!
omments. I do have one technical question, how do I remove all the Lemond decals from my brand new bicycle? Sincerely, Peter Burger Greensboro, NC

1

TREK000365

**Smith, Lisa**

realname:

email_from:

comments: I will never buy a lemond-what is wrong with him-he should support Armstrong

1

TREK000366

| | |
|---|---|
| From: | len@rcsis.com |
| Sent: | Monday, July 19, 2004 10:08 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Leonard Flory

email_from: len@rcsis.com

comments: Please tell management that Lemond\'s continued attacts on Lance Armstrong goes nothing for the sport and only makes Lemond look bad in the public eye.

I have long considered buying a Lemond bike and am not sure I will buy one now.

also

When Lemond attacted Armonstrong a few years ago the Lemond web site put up a disclaimer. I noticed no disclaimer this time around.  Does this mean that Lemond bikes now agrees with Greg Lemond?

Sincerely,
Leonard Flory

1

TREK000368

**Smith, Lisa**

From:
Sent:
To:
Subject:

MPD280@web02.trekbikes.com
Monday, July 19, 2004 10:16 AM
Consumer, Lemond
Lemond 2004 Web site Feedback

realname: MPD280

email_from: MPD280

comments: Somebody needs to tell the boss to shut up. Lance is a hero, just like I used to think Greg was. Now he\'s a publicity grabbing bitch...

1

| | |
|---|---|
| **From:** | whitsfriends@yahoo.com |
| **Sent:** | Monday, July 19, 2004 1:38 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: whit faulconer

email_from: whitsfriends@yahoo.com

comments: Hello,

Please tell your company\'s namesake to ease up a bit. Greg\'s comments have to be VERY bad for business. Greg feels it is his place to comment one way or the other about Lance Armstrong\'s secrets or lack there of. It comes off as classless and sour grapes unless he\'s got some specific proof other than his opinion. To diminish any person\'s survival of cancer, insinuating that it was only possible illegally as there are \"no miracles in cycling\", is just irresponsible at best. Greg says that just because Lance never tested positive is not proof of innocence. Well Greg never tested positive either. It sure is easy to throw out accusations when one\'s career is safely packed away in history with no samples to test. Who knows if Lance is doping? Having worked for a company that specializes in hyper and hypo baric chambers for simiulated altitude training I do know that EPO-like results can be gained by this legal practice alone. It is a shame to see a former champion so1

miffed that he is not the center of attention that he has to stoop this low to get anyone to pay him any attention. Everyone is high on Lance for whatever reason\'s they have. It will pass as well. But now Greg\'s spotless history has a footnote, :While greg \'s accomplishments were many, turns out he is a bit of a whiner. I know he\'ll never see this, but he should. He\'s already said this stuff before, he may turn out to be right, but what\'s his goal here? Unless the inevitable Armstrong brand bike (made by trek of course) poses a threat to the existence of Lemond bikes. But that\'s not a good enough reason to slander. And it is slander for sure which I\'ll bet will be pointed out to Greg. disappointed- whit faulconer

1

TREK000370

| | |
|---|---|
| **From:** | purplez@roadfly.org |
| **Sent:** | Monday, July 19, 2004 1:53 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Greg Aarons

email_from: purplez@roadfly.org

comments: I am very upset by Greg Lemond\'s comments about Lance Armstrong (re: possible doping), so much so, that I have considered getting rid of my Lemond Zurich.  I usually recommend Lemond bikes - but don\'t want to support that kind of negativity from Greg Lemond.

1

TREK000371

**Smith, Lisa**

realname: Robert Menter

email_from: rrmenter@aol.com

comments: I was appalled by Greg\'s inuendos to the french press regarding Lance Arstrong last week. Once upon a time, I admired Greg a a true champion but now I see him for was he is a jealous little boy afraid of losing attention. Do you have any Armstrong decals which I can use to cover up the Lemond decals on my 2 bicycles?

1

TREK000372

From:         Doug Casler [dougcasler@earthlink.net]
Sent:          Monday, July 19, 2004 4:49 PM
To:             Consumer, Lemond
Subject:     RE: Lemond 2004 Web site Feedback

OK, are you sure that these are old comments?  I get the feeling these are new comments not old ones.  As far as I can tell he's all over the news being a complete idiot.  I'm about to launch a "Get rid of your LeMond" campaign.  I was talking to another guy here in town who also rides a LeMond and we were booth thinking the same thing.  Both of us love our bikes but it's embarrassing to ride the bike. Maybe I'll just start a campaign to scratch off "LeMond" and paint in "Armstrong".

Of course, this is really Trek and I'm conflicted.  So, I come back to - can't you get Greg LeMond to keep his mouth shut?  This is all so bad for cycling.

Anyway - thanks for being so responsive.

Doug

-----Original Message-----
From: Consumer, Lemond [mailto:consumer@lemondbike.com]
Sent: Thursday, July 15, 2004 11:53 AM
To: dougcasler@ffpir.org
Subject: RE: Lemond 2004 Web site Feedback


"We too are disappointed with the recent sensational journalism that intends to disparage the reputation of Lance Armstrong.  A number of the comments from Greg LeMond that have recently surfaced in the press were taken out of context from interviews  that were over 3 years old. The re-release of these comments with the intent of disrupting the Tour is in exceptionally poor taste.

As a company, we have the utmost confidence in Lance's innocence and are great fans in support of his quest for six.
We also understand Greg LeMond's passion for keeping the sport he loves, healthy and clean.  We feel that Greg's passion is well intended, but was poorly directed at the time of the interview."


Thanks,------------------------------------
Steve Swenson
Manager, Tech Support and Consumer Services
Trek, Lemond, Klein & Gary Fisher
steve_swenson@trekbike.com


-----Original Message-----
From: Doug Casler [mailto:dougcasler@earthlink.net]
Sent: Thursday, July 15, 2004 1:40 PM
To: Consumer, Lemond
Subject: RE: Lemond 2004 Web site Feedback


Thanks for the quick response.  I read them on the ESPN web page but they were quoting LeMonde.  For all I know the quote was taken out of context or Greg was misquoted but if that is the case he should say something.  Either way, I don't think quotes like that reflect very well on Mr. LeMond.

Doug Casler
Director, FFPIR Membership Services and Lists, Etc.

1

TREK000055

| | |
|---|---|
| From: | jokertboy@aol.com |
| Sent: | Monday, July 19, 2004 8:14 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: tom

email_from: jokertboy@aol.com

comments: I am sry for sending you this comment but  wanted someone to know the feelings
of myself and family! I was going to pick up our 2 new bikes when i heard the comments
about Lance!I understand everyone has a opinion and here is mine if you can relay it, I
will not or allow anyone in my family to ever purchase or own a lemond product for the
rest of my life!! i have 5000 in 2 now which i know isnt much but i will do my best to
change others minds also! i get a knew bike every 3 years and we are a young couple!

tom(sry u got this message plz pass it on )

TREK000374

**From:** denisfm3@sbcglobal.net
**Sent:** Monday, July 19, 2004 8:19 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Denis Morgan

email_from: denisfm3@sbcglobal.net

comments: Hi Greg,

Nice job getting publicity when you have fallen off of the radar
screen. I will never purchase any Greg Lemond product unless YOU can PROVE
what you said about Lance Armstrong is true. Freedom of speech is an
American right not to be taken lightly. But it should not be misused for your
own personal agenda, especially without any facts or proof. Without
proof, you are the lair.

Denis Morgan

1

TREK000375

| | |
|---|---|
| From: | pilk@bellsouth.net |
| Sent: | Monday, July 19, 2004 8:26 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Ed Pilkington

email_from: pilk@bellsouth.net

comments: Just to let you know, since I can\'not reach Greg any other way, that I am very disappointed in Greg Lemond. His comments the other day were ridiculous and sounded like a jealous and petty loser. I used to ride a Zurich. No more. I sold it earlier for a lighter and better carbon bike, but will not buy another, and will encourage others to do likewise. Greg, you used to be a hero. Now you are just a mean spirited loser who couldn \'t stand for some one else to out do you. Shame!

1

TREK000376

| | |
|---|---|
| **From:** | covey2@aol.com |
| **Sent:** | Monday, July 19, 2004 8:58 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Doug Covey

email_from: covey2@aol.com

comments: I read some comments from Greg Lemond on a tour web site about Lance Armstrong. Greg accuses Lance of dopping. This is totally out of line. I was at a bike shop this weekend looking at Lemond bikes. I am going to buy a new road bike. I wanted to buy a Lemond because of Greg. Greg should be pulling for Lance not trying to discredit him. No way will I purchase a Lemond bike now. This is sour grapes by Greg. Go Lance

1

| | |
|---|---|
| From: | mestizo2171@aol.com |
| Sent: | Monday, July 19, 2004 9:59 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname:

email_from: mestizo2171@aol.com

comments: You\'re a punk!!!!! Sell your damn bikes, your 15 minutes of fame are over. Their is a new, better, and more courageous, \"clean\", american cyclist in the world, and his name is Lance Armstrong. The Armstrong camp doesn\'t have to bad mouth your company or threaten its existence, you\'re doing it all on your own. Shut your mouth, better yet go back in the woods and get shot, or maybe try testicular cancer out, you dick.

1

TREK000378

| | |
|---|---|
| From: | djcurly@mail.com |
| Sent: | Monday, July 19, 2004 10:26 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Curly

email_from: djcurly@mail.com

comments: Mr. LeMond is one of my heroes. He was the greatest cyclist during the time I was starting to ride competitively. It is unfortunate that he is pushing his negative opinions of Lance Armstrong into the media at the height of his historic run. I\'m not saying that Lance has always been clean as he states, but unless there is hard proof and not just speculation, let Lance have his day. The last thing that pro cycling needs is bad press from one of it\'s greatest.

My 2 cents,
Steve Higgins.

1

**Smith, Lisa**

**From:** rcragu@hotmail.com
**Sent:** Monday, July 19, 2004 11:24 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-20 00:24:17

Name: Randy Roberts

E-Mail: rcragu@hotmail.com

Comments: I have owned trek bikes since 1998..oclv mountain bikes.......

I am currently looking to replace my flexy titanium dura-ace bike with a stiffer / carbon based frame....

I was considering a 5500 until reading Lemond's viciously timed comments regarding Lance Armstrong and doping.

Lemond has every right to speak his mind..but his timing denotes a very sinister back story.... I cannot, in all good conscience, purchase or reccomend trek products while trek continues its relationship with lemond.

I'm the same guy that doesn't listen to Dixie Chicks anymore/ go to Sean Penn/Robbins/Sarandon movies and won't travel to France... And I certainly cannot support a company that supports a venal/vicious man like Lemond.... Even though Trek makes great products and is an American company.....

As I said, Lemond has the right to say what he feels... And I have the right to spend my 4-5 thousand dollars with a company I can respect...... This used to be Trek...Sadly, it no longer is......

Live Strong....Live Free...Live with integrity..........

Sincerely,

Randy Roberts

1

TREK000380