## Smith, Lisa

**From:** deserttrailsadvocate@hotmail.com
**Sent:** Monday, July 19, 2004 11:41 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Randy Roberts

email_from: deserttrailsadvocate@hotmail.com

comments: Dear Sirs....

I currently own an trek oclv mountain bike/santa cruz blur/and a dura-ace sandvik ti-bike....

The sandvik ti-bike is too flexy and I am looking to upgrade the frame/bike to a stiffer ti-carbon or all ti bike... your bikes were in the running for a 4-5k purchase.....

But, I\'ve gotta tell you that Greg\'s vicious remarks in the middle of the TDF against Armstrong have made it impossible for me to support your company or Trek in the future.....

Its not that Greg doesn\'t have the right to his viewpoint... Its the timing and viciousness of his comments in public during the tour... He obviously has a personal vendetta against Armstrong and comes off as a petulant/venal child who can\'t control his emotions...... I\'m already supporting 4 spoiled kids of my own and I\'m not going to support another(lemond).....

As I said...Greg has a right to his viewpoints.. he should also know his opinions/views reflect upon him and his business.. In this case it cost him 4-5k and future reccomendations/business...

Greg would have come off much better in this, had he provided proof/facts and chosen a time several months before or after the tour to raise these issues, rather than deliberately try and derail Armstrong\'s effort during the tour....

Greg might be right, but the way he handled it makes him very, very wrong....

This is just my opinion... but its also my money.....

Sincerely,

Randy Roberts

1

TREK000381

Dockets.Justia.com



**From:** Barstow, Becky
**Sent:** Tuesday, July 20, 2004 7:32 AM
**To:** dan_titus@trekbikes.com
**Subject:** greg lemond

Dan,

I have heard negative comments from two consumers re Greg's remarks on Sportcenter. I was at a Sat am ride and two of the riders came up to me to discuss their feelings. Both felt that Greg was expressing sour grapes about Lance's veiled threats about his bike line and he wasn't a very good spokesperson for cycling in any way. They felt the drug accusations were whiny and petty (obviously Lance and the team have passed the drug tests) and that Greg Lemond had buried himself with his shitty comments. They asked me if we would continue to offer his bike line and what we thought/ would do about his negative comments as he is a representative of ours. Overall, they expressed their displeasure at his bad attitude and felt he wasn't being a graciuous former winner as ALL of the Euros winners have been re Lance and his victories.
Becky Barstow

1

TREK000383

## Smith, Lisa

**From:** cheesedome@yahoo.com
**Sent:** Tuesday, July 20, 2004 8:14 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: chris

email_from: cheesedome@yahoo.com

comments: I realize this might not be the right place, but I\'ll never buy a LeMond product after his recent bitter comments about doping. I\'m not even a Lance fan and what Greg said is just sour grapes and attempt to get his name back in the limelight. Ugly!

1

TREK000384



From: Colleen O'Neil [mailto:coneil@maccfund.org]
Sent: Thursday, July 22, 2004 1:27 PM
To: Burke, John
Cc: Moran, Dick
Subject: Fw: 2004 Trek100 Question

not what you want to read after returning from a history-making TdF but i thought it
needed to be passed along.....Allez Lance! Colleen

----- Original Message -----
From: ktwilson@charter.net
To: info@maccfund.org
Sent: Tuesday, July 20, 2004 9:20 AM
Subject: 2004 Trek100 Question

Traci Wilson <mailto:ktwilson@charter.net> has a question about Other They wrote:

This is directed to Colleen. This year's ride was great. I did enjoy the Century Club
activities as well. It was nice to see the additional funds we were able to raise. You and
your staff do excellent work! Thank you for all your hard work. I just wanted to give you
a heads up on some things that I found upsetting. Several years ago I had the opportunity
to ride and talk with Greg LeMond at the Trek100. He made unsolicited comments about the
USPS/Trek bicycle team that were uncalled for. At the time, I just blew it off as someone
who was jealous of Armstrong's success. But in recent media interviews, he was making the
same comments. I only mention this because he is not someone I would see as a good spokes
person or event attraction to future Trek100 rides. I will continue to ride and raise
money for the MACC fund, so his comments have no impact on my decision for that. I will,
though, think twice about attending the Century Club events again if he is part of the
festivities. I'm not sending this as a gripe. It is just a little food for thought. Thank
you, Traci Wilson

Phone: 715/726-0936

1

TREK000385

**Smith, Lisa**

| | |
|---|---|
| From: | rjrosenbaum@hotmail.com |
| Sent: | Tuesday, July 20, 2004 10:17 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: ron rosenbaum

email_from: rjrosenbaum@hotmail.com

comments: LeMond is a jealous, petty baby and he should be more supportive of Lance\'s accomplishments. If nothing else, he should decline comment about topics that he cannot support with facts. Does he think that by voicing his suspicions about Lance during the Tour will help to bring attention to his business? I own a GIANT road bike and I am getting ready to shop for a new one. The LeMond brand will not be on my short list.

1

TREK000386

**Smith, Lisa**

From:          phil@northgeorgiarealtors.com
Sent:          Tuesday, July 20, 2004 10:39 AM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname: Phil Paulson

email_from: phil@northgeorgiarealtors.com

comments: The comments of Greg LeMond relating to doping by Lance Armstrong are very offensive to me. This fall when I select a new road bike, Lemond bikes will not be considered.

1

TREK000387

**Smith, Lisa**

From:          Nobody [nobody@web01.trekbikes.com]
Sent:          Tuesday, July 20, 2004 10:49 AM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname:

email_from:

comments: I am saddened by the recent comments of Greg Lemond regarding unsupported allegations against Lance Armstrong.  I have sold my frame, and I will never own another Lemond product.

1

TREK000388

## Smith, Lisa

**From:** rabranton@yahoo.com
**Sent:** Tuesday, July 20, 2004 11:11 AM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-20 12:11:18

Name: Bob Branton

E-Mail: rabranton@yahoo.com

Comments: I currently own a LeMond Zurich. Have test rode a Tete de Course, a 5500, and a 5900, among others. From research, conversations with a Trek rep (very nice guy), etc., I know GL only has a marketing role with Trek/LeMond/Klein - regardless, anything connected to GL is off my list. My Trek LBS also carries Cervelo, and the 2.5 frameset is now on order. Nothing with LeMond will be bought again. Time for you at Trek/LeMond to come out of the closet and take a marketing position on GL's LA bashing, or just continue to look like cowards. I can support LAP without riding a GL connected product. LA might not be a saint, but he's an important spokesperson for cancer survivors - ripping on him rips on cancer survivors, period? Strange irony, isn't it? Many of us know GL as as world class rider and self absorbed jerk, he just wants to be remembered as the jerk. Hero to zero. Forward to GL, please.

1

TREK000389

## Smith, Lisa

realname: Ted Pierpont

email_from: tpierpont@yahoo.com

comments: To Whom It May Concern:

It's truly a pity what poor sportsmanship Greg LeMond is demonstrating regarding Lance Armstrong. He obviously has no direct, first-hand knowledge of unsportsmanlike activity on the part of Mr. Armstrong, yet trades on his own fading celebrity to get slanderous comments and opinions published in the Press. I take some small satisfaction in knowing that I and anyone who will listen to me can choose to avoid spending our dollars with Mr. LeMond's company. I'm just sorry for his employees that the outcome of their hard work may be lost to the backlash generated by their namesake's embarrassing behavior.

Sincerely, Ted Pierpont
Eugene, Oregon

1

TREK000391

## Smith, Lisa

realname: Paul Massignani

email_from: pmassignani@hotmail.com

comments: Interesting how you make it difficult to contact you -

As an avid cyclist in Chicago, IL., I\'m disappointed to say I\'ll be permanently
boycotting all LeMond products, and on top of it I\'m spreading that opinion throughout
the groups of riders I know and ride with every week. The poor character shown by Greg
LeMond, taking public shots at Lance Armstrong, without any sort of proof, is disgusting.
Greg, you had the limelight in your time. Your time is over. It\'s long been over. Get
over it.

1

TREK000394

## Smith, Lisa

**From:** slidefiles@biketrials.com
**Sent:** Tuesday, July 20, 2004 3:42 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Ron

email_from: slidefiles@biketrials.com

comments: I\'m embarassed to ride a LeMond after Greg\'s comments about Lance and doping.
How can I return my bike for a refund?

1

TREK000396

| | |
|---|---|
| **From:** | jhofkamp@wi.rr.com |
| **Sent:** | Tuesday, July 20, 2004 4:01 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Re: RE: Lemond 2004 Web site Feedback |

Regarding Greg Lemond's comments about Lance Armstrong:

I want to tell Greg Lemond that I am very disappointed in his poorly timed comments about doping and Lance Armstrong. Regardless of his feelings for Lance, he knows better than make public his negative OPINIONS of one of the few top US bicyclists ever.

I have always been a huge fan of Greg's but I will now turn my back toward him regardless of any doping claims toward Lance Armstrong. Even more, I was in the process of looking for a new bike for next year and had one of the Lemond bikes on the top of my list. After Greg's poor remarks, I will not consider one of his bikes again.

It's too bad Greg has chosen to add another negative view to a sport with more than enough negative press. I would have thought he would have been working to do just the opposite.

Thank you,
Jay Hofkamp
jhofkamp@wi.rr.com

----- Original Message -----
From: "Consumer, Lemond" <consumer@lemondbike.com>
Date: Tuesday, July 20, 2004 1:43 pm
Subject: RE: Lemond 2004 Web site Feedback

> This is the corporate HQ...
>
> Thanks,-------------------------------------
> Steve Swenson
> Manager, Tech Support and Consumer Services
> Trek, Lemond, Klein & Gary Fisher
> steve_swenson@trekbike.com
>
>
> -----Original Message-----
> From: jhofkamp@wi.rr.com [jhofkamp@wi.rr.com]
> Sent: Tuesday, July 20, 2004 1:39 PM
> To: Consumer, Lemond
> Subject: Lemond 2004 Web site Feedback
>
>
> realname: Jay Hofkamp
>
> email_from: jhofkamp@wi.rr.com
>
> comments: I\'m trying to find a phone number or email address to
> corporate headquarters, could you please email it to me? Thank you,
> Jay Hofkamp
>
>
>
>

1

## Smith, Lisa

**From:** queenstrega@yahoo.com
**Sent:** Tuesday, July 20, 2004 10:26 PM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-20 23:25:42

Name: Pat Alsdrop

E-Mail: queenstrega@yahoo.com

Comments: I really admire LeMond's courage to speak the truth. LeMond has what Armstrong doesn't: integrity. I will only by a LeMond bike; I know that one is clean.

1

TREK000398

## Smith, Lisa

**From:** anahar@charter.net
**Sent:** Wednesday, July 21, 2004 8:19 AM
**To:** Consumer, Trek
**Subject:** Trek Bikes Contact Us

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Contact Us Form

Date: 2004-07-21 09:19:28

Name: Cindy Scherwinski

E-Mail: anahar@charter.net

Comments: In the wake of Greg LeMonde publically accusing Lance Armstrong of taking performance enhancing drugs I will be very disappointed if Trek continues to offer bikes with the LeMonde name.

No one has done more for American pride, the sport of cycling than Lance Armstrong. His commitment to furthering cancer research and giving hope to housands afflicted with cancer is now legendary.

Obviously Lance is tired of the repeated accusations that his cycling achievements are a result of performance enhancing drugs ... being bashed by the media is one thing but I cannot imagine having a former TdF winner and American making the same public accusations.

My husband and I each own three Trek's - we've purchased two Trek's for two of our three adult children and #3 will get his Trek later this year.

I have admired the commitment Trek made to Lance Armstrong when he began his 'comeback' following his treatment for cancer and I hope that Trek will step up and once again show their support for Lance and send a message to Greg LeMonde that is loud and clear.

Cindy Scherwinski

1

## Smith, Lisa

From:       leyba_michael@hotmail.com
Sent:       Wednesday, July 21, 2004 5:57 PM
To:         Consumer, Lemond
Subject:    Lemond 2004 Web site Feedback

realname: Michael Leyba

email_from: leyba_michael@hotmail.com

comments: I don\'t know what is true or what is not true (regarding who said what or who did what) with regard to what I read on ESPN.com. All I know is that I keep seeing articles about Greg Lemond accusing Lance Armstrong of doping. So here\'s my question for Greg Lemond and your VP of Marketing... what does Greg Lemond, or your company, have to *gain* by accusing one of the most accomplished american riders of doping? I ask, because I don\'t see how you *gain* anything. In fact I think these accusations *hurt* your company because they cast Greg Lemond as a whining, sour grapes rider whose upset about the fact that his legacy has been overshadowed by another american racer. And I am the exact person your VP of Marketing *should* be focusing on.... I\'m an interested onlooker whose new to the sport of cycling and I\'m in the market to spend two or three thousand dollars on a new road bike. I am your target customer (or at least one of them)! However, after reading all of t! hese articles about Lemond accusing Armstrong of cheating, I can honestly tell you that I now have absolutely no interest in even considering purchasing a Lemond bicycle. There\'s plenty of good bike-makers out there, why should I buy one from someone whose trying to muddy the accomplishments of a national hero who has sparked my interest in the sport?? Please forward this message to Greg or your VP of Marketing. Thank you.

1

TREK000400

**Smith, Lisa**

| | |
|---|---|
| From: | RDLEACH57@HOTMAIL.COM |
| Sent: | Wednesday, July 21, 2004 7:58 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: RICHARD LEACH

email_from: RDLEACH57@HOTMAIL.COM

comments: Greg, your unfounded, speculative, unproven, comments are disgusting. I am sorry that I purchased one of your bicycles. Lance did take performance enhancing drugs, it\'s called chemotherapy. You have always been a whiner. Why dont you just shut up !!! xxyxyx5%% you

1

TREK000401

## Smith, Lisa

realname: Kevin Stone

email_from: Stonz@aol.com

comments: Why don\'t you tell your boy that his time is over. Lance is in the spotlight and he can\'t stand it. DRUGS????!!!! Give me a break!!!! You don\'t win 5, now probably 6 TDF\'s on drugs. Sore loser comes to mind. I just sold my Lemond and bought a TREK, burned his autographs and LANCE WILL WIN SIX!!!! Tell him to fuck off also.

1

TREK000402

July 22, 2004

Greg LeMond Bicycles
801 West Madison Street
Waterloo WI 53594

To whom it may concern,

This is to register my strong disapproval of the remarks made by Greg LeMond regarding allegations of doping by Lance Armstrong. The Armstrong performance in the Tour de France this year and in prior years is the result of many factors, key among them intense focus and meticulous preparation.

Had LeMond prepared as thoroughly and focused as intensively as Armstrong, his record may not have been as inferior as it is proving to be; further, he might have been less inclined to take cheap shots at Armstrong. Perhaps, as the manufacturer of the LeMond brand of bicycles, it may be advisable to suggest that he refrain from remarks that smack of professional jealousy and adversely affect the Brand!

Respectfully

*Robert B. Miller*

Robert B Miller
7425 Centennial Drive
Parker, CO 80138

TREK000403

## Smith, Lisa

| | |
|---|---|
| **From:** | simonsho@aol.com |
| **Sent:** | Thursday, July 22, 2004 9:01 AM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-22 10:00:39

Name: Jeff Simon

E-Mail: simonsho@aol.com

Comments: Wow!
Saw an interview about Lance on ESPN.
Greg Lemond said some very serious things in puplic about Lance. Trek should think about
Greg's involvement with your company. I am a Trek and Lance Fan. Jeff Simon Age:47 Trek
2300 old carbon tubes. 2462 Ferdinand Dr. Burlington, KY 41005 859.466.3673

1

## Smith, Lisa

**From:** srenzi@solventsolutions.com
**Sent:** Thursday, July 22, 2004 11:47 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Silvio Renzi

email_from: srenzi@solventsolutions.com

comments: I've been buying your bikes for years but that changed after Greg decided trash Lance. I took my LeMond bike, ran it over with my Hummer and personally brought it to the dump. I then went out and bought myself a new Trek road bike. Tell your chief to think before slandering Lance Armstrong.

1

**Smith, Lisa**

From:       Nobody [nobody@web01.trekbikes.com]
Sent:       Thursday, July 22, 2004 12:18 PM
To:         Consumer, Lemond
Subject:    Lemond 2004 Web site Feedback

realname:

email_from:

comments: With Lemond\'s comments concerning Armstrong, I would never again buy any of your products.

1

TREK000406

| | |
|---|---|
| **From:** | lemondthewinerkid@web02.trekbikes.com |
| **Sent:** | Thursday, July 22, 2004 1:02 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Frame tech. Texas

email_from: lemondthewinerkid

comments: with all the ad\'s about greg accusing Lance in past years, don\'t you see that your business will decimate. No one wants to be a part of a team, that is lead by a jealous has been.

It\'s truly sad to see lemond, once a great, turn into a baby...., get over it....better competitors are always making new marks...

i can\'t believe this perpetual crap in the news...put a stop to the bickering...

1

TREK000407

| | |
|---|---|
| From: | tommygardner4@hotmail.com |
| Sent: | Thursday, July 22, 2004 1:49 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Tommy Gardner

email_from: tommygardner4@hotmail.com

comments: To whom it may concern (or not...),

I was seriously considering purchasing a LeMond bicycle until Greg\'s recent comments about Lance Armstrong and doping in the professional cycling ranks.

What a sad, pathetic man Greg must be to run his mouth ad nauseum over sour grapes. I have heard the guy had a large ego, but his comments defy gravity, and tell the story of a dried-up has been.

You guys will not see a dime of my money, and I\'ll work very hard to make sure all of my cycling friends also boycott your company.

tg/Memphis, TN

1

TREK000408

| | |
|---|---|
| From: | tommygardner4@hotmail.com |
| Sent: | Thursday, July 22, 2004 2:05 PM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Contact Us Form

Date: 2004-07-22 15:05:00

Name: Tommy Gardner

E-Mail: tommygardner4@hotmail.com

Comments: Trek,

I am a long-standing supporter of cycling of all kinds in the USA. I am a fan of Lance Armstrong, team USPS, the American Olympic Cycling Team, and am an active member of virtually every national, regional, and local cycling organization.

Greg Lemond's comments regarding Lance Armstrong and doping in the professional cycling ranks recently caught my attention. I was immediately angered and questioned why Greg would attempt to blight the name of the most successful American cyclist of all time, without any proof - and in an apparent reaction to hightened media attention to the subject.

I was considering purchasing a LeMond brand bike (from Outdoors, Inc. here in Memphis) prior to Greg's comments in the press, and now will not be purchasing that bike because I would be embarrassed to ride a bike with his name on it - as it is tantamount to being 'anti-Lance' at this point.

This is a sad chapter in American cycling, even on the eve of one of the finest achievements by an American bike rider.

I plan to encourage an across-the-board boycott of LeMond cycling, and every company that is even remotely involved with Greg LeMond.

Can you please tell me what Trek's connection to LeMond Cycles is, and what if any plans Trek has to take a position on the comments by Greg LeMond?

Thank you,

Tommy Gardner
Memphis, TN
901-272-2453

1

TREK000409

| | |
|---|---|
| From: | kevin.jones@paymentech.com |
| Sent: | Thursday, July 22, 2004 2:09 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: KJ

email_from: kevin.jones@paymentech.com

comments:
you should forward this to your CEO...or someone with some sense in your organization.

I think it is a damn shame that Greg LeMond is going around blasting Lance aRMSTRONG ON
THE SUBJECT IP DOPING. He comes across as such a second rate baby and as if he is crying
because he is no longer the king od US cycling. I know Lance invited him to the Ride for
the Roses and has tried to be cordial prior to this spat starting a few years back. LeMond
is not a doping commission and has no fact based reason to make such claims.

I am sure all of you working there are great folks, but I wish that company and any others
he owns would FAIL miserably. I hope that people stand up and quit buying those bikes to
let Greg know that he should stick to what he does best and if he has something to
prove... do it in November instead of coming out every year during the tour.

Not only would I not buy a LeMond which I have in the past... but I wouldn\'t even buy a
bike from a shop selling LeMond. If he wants to slam Lance for a possible, rumored
event... I will be sure and SLAM him.

he who throws the first stone.

TREK000410

## Smith, Lisa

**From:** jdampier@avaya.com
**Sent:** Thursday, July 22, 2004 2:59 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: John Dampier

email_from: jdampier@avaya.com

comments: I\'m looking for an email address or web site to communicate my profound
disappointment with Greg LeMond\'s negative comments about Lance Armstrong. Getting me
pointed in the right direction would be appreciated. Thanks.

1

TREK000411

**Smith, Lisa**

| | |
|---|---|
| From: | atstanders@msn.com |
| Sent: | Thursday, July 22, 2004 5:21 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Tom

email_from: atstanders@msn.com

comments: It is really to bad for your company. I\'ve been fitted and took some extensive trial ride on a Tete de Course. I had pretty much decided to buy one, when your company \'s name sake decided to make some proposterious remarks concerning Lance Armstrong. I have been a Greg Lemond fan since the days he was on the Olympic team. It is really sad as I know many riders that will now not even consider buying a Lemond Bicycle as I will not. I hope you can pass this remark onto you company directors, because your website doesn\'t offer any other coorespondance with your company. This is a sad day for American cycling. I hope Mr. Lemond realizes the damning affects he has had.

I truly feel sorry for him.

Tom

1

GWM001204

TREK000413

**Smith, Lisa**

From:           scfan63@hotmail.com
Sent:           Thursday, July 22, 2004 6:26 PM
To:             Consumer, Lemond
Subject:        Lemond 2004 Web site Feedback

realname:

email_from: scfan63@hotmail.com

comments: Why is Greg such an ass when it comes to Armstrong?  I was ready to purchase a
nice Victoire here in SF at Lombardi\'s until I heard LeMond\'s comments about LA.  Seems
petty and classless.

1

TREK000414

**Smith, Lisa**

| | |
|---|---|
| From: | Nobody [nobody@web02.trekbikes.com] |
| Sent: | Thursday, July 22, 2004 11:03 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Chris

email_from:

comments: I immediately sold my LeMond road bike after his comments re: Lance and I will never buy another one of his products.

1

TREK000416

**John Teeter**
**833 Crown Ridge Drive**
**Colorado Springs, Colorado 80904**

July 23, 2004

To : Mr. Greg Lemond
C/O Lemond Bicycles
Waterloo. Wisconsin

Dear Greg,

Allow this letter to serve as one more <u>note of support to you</u>, vis-à-vis your position and remark(s) over the past several years regarding lance armstrong and his involvement with one Dr. Ferrari, etc., ad nauseum……

I regret witnessing the endless fawning supporters of armstrong who, by myopic design, fail to see a number of things that are apparent. Further, that your remarks over the years are immediately met with vitriol. Then again, the entire 'machine', as it were, has been elevated to a level of beyond god-like character which I find beyond pathetic in lieu of his:

1 – Betraying the sanctity of his marriage and family. Family is everything as if I need to tell you (I don't) or anyone who has not lost sight of the critical importance of character, integrity and honor.

2 – The conspicuous absence of competing in anything other than essentially one single event for the entire year. As opposed to those who compete – competed the entire season in everything. Big difference that, to say the least. To say the least!

As time unfolds and more is understood about a number of possibilities, perhaps the general public will fractionally awaken to some of the aforementioned tenants. If not, rest assured there exist at least a number of individuals such as myself who place enormous importance upon the critical elements of propriety and the like. As well, who know better in any portion of our lives to associate with anything or anyone who comes with a dark persona. A number of sport enhancement protocol, as you and I v. well know still cannot be detected by standard measure. Outside of that means exists biopsy, which is still, "hands-off". I need not expound on that, as therein lies the rub……….. Being able to stay several steps away from the detection carbiniari.

TREK000417

| | |
|---|---|
| **From:** | richard.lavigne2@sympatico.ca |
| **Sent:** | Friday, July 23, 2004 9:22 AM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-23 10:21:38

Name: Richard Lavigne

E-Mail: richard.lavigne2@sympatico.ca

Comments: I hope that TREK will stop selling Lemond Bike.

Lance for President of the U.S.A.

1

TREK000419

**Smith, Lisa**

| | |
|---|---|
| From: | abc@def.com |
| Sent: | Friday, July 23, 2004 9:30 AM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Bike Rider

email_from: abc@def.com

comments: Tell Lemond that he is a moron. I was looking at a Lemond bike but after his
gutless and factless attack of Lance Armstrong he can forget it. I hope you go out of
business...this from a lifelong Lemond fan...no longer

1

TREK000420

| | |
|---|---|
| **From:** | DouglasHuskey@yahoo.com |
| **Sent:** | Friday, July 23, 2004 4:23 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Doug Huskey

email_from: DouglasHuskey@yahoo.com

comments: Greg has done tremendous things for the sport of cycling in the U.S. but his
latest comments trashing Lance Armstrong do no good at all.
There is no proof, and this negativity is enough to turn many cyclists and other
supporters away from Greg.  I for one will support a boycot of
LeMond products until an apology and retraction is published, or hard evidence is
presented.

Sincerely,
Doug Huskey

1

TREK000424

## Smith, Lisa

| | |
|---|---|
| **From:** | deb@toxicsweat.com |
| **Sent:** | Friday, July 23, 2004 5:04 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Deb Sull

email_from: deb@toxicsweat.com

comments: I hope everyone stops buying bikes from this fat, has been, whiner.

1

TREK000425

| | |
|---|---|
| From: | trumpetgalore@hotmail.com |
| Sent: | Friday, July 23, 2004 9:18 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: John Sherman

email_from: trumpetgalore@hotmail.com

comments: I have a Lemond Zurich I bought in Feb. of 2002 and have put over 12,000 trouble-free miles on it. As you can guess I\'m happy with the bike. But I\'m not happy with Greg Lemond\'s comments about Lance Armstrong. Greg -- Put up (with some evidence) or shut up. Sorry to say this might affect a future purchase decision.

John Sherman

1

TREK000428

I apologize for using this avenue to register my disappointment in Greg Lemond and Trek. When Greg speaks he represents Trek's Lemond division. Because of his comments and Trek's lack of response I have no choice but to disassociate myself with Trek. I have sent my Trek bike to a local paint shop to eliminate all decals related to Trek. I have gone back to all of my accessories that are not related to Trek. I will be saving money to buy a new bike by March to replace my "Generic" Trek bike. In addition, I will continue to promote my dissatisfaction with Greg and Trek through all avenues that garner the greatest audience.

Trek sales will continue to be influenced by the immature comments of a selfish child. He has hurt the sport of cycling in America and should at a minimum issue a formal apology. Trek should have responded immediately with a formal response of not having the same beliefs or opinions. I am thoroughly disgusted by both of you.

Ex-Trek Supporter

2

## Smith, Lisa

**From:** tim@timbrowne.com
**Sent:** Saturday, July 24, 2004 1:23 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Tim Browne

email_from: tim@timbrowne.com

comments: greg just stopped me from ever buying a bike from his company because he is a sore loser. what an idiot

1

TREK000430

| | |
|---|---|
| From: | really2k1@msn.com |
| Sent: | Saturday, July 24, 2004 12:49 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Matt S

email_from: really2k1@msn.com

comments: Growing up, Greg Lemond was one of my heroes, watching him come into his own in \'85 and then winning in \'86, \'87 and \'89. He was the 1st American to win the Tour, not to mention three times. Now, for the past six seasons another American has dominated the Tour, becoming its best performer and easily surpassing Lemond as the greatest American cyclist ever.

It\'s sad that the class Lemond had during his reign has turned to jealousy as evidenced by Greg being one of Armstrong\'s most vocal accusers of doping. Lemond has left my heart as one of my heroes. He has showed that he cares more about tarnishing Lance\'s legacy because it has surpassed his own, than in the significance of what Lance has accomplished. Have some class Lemond, stop being a big crybaby, and cheer for who is now one of cycling \'s greatest ever. Lance beat cancer, prepares like an animal, is meticulous and has has a stronger dedication to shaving seconds in the wind tunnel, on the road, off-road, and in the VO2 chamber than Lemond did. You\'re still up there Greg, behind Merckx, Armstrong, Hinault, Antequil, Indurain and maybe Fignon. Stop crying foul out of jealousy. I\'ll never buy your bikes, or patronize your business. You are no longer a hero to me, just a jealous has-been.

PS I know that Lemond will not read this as this is a tech support email. But for what it \'s worth, I needed to vent and if he ever does read this, good.

1

TREK000433

| | |
|---|---|
| **From:** | dnordo@hotmail.com |
| **Sent:** | Saturday, July 24, 2004 3:54 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Dennis Nordstrom

email_from: dnordo@hotmail.com

comments: Please forward to Sales and Marketing.

I had considered purchasing a Lemond Zurich a couple of years ago. After Greg Lemond\'s ridiculous comments about Lance Armstrong I will never consider any product carrying the Lemond name again.

Atheletes throughout the years have used performance enhancing drugs, but these drugs never turned an also ran into a star. Even IF Lance Armstrong did use these drugs (was Lemond badgered and tested by the UCI like Armstrong is?), the drugs alone cannot take credit for such dramatic performances. It is hard work--out working the other riders that gives him the most advantage. Look at his entire Postal team and their individual successes, is Lemond going to accuse the entire team of using drugs? How about the dramatic success of American riders in general, are they all using drugs now to?

It is a shame a competitor like Lemond has to resort to this. If it wasn\'t enough for Hinault to layout the tour to make it more difficult for Armstrong to win (I\'d expect that from a frenchman), now Lemond apparently is concerned that the tall shadow of a Texan is going to eclipse his star. What Lemond will likely find is that the international demand for his products might expand, but the domestic market may not be so kind to him. I know that from this point on I will never be a customer.

Dennis Nordstrom

P.S. I have never sent any communications to any company via e-mail before. The comments of Greg Lemond are so out of line that I could not remain silent. By the way I purchased a Litespeed Classic, only because my wife increased my spending cap--otherwise I\'d be wondering how to take the labels off a Zurich.

1

TREK000436

## Smith, Lisa

**From:** nlipaul@yahoo.com
**Sent:** Saturday, July 24, 2004 6:48 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: paul williams

email_from: nlipaul@yahoo.com

comments: Greg Lemond should piss off. He\'s an unamerican cry baby. He needs to put down the hateraid and get over the fact that he\'s a has been and no longer in the american record books. Piss off Greg, no support from me.

1

TREK000438

**Smith, Lisa**

| | |
|---|---|
| **From:** | jpope2003@yahoo.com |
| **Sent:** | Saturday, July 24, 2004 8:44 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: James Pope

email_from: jpope2003@yahoo.com

comments: I have convinced three of my friends to sell of their LeMond bikes within the last week (and that was not tough to do. Just check Ebay).

In the last couple of weeks your idiot boss LeMond has done nothing but play the cry-baby when it comes to Lance, and the world knows it. He has not proof of anything, and he just cannot help but shoot off his big mouth.

This is going down the West Coast (and I am sure everywhere else as well) in a big way. We are part of (4) of the largest cycling groups in Washington, Oregon, and California, and we will not be able to stop supporting your product fast enough. We have petitions in the bike shops, and we cannot wait to start using something other than your cry-babies product.

Tell him for all of us to have a burger (to fill his fat loudmonth self), and a nice day. I thought once (we all thought once) that Greg was a great champ, and a great representative of the U.S. cycling effort. Now we know better!!!! He is a sad sad man with a big mouth, and no proof to back-up his flapping lips.

Tell him to take a hike for all of us, and to kiss his business good-bye. His support for his product is going to go south as quick as reputation already has.

Nice move Greg. You are truly an idiot!

1

TREK000439

| | |
|---|---|
| **From:** | dmorrison007@hotmail.com |
| **Sent:** | Saturday, July 24, 2004 11:55 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Don Morrison

email_from: dmorrison007@hotmail.com

comments: I did not see on your website the \"Lemond Camo Kit\" which I can use to hide the fact that I am the owner of a Lemond Zurich.

Thanks Greg for your stupid, unfounded remarks which have caused my once proud $2000 investment to plunder in value and to become the laughing stock of my friends and fellow riders. You are well on your way to becoming a bitter old man.

Don Morrison, now less than proud Lemond Zurich owner.

1

TREK000432

**Smith, Lisa**

| | |
|---|---|
| From: | stevecalhoun2003@yahoo.com |
| Sent: | Sunday, July 25, 2004 8:46 AM |
| To: | Consumer, Trek |
| Subject: | Trek Bikes Contact Us |

| | |
|---|---|
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Contact Us Form

Date: 2004-07-25 09:45:36

Name: Steve Calhoun

E-Mail: stevecalhoun2003@yahoo.com

Comments: Sorry about that last cryptic e-mail about contacting me about my new bike purchase. I wanted to let Trek know, since you own Lemond bicycles, that I will NOT be purchasing a new Lemond bicycle thanks to Gregs' recent comments about Lance. I had my final choices narrowed to Lemond, Airborne, and Trek. I am a former racer and can appreciate the Lemond geometry but I do not care about that now. I have decided to buy a new Trek, a Madone. I am truly disappointed by Gregs' recent comments about Lance and it makes him look like a jealous former Champion. Please let management know that I have decided NOT to buy a Lemond. The only way I can voice my displeasure to Greg is by e-mailing him, which I have, and by voicing my displeasure with my dollars. Please let Greg know that his behavior and comments are unacceptable. Thank you for your time in reading my e-mail. Sincerely, Steve Calhoun

1

TREK000441

## Smith, Lisa

**From:** edphill@cox.net
**Sent:** Sunday, July 25, 2004 11:21 AM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: ed

email_from: edphill@cox.net

comments: I have budgeted funds to purchase one of your bikes this fall, but, after cry-
baby Greg\'s latest comments about Armstrong will buy another brand of bike.

Pass this on to the whiner.
Change his diaper.

1

TREK000443

## Smith, Lisa

realname: Carol

email_from: catrevey@yahoo.com

comments: SHAME TO GREG LEMOND for his comments to the French daily Le Monde!  What sour grapes he is!  Taking a cheap shot at a fellow American and a cancer survivor is simply appalling!  I would find it humiliating to ever be seen on a LeMond bike again!

1

TREK000444

## Smith, Lisa

| | |
|---|---|
| **From:** | tomgardner1@netscape.net |
| **Sent:** | Monday, July 26, 2004 11:49 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Tom Gardner

email_from: tomgardner1@netscape.net

comments: Would you please forward me the email addresses of the Director/VP of Marketing and Sales. I would like to send them an email because my wife is selling her Lemond bicycle and will never purchase anything from Lemond because of the comments Greg Lemond made regarding Lance Armstrong. Thanks, Tom Gardner

1

TREK000446

| | |
|---|---|
| From: | travelinhobo@yahoo.com |
| Sent: | Monday, July 26, 2004 12:17 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Cheryl Kline

email_from: travelinhobo@yahoo.com

comments: Pass this along to Mr. Lemond...

Dear Mr. Lemond-
Until you can prove that YOU didn\'t take any drugs to win the TdF, don\'t be such an
idiot. All you\'re doing is turning yourself into a hypocrite. Now why don\'t you do
something constructive w/your life instead of being jelous.

1

**From:** Tomakatc@yahoo.com
**Sent:** Monday, July 26, 2004 12:32 PM
**To:** Consumer, Lemond
**Subject:** Lemond 2004 Web site Feedback

realname: Tom Cavanaugh

email_from: Tomakatc@yahoo.com

comments: I have had intentions to buy a steel frame bike soon and the LeMond brand was a
top contender, at least it was until LeMond came out and made the remarks he did about
Lance Armstrong. His remarks; right or wrong, made him sound like an angry, vindictive,
spoil-sport.

Tom Cavanaugh
San Juan Capistrano, CA

1

TREK000448

**Smith, Lisa**

realname: Mark Florence

email_from: flocrest@tds.net

comments: I did not know who else to send this to. I want to express my disappointment with Greg Lemond\'s comments regarding Lance Armstrong. While certainly entitled to his opinion. To make derogatory comments of this nature is unfortunate at the least, and at some level quite irresponsible. I bought a Maillot Jaune last fall, and while I like the bike well enough, I likely would not have spent that kind of money given the latest comments from the man who\'s name is on the company and my bike. If he has some specific proof of his claims, fine. If not, please do not diminish what Mr. Armstrong has accomplished. Want to buy my bike back so I can buy a Trek?

1

TREK000451

**Smith, Lisa**

From:          dgp19@hotmail.com
Sent:          Monday, July 26, 2004 4:10 PM
To:            Consumer, Lemond
Subject:       Lemond 2004 Web site Feedback

realname: Donna Peterson

email_from: dgp19@hotmail.com

comments: I own a Lemond bike that my husband purchased for me three years ago. My joy in riding this bike was destroyed by the comments made by Greg Lemond regarding Lance Armstrong. I feel very strongly that one\'s opinions should be allowed to be voiced, but Greg Lemond\'s opinion about Lance Armstrong serves no purpose at this time. I\'m selling my bike. I\'m selling my bike and will no longer support any of Lemonds products. Sincerely - Donna Peterson

1

TREK000453

| | |
|---|---|
| From: | sandy@tahoesierracentury.com |
| Sent: | Monday, July 26, 2004 5:06 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: Sandra Knott

email_from: sandy@tahoesierracentury.com

comments: Dear Greg LeMond,

I recently test rode your ti-carbon frame and was thrilled with the ride. I was all set
to order a custom version and know I would have loved the bike.

Since your shameful comments during the Tour de France, I\'m now going with a Trek. I
know I\'m not the only fan disappointed in you.

Sincerely,
Sandy Knott

1

TREK000454

| | |
|---|---|
| **From:** | Frankandelaine@cox.net |
| **Sent:** | Monday, July 26, 2004 5:08 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Frank DePasquale

email_from: Frankandelaine@cox.net

comments: Greg, as a fan of yours and a racer from your era I'm very disappointed in what you implied about Lance. Your era was not know too be squeaky clean and you were once on the PDM team, enough said. If you know something extraordinary, then say it with extraordinary proof. What we have witnessed over the last 6 years is probably the greatest endurance athlete of all time – not just cyclist. You should be in awe of what this guy has achieved – he has achieved what nobody else has been able to do. Lance achieved this after the UCI started testing for EPO. And he achieved his sixth win with blood tests. If we rolled back the clock I don't think there were too many cyclists that could of withstood blood tests. Greg, count yourself fortunate that Hinualt, you, and the others did not have to race the tour against Lance --- because as Lance has demonstrated on a bicycle, this man has no equal.


Frank DePasquale

1

## Smith, Lisa

| | |
|---|---|
| **From:** | leenjones@adelphia.net |
| **Sent:** | Tuesday, July 27, 2004 7:37 AM |
| **To:** | Consumer, Trek |
| **Subject:** | Trek Bikes Contact Us |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Contact Us Form

Date: 2004-07-27 08:37:23

Name: C. Jones

E-Mail: leenjones@adelphia.net

Comments: I understand that Trek owns LeMond bicycles and related products. Please know that myself and my family are boycotting LeMond products because of Greg LeMond's statements about Lance Armstrong. My spouse and I are appalled at LeMond's arrogant statements to the French newspaper and to ESPN. To assume Lance's achievements are because of drugs is reprehensible; he should support his fellow American champion. LeMond is contributing to the McCarthy-era environment of mindless accusations in cycling, and it's bringing the sport down. My family and I will NEVER buy another LeMond product-- never. I also hope Trek will consider severing its relationship with LeMond.

1

TREK000459

| | |
|---|---|
| From: | dmennenoh@wi.rr.com |
| Sent: | Tuesday, July 27, 2004 1:42 PM |
| To: | Consumer, Lemond |
| Subject: | Lemond 2004 Web site Feedback |

realname: dave

email_from: dmennenoh@wi.rr.com

comments: I just wanted to say that I used to think greg lemond was a good guy. I was going to buy a lemond road bike. Now I think he\'s a jealous has been who was never good enough to break a record. I really hope America does right and puts lemond bikes out of business by not buying a thing from you. I know I never will, and I will make damn sure every person I know does the same.

Lemond is a fat, washed up, loser.

Go Lance!

1

TREK000461

**Smith, Lisa**

| | |
|---|---|
| **From:** | bjack@g2a.net |
| **Sent:** | Tuesday, July 27, 2004 4:43 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Bob Jack

email_from: bjack@g2a.net

comments: How do I remove my LeMond decals off my bike?
Or, would you buy the bike back?

What is the problem with Lemond?

1

TREK000463

**Smith, Lisa**

| | |
|---|---|
| **From:** | isemanjim@aol.com |
| **Sent:** | Tuesday, July 27, 2004 5:13 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemond 2004 Web site Feedback |

realname: Jim Iseman

email_from: isemanjim@aol.com

comments: I am very upset. I recently bought a Nevada City as my training bike and I am getting verbally attacked in NYC on my morning ride (Re: Greg Lemond\'s viscious verbal attacks that Lance is doping). Today I had a large tree branch thrown at me.  I can no longer use the bike as I fear for my safety. How do I get a refund for the $650 I spent on the bike as I see this as Greg\'s fault and your responsibility as a Company. Beyond safety concerns, I am embarassed to own the bike given all the controversy surrounding the Lemond name due to Greg\'s apparently false allegations and the strong love for Lance in the NYC metro. I find it ironic that Lemond is made by Trek.  How could this happen and how are you going to make right by me???

My name is Jim Iseman, 1735 York Avenue, 18H, NYC, NY 10128. Home telephone (212) 987-8900

1

TREK000464

| | |
|---|---|
| From: | John Carroll [JCarroll@hutchison.com.au] |
| Sent: | Tuesday, July 27, 2004 5:26 PM |
| To: | Consumer, Lemond |
| Subject: | Opinions |

Hi,

Not sure if this will get to Greg L but if possible please pass on.

I have owned lemond Bikes and have always admired Your achievements in the way you rode, the amazing victory in the Paris TT, your desire to be new and innovative. It is within such admiration that I am appalled at the way you are being portrayed to have jumped on the "Accuse Armstrong bandwagon". I do not know if he is clean just like I do not know if you were clean however what is absolutely sure is that his story provides hope for a group of people who have been dealt one of the cruelest blows. Just think Your laying there being pumped full of Toxic chemicals in the slight chance that it may make you strong enough to live and see your kids grow old and you are provided with a book that tells you about this guy who has been through it and survived and then went onto one of the greatest achievements in sport. Alternatively 2 days latter your laying there reading a paper that says the same guy has been accused by another legend of taking drugs and he's a bad person for the sport.
Sure he's made a wad of money from winning the tour and he's also brought millions into the sport which helps companies like yourself to profit. My advice to you is if you don't have anything nice to say about the accomplishments of the guy then just don't say anything, I won't be buying another lemond bike for quite some time.

Best Regards

John Carroll
ex. 500m,1k Tandem National record holder (small but happy achievement)

I

TREK000465



From: jrloweak@yahoo.com [mailto:jrloweak@yahoo.com]
Sent: Tuesday, July 27, 2004 10:49 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: jim lowe

email_from: jrloweak@yahoo.com

comments: I\'ve got a maillot jaune carbon fiber 1997. I\'m selling it after lemond\'s
comments about Lance!

1

TREK000471

April 28, 2004

Dear Sir,

Let me begin by saying that I don't often write letters of this type, because I usually don't allow things to get me that worked up. However, this situation is different.

I doubt that the object of my ire will ever see or even learn of this letter, but I feel compelled to write it anyway.

I am angered beyond belief that a man of the stature of a Greg Lemond, who has meant so much to his sport and overcome so much himself, would allow himself to become a pawn of the French Press.

I cannot understand why Mr. Lemond would make such a statement, "Lance is ready to do anything to keep his secret. I don't know how he can continue to convince everybody of his innocence." (July 16, 2004) about Lance Armstrong without a shred of proof. Lance Armstrong is the epitome of courage and determination. He is probably the most tested athlete in history, and to the best of my knowledge, has never failed a drug test. His team is probably the most tested team in cycling history. But, that apparently means very little to Mr. Lemond.

I would hate to think that it was jealousy that motivated Mr. Lemond to

GWM001031

TREK000469

make such a statement, but it is the only logical conclusion I can come to.

I have written to you because I don't have an address for Mr. Lemond, otherwise I would have written to him directly.

I have your address because unfortunately, I purchased a Lemond Tourmalet from a local dealer on June 3 2004, and I have had the bike to long to return it, and get my money back.

Thank you for allowing me to vent.

Edward E. O'Connor
100 Middle St
Saco, Maine 04072
207-282-1950
age 60 +

TREK000470



From: bramsay@state.mt.us [mailto:bramsay@state.mt.us]
Sent: Thursday, July 29, 2004 5:02 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web Site Feedback

realname: bill

email_from: bramsay@state.mt.us

comments: After Greg\'s whiner remarks about Lance, I scraped the Lemond name off my Poprad so no one could see the loser bike brand I have. Know anyone who wants some slightly damaged decals?

1

TREK000472



From: bikenrun@comcast.net [mailto:bikenrun@comcast.net]
Sent: Thursday, July 29, 2004 10:18 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: Harry Simonini

email_from: bikenrun@comcast.net

comments: I would like that this message be given to someone in the management of your company. During the telecasts of the 2004 Tour de France, I watched excerpts of an interview of Greg LeMond. I must say that I was appalled at the comments he made concerning Lance Armstrong. Prior to seeing this interview, I admired LeMond and felt that he put bicycling on the map so to speak for Americans. To now make unsubstantiated allegations concerning Armstrong\'s use of stimulants is not only cruel but in my opinion based on nothing more than jealousy. I have supported LeMond during his years at the Tour de France as well as races he won in the United States. To make these comments without support about a fellow American are disgusting. In closing, I am in the market for a new bicycle and was strongly considering a LeMond bicycle, based on a friend\'s recommendation. After these comments, I will have to look elsewhere.

1

TREK000473



From: cathyhal@yahoo.com [mailto:cathyhal@yahoo.com]
Sent: Friday, July 30, 2004 3:24 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: cathy

email_from: cathyhal@yahoo.com

comments: When are you going to have a \"I hate Lemond\" web site?  It will go over
big!!!
Especially because the fat ass is such a jealous loser he can\'t leave
Armstrong alone.  It must be tough being old, fat and have nothing close
to what your once friend has.  And Lance still is the gentleman saying
nothing bad in the media about this pig.
But it shows you who the REAL gentleman is...and of course the best
athlete.
If you know this punk tell him to get a life.  He is hated by many now
and actually should look out for his life.

1

TREK000474



**From:** grumpyinc@charter.net [mailto:grumpyinc@charter.net]
**Sent:** Wednesday, August 18, 2004 9:32 AM
**To:** Burke, John
**Subject:**

Mr Burke: Good Morning. My name is Steve Tobin and I live in Paso Robles Ca. For the last 2 years I have been riding a Lemond Tourmalet. It is a fine bike and I enjoy it. But I am very unhappy with the comments of Greg Lemond concerning Lance Armstrong. They are unnessary and unfounded. I am very proud of Lance and Trek and am ashamed to ride a Lemond bike.
I plan to get rid of my bike ASAP/ Would like to stay with Trek. Woud like to hear your comments
Respectfully Steve Tobin

8/18/2004



From: jl_lafferty@yahoo.com [mailto:jl_lafferty@yahoo.com]
Sent: Tuesday, August 24, 2004 7:17 AM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: John Lafferty

email_from: jl_lafferty@yahoo.com

comments: I was very disappointed and sad to hear Greg Lemond\'s comments about Lance
Armstrong and doping during this year\'s TdF. If he has some evidence to back up his
opinions, then sure, let\'s hear them -- he will do the sport a service. Otherwise, they
are just vindictive and irresponsible vents, made by someone exploiting his prestige and
previous successes with the TdF.

I own a Lemond bike, but after hearing about Greg Lemond\'s comments, I felt like throwing
the bike in the river. I\'ll never buy the brand again.

-John Lafferty

1

TREK000483



From: jrp@petrocik.net [mailto:jrp@petrocik.net]
Sent: Friday, August 27, 2004 10:01 AM
To: Consumer, Trek
Subject: Trek Bikes Contact Us

Contact Us Form

Date: 2004-08-27 11:00:45

Name: John R. Petrocik

E-Mail: jrp@petrocik.net

Comments: It is unfortunate that LeMond is a Trek brand. I was a fan of his, and I and members of my family have owned Treks. My last Trek was the 770 (full Campagnolo Chorus components).

I may buy a Trek again some day (I currently ride a Litespeed), but I will never buy a LeMond and I will do my level best - which can be quite good - to discourage every purchaser of my acquaintance from buying a LeMond.

LeMond's bitterness at Lance's superiority at the TdF crossed the limit when he implied that Lance is using drugs, and this is the second time he has uttered that slur.

LeMond's free speech rights cover Â"politicalÂ" speech. They do not guarantee him an unfettered right to slander a fellow citizen. Also, LeMond's free speech rights do not protect him from retaliation by fellow citizens who will not do business with him directly or indirectly. I hope his income suffers.

It will be unfortunate that Trek will suffer some business losses also. The association with Armstrong has boosted Trek immensely. Your association with the LeMond name will subtract your total future sales - I am sure.

Regards.

1

TREK000478

Don Wells
739 Dow Ave
Geneva, IL 60134
630/232-6533
donwells@sbcglobal.net



Rec'd 10/14/04

John Burke-President Trek Bicycle Corporation

John,

    We have met on several occasions at the Trek 100. I have done the ride now for 10 years and have raised over $30,000 for the MACC fund. My bike shop is the Bike Rack in St Charles and the Honeyman family has been wonderful to me over the past 18 years and I have now logged 59k miles on various models of Trek bicycles since I started in 1988. I'm now retired and riding 5-6k a year on a Trek 2300. That said, I wanted to share with you a major disappointment with Greg LeMond.

    As a member of Century Club this year having raised $6,200, I was thrilled to ride with Greg on Friday. I managed to stay in the lead group with Greg for most of ride and enjoyed talking with him. I asked if he would sign a jersey I had brought with me and he said he would be glad to that evening at the party. However time ran out before I reached the front of the line and it didn't get signed. Collen Oneil agreed to send it to his office and she did. Greg's secretary emailed Colleen that she had the jersey and would get Greg to sign it when he returned to the office. John, it has now been four months and repeated emails by Colleen to his office have gone unanswered. We finally just asked for the jersey to be returned, as it was a gift from my daughters. I suspect it was because it was the 100-anniversary tour defrance jersey with the four time winners on the back and of course Lance was on it as well. I realize there is little you can do, but wanted you to know that I'm really disappointed in his actions and would now participate again in any function that he was involved in.

John, I will continue to support the MACC fund and ride Trek bicycles but will never purchase anything with the LeMond name on it.

Sincerely

Don

TREK000547



**From:** Bob Dignan [mailto:bob@cardinalinvestmentservices.com]
**Sent:** Wednesday, November 10, 2004 11:02 AM
**To:** Titus, Dan; Moran, Dick
**Subject:** LeMond in the news

Hey guys,

You've likely already seen this, but I couldn't resist. Will someone tell Greg that he can't get away on his charm and celebrity anymore? Especially since all of his former supporters think he's an ass for all of his Armstrong-related temper tantrums. Do we the great favor of replacing the LeMond brand with an Armstrong line so I can get excited about the entire product line again. PLEASE.

http://www.startribune.com/stories/464/5060010.html

Hope life is treating you well!

Robert T. Dignan,
President/Registered Principal

TREK000536



From: huaust3@hotmail.com [mailto:huaust3@hotmail.com]
Sent: Monday, January 31, 2005 9:08 PM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: Hugh A. Stump III

email_from: huaust3@hotmail.com

comments: Dear Lemond Bikes:

I realize this is the wrong place to send this, but, hey, you have to have hope.

I just watched \"Fearless\" and am saddenned by Greg\'s attitude. I now feel my purchase of a 2003 Victoirre is a bad one. I love the bike. I bought it because of my belief in Greg\'s philosophy on positioning and materials.

Now, though, I only see a bitter, deluded, bike racer who can\'t face his age. His thinking he could win 6 or 7 tours, and that today\'s athlete\'s must be using drugs to perform so we (i.e., Lance) only serve to show his bitterness.

Greg was a wonderful bike racer and my idol (as far as biking goes) for many years. I started riding because of Greg. But now, I am at a loss for why he would choose to denigrate the work ethic, the discipline, the effort of someone like Lance. How many times did Greg ride up Alp d\'Huez to prepare before Fignon beat him?

I love my Victorrie, but it will be my last Lemond purchase unless he someday admits the truth--there might be somebody with more willpower than him.

P.S. To the techies, I love my bike! Thank you!

Hugh

1