

From: Consumer, Lemond
Sent: Tuesday, February 08, 2005 11:35 AM
To: Swenson, Steve
Subject: FW: Lemond 2004 Web site Feedback


-----Original Message-----
From: ajmediator@hotmail.com [mailto:ajmediator@hotmail.com]
Sent: Monday, February 07, 2005 11:28 AM
To: Consumer, Lemond
Subject: Lemond 2004 Web site Feedback

realname: Armen Janzen

email_from: ajmediator@hotmail.com

comments: I am a former racer. My history is extensive but not relevant.
I\'m hoping that you have a connection to Greg and that you will send him my sincerest
disappointment that he has chosen to make totally unfounded accusations regarding drugs
and Lance Armstrong. I raced during the LeMond era and am horrified that Greg would stoop,
out of jealousy, to make the negative comments that he did.   Shame Shame Shame
Totally unfounded........as we\'ve seen the French tried as hard as they could to prove a
drug history with Lance and were ultimately unsuccesfull. Shame on Greg.......Go
away.......

1

TREK000491

Dockets.Justia.com

**Huber, Elisabeth**

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

\*\*Please be sure when replying to include the rest of the email.
\*\*The information contained in this communication may be confidential and is intended only
for the recipient named above.

-----Original Message-----
From: Kohner, Casey
Sent: Monday, June 26, 2006 9:22 AM
To: Gutowski, Matthew
Subject: FW: Contact Us -Other

Here's one you can save.

Casey

-----Original Message-----
From: uckotter@hiwaay.net [mailto:uckotter@hiwaay.net]
Sent: Sunday, June 25, 2006 11:07 AM
To: ETrek Help
Subject: Contact Us -Other

From:
Chrystie Uckotter

Dear Sirs,

I bought my first Trek bike in 1982.  Since then I have amassed quite  collection of road
and mountain bikes.  But starting today and as lone as Greg Lemond is associated with TREK
and spews his Lance bashing drivel is the media, I will boycotting your products.  I will
continue to support Lance in other ways, but I refuse to give a dime to any company that
has a thing to do with LeMond.

1

TREK000496

Lemondbikes.com Contact Us Inquiry.txt
From: thierry.lemery@wanadoo.fr
Sent: Sunday, June 25, 2006 12:30 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Thierry Lemery
Email: thierry.lemery@wanadoo.fr
Comments: To be forwarded to Greg Lemond

I am a cyclist from Antibes, France. I was reading l\'Equipe this morning.
It is very courageous of you to reveal all that. I wish you the best.

Thierry

TREK000494

## Huber, Elisabeth

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only for the recipient named above.

-----Original Message-----
From: Consumer, Trek
Sent: Monday, June 26, 2006 10:28 AM
To: Gutowski, Matthew
Subject: FW: Trekbikes.com Contact Us Inquiry

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only for the recipient named above.

-----Original Message-----
From: brad_randmark@hotmail.com [mailto:brad_randmark@hotmail.com]
Sent: Sunday, June 25, 2006 3:45 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Brad
Email: brad_randmark@hotmail.com
Comments: I cannot shop in a Trek shop as long as I have to look at LeMond bikes.  Greg LeMond is a whinning sore loser and a detriment to the sport.  Drop his name.

1

TREK000495

letter 2.txt

From: funkasorous@yahoo.com
Sent: Sunday, June 25, 2006 4:32 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: chris salisbury
Email: funkasorous@yahoo.com
Comments: Tell LeMond to shut his pie hole; he is no longer the greatest American
cyclist-GET OVER IT you freaking baby!

TREK000492

lerrer3.txt

From: lemondsucks@yahoo.com
Sent: Sunday, June 25, 2006 7:44 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Former Lemond Fan
Email: lemondsucks@yahoo.com
Comments: Has Greg always been a sniveling, insecure jerk who needs to denigrate others accomplishments in order to boost his own self esteem? If Greg\'s bikes display the same quality as he displays as an individual, please keep them far away from me.

TREK000493



**From:** Tim Brick [mailto:tbrick@brickwheels.com]
**Sent:** Monday, June 26, 2006 5:05 AM
**To:** Maurer, Dave; Smith, Caleb
**Cc:** Shrift, Mike; Moncel, Jay
**Subject:** Fw: If I were Trek, I would fold this brand

From a customer

—— Original Message ——
**From:** Geoffrey Davis
**To:** News Group
**Sent:** Sunday, June 25, 2006 11:00 PM
**Subject:** If I were Trek, I would fold this brand

## LeMond: "Armstrong threatened my life"

Former Tour de France champion Greg LeMond has given French *L'Equipe* newspaper an exclusive interview, published on Sunday, June 25, 2006, in which the American has taken a stand against Lance Armstrong, the UCI and the Vrijman report. LeMond said that Lance Armstrong has threatened him for having criticised the seven-time race winner's collaboration with Italian sports doctor Michele Ferrari. LeMond, who won the Tour de France in 1986, 1989, 1990, said that he was pressured by Armstrong in 2001 after saying that he was disappointed at the Texan's association with the controversial preparatore.

"Lance threatened me," he said. "He threatened my wife, my business, my life. His biggest threat consisted of saying that he (Armstrong) would find ten people to testify that I took EPO."

In the interview, LeMond continued by holding the UCI responsible for their failure to deal with the problem of doping. "This problem goes beyond Armstrong," he said. "The Spanish scandal is another example, the entire system is corrupt, the UCI is corrupt."

LeMond also referred to the Vrijman report, named after the expert commissioned by the UCI to probe the *L'Equipe* allegations of doping against Armstrong. "The report should have come from WADA or the French Ministry of Health," he said. "But it doesn't change anything if you catch a rider because Lance is now retired and it continues."

7/31/2006

TREK000500

LeMond added that Armstrong as a person was consumed with ambition: "He needs power - with money, or with women. He will never find happiness."

http://www.cyclingnews.com/news.php?id=news/2006/jun06/jun26news

**Geoffrey Davis**

Cell: 214-529-9622
www.GoodGuyLending.com

The Official Mortgage Guy for the Staff of Richardson BikeMart!

**Love God, Love your Neighbor**

7/31/2006

TREK000501

| | |
|---|---|
| **From:** | Consumer, Trek |
| **Sent:** | Tuesday, June 27, 2006 8:33 AM |
| **To:** | Huber, Elisabeth |
| **Subject:** | FW: Trekbikes.com Contact Us Inquiry |

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

\*\*Please be sure when replying to include the rest of the email.
\*\*The information contained in this communication may be confidential and is intended only
for the recipient named above.


-----Original Message-----
From: BZeller@ccim.net [mailto:BZeller@ccim.net]
Sent: Monday, June 26, 2006 9:47 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Brian Zeller
Email: BZeller@ccim.net
Comments: Tell Greg Lemond to shut up.

1

TREK009669

letter4.txt

From: Nobody [nobody@web02.trekbikes.com]
Sent: Monday, June 26, 2006 12:00 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name:
Email:
Comments: tell Greg to stop hatin. it isn\'t pretty

TREK000499

letter5.txt

From: forthedefense@hotmail.com
Sent: Monday, June 26, 2006 6:35 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name:
Email: forthedefense@hotmail.com
Comments: why does lemond continue to make an a**hole out of himself when it comes
to armstrong. what a fool!

TREK000497

 

## Huber, Elisabeth

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

\*\*Please be sure when replying to include the rest of the email.
\*\*The information contained in this communication may be confidential and is intended only
for the recipient named above.

-----Original Message-----
From: j.nichols@ffs.com [mailto:j.nichols@ffs.com]
Sent: Monday, June 26, 2006 6:44 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Jeff Nichols
Email: j.nichols@ffs.com
Comments: Lance got me into biking again. So went from a 5500 to a Madone, until this
year. How Trek can sit back and let that loud mouth rip Lance is beyond me. That fat ass
needs to push away from the chow table, spent more time on his own bike and just shut up.
Please note that this bothers me enought that I now ride a Specialized S-Works Tarmac. You
should know how this Lemond nonsense hurts your business...in the worst place(the bottom
line).

Jeff Nichols

TREK000504

letter 6.txt

From: Nobody [nobody@web02.trekbikes.com]
Sent: Monday, June 26, 2006 9:21 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name:
Email:
Comments: Why do you tell big lies about Lance, you are really a jealous little frog after all.
I feel sorry you only the tour 3 times.........piss on you !!

TREK000498

| | |
|---|---|
| **From:** | Consumer, Trek |
| **Sent:** | Tuesday, June 27, 2006 8:33 AM |
| **To:** | Huber, Elisabeth |
| **Subject:** | FW: Trekbikes.com Contact Us Inquiry |

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only
for the recipient named above.

-----Original Message-----
From: BZeller@ccim.net [mailto:BZeller@ccim.net]
Sent: Monday, June 26, 2006 9:47 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Brian Zeller
Email: BZeller@ccim.net
Comments: Tell Greg Lemond to shut up.

1

TREK000502



**Huber, Elisabeth**

| | |
|---|---|
| From: | Consumer, Trek |
| Sent: | Tuesday, June 27, 2006 8:24 AM |
| To: | Huber, Elisabeth |
| Subject: | FW: Trekbikes.com Contact Us Inquiry |

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only
for the recipient named above.

-----Original Message-----
From: jstevec1@charter.net [mailto:jstevec1@charter.net]
Sent: Monday, June 26, 2006 10:44 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: John S Campbell M. D.
Email: jstevec1@charter.net
Comments: Why don\'t you send that sorry guy Lemond down the road and have Huffy build his
bikes? I love my P1 5900 and  my wife loves her P1 5.2SL. Thanks for doing such a great
job, and supporting Lance who got me off my ass in my 60\'s to enjoy a great sport. I\'ve
left 40 pounds on the road. Greg could do the same from recent pictures.

1

TREK000506

letter 7.txt

From: jhumphreys76@msn.com
Sent: Tuesday, June 27, 2006 8:48 AM
To: Consumer, LeMond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Jim Humphreys
Email: jhumphreys76@msn.com
Comments: Please forward as appropriate.

LeMond\'s attack on Armstrong has finally convinced me to donate my LeMond bike to charity. I will NEVER purchase anything with his name on it again.

I am not a child; I am a 40-something consumer of \"upper-end\" buying power, frequent cyclist and cycling gear consumer.

Page 1

TREK000503

**Swenson, Steve**

From:           racefan@aol.com
Sent:           Wednesday, June 28, 2006 8:43 AM
To:             Consumer, Lemond
Subject:        Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: racefan@aol.com
Email: racefan@aol.com
Comments: Lemond is a pussy.  where is his loyalty?  why can\'t he support Lance like an American?  he\'s acting like another french pussy.  they\'re all jealous of Lance and that\'s weak!

1

TREK000505

**Swenson, Steve**

A "LeMond Contact Us" request has been made:

Name: Hassan Mahmud
Email: hassanmahmud@hotmail.com
Comments: Why on earth is Greg L. pulling such publicity stunts as to get into the business of Lance Armstrong? Clearly this is to promote awareness of Lemond Bikes. As a previous owner of Lemond bikes, moving forward with Greg\'s public actions, I will never again purchase a bicycle that dawns his name.

1

TREK000507

## Huber, Elisabeth

**From:** Consumer, Trek
**Sent:** Friday, June 30, 2006 12:39 PM
**To:** Huber, Elisabeth
**Subject:** FW: Trekbikes.com Contact Us Inquiry

From a consumer.

Thanks,

Cynthia Dominguez
Consumer Representative/Technical Support 920-478-2191, ext. 12386

-----Original Message-----
From: robertsmithusa@yahoo.com [mailto:robertsmithusa@yahoo.com]
Sent: Friday, June 30, 2006 12:02 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: robert
Email: robertsmithusa@yahoo.com
Comments: There was a time when LeMond was my hero, I wore his team kit proudly [ADR] and
even met him on several occasions to get autographs. He paved the way for many and brought
attention to the sport.  But, it\'s was a sad day for U.S. cycling [and me] several months
ago when Greg LeMond stated he thought Lance Armstrong was using band substances to get
the performances he was achieving.  I thought we were on the same team, The United States
of America.  Since when do we condemn someone is guilty before having a jury, trial or
proof, none of which has happened.  Then to state the ridiculous statements in the press
about his life being threatened [true or not], and taking EPO, again with no proof.  These
statements made him look insecure and envy of Armstrong.  Lance Armstrong has done more
the sport of cycling and more importantly, finding a cure for cancer than Lemond ever did.
It\'s time LeMond takes a good look at reality and realizes that he is not the American
king!
  of cycling and putting down other American cyclist is very childish.  For the good of
the sport Greg LeMond needs to keep is mouth shut.  I have since burned my ADR kit and
will never buy a LeMond product.

R. Smith
Southern California

1

TREK009692



JOHN P. LONGMIRE, III, D.D.S., P.A.
(A PROFESSIONAL CORPORATION)
DIPLOMATE OF THE AMERICAN BOARD OF ORAL & MAXILLOFACIAL SURGERY

12 July, 2006

Mr. John Burke
Trek Bicycles
801 W. Madison St.
Waterloo, WI 53594

Dear Mr. Burke,

Thank you for a few moments of your time. Before I share some thoughts with you, permit me to tell you a little about my purchasing habits. I tend to have a very strong brand loyalty and Trek has been one of those companies.

I have two Trek road bikes, a Trek mountain bike and a Trek tandem. Over the years I have purchased many items, i.e. shirts, gloves, jerseys, caps, water bottles, etc., with a Trek label in preference to other cycling brands.

I am a Lance Armstrong fan and have been extremely disappointed with the negative comments regarding Armstrong made by Greg Lemond, whose line of bikes and merchandise you also produce.

I get the impression that there is some resentment on the part of Lemond towards Armstrong. It's almost as if Lemond resents another American cyclist stealing some of the limelight. Just the opposite should be true.

Armstrong's accomplishments do not diminish Lemond's record. Lemond established some milestones in American cycling that he should be proud of, the first American to win the Tour de France, the one who introduced aero bars into the Tour and had an incredible comeback from an injury after his first Tour win to win two more Tours, one by only eight seconds!

I have been in the market for a new road bike since the Tour last year and have been eyeing the Trek Madone 5.9SL, but have recently decided to wait until the new models become available. Then came Lemond's comments. I now find it difficult to consider purchasing merchandise from a company associated with Lemond, whose statements regarding suspicions and unproven allegations on Armstrong diminish his own stature and show a lack of sportsmanship. It definitely gives the impression that Lemond is acting like a spoiled child.

The chance of my purchasing a Trek bike at this time is only about 50%. Prior to Lemond's pronouncements, it would have been 200%. Additionally, I have a local colleague, who feels the same way, and commented that he would never purchase anything with Lemond's name on it.

1309 WEST FLETCHER AVE.   TAMPA, FLORIDA 33612   TELEPHONE (813) 960-5540

TREK000508

In short, Lemond is hurting his name and your business. If just two of us in this town feel the way I do, multiple that by the number of Trek dealers around the country to get some idea of Lemond's negative impact on Trek.

I'm not suggesting that you eliminate Lemond bicycles from your line, but if I were you, I would ask Lemond to refrain from making derogatory comments about Armstrong unless irrefutable proof is presented, Armstrong is sanctioned by the UCI or Armstrong's wins are deleted from the record books.

If I hear one more unsubstantiated negative comment by Lemond regarding Armstrong, my next bike will definitely not be a Trek. Thank you for letting me vent and share my thoughts.

Cordially,

John P. Longmire, III, D.D.S., F.I.C.D., F.A.C.D.

CC: Mr. Andrew Young
    Mr. David Lupino, Carrollwood Bicycle Emporium

TREK000509

Marv Richter 1 Trek Bicycle Corporation 1 Tech Support & Customer Service 1
920.478.4678x12123

-----Original Message-----
From: mtbkr1@mchsi.com [mailto:mtbkr1@mchsi.com]
Sent: Monday, July 16, 2007 8:13 AM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: K. Frank
Email: mtbkr1@mchsi.com
Comments: I recently purchased a Lemond bike and am having an unusual problem.  When I
place it in the garage next to my Specialized and Trek bicycles it begins to whine and
complain that the other bikes are cheaters and that it is the only true \"American
Champion\".  I was wondering, if maybe Greg himself would stop being a whining asshole,
maybe this piece of shit bike would also stop.  Please have him do it publicly so I can
bring the bike in to watch it on TV.  I suppose this is not covered uunder warranty.

1

TREK009711

letter 7.txt

From: jhumphreys76@msn.com
Sent: Tuesday, June 27, 2006 8:48 AM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Jim Humphreys
Email: jhumphreys76@msn.com
Comments: Please forward as appropriate.

LeMond\'s attack on Armstrong has finally convinced me to donate my LeMond bike to charity.  I will NEVER purchase anything with his name on it again.

I am not a child; I am a 40-something consumer of \"upper-end\" buying power, frequent cyclist and cycling gear consumer.

TREK009628

## Huber, Elisabeth

Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only
for the recipient named above.


-----Original Message-----
**From:** j.nichols@ffs.com [mailto:j.nichols@ffs.com]
**Sent:** Monday, June 26, 2006 6:44 PM
**To:** Consumer, Trek
**Subject:** Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

**Name:** Jeff Nichols
**Email:** j.nichols@ffs.com
Comments: Lance got me into biking again. So went from a 5500 to a Madone, until this
year. How Trek can sit back and let that loud mouth rip Lance is beyond me. That fat ass
needs to push away from the chow table, spent more time on his own bike and just shut up.
Please note that this bothers me enought that I now ride a Specialized S-Works Tarmac. You
should know how this Lemond nonsense hurts your business...in the worst place(the bottom
line).

Jeff Nichols

1

TREK009625



From: Swenson, Steve
Sent: Friday, July 28, 2006 1:29 PM
To: Consumer, Trek
Subject: RE: Contact Us -Tour Mania

Nice...

Thanks,

Steve Swenson
Manager, Tech Support and Consumer Services
Trek, Lemond, Klein & Gary Fisher
steve_swenson@trekbike.com

-----Original Message-----
From: Consumer, Trek
Sent: Friday, July 28, 2006 1:24 PM
To: Swenson, Steve
Subject: FW: Contact Us -Tour Mania

Lemond trash...


Thank-You!
Ashley Uttech
Consumer Rep/Tech Support
#920-478-2191 x12255
Ashley_Uttech@Trekbikes.com

1

TREK000510

Confidential Email, for addressee only

-----Original Message-----
From: kearj@yahoo.com [mailto:kearj@yahoo.com]
Sent: Friday, July 28, 2006 1:24 PM
To: Consumer, Trek
Subject: Contact Us -Tour Mania

From:
mike mike

Why does Greg Lemond hate America? Lemond is a super fat pole smoker. No one in America should ever buy one of his bikes. I'm starting to think his brother in-law shooting him was no accident. How can I get in on a hunting trip with Greg Lemond. As long as Greg Lemond is affiliated with Trek, F..... Trek

Dyinig to go hunting with Greg Lemond,
Mike Z

2





From: tabruno3@yahoo.com [mailto:tabruno3@yahoo.com]
Sent: Sunday, July 30, 2006 3:51 AM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: tom bruno
Email: tabruno3@yahoo.com
Comments: I will never again buy a Trek product so long as your firm is associated with Greg Lemond.

The man is destroying the sport by immediately assuming that no one other than him could win a TdF without being a serial doper.

His comments about Armstrong and now Landis prove that the man has extreme mental issues. His damage to the sport can never be undone. By keeping him involved in bike building you are giving him a bully pulpit and enabling this.

I hope and pray the brands of Trek and Lemond fade into obscurity. I have retired my old Trek 1400 (many a great century on that one) am selling my wife\'s 1200 and will soon sell my 2300.

Tom Bruno

1

TREK000512



From: Kohner, Casey On Behalf Of ETrek Help
Sent: Monday, July 31, 2006 8:45 AM
To: Consumer, Trek
Subject: FW: Contact Us -Other

From the online store inbox.
Thanks, Casey.


-----Original Message-----
From: kerchevalj@yahoo.com [mailto:kerchevalj@yahoo.com]
Sent: Sunday, July 30, 2006 2:45 PM
To: ETrek Help
Subject: Contact Us -Other

From:
Josh Kercheval

When is Trek going to drop its Lemond line?  Greg Lemond helped put U.S. cycling on the
map and has since become a disgrace to American cycling and Americans in general.  His
loud mouth and unwarranted actions towards American cyclists is an atrocity.  Not that one
person makes a different, but I have considered purchasing Trek products, but I will
continue to purchase else where until Lemond is no longer associated with Trek.

1

TREK000513



From: Consumer, Trek
Sent: Monday, July 31, 2006 1:10 PM
To: Huber, Elisabeth
Subject: FW: Contact Us -Other


Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only
for the recipient named above.


-----Original Message-----
From: Kohner, Casey On Behalf Of ETrek Help
Sent: Monday, July 31, 2006 8:46 AM
To: Consumer, Trek
Subject: FW: Contact Us -Other

From the online store inbox.
Thanks, Casey.

-----Original Message-----
From: berryz@joink.com [mailto:berryz@joink.com]
Sent: Monday, July 31, 2006 5:43 AM
To: ETrek Help
Subject: Contact Us -Other

From:
Scott Berry

Sirs,

    I am as appalled as anyone regarding doping in cycling and I hope that with the strong
stand that the UIC is taking, someday soon we will not have to worry about it.
    I firmly believe that there needs to be a common, non-biased lab in perhaps Iceland or
the USA that will handle samples without the problems that have been encountered with the
lab in France.
    Until then, I wish Greg Lemond would withhold his comments and stop throwing his bombs
around.  If I hear one more reference to Lance (you can see it if you read between the
lines) out of his mouth, I will scream.
    Honestly no one cares what Greg thinks about anything regarding cycling.  He is just
having a tough time no longer being the greatest American cyclist and with Floyd's
successes, he is at risk to fall to #3 on the list.
    I wish he and Paris Hilton would just go away.  I don't want to see them or hear
anything they have to say.
    I am still trying to figure out what it will take to have Trek dump him and his line of

1

TREK009686

bikes (that may fit Greg, but are horrible for the rest of us).

Regards,

Scott Berry

2

TREK009687



From: jbardinl@tampabay.rr.com [mailto:jbardinl@tampabay.rr.com]
Sent: Monday, July 31, 2006 2:18 PM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Jeff Bardin
Email: jbardinl@tampabay.rr.com
Comments: Tell Lemond to keep his whining comments to himself. He has been very quick to blast every American since him at the first opportunity. We all are innocent until proven guilty. Lance has always passed the test. Tyler failed. Floyd we do not know. But Lemond always is ready to put his mouth in gear before the facts are known. I had been interested in LeMond 2 years ago but bought a Look, because I felt that Greg a 20 year ago hero, was trying to rain on any other American who was successful. He comes across as sour grapes, what a shame, we all deserve our day in court. He also seems quite non judgemental of the european riders. So that is why I think it is his fat ego.

TREK000514



**From:** Bob Dignan [mailto:bob@cardinalinvestmentservices.com]
**Sent:** Monday, July 31, 2006 3:28 PM
**To:** Titus, Dan; Maurer, Dave
**Subject:** Lemond must go away...

Hey guys,

I'm sure you've already seen this, but I'm forwarding it anyway. I'm sure you also know that I bleed Trek to the core and that saying this kills me. I'm pretty much burning every piece of clothing that I have that has any reference to Greg LeMond. When will this guy realize that his attempts to remain relevant are transparent and pathetic. It took every ounce of willpower for me NOT to say anything derogatory to him at the Century Club event, mainly because I'd heard he was cleaning up his act. And now he feels the need to shoot his mouth off regarding Floyd before the final results are even in. LeMond isn't Lance, either with respect to talent or class.

I realize that he's attacking someone who doesn't have the same financial impact on Trek's bottom line this time, but he's being a grade A dick just because he knows it will get him camera time. Could you tell him to go back to his hotel in Arizona and start nailing his assistant again? I disliked him less when I never heard any garbage spewing out of his mouth.

Sorry for the negative E-mail...we'll see you at Draft Night!

http://www.msnbc.msn.com/id/14098757/

**Robert T. Dignan,**
**Registered Principal/Investment Advisor Representative**

Cardinal Investment Services Inc.
2600 N. Mayfair Rd.
Suite #930
Wauwatosa, WI 53226

Phone: (414) 778-1490
Fax:     (414) 778-1507

Web: www.CardinalInvestmentServices.com

* **Investment Advisory Services offered through**

**McSherry Associates, LLC**

**An SEC Registered Investment Advisory Firm**

**Lake Geneva, Wisconsin**

* **Securities & Investment Advice offered through**

**Capital Financial Services, Inc.**

**Broker Dealer * Investment Advisor**

1

TREK009656

Member NASD * SIPC

All information contained in this correspondence is considered confidential and is meant for the sole use and benefit of the designated recipient. If you receive this e-mail in error, please notify us immediately. Please be aware that a copy of this message will also be submitted to the Capital Financial Services, Inc. e-mail archives for compliance purposes. This is done for your safety and protection, but please feel free to contact me directly if you have any questions or concerns.

TREK009657

| From: | eric hanhisalo [madjap15@yahoo.com] |
| Sent: | Tuesday, August 01, 2006 12:12 AM |
| To: | Greg lemond |
| Subject: | Re: Greg LeMond, Your point has been well received... |

Hello Greg,

If this is indeed you... I was at a momentary loss
for words or reply because I did not expect a response
to my "emotional" email.

I never mentioned the recent article you mentioned
below in your email, but yes, it was one of the most
recent articles that prompted my email. Maybe, I have
let media, hasten me into wrongful assumptions. The
following excerpt probably prompted my email to
info@lemondfitness.com:

In a veiled reference to seven-time winner Lance
Armstrong, long dogged by doping allegations, LeMond
added: "I hope that (Landis) won't do what another
American did: Deny, deny, deny."

I have read many other articles on the web or even in
print, that suggest a severe falling out between
yourself and Lance Armstrong. Of course, I do not
know either one of you personally, but it seemed, one
American, you, were personally sore of someone
seemingly lessening your phenomenal Tour de France
achievements. Maybe, it was Lance's printed comments,
saying how he idolized you and you publicly turned on
him, calling him a doper... I believe this was stated
in an extended interview in Playboy magazine.

I believe Lance definitely had EPO and other blood
enhancers for recuperation following his bout with
Cancer, maybe even to his advantage in 1999. However,
I feel he was the MOST tested man in sports history,
and would not DARE to cheat in the following Tour de
France races.

I live in the Bay Area, and see quite a few LeMond
bikes, especially on century rides. I have carried
some animosity toward you, because of blurbs in the
media.

You may be a staff person at LeMond fitness answering

8/1/2006

TREK009604

in behalf of Greg, or you could be the real deal.
Regardless, I have learned a valuable lesson, and may
have jumped to conclusions from other writers opinions
and comments that may have been taken out of
context...

What you have written below makes sense in these
troubled times, for a sport that I am passionate.
Cycling is a huge part of my life. Who knows, if I
have a chance to hear more of your thoughts, I just
might be your next biggest supporter. There are others
that share my thoughts and it would be quite
interesting if I could offer a firsthand rebuttal in
your behalf.

Heck, Chain Reaction Bicycles, in Los Altos carries
your bikes and I'm in the market with an old Kestrel
that needs replacing. Do you have a favorite bike
shop in the San Francisco area, that carries your
line? Now I'm curious to look and try one out.

I will gladly provide my address and phone number.

Eric Hanhisalo
445 Northern Rd
San Jose, CA 95125
408-315-9961

Best Regards

eric hanhisalo

PS Floyd supposedly has synthetic testosterone in the
sample B test. I suppose his victory will be revoked.
Maybe you could tell me your response, before i read
it on the web.

PSS my nickname madjap, is not because of the rage i
carry, but is more of a reference of my craziness,
such as the madhatter in Alice in Wonderland.
Cheers...

--- Greg lemond <greglemond61@yahoo.com> wrote:

> Dear Eric,
>
> This is Greg LeMond.I have just read your email to
> LeMond Fitness and I would love the chance to
> discuss

8/1/2006

TREK009605

> with you
> my position on drugs and cycling.Somehow you have
> misunderstood an interview that I gave to a French
> newspaper.The reference to the denial part had
> nothing
> to do with Lance Armstrong but another American that
> has received a two year ban and has been implicated
> in
> a drug scandal in Spain.I understand this is a very
> emotional period for you given the state of
> cycling.I
> love this sport and it saddens me that the sport has
> such a big drug problem.I hope that Floyd Landis is
> not confirmed positive and that he will keep his
> Tour
> de France title.This sport has a much deeper problem
> that is not going to go away.It is not by keeping
> quiet about doping that this problem will be
> solved,but by seeking the truth about what is going
> on.I have quite a bit of first hand knowledge of
> what
> is going on in this sport.
> If you want to respond with your phone number and
> address
> so that I can be sure that you are who you say you
> are
> I will give you a call.
> Regards,
> Greg LeMond
> P.S.I am sorry for all of the rage you carry.
>
>
>
>
>
> _____
> Do You Yahoo!?
> Tired of spam?  Yahoo! Mail has the best spam
> protection around
> http://mail.yahoo.com
>

_____
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

8/1/2006

TREK009606



**From:** croc96 [croc96@cox.net]
**Sent:** Tuesday, August 01, 2006 1:19 AM
**To:** Greg lemond
**Subject:** Re: Greg LeMond

Dear Greg,

Thank you for the response.
You are correct.
I am greatly disappointed in professional cycling and I am sure you are in a
much better position to judge situations within this sport.
Good Luck

Once again,
Russell Shaw
Encinitas, California

----- Original Message -----
From: "Greg lemond" <greglemond61@yahoo.com>
To: <croc96@cox.net>
Sent: Monday, July 31, 2006 7:39 PM
Subject: Greg LeMond


> Dear Russell,
>
> This is Greg LeMond.I have just read your email to
> LeMond Fitness and I would love the chance to discuss
> with you
> my position on drugs and cycling.Somehow you have
> misunderstood an interview that I gave to a French
> newspaper.The reference to the denial part had nothing
> to do with Lance Armstrong but another American that
> has received a two year ban and has been implicated in
> a drug scandal in Spain.I understand this is a very
> emotional period for you given the state of cycling.I
> love this sport and it saddens me that the sport has
> such a big drug problem.I hope that Floyd Landis is
> not confirmed positive and that he will keep his Tour
> de France title.This sport has a much deeper problem
> that is not going to go away.It is not by keeping
> quiet about doping that this problem will be
> solved,but by seeking the truth about what is going
> on.I have quite a bit of first hand knowledge of what
> is going on in this sport.
> If you want to respond with your phone number and
> address

8/1/2006

TREK009602

> so that I can be sure that you are who you say you are
> I will give you a call.
> Regards,
> Greg LeMond
>
>
>
>
>
>
> _____
> Do You Yahoo!?
> Tired of spam?  Yahoo! Mail has the best spam protection around
> http://mail.yahoo.com
>

TREK009603



From: Consumer; Trek
Sent: Tuesday, August 01, 2006 8:49 AM
To: Huber, Elisabeth
Subject: FW: Trekbikes.com Contact Us Inquiry


Matthew Gutowski
Tech Support
Trek Bicycle Corporation
matthew_gutowski@trekbikes.com

**Please be sure when replying to include the rest of the email.
**The information contained in this communication may be confidential and is intended only
for the recipient named above.


-----Original Message-----
From: FABader@interlync.com [mailto:FABader@interlync.com]
Sent: Tuesday, August 01, 2006 7:10 AM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Fritz Bader
Email: FABader@interlync.com
Comments: Dear Trek:

Isn\'t there some discrete way to strongly suggest that Mr. LeMond cease this nonsense?

Online, from the National Ledger, \"
--------------------------------------------------------------------------
Landis Doping Charge Gives LeMond a Chance to Rip Lance Armstrong
--------------------------------------------------------------------------

By Jim Roberts
Jul 31, 2006

The Floyd Landis doping charge brought three-time Tour de France champion Greg LeMond out
to rip on seven-time winner Lance Armstrong.

1

TREK000515

Lance Armstrong Refuses to e the Bait (Image: ABC)

While telling Landis that if he is confirmed positive, he hopes he has the courage to tell the \"truth,\" in an interview with French weekly Le Journal du Dimanche released on Saturday LeMond takes a shot at Lance.

LeMond\'s cheap shot: \"I hope that [Landis] won\'t do what another American did: Deny, deny, deny.\"

Jealous anyone?

***

That American that LeMond is referring to is of course Lance Armstrong and he refused to take the bait to stoop to LeMond\'s level. He did take LeMond to school telling \"This Week with George Stephanopoulos\" this Sunday:

\"I mean, you can get Greg Lemond to go on the air and speculate. I\'m not going to do that. But I\'m not going to go south like Greg does. I believe in the sport. I love it, been a fan of it, and I\'m going to support it.\"

Armstrong stayed above the fray but LeMond had more:

\"It is cycling as a professional sport that represents the problem. It can transform someone into a liar,\" LeMond said.

What a sad statement. Greg LeMond has turned into Greg who?

***

Using the doping charges against Floyd Landis and calling Lance Armstrong a liar with his ludicrous \"deny, deny, deny\" did nothing more than cheapen LeMond\'s legacy.

Spare me the lecture. Lance owns the sport that Greg once did. Take it like a man. Records were meant to be broken.

--Commentary by Jim Roberts

I agree with Mr. Roberts\' thinking. And sadly, it\'s not the first time that Mr. LeMond has tried to verbally pillory Lance Armstrong, having soured me on looking at one of the innovative steel splined, carbon tubed model LeMond branded bicycles when they were introduced several years ago.

He needn\'t make these kinds of comments. They accomplish nothing positive.

Thank you and best regards,

Fritz Bader

2

| From: | andrew.chaveriat@americas.bnpparibas.com |
|---|---|
| Sent: | Tuesday, August 01, 2006 9:27 AM |
| To: | greglemond61@yahoo.com |
| Subject: | RE: Media confusion |
| Attachments: | C.htm |

Dear Mr. Lemond,
I am honored by your reply – and its rapidity.  (Guess you do everything quickly!)

I was merely reacting to an article I had read – and forwarded it to you.  It seems the media – or at least some writers including the one quoted – also misunderstood you, as they said that your "deny" remarks were directed to Armstrong rather than Hamilton.  You might want to clarify this misunderstanding.
I fully agree with you that we must expose any doping/drug problems in cycling: I think having you and Armstrong "on the same page" on this issue -- presenting a united front -- is our best chance for achieving such a solution.

Best regards,
Andrew Chaveriat

PS: I was riding my hybrid around Central Park last night (probably when you replied to my message) drafting behind a road-bike rider wearing a yellow "Greg Lemond" shirt.  Since he had the faster machine, I appreciated the tow (all the way from 72nd St to 59th St).  How ironic is that!

------------------ Forwarded by Andrew CHAVERIAT/US/AMERICAS/GROUP on 08/01/2006 10:25 AM ------------------

# Internet

Chaveriat8@aol.com - 07/31/2006 10:19 PM

To    Andrew CHAVERIAT

cc:

Subject    Fwd: (no subject)

Content-Transfer-Encoding: 8bit
Return-Path: <greglemond61@yahoo.com>
Received: from  rly-xb01.mx.aol.com (rly-xb01.mail.aol.com [172.20.64.47]) by air-xb02.mail.aol.com (v110.15) with ESMTP id MAILINXB21-8444ceb93e381; Mon, 31 Jul 2006 22:15:43 -0400
Received: from  web57214.mail.re3.yahoo.com (web57214.mail.re3.yahoo.com [216.252.111.230]) by rly-xb01.mx.aol.com (v110.15) with ESMTP id MAILRELAYINXB12-8444ceb93e381; Mon, 31 Jul 2006 22:15:26 -0400
Received: (qmail 45211 invoked by uid 60001); 1 Aug 2006 02:15:25 -0000

8/1/2006

TREK009599

DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws; s=s1024; d=yahoo.com; h=Message-
ID:Received:Date:From:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=AfL0rewr+Gm13CUGZojx5lf4BnKuSZSbDabXJYqgbo+S0TSYYqL1IXcU7jx8EOPWQNE2jFTsVQalZk1oF+x83
;

Message-ID: <20060801021525.45209.qmail@web57214.mail.re3.yahoo.com>
Received: from [152.163.101.10] by web57214.mail.re3.yahoo.com via HTTP; Mon, 31 Jul 2006 19:15:25 PDT
Date: Mon, 31 Jul 2006 19:15:25 -0700 (PDT)
From: Greg lemond <greglemond61@yahoo.com>
To: chaveriat8@aol.com
MIME-Version: 1.0
X-AOL-IP: 216.252.111.230
X-Mailer: Unknown (No Version)
Content-Type: text/plain; charset=iso-8859-1

This is Greg LeMond.I have just read your email to
LeMond Fitness and I would love the chance to discuss
with you
my position on drugs and cycling.Somehow you have
misunderstood an interview that I gave to a French
newspaper.The reference to the denial part had nothing
to do with Lance Armstrong but another American that
has received a two year ban and has been implicated in
a drug scandal in Spain,his name is Tyler Hamilton.I
understand this is a very
emotional period for you given the state of cycling.I
love this sport and it saddens me that the sport has
such a big drug problem.I hope that Floyd Landis is
not confirmed positive and that he will keep his Tour
de France title.This sport has a much deeper problem
that is not going to go away.It is not by keeping
quiet about doping that this problem will be
solved,but by seeking the truth about what is going
on.I have quite a bit of first hand knowledge of what
is going on in this sport and there is no easy
solution.

Regards,
Greg LeMond

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

This message and any attachments (the "message") is
intended solely for the addressees and is confidential.
If you receive this message in error, please delete it and
immediately notify the sender. Any use not in accord with
its purpose, any dissemination or disclosure, either whole
or partial, is prohibited except formal approval. The internet
can not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not
therefore be liable for the message if modified.

8/1/2006

TREK009600

| | |
|---|---|
| **From:** | sticker [gdhnj@yahoo.com] |
| **Sent:** | Tuesday, August 01, 2006 10:57 AM |
| **To:** | Greg lemond |
| **Subject:** | Re: Greg LeMond |

Mr Lemond,
First I want to apologize for the hastily crafted email I sent on July 29th. My words were
inappropriate & I should have treated you with the respect you've earned.

Indeed this is a very emotional time for cycling fans and US cycling fans in particular.
My  frustration at the situation caused me to lash out at you. For that I am sorry.

I can't express how devastated I am regarding the news of Floyd Landis' positive test
results.
As a cyclist & fan of the sport since the mid 70's I feel like part of me has been
crushed.

I guess it's too hard for me to believe that the people I hold in the highest regard are
capable of such deception. I do appreciate all that you have done for the sport & your
commitment to help keep it clean.
Thanks for the reply,
Sincerely,

George Hannigan
633 Jersey Ave
Jersey City, NJ 07302

T 201-320-8702


--- Greg lemond <greglemond61@yahoo.com> wrote:

> Dear George,
>
> This is Greg LeMond. I have just read your email to LeMond Fitness and
> I would love the chance to discuss with you my position on drugs and
> cycling. Somehow you have misunderstood an interview that I gave to a
> French newspaper. The reference to the denial part had nothing to do
> with Lance Armstrong but another American that has received a two year
> ban and has been implicated in a drug scandal in Spain. I understand
> this is a very emotional period for you given the state of cycling. I
> love this sport and it saddens me that the sport has such a big drug
> problem. I hope that Floyd Landis is not confirmed positive and that he
> will keep his Tour de France title. This sport has a much deeper
> problem that is not going to go away. It is not by keeping quiet about
> doping that this problem will be solved, but by seeking the truth about
> what is going on. I have quite a bit of first hand knowledge of what is
> going on in this sport.
> If you want to respond with your phone number and address so that I
> can be sure that you are who you say you are I will give you a call.
> Regards,
> Greg LeMond
>
>
>
>
>
> _____
> Do You Yahoo!?
> Tired of spam?  Yahoo! Mail has the best spam protection around
> http://mail.yahoo.com

1

TREK009597

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around http://mail.yahoo.com

TREK009598



From: mattstorms2003@yahoo.com [mailto:mattstorms2003@yahoo.com]
Sent: Tuesday, August 08, 2006 9:13 AM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Matthew Storms
Email: mattstorms2003@yahoo.com
Comments: why does trek support lemond bikes? he is a peice of shit that needs to shut his
mouth and quit trash talking other cyclists, because of what he continues to say i will
never ride a trek bike.

1

TREK000518



From: pduflo@twcny.rr.com [mailto:pduflo@twcny.rr.com]
Sent: Tuesday, May 15, 2007 6:55 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Paul DuFlo
Email: pduflo@twcny.rr.com
Comments: Question,
What possesses Greg to be foolish enough to appear as a witness for the prosecu
against Floyd Landis? We have spent, as a family, over $17,000 on cycling equip
our family of six over the last two years. After hearing his outbursts we purch
Carbon Fiber and Litespeed. Nice play Greg.

Paul DuFlo

TREK000519

From: erickessel@sbcglobal.net
Sent: Thursday, May 17, 2007 11:31 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Eric Kessel
Email: erickessel@sbcglobal.net
Comments: I would like to send an email to Greg letting him know how much I appreciate what he is doing to help rid cycling of doping. A thank you for his taking a stand. A brave man.

Eric Kessel


Sent: Thursday, May 17, 2007 5:22 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name:
Email:
Comments: I can honestly say I am ashamed that I own a Lemond bicycle and I will no longer be associated with any future products. I hope Mr. Lemond is so proud of himself at this point in time.

From: missionmountainjoinery@earthlink.net
Sent: Friday, May 18, 2007 8:50 AM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: andy maisel
Email: missionmountainjoinery@earthlink.net
Comments: I do not care what Lemond\'s desire is to continually attack others might be, but I do know I am through riding his name and cancelling my current order and sending my zurich out the door. No personal insult intended but I feel it is important to express my reaction to his activities relative to decisions to purchase or even ride a \"Lemond\". At least he has backed off attacking Armstrong.

From: pwright@neo.rr.com
Sent: Friday, May 18, 2007 10:04 AM

TREK000520

To:     Consumer, Lemond
Subject:      Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Pete Wright
Email: pwright@neo.rr.com
Comments: Hello, I am wondering if there is anyway I can get a message of support to Greg Lemond? I am a huge fan and am terribly upset at the horrible actions of Floyd Landis and his goons. I just want to tell Greg he is a true hero and THE American Champion!!

From:   c6gpmg@hotmail.com
Sent:   Friday, May 18, 2007 10:06 AM
To:     Consumer, Lemond
Subject:      Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Terrance Grant
Email: c6gpmg@hotmail.com
Comments: Greg,

I am so impressed and proud of your actions today at the Landis hearing. You are conducting yourself in a manner that only a true champion could. You are great leader for the sport. Be strong and carry on!!!!

Terrance Grant

From:   michael.moriarty@ey.com
Sent:   Friday, May 18, 2007 11:26 AM
To:     Consumer, Lemond
Subject:      Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Michael Moriarty
Email: michael.moriarty@ey.com
Comments: Don\'t know how to get the word to the man himself, but I am more proud of Greg Lemond today (and my bike) than ever before. Way to stand up to the dopers!

From:   carolyn.pittis@yahoo.com
Sent:   Friday, May 18, 2007 12:47 PM
To:     Consumer, Lemond
Subject:      Lemondbikes.com Contact Us Inquiry

TREK000521

A "LeMond Contact Us" request has been made:

Name: Carolyn Pittis
Email: carolyn.pittis@yahoo.com
Comments: Wanted to get this message to Greg Lemond and his team:

I am a very happy owner of a 2006 Versailles Lemond bike. After yesterday\'s hearing, during which Greg talked openly about Landis and what needs to happen in professional cycling, I am even more proud that I ride a bike with his name on it.

He is a courageous and honorable man.

Please pass this along to him or his PR team.

Thanks.


From: Consumer, Trek
Sent: Friday, May 18, 2007 1:07 PM
To: McCaw, Vance
Subject: FW: Contact Us -Other

Can you keep this e-mail in the Lemond box (saved e-mails). You don't have to respond. Schumacher insisted it be sent to you and saved.

Cynthia Dominguez|Trek Bicycle Corporation | TCG Tech Rep/Consumer Rep|920.478.2191 ext.12386


-----Original Message-----
From: Kohner, Casey On Behalf Of ETrek Help
Sent: Friday, May 18, 2007 11:54 AM
To: Consumer, Trek
Subject: FW: Contact Us -Other

Here come the Lemond emails....

Thanks,
Casey

-----Original Message-----
From: rfrichmond@gmail.com [mailto:rfrichmond@gmail.com]
Sent: Friday, May 18, 2007 11:43 AM
To: ETrek Help

TREK000522

Subject: Contact Us -Other

From:
Russell Richmond

Like it or not, we are all colored by the company we keep. Two years ago when your boy Lemond trashed Lance I dumped my brand new top of the line spine bike. I thought sure Trek had learned its lesson. Now your boy Lemond trashed Landis with horse crap and innuendo so dropped off my Madone SSL 6.9 a bit ago and told my dealer to dump it for me. I am done with Trek. I bought a Merlin. At least they keep quiet and don't try to trash people. If Landis is guilty he will pay the price but no one needs some jealous, insane jerk blowing smoke and trying to hurt others.

In closing my wife and I were going to book some Trek Travel next week but I have trashed that as well. We will do the Butterfield option instead.

Let's face it, the only way we can vote is with our dollars and I hope lot's of other disappointed cyclists do the same. Lance made Trek, Lemond will destroy it!

From: RecoveryCentral@aol.com
Sent: Friday, May 18, 2007 2:00 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Carole J. Thompson
Email: RecoveryCentral@aol.com
Comments: I have never been able to understand why a man so blessed with talent and ability should be so angry and resentful of others. Now that you have revealed your childhood hurts, I can see why you have been so hateful. I will pray that you can let go of this old anger and begin to have a new way of thinking.

From: demanuel@verizon.net
Sent: Friday, May 18, 2007 2:01 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: D. J. Emanuel
Email: demanuel@verizon.net
Comments: I just wanted to show support for Mr. Lemond. I think speaking honestly about what drugs and cycling is the right thing to do. I ride my lemond alpe d\huez with pride.

TREK000523

Thank you
D. J. Emanuel
126 Chandler Street
Boston, MA 02116

From: johnthedesigner@yahoo.com
Sent: Sunday, May 20, 2007 6:27 AM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: John Lee
Email: johnthedesigner@yahoo.com
Comments: Hello,

I am a proud Lemond bicycle owner and a fan of Greg and his efforts to clean up cycling.
I would like very much to send him a letter of support, especially given recent events.
However, I am having a difficult time finding an email or mailing address. Can you
please direct me to an address where Greg receives letters from his customers?

Sincere thanks,
John Lee
55 Dinsmore Ave, #410
Framingham, MA 01702

johnthedesigner@yahoo.com

From: rmacleod14@comcast.net
Sent: Saturday, May 19, 2007 10:18 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Ross MacLeod
Email: rmacleod14@comcast.net
Comments: I realize that Greg may not be the first person to read this, but listen;
I believe he Greg has the clearest, truest voice in cycling today. The weak attempts to
deny drug usage by Floyd and all the other saps who want to augment their bottom line in
the face of objective science ring So Hollow. I want to Congratulate Greg on his courage

TREK000524

in trying to clean up cycling, in spite of whatever ancilliary crap might surface about him personally. To speak up takes Guts.

I\'m no racer, no svelte icon, but a family guy commuter who loves and follows cycling. Tell Greg to keep saying true things. Make it real.

From: davidwkelly2002@yahoo.co.uk
Sent: Saturday, May 19, 2007 9:46 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Dave Kelly
Email: davidwkelly2002@yahoo.co.uk
Comments: I\'m kind of hoping someone will be able to pass this on to Greg Lemond for me. I just want to tell him how much I appreciate what he\'s doing. I guess we can all see how hard it is to find someone with integrity in this sport. Mr. Lemond seems to believe there\'s never a wrong time to do the right thing, and that glory never comes before honour. His honesty, love for the sport, and continuing drive to make things right has earned him a place in my regard as a hero. And I haven\'t even mentioned the financial sacrifices he\'s made with his unpopular but thoroughly honest assesment of the state of cycling.
From another person who loves the sport, I can only say thank you, and hope it might mean something to you to know your efforts are respected and appreciated.
Sincerely,
dave kelly

From: vince@vincentcannon.com
Sent: Sunday, May 20, 2007 7:54 PM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Vincent Cannon
Email: vince@vincentcannon.com
Comments: Greetings,

I just want Greg Lemond to know I admire him for his stand against the dopers who have all but ruined the sport we love. I have admired Greg since I was a teenage racer back in the early 80\'s, and I still admire his courage and spirit today. Thank you, Greg Lemond, for standing up for what is right. My next bike will be a Lemond.

Best regards,

TREK000525

Vince Cannon

TREK000526

| | |
|---|---|
| **From:** | Consumer, Lemond |
| **Sent:** | Friday, July 27, 2007 3:21 PM |
| **To:** | Schumacher, Jason |
| **Subject:** | FW: Lemondbikes.com Contact Us Inquiry |

Marv Richter l Trek Bicycle Corporation l Tech Support & Customer Service l
920.478.4678x12123

-----Original Message-----
From:
Sent: Sunday, July 15, 2007 3:58 AM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name:
Email:
Comments: This email is to be forwarded to Mr. Lemond. Sorry to write to the company,
however there is no way to contact him at his personal website.

Here is my message for Mr. Lemond -- stop sullying the yellow jersey and attacking every
great American cyclist that has won the Tour de France after you. As far as I am concerned
I will never purchase a Lemond bike as you are a selfish, self-aggrandizing liar. My
family owns 5 roaD bikes, one track bike, one cross bike and 5 mountain bikes (Colnago,
Litespeed, Cannondale).

Your need to ruin every rider who came after you only reflects poorly on your character.
Grow up. You claimed to retire because your body was filled with buckshot which
interferred with the uptake of oxygen into the cells. Now everyone is a drug cheat. In my
view, your business is only as good as your character, and that is not good.

I, for one, am sick of your trying to get publicity July. My son watched videos of your
epic Tour rides when he was a junior rider. He threw away the tapes. You are not
honorable.

Cordially,

Audrey Lind Lessinger

1

TREK000531

**Smith, Lisa**

| | |
|---|---|
| **From:** | Consumer, Lemond |
| **Sent:** | Friday, July 27, 2007 3:21 PM |
| **To:** | Schumacher, Jason |
| **Subject:** | FW: Lemondbikes.com Contact Us Inquiry |



Marv Richter 1 Trek Bicycle Corporation 1 Tech Support & Customer Service 1
920.478.4678x12123

-----Original Message-----
From: mtbkrl@mchsi.com [mailto:mtbkrl@mchsi.com]
Sent: Monday, July 16, 2007 8:13 AM
To: Consumer, Lemond
Subject: Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: K. Frank.
Email: mtbkrl@mchsi.com
Comments: I recently purchased a Lemond bike and am having an unusual problem. When I
place it in the garage next to my Specialized and Trek bicycles it begins to whine and
complain that the other bikes are cheaters and that it is the only true \"American
Champion\". I was wondering, if maybe Greg himself would stop being a whining asshole,
maybe this piece of shit bike would also stop. Please have him do it publicly so I can
bring the bike in to watch it on TV. I suppose this is not covered uunder warranty.

1

TREK000530



From: Consumer, Trek
Sent: Friday, July 27, 2007 5:02 PM
To: Schumacher, Jason
Subject: FW: Contact Us -Other


Cynthia Dominguez|Trek Bicycle Corporation | TCG Tech Rep/Consumer Rep|920.478.2191
ext.12386

-----Original Message-----
From: Kohner, Casey On Behalf Of ETrek Help
Sent: Friday, July 27, 2007 4:37 PM
To: Consumer, Trek
Subject: FW: Contact Us -Other

Passing along.  Get a few of these today?

C

-----Original Message-----
From: allan.king@bpb-co.com [mailto:allan.king@bpb-co.com]
Sent: Friday, July 27, 2007 4:35 PM
To: ETrek Help
Subject: Contact Us -Other

From:
Allan King

I think you should stop making Greg Lemond bicycles. Everyone in the TDF to him is a
doper. Last year it was Armstrong, this year it was Landis and now its Alberto Contador
for the Disco Team on a TREK bicycle. Lemond is hurting the sport !!! And the team you
help sponsor. I think your new road bike is a winner but I chink I'll buy something else
because of Lemond. All he cares about is keeping his name in the news.   Thanks Allan King

1

TREK009709

**Erbach, Karl**

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------------

From: Roger Sherron <rsherron3@comcast.net> Some time ago I decided that I would never buy
a LeMond bicycle because of his comments about Armstrong.  I made this clear to our local
Santa Rosa dealer as well.  I believe. it was .a good decision disassociate from LeMond,
champion though he was.  ·

1

TREK009506



From: Afsred@aol.com <Afsred@aol.com>
To: Burke, John
Sent: Tue Apr 08 10:48:38 2008
Subject: Re: Trek news

About time!   RED

**************
Planning your summer road trip? Check out AOL Travel Guides.
(http://travel.aol.com/travel-guide/united-states?ncid=aoltrv00030000000016)

TREK009889

**Erbach, Karl**

| | |
|---|---|
| **From:** | Andrew Scherf [ascherf@pelco.com] |
| **Sent:** | Tuesday, April 08, 2008 10:58 AM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - LeMond |

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: Andrew Scherf <ascherf@pelco.com>
Thank you for taking a stand and ending your relationship with LeMond.  I am a huge Trek fan and have been very dissapointed with Greg's attacks on Lance. From a business standpoint, he left you no choice. Thanks for taking the high road.  By the way, I love my Madone 5.2 more each day I ride it!

1

TREK009505