

**From:** Tomias Hinchcliff <tomias@genesisbicycles.com>
**Reply-To:** <tomias@genesisbicycles.com>
**Date:** Tue, 8 Apr 2008 11:00:07 -0500
**To:** "Burke, John" <John_burke@trekbikes.com>
**Subject:** LeMond

Hi John,

Just a quick note of support. I'm sure I don't know the half of it, but what I have seen over the years has caused me to lose all respect for Mr. Lemond.

Good luck moving forward with this.

Best wishes.
-Tomias
Genesis Bicycles

----- End of Forwarded Message

TREK009839

Dockets.Justia.com

**Erbach, Karl**

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Scott Harris <iride44@gmail.com>
My comment is simple. Way to go Trek. I totally support your decsion to dump that bad
mouthing ingrate. It's one thing to help a guy / company in need, another to support his
rantings. I don't currently own a Trek, however I know a lot of guys that do. I will be
purchasing one in the near future for a TT only bike.
Thanks again for your support of Lance and keep up the great work.
Scott Harris,
Windham Maine
Cyclist

1

TREK009504



**From:** "Richard, Bill" <Bill.Richard@mail.house.gov>
**Date:** Tue, 8 Apr 2008 11:43:23 -0500
**To:** "Burke, John" <John_Burke@trekbikes.com>
**Subject:** LeMond

I understand completely. The guy is a nut case.

# *Bill Richard*

AA, Congressman Oberstar

2365 Rayburn Building

Washington, DC 20515

202.226.1420 Direct   202.225.0699 fax

For information about Congressman Oberstar's Hometown Values Forums, go to
www.house.gov/oberstar.


<<Bill Richard @ Work (bill.richard@mail.house.gov).vcf>>

------ End of Forwarded Message

## Erbach, Karl

**From:** Ben Hughes [benhughes@earthlink.net]
**Sent:** Tuesday, April 08, 2008 12:05 PM
**To:** Consumer, Trek
**Subject:** TrekBikes.com Customer Service Request

I just read this story on VeloNews; "Trek announces an end to deal with Greg LeMond"

Greg LeMond is only one of few who has the backbone to stand up for Cycling. Dropping the Lemond line because of Greg's position and comments is reprehensible, and only reflects badly on Trek. I can assure you I will never buy a Trek product in my lifetime. You people should be embarrassed.

Ben Hughes
-----------------------------

Browser Info: Mozilla/5.0 (Windows U Windows NT 5.1 en-US rv:1.8.1.13) Gecko/20080311
Firefox/2.0.0.13 IP Address: 64.74.39.10 Referring Page:
http://www.trekbikes.com/int/en/support/
Images Supported: Yes
Screen Resolution: 1280 x 1024
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.115

TrekBikes.com Cookies:
        country_id --> int
        language_id --> en
        language --> en
        locale --> int-en-8-int
        region --> 8-int
        __utma --> 146262769.916533383.1207674144.1207674144.1207674144.1
        __utmb --> 146262769.4.10.1207674144386
        __utmc --> 146262769
        __utmz -->
146262769.1207674144.1.1.utmcsr=google|utmccn=(organic)|utmcmd=organic|utmctr=trek bikes

1

| | |
|---|---|
| **From:** | Mark Trimble [marktrimble@comcast.net] |
| **Sent:** | Tuesday, April 08, 2008 12:26 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - LeMond |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Mark Trimble <marktrimble@comcast.net> Dear Trek:

My first road bike was a 1991 Trek 2300. I've always held Trek in high esteem for its contributions to cycling in the US.

However, my opinion of Trek has hit rock bottom with regard to your treatment of Greg LeMond. He may have been clumsy in his choice of words, but you know as well as all avid fans of procycling that Armstrong's (easy) wins against proven doped competition are completely untenable. The weight of the evidence is fully against him (1M conversations, David Walsh, Stephen Swart, Emma O'Reilly, etc.).

Furthermore, Greg is trying to clean up the sport and Lance continues to obfuscate and deny. Yet, you support Lance the bully (think Bassons and Simeoni), not Greg. It's wrong.

I will no longer purchase Trek products.

Mark Trimble

1

**Erbach, Karl**

| From: | Robert Weavers [robertweavers@hotmail.com] |
|---|---|
| Sent: | Tuesday, April 08, 2008 12:27 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - LeMond |

The following question/comment was submitted from your knowledgebase
------------------------------------------------------------

From: Robert Weavers <robertweavers@hotmail.com> I just read on Velonews that Trek is
trying to end its relationship with LeMond. Contrary to Mr. LeMond's thoughts that his
unfounded comments that Lance Armstrong is a doper has not hurt Trek or LeMond sales, I as
a consumer can say for a fact he it wrong. My road bikes are a Trek 5200 and a Klein Q
Carbon Pro Project One and I am very happy with them, but when it came time to replace my
mountain bike last year, because of Mr. LeMond's comments, I bought a Specialized because
I did not want to support a company associated with a whiner like Mr. LeMond who thinks it
is okay to speak as a know-all authority on doping in cycling and is so willing to
publicly crucify Mr. Armstrong and the sport of cycling with no proof to back it up. It
is just sickening to me, and to everyone I ride with. Thank you for pulling the plug on
Mr. LeMond.

Best Regards,
Robert Weavers
17896 Hiawatha Drive
Spring Lake, MI 49456
616 846 7599

1

TREK009501

| | |
|---|---|
| **From:** | Dan Repella [rdr_6@yahoo.com] |
| **Sent:** | Tuesday, April 08, 2008 12:29 PM |
| **To:** | Mail, Media |
| **Subject:** | Trek Vs. Lemond |

A sad day has passed in cycling. A sadder sight is the media bias you are serving up on your website. While Lemond's statements may be damaging to some, to others they are a welcome change to the past rhetoric of a "clean sport" of cycling. I laughed to hear that Trek would be sponsoring the Astana team; how is that not damaging to Trek? A team that was laughed out of last year's Tour for doping, yet Trek feels like the "New" Astana team will make a change? Johan is the old guard, and needs to move on, as does Trek. I support Greg's right to free speech and I understand and support Trek in their decision to end their relationship. Get for Trek to go on a Media blitz and make Lemond look 100% at fault is a shame. So, add this to your media website. I will not be purchasing a Trek due to Trek's comments, not Lemonds.

Sincerly,
A non Trek Customer

You rock. That's why Blockbuster's offering you <u>one month of Blockbuster Total Access</u>, No Cost.

TREK011953

| | |
|---|---|
| **From:** | bnelson@pierceatwood.com |
| **Sent:** | Tuesday, April 08, 2008 12:35 PM |
| **To:** | Consumer, Lemond |
| **Subject:** | Lemondbikes.com Contact Us Inquiry |

A "LeMond Contact Us" request has been made:

Name: Bronwyn Nelson
Email: bnelson@pierceatwood.com
Comments: I read recently that Trek is trying to sever its relationship with LeMond bikes, and that Greg feels that his comments (the cause for the separation) about Lance Armstrong and doping have hurt neither brand. I would like to make clear that, while I respect Greg \'s racing accomplishments and the brand he created, his comments have permanently dissuaded me from buying the LeMond brand. I have two Treks now and am likely to upgrade within the nest two years, but LeMond is not a consideration. I felt Greg\'s comments were self-serving, spiteful speculation, which served only to hurt USA cycling. Prior to those comments, I looked very favorably upon LeMond bikes; as that is no longer the case, Greg \'s assertion that he has not damaged either brand is specifically incorrect.

Do feel free to pass this on to someone who cares.

TREK009500



**From:** <nraschico@aol.com>
**Date:** Tue, 8 Apr 2008 12:49:04 -0500
**To:** "Burke, John" <John_Burke@trekbike.com>
**Subject:** Thank you!!!

JB,

I know that the decision to end your relationship with Greg LeMond was difficult, but much needed. We have been a LeMond dealer far longer than Trek, but over the last few years we have seen the brand equity diminish. This decision to end your relationship is not a complete surprise, considering the last few events relating to Greg's inability to see the global affects of his comments. As I stated in my last email, keep doing what you have to do for you, your employees and us, your dealers. Know that you have our support now and into the future.

John Alden

---

Get the MapQuest Toolbar <http://www.mapquest.com/toolbar?NCID=mpqmap00030000000003> , Maps, Traffic, Directions  More!

------ End of Forwarded Message

TREK009877

**Erbach, Karl**

| | |
|---|---|
| **From:** | Richard [riwolf@hotmail.com] |
| **Sent:** | Tuesday, April 08, 2008 1:04 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - Your LeMond Contract Cancellation |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------------

From: Richard <riwolf@hotmail.com>
All I can say is, it's about time. He has not been a good ambassador for American cycling, and his anti-Armstrong statements have been sour grapes from someone who felt cheated by fate. He could have been great, but his selfish nature and riding style cost him victories, and he can't see his own failings. It's time Trek moved on. Put the Trek marque on the frames, give them a group of their own, and make something of them. My 2 cents.

1

TREK009499

**Erbach, Karl**

**From:**  Frank Kennedy [frankkennedy@earthlink.net]
**Sent:**  Tuesday, April 08, 2008 1:25 PM
**To:**  Consumer, Trek
**Subject:**  TrekBikes.com FAQ - Lemond relationship

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Frank Kennedy <frankkennedy@earthlink.net> I've read with disgust the "slide" presentation posted on the website concerning the severance of the relationship with Lemond. In particular, I note that you felt compelled to quote numerous anonymous e-mails trashing Lemond (I suppose as a indirect way of insulting him yourself). I purchased a Trek 5500 back in the halcyon days of 1999. I finally sold it and ordered... a Lemond Zurich. Your treatment of Lemond in deference to Armstrong has done a disservice to the sport, and to a man who, unlike Trek, cares about the future of the sport and its riders. I will never buy another Trek product, and do my best to educate every cyclist or potential cyclist I know not to buy Trek.

Please include THIS email in your powerpoint.

1

TREK009498

I think moving production to China has done more to harm the LeMond/Trek/Fisher name than anything Greg has said about doping. Do you know the environmental impact of shipping bikes from China? Let's put people to work here in the States so more people can buy "lower impact bicycles". I know sourcing bikes from China adds to the bottom line, but adding "MADE IN THE USA" would probably add to the bottom line since everyone else has their bikes made overseas. Bring back the pride in having bikes made here, not just pride in profit.
I'll probably just need to live with my memories of great American made bicycles that came from Trek factories in Wisconsin...

A former Trek fan/owner,
Duane Klenk

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.
http://tc.deals.yahoo.com/tc/blockbuster/text5.com

1

TREK011954

**Erbach, Karl**

**From:** Chris Chesebro [cchesebro@gmail.com]
**Sent:** Tuesday, April 08, 2008 1:44 PM
**To:** Consumer, Trek
**Subject:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Chris Chesebro <cchesebro@gmail.com> Glad to see that you're taking action to be rid of Lemond. As a business man, it's obvious Lemond is a little too boisterous and way off the wall. Not a good thing for any brand.

That, and I can't allow myself to believe Lance cheated.

Way to stand up for your brand.

Regards,

Chris

1

TREK009497



**From:** "Ruibal, Sal" <sruibal@usatoday.com>
**Date:** Wed, 9 Apr 2008 13:55:56 -0400
**To:** Michael Browne <michael_browne@trekbikes.com>
**Conversation:** LeMond 69ER
**Subject:** LeMond 69ER

What a lying sack-o-shit. In his March 2008 suit vs Trek, he claims that USA Today made up an interview with him (a fraud he says was engineered by Armstong) and that he didn't talk to anyone from USA Today in 2001. I not only met with him and interviewed him at the introduction of his Stairmaster LeMond stationary bike, he gave me a world championship jersey that he signed: "To Sal, Thanks for all the great press! Greg LeMond."

Since this fucking Belgian head cold has me laid out and smelling like Vicks Vap-O-Rub and Irish whiskey, I'm skipping the CANDO ride. That means I can ship the 69er back to you. Can I get a FuelEX or maybe a HiFi (is there separation with GF there?)?

I'll give the geared 69er high marks for handling, climbing and comfort. That damn bottle cage position drives me crazy, tho.

------ End of Forwarded Message

TREK009917

**Erbach, Karl**

| | |
|---|---|
| **From:** | Scott Whitehair [scwhitehair@alltel.net] |
| **Sent:** | Tuesday, April 08, 2008 2:08 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - rebranding of LeMond to Trek... |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------

From: Scott Whitehair <scwhitehair@alltel.net> I am deeply saddened to hear that Greg LeMond's antics have brought you to the point that you need to sever your relationship. As a rider of the carbon spine LeMond Zurich, I can attest to the quality and comfort of the Trek product. While I truly love the bicycle, I would like it to represent the efforts of the Trek company, and not Mr. LeMond. Are there any options for repainting or rebranding the frame so that your product gets the premier name recognition it deserves?

Regards,

Scott Whitehair
(502) 303-2949

1

TREK009495



From: James Thomas [mailto:jctdesign@gmail.com]
Sent: Tuesday, April 08, 2008 2:17 PM
To: Lockart, Chad
Subject: good to hear

Hey Man,

Hope all is well at Trek. I was kind of glad to hear that Trek is finally cutting ties with LeMond. His off the wall comments about Armstrong have certainly not been good for the brand in recent years. Now you guys can focus on the brands in the Trek family that matter.

Keep me posted about new designs.

Regards,

--
James Thomas
http://bicycledesign.blogspot.com
http://bikegreenville.blogspot.com

TREK009914

| | |
|---|---|
| From: | Fritz Bader [FABader@interlync.com] |
| Sent: | Tuesday, April 08, 2008 2:59 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - Apr. 8. Trek ends relationship with LeMond |

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: Fritz Bader <FABader@interlync.com> Thank you Mr. Burke ...

This is the best headline news I've read in the electronic version of Velo News for quite some time.

I complained about Mr. LM's ongoing mouth years ago, and have sidestepped even looking at the LeMond products ever since.

Again, many thanks. It's long overdue.

Best regards,

Fritz Bader
Wilmette, Illinois

1

TREK009493

**Erbach, Karl**

From:      Bob Denton [bob.denton@yahoo.com]
Sent:      Tuesday, April 08, 2008 3:01 PM
To:        Consumer, Trek
Subject:   TrekBikes.com Customer Service Request

Not really customer support. But legal support. I hope you win against LeMond. Apparently he knows more than all the doping tests Lance has taken; what a joke. And your good company and reputation are no joke. Keep up the good fight.
Bob

------------------------

Browser Info: Mozilla/4.0 (compatible MSIE 6.0 Windows NT 5.1 SV1 .NET CLR 1.1.4322 InfoPath.1) IP Address: 216.54.205.2 Referring Page:
http://www.trekbikes.com/us/en/support/
Images Supported: Yes
Screen Resolution: 1280 x 1024
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.47

TrekBikes.com Cookies:
        country_id --> us
        language_id --> en
        language --> en
        locale --> us-en-1-us
        region --> 1-us
        __utma --> 146262769.616796288.1207684649.1207684649.1207684649.1
        __utmb --> 146262769.3.10.1207684648921
        __utmc --> 146262769
        __utmz -->
146262769.1207684649.1.1.utmcsr=startribune.com|utmccn=(referral)|utmcmd=referral|utmcct=/
business/17390774.html

1

TREK009492



From: Anthony Laskaris <anthony@cycleloft.com>
Date: Tue, 8 Apr 2008 15:23:54 -0500
To: "Burke, John" <John_Burke@trekbikes.com>
Subject: Greg Lemond Decision

John,

Severing ties with Greg Lemond was a good (and courageous) decision.

Thanks for making the reasons clear to us all.

Good luck going forward,

Anthony Laskaris
Vice President
The Cycle Loft
28 Cambridge St.
Burlington, MA 01803
anthony@cycleloft.com
www.cycleloft.com <http://www.cycleloft.com>

—— End of Forwarded Message

TREK009845

| From: | Tony Fields [antonyfields@yahoo.com] |
| Sent: | Tuesday, April 08, 2008 3:35 PM |
| To: | Mail, Media |
| Subject: | LeMond Relationship |

Dear Trek:

Having watched this affair for many years, and having read the documents you have posted on your website, it is clear to me that you are ending your relationship with LeMond Bicycles due to pressure from Lance Armstrong. You have clearly decided that keeping Lance Armstrong happy is more profitable than not keeping him happy. Greg LeMond has been a clear and consistent voice for reform in professional cycling for many years, and he has obviously clashed with Arstrong over the years, someone who is not a voice for reform in cycling. I have owned Trek bikes in the past, however I will not in the future.

Sincerely,

-Tony Fields

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.
http://tc.deals.yahoo.com/tc/blockbuster/text5.com

1

TREK011956

**Erbach, Karl**

| | |
|---|---|
| **From:** | J Arnold [pedalrun@hotmail.com] |
| **Sent:** | Tuesday, April 08, 2008 3:39 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - Lemond |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: J Arnold <pedalrun@hotmail.com>
I have lost all respect for the Trek name.....

Greg Lemond has taken a stand on doping and told the truth....

Your spokesperson Lance Armstrong was the product of the EPO era, with many questions about his character.... as more and more riders confess... and Lance Armstong is silent now, for me his silence speaks volumes...

1

TREK009491

**From:** Moore, Kyle [Kyle.Moore@PacifiCorp.com]
**Sent:** Tuesday, April 08, 2008 4:10 PM
**To:** Mail, Media
**Subject:** Lemond Comments

In 2004 I owned a Lemond Buenos Aires bicycle. Then I heard the comments made by Greg Lemond about Lance Armstrong, much to my dismay. I wrote an email to Trek voicing my displeasure. I then proceeded to sell my Lemond bicycle because I no longer respected the namesake. In purchasing my new bike I avoided both Lemond and Trek because of Greg Lemond's comments. I have yet to return to a Trek/Lemond dealership. Greg's comments have hurt the Trek brand inasmuch as it considers my business of value. Also, I am the biggest bike enthusiast in my large family and circle of friends, and as such have a large influence on each of their bike purchasing habits, my opinions were voiced.

This email is in response to the recent law suit intended to severe relationships with Lemond Bicycles and should be considered a positive in light of the large negative Greg caused.

Please, continue severing your relationship with Greg Lemond so that I can once again look at Trek bicycles with favor.

Kyle Moore

--------------------------------------------------------------------------------

This email is confidential and may be legally privileged.

It is intended solely for the addressee. Access to this email by anyone else, unless

If you are not the intended recipient, any disclosure, copying, distribution or any

================================================================================

TREK011957

**Erbach, Karl**

From: Bob Perry [Allezyall@comcast.net]
Sent: Tuesday, April 08, 2008 4:13 PM
To: Consumer, Trek
Subject: TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------

From: Bob Perry <Allezyall@comcast.net>
Greetings,

Thanks for dropping your affiliation with Greg Lemond. Mr Lemond's opinions are not healthy for the cycling industry.

Bob Perry

1

TREK009489

**Erbach, Karl**

| | |
|---|---|
| **From:** | Chris Alling [chrisa@neilkelly.com] |
| **Sent:** | Tuesday, April 08, 2008 4:37 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - |

The following question/comment was submitted from your knowledgebase
---------------------------------------------------------------

From: Chris Alling <chrisa@neilkelly.com> I just read the article in velonews online about Trek ending its contract with lemond bikes and I know that it is true for me that I would not buy a Lemond bike new or use because of his comments about not only Lance but also Floyd. I have had several oportunities to do so in the past but have passed by because of his comments. I just wanted to send a note of incouragement for your decision.

1

TREK009488

| From: | Noteboom, Terry J [terry.j.noteboom@boeing.com] |
| Sent: | Tuesday, April 08, 2008 4:51 PM |
| To: | Mail, Media |
| Cc: | Telles, Edward M |
| Subject: | Trek drops Lemond |

Obviously Greg did not make good business decisions, hence the action.

However putting as much distance between cheating and the Trek name is probably more important in the long run. Your continued association with LA may come back to bite you. No one with any sense is naive enough to believe he didn't cheat, so please don't tell me he's never been caught. From an ethical standpoint LA is the one you should be dropping. Sound business is always built on integrity, ethics and safety first. And of course, the almighty dollar second.

Sincerely,
Terry Noteboom

1

TREK011958

**From:** Boris Sheikman [christian_cyclist@yahoo.com]
**Sent:** Tuesday, April 08, 2008 5:04 PM
**To:** Mail, Media
**Subject:** Greg Lemond and Trek - impressive

Dear Trek,

I never knew that there so much going in a legal sense bettween Trek and Lemond. Like most, I only followed the media through cyclingnews.com, Velonews.com, and the TdF videos. Honstly, I did at one time consider a Trek Project One frame when I was building up my bike component by component. As wonderful as your frames look in the shop and on your website, I just couldn't make myself buy one because of the association between Trek and Lemond. Trek and Lemond bikes are just re-badged images of each other in my mind.

Do you know what I bought instead? I bought a cheap generic Asian made frame from Pedal Force (www.pedalforce.com) for $600. Isn't it ironic that my $6200 bike with custom PowerTap wheels and full Dura Ace set up is based on a 1000g $600 frame? After 5500 miles and some international travel with the bike I can see the carbon failing around my bottom bracket and the rear drop outs are a mess. When the chain stays break in a year or two, for $600 I'll just get another nude carbon frame, peel the decals off, and pretend I'm riding a Calfee.

I hope you guys can sort this mess out.

(BTW, my father had an old Trek CF bike back in the 90s. A Trek 700? I can't remember the model except it had carbon tubes bonded to red painted aluminum lugs. He was hit by an old lady and he got a broken ankle out of it. That frame was resilient!)

-- Boris

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

**From:** Peter Lawrence [plawrence@emberresources.com]

**Sent:** Tuesday, April 08, 2008 5:06 PM

**To:** Mail, Media

**Subject:** lemond termination

Dear Mr. Mashek,

I recently read that Trek has "immediately severed its relationship with Greg Lemond". This move really smells of something fishy & I believe that it has resulted from Lance Armstrong's clear distain for Mr. Lemond.

Greg Lemond is arguably one of America's very best competitive road racers. His reputation is clean & true and he speaks out for clean dope free cycling. His bikes are well made & demonstrate careful design. By severing its ties with Greg Lemond, I believe that Trek has made a drastic mistake.

Lance Armstrong's 7 Tour de France wins has always been, and surely will continue to be a topic of hot debate especially in light of the doping infractions & suspensions of a great number of his closest competitors. Perhaps someday there will be irrefutable evidence of some of Lance Armstrong's training methodology & then Trek's association with Mr. Armstrng will not look all that good.

Regards,

Peter Lawrence
Calgary, Canada

TREK011960

**Erbach, Karl**

| | |
|---|---|
| From: | Chip Jones [chip4654us@yahoo.com] |
| Sent: | Tuesday, April 08, 2008 5:57 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - LeMond |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Chip Jones <chip4654us@yahoo.com>
I don't send messages at all but felt that this was the RIGHT time to do so; GREAT JOB. I
have sat & watch Lance Armstrong win 7 tours all the while Greg LeMond has made his
comments in public (in the press) & have felt how can Trek Corp allow this to happen under
one roof. Mr Burke & the whole Trek family I say THANK YOU for making a very difficult
business decision & putting it out there for many such as myself can see. Keep up the
GREAT work.
Thank you,
Chip

1

TREK009487

**From:** Tom Fort [tffort@gmail.com]
**Sent:** Tuesday, April 08, 2008 6:27 PM
**To:** Mail, Media
**Subject:** LeMond agreement

Trek-

I was surprised and saddened today to see John Burke announce the end of Trek's relationship with Greg LeMond.

As you well know, professional cycling has been going through a very difficult period as it attempts to rid the sport of its culture of doping.

Lance Armstrong's rise to prominence coincided with the peak of use of the strongest doping products in cycling history. Several of his former teammates have since been found to have doped, and Lance himself has been linked to numerous doping investigations. Leftover urine of Lance's from the 1999 Tour de France was found to still contain traces of EPO when tested years later. When Ivan Basso took over Lance's place in the Discovery Channel program, he too was found to be involved in doping practices.

Despite all the possible linkages between Lance Armstrong and his team, Trek profited enormously from the publicity and prestige of Lance winning the Tour de France. I appreciated the fact that during this time, Greg LeMond was one of the few outspoken critics of of doping in the modern pro peloton, and that Trek did not attempt to limit LeMond's attempts to speak honestly and candidly with the media, even when his comments involved Armstrong. At the time, I thought Trek's discretion reflected good judgment and honor on the part of the company.

That sense of respect for Trek's ability to toe a difficult line ended today with John Burke's announcement. While I am not privy to any details of your business dealings, the fact that Trek has chosen to side with Lance and abandon Greg shows that Trek has chosen to protect its short-term business interests over doing what is right and allowing someone to speak the truth.

While the casual fan of cycling may believe Lance rode clean when he trumpets that he "never tested positive," serious fans of the sport are not so easily convinced. Many of us are also disgusted by his arrogance, his patronizing attitude towards the French and the European cycling establishment, his verbal attacks concerning Betsy Andreu and others he considers to have turned on him, and more.

I currently own a Trek mountain bike, and have appreciated the recent advances I had seen in Trek's road and time trial/triathlon frames. I had been considering purchasing a new Madone, Fuel EX, or a TTX to replace my aging bikes. I am sad to say that after your decision today I will no longer consider buying a Trek. In my view, you have irrevocably hitched your wagon to Lance. While that may have been good for business in the past, I am not convinced that it will continue to be so in the future, as Lance's legacy in the sport is far from certain. I also question your decision to align the company with Astana, a team which combines the tarnished legacies of both the former Astana and USPostal/Discovery teams into one operation.

I am sure that balancing Trek's competing interests in promoting both the Trek and LeMond brands

TREK011961

during the last several years has been difficult. In my judgment, you honored the first amendment and your own corporate name by allowing Greg to speak plainly, even if it caused some damage to your bottom line. While many Trek dealers must have complained in the past about Greg's comments, no doubt reflecting their own feelings as well comments heard from vocal customers, I appreciated that Trek maintained a position above the controversy.

In my view, companies such as Trek can play a part in influencing the future of cycling and its ability to rid itself of its doping past. I think your decision today showed a lack of desire to be a part of that process, which is why I will no longer support your company.

Regards,
Thomas Fort

**From:** ME [absstorage@yahoo.com]
**Sent:** Tuesday, April 08, 2008 6:43 PM
**To:** Mail, Media

I absolutely will never buy a trek now . I think it is plainly obvious that Trek was not happy with LeMond's statements regarding possible doping of Lance Armstrong and his teammates. Possibly Armstrong threatened to take his image to another bike company if Trek could not silence LeMond. Whatever the case it is clear that Trek sided with the business producing association of supporting Lance and his team. In the end though you will notice that 3 major helpers of Lance have been busted for doping (heras, hamilton, Landis)...Lance's own samples from 1999 showed EPO use (although he could not be charged on a technicality) and 2 of his teammates from that 1999 team admitted they used EPO is preparation for the Tour. Meanwhile, with sales up for Trek due to their association with Lance you chose to support the bread winner and silence someone who was only speaking the truth about the situation. Now you are dumping the brand on the main argument that Lemond tarnishes the Trek name? Your association with a doper who stle the tour de france and his team (which evidence shows was doping al along) did a lot more in my eyes to tarnish your brand name.

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access. No Cost.

TREK011963

## Erbach, Karl

| | |
|---|---|
| **From:** | Lee Wishard [lewishard@atlanticbb.net] |
| **Sent:** | Tuesday, April 08, 2008 6:45 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - LeMond no loss |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------------

From: Lee Wishard <lewishard@atlanticbb.net> With all of Greg LeMond's negative comments I often wondered when Trek would dump this guy. I would never own a Lemond bicycle, I'd rather walk.

Lee Wishard
Loyal Trek Owner

1

TREK009486

**Erbach, Karl**

The following question/comment was submitted from your knowledgebase
------------------------------------------------------------

From: Clay Bowler <claybowler@aol.com>
I will no longer purchase anything from Trek. Your decision to stop your relationship with Greg Lemond while your posterboy continues to hide the truth that it wasn't just him and a Trek bike that won seven tours is crazy. Lemond is trying to clean up the sport, while Armstrong continues to cover a very shady trail. Armstrong is a disgraceful champion and human being.

1

TREK009485

**Erbach, Karl**

| | |
|---|---|
| **From:** | Steve Ashley [sashley@dishup.us] |
| **Sent:** | Tuesday, April 08, 2008 7:29 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - Lemond |

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: Steve Ashley <sashley@dishup.us>
Thank you for you actions to end your relationships with Lemond. As a life long cyclist, and one time fan of Lemonds, I have come to loose all respect for the man due to his outspoken comments about Lance Armstrong and Floyd Landis. The sport will be much better without his constant negativity.

Thaanks for your bikes, and for what you have done for Wisconsin.

Steve Ashley
Glenwood City, Wisconsin

1

TREK009484

| | |
|---|---|
| **From:** | Robert Gray [gratefulda@aol.com] |
| **Sent:** | Tuesday, April 08, 2008 8:26 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - Trek bikes vs LeMond |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------

From: Robert Gray <gratefulda@aol.com>
I've been a fan of Trek, have owned your bikes in the past and always consider Trek for future purchases until now.
Regarding the recent news and the article from BICYCLING that I've included below.
I do not agree with your position regarding Greg LeMond; a true champion with absolutely NO HINT OF INAPPROPRIATE BEHAVIOUR in his entire career.
You (Trek and Lance Armstrong) have run a smear campaign on this man for years and I do not appove.

Trek will succeed and make millions of dollars in the future but you can do it without me.
You have lost me as a customer.
Good luck in your future.
Robert Gray (gratefulda@aol.com)

<<April 08, 2008
Trek and LeMond: A Bitter Divorce
An acrimonious end to a business relationship between industry giant Trek and cycling legend Greg LeMond that had run its course.

By Joe Lindsey

The big news in bikeland this morning should surprise no one: Trek has filed suit against Greg LeMond to end their relationship. That suit is in response to a suit LeMond filed to similarly end the relationship. As you probably know, Trek manufactures and distributes LeMond's line of bikes under a licensing agreement. So if both of them want out, why the suits? Two reasons. One is that this isn't just business anymore, it's intensely personal. And, of course, there is money involved; essentially, LeMond is suing to terminate with actual damages and court fees paid, while Trek is suing to merely terminate and walk away (with court costs paid, of course). The agreement was set to expire in 2010.

I say "should surprise no one" because this relationship has been on the rocks for years. The initial agreement dates back to 1995 and, for a few blissful years, it was a honeymoon – sales topped $9.5 million in 1999, according to a Powerpoint presentation Trek posted on its web site today.

But starting in 2001, the association grew tense. One thing both sides agree on is that the pivot point was LeMond's now-infamous comment to David Walsh in the London Sunday Times, regarding then two-time Tour de France winner Lance Armstrong's association with Dr. Michele Ferrari.

After professing to be "devastated" to learn that Armstrong was working with a trainer of Ferrari's reputation, LeMond told Walsh, "If (Lance) is innocent, it's the greatest comeback in the history of sport. If he's not, it's the greatest fraud." Although Walsh's article caused a huge furor, it was LeMond's statement that resonated stateside.

From that point on, it was a downward spiral. LeMond claims he was threatened and intimidated by Armstrong and Trek president John Burke, forced to sign a retraction of his comments, and that Trek worked only half-heartedly to promote the LeMond brand. Trek claims that LeMond's pattern of "inconsistent" support of his brand and negative statements about Armstrong damaged the brand.

Tuesday morning, Trek organized a press conference to announce the split and came out swinging. In a presentation to employees, Burke presented evidence of LeMond's damage to the brand, albeit selectively (revenues were graphed through 1999 only) and some stinging

1

TREK009482

quotes purported to be from customers irate about LeMond's statements and from Trek's European chief, Malcolm Davies, who is quoted as saying he saw "no way back" for the brand on the continent. Trek also posted the content of LeMond's two lawsuits, in 2004 and the latest, dated March 20, 2008, as Burke laid a blistering attack on LeMond, outlining a pattern of behavior he said was at odds with the "midwestern" and "family" values of Trek.

"In 1999 at Trek, we already had a three-time Tour winner on board, we had this kid from Texas who'd just won the Tour and we were in a perfect position," said Burke in response to a reporter's question. "But with Greg's track record of remarks and inconsistent behavior, he didn't just damage Trek, he damaged himself."

LeMond, as of this posting, hadn't returned a call requesting comment, but his March court filing indicates that the two sides are far apart on even basic facts of the case. LeMond claims that he was prevented from appearing at Trek events to support the brand and that Trek knowingly failed to live up to the "best efforts" clause of its contract by not pursuing distribution with the same effort as for other brands, and for subverting marketing efforts like team sponsorship. While Davies may not have seen a "way back" for LeMond in Europe, it appears that there wasn't much to come back to: according to LeMond's suit, total sales in Holland from 2001 to 2007, for example, were just $26,133, roughly $4,300 a year or about two of his mid-level Versailles bikes a year.

Burke conceded that Trek "didn't do great" with LeMond in Europe, but contended the company had made its best effort. "Trek doesn't have as much influence in Europe as we do in the U.S.," he said. Burke claimed that LeMond's worldwide sales were roughly $15 million in 2007, although he estimated that sales could have been as high as $30 million had LeMond not engaged in what Trek says was damaging conduct (the brand is still a small fraction of Trek's $700 million a year in total revenue). Trek also alleges that LeMond undercut his own dealers by purchasing bikes at employee pricing levels and reselling them, acting as an unauthorized dealer of sorts. Trek claims LeMond's employee purchases totaled $2.5 million. If true, it seems abusive, but raises the question of why it wasn't addressed before now – that's not exactly a rounding error even in a company Trek's size. It also indicates LeMond might've been his own best dealer.

Burke denied that the personal animosity between Armstrong and LeMond had anything to do with the decision and told reporters that, although Armstrong is a minority shareholder in the company, the seven-time Tour winner was neither consulted nor informed of the decision to sue before it was made public.

Burke repeatedly characterized the dispute as a contractual issue relating to business concerns. But it's clear that there's a deep personal streak here and it's not limited to Armstrong. Trek-LeMond was once a close relationship and, in 1999 and 2000, LeMond and Armstrong got along well in public at least – it wasn't until Walsh's stories that the relationship began to fracture, with Trek caught between them and ultimately, it seems, siding with the current Tour champ over the former one.

With multiple filings now in place (you can read all the nitty-gritty here) it's clear that this will take some time to shake out. What does that mean for people who currently own a Trek-manufactured LeMond or are considering one? Burke assured reporters on the call that Trek treats its dealers and customers like family. "Every LeMond frame has a lifetime warranty and we will honor that," he said. The company will work with dealers to sell current stock, although Burke did not mention whether discounts or incentives would be offered.

Going forward, it's expected that LeMond will try to reconstitute his brand with a different partner. But what the bikes will look like remains to be seen. Although LeMond's suit claims that intellectual property like bike designs, graphics and other trademarks remain the property of his LeMond Cycling company, many of the bike designs were created using Trek's own proprietary intellectual property such as its OCLV carbon fiber. Bill Mashek, marketing director for Trek, said in a subsequent e-mail that intellectual property issues would need to be determined by the court.

With this story's convoluted tangle of business interests, money and personal feelings, it may take months or even years to sort out the specifics. In the meantime, it will continue to be an open wound on the sport and the bike business. Whichever party you feel is in the right, Burke was dead-on when he said "Today is a sad day for American cycling."

I'll update this once I have a chance to talk with LeMond.>>

2

TREK009483

**Erbach, Karl**

| | |
|---|---|
| From: | Dan [dan8215@aol.com] |
| Sent: | Tuesday, April 08, 2008 8:33 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - Sales |

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Dan <dan8215@aol.com>
I recently purchased 2 Trek mountain bikes. I was very unhappy to see the made in China
sticker. Now I read Trek is blaming LeMond comments for reduced sales. My 6500 has been
back for spoke and chain failures within one year. Go China!
Thanks,
Dan

1

TREK009481

**Erbach, Karl**

From:           Pete Wright [pwright@neo.rr.com]
Sent:           Tuesday, April 08, 2008 8:47 PM
To:             Consumer, Trek
Subject:        TrekBikes.com FAQ - Lemond cycles

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------------

From: Pete Wright <pwright@neo.rr.com>
I have always wanted a Lemond bike, they are beautiful. Now that your name is not on them
perhaps I will. I worked in a bike. litle place that was a..'Trek' shop. I KNOW, KNOW! I
was told to steer customers away from Lemond to Trek, where did that come from? Lemond was
THE greatest American cyclist and always will be. If you ride a bike for real you know
Armstrong is full of crap.

1

TREK009480

**Erbach, Karl**

| | |
|---|---|
| **From:** | Kohner, Casey on behalf of ETrek Help |
| **Sent:** | Wednesday, April 09, 2008 8:14 AM |
| **To:** | Consumer, Lemond |
| **Subject:** | FW: Contact Us -Other |

Here's one for ya.

Casey

-----Original Message-----
From: chrisrfox@yahoo.com [mailto:chrisrfox@yahoo.com]
Sent: Tuesday, April 08, 2008 9:24 PM
To: ETrek Help
Subject: Contact Us -Other

From:
Chris Fox

As a long-time customer and former owner of LeMond and Trek bikes (Buenos Aires, 5200), I can say without question I will NEVER buy another product from your company.

The LeMond decision is the most transparently chicken-shit move I've heard about in quite some time, if hardly surprising.

Utterly lame. I'll pass on the same thoughts to my much loved local dealer, and stop shopping from them completely, with sadness.

You are tarnishing one of the greatest champions in American sport in my lifetime. This decision cost you one customer for life.

I can't say strongly enough how disgusting and chicken-shit your press release was. Grotesque.

TREK009469

**Erbach, Karl**

| | |
|---|---|
| **From:** | surf [surftel1@gmail.com] |
| **Sent:** | Tuesday, April 08, 2008 10:10 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - I will never buy a Trek bike |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: surf <surftel1@gmail.com>
First you sponsor a doper like Lance, then you sponser a doping team like Astana, now you
go after the guy who is actualy doing something to clear up the sport?

1

TREK009479

**Erbach, Karl**

From:            john [akhrec85@hotmail.com]
Sent:            Tuesday, April 08, 2008 10:16 PM
To:              Consumer, Trek
Subject:         TrekBikes.com FAQ - Ending Association with Lemond to protect Dope-Strong

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------------

From: john <akhrec85@hotmail.com>
Trek bicycles should be ashamed of it's treatment of Greg Lemond and bowing to pressures
from the Lance Armstrong mafia to protect Lance "Mr. Blood Doping" Armstrong. The action
of severing ties with Lemond is almost an implicity admission by Trek that it is feeling
pressure to protect Armstrong, when in reality the ethical thing is for Trek to sever ties
with Mr. Armstrong, who along with Barry Bond is one of the biggest sporting frauds of
the 21st Century.

1

TREK009478

**Erbach, Karl**

| | |
|---|---|
| **From:** | Michael Costello [michael_costello@roadrunner.com] |
| **Sent:** | Tuesday, April 08, 2008 10:27 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ – LeMond Bicycles |

The following question/comment was submitted from your knowledgebase
----------------------------------------------------------

From: Michael Costello <michael_costello@roadrunner.com> No one has harmed the LeMond
brand more than Greg Lemond. I own a 2002 LeMond Zurich, but would not now buy a LeMond
because of that decal. If Greg LeMond is dissatisfied with how bikes with his name on them
have sold, he has only himself to blame.

1

TREK009477

**Erbach, Karl**

| | |
|---|---|
| **From:** | Dave [skyleth@gmail.com] |
| **Sent:** | Tuesday, April 08, 2008 10:50 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - Transaprency in dealing w/ Lemond Split |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------------

From: Dave <skyleth@gmail.com>
Hi there, just wanted to say that I was impressed with the transparency involving Trek's split from the Greg Lemond brand.  It's refreshing to see such openness from a private company with the court documents: your filing from 2008 and both his from 2004 and 2008. And in reading some of that material, it's also nice to see that comment forms like this are actually read!  Thanks.

1

TREK009476

April 9, 2008

Mr. John Burke, CEO Trek Bicycle Corporation
801 West Madison St.
Waterloo, WI 53594-1379

Re: Damage to the Trek/Lemond Brand by Greg Lemond

Dear Mr. Burke:

I don't generally make the habit of spending my time writing a letter and stating an opinion re; a business matter which has nothing to do with me. However, I felt so strongly about your error in judgment re; Mr. Lemond disagreement that I felt compelled to do so.

I have read through your website both Trek's complaint and Mr. Lemond's complaint re; your dispute. As an avid cyclist and fan of cycling I can't disagree with your position more. As a reasonably intelligent business man I understand your motives in chastising Mr. Lemond. After all, Trek does potentially stand to suffer financial harm (in the short term) if the doping controversy around Mr. Armstrong proves to have "teeth" since you have so whole heartedly backed him. Even though I understand the potential risks I must ask the question: Why not get out in front of this? No matter whether you believe Mr. Armstrong doped or not why not position the Trek and Lemond Brand on higher ground.

There is no doubting Mr. Lemond's commitment to clean cycling and based on his very public anti-doping stance why doesn't Trek support that? Cycling is a wonderful sport and has so many values to the person riding and society in general. As the most recognized brand in the United States, why wouldn't Trek want to support Mr. Lemond in his anti-doping stance? Isn't it better in the long-term for Trek to stand out as a committed partner in clean cycling? I assume that you want Trek to be around long after Mr. Armstrong and Mr. Lemond are memories. Why wouldn't you want to support riders all over the World who believe in a healthy and ethical endeavor? Wouldn't this bring Trek and Lemond brands more business?

I hope this letter gives you some "food for thought". For your information I know no one at Trek or Lemond nor do I have any relationship with Mr. Armstrong or Mr. Lemond. I am just a person who loves cycling but would not consider buying a Trek made brand until you truly stand behind your companies' stated values and support bikes and cycling. Big names come and go but an ethical and well-run company can go on indefinitely. Taking the right stand now and reversing your previous stance will do more to keep Trek successful in the long term than your current shortsightedness could ever do or is that not your intention?

Sincerely,

Jeff Jones
Avid Cyclist, Bakersfield, CA

TREK009594

**Erbach, Karl**

| | |
|---|---|
| From: | John Mailloux [mailouxism@gmail.com] |
| Sent: | Wednesday, April 09, 2008 12:04 AM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - Bravo! |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------------------

From: John Mailloux <mailouxism@gmail.com> I can now tell you that my next bike purchase will be a Trek brand. I applaud your decision to sever your ties with Lemond. GL was a childhood hero to me and it's sad to see him turn into a bitter old man. I'd be lying if I said I didn't prejudge everyone I've seen riding a Lemond as some sort of anti-LA zealot. Who else would buy that bike? Thanks for letting me be able to buy your product again.

1

TREK009475

**Erbach, Karl**

From:           dave [ymax@att.net]
Sent:           Wednesday, April 09, 2008 12:09 AM
To:             Consumer, Trek
Subject:        TrekBikes.com FAQ - lemond

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------------

From: dave <ymax@att.net>
'bout time you dumped the jerk- get rid of the line, and the nuisance.

TREK009474

**Erbach, Karl**

| | |
|---|---|
| **From:** | Michael Lemon [michaellemon1@gmail.com] |
| **Sent:** | Wednesday, April 09, 2008 12:50 AM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - Get Rid of LeMond |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Michael Lemon <michaellemon1@gmail.com> My name is Michael Lemon. I live at 2910 W Marconi Ave #103 Phoenix, AZ 85053. I have no affiliation with Trek or LeMond. I don't even ride a Trek, however my favorite bike to date is a Klein Quatum Race produced by the Trek company in 2001, damn that is a great aluminum bike. I'm a physician and cat III cyclist. Why the intro? because I just read the Greg LeMond March 20, 2008 complaint...THE WHOLE THING. What a load of garbage. Is he trying to find ways to re-invent himself? I can't believe you have put up with this crap for so long. I noticed at one point in the complaint that there was a statement about Trek having to allege email complaints. Well, I figured I would give my own complaint you could keep on file. I have never wanted a LeMond bike never desired a LeMond bike, and I will NEVER own one. I don't believe in supporting someone with whom my ideals are so very different. He makes public debates over speculation and sites invalid sources. His words an!

d actions damage the Trek name, and parting ways with him will make me more likely to support Trek products in the future.

Thanks for listening,

Michael Lemon

1

TREK009473

**Erbach, Karl**

| | |
|---|---|
| **From:** | Karl Bridge [karl_angela@telus.net] |
| **Sent:** | Wednesday, April 09, 2008 12:52 AM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - lemond |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------

From: Karl Bridge <karl_angela@telus.net> Ok, that was a lot of reading.
What a shit show.
Good luck with the court case.

1

TREK009472

**From:** jay.buzianis@hawaiiantel.net

**Sent:** Wednesday, April 09, 2008 1:02 AM

**To:** Mail, Media

**Subject:** LeMond Relationship

Aloha and good move you guys. We quite riding Trek due to Mr. Lemond and his attitude. We still have five Trek bikes so maybe now we can retire our Felt's and start riding Trek again.

Mahalo for your action, Jay Buzianis

**From:** Hptmnn@aol.com

**Sent:** Wednesday, April 09, 2008 3:03 AM

**To:** Mail, Media

**Subject:** Hurray (ending relations with Lemond)!

I wouldn't buy a lemond if it was the last bike on earth. He always has to draw media attention to himself whenever any sort of issue with doping or Lance comes up and if there isn't any drama he'll find something to dredge up. As if he can't stand someone else getting glory. Good riddance to the Lemon(d). It's such a shame too because we loved watching him win and race in the 80's. He's completely disgraced himself with his desire for media attention these past few years.

Lisa Hauptmann

Planning your summer road trip? Check out AOL Travel Guides.

TREK011965

**Erbach, Karl**

| | |
|---|---|
| **From:** | neil young [nyoung808@yahoo.com] |
| **Sent:** | Wednesday, April 09, 2008 4:38 AM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - lance and greg |

The following question/comment was submitted from your knowledgebase
----------------------------------------------------------------

From: neil young <nyoung808@yahoo.com>
i think its great that you guys are finally severing ties with greg lemond!  personally, i.
never understood why  greg never  believed a fellow.countryman .  just because someone
beat  gregs total wins in the TDF he makes like its not credible
and tries to denounce lance's accomplishments.  Honestly, they both sould be happy for
each other and be a big happy family with Trek.  but you guys are doing the right thing by
siding with Lance because he is the classier , more accomplished person.  i want to like
greg also , but he makes it hard for me and others to do that .  i  have 4 trek bikes (2
mountains and 2  roads) and one older lemond road that i have been ashamed to ride . i
want to know·, if i  spray paint the lemond bike by myself (to block out·his name), will
that negate the warranty (its a carbon)?   also i know you guys already have been pushing
the Trek brand in China (im part Chinese) but push harder! they are the future. and since
you guys are Bontrager, for me and China, make a wheel design on the time trial rims that
is totally the yin-yang sign from top to bottom, rim to rim . i'll buy·it and that will
help  Trek and Bontrager in China for sure!. nobody did it yet so get on that. give me
credit! Trek!

kie for life! -Neil Young

1

**Erbach, Karl**

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: John P. Quirke <jquirke@archerlaw.com> Dear Mr. Burke:

I applaud your decision to sever Trek's relationship with Greg LeMond. His many misguided statements in the press concerning Lance Armstrong and Floyd Landis appreared as nothing more than baseless musings that served only to hurt American cycling and its heros. (Are we really to believe he was the only American cyclist who could win the TdF without "assistance?")

I had vowed never to look at another LeMond or Trek ad. Now, I will be counting the days until I can afford a Madone 6.9 to replace my Trek 5000 (a sweet ride, I might add).

Thank you for taking this bold, but much needed, step.

Sincerely,

John P. Quirke

5 Prall Court
Ringoes, NJ 08551
jquirke@archerlaw.com

1

TREK009470

**Subject: Lemondbikes.com Contact Us Inquiry**
**Date:** Wednesday, April 9, 2008 9:35 AM
**From:** nick53nick@yahoo.com
**Reply-To:** <nick53nick@yahoo.com>
**To:** "Consumer, Lemond" <consumer@lemondbike.com>
**Conversation:** Lemondbikes.com Contact Us Inquiry

A "LeMond Contact Us" request has been made:

Name: Nick Turner
Email: nick53nick@yahoo.com
Comments: Sorry to hear about the troubles with Trek. Make no mistake though, myself and many other cyclsits still love our LeMond bikes--I am proud to race on mine! Keep up the good work.

TREK009559

**Subject: TrekBikes.com FAQ - Greg Lemond**
**Date:** Wednesday, April 9, 2008 9:48 AM
**From:** Bill Nicely <bnicely@pacbell.net>
**Reply-To:** <bnicely@pacbell.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Bill Nicely <bnicely@pacbell.net>
Mr. Burke,

I own one bike, a Trek Madone, that I dearly love, not because Lance rode it, but
because it is a great bike.  Recently I have begun review of bikes with an intention to
purchase within the next few months.  I was not considering Trek because of it's
realtionship with Greg Lemond (I was unaware when I bought my Madone).  As a fan
and racer, I revere Greg's accomplishments but disdain his approach to discouraging
doping.  He makes it personal, not professional.  Now that Trek is seeking to sever the
relationship with GL,  I am now considering Trek bikes as my next purchase.  Thank you
for YOUR support of cycling.  You have done far more for the sport than GL has and
sadly he could have done a lot if he kept his comments about doping professional.

Bill Nicely

TREK009560



**BigDutch**

Posted Wed 9 Apr, 10:01 am BST

Absolute nonsense. LeMond has always been particularly outspoken and I applaud this in relation to doping and how the sport can be cleaned up but to repeatedly challange Trek & Lance in this manner has certainly done neither him or 'his' brand any good. It's gotten to the stage now where LeMond speaks and I feel my eyes involuntarily start to roll.

Yes, the sport needs to be cleaned up. No, I don't think LeMond is the right man for the job, especially now. His antics could have gone two ways - he could have become the Gary Fisher of the road World: Friendly, informative, willing to help promote his brand and being a good advocate for the sport but sadly he decided to go the other route where he deliberately (either through ignorance or knowingly) damaged LeMond bikes and Trek as a whole.

His actions smack of a man who cannot accept the fact his crown has been passed on to another, that he's no longer the Wonderboy and that his day as the figurehead for American Road Cycling is over.

Greg - in the very slim chance that you see this: Grow up. Move on. Let someone with a bit more credibility help clean up the sport.



TREK009849

**Subject: TrekBikes.com FAQ – lemond bikes, lemond the man**
**Date:** Wednesday, April 9, 2008 10:03 AM
**From:** matthew miller <msalgir@gmail.com>
**Reply-To:** <msalgir@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ – lemond bikes, lemond the man

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: matthew miller <msalgir@gmail.com>
i too will join many of my friends refusing to buy TREK products as a result of what many including myself see as pandering to the ignorant masses who need a hero to interest them enough to purchase a (trek) bicycle rather than acknowledging the perhaps ugly reality of professional cycling as well as your poster boy armstrong who sells your bikes for you.

TREK009561

**Subject: TrekBikes.com FAQ - New Low**
**Date:** Wednesday, April 9, 2008 10:18 AM
**From:** D Gonzalez <djg714@yahoo.com>
**Reply-To:** <djg714@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - New Low

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: D Gonzalez <djg714@yahoo.com>
You guys have reached a new low on your handling of Greg LeMond. Good luck on your way down.

TREK009562

**Subject: TrekBikes.com FAQ - lemond bikes**
**Date:** Wednesday, April 9, 2008 10:26 AM
**From:** phil perard <fastphil1111@yahoo.com>
**Reply-To:** <fastphil1111@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - lemond bikes

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: phil perard <fastphil1111@yahoo.com>
i cant believe your company is going that route , backing armstrong in this lemond vs armstrong game? i have owned 4 oclv's  but i will never buy a trek product again. armstrong is a rat and lemond is all class ... one day we will all hear that lance was a huge cheat . keep supporting him and your company will eventaully g down the drain

TREK009563

**Subject: TrekBikes.com FAQ - Lance Armstrong/Greg LeMond**
**Date:** Wednesday, April 9, 2008 10:36 AM
**From:** Javier Gonzalez <jjgonzal@bellsouth.net>
**Reply-To:** <jjgonzal@bellsouth.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lance Armstrong/Greg LeMond

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: Javier Gonzalez <jjgonzal@bellsouth.net>
Folks - I own a dozen bicycles and I spent in the order of $10K in bicycle products a
year. However, I will not spend a single penny on Trek products as long as you continue
to be involved with Lance Armstrong - who in my opinion has killed the credibility of the
sport.

Your handling of Greg Lemond has also been shameful and again, I will not buy Trek
and I will tell every cycling friend I have to avoid Trek.

sincerely,
Javier Gonzalez
Miami, Florida

TREK009564

**Subject: TrekBikes.com Customer Service Request**
**Date:** Wednesday, April 9, 2008 10:41 AM
**From:** Roman <marin415@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com Customer Service Request

I feel really bad about your position vis a vis greg Le mond
It's not fair and ethical.
I will stay away from your product line
Fairfax california

---------------------------

Browser Info: Mozilla/4.0 (compatible MSIE 7.0 Windows NT 6.0 SLCC1 .NET CLR
2.0.50727 Media Center PC 5.0 .NET CLR 3.0.04506)
IP Address: 71.202.231.59
Referring Page: http://www.trekbikes.com/us/en/support/
Images Supported: Yes
Screen Resolution: 1280 x 1024
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.45

TrekBikes.com Cookies:
        country_id --> us
        language_id --> en
        language --> en
        locale --> us-en-1-us
        region --> 1-us
        __utma --> 146262769.1420425561.1201229515.1201229762.1207755451.3
        __utmz --> 146262769.1207755451.3.2.utmcsr=google|utmccn=(organic)|
utmcmd=organic|utmctr=trek bicycles
        __utmb --> 146262769.3.10.1207755451060
        __utmc --> 146262769

TREK009565

**From:** Kohner, Casey
**Sent:** Wednesday, April 09, 2008 11:41 AM
**To:** Consumer, Lemond
**Subject:** A reply from an Online Store email that went out today

From:

"James & John Larmer" <feverishness@sympatico.ca>

Date:

Apr 9 08 - 10:56am

To:

etrek_help@trekbikes.com

Trek Online StoreShame on your company for torturing a man of honesty who has been c

Yours truly

   John Larmer

Casey Kohner
eCommerce & Email Marketing
Trek Bicycle Corp.
801 W Madison
Waterloo, WI 53594
800-879-8735 x 12488
920-478-5540 fax

---

**From:** Matthew Bradford [matthew@bradfordlaw.net]

**Sent:** Wednesday, April 09, 2008 10:58 AM

**To:** Mail, Media

**Subject:** BRAVO!

Excellent decision! I applaud your decision to drop Lemond. Like a lot of others, I was a Lemond fan. I even purchased a Buenos Aires in the early 2000's. I saw the Lemond brand of bikes as a quality collection. Then, in the mid 2000's, I was disappointed that Lemond chose to bash Lance Armstrong. Even if Armstrong doped, there was no reason for Lemond to join what was largely a geopolitical fight. I sold my Lemond. But, the final straw that forever burned me with Lemond was when I learned that he contacted Landis and tried to entice Landis to confess to him. Lemond disgusts me. There is no set of circumstances in which I would purchase another Lemond. All of my cycling friends seem to feel the same about Lemond.

One final note. I also appreciate the detail of the presentation you have made to the public. Another excellent decision.

Matthew Bradford
Bradford Law Office
3255 W. March Lane, Suite 230
Stockton, CA 95219
phone (209) 957-6644
fax (209) 957-6645

TREK011966

**Subject: TrekBikes.com FAQ - LeMond**
**Date:** Wednesday, April 9, 2008 11:08 AM
**From:** David Rockwell <RockyRockwellEsq@comcast.net>
**Reply-To:** <RockyRockwellEsq@comcast.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMond

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: David Rockwell <RockyRockwellEsq@comcast.net>
Good move getting rid of Greg.  Of course it's fine to be anti-doping but the guy was over the top and frankly an embarrassment.  Too bad he did that to his reputation since he was such a great rider.

TREK009566