**Subject: TrekBikes.com FAQ - Trek/LeMond Dispute**
**Date:** Wednesday, April 9, 2008 12:19 PM
**From:** Reid Neureiter <rneureiter@jcfkk.com>
**Reply-To:** <rneureiter@jcfkk.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Trek/LeMond Dispute

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Reid Neureiter <rneureiter@jcfkk.com>
I am extraordinarily disappointed at Trek's decision to terminate its relationship with Greg LeMond. Mr. LeMond is a hero of mine and many others. His willingness to speak publicly about the scourge of doping in cycling has been an inspiration. By contrast, Trek's continued involvement with the US Postal squad, the Discovery team, Mr. Armstrong, and its continuing involvement with Johann Bruneel and the disgraced Astana team, has been a tremendous disappointment. Why on earth would Trek continue to support an athlete who, in his role a "patron" of the Tour, chased down and publicly punished one of the few active cyclists to speak publicly about Michele Ferrari and doping in sport? The answer, of course, is money--money generated by Armstrong tremendous popularity, Tour victories, and his inspirational cancer recovery. But that does not make it right. Trek has made its choice -- Armstrong over LeMond; staying quiet rather than taking a public stance against doping in !

cycling. But rather than fabricating the notion that somehow LeMond is responsibile for damaging the Trek brand by speaking the truth, perhaps Trek should look at itself and its decision to continue its association with Mr. Armstrong, Postal/Discovery/Astana, as the original source of problem.

I trust that this e-mail, like the others you included in your legal Complaint, will be produced to Mr. Lemond's counsel in discovery.

Reid Neureiter
1901 Leyden Street
Denver, Colorado
303-892-4438

TREK009569

**Subject: TrekBikes.com FAQ - opinion on lemond controversy**
**Date:** Wednesday, April 9, 2008 12:32 PM
**From:** christopher ogrady <cpo@slac.stanford.edu>
**Reply-To:** <cpo@slac.stanford.edu>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - opinion on lemond controversy

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: christopher ogrady <cpo@slac.stanford.edu>
Regarding the recent controversy with Mr. Lemond: I think he was ahead of his
time in the way he confronted the problem of doping in professional cycling.
In my opinion, it is not the right thing for your company to discontinue
that relationship based on Mr. Lemonds comments/opinions.

I would be less likely to purchase a Trek product as a result of your
company's lack of support for Mr. Lemond.

christopher o'grady

TREK009570

**Subject: TrekBikes.com Customer Service Request**
**Date:** Wednesday, April 9, 2008 12:37 PM
**From:** Mike DeGooyer <mgooy@hotmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com Customer Service Request

No question- just a comment.
After reading the article on cycling news regarding the Lemond relationship, you can add my support to the Trek notion.

Given Mr Lemond's position on a number of issues, myself and several members of my racing team are adamitely against associating or considering riding a Lemond bike. As good a quality as the product- I can't support his views.

Just wanted to lend credence to the situation.
Thanks
Mike
------------------------

Browser Info: Mozilla/4.0 (compatible MSIE 7.0 Windows NT 6.0 SLCC1 .NET CLR 2.0.50727 .NET CLR 3.0.04506 .NET CLR 1.1.4322 InfoPath.2 MS-RTC LM 8 .NET CLR
IP Address: 131.107.0.71
Referring Page: http://www.trekbikes.com/us/en/support/
Images Supported: Yes
Screen Resolution: 1024 x 768
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.115

TrekBikes.com Cookies:
    country_id --> us
    language_id --> en
    language --> en
    locale --> us-en-1-us
    region --> 1-us
    __utma --> 146262769.814583784.1207762439.1207762439.1207762439.1
    __utmb --> 146262769.3
    __utmc --> 146262769.3
    __utmz --> 146262769.1207762439.1.1.utmcsr=(direct)|utmccn=(direct)|
utmcmd=(none)

TREK009571

| | |
|---|---|
| **From:** | David Balkin [ndbalkin@comcast.net] |
| **Sent:** | Wednesday, April 09, 2008 12:46 PM |
| **To:** | Mail, Media |
| **Subject:** | LeMond |

Jealousy is indeed a deadly sin. There's no question Greg can't come to terms with the realization he is not recognized by anyone as the greatest American rider ever. He always created issues. I was amazed at his jealous rants years ago to which even his father fell victim and this latest lawsuit rehashes the one he filed in 2004.

The cheapskate must have gotten a bargain from his law firm since most of it had already been written. Trek should issue a statement that this lawsuit in no way changes the solid guarantee it provides with every LeMond frame it has built. While that goes without saying it needs to be reiterated as it affords Trek an elegant opportunity to stick its head out of the pile of
shit Greg seems to be most comfortable in.

1

TREK011967

**Subject: TrekBikes.com FAQ - End of LeMond "partnership"**
**Date:** Wednesday, April 9, 2008 12:55 PM
**From:** James Carter <james.luther.carter@gmail.com>
**Reply-To:** <james.luther.carter@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - End of LeMond "partnership"

The following question/comment was submitted from your knowledgebase
------------------------------------------------------------

From: James Carter <james.luther.carter@gmail.com>
Good idea, Greg's a jackass...

http://www.velonews.com/article/74387

TREK009572

**Subject: TrekBikes.com FAQ – LeMonde**
**Date:** Wednesday, April 9, 2008 2:10 PM
**From:** Chris Moore <chrismoore321@gmail.com>
**Reply-To:** <chrismoore321@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMonde

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Chris Moore <chrismoore321@gmail.com>
It is a shame that Greg LeMonde continues to be such a negative force in bicycling. His cycling accomplishments and admirable and outspoken position on doping have been eclipsed by his incessant public whining and obsessive jealousies. His past accomplishments should make him an American athletic hero. Instead his legacy seems destined to be one of pettiness and gracelessness.

TREK009573

**Subject: TrekBikes.com FAQ – Lemond Sponsorship**
**Date:** Wednesday, April 9, 2008 2:17 PM
**From:** William J. Horvath <wjhorvath@gmail.com>
**Reply-To:** <wjhorvath@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ – Lemond Sponsorship

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: William J. Horvath <wjhorvath@gmail.com>
Trek Cycles:

I am greatly distressed to see that you are dropping the Lemond brand because Greg is so outspoken about doping. As a lifelong cyclist I can GUARANTEE you that I will never buy another Trek Bicycle or Trek Product again. Your company is completely on the wrong side of the doping issue and is only interested in PROFITS. I will look for the built in Syringe Compartments in the future Trek frames you manufacture. I am sure they will be valued by the clientele you serve. The Trek brand is FOREVER in my mind associated pro-doping and I will be sure to spread this point of view in my local racing club. As you have said Sayonara to Greg Lemond I say Sayonara to Trek Cycling products. I hope your sales continue to falter as they deserve to. What you have done is absolutely DISGUSTING and DISPICABLE.

Without Regards,

William J. Horvath

TREK009574

**Subject: TrekBikes.com FAQ – Lemond**
**Date:** Wednesday, April 9, 2008 3:10 PM
**From:** Jeff Farr <jfarr544@verizon.net>
**Reply-To:** <jfarr544@verizon.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ – Lemond

The following question/comment was submitted from your knowledgebase
---------------------------------------------------

From: Jeff Farr <jfarr544@verizon.net>
I applaud your decision to end your business ties with Greg Lemond. Lemond has done nothing, but tear down the sport of pro cycling ever since he realized that there was another American Cyclist who was better than him. The Lemond brand is a popular bike in our local club. Knowing that product was backed by Trek and that it received good reviews from the local riders who owned them. I made up my mind long ago that I would never purchase the product merely becuase of the name. I am so pleased with your decision to drop the brand I will make it a point to stop by my local bike shop on my way home from work today and purchase a trek product to as a way to show my support. It may only be a saddle bag or jersey today, but it is sure to be more in the future.

Jeff Farr
Yucaipa, CA

Trek 1500
Giant Rainer MTB Hard T
Jamis XC Comp MTB
Specilaized Tarmac
Trek Solobug Trailer

and comming soon:
Trek Lime

TREK009575

**Subject: TrekBikes.com FAQ - Lemond Happenings.**
**Date:** Wednesday, April 9, 2008 3:17 PM
**From:** James Ehrman <james.ehrman@gmail.com>
**Reply-To:** <james.ehrman@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond Happenings.

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: James Ehrman <james.ehrman@gmail.com>
After getting involved with cycling in the late 80s/early 90s Greg Lemond an icon. Combined with my desire to ride fast, he inspired me to race. Since Lance began his domination of the Tour Greg has year by year gone down the totem pole of the sanely credible. I had often contimplated buying a lemond bicycle, as the geometry is a great fit for my body, but could never get past having his name on my down-tube. I think you not have the right, but I'm glad you made the right decision in severing your relationship and it's only sad that is is happening in this ugly way (which seems to be how he handles things). I wish you the best as you go through this and I'll see your people on RAGBRAI as I ride with team Livestrong.

That said, I'm still riding my 1994 Trek 9800 that I bought at 15 and kept me from owning a car until I was 20 - it was well worth it!
Cheers,
James

TREK009576

**Subject: TrekBikes.com FAQ - Greg Lemond**
**Date:** Wednesday, April 9, 2008 3:32 PM
**From:** Adam Allison <lightsaber1000@sbcglobal.net>
**Reply-To:** <lightsaber1000@sbcglobal.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Adam Allison <lightsaber1000@sbcglobal.net>
I was very pleased with theTrek company when I viewed the Video of President John Burke talking about The state of relatins with Greg Lemond. It is very nice to see that the company is protecting its integrity and the integrity of the Greatest Cyclist of all time Lance Armstrong. I am not sure the motive of Mr. Lemond but I agree with the desicion to move on. I would like to thatnk the Trek comany for being a good example in so many ways and thanks for all of the awsome bikes!

TREK009577

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Wednesday, April 9, 2008 3:36 PM
**From:** Michael Andrew Monticelli <michael.monticelli@usoncology.com>
**Reply-To:** <michael.monticelli@usoncology.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Michael Andrew  Monticelli <michael.monticelli@usoncology.com>
Hello,

I sent an email last night and I am not sure if it went throught...so here I go.  I like the
Lemond Triomphe carbon frame design but never purchased one due to timing and
Greg's influence on things.  I did not want a bike with his name on it.  Who owns that
design and where were those bikes made?  Was it designed by Greg's engineers or by
Trek's?  Is it reasonable to hope that TREK would continue to make the Triomphe frame
with another name on it? (Armstrong would be a good place to start...)

Thanks,

Andrew Monticelli

TREK009578

**Subject: TrekBikes.com FAQ - LeMonde**
**Date:** Wednesday, April 9, 2008 5:35 PM
**From:** Derek Emanuel <djemanuel@gmail.com>
**Reply-To:** <djemanuel@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMonde

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: Derek Emanuel <djemanuel@gmail.com>
Lance did a lot of drugs.  It's time for you guys to come to grips with that.

Greg is only telling the truth.

TREK009579

**Subject: TrekBikes.com FAQ - Greg Lemond**
**Date:** Wednesday, April 9, 2008 6:04 PM
**From:** Bill Beauchamp <wfb@ccoastsys.com>
**Reply-To:** <wfb@ccoastsys.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg Lemond

The following question/comment was submitted from your knowledgebase
------------------------------------------------------------

From: Bill Beauchamp <wfb@ccoastsys.com>
Greg speaking up about doping and Lace's possible involvment is GOOD for cycling. I
think MORE of Lemond for acting like a normal human being who speaks his mind and
LESS of Trek for feeling this is bad for business. Lance is a great champion with an
asterisk next to his palmares that anyone with a bit of vision can clearly see.

TREK009580

**Subject: TrekBikes.com FAQ - Le Mond**
**Date:** Wednesday, April 9, 2008 6:06 PM
**From:** Robert Jessop <rjessop@gene.com>
**Reply-To:** <rjessop@gene.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Le Mond

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: Robert Jessop <rjessop@gene.com>
Finally!  I am really glad your HMFIC had the courage and intelligence to kick Greg to the curve.  I know this has been a difficult road for Trek, but I have much more respect for the company now.  I thought this was something which should have been done a long time ago.  Greg either wants to be in business or he doesn't.  The resale of the bikes purchased at employee pricing is criminal and I hope your court proceedings go well.  With any luck he will do serious time and he can give interviews from the big house.  Slap a Trek logo on the Tete de Course and I will be first in line to buy one.

Robert Jessop

TREK009581

**Subject: TrekBikes.com Customer Service Request**
**Date:** Wednesday, April 9, 2008 6:32 PM
**From:** Tyler O'Brien <tj_obrien@hotmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com Customer Service Request

Please make sure this gets to John Burke...

John,
Great decision regarding your relationship with Greg LeMond! In my personal opinion it's even a couple years late. Obviously, decisions like the one regarding your relationship with Mr. LeMond are difficult to make and I'm sure you agnozied for a long time over what to do or not to do, and when, but in the end as a long time cyclist and big fan of Trek - you made the right decision.

Tailwinds,
Tyler O'Brien
--------------------------

Browser Info: Mozilla/4.0 (compatible MSIE 6.0 Windows NT 5.1 SV1 .NET CLR 1.1.4322 .NET CLR 2.0.50727 .NET CLR 3.0.04506.30 InfoPath.1)
IP Address: 216.113.168.128
Referring Page: http://www.trekbikes.com/us/en/support/
Images Supported: Yes
Screen Resolution: 1440 x 900
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.45

TrekBikes.com Cookies:
        country_id --> us
        language_id --> en
        language --> en
        locale --> us-en-1-us
        region --> 1-us
        __utma --> 146262769.296609493.1207783536.1207783536.1207783536.1
        __utmb --> 146262769.4.10.1207783535635
        __utmc --> 146262769
        __utmz --> 146262769.1207783536.1.1.utmcsr=(direct)|utmccn=(direct)|
utmcmd=(none)

TREK009582

| | |
|---|---|
| **From:** | Paul Craig #6625 [paulc@molienergy.com] |
| **Sent:** | Wednesday, April 09, 2008 7:10 PM |
| **To:** | Mail, Media |
| **Subject:** | Greg LeMond |

I must say that severing ties with Greg LeMond is the smartest thing Trek could have done. I've never owned a Trek but I can tell you that the odds of me owning one just increased significantly.

That being said I'm still having trouble forgiving LA for dumping Sheryl Crow. :-)

Best of luck and Enjoy the Ride.

—

Paul Craig

13-19051 119th Ave

Pitt Meadows, BC

V3Y 2M8

TREK011968

**Subject: TrekBikes.com FAQ - combating doping**
**Date:** Wednesday, April 9, 2008 7:26 PM
**From:** Philip Taylor <jo-phil@xtra.co.nz>
**Reply-To:** <jo-phil@xtra.co.nz>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - combating doping

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Philip Taylor <jo-phil@xtra.co.nz>

SHAME ON TREK.
 Greg LeMond stands solidly against doping, as anyone who truly loves the bike, loves racing the bike should.
What, if anything at all, is Trek doing in that regard?

TREK009583

**Subject: TrekBikes.com FAQ - Congrats re: LeMond**
**Date:** Wednesday, April 9, 2008 8:43 PM
**From:** john Watkins <johnjwatkins@nyc.rr.com>
**Reply-To:** <johnjwatkins@nyc.rr.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Congrats re: LeMond

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: john Watkins <johnjwatkins@nyc.rr.com>
I applaud Treks recent decision to drop the LeMond brand. His comments over the past few years were completely uncalled for and inappropriate. I I for one had refused to buy a LeMond or other Trek brand because of these comments. As coincidence would have it I am in the market for a roadie for my wife and will now strongly consider the new WSD Madones.
Sincerely,
John Watkins

TREK009584

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Wednesday, April 9, 2008 9:51 PM
**From:** Bob Pugh <rcpugh@kanepugh.com>
**Reply-To:** <rcpugh@kanepugh.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: Bob Pugh <rcpugh@kanepugh.com>
The complaint filed makes lots of sense. What is Treks position regarding all of your former riders who have tested positive? Including Armstrong?

TREK009585

**Subject: TrekBikes.com FAQ – LeMond v Armstrong**
**Date:** Wednesday, April 9, 2008 9:59 PM
**From:** Peter D Beckman <pdbeckman@yahoo.com>
**Reply-To:** <pdbeckman@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMond v Armstrong

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Peter D Beckman <pdbeckman@yahoo.com>
Hello,

I just finished reading the article in the Minneapolis StarTribune. Well, count me out as a future Trek bike customer after reading this:

According to its suit, one customer wrote to Trek in an e-mail: "Has Greg always been a sniveling, insecure jerk who needs to denigrate others' accomplishments in order to boost his own self-esteem?"

Give me a break, one stupid emailer! What a hatchet job on one of America's true sports heroes who did it the right way. While most insiders know Lance was a doper, I would have never held Trek responsible for that fact. But this was very sad. I'll buy my LeMond bike after it is not part of Trek.

-Peter Beckman
Bloomington MN

TREK009587

**Subject: TrekBikes.com FAQ - Att: John Burke--LeMond action is a disgrace**
**Date:** Wednesday, April 9, 2008 9:59 PM
**From:** Greg McQuaid <gpmcquaid@yahoo.com>
**Reply-To:** <gpmcquaid@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Att: John Burke--LeMond action is a disgrace

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: Greg McQuaid <gpmcquaid@yahoo.com>
Attention John Burke:

How petty and childish you are for discontinuing your business relationship with Greg
LeMond. Once again, Lance Armstrong 's lies have damaged the reputation and
livelihood of an honest cyclist because they dared to speak the truth. Cheats ride on all
brands of bicycles but Trek will forever be associated with the greatest fraud of all, and
I for one would never dream of buying one of your bikes.

Greg McQuaid
San Francisco, CA

TREK009586

**Subject: TrekBikes.com FAQ - Cycling in General**
**Date:** Wednesday, April 9, 2008 10:30 PM
**From:** Jeff Haye <haye1869@gmail.com>
**Reply-To:** <haye1869@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Cycling in General

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Jeff Haye <haye1869@gmail.com>
Hey there...read an article in the 04/09/2008 Minneapolis Star Tribune with regards to your legal matters and Greg LeMond...

Give me a break Trek why the hell should you care what is happening between two of the best cyclist the USA has ever produced...even though Armstrong got there illegally...

The fact of the matter is that you have moved away from what your company's founder stood for and are "in it for the money"...

It is sad that you have to push your weight around in the name of cycling when it really is all about the $$$ for you.

Prime reason why I would never own a mass produced piece of "commenality" that you continue to produce day in and out.

At least the LeMond line had some style and appeal.

Sincerely,

Jeff Haye

TREK009588

Adam M. Coffsky
7440 Chestwick Ct.
Atlanta, GA 30350
(770) 335-2039

April 10, 2008

Mr. John Burke
President
Trek Bicycle
801 W. Madison St.
Waterloo, WI 5359

RE: Full Support of TREK!

Mr. Burke,

Over the last few years I've watched in astonishment as Greg Lemond has made unproven and unsubstantiated claims and accusations about Lance Armstrong.

I classify myself as an advanced recreational rider. I started riding a TREK 1200 about 3-4 years ago... moving to a 2006 Madone 5.2 last year (unfortunately - just missed the redesign!).

I'm a huge Trek fan and have wondered for so long how and why Mr. Lemond seemed so bitter and antagonistic toward Lance Armstrong... and ultimately the reflection of Trek?

If the opinion of the consumer counts – please add my vote in FULL SUPPORT of your decision to sever the relationship between Trek and Lemond – I'm so glad to see this relationship end... and (hopefully) not have to walk into my LBS and see the Lemond bikes lined up next to the beautiful Trek line-up!

Very best regards,

Adam M. Coffsky

TREK009593

**Subject: TrekBikes.com FAQ – Support for Lemond**
**Date:** Thursday, April 10, 2008 12:07 AM
**From:** Ted Young <ted@rapattoni.com>
**Reply-To:** <ted@rapattoni.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ – Support for Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Ted Young <ted@rapattoni.com>
Dear Trek Management,

I was sad to learn of the pending dissolution of your relationship with Greg Lemond. While his comments have certainly not helped the images of cyclists such as Floyd Landis and Lance Armstrong they have not damaged the Trek label nearly as much as your refusal to support him. Lemond has consistently and at great risk to his own popularity spoken out about doping in cycling since 2001. Time is on his side and history has shown his comments have merit. At a time when the integrity of competition should count more than the number of wins Trek has taken the moral low ground. The Lemond name splashed across the down tube now carries more class than ever before.

Sincerely,

Ted Young

TREK009589

**Subject: TrekBikes.com FAQ - Greg Lemond**
**Date:** Thursday, April 10, 2008 12:51 AM
**From:** Steve Hansen <shansen@surewest.net>
**Reply-To:** <shansen@surewest.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg Lemond

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Steve Hansen <shansen@surewest.net>
Greg did it first.Greg was always about cycling,Greg is about the truth. Lance on the other hand is about Lance.Lance is living a lie.Lance was a doper.Ditch Lance!

TREK009590

| From: | Nick Wallis [singlespeeder@btinternet.com] |
| Sent: | Thursday, April 10, 2008 3:15 AM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - Trek Severs Relationship with LeMond |

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Nick Wallis <singlespeeder@btinternet.com> I find this incredibly sad as I consider
LeMond one of the brands that lifts Trek from the bland.

I could never see myself buying a Trek bike, until I bought my LeMond.

Best wishes for both parties, it serves no-one to become embittered.
Nick

1

**Subject: TrekBikes.com FAQ - John Burke's tirade on Greg Lemond**
**Date:** Thursday, April 10, 2008 5:36 AM
**From:** L A <lancear@austin360.com>
**Reply-To:** <lancear@austin360.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - John Burke's tirade on Greg Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: L A <lancear@austin360.com>
John Burke may be a good business man, but his speech is full of lies. His use of the word "family" over and over was suggestive of the Mafia, and Trek's continued relationships with the worst cheaters in the history of cycling is shameful. The evidence has been clear from the very beginning, and Trek has chosen to look the other way at every junction. I knew Lance Armstrong BEFORE he was a cyclist, and he was a steroid abuser even then, Chan McRae can vouch for this. Johan Bruyneel is just as bad, and his associations with doping extend to the deepest levels of cycling. If you want the truth about doping in the TdF, ask Victor Hugo Peña, he was "in the room". Johan will be lucky to ever get invited to the TdF again, they know about him. You've ruined your own reputation by associating with bad people for the past decades, and now you're punishing Greg Lemond for "speaking the truth". Shame again. No one should ever be punished for speaking the truth ever, and your company'!

s loyalty to profit over truth, and cheaters over champions, will be a stain that Trek will never be able to cast off. John Burke, look in the mirror, you are defending Lance Armstrong in the name of your own personal profit. SHAME.

TREK009591

**Subject: TrekBikes.com FAQ - g lemond**
**Date:** Thursday, April 10, 2008 6:06 AM
**From:** ricky fish <mtnracer13@yahoo.com>
**Reply-To:** <mtnracer13@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - g lemond

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: ricky fish <mtnracer13@yahoo.com>
Thank you for finally dropping g.lemond, he had nothing positive to give back. He only had one goal and that was to tear down every american cyclist that he thought might take away from what he did.

I'm proud owner of ssix madone and I never understood why you guys put up with him trying to tear everyone else down people in the same company....

TREK009508

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Thursday, April 10, 2008 9:26 AM
**From:** Bill Henricksen <bhenricksen@aegonusa.com>
**Reply-To:** <bhenricksen@aegonusa.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Bill Henricksen <bhenricksen@aegonusa.com>
Thank you for severing ties with Lemond.   One of my 8 Trek bikes is a Lemond that I bought on recommendation from the dealer as Trek did not have a similar steel frame model.  I have always hated looking at his name on it as I believe he has poorly represented himself and the industry.

TREK009507

**Subject: TrekBikes.com FAQ - Goodbye Trek**
**Date:** Thursday, April 10, 2008 10:54 AM
**From:** Mark Burton <m_s_burton@yahoo.co.uk>
**Reply-To:** <m_s_burton@yahoo.co.uk>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Goodbye Trek

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Mark Burton <m_s_burton@yahoo.co.uk>
Hi,

I've seen your presentation to staff that's on your website, the one about ending your relationship with Greg Lemond.

I found the presentation to be one-sided and worthy of a Communist Party denunciation under Chairman Mao. Putting stuff out there in this way is just as bad as Mr Lemond's outspoken comments that you criticise.

Worse, it really looks like you are dropping him because he wants to give his opinions. I know you referenced how is fitness range impacts the brand you have but a lot of the presentation focuses on quotes from Lemond about doping.

I know you are in business and so worried about your sales figures. But at the same time, you rely on the notions of sport and fairplay. Your top of the line road bike is named after a chapel in Italy!

Your presentation contains emails from clients saying they didn't like Lemond's words. I actually think they don't want to hear about doping: the same way kids don't like to discover Santa Claus isn't real. They're just shooting the messenger who brings bad news.

So now it's my turn to email you to say I'm very disappointed by your attitude and will never again look at Trek bike, yet alone so much as buy an inner tube, spoke nipple or water bottle from Trek or any of your associated brands.

Goodbye,
Mark Burton

TREK009526

**Subject: TrekBikes.com FAQ - LeMond...**
**Date:** Thursday, April 10, 2008 11:34 AM
**From:** Joe Lefort <joe@digitalis.ca>
**Reply-To:** <joe@digitalis.ca>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMond...

The following question/comment was submitted from your knowledgebase
------------------------------------------------------

From: Joe Lefort <joe@digitalis.ca>
Hi,

I have a 2007 LeMond Victoire, and I must admit I love it (thank you for designing a great bike), but I must admit I want to remove the LeMond logos from it, both as a show of support for Trek and as a poke in the eye of Mr. LeMond (who IMHO sorely needs a poke in the eye). If I got the paint removed (say at Calfee cycles), what would that do to my warranty? Void it, I assume...
Please let me know.

thanks

joe

TREK009525

---

**From:** Treseder, Nick [nick.treseder@bpc.com]
**Sent:** Thursday, April 10, 2008 1:01 PM
**To:** Mail, Media
**Subject:** Greg LeMond

John Burke:

I support and agree with your decision to server Trek's ties with Greg LeMond 110%. Surprised you keep the agreement as long as you did after he started to attack Lance Armstrong.  LeMond is a jerk!!!!

### *Nick Treseder*

Direct -- 925.295.1640

Mobile -- 925.457.9930

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Thursday, April 10, 2008 2:57 PM
**From:** Rocky Daniels <rocky@sonic.net>
**Reply-To:** <rocky@sonic.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Rocky Daniels <rocky@sonic.net>
I am writing to express to you my profound disappointment Trek's handling of Greg
Lemond. I am an avid cyclist (3000+ miles per year) who spends a small fortune each
year in that pursuit. I never considered Lemond's dispute with Armstrong to be a
reflection on Trek. I do, however, consider that your treatment of Lemond reflects
poorly on Trek. I will NOT be purchasing any Trek products for the foreseeable future.
I plan on convincing my friends to share my sentiments.

TREK009524

**Subject: TrekBikes.com FAQ - Best wishes dumping Lemond**
**Date:** Thursday, April 10, 2008 3:12 PM
**From:** Forrest O'Heeron <foheeron@yahoo.com>
**Reply-To:** <foheeron@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Best wishes dumping Lemond

The following question/comment was submitted from your knowledgebase
----------------------------------------------------

From: Forrest O'Heeron <foheeron@yahoo.com>
I was at a Trek dealer today and discovered a used Trek 470 for a very good price.  I plan to pick it up next week.  While back at my office, I was researching the bike on the web to learn about it.  I came across the 'Summons and Complaint' against Greg Lemond from your website.

Just wanted to say that I wish Trek the best in getting rid of him and his brand, let him go self-implode his reputation and brand on his own nickel.

Trek dealers are always fantastic in my experience, they certainly don't deserve to be undercut by the very namesake of some of the high end bikes in their shop.

And on a different note, while I'm here.. how about introducing a line of affordable chromoly road bikes or at least a frameset?

Oh.. one more thing.. a marketing idea for Trek bikes.. Check out the London group, Morcheeba.  Their latest album 'Dive Deep' has a track called 'Enjoy the Ride'  Y'all should use it for a TV commercial..  y'know.. with rising gas prices you could show commuters frustrated with the morning or evening commute, then show a guy or gal on riding from the office when they get off work, passing up the line of traffic.. he or she is smiling and unwinding and riding with their Trek bike and accessories.. and listening to 'Enjoy the Ride'

It's a great song, I have it on my mp3 player when I ride around Houston.

Have a great day!

Forrest O'Heeron

TREK009523

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Thursday, April 10, 2008 4:06 PM
**From:** Bill Kellogg <billkellogg@cox.net>
**Reply-To:** <billkellogg@cox.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Bill Kellogg <billkellogg@cox.net>
Sorry to see your company not supporting someone who is taking a stand against cheating and drug use in our sport. Greg Lemond has made a point to speake out against whats wrong with our sport and deserves better. I understand that Lance Armstrong has an ownership interest in the company, and preception would be that he had some say in this, but he should be more visable/vocal as well, using his celebrity to do more that just self promote. As an owner and racer of 4 treks, (two fisher 29rs), a TTX 9.9 and a Madone 5.2sl, I am disapointed that as an industry leader Trek has not done more in the fight against cheats. Greg and those who care should have more support.

Bill Kellogg
Phoenix, AZ

TREK009522



From: Kala Hoeschele <kala_hoeschele@trekbikes.com>
Date: Thu, 10 Apr 2008 16:23:33 -0500
To: Tricia Burke <tricia_burke@trekbikes.com>
Conversation: Blogs
Subject: Blogs

OK I'm reading the blogs about the Trek LeMond split. I found this one to be very funny since it references Connie. How crazy is that. This person needs to learn how to spell.

Fuck Trek. They are just lieing bullshit PR spin. Don't believe a word Trek says. When Connie Ryland, their spokesperson lies through her teeth, you can't believe anything the company says. Zero.

Connie, you know you are full of bullshit over Rebelin's "prototype" Klien. You admitted to me that you were lieing. Come on Connie. Admit it.

------ End of Forwarded Message

1

TREK009848

**Subject: TrekBikes.com FAQ - Greg LeMond**
**Date:** Thursday, April 10, 2008 9:30 PM
**From:** Wes Reynolds <wes610@sbcglobal.net>
**Reply-To:** <wes610@sbcglobal.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Greg LeMond

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: Wes Reynolds <wes610@sbcglobal.net>
I was very glad to hear of Trek's decision to cut ties with Greg LeMond.  I am convinced the Trek brand will be much better off without him and his mouth.  I own 5 Trek bikes because of the brand and of course the serivce I receive from my dealer in Redding Ca.  Mr. LeMond just didn't seem to know when to shut up.   Great Work.  Wes

TREK009521

**Subject: TrekBikes.com FAQ - Trek vs Lemond**
**Date:** Thursday, April 10, 2008 11:52 PM
**From:** fred kinner <cahab@aol.com>
**Reply-To:** <cahab@aol.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Trek vs Lemond

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: fred kinner <cahab@aol.com>
Sorry to hear Trek has chosen short term profits
over dope free cycling-corporate hypocrisy is
very common these days.  While Trek promoted Lance, Lance promotes himself-Greg
promotes a clean sport.  Trek has to realixe that Lance most certainly did dope-sorry for
your blindness!
        former customer
          Fred -  San Marcos Calif

TREK009520

**Subject: TrekBikes.com FAQ - LeMond Situation**
**Date:** Friday, April 11, 2008 7:47 AM
**From:** Steve Brandt <stevecaz@yahoo.com>
**Reply-To:** <stevecaz@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMond Situation

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: Steve Brandt <stevecaz@yahoo.com>
I'm writing to counter your power point presentation about Greg LeMond and the split.

Chalk me up as one who bought a LeMond because of who he is and what he says about the sport. So you put this in your next presentation to counter a negative email.

I own a Lemond bike and a Trek bike. I've sold 8 Trek bicycles to friends through research and recommendation as they all come to me to tell them which to buy. I even bought the Trek branded Volkswagen Jetta back when. But I will continue to buy LeMond bikes by whomever they are made, or so I hope to.

The biggest issue is I caught you in a total lie in the presentation, complete with proof. Nice job. All I can do is punish you with my wallet. A total boycott of Trek products seems too much here given wrongful issues on both sides, so I'm going with a 10 year ban. Had you presented yourself in a more professional and honest way I would have taken no side. You as the corporation should have been the bigger person so to speak, instead you ran whining and crying to the internet with this.

We all know Greg speaks his mind, and the truth, but he is over his head with Treks and Mr. Armstrongs (whom I somehow still like) public relations and legal teams. Unfortunately for him and us LeMond bike lovers, he did not submit to the strong-arm tactics and keep quiet.

Thank you. I'll see you again in April 2018.

TREK009519

| | |
|---|---|
| **From:** | Tony Hughes [Tony@beachcommunitybank.com] |
| **Sent:** | Friday, April 11, 2008 9:48 AM |
| **To:** | Mail, Media |
| **Subject:** | Lemond |

My only question is "why the heck did it take this long for Trek to wake up and can this idiot?". Lemond is a sad case. A truly gifted former athlete who truly believes he is the greatest cyclist to have ever lived and that the ONLY way someone could have possibly exceeded his accomplishments would have been through cheating. Talk about ego! Sure, Larry Bird was a great basketball player, but Jordan was greater. Lance is obviously the greatest cyclist ever (sorry Greg), but does that preclude the possibility that someone may come along in the future who will be even greater? Of course, they will have to ride on a team other than Astana so as to not hurt ASO's feelings.

As the proud owner of a Trek 2200 and now a new Madone 5.2, I can honestly say I never even considered buying a Lemond bike, even though they probably rolled off the same production line. The guy is a jerk. I wouldn't want anything with his name on it. You have done the right thing. You should have just done it sooner.

Tony Hughes
---------------------------
Sent from my BlackBerry Wireless Handheld

CONFIDENTIALITY NOTE:

This e-mail message (and any associated files) from Beach Community Bank, is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply email or by telephone at 850-244-9900 and destroy all copies of the original message.

TREK011970

**Subject: TrekBikes.com FAQ - Lemond**
**Date:** Friday, April 11, 2008 11:09 AM
**From:** james <Allez04@gmail.com>
**Reply-To:** <Allez04@gmail.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond

The following question/comment was submitted from your knowledgebase
-------------------------------------------------------

From: james <Allez04@gmail.com>
You guys are pathetic. Trek = never again.

TREK009518

**Subject: TrekBikes.com FAQ - Lemond is right; I will never buy a Trek again**
**Date:** Friday, April 11, 2008 11:48 AM
**From:** Paul <wangpaulp@yahoo.com>
**Reply-To:** <wangpaulp@yahoo.com>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - Lemond is right; I will never buy a Trek again

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Paul <wangpaulp@yahoo.com>
Greg Lemond is right, and you should ENCOURAGE him to speak freely.

I will never buy another Trek.

TREK009517

| From: | Jeff Franke [jeff@frankedesignandillustration.com] |
|---|---|
| Sent: | Friday, April 11, 2008 12:36 PM |
| To: | Mail, Media |
| Subject: | Trek to Immediately Sever Relationship with Greg LeMond |

Dear sirs,

I wanted to drop you a note and tell you how deeply disappointed I am at your company's decision to sever your ties with Greg LeMond. As a long-time cycling fan, enthusiast and customer, it troubles me to see the way that you treat a legend of our sport and someone who is an outspoken advocate against the very thing that is killing our sport. Mr. Lemond's statements against doping in cycling are nothing new and certainly nothing that is directed at your company. Greg has been speaking out on what is a terrible problem in this sport for more than 20 years. His comments are directed at the athletes who cheat and his comments are things that need to be said publicly. I applaud him for making his voice heard when everyone else tends to look the other way to protect their bottom line.

Publicly severing your business ties with him and quoting emails such as "Greg is a whining sore loser and a detriment to the sport. Drop his name." is utterly foolish. Emails like that are NOT from your customer base. I personally own five LeMond bikes, including three Tete de Course models. I ride LeMond bikes proudly and have never changed my opinion of the man based on anything that he has said. If anything, it had given me more respect for him and his integrity because he has said things that no one else was willing to say.

I was planning on buying another Tete de Course and XXX wheels this summer, but because of your actions of the past week, I will no longer be purchasing anything manufactured or associated with Trek bikes. I do my best to support other American companies, but Trek's actions leave me no choice but to look for another bicycle manufacture to support with my income.

Sincerely,
Jeffrey Franke

1

TREK011971

**Subject: TrekBikes.com FAQ - LeMond is bad for business**
**Date:** Friday, April 11, 2008 2:37 PM
**From:** Dale Martinez <dalmar@suddenlink.net>
**Reply-To:** <dalmar@suddenlink.net>
**To:** "Consumer, Trek" <Trek_Consumer@trekbikes.com>
**Conversation:** TrekBikes.com FAQ - LeMond is bad for business

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------------

From: Dale Martinez <dalmar@suddenlink.net>
Every cyclists I know has told me that they will never buy anything associated with LeMond's name. His accusations of everyone from Lance to Hamilton to USA cycling is not good for cycling or Trek. The sooner you cut ties with Lemond the better. You are losing sales to other companies the longer LeMond opens his mouth.

TREK009516

| From: | Karl Lainhart [klainhart@hotmail.com] |
|-------|---------------------------------------|
| Sent: | Friday, April 11, 2008 3:49 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - Lemond |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------

From: Karl Lainhart <klainhart@hotmail.com> If Trek breaks the contract with Lemond, I'll not buy another Trek and will not recommend Trek either.

1

TREK009725

Page 1 of 1

**From:** Gordon Johns [oakpoint@earthlink.net]
**Sent:** Friday, April 11, 2008 5:32 PM
**To:** Mail, Media
**Subject:** LeMond

As a consumer and avid cyclist I have personally been very uncomfortable with the statements made by Greg LeMond on many occasions regading other individuals and the illicit use of doping agents. While Mr. LeMond is free to express his opinions, his opinions led me to the conclusion that he was not the wisest of individuals and led me to not even consider purchasing his brand of bicycles. These comments certainly leave a negative reflection on the parent corporation, Trek. I am very surprise that Trek's efforts to severe their relationship with Mr. LeMond have not come sooner.

Gordon Johns
175 Oak Point Road
Chehalis, WA 98532
oakpoint@earthlink.net

TREK011972

| From: | Owen [owen.wrightson@virgin.net] |
| Sent: | Friday, April 11, 2008 5:42 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - trek v lemond |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Owen <owen.wrightson@virgin.net>
their both tacky articles and wudnae touch one even if i was offered trillion squid!

adios
if yer gona sell bikes then make good ones

1

TREK009724

The following question/comment was submitted from your knowledgebase
---------------------------------------------------------

From: michael miller <michael.j.miller@ae.ge.com> I'm very happy with the decision on
getting the Lemond brand out of the Trek Line up.
I ride a Trek 5200 and Gary Fisher mnt bike, Never liked the Lemond bike because of all
his allegations on Lance for doping.
Good for Trek for doing the right thing...
kudo's Trek now I'm ready to buy my new
madone model.

TREK009723

| | |
|---|---|
| **From:** | Lee Wishard [lewishard@atlanticbb.net] |
| **Sent:** | Saturday, April 12, 2008 5:07 PM |
| **To:** | Consumer, Trek |
| **Subject:** | TrekBikes.com FAQ - LeMond / Trek |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Lee Wishard <lewishard@atlanticbb.net> Since before 2004 Greg LeMonds' mouth has
been turning off cyclists. Most of my friends would never consider buying a LeMond branded
bike no matter who made it. My Trek 5500 is a 1996BA ( Before Armstrong)  I must say I
enjoyed watching the sucess of  Trek at the Tour De France each year, to let Greg LeMond
tarnish that image was a shame.
I would be happy to share my thoughts on this subject in court or deposition.

Lee Wishard
303 Symphony Way
Centreville, MD 21617
443-871-4940


This Guy should have gotten the boot a long time ago

1

TREK009721

| From: | Wes Bailey [wbailey2@tampabay.rr.com] |
|-------|---------------------------------------|
| Sent: | Monday, April 14, 2008 1:58 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - trek v. lemond |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: Wes Bailey <wbailey2@tampabay.rr.com> I just read about legal dispute between Trek and LeMond and wanted to share this reflection. In 2003, I had watched Lance win another Tour De France and stopped by ABC Bicycles near my office. They had a Trek 2300 in US Postal team colors. The salesman tried to talk me into a red LeMond bike and I even test rode both bikes. Truth is, there was no way I would have bought the LeMond bike - I was so caught up by Lance's performance I had to have that blue and silver bike, even though it cost more. (By the way, I had no idea at the time that LeMond was being critical of Armstrong.)

Good luck to Trek.
Wes.

1

TREK009720

| From: | Dennis Young [dennisyoung_6@msn.com] |
| Sent: | Monday, April 14, 2008 2:16 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com Customer Service Request |

Just wanted to say that I am with Trek on getting rid of Greg Lemond. I personally called Trek after Lemond's last comments on Lance Armstrong to share that if Trek could do anything to shut his mouth I was for it. Not only did he set himself up as a self-righteous sportsman judging another great athlete but I won a Lemond and felt like he was devaluing my bike by opening his big mouth. Add my name to any proof you may need to shut him up.

Go Trek!
Dennis Young
--------------------------

Browser Info: Mozilla/4.0 (compatible MSIE 6.0 Windows NT 5.1 SV1 .NET CLR 1.0.3705 Tablet PC 1.7) IP Address: 71.161.152.50 Referring Page: http://www.trekbikes.com/us/en/support/
Images Supported: Yes
Screen Resolution: 800 x 600
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.115

TrekBikes.com Cookies:
       country_id --> us
       language_id --> en
       language --> en
       locale --> us-en-1-us
       region --> 1-us
       __utma --> 146262769.1113432969.1208200240.1208200240.1208200240.1
       __utmb --> 146262769.3.10.1208200239644
       __utmc --> 146262769
       __utmz --> 146262769.1208200240.1.1.utmcsr=(direct)|utmccn=(direct)|utmcmd=(none)

1

TREK009719

| From: | Troy Auth [troyauth@yahoo.com] |
|---|---|
| Sent: | Monday, April 14, 2008 9:56 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - Trek Dumps LeMond |

The following question/comment was submitted from your knowledgebase
---------------------------------------------------

From: Troy Auth <troyauth@yahoo.com>
I saw the news last week and wanted to be sure you know that I will now ride my LeMond
road bike with more pride than ever before and will never again set foot in the local
dealer's shop where I bought the bike (Penn Cycle) or buy anything with the Trek name on
it. After everything Greg did to advance the sport and provide immense opportunities in
it for companies like Trek and drug-altered egomaniacs like Lance, I truly believe he
deserved better.

Another classic example of a big corporation taking the easy road that has the least
impact on its P&L instead of holding to its values while claiming to still do so.

Extremely disappointed!

Troy Auth
Future Erik's/Specialized/Cannondale Customer from Minneapolis

1

TREK009718

| From: | Eugene Franks [eugenefranks@comcast.net] |
| Sent: | Tuesday, April 15, 2008 2:55 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - LeMond |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------------

From: Eugene Franks <eugenefranks@comcast.net> I have to candidly indicate to you my disappointment in recent turn of events regarding the cessation of the relationship with LeMond and LeMond Cycling.

This is something that Trek was fully aware of but failed to identify to its prospective retail customers in 2007, when it marketing LeMond bikes knowing full well that it had communicated its decision to terminate its sublicense relationship.

So, I purchased a LeMond Versailles from my local bike shop, anticipating the full faith and support of Trek. I have been a devoted Trek bike owner over the years, and in fact purchased a new Trek for my wife at the same time I purchased the Lemond.

Trek's now out of the LeMond business. I don't judge the decision, I am just disappointed that I have a bike that was to be supported by Trek, the value will be diminished, and the consumer gets caught in the middle.

I would like to trade my LeMond in for a Trek. Please advise.

Eugene Franks

1

TREK009717

| From: | Richard Budowle [richardbudowle@hotmail.com] |
| Sent: | Wednesday, April 16, 2008 4:11 PM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - For John Burke: Don't Worry |

The following question/comment was submitted from your knowledgebase
-----------------------------------------------------------

From: Richard Budowle <richardbudowle@hotmail.com> As a former USCF road racer and retired Nuclear Engineer(UW MSNE 1967), I have watched Trek's success over the years and purchased Trek bikes for my family. Up until now I have ridden Italian bikes(Campy equipped) but have no fear, my next bike will be a Trek Madone. Just get rid of Greg LeMond and don't worry. I spent considerable time reading the documents on your website and my simplistic conclusion is that Trek may have to pay some money out but Trek is much better off without LeMond damaging himself, the sport of cycling and Trek. Talent in one area (racing for LeMond) does not always carry over into other areas for individuals and I have wondered over the years what is going on with LeMond? People will continue to purchase Trek bikes, but in my circles, no one would ride a LeMond! Maybe some day I will run into you(not literally of course) bicycling on the county roads as I live in Wisconsin also.-Dick

1

TREK009716



**From:** MARGARET HANCOCK [mailto:peghancock@msn.com]
**Sent:** Wednesday, April 16, 2008 5:23 PM
**To:** Burke, John
**Cc:** Bird, Roger
**Subject:** Way to go!!

I read of your recent decision to disassociate Trek from Greg LeMond and LeMond Bikes. CONGRATULATIONS!! Never has one man had so much opportunity to do so much for US cycling (not to mention for his own image) subsequent to his racing career and never has one man squandered that opportunity with such overwhelming ego issues. I am a proud US bicycling enthusiast and I am very proud of what LeMond did for cycling during his career but thereafter, he has been a disaster. He has challenged everyone who has succeeded in his wake with innuendo and criticism, not the least of whom was your sponsored rider, Lance Armstrong, Teams Postal and Discovery. How could he be so stupid?

My wife and I have been Trek loyalists for years going back to the dayglo lime 2300, the original purple 5200, and subsequently the 5500. We both then went ti with the LeMond Tete de Course and have always supported Trek in every way. Trek has also supported us with exemplary service, excellent products, and race support. Its great to know that you also support our position regarding LeMond. Thank you for reinforcing our feelings about the integrity of Trek and its leadership.

With best regards

Roger A. Hancock
Draper, UT by way of Baltimore, MD

TREK009815

| From: | william hall [william@heavynova.com] |
| Sent: | Thursday, April 17, 2008 2:04 AM |
| To: | Consumer, Trek |
| Subject: | TrekBikes.com FAQ - OUTRAGE |

The following question/comment was submitted from your knowledgebase
--------------------------------------------------------

From: william hall <william@heavynova.com> I will never buy another TREK bicycle ever.
Why? Because you refuse to stand behind Greg Lemond's anti-doping stance and comments. You
have a HUGE marketing budget and the ability to spin this to your advantage and help clean
up a VERY dirty drug infested sport. I was a CAT I Track, CAT II Road USCF Racer I raced
for over 15 years in the US and Europe. I went to the Olympic Trials and USCF National
Championships. I saw drug abuse of all sorts. It's one of the reasons I quit racing. It
was rampant and fucking ridiculous.

Lemond is a hero for speaking up and calling a black sheep a black sheep. You lost a
customer today, with your bullshit lawsuit against Lemond. Hell at this point I wouldn't
ride your bikes if you gave it to me for free.

Not a TREK fan anymore...
William Hall

1

TREK009715



From: Mike Jacoubowsky [mailto:MikeJ@ChainReaction.com]
Sent: Thursday, April 17, 2008 12:07 PM
To: Moran, Paul
Subject: Forwarded customer email about Greg LeMond

-----Original Message-----
From: Michael Mucha [mailto:mmucha@arpawocky.net]
Sent: Thursday, April 17, 2008 5:54 AM
To: MikeJ@ChainReaction.com
Subject: Question about Madones in Women's Sizes

Good morning,

Do you have Madones with 650 wheels and frame sizes suitable for a 5'4"
woman?

I'm looking to surprise the missus with a new road bike. We both do triathlons, and she
only has triathlon/TT bikes. She's  endured several years of my harranguing about how
morally superior roadies are :) and has finally expressed a desire to have a road bike.

By the way, I came over to your Web site this morning and, yeah, I'm one of those people
who will never buy a Lemond bike  because he seems to be off his rocker. I have a Buenos
Aires (from Chain Reaction, of course), my 2nd Lemond bike, but he's just plain annoying,
and his bikes  aren't *that* good to make up for the annoyance. And 5 minutes of reading
about all the doping that Alexi Grewal did in the 80's pretty much  destroys any idea that
cycling was clean prior to synthetic EPO. Should  I assume Greg was a doper too, since he
rode in that era, the same way  Greg wants to assume Lance is a doper, just on different
drugs? Bah.

Have a nice day,

Mike Mucha
San Carlos

1

TREK009814

From:        Brian Blondin [blob@rcn.com]
Sent:        Thursday, April 17, 2008 10:36 PM
To:          Consumer, Trek
Subject:     TrekBikes.com Customer Service Request

I see Greg promote cycling, while Lance promotes Lance
-------------------------

Browser Info: Mozilla/5.0 (Macintosh U PPC Mac OS X Mach-O en-US rv:1.4) Gecko/20030624
Netscape/7.1 IP Address: 72.93.228.172 Referring Page:
http://www.trekbikes.com/us/en/support/
Images Supported: Yes
Screen Resolution: 1024 x 768
Color Depth: 32
Cookies Supported: Yes
Flash Version: 9.0.124

TrekBikes.com Cookies:
      country_id --> us
      language_id --> en
      language --> en
      locale --> us-en-1-us
      region --> 1-us
      __utma --> 146262769.529566250.1208489666.1208489666.1208489666.1
      __utmb --> 146262769.5.10.1208489665837
      __utmc --> 146262769
      __utmz --> 146262769.1208489666.1.1.utmcsr=(direct)|utmccn=(direct)|utmcmd=(none)
      PHPSESSID --> de5c6537586de9d005c8c8c5e14296e6

1

TREK009714

| From: | Francis Higgins [francis.j.higgins@gmail.com] |
|---|---|
| Sent: | Friday, April 18, 2008 7:30 PM |
| To: | Mail, Media |
| Cc: | dsrahne@rkmc.com; greg@lemondbikes.com |

**Subject:** Shame on Trek

Bill - I have reviewed the documents posted on the media page of Trek's website and have concluded that I will no longer support the Trek brand. I find the manor in which Trek has handled the LeMond situation to be low brow and mean spirited.

It seems obvious that throughout the years certain Trek customers have sided with Armstrong and others with LeMond. Yet John Burke's PowerPoint presentation listed only emails from customers siding with Lance, and did not contain any from customers siding with Greg. I find this rather curious. I can only conclude that such emails were received, and were selectively omitted in order to build a case against LeMond.

Currently, the consensus view in American cycling is as follows:

- Lance Armstrong is respected as a great Champion, and is not respected on doping related issues.
- Greg LeMond is respected as a great Champion, and is respected on doping related issues.
- Doping is a huge problem that needs to be addressed.

The buying public is eager to support those speaking out against doping. Consumers are tired of those who use aggressive legal action and pr campaigns to destroy the people that speak up and speak the truth. The cycling world is being divided into black and white. On the white side you have Slipstream, CSC, and High Road. On the black side you have Rock Racing, Astana, and apparently Trek. The side that Rock Racing is on is consistent with Rock and Republic's overall image and business strategy. Can the same be said about Trek?

Trek is free to continue down the old-school road of defending Lance at all costs, being mum when if comes to the importance of combating doping, sponsoring teams like Astana, etc. I'll just choose to root for Slipstream and enjoy my new Cannondale.

Regards,
Francis Higgins

PS - please forward this correspondence to John Burke. Perhaps I am wrong in my accusation that Trek cherry picks the emails included in PR materials. If I am, I look forward to seeing this email included in his next presentation.

TREK011975