Page 1 of 1

**From:** Robert Conrad [robert.j.conrad@hotmail.com]
**Sent:** Monday, April 21, 2008 4:22 PM
**To:** Mail, Media
**Subject:** Greg Lemond

Dear Sir,

I hope your big shareholder is happy. The main topic of our Sunday morning ride was about your company severing your relationship with Greg Lemond. Everyone knows it's because of his comments on doping in cycling and it didn't sit well with a certain co-owner of yours.

No worries. High-end Trek sales are dropping in SoCal. Nobody wants your bikes. They especially don't want them after your treatment of a legend — a clean legend of the sport.

I wish I could short your stock. Good luck,

Robert Conrad

TREK011976



From: Kilcoyne, Mike [mailto:Mike.Kilcoyne@redline.mckhboc.com]
Sent: Monday, April 21, 2008 6:09 PM
To: Mail, Media
Cc: kcuw@usfamily.net
Subject: Armstrong Hurts Business

Maybe the casual American cycle racing fan does not read about the Tour de France but real cycling fans do.

When I read about Lance Armstrong's actions in front of the world, on Stage 18 of the 2004 Tour de France, I took it as Lance signaling to the peloton that all must remain quiet or be punished – like Simeoni. Because Simeoni was to testify about Dr. Ferrari's involvement with riders and drug usage, I can only figure that Lance wants there to be silence about drug usage in the peloton. I believe there was some talk at that time that Armstrong might be charge with witness tampering. Why would I buy something from a company promoting a

TREK011977

person who behaves in this manner?

If you are not familiar with this stage, you can read about it here: http://www.cyclingnews.com/road/2004/tour04/?id=results/stage18 . Particularly damaging is the part with Armstrong making the "zip your lip" motion to the peloton.

Another blow to anything connected to Armstrong was his appearance on the Jay Leno Show on July 11th, 2006. In front millions of Americans, Armstrong posed the question – How could he beat doped up Puerto riders? Then Lance was unable to answer his own question. What is particularly damaging is that Lance poised this question before there was any DNA evidence linking riders to Operation Puerto – yet somehow Lance assumed that other riders were using drugs. Not funny.

It did not help your European sales to have Lance bashing the French at the 2006 ESPY Awards. Once again, not funny.

For me, I would not buy anything associated with Lance starting in 2001 when Armstrong, talking to The Sunday Times of London about Michele Ferrari says, "Have I been tested by him, gone there and consulted on certain things? Perhaps."

Sorry, but that answer and the fact that Armstrong had secretly met with Ferrari since 1999 destroyed Armstrong's credibility with me.

Thanks!
Mike Kilcoyne

TREK011978



**"Re: lemond v trek"**
Posted by: Bill - Apr 28, 2:33am

I would not be shocked if Armstrong was doping, but to say he was, with so little evidence much less proof is irresponsible. Like it or not (I don't like it) Lance Armstrong is very popular with the American people. Ripping him in what seems like a petty and possibly slanderous way hurts Greg's reputation and that of those connected with you. Yea, tell the truth, but only when you KNOW the truth. Otherwise respect your business partners and shut up!

from

http://www.bikebiz.com/news/29473/Trek-files-suit-against-Greg-Lemond



TREK009713

**From:** Joe Ciarrocca [JCiarrocca@CUDDLEDOWN.com]
**Sent:** Sunday, May 04, 2008 12:39 PM
**To:** Mail, Media
**Subject:** Trek-Lemond

May 4,

Hello,

It is my opinion and I have no doubt I am speaking for others, neither Trek or Lemond has done very much for bicycling, instead they have both only furthered corporate greed and the debiliitating human relations that accompany such myopic thinking and ruthless competition.

Mutual lawsuits...and for what reason? This is pubescence at its worst!

Joe C.

**From:** Robert Benham [jobenham@msn.com]
**Sent:** Tuesday, June 10, 2008 2:56 PM
**To:** Mail, Media
**Subject:** LeMond

You guys are doing the right thing!

A suggestion: I think it might be good PR to inform everyone that Trek and Trek dealers will continue to support and service the LeMond bikes that they've already sold, including any warranty service or replacement applicable to them.

Trek is a fine company and they build a great bike. By the way, my Trek dealer in Denver is Bicycle Village on Havana St. You couldn't find more professional and friendly people. It's a thrill to ride my Trek 1600, not just fun, I mean a real thrill! The hum of the tires at speed buzzing in my ears long after the ride is the best music I know.

Bob
Regards,

Bob Benham
for Book World
www.go-bookworld.com
2353 S. Havana St. D-18
Aurora, CO 80014, USA
303.695.1235

TREK011980

| From: | Michael Barnes [michael7barnes@gmail.com] |
|---|---|
| Sent: | Friday, June 27, 2008 10:49 AM |
| To: | Mail, Media |
| Subject: | your suit with LeMond |

Trek--

I think it's pretty clear that your problem with LeMond is that he is an outspoken critic of doping in cycling. Hence, your company policy is to support doping in the sport. Armstrong, although smart enough never to get caught, was the Barry Bonds of cycling. Now that Armstrong no longer needs to use illegal drugs, he is hawking dubious energy drinks on the internet. How does that affect your brand value?

LeMond remains one of my heroes. Frankly, you have hitched your wagon to the wrong star. Consequently, I will never buy any Trek-branded product, and I will discourage anyone one I know from doing the same.
I'd go out and buy a LeMond right now as a sign of support, but Trek would unfortunately get a share of the profits.

--Michael Barnes

TREK011981

| | |
|---|---|
| From: | Joshua Rothwell [hontoni_jr@yahoo.com] |
| Sent: | Friday, July 11, 2008 12:32 AM |
| To: | Mail, Media |
| Subject: | downloads - Greg LeMond |

Greetings, I was just reading through the downloads regarding Trek severing the relationship with Greg LeMond. Have to tell you the press release and summary of relationship with Greg LeMond are both amateur at best. I didn't know much about the situation with Greg LeMond, but after reading it, I have to say, he's it sounds like he's right and Trek comes off looking pretty bad.

Good luck with that lawsuit.

Regards,

Joshua

1

TREK011982

**From:** Benjamin Reyes [brreye@gmail.com]
**Sent:** Friday, July 11, 2008 11:46 PM
**To:** Mail, Media
**Subject:** Termination of relationship with LeMond

Mr. Mashek,

I would like to take this opportunity to say how pleased I am to learn that Trek is finally stepping away from Greg LeMond and LeMond Bikes. I truly believe this to be in Trek's best interest.

Mr. LeMond has proven to be an inconsistent, controversial, washed - up sports figure who has done nothing to contribute to the Trek branded family of products.

Even though Trek invested considerable product development effort to the LeMond range, I am not sure how anyone could seriously consider a LeMond branded product as a viable alternative to any other cycling brand, given the damaging comments Mr. Lemond has made regarding the sport of cycling as well as popular figures within the sport.

Sincerely,

Benjamin Reyes

TREK011983