# EXHIBIT 11

Dockets.Justia.com



**From:** Ginger Twigg [mailto:Ginger@BobsBicycleShop.com]
**Sent:** Monday, March 22, 2004 1:42 PM
**To:** Burke, John
**Subject:** Mr. Lemond statement

Dear Mr. Burke,

Does Mr. Lemond understand the repercussions and irony of his recent statements to the press?

Ginger Twigg
Ginger@BobsBicycleShop.com
Bob's Bicycle Shop
1600 S. Babcock Street
Melbourne, FL  32901
(321) 984-4193
```
   ,__o
 _-\_<,
( )/'(*)
```

7/28/2004



From: Maurer, Dave
Sent: Friday, July 16, 2004 8:46 AM
To: Burke, John
Subject: FW: LeMond

Just a comment on LeMond from one of our largest dealers, Bike World.

-----Original Message-----
From: Deziel, Brian
Sent: Friday, July 16, 2004 6:58 AM
To: Maurer, Dave
Subject: FW: LeMond

I don't know if you have read this yet.  I can't believe Lemond would continue to make these allegations.

-----Original Message-----
From: Whit Snell [mailto:whit@bikeworld.com]
Sent: Friday, July 16, 2004 12:12 AM
To: Deziel, Brian
Subject: LeMond

http://www.cyclingnews.com/road/2004/tour04/news/?id=jul04/jul16news3

"n comments to French newspaper Le Monde, LeMond yesterday implied that Armstrong's Tour de France victories were suspect. "What I'm saying is that I want to see the truth when I watch the Tour," LeMond said. "Lance is ready to do anything to protect his secret but I don't know how he will manage to keep on convincing everybody he is innocent."

I have had it with this idiot.  Lets drop the LeMond name and replace it with something like "Armstrong Cycles".  LeMond is a drunk who can't hold his liquor, keep his hands off young girls or even keep his own foot out of his big mouth.

Whit

TREK000602



From: White, Norm
Sent: Friday, July 16, 2004 8:17 PM
To: Titus, Dan
Subject: FW:

-----Original Message-----
From: Jake Scully [mailto:jscully@evergreensales.net]
Sent: Friday, July 16, 2004 4:53 PM
To: White, Norm
Subject:

Norm,

Per our conversation Thursday evening, it is in the best interest of PC Bike to remove all Lemond merchandise from our store.

Greg Lemond's short-sighted and self-serving comments cast his name, and everything associated with it, in an incongruent position with other Trek manufactured products and services.

Unless Mr. Lemond is in possession of proof of wrong doing by Trek's greatest defacto spokesperson, his name has no place in my store.

Thank you for your understanding.

Jake Scully

President
PC Bike

This e-mail and any files transmitted with it are the property of Evergreen Sales and Marketing and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient's) or otherwise have reason to believe that you have received this message in error, please notify the sender at 386-258-2400 and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."

TREK000603



**From:** Snudden, Geoff
**Sent:** Sunday, July 18, 2004 9:19 PM
**To:** Titus, Dan
**Subject:** Lemond comments

Dan-

Mitch Mode of Mel's (Rhinelander) was full of chatter over the Lemond comments.  Visit was 7/1/04.

Thx
Geoff

TREK000604



From: Deziel, Brian
Sent: Tuesday, July 20, 2004 6:42 PM
To: Maurer, Dave
Subject: FW: Lemond Fall Out Begins


-----Original Message-----
From: Stephen Ramirez [mailto:stephen.ramirez@totaltrak.com]
Sent: Monday, July 19, 2004 10:38 AM
To: Deziel, Brian
Subject: Lemond Fall Out Begins


Hi Brian,

   Please read this from a customer of ours:


CID: 2106871579

Bikeworld,

Just a quick note from a customer. Having bought a Trek 4500 MTB last
month from you, I was and am still happy with your bikes and service.
However, I felt it important to tell you that you lost a sale today.
Unfortunaltey for you, there was nothing that you could have done any
better. I was going to buy the Lemond .reno. (which of course is only
$800.00) but after hearing Greg Lemond slam Lance Armstrong, without any
proof, in this years Tour de France, I changed my mind and bought a Fuji
.Newest.. I know $800 isnt alot of money to your organization but I also
imagine that you want to sell as many bikes as you can. It is my hope
that you have access to a Lemond representative and can express your
dissatisfaction in losing a sale because of thier spokesperson. I know
that Trek and Lemomnd are in business together and thats what made not
buying the bike difficult (that and I really liked the bike). Anyway, I appreciate your
time and will continue to use your bike shop.
I just wanted you to know, because there may be more missed purchases
than just me.
Thanks,
Jim Burckhard


Regards,

Stephen Ramirez
TotalTrak Order Fulfillment
----------------------------------------
Online Order Fulfillment Center:
5911 Broadway

1

TREK000601



| From: | Young, Andrew |
| --- | --- |
| Sent: | Monday, July 19, 2004 11:45 AM |
| To: | Titus, Dan |
| Subject: | LeMond |

DT-

Lake Mary has been getting killed with LeMond's latest words. Here is what they had to say:

Some customers are covering up LeMond's name on their bike that they have recently purchased from Lake Mary
Some customers are trashing LeMond for saying what he did
One of Karen's customers was buying a LeMond when it became available and now he is declining to buy the bike

**David's World Cycles- main store**

Customers are saying LeMond should keep his mouth shut

FYI

*Andrew Young*
**Territory Manager**
**Trek, Gary Fisher, LeMond and Klein Bicycles**
**Central Florida**
**Voice Mail (800) 313-8735 X 2927**

```
  ,__o
_-\_<,
()/'(*)
```

1

TREK000605

████████████████████████████████████

**From:** Snudden, Geoff
**Sent:** Monday, July 19, 2004 1:43 PM
**To:** Titus, Dan
**Subject:** Greg lemond

Dan-

Brian at Nor Door had three customers over the weekend coment about Greg.  The worst of which was a 'I'm sure as hell not going to buy one of that assholes bikes'

TREK000608



**From:** Snudden, Geoff
**Sent:** Monday, July 19, 2004 1:44 PM
**To:** Titus, Dan
**Subject:** Greg lemond

Dan-

Both stadium bike stores wanted to know what was up w/ greg, and if there is going to be anymore lemond bikes.

1

TREK000607



**From:** White, Norm
**Sent:** Tuesday, July 20, 2004 7:04 AM
**To:** Titus, Dan
**Subject:** Lemond fyi

**From The Bicycle Retailer web site**

**Quote Of The Day**

JULY 20, 2004 -- "Drugs are now so powerful that they can change a man physiologically. One could even convert a mule into a stallion." Greg LeMond, who has gone public with doubts Lance Armstrong's post-cancer victories have come drug free.

*Norm White*
*Territory Manager*
*Trek, Klein, Gary Fisher, and Lemond Bicycles*
*norm_white@trekbikes.com*
*1-800-313-8735, ext. 2915*

7/21/2004

TREK000609



| From: | McGuire, Mike |
| --- | --- |
| Sent: | Tuesday, July 20, 2004 8:58 AM |
| To: | Titus, Dan |
| Subject: | Zion Cyclery and Lemond |

Mary's comments were as follows:

"What is that idiot thinking? He just needs to keep his mouth shut. I'm almost ashamed to have his name on the bicycles on my floor."

That's just about verbatim and completely unsolicited.

Mike McGuire
Territory Manager
Trek Bicycle Corp.
mike_mcguire@trekbike.com
(800) 879-8735 x2335

1

TREK000606



**From:** Russell, Dave
**Sent:** Wednesday, July 21, 2004 10:17 AM
**To:** Titus, Dan
**Subject:** LeMond Issues

Hi Dan, I just wanted to let you know I have received a number of negative comments from my LeMond dealers. They have told me that customers aren't happy with Greg's remarks. Chris Zane, my largest dealer had a customer cancel an order for a Tete de Course as well as another wanting to sell his 1 year old Tete de Course that was built up especially for him. Is a statement or a rebuttle going to be made by anyone or are we going to just ride this mess out?

Thanks,
Dave

TREK000611



**From:** Gil McCormick [mailto:gil@ridewrc.com]
**Sent:** Wed 7/21/2004 11:31 AM
**To:** Keehn, Joyce
**Cc:**
**Subject:**

Thanks for the books and materials, Joyce.

Hey, is it true Greg Lemond is saying bad things about Lance again? Maybe it's time to replace his sticker on the bikes with one that says "Armstrong". I tell you this because my guess is Trek may need to make a response to the dealers. It seems inconceivable that Lemond would slam the guy who has done so much for cycling and well, ultimately the company that butters Greg's own bread. I'm not sure it will affect sales but the staff gets a bad taste for Greg.

Thanks,

**Gil McCormick**
gil@ridewrc.com
Wheat Ridge Cyclery
7085 W. 38th Ave.
Wheat Ridge, CO 80033

www.ridewrc.com
303-424-3221 x100   office
1-888-743-3972     toll free
303-875-1463       mobile
303-420-3511       fax

TREK000610



From: Christo797@aol.com [mailto:Christo797@aol.com]
Sent: Thursday, July 22, 2004 10:50 AM
To: Burke, John; Moran, Dick
Subject: Lemond Bikes

John and Dick:

I am concerned, as not doubt you are, about Greg Lemond's negative comments about Lance Armstrong. My road customers are very aware of it and I have already had one customer hesitant to look at a Lemond over this.

I'll be interested in how you make lemon(d)ade out of this lemon(d).

Chris Koos
Vitesse Cycle Shop
Normal, IL

7/28/2004

TREK000622



**From:** Young, Andrew
**Sent:** Thursday, July 22, 2004 8:49 PM
**To:** Titus, Dan
**Subject:** LeMond

DT-

Val called me today to say she has had 3 people come into the store and ask if she sold LeMond and when she said not they said great "I won't shop at a store that sells LeMond". Yikes.

Also, Chain Wheel was asking how to handle the people who are not happy with LeMond because the question keeps coming up "what's up with Lemond"? "Doesn't Trek own LeMond how can they let this happen?"

WOW. This is not good.

*Andrew Young*
**Territory Manager**
**Trek, Gary Fisher, LeMond and Klein Bicycles**
**Central Florida**
**Voice Mail (800) 313-8735 X 2927**

```
  ,__0
 _-\_<,
( )/'(*)
```

TREK000614

Message from Jeff Haase / outside rep area 522
July 23, 2004

Two dealers in my area have said that they are going to drop us because of what LeMond is saying. Both dealers are doing 15K with us; Sunshine Bicycle Shop & Outspokin in South Carolina.

TREK000615



From:     Young, Andrew
Sent: Friday, July 23, 2004 12:08 PM
To:   Titus, Dan
Subject:     LeMond

DT-

Outfitters Adam told me today he is going to ask JB to get rid of LeMond after all the
hoopla is having to go through with customers complaining.

FYI

Andrew Young
Territory Manager
Trek, Gary Fisher, LeMond and Klein Bicycles
Central Florida
Voice Mail (800) 313-8735 X 2927

```
   ,__o
 _-\_<,
(_)/ˉ(*)
```

1

TREK000612



From: Bonine, Marc
Sent: Sunday, July 25, 2004 7:05 PM
To: Titus, Dan
Cc: 'dave@thebikepros.com'
Subject: FW: Trek Update

Dan,

Here are some Lemond comments for you.

Thanks,
Marc

Marc Bonine
Trek Bicycle Corporation
Chicago Territory Manager
800-879-8735 ext 2325
marc_bonine@trekbikes.com

Please visit us at www.TrekTravel.com to book you next cycling vacation!

-----Original Message-----
From: Dave Benigenburg [mailto:dave@thebikepros.com]
Sent: Friday, July 23, 2004 10:33 PM
To: Bonine, Marc
Cc: thebikefan@hotmail.com; Gene@thebikepros.com
Subject: Re: Trek Update

Marc

I was going to wait until the dealer show to bring this up, but Greg's comments made me sick. I don't have to tell you that any sane person in the bike industry, much less a cycling legend, would do or say anything to blackball the person bringing it to the forefront of media for the first time. This was simply assinine!

I got a chance to spend a couple of days through Trek Travel with Greg and thought he was a good guy. He even talked with me about his lack of interest with the Tour, but we both agreed that the event was "our" superbowl, Indy 500, The Masters, etc. all wrapped into one! I cannot figure this out and hope there is swift and immediate action taken by Trek.

Now, as far as business. One of my stores sells approx. 42% of its gross revenue in road bikes and we have customers coming in DAILY asking if we are going to continue selling LeMond bikes. I tell them that the brand is sollid and I wish the latest event had not happened.

This very evening a VERY important customer in the store ($10,000 annually and never asks for a discount) made this comment: "Dave, why don't you let me pay for that LeMond Victoire you have on display. I want to because I would like to take it out in the parking lot and run it over a few times with my car... then you can have it back and just keep the money."

If the offer is made again, I will take him up on it.

1

TREK000616

David Benigenburg
TheBikePros

--------------------------------------------------------
> Hi Trek/Fisher dealers,
>
>
>
> A quick update.
>
>
>
> 1.   Yellow Live Strong wristbands will be back in stock on Monday.
> 2.   Christmas Dating is now available for 15 bikes or $500 in parts.
> 3.   If anyone has heard any feedback on Greg Lemonds comments
> concerning Lance, I need to document it.  Trek is concerned about this
> issue.

2

TREK000617



**From:** Haase, Jeff
**Sent:** Monday, July 26, 2004 7:04 AM
**To:** DiMenna, Gene
**Subject:** AREA 522

Backlash from lemond, sunshine in clemson is dropping lemond. Outspokin in columbia does not want to bring anymore in for the time being. Hoping this will blow over.

1

TREK000627



**From:** Hohmann, John
**Sent:** Monday, July 26, 2004 8:41 AM
**To:** Titus, Dan
**Subject:** Lemond

Dan,
Last Monday and Tuesday I had several people ask me about Lemonds comments. None of the dealers said it would affect their buying decisions however. They just thought Lemond was making an ass of himself. Jerry kegel did have a consumer come in at Wheel Brookfield and say he was going to sell his Lemond bike because of the comments.
Homer

1

TREK000618



**From:** McGuire, Mike
**Sent:** Monday, July 26, 2004 10:19 PM
**To:** Titus, Dan
**Subject:** Lemond and Bikes Plus

Dan,

Lisa had a few negative comments from customers,

"How are you going to sell these bikes (Lemonds) after the comments he made about Lance?"

"You should turn off your sign (neon Lemond sign)."

Lisa said that his comments "concern" her and the impact that it will have on sales.

Mike feels that the comments were out of line, but thinks that by next year most people will forget that he had said anything.

Mike McGuire
Territory Manager
Trek Bicycle Corp.
mike_mcguire@trekbike.com
(800) 879-8735  x2335

1

TREK000619



**From:** Charlie Revard [mailto:charlie.revard@thebikeline.com]
**Sent:** Tuesday, July 27, 2004 7:18 PM
**To:** Burke, John
**Subject:** Greg Lemond

Hi John,

I would like to express my concerns about the allegations that GL has made about Lance. I would like you to know that I have had no less than 3-4 people per day for the last week say: " I would not consider a Lemond bicycle."

I know you are busy, but I think you should make some kind of statement and post it to Dexter.

Charlie

The Bike Line, INC
6520 Cornell Avenue
Indianapolis, Indiana 46220
317.253.2611

Go to www.thebikeline.com and start receiving our monthly eNews to stay
informed on current events and specials!

```
   ,__0        ,__0        ,__0
 _-\_<,      _-\_<,      _-\_<,
(*)/'(*)    (*)/'(*)    (*)/'(*)
```

TREK000620



From: Christo797@aol.com [mailto:Christo797@aol.com]
Sent: Tuesday, July 27, 2004 10:58 PM
To: Burke, John
Subject: Re: Lemond Bikes

John:

As an elected official in my community, I felt a kinship in your response. I have responded as you did to me, almost verbatim, to many issues in my community. It again made aware that criticism without opinion is at its best, barely reactive.

My beliefs as a Lemond dealer:

The strength of Lemond Bicycles has always been the result of innovation, differentiation of product, marketing, and consumer support of Trek. The passage of time as well as the passing of the torch to Lance as the Great American Cyclist has not served Greg Lemond well, mostly in that he has not acknowledged this passage. In place of recognizing the historic moment of Lance's accomplishment and his place in this history, he has chosen to cheapen it with hollow accusations.

This is a significant marketing issue for Trek, but whatever solution you craft, the product and the support of it from Trek Bicycle is the true story. To paraphrase James Carrville, "It's the product."

To quote another great American, H.L. Menken said, "For every complex problem, there is a simple solution. . .and it's wrong." You can count on me as part of the complex solution.

Chris Koos
Vitesse Cycle Shop
Normal, IL

TREK000624



**From:** Jeff Selzer [mailto:jselzer@paloaltobicycles.com]
**Sent:** Tuesday, June 20, 2006 1:09 PM
**To:** Burke, John
**Subject:** Thanks.

John,

Thanks for the note. I gotta say I was thoroughly embarrassed with my golf performance. I have since been hitting the driving range and will then work on my putting game. I won't ever be a great golfer but my goal is to not bring shame to the game in the future.

Again thank you for the opportunity to come out and see the new Lemond line. My staff is excited about the new line. When Greg was out here in May he left his bike for some of my people to ride and they LOVED it! Our numbers will improve as soon as those bikes become available.

I am looking forward to the August show.

See you then.


Jeff Selzer

General Manager
Palo Alto Bicycles
650-328-7411
www.paloaltobicycles.com
jselzer@paloaltobicycles.com

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.9.1/369 - Release Date: 6/19/2006




**Huber, Elisabeth**

| | |
|---|---|
| **From:** | George, Curt |
| **Sent:** | Monday, June 26, 2006 2:16 PM |
| **To:** | Huber, Elisabeth |
| **Subject:** | FW: That makes selling his bikes harder |

Here is one

---

**From:** White, Norm
**Sent:** Sunday, June 25, 2006 6:26 PM
**To:** Titus, Dan; George, Curt
**Subject:** FW: That makes selling his bikes harder

Here we go again...

---

**From:** Antonio Russo [mailto:trusso@abcbike.com]
**Sent:** Sunday, June 25, 2006 2:12 PM
**To:** White, Norm
**Subject:** That makes selling his bikes harder

http://sports.yahoo.com/sc/news?slug=afp-cyclingfrausalemond&prov=afp&type=lgns

Why does he not just SHUT UP? Even if true – it is not good for business. He comes off once again as a bitter man who did not get the love at home that Lance did. Just in time for the release of the new "Lemond" line.

Antonio Russo
General Manager
Serotta Bicycle Fit Technician

American Bicycle Company
240 South 3rd Street
Jacksonville Beach, FL 32250
904-246-4433   fax 904-246-0133
cell 904-994-9492

www.abcbike.com
trusso@abcbike.com



"For All Your Cycling Needs"

TREK – Cannondale
Orbea  -  Serotta

Redhills Racing – Beaches Velo Sport

6/26/2006

TREK000566



**From:** Tim Brick [mailto:tbrick@brickwheels.com]
**Sent:** Monday, June 26, 2006 5:05 AM
**To:** Maurer, Dave; Smith, Caleb
**Cc:** Shrift, Mike; Moncel, Jay
**Subject:** Fw: If I were Trek, I would fold this brand

From a customer

—— Original Message ——
**From:** Geoffrey Davis
**To:** News Group
**Sent:** Sunday, June 25, 2006 11:00 PM
**Subject:** If I were Trek, I would fold this brand

## LeMond: "Armstrong threatened my life"

Former Tour de France champion Greg LeMond has given French *L'Equipe* newspaper an exclusive interview, published on Sunday, June 25, 2006, in which the American has taken a stand against Lance Armstrong, the UCI and the Vrijman report. LeMond said that Lance Armstrong has threatened him for having criticised the seven-time race winner's collaboration with Italian sports doctor Michele Ferrari. LeMond, who won the Tour de France in 1986, 1989, 1990, said that he was pressured by Armstrong in 2001 after saying that he was disappointed at the Texan's association with the controversial *preparatore*.

"Lance threatened me," he said. "He threatened my wife, my business, my life. His biggest threat consisted of saying that he (Armstrong) would find ten people to testify that I took EPO."

In the interview, LeMond continued by holding the UCI responsible for their failure to deal with the problem of doping. "This problem goes beyond Armstrong," he said. "The Spanish scandal is another example, the entire system is corrupt, the UCI is corrupt."

LeMond also referred to the Vrijman report, named after the expert commissioned by the UCI to probe the *L'Equipe* allegations of doping against Armstrong. "The report should have come from WADA or the French Ministry of Health," he said. "But it doesn't change anything if you catch a rider because Lance is now retired and it continues."

7/31/2006

TREK000629

LeMond added that Armstrong as a person was consumed with ambition: "He needs power - with money, or with women. He will never find happiness."

http://www.cyclingnews.com/news.php?id=news/2006/jun06/jun26news

**Geoffrey Davis**

Cell: 214-529-9622
www.GoodGuyLending.com

The Official Mortgage Guy for the Staff of Richardson BikeMart!

Love God, Love your Neighbor

7/31/2006

TREK000630



**From:** marty_m@bicyclesportshop.com [mailto:marty_m@bicyclesportshop.com]
**Sent:** Monday, June 26, 2006 10:06 AM
**To:** Maurer, Dave
**Subject:** Zipper

Dave,

Can you put a zipper in Greg's mouth. I would assume that there will be less impact this year from these comments. Maybe Trek could sponsor an episode of Jerry Springer with these two.

LeMond: "Armstrong threatened my life"
Former Tour de France champion Greg LeMond has given French L'Equipe newspaper an exclusive interview, published on Sunday, June 25, 2006, in which the American has taken a stand against Lance Armstrong, the UCI and the Vrijman report. LeMond said that Lance Armstrong has threatened him for having criticised the seven-time race winner's collaboration with Italian sports doctor Michele Ferrari. LeMond, who won the Tour de France in 1986, 1989, 1990, said that he was pressured by Armstrong in 2001 after saying that he was disappointed at the Texan's association with the controversial preparatore. "Lance threatened me," he said. "He threatened my wife, my business, my life. His biggest threat consisted of saying that he (Armstrong) would find ten people to testify that I took EPO."
In the interview, LeMond continued by holding the UCI responsible for their failure to deal with the problem of doping. "This problem goes beyond Armstrong," he said. "The Spanish scandal is another example, the entire system is corrupt, the UCI is corrupt."
LeMond also referred to the Vrijman report, named after the expert commissioned by the UCI to probe the L'Equipe allegations of doping against Armstrong. "The report should have come from WADA or the French Ministry of Health," he said. "But it doesn't change anything if you catch a rider because Lance is now retired and it continues." LeMond added that Armstrong as a person was consumed with ambition: "He needs power - with money, or with women. He will never find happiness."

http://www.cyclingnews.com/news.php?id=news/2006/jun06/jun26news

Have a great day,
mm

7/31/2006

TREK000631

**Huber, Elisabeth**

| | |
|---|---|
| **From:** | Stoffel, Will |
| **Sent:** | Monday, June 26, 2006 4:18 PM |
| **To:** | Huber, Elisabeth |
| **Subject:** | FW: LeMond |

Here is the first of the soon to come barrage.

Will Stoffel
Inside Sales
Trek Klein Fisher Lemond
Phone# 920-478-2191 ext: 12263
Fax# 920-478-5657

**From:** Alan Purnell [mailto:alpurnell@pasadenacyclery.com]
**Sent:** Monday, June 26, 2006 4:11 PM
**To:** Stoffel, Will
**Subject:** LeMond

Will
  Last time LeMond spoke out about Lance my LeMond sales went down. I could not give the expensive ones away. Now he is out trash talking Lance again in the media. I thought we were past this and was excited about the new LeMond bikes. I don't see how this can help sales. Why can't Lance and LeMond see that they are on the same team, and this only hurts the sport. Alan

P.S. Greg LeMond was my hero when I was racing, now he seems kind of petty.

6/26/2006

TREK009707



From: Dan
To: Burke, John
Sent: Thu Jul 27 20:02:40 2006
Subject: Is there anything you can do about Lemond?

Hi John,

A local forum is hammering GL about his latest comments about Floyd. Check out this link and you will see he's not going to help sales.

http://www.sorba.org/modules.php?name=Forums&file=viewtopic&t=8755&start=15

Why can't he keep quiet? His is really making himself look like a jerk. We are getting some momentum with his new bikes and have seen them selling well. Now what do we say when customers say "He's a jerk, I wouldn't ride a bike with his name on it"?

Looking forward to see you and the rest of the Trek team in a couple of weeks.

Dan Thornton

President Free-Flite Bicycles

Web www.freeflitebicycles.com <http://www.freeflitebicycles.com>

Email dan@freeflite.com <mailto:.comdan@freeflite.com>

2949 Canton Rd. #1000 Marietta, GA 30066

4177 Roswell Rd Marietta, GA 30062

3165 Peachtree Rd NE Atlanta, GA 30305

NBDA Board Secretary

Member of: NBDA, NGBDA, SORBA, IMBA, YaYa Bike!

TREK000633



From: Dan [mailto:dan@freeflite.com]
Sent: Tuesday, August 08, 2006 6:36 AM
To: Burke, John
Subject: RE: Is there anything you can do about Lemond?


Greg called me last week and we had a very good and lively discussion. Still wish he was
more selective in what he says. I was pretty frank with him. He truly seemed surprised
that we have customers that say they will NOT buy a Lemond bike due to his media fight
with Lance.


See you next week


Dan Thornton

President Free-Flite Bicycles

Web www.freeflitebicycles.com <http://www.freeflitebicycles.com>

Email dan@freeflite.com <mailto:.comdan@freeflite.com>

2949 Canton Rd. #1000 Marietta, GA 30066

4177 Roswell Rd Marietta, GA 30062

3165 Peachtree Rd NE Atlanta, GA 30305

NBDA Board Secretary

Member of: NBDA, NGBDA, SORBA, IMBA, YaYa Bike!


---

From: Burke, John [mailto:John_Burke@trekbikes.com]
Sent: Sunday, July 30, 2006 9:35 AM
To: Dan
Subject: RE: Is there anything you can do about Lemond?

1

A very difficult issue.   Thanks for the feedback.   We are doing the best we can.   jb.

　　　-----Original Message-----
　　　From: Dan [mailto:dan@freeflite.com]
　　　Sent: Thursday, July 27, 2006 8:03 PM
　　　To: Burke, John
　　　Subject: Is there anything you can do about Lemond?

　　　Hi John,


　　　A local forum is hammering GL about his latest comments about Floyd. Check out this
link and you will see he's not going to help sales.


　　　http://www.sorba.org/modules.php?name=Forums&file=viewtopic&t=8755&start=15



　　　Why can't he keep quiet? His is really making himself look like a jerk. We are
getting some momentum with his new bikes and have seen them selling well. Now what do we
say when customers say "He's a jerk, I wouldn't ride a bike with his name on it"?


　　　Looking forward to see you and the rest of the Trek team in a couple of weeks.


　　　Dan Thornton

　　　President Free-Flite Bicycles

　　　Web www.freeflitebicycles.com <http://www.freeflitebicycles.com>

　　　Email dan@freeflite.com <mailto:.comdan@freeflite.com>

　　　2949 Canton Rd. #1000 Marietta, GA 30066

　　　4177 Roswell Rd Marietta, GA 30062

　　　3165 Peachtree Rd NE Atlanta, GA 30305

　　　NBDA Board Secretary

　　　Member of: NBDA, NGBDA, SORBA, IMBA, YaYa Bike!

2

TREK000637

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

From: Dave Hanson <dave@jaxbicycles.com>
To: Moran, Dick; Burke, John; Moran, Paul
CC: 'heidi mcKinster' <heidimac@mac.com>; 'Brian Cox' <brian@jaxbicycles.com>
Sent: Mon Feb 26 16:22:56 2007
Subject: Greg LeMond please share

He had a Jax customer appreciation Night Huntington Beach store last Thursday night


Greg LeMond special guest


Greg is the best guest I have EVERY had


Soooo personal and sharing of his time and stories


We received so many compliments


He represented Trek, Jax and himself GREAT


Thank you for having Greg available to our dealers to enhance our businesses


He is the best.


Dave Hanson

President

Jax Bicycle Center


1

TREK009610



From: jerlevin@gmail.com [mailto:jerlevin@gmail.com]
Sent: Thursday, July 26, 2007 5:24 AM
To: Consumer, Trek
Subject: Trekbikes.com Contact Us Inquiry

A "Trek Contact Us" request has been made:

Name: Jeremy Levin
Email: jerlevin@gmail.com
Comments: I\'m a sales manager in a bike store. Can you please get Floyd Landis to stop badmouthing Greg LeMond? On a recent public radio interview (SoCal), Mr. Landis called him \"insane\", \"sick\", \"needs help\". I know this because customers brought this to my attention.

We carry a significant number of LeMond Racing Cycles and they\'ve usually sold themselves (great bikes!) Being sick and crazy is NOT the kind of image we want associated with these high-end bikes, and Mr. Landis is very likely hurting our (and therefore Trek\'s) business with these insults. We would appreciate it if Trek would look out for the interests of its brand and of the retailers who carry LeMond products.

1

TREK000638



**From:** Foos, Sam
**Sent:** Friday, July 27, 2007 10:58 AM
**To:** Huber, Elisabeth
**Subject:** FW: Mr. LeMond

FYI looks like some of our dealers are not that impressed with how Greg has been representing our company.

Sam Foos | **Trek Bicycle Corporation** | Inside Sales | 800.879.8735x12476 | Fax 920-478-5567 | sam_foos@trekbikes.com

---

**From:** thomas faulk [mailto:tommy@jaxbicycles.com]
**Sent:** Friday, July 27, 2007 9:33 AM
**To:** Johnson, Greg; Foos, Sam
**Subject:** Mr. LeMond

From Cycling News.... "LeMond insisted that the riders know very well who dopes and who doesn't, suggesting that "it's obvious there are still dopers in the peloton." He explained that Contador weighs the same as Rasmussen, and both climbed at the same speed as Pantani. "That's sufficient for the red flag to come up." He also reminded us that Contador's name came up in connection with *Operación Puerto*, but was cleared after the 2006 Tour. "I am not pointing the finger at him [Contador]. I am simply saying if Rasmussen got caught then we also need to have a very close look at his competitors."

Somebody at Trek should tell LeMond to shut his big fucking mouth and quit trying to harm the company that writes his checks. First with Lance now with Condor Man.


Tommy Faulk
*Purchasing*
Components, Softgoods
Nutrition&Rubber
Jax Bicycle Center
14280-D Culver Drive
Irvine, CA 92604
(Tele)949-262-7287 (x.106)
(fax)949-262-7285
www.Jaxbicycles.com

TREK009712



-----Original Message-----
From: Kevin Ishaug [mailto:Kevin@FreewheelBike.com]
Sent: Thursday, March 20, 2008 10:48 AM
To: Titus, Dan
Subject: RE: Lemond

Dave Ebel and Jim Kudorer (sp?). One of the guys mothers brought the bikes
in for us to build, included was the packing list and cost (nice to know
what your margin is on a Victoire!) and ship-to address (Greg's). The
mother knows Kathy Lemond somehow, that is as much as I know.

Again, I hate wasting your time and mine on this issue, but you can imagine
it raises my blood pressure a few points.

Regards,

Kevin

-----Original Message-----
From: Titus, Dan [mailto:Dan_Titus@trekbikes.com]
Sent: Wednesday, March 19, 2008 2:48 PM
To: Kevin Ishaug
Subject: RE: Lemond

Kevin,
Can you provide first and last names of these kids?  Thanks.
DT

-----Original Message-----
From: Kevin Ishaug [mailto:Kevin@FreewheelBike.com]
Sent: Wednesday, March 19, 2008 11:10 AM
To: Titus, Dan
Subject: Lemond

Dan,

I wanted to bring to your attention a matter that recently occurred in
my
market regarding Greg Lemond.  Two weeks ago, I worked with two young
men
that were interested in buying road bikes for the upcoming season.
After
making the presentation and getting our selection narrowed down, the
customers selected Lemond Zurich's based on my recommendation of fit,

1

value
and performance.  We did not have the exact specifications that the two
young men were looking for, we ordered bikes and were expecting to
complete
the sale last weekend.  After ordering bikes to fill the customers order
(we
had last years bikes and they wanted this years models), one of the
young
men returned this past weekend to inform me that they were able to get
the
"hook-up" from Greg Lemond himself, and since they were saving over 50%,
they ordered Victoire's instead.  And, to make matters even worse, they
ordered an extra bike to sell online to cover that cost of the first two
bikes.

The results of Greg's actions:
        *Undermining the dealer relationship
        *Devaluing the process and services we provide
        *Taking profit $$ directly out of my pocket
        *Straining the relationship between Freewheel and Lemond/Trek

Why would we support a vendor that is deliberately using back-channels
to
sell products in our market?  As an immediate resolution to this
problem,
the only fair and practical thing that I can see is to bill Mr. Lemond's
account for the lost profit $$ that we have foregone as a result of his
action.  Furthermore, going forward, I would like an apology and his
word
that he will not sell around his dealers going forward.

Regards,

Kevin Ishaug
Owner, Freewheel Bike
Minneapolis, MN 55454
612-339-2223

TREK011480



From: Kevin Ishaug [mailto:Kevin@FreewheelBike.com]
Sent: Monday, April 07, 2008 4:49 PM
To: Moran, Paul
Subject: Lemond

Paul,

Thanks for taking the time to follow-up on this matter. I wasn't trying to kick up a dust
storm, rather share my frustration with Dan regarding the conduct of Greg Lemond in this
market and the damage it has caused.  Not only is this bad business, it is a direct
violation of Federal laws regarding price discrimination and product dumping.  The
Robinson-Patman Act of 1936 (or Anti-Price Discrimination Act, 15 U.S.C. § 13) is a United
States federal law that prohibits what were considered, at the time of passage, to be
anticompetitive practices by producers, specifically price discrimination and product
dumping.  I will spare you the boring details, but the general theme is "don't defecate
where you dine"!

The two recipients of the 59cm Lemond Victoires are Jim Kudorer and Dave Ebel.  The 3rd
bike that was shipped into our market is unaccounted for, perhaps you could check Ebay...I
don't have the packing list at hand, but the price on them was $2,000, or about 36% less
than my wholesale cost. We received the bikes on March 19th for assembly, so they shipped
sometime around March 15th.

Regards,

Kevin Ishaug
Owner, Freewheel Bike

1

TREK006590



WELL THAT WAS A BIT OF A BOMBSHELL!

Glad I already own a Klein!!!

Benjamin Gruber
Owner
Trek Bicycle Store of Mount Pleasant
1180 Oakland Market Rd
Mt. Pleasant, SC 29466
P: 843-881-0013
C: 843-819-0894
F: 843-881-0014
ben@trekbikesofmountpleasant.com
www.trekbikesofmountpleasant.com



TREK009895

**From:** KathyB [kathyb@koehlingers.com]
**Sent:** Tuesday, April 08, 2008 11:35 AM
**To:** Mail, Media
**Subject:** Re: Important Announcement from Trek President John Burke

Dear John,
While you have run a wildly successful business I have seen Mr Lemond be a contradiction to what I know the TREK name stand for. As these things are never easy, I will be praying all goes well and quickly.
Thank you for doing all you do for cycling and being great ambassadors of the sport.
Sincerely,

Kathy Boling
31 years in the cycling business

Koehlinger Cycling and Fitness
95 years in the cycling business
5412 Illinois Rd
Fort Wayne, IN 46804
(260) 432-5526




On Apr 8, 2008, at 11:27 AM, Trek Bicycle Corporation wrote:

**TREK**                                    View this email in your browser

# Important Announcement from Trek President John Burke
April 8, 2008

Today, Trek filed a lawsuit to sever our ongoing business relationship with Greg LeMond.

Coming to this decision and filing this lawsuit was an unfortunate step for Trek to take. It came only after much thought, reflection on our business and this relationship, and after receiving a 41-page lawsuit which Greg LeMond served on Trek Mar. 20, 2008.

Trek began its business relationship with Greg LeMond in 1995. By 1999, the LeMond line was one of the fastest growing road bike brands and one of the top five largest road bike brands in the United States. Over the years, we have built the LeMond brand into a $15 million business despite significant and ongoing difficulty with Greg.

TREK011951

Despite our high hopes for the LeMond brand, many innovative designs, strong commitment and support from Trek, the continued disparaging statements and harmful actions from Greg have undermined the LeMond brand and Trek as a whole. Continued threatened legal action from Greg has brought us to the place we find ourselves in today and forced the decision we have made.

We simply cannot let Greg LeMond continue to damage the Trek family, especially the retailers who have worked so hard to build and sell his brand. His actions are inconsistent with Trek values — values we believe in and live everyday. This is a relationship that we, as a company, can no longer afford to be in. We need to move away from Greg LeMond and go about our business.

To support you during this transition period, Trek will be offering LeMond retailers a sales rebate promotion to help drive the sales of your 2008 LeMond inventory. Additionally, you can look forward to seeing an exciting new line of Klein road bikes at Trek World in August 2008.

You can find additional materials with full details regarding today's announcement on Dexter.

With so many positive things going on at Trek and with our business stronger than ever, I want to reassure you that today's announcement will only make us a stronger company tomorrow.

Thank you for your business,

Best Regards,

John Burke

This email was sent to kathyb@koehlingers.com.
To manage your email preferences or to unsubscribe, click here.
To share this message with a friend, click here.
**BRONTO**

Copyright © 2008 Trek Bicycle Corporation. All Rights Reserved.
801 W. Madison St. Waterloo, WI 53594

TREK011952



**From:** ben witt [mailto:benwitt11@hotmail.com]
**Sent:** Tuesday, April 08, 2008 1:16 PM
**To:** Mock, Aaron
**Subject:** LeMond

Aaron,

Sorry to hear about how things have turned out. I look forward to great bikes in the fall, and will continue to support the bikes you guy's think up. Keep up the good work, hope all is as well as it can be. Take care,

Ben Witt
MilltownCycles.com

More immediate than e-mail? Get instant access with Windows Live Messenger.

TREK009913



From: Dan <dan@freeflite.com>
To: Burke, John
Sent: Tue Apr 08 13:22:48 2008
Subject: Thank You John!

Don't know if you recall my email regarding Greg and his damage to the Trek and Lemond brand from two years ago, but I'm behind your decision 100%. It's going to be a little weird for a few months having to sell and clear the shelves.

Trust me when I say you have this retailer behind your decision.

Dan Thornton

President, Owner

Web www.freeflitebicycles.com <http://www.freeflitebicycles.com>

Email dan@freeflite.com <mailto:.comdan@freeflite.com>

Marietta, East Cobb, Buckhead, Canton

2nd VP NBDA Board

Member: NBDA, NGBDA, SORBA, IMBA, LAB

1

TREK009891

**VandeBerg, Scott**

| | |
|---|---|
| **From:** | rayscycl@pacbell.net |
| **Sent:** | Tuesday, April 08, 2008 1:37 PM |
| **To:** | VandeBerg, Scott; Moran, Paul |
| **Cc:** | rayscycl@pacbell.net |
| **Subject:** | Please pass on |

## *dexter*

## Dexter Email - Contact My Rep

| | |
|---|---|
| **From:** | rayscycl@pacbell.net |
| **To:** | scott_vandeberg@trekbikes.com ; paul_moran@trekbike.com ; |
| **Subject:** | Please pass on |

**Message**

Thank the company and JB for being so forthright with us the dealers. I think that most dealers have been fairly sick of GL's statements in the world press and the damage it was doing to our industry in general and TREK specifically. The powerpoint slide was very informative and gives a clear timeline to the issues and decisions.

On a small side note – I never heard Trek's postion to the online selling issues that were posed earlier this year.

Thanks again for all the hard work and for supporting the IBD channel.

Ray

## User Information

| | |
|---|---|
| **Dexter User:** | SU718500 |
| **Account #:** | 1718500 |
| **Customer Name:** | Ray Posey |
| **Company Name:** | Ray's Cycle, Inc |
| **Customer Address:** | 400 Main Street Vacaville, CA 95688-3910 US |

This email was generated on 04/08/2008 at 02:37:17 PM (EST)

TREK009468



**From: Pilger, Tyler**
**Sent: Tuesday, April 08, 2008 4:46 PM**
**To: Price, Chad**
**Subject: FW: Trek Road**

Follows with our discussions.

Tyler

---

**From: Ben Lassanske [mailto:ben@jaxbicycles.com]**
**Sent: Tuesday, April 08, 2008 4:21 PM**
**To: Pilger, Tyler**
**Subject: Trek Road**

Hopefully you are not getting too bombarded with this whole LeMond thing. It's too bad, but I am glad it is over.

Trek must do a steel road bike for 2009 (besides the 520). It is a consistent seller and wildly popular (steel road bikes), Masi has created some nitch demand for themselves. It would be great to see a Trek steel road bike line; made in usa. We have been experiencing increasing demand for steel the last year on the road as well. Nobody can meet demand it seems.

$1500 and $2200 price points are golden.

Just my two cents worth. Hope all is well with you.

Take it easy.

**Ben Lassanske**

**Purchasing and Retail Services**
Jax Bicycle Center                    949-262-7287 ext.5
14280-D Culver Drive              949-813-7505 cell
Irvine CA 92604                        949-262-7285 fax

www.jaxbicycles.com

TREK009900

# Go🔵🔵gle
Desktop

Web   Images   Video   News   Maps   Desktop   more »

lance armstrong

Search    Desktop Preferences
Advanced Search

## Cached messages

« Older | Newer »   View Entire Thread (3)   Reply | Reply to all | Forward | View in Outlook

Message 3 of 3 in conversation

✉ **Re: Greg Lemond and the tour de France**

From: John Burke <john_burke@trekbikes.com>
To: david <david@scottsbikes.com>
Date: Apr 12 2008 - 5:40pm

📎 image.png - 4.6k
   image.gif - 16k - View in Outlook

David,

Thanks for the kind note and all of the support. We might need you and if so, we will be in touch. Jb.

On 4/9/08 12:39 AM, "david" <david@scottsbikes.com> wrote:

John,
    I am sure that you will be getting many emails concerning Lemond in the future. I am willing to supply you with an affidavit affirming the attempts by Jeff Haase (our outside rep) to get Lemond bikes into our shop (and why I would not have them). Jacob McGahey (our demo guy) brought 4 or 6 Dura-ace equipped Lemonds to our last demo! I almost picked up the line - until I read more of his gaff in the news! If you want this, have someone contact me.
    Reading Greg's complaint (from Dexter), I was amazed to find that he quotes L'equipe in his attacks on Lance. This paper is owned by the ASO and is known to be controlled to the extent that they only print what the ASO wants them to HYPERLINK "http://wadawatch.blogspot.com/2008/03/paris-not-nice-part-one.html"<http://wadawatch.blogspot.com/2008/03/paris-not-nice-part-one.html> .
    Please recall that in his conversation with Floyd Landis, he purportedly told Landis that cycling was an "evil sport". If you look at the message board from the old dexter, you will find the post in which I complained about Lemond's public comments.
    The ASO has taken on the UCI. All of the other teams have chosen to rebel against the ASO and the UCI rules. Lance Armstrong did much to build up the Tour de France, and it is my belief that if the ASO is permitted to strike a blow at the UCI in such a manner, that no cyclist or cycling team (or sponsor) will ever be safe. The UCI protects the riders and teams from such as the ASO. While I have not agreed with every decision by the UCI, the decision to deny Astana a place in Paris-Nice, the tour, and in Paris-Roubaixx (sp) is a clear violation of UCI rules. NE (National Events) are off limits to international UCI teams. The teams and ASO broke the rules. Apparently without repercussions.
    I propose that the situation be studied with the desired outcome being the marginalization of the Tour de France and the other ASO-owned events. While I do not believe that even the loss of American dollars will cause the ASO to rethink their impertinence, it may well wake up the teams and their sponsors. The UCI requires

TREK009466

the support of the cycling community to safeguard the sport.
    Last issue. American cycling events. We need more. I will write later and tell you
of the events we are doing and planning. We need any help you can offer!!!

re. your father - Doug and I lost our dad (and shop founder) 2 years ago in February.
I mourn your loss. A customer told us that the angels are all riding bicycles now
that Dad is up there - a chuckle on his sales abilities. Smile and know that they are
all on Treks.

David
Scott's Bicycle Centre
2544 Georgetown Rd.
Cleveland, TN 37311
(423) 472-9881
www.scottsbikes.com HYPERLINK
"http://www.scottsbikes.com"<http://www.scottsbikes.com>

**« Older** | Newer »    **View Entire Thread (3)**      Reply | Reply to all | Forward | View in Outlook

lance armstrong                                        | Search |

Google Desktop  Home - Browse Timeline - Index Status - Privacy - About - ©2007 Google

TREK009467



**From:** Tom Henry <thenry@landrys.com>
**Date:** Wed, 9 Apr 2008 06:48:08 -0500
**To:** "Burke, John" <john_burke@trekbikes.com>
**Cc:** "Hand, Bill" <bill_hand@trekbike.com>, "Maurer, Dave" <Dave_Maurer@trekbikes.com>
**Subject:** Thanks for strong leadership and open communication

Dear John:

I'm writing on behalf of Landry's Bicycles to thank you for your timely, straightforward, and honest communication regarding Trek's decision to end your relationship with Greg LeMond. We understand and support your business decision, and we appreciate your efforts to communicate openly to dealers.

We continue to be inspired by your leadership in the bicycle industry, and we are honored to represent Trek in our market. We wish you well in your efforts to resolve the contractual disputes with LeMond and make Trek an even stronger company.

Sincerely,

Tom Henry

General Manager

# Landry's Bicycles

*781-784-4119*

*www.landrys.com* <file://www.landrys.com>


------ End of Forwarded Message



From: lee@theroute.net [mailto:lee@theroute.net]
Sent: Wednesday, April 09, 2008 7:26 AM
To: Malanaphy, Maury; adam@theroute.net
Subject: LeMond

Maury,

The headlines on the business section of the Pioneer Press don't paint a pretty picture of Trek this morning. Of course, there are misnomers in the article, that always happens with journalism. But it really comes off as Trek protecting it's brand and it's riders more than being concerned with the issue of doping in cycling. It's a classic Little Guy vs Big Corporation.

I feel this is going to put a hit on our Trek stores and I am sure the guys at Erik's are jumping up and down right now with joy. Unfortunately, people often believe "everything they read". It is too bad that Trek could not just wait it out for 18 mths and let the contract expire for 2010. Then it could have been interpreted as Trek just "going a different direction" instead of a retaliation against Greg LeMond.

Don't get me wrong, I disagree with nearly everything that Greg has said in the past 4 years or so. I just feel that with the crunch in the economy that this is not a battle that we as dealers needed to fight right now.

Please feel free to share this if you see fit. Otherwise, know that I am doing my best to carry on as a Trek dealer and a personal owner of Trek, Gary Fisher, and LeMond bicycles.

Sincerely,
Lee Swenson
The Route - Hastings

TREK009887



**From:** Hans Hsu ⊐ $B5v9U1'⊐'(B [mailto:HansHsu@giant.com.tw]
**Sent:** Wednesday, April 09, 2008 8:23 AM
**To:** Peters, James
**Subject:** Trek-LeMond Relationship?

Morning James,

Saw the news about the Trek-LeMond relationship; sounds really bad. Good thing Trek⊐ $B!G⊐ (Bs also got the second (and unprecedented) TDF winning American rider under its wings! Happy Holidays!

Regards,

Hans

TREK009893



From: Charlie <cmcbike@bicyclehabitat.com>
To: Burke, John
Sent: Wed Apr 09 10:00:19 2008
Subject: Greg LeMond

Leaving aside the merits of dumping Greg (a move I believe was overdue), Trek has redemonstrated that they have arrived, not in terms of the bike industry, but in terms of the wider world of industry. The 'employee'
meeting with press invitations was the latest of excellent marketing moves.
Starting with the Lime roll out, the Madone rollout, and the Fuel rollout trek has shown they understand a wider world and how to operate in it. Not only does Trek make world class bikes, they now know how to tell a story.

More and more it is a joy being associated with you and Trek.

Thank you

Charlie
Bicycle Habitat
244 Lafayette Street
New York, NY 10012
212-431-3315
cmcbike@bicyclehabitat.com
www.bicyclehabitat.com
No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.519 / Virus Database: 269.22.9/1365 - Release Date: 4/8/2008 7:30 AM

TREK009912



**From:** "Maurer, Dave" <Dave_Maurer@trekbikes.com>
**Date:** Wed, 9 Apr 2008 14:59:43 -0500
**To:** "Burke, John" <John_Burke@trekbikes.com>, "Moran, Paul" <Paul_Moran@trekbikes.com>
**Subject:** FW: new POP

---

**From:** Chuck Dix [mailto:chuck@eddys.com]
**Sent:** Wednesday, April 09, 2008 2:48 PM
**To:** Myers, Bob; Maurer, Dave
**Subject:** new POP

TREK009842



Chuck Dix
Eddy's Bike Shop
3707 Darrow Rd.
Stow, OH 44224
330-688-5521

------ End of Forwarded Message

TREK009843



**From:** <camedriley@aol.com>
**Date:** Wed, 9 Apr 2008 19:43:07 -0500
**To:** "Burke, John" <john_burke@trekbikes.com>
**Subject:** Lemond

Dear Mr Burke, We have been a Trek dealer for 26 or 27 years, and a Fisher/Lemond dealer for the past 10 years or so. At the time that Mr Lemond started speaking against Mr Armstrong was about the time that we as a dealer saw our Lemond sales go down, because of the bad feeling that I, and our customers, had for the situation. Our diminishing Lemond sales have had nothing to do with Trek Bicycle, but only how we and our customers would like our money to be spent. This current situation is unfortunate, and did not, and should not, have had to exist, but I can certainly understand what it is about. Trek and Sport Tech will move on, survive, and do just fine.
Sincerely,
Edward Lorenz
Sport Tech
Oneonta, NY
aka 5646

Get the MapQuest Toolbar <http://www.mapquest.com/toolbar?NCID=mpgmap00030000000003> , Maps, Traffic, Directions Morel

----- End of Forwarded Message

TREK009844



[redacted]

From: Whit Snell <whit.snell@bikeworld.com>
To: Maurer, Dave
Sent: Thu Apr 10 09:22:35 2008
Subject: letter to velonews

Dave - I sent this to Velonews. I don't like the letters they are posting by LeMond idiots. Too strong for publication probably, but lets see...
Whit

<>

Been there done that... 38 years in the bicycle business I have seen, and been a part of a lot of it, including the full run with LeMond and Trek. Many thanks to "Breaking Away", Gary Fisher and the Mountain Bike, Greg LeMond and Lance, all of which made huge differences to my business. But when I read about this perception that Greg LeMond is taking this noble stance to stand up for anti-doping (even if it meant loosing his bike brand???) I am completely disgusted. This is not about doping. It is about Greg LeMond single handedly ruining one of the most promising bike brands ever. It's about alienating your business partner, your dealers and your customers.

I have ridden bikes with Lance and played guitar with Gary Fisher, both of whom were extremely gracious and who wholeheartedly support Trek and truly believe in the fine products they produce. I never opted to have Greg LeMond visit my store because of the horror stories from other dealers, and my own interaction with him several times at Trek and Las Vegas where he was bleary eyed and smelled of alcohol, and was most unfriendly. I will never forgive him for aggressively hitting on my 22 year old daughter and making her feel extremely uncomfortable on her first visit to Trek. We later received embarrassed apologies from execs at Trek, but certainly not LeMond.

I have written three emails in the last 10 years to John Burke, President of Trek. One ask that they make Chris King headsets available on pro models. The other two were seething complaints to John after having my and Treks integrity's questioned by customers who could not see how we could support LeMond after his numerous outbreaks and meltdowns over the last 10 years. As far as I am concerned they just got rid of the one rotten apple in the Trek barrel.

Whit Snell
Bike World
San Antonio TX

</>



**From:** THOMAS DECARO <tdecar8257@msn.com>
**Date:** Thu, 10 Apr 2008 15:14:14 -0500
**To:** "Burke, John" <john_burke@trekbikes.com>
**Subject:** Lemond

John

Just wanted to pass on our congratulations and the guts to drop the Lemond line. As a Lemond dealer, we have seen the ups and downs over the last three years. Sales would be going good and then Greg would open his mouth and sales went into the toilet. Mary and I just wanted to let you know that our commitment to Trek is higher than ever and will continue to be so. Our store and personal values are identical to the Trek values. We believe in family and taking care of our people, just like you do.

As a person of Sicilian ancestry, family values are very important and I was thrilled to see your talk about Lemond and the problems. Just remember one of my favorite quotes in business: "It's nothing personal, it's just business."

God bless and great job

Tom & Mary DeCaro
Owners, Albuquerque Bicycle Center

—— End of Forwarded Message



**From:** Tim <Tim@momentumbikes.com>
**Date:** Thu, 10 Apr 2008 22:29:22 -0500
**To:** "Burke, John" <john_burke@trekbikes.com>
**Subject:** The Trek Family

Dear John,

    I am sorry to hear about the loss of your father. I unfortunately never had an opportunity to meet and get to know him, other than being able to listen to him speak at Trek World.

    I have however met you. If you remember I was the small shop in Platteville WI, I was the dealer with my goals sheet printed out. Dan Titus and you stopped by on one of your shop tours a few years back.

    I had an idea of how your father started Trek, but since his death have learned so much more about the Big Guy. What has inspired this little note over a small card was the picture of you two in the last issue of BRAIN atop Independence Pass. The picture says a lot to me. I am hoping that that moment was one of the greatest for you and him. It made me feel good about doing business in your Family.

    Your recent comments about the Trek Family in the recent events of the LeMond issue (sorry to bring that up here), reinforces it as well. As a small dealer that means something to me. I can feel it at every Trek World or when ever I pass through Trek offices or meet a Trek employee at an event. I now know so many great people at Trek that Trek World is more of a family reunion to me. Not just a business trip. I can get more hugs at Trek World than I do at my own family reunions.

    Trek is the biggest bicycle company but it feels like the smallest bicycle company, because of this family values feeling. Seeing the photo of you and your father gives me an idea as to where that is coming from.

    After reading about your father and the Big Guy he was, made me think, gosh, wish I was that kind of guy, that driven, honest, and giving. The Big Guy that so many people respected and thought highly of. I can only think of how proud you must be of the legacy and tradition he has started and left for you.

    I had to chuckle reading BRAIN when it mentioned how your Father would smile every time he saw a person riding a Trek. It made me smile, for I do the same thing in my small town every time I see someone on one of My Trek's. (Yes that is proudly taking ownership of the bike someone is riding). I then realized even though we never met I just might know your Father really well after all and maybe I am that kind of a guy.

    I look forward to the family reunion in August.

My deepest sympathies to you and your family.

Tim Ingram

Dealer 628100
Platteville, WI
www.momentumbikes.com

TREK009846

------ **End of Forwarded Message**

TREK009847



From: Natcpb <natcpb@asianet.co.th>
To: St. Onge, Pete
Sent: Sat Apr 12 03:51:03 2008
Subject: Re: visa

Dear Pete,
I think we can find out about riding later.
If you have a chance to talk to the management please inform them that I fully support
their decision about Lemond bicycles. I think we had talked about this two years ago about
his character. Then we can make use of the resources much more efficient with other
important products.
Best regards,
Natee

> ----- Original Message -----
> From: St. Onge, Pete <mailto:Pete_St.Onge@trekbikes.com>
> To: Natcpb <mailto:natcpb@asianet.co.th>
> Sent: Friday, April 11, 2008 9:09 PM
> Subject: RE: visa
>
> Hi Natee,
>
>      Glad to hear you obtained the visas. I'm not sure what Maureen has planned for the
> meeting. Hopefully, there will be some bikes available to ride in the mornings and
> afternoons. I'll forward this e-mail to Brian and Patty and they can give you more
> details.
>
>      Look forward to seeing you.
>
>      Regards,
>
>      Pete
>
>
>
> ------------------------------
>
>      From: Natcpb [mailto:natcpb@asianet.co.th]
>      Sent: Friday, April 11, 2008 3:51 AM
>      To: St. Onge, Pete
>      Subject: Re: visa
>
>
>      It was crowded but I booked for three of us to be interviewed together so most
> questions were aimed at me. We were all granted the visa and surprisingly, my niece also
> got 10 years visa to USA. Anyhow, when she enroll for her master degree she may need to
> get a different visa status.
>      Would there be any ride or riding event this time?
>      Natee
>
>           ----- Original Message -----
>           From: St. Onge, Pete <mailto:Pete_St.Onge@trekbikes.com>
>           To: Natcpb <mailto:natcpb@asianet.co.th>
>           Cc: Deziel, Brian <mailto:Brian_Deziel@trekbikes.com>  ; Stalheim, Patty

1

TREK009826

<mailto:Patty_Stalheim@trekbikes.com>
        Sent: Tuesday, April 08, 2008 8:35 PM
        Subject: RE: visa

        Good luck Natee. Sounds like a much better process. See you in May.

        Regards,

        Pete

---

        From: Natcpb [mailto:natcpb@asianet.co.th]
        Sent: Tuesday, April 08, 2008 5:56 AM
        To: St. Onge, Pete
        Subject: visa

        Dear Pete,
        I am going to apply for the visa tomorrow. Let's cross the finger. They had
changed the process and it became easier. We do not have to go twice but we can apply via
website and make on-line appointment with them. We'll know whether we are granted or not
right away.
        Natee

2

TREK009827



**From:** Jim [mailto:Jim@RevolutionsCyclery.com]
**Sent:** Tuesday, April 15, 2008 11:00 AM
**To:** Young, Andrew; George, Curt
**Subject:**

It looks to me that Greg LeMond is just a litigious person. See who else he is suing in the article below.

http://ap.google.com/article/ALeqM5ib9ICvVy8JVp10ZSTYN_xwv_2fKgD9015B880

TREK011973

Jim Twigg
Jim@RevolutionsCyclery.com



**321.984.4193**
MELBOURNE :OPEN 7 DAYS A WEEK)
1600 S. BABCOCK ST
MELBOURNE, FL 32901

**321.751.5457**
SUNTREE/VIERA (CLOSED SUN)
6300 N. WICKHAM RD.
MELBOURNE, FL 32940

BICYCLES · PARTS · ACCESSORIES · CLOTHING · REPAIRS · RENTALS

rEvolutionscyclery.com