# EXHIBIT 12

<< She most certainly is... | WEBLOG | We will never forget this... >>

### LeMond in Le Monde, A Platform for Anti-Armstrong Bashing

Greg LeMond, one time great bicycle rider and now a chubby, middle-aged whiner, is again babbling on that Lance Armstrong must be on something illegal. That he does it in the French paper Le Monde just makes it even more disgusting. What else could possibly account for Armstrong's great success over the past five years if not for illicit drug use? LeMond has the "answers."

For Greg LeMond, years of clean drug tests are not enough to convince him that Armstrong's dominance is anything but lab produced.

"Lance is ready to do anything to keep his secret but I don't know how long he can convince everybody of his innocence."

Maybe, just maybe, Greg, he has no secret but for hard work and dedication. I can't help but to think that Greg LeMond is a bitter man, even though he himself one three Tour de France championships, no small feat. Perhaps there is a sense of jealousy, the thought festering in his subconscious, that if he had not been injured in a hunting accident, or if he had not had to carry Hinault in the Frenchman's last Tour victory, that LeMond might have equaled or even surpassed five championships himself. It just didn't work out.

Greg LeMond was the eighties version of Jan Ulrich, an extremely talented bicycle rider who couldn't keep away from the food during the winter months and started the spring seasons looking like wide-bottomed, sedentary accountant from Duluth.

Armstrong, on the other hand, works out throughout the year, spending hours in the saddle while many of his competitors are partying. The minute planning for each successive Tour begins immediately after the end of the one preceding it. He calibrates exactly his intake of calories to match precisely that of calories expended. He works long hours in testing and experimenting with his equipment. Last week, the Tour announcers made much of the fact that the US Postal team practices over and over the team time trial event, determining the most effective placing of each rider and how long each is expected to pull for maximum results. The other teams do not go to that extent if they practice at all.

Someone put it best when they said that if Armstrong was not a champion cyclist, his fanatical attention to detail would warrant intervention. That is why he has one five Tours and will, hopefully, win a sixth.

Greg LeMond, this is Lance Armstrong's time, not yours. If you have proof that you can share with the world supporting your accusations, then please show us. If not, you are doing nothing but soiling the reputation of perhaps the greatest cyclist ever and ruining our enjoyment of a great sporting event. I kindly ask you to return to the 1980's, where we can remember you as the champion you were instead of the sniveler you have become.

MORE...

Posted by: Gregg on Jul 16, 04 | 10:59 pm | Profile

**COMMENTS**

I wasn't aware that Greg LeMond liked to chow down over the winter months...I knew he liked to go hunting...preferably by himself.

That aside, he is out of line criticizing Lance. He should put up or shut up. Get back on that bike if you are better than Lance.

Posted by: James on Jul 17, 04 | 10:57 pm

I could not agree more. I once had respect for Greg, and now I wish I had never heard the name "LeMond".

Good bye to a sad sad man. I have no respect for a burger eating loudmouth like him. Like you said... he should

TREK000481



just shut up if he cannot produce any proof to back-up his comments. He just doesn't like the fact the Lance could put him into the ground without giving it too much effort. He may have one three times, but he would not have one a single tour if Lance has been around.

He is pathetic!!!!!

Posted by: James Pope on Jul 24, 04 | 9:31 pm

name
[                    ]

Email
[                    ]

Location
[                    ]

Homepage
[                    ]

[                    ]

Show email ☐  Remember me ☑

Notify me when someone replies to this post? ☐

[SUBMIT] [PREVIEW]


pMachine Powered

 

  

RACE COVERAGE   NEWS   RIDER DIARIES   TECH   TRAINING   INDUSTRY NEWS   PHOTOS

HOME
IN THE MAGAZINE



### News & Features

# Thursday's mailbag: LeMond, Virenque, a boring Tour and the *really important stuff*

*This report filed July 15, 2004*

*The Mail Bag is a Monday-Wednesday-Friday feature on VeloNews.com, but will appear daily during the Tour. If you have a comment, an opinion or observation regarding anything you have seen in cycling, in VeloNews magazine or on VeloNews.com, write to WebLetters@Insideinc.com. Please include your full name and home town. Letters may be edited for length and clarity.*

SEARCH
FORUM
CALENDAR
SUBSCRIPTIONS
VELOGEAR STORE
VELOMARKET
NEWSLETTER

[Your Email]
SUBMIT
CLASSIFIEDS
VELOLINKS

VELOMARKET









TRIATHLON

### LeMond out of line and unfair
Editor:
Greg LeMond's comments in public are out of line, and show a lack of fairness, maturity and good judgment. Absent direct and reliable proof to the contrary, all athletes, including Lance Armstrong, deserve the benefit of the doubt, and not pre-judgment based on speculation or "he said - she said" allegations.

That's not to say I'm a foaming-at-the-mouth Lance fan. While I admire all his accomplishments on and off the bike, I'm also pragmatic enough that given all the discoveries this season, including the latest with David Millar, I won't be surprised (just saddened) to learn - through direct and reliable proof - that anyone, including Lance Armstrong, is doping. As a matter of fact, I won't be surprised (just saddened) if we discover that there are 500 Balco-like labs out there feeding pro athletes from all our favorite sports designer performance-enhancing substances to exaggerate their abilities and accomplishments, at the expense of their health and our trust.

But until then, I refuse to speculate and condemn anyone - even based on the allegations of people who claim in a public forum some form of first- or second-hand knowledge of wrongdoing - because who can know whether their motives are really proper or corrupt.

*John Bove*
*Seattle, Washington*

### LeMond's comments tarnish his legacy
Editor:
As I read Greg LeMond's comments regarding doping allegations against Lance, I am confounded. Has our society deteriorated to the point where a champion must prove innocence even when no credible evidence assuring

TREK000486

guilt exists?

I have fond memories of the day when LeMond won in Paris in 1989. However, these memories will forever be tarnished by these insensitive comments toward a fellow champion. Where does LeMond say how he knows Armstrong uses dope?

If anyone should be presumed guilty of doping, it should be cyclists like LeMond, who rode years before the Festina bust when drug use was likely much more widespread. There were hardly such widespread doping controls in place during his time, and what has he done to prove his innocence?

As an elite XC racer, I hope I never have to prove my innocence over presumed guilt. It is a shame to read of Greg LeMond's obvious bitterness and jealousy. I am sickened by anyone else who seeks to tarnish a rider of Lance Armstrong's caliber with allegations based only on hearsay and intuition.

*Evan Plews*
*Dallas, Oregon*

### LeMond's stone-throwing inexcusable
Editor:
What a pity that one of American cycling's greatest heroes feels it necessary to try to defame cycling's current man of the hour. I'm not willing to stand on either side of the "Did Lance use drugs or not?" issue, but I find it inexcusable that Greg LeMond would throw stones at Armstrong. Is LeMond so eaten by jealousy that he has had to resort to throwing barbs at Armstrong? Is he so worried about his own place in history that he must try to defame a fellow athlete?

Until there is hard evidence, or he admits it, LeMond, keep your thoughts to yourself, every time you open your mouth with a negative spew, our collective esteem for all that you have accomplished goes in the toilet.

*Alicia Davis*
*Ann Arbor, Michigan*

### Unless LeMond has proof, he should keep quiet
Editor:
I have actually met Greg LeMond, and he seems like a nice guy, but how does he know so much about Lance and his alleged doping? And what gives him the right to accuse Lance publicly without showing proof? I am not taking sides with Lance or Greg, but if he knows something, show it. Otherwise, keep quiet because it sounds like Greg is jealous of Armstrong stealing his title of greatest American cyclist.

*Jerrod Janakus*
*Denver, Colorado*

### LeMond sounds like a bitter old man

TREK000487

Editor:
Why can't great champions just keep their mouths shut? Greg LeMond helped turn this country on to cycling, hooked my whole family. To see LeMond constantly sounding off about Armstrong makes him sound like a disgruntled, bitter old man. Even if he is right, his mark is changing from champion to whiner. So sad.

*Bill Hall*
*Alturas, California*

### Virenque just keeps foolin 'em
Editor:
All the paeans to Virenque for his breakaway victory on Wednesday by Liggett, Sherwin, et al., sickened me. Virenque is an admitted doper, yet he continues to ride. Sure he was punished, but if cycling really wants to clean up its image, it shouldn't allow dopers to ride, period.

What makes this more disgusting is that the French press vilifies Lance with their innuendos about drugs, but they have no problem with their own admitted doper. Virenque fooled cycling once - shame on him. But, shame on cycling for giving him the opportunity to do it again.

*M. Aussenberg*
*Memphis, Tennessee*

### Dangerous? Anti-Lance? How about *boring*?
Editor:
After having read all of the letters about how the race design for this years Tour is set up to make Armstrong fail, is too dangerous, and is designed to make an exciting Tour, I have to put my two cents in. I have followed the Tour since the mid-1980's with Greg LeMond and I have to say this is the most boring damn Tour that I can recall.

Thank God for the crashes - they have provided the only excitement for the first two weeks. This thing is almost over and there has not even been a minor showdown between the main challengers for the overall, and as far as I am concerned the racing has been quite boring to boot.

Armstrong mentioned that the race would be safer with a first-week TT, and I agree. I think it would also be more exciting. For example, last year at this time we all knew that Armstrong was in trouble and we had a serious race on our hands. Here we are two-thirds of the way done with the race and nothing significant has happened. People complain about the OLN coverage, but to be honest they don't have a lot to work with. Not one significant attack, nothing!

I think the race organizers would do better by sticking to the traditional format and spreading out the key stages a bit more. This would make a better show for the fans and everyone else involved. The organizers say the reason they took this format because they wanted an exciting last week of the Tour. The last week had better be good, because this has been the most boring Tour in recent memory.

TREK000488

*Charlie Cartolano*
*San Francisco, California*

Charlie, you'll be pleased to know that an old Tour campaigner, Sam Abt of *The New York Times*, apparently agrees with you that this Tour has been less than spectacular. Writing in today's *New York Times*, Abt said, "Everyone is wondering when something important will happen." Going on to note that organizers have packed all the Tour's major challenges into its final week, he added: "Defending themselves, the organizers say they hope to keep the suspense going as long as possible. Instead, they have generated world-class ennui."

### And now, to the *important* issues
Editor:
It always makes me laugh when I read letters complaining about frivolous issues. "What's in a name?" Now I know that the correct pronunciation of a rider's name is without a doubt the most important issue in cycling, and after reading the letters from Mr. Benson and Mr. Smith, I'm convinced they should take over the announcing.

My personal favorites are the letters like Mr. Zanarini's entitled, "Can't the media get it right?" Preach on! I can't believe that the announcers make those little mistakes, it ruins the sport. I mean, nobody should make mistakes, right? I'm just glad that our country's elite intellectuals are able to find these terrible mistakes, and most importantly, let us know about them. Well done, well done indeed.

And to everyone who decided that Al Trautwig is a poor announcer, could you do any better? I think not.

Keep the letters coming! They make me, and probably many others, laugh.

*Kevin Wikander*
*Incline Village, Nevada*

---

*The Mail Bag is a Monday-Wednesday-Friday feature on VeloNews.com, but will appear daily during the Tour. If you have a comment, an opinion or observation regarding anything you have seen in cycling, in VeloNews magazine or on VeloNews.com, write to WebLetters@InsideInc.com.*
*Please include your full name and home town. Letters may be edited for length and clarity.*

 EMAIL THIS PAGE

**VeloNews Latest Headlines:**
Nov 07 Gadret surprise winner in Vosserm
Nov 08 Weekend 'CrossWrap: Minnesota state champs; Howe, Wells win in Pennsylvania
Nov 08 Monday's mailbag: Armstrong's schedule; Follow the money; Bye bye Jimena
Nov 06 Armstrong hints he'll skip '05 Tour
Nov 06 Vanthourenhout scores as Nys bobbles in Eernegem

Produced by: Inside Communications
Publishers of: Inside Triathlon | Ski Racing | VeloPress Books | VeloGear | VeloSwap

TREK000489



**BigDutch**

**Posted** Wed 9 Apr, 10:01 am BST

Absolute nonsense. LeMond has always been particularly outspoken and I applaud this in relation to doping and how the sport can be cleaned up but to repeatedly challange Trek & Lance in this manner has certainly done neither him or 'his' brand any good. It's gotten to the stage now where LeMond speaks and I feel my eyes involuntarily start to roll.

Yes, the sport needs to be cleaned up. No, I don't think LeMond is the right man for the job, especially now. His antics could have gone two ways - he could have become the Gary Fisher of the road World: Friendly, informative, willing to help promote his brand and being a good advocate for the sport but sadly he decided to go the other route where he deliberately (either through ignorance or knowingly) damaged LeMond bikes and Trek as a whole.

His actions smack of a man who cannot accept the fact his crown has been passed on to another, that he's no longer the Wonderboy and that his day as the figurehead for American Road Cycling is over.

Greg - in the very slim chance that you see this: Grow up. Move on. Let someone with a bit more credibility help clean up the sport.





# SOUTHERN OFF-ROAD BICYCL

Join SORBA!

Nickname [ ]  Password [ ]  [Login]
New User Registration

**Main Menu**
- Home
- About SORBA
- News
- Chapters
- Programs
- Events
- Our Sponsors
- Trails
- Calendar
- Forum
- Photos
- MTB Links
- Site Map

**Subaru VIP Partners Program**

**SUBARU.**
Tour de SORBA!
Click for details.

**Forum Discussions**
- Yellow River 7/29
- Need a new S.S. Frame
- Thanks Pisgah Area Shops ...
- Road Bikes
- Doing 100
- Conyers Horse Park and ...
- Beer + Conyers Horse ...
- FS: 2004

## SORBA.org: Forums

Forum FAQ   Search   Memberlist   Usergroups
Profile   Log in to check your private messages   L

**Landis positive for testosterone**
Goto page Previous 1, 2

(new topic) (post reply)   www.sorba.org Forum Index -> Road Riding

View previ

| Author | Message |
|---|---|
| **freeflite** Dirt Dawg<br><br>Joined: Feb 08, 2006<br>Posts: 51<br>Location: Marietta, GA<br><br>Back to top | Posted: Thu Jul 27, 2006 2:09 pm   Post subject:<br><br>Cheat, Cheat, Never Beat.<br><br>I vote for you to keep it up there!<br><br>Dan<br><br>(profile)(pm) |
| **p0Kem@n** Rock Hopper<br><br>Joined: Jul 02, 2004<br>Posts: 1230<br>Location: Suwanee, Ga.<br><br>Back to top | Posted: Thu Jul 27, 2006 3:03 pm   Post subject:<br><br>Edit: Attempted humor deleted.<br><br>---<br>I keep riding, into the highest peering hills, up the pitch green leaves quiver in the cold sun.....LANCE<br><br>Last edited by p0Kem@n on Thu Jul 27, 2006 4:53 pm; edited 1 ti<br><br>(profile)(pm)(www) |
| **TheHeckler** Dirt Dawg<br><br>Joined: Feb 07, 2006 | Posted: Thu Jul 27, 2006 3:15 pm   Post subject:<br><br>**Dano wrote:** |

TREK013842

Cannondale ...
- WADA and testing and ...
- Bike Fit: Wrench Science
- 1000 POST
- BCCC-fri am
- how late...
- Custom Jersey
- Pisgah Double Dare

**SORBA.org Forums**
**Posts since last visit**

Dirt Rag Mag

Dirt Rag Gives Back...

Maxxis Promotion

SPEND $100 OR MORE IN THE MAXXIS ESTORE

Posts: 54
Location: Atlanta GA

> **Tar Heel Rider wrote:**
>> **Tweety wrote:**
>>> I guess they're just used to testing all those [...] and not seeing any positive testosterone rest[...]



I agree with those who say let's wait until all [...] before passing judgement. I already know wh[...] media will come down on this news.

My life is simpler than that. If Landis cheated.....F[...] cheat F**K the French. In fact, F**K the French a[...]

LMAO, I agree about the French a bunch of whining pus[...]

My childhood was typical. Summers in Rangoon, luge le[...] make meat helmets. When I was insolent I was placed [...] with reeds- pretty standard really.

Dr. Evil.

Back to top          [profile] [pm]

**Hunter**
Rock Hopper

Joined: Jul 27, 2004
Posts: 312
Location: Grant Park

D Posted: Thu Jul 27, 2006 3:32 pm    Post subject:

Well, here's Floyd's response

And when the day's come and gone
You know we all ride on
And the light shines on
What we all ride on - Trey Anastasio, Shine

Back to top          [profile] [pm]

**Iridetitus**
Rock Hopper



Joined: Aug 05, 2004

D Posted: Thu Jul 27, 2006 3:47 pm    Post subject:

> **Cat5Superstar wrote:**
> I knew the "Landis Hater" would be happy.....

lmao...

TREK013843

Posts: 3516
Location: the dirt...

GDTRFB

[profile] [pm] [email] [msnm]

Back to top

**kneepain**
Training Wheel Tyke

Joined: Jun 16, 2005
Posts: 9
Location: Alpharetta, GA

Posted: Thu Jul 27, 2006 5:14 pm  Post subject:

Lemond must need the publicity. He has now responded
http://sports.yahoo.com/sc/news;_ylt=AhJuVDoFqD1UejQ6
cyclingfratourdoping&prov=afp&type=lgns

---

Try walking a mile in someone elses shoes. You are a m
shoes.

Back to top  [profile] [pm]

**Schaarschmidt**
Rock Hopper



Joined: Jan 13, 2004
Posts: 608
Location: Chattanooga

Posted: Thu Jul 27, 2006 6:18 pm  Post subject:

> **kneepain wrote:**
> Lemond must need the publicity. He has now responde
> http://sports.yahoo.com/sc/news;_ylt=AhJuVDoFqD1U
> slug=afp-cyclingfratourdoping&prov=afp&type=lgns

## LeMond: Hello, look at me I'm an att Someone please pay attention to me relevant. Hello! Hello?

I am strating to hate that guy.

--> J

---
Dopers Suck

Back to top  [profile] [pm] [email] [www] [YIM]

**mtbdcd**
Hammer Head

Joined: Jul 27, 2004
Posts: 193

Posted: Thu Jul 27, 2006 6:30 pm  Post subject:

I'll bet Trek just cringes when Lemond speaks up lately dislike for the Lemond name. I have always been a fan not like him now.

Back to top  [profile] [pm]

**Mark D.**
Rock Hopper

Posted: Thu Jul 27, 2006 6:33 pm  Post subject:



Joined: Mar 08, 2004
Posts: 1385
Location: Perry,Ga.

> **Schaarschmidt wrote:**
>> **kneepain wrote:**
>>> Lemond must need the publicity. He has now respor
>>> http://sports.yahoo.com/sc/news;_ylt=AhJuVDoFqC
>>> slug=afp-cyclingfratourdoping&prov=afp&type=lgns
>>
>> LeMond: Hello, look at me I'm an whore! Someone please pay atter am still relevant. Hello! Hello?
>>
>> I am strating to hate that guy.
>>
>> --> J
>
> I strated hating him a long time ago...

---

"If you dont want your trails to be raced on when it rair race there in the first place"



**Back to top**

**Tar Heel Rider**
Rock Hopper



Joined: Jan 10, 2005
Posts: 309
Location: Norcross

Posted: Thu Jul 27, 2006 7:28 pm    Post subject:

> **Mark D. wrote:**
>> **Schaarschmidt wrote:**
>>> **kneepain wrote:**
>>>> Lemond must need the publicity. He has now respor
>>>> http://sports.yahoo.com/sc/news;_ylt=AhJuVDoFqC
>>>> slug=afp-cyclingfratourdoping&prov=afp&type=lgns
>>>
>>> LeMond: Hello, look at me I'm ar whore! Someone please pay atte am still relevant. Hello! Hello?
>>>
>>> I am strating to hate that guy.
>>>
>>> --> J
>>
>> I strated hating him a long time ago...
>
> In! The guy pisses me off, too. I admire what he accom

TREK013845

his an incredibly self-centered jerk.

"...the power of the dark side. I must obey my master.'

Back to top  (profile) (pm)

Display posts from previous: All Posts  Oldest First

(new topic) (post reply)  www.sorba.org Forum Index -> Road Riding

**Page 2 of 2**

Jump to: Road Riding

You ca
You c
You c
You can
Yoı

Powered by phpBB 2.0.10 © 2001, 2002 phpBB Group

All logos and trademarks in this site are property of their respective owner. The comments are property of their posters, all the rest © 2006 by South
Page Generation: 0.94 Seconds

