THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br> CERTIFICATE OF SERVICE |

I hereby certify that on July 14, 2009, I caused the following documents:

> Trek's Motion; Trek's Notice of Motion; Trek's Memorandum of Law in Support of Motion to Compel Answers to Interrogatories, to Deem Facts Admitted, and For Expenses; Word Count Compliance Certificate; Declaration of Kristal S. Stippich with Exhibits 1-12; and Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

> Christopher W. Madel, Esq. cwmadel@rkmc.com
> Denise S. Rahne, Esq.            dsrahne@rkmc.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

> Magistrate Judge Mayeron        mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

> Christopher W. Madel, Esq. cwmadel@rkmc.com

ND: 4835-1957-5812

| | |
|---|---|
| Denise S. Rahne, Esq. | dsrahne@rkmc.com |

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: July 14, 2009

By:   s/Benjamin J. Rolf
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION