# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,** | |
|     Plaintiff, | |
| v. | |
| **Trek Bicycle Corporation,** | Case No. 08-CV-01010 (RHK/JSM) |
|     Defendant/Third-Party Plaintiff, | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE FOR PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO COMPEL ANSWERS TO INTERROGATORIES, TO DEEM FACTS ADMITTED, AND FOR EXPENSES** |
| v. | |
| **Greg LeMond,** | |
|     Third-Party Defendant. | |

I, Jennifer M. Robbins, certify that *Plaintiff's Memorandum of Law in Opposition to Motion to Compel Answers to Interrogatories, to Deem Facts Admitted, and for Expenses* complies with Local Rule 7.1(c).

I further certify that, in preparing this document, I used Microsoft ® Office Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced document contains 1,902 words.

Dated: July 20, 2009.

                                                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                   By:     *s/Jennifer M. Robbins*
                                              Christopher W. Madel (#230297)
                                              Denise S. Rahne (#331314)
                                              Jennifer M. Robbins (#387745)
                                              Katherine K. Bruce (#388887)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC. AND GREG LEMOND