UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,** | **Case No. 08-CV-01010 (RHK/JSM)** |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **Trek Bicycle Corporation,** | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| **Greg LeMond,** | |
| Third-Party Defendant. | |

The undersigned hereby certifies that on July 20, 2009, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Plaintiff's Memorandum of Law in Opposition to Trek's Motion to Compel Answers to Interrogatories, to Deem Facts Admitted, and for Expenses;
2. Local Rule 7.1(c) Word Count Compliance Certificate;
3. Declaration of Jennifer M. Robbins;
4. Certificate of Service.

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com zastrow@gasswebermullins.com Latawiec@gasswebermullins.com |

I further certify that I caused the following document being conventionally filed with the Court pursuant to the Protective Order:

80931649.1

1. Exhibit F to the Declaration of Jennifer M. Robbins

to be served upon the following:

| *Via Federal Express:* | *Via Hand Delivery*: |
|---|---|
| Ralph A. Weber, Esq.<br>Christopher P. Dombrowicki, Esq.<br>Kristal S. Stippich, Esq.<br>Gass Weber Mullins LLC<br>309 North Water Street<br>Milwaukee, WI 53202 | Erik T. Salveson<br>Benjamin J. Rolf<br>Amanda M. Cialkowski<br>Halleland, Lewis, Nilan & Johnson, P.A.<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402 |

Dated: July 20, 2009　　　　　　　ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By: *s/Jennifer M. Robbins*
　　　Christopher W. Madel (#230297)
　　　Denise S. Rahne (#331314)
　　　Jennifer M. Robbins (#387745)
　　　Katherine K. Bruce (#388887)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC.