# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br> CERTIFICATE OF WORD COUNT COMPLIANCE |

The undersigned certifies that Trek's Reply in Support of its Motion to Compel Answers to Interrogatories, to Deem Facts Admitted, and For Expenses has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 1,707 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Garamond 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4829-4541-7732

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: July 27, 2009

By: s/Benjamin J. Rolf
   Erik T. Salveson (Reg. No. 177969)
   Amanda M. Cialkowski (Reg. No. 306514)
   Benjamin J. Rolf (Reg. No. 386413)
   600 U.S. Bank Plaza South
   220 South Sixth Street
   Minneapolis, MN 55402
   Telephone: (612) 338-1838
   Fax: (612) 338-7858

GASS WEBER MULLINS LLC.

   Ralph A. Weber (Wisc. Reg. No. 1001563)
   Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
   Kristal S. Stippich (Wisc. Reg. No. 1061028)
   309 North Water Street, Suite 700
   Milwaukee, WI 53202
   Telephone: (414) 223-3300
   Fax: (414) 224-6116
   Email: weber@gasswebermullins.com
         dombrowicki@gasswebermullins.com
         stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION