# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., )<br>           Plaintiff, )<br>   )<br>v. )<br>   )<br>TREK BICYCLE CORPORATION, )<br>   Defendant and Third-Party )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>GREG LEMOND, )<br>   Third-Party Defendant. ) | Case No. 08-CV-1010 (RHK/JSM)<br><br>CERTIFICATE OF WORD COUNT COMPLIANCE |

The undersigned certifies that Trek's Reply in Support of its Motion to Compel Answers to Interrogatories, to Deem Facts Admitted, and For Expenses has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 1,707 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Garamond 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4829-4541-7732

|                              | HALLELAND LEWIS NILAN & JOHNSON, P.A. |
|------------------------------|---------------------------------------|
| Dated:  July 27, 2009        | By: s/Benjamin J. Rolf                |
|                              |     Erik T. Salveson (Reg. No. 177969) |
|                              |     Amanda M. Cialkowski (Reg. No. 306514) |
|                              |     Benjamin J. Rolf (Reg. No. 386413) |
|                              |     600 U.S. Bank Plaza South |
|                              |     220 South Sixth Street |
|                              |     Minneapolis, MN 55402 |
|                              |     Telephone:  (612) 338-1838 |
|                              |     Fax:  (612) 338-7858 |

GASS WEBER MULLINS LLC.

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
Kristal S. Stippich (Wisc. Reg. No. 1061028)
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax:          (414) 224-6116
Email: weber@gasswebermullins.com
          dombrowicki@gasswebermullins.com
          stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION