THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br> **CERTIFICATE OF WORD COUNT COMPLIANCE** |

The undersigned certifies that Trek's Memorandum in Opposition to Lemond's Motion for Summary Judgment has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 11,944 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Garamond 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4820-7601-9460

| | |
|---|---|
| Dated 5th day of August, 2009 | HALLELAND LEWIS NILAN & JOHNSON, P.A.<br><br>By:   s/Benjamin J. Rolf<br>Erik T. Salveson (Reg. No. 177969)<br>Amanda M. Cialkowski (Reg. No. 306514)<br>Benjamin J. Rolf (Reg. No. 386413)<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone (612) 338-1838<br>Fax: (612) 338-7858<br><br>and<br><br>Ralph A. Weber (State Bar No. 1001563)<br>Christopher P. Dombrowicki (State Bar No. 1041764)<br>Kristal S. Stippich (State Bar No. 1061028)<br>GASS WEBER MULLINS, LLC<br>309 North Water Street, Suite 700<br>Milwaukee, WI 53202<br>Telephone: (414) 223-3300<br>Fax: (414) 224-6116<br>Email: weber@gasswebermullins.com<br>       dombrowicki@gasswebermullins.com<br>       stippich@gasswebermullins.com<br><br>ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION |