# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR
NEVIN EXHIBIT 1 TO AFFIDAVIT OF DR.
JOHN R. NEVIN
\*\*FILED UNDER SEAL\*\***

LeMond Cycling, Inc.,

    Plaintiff,

v.      Civil Number: 08-1010 (RHK/JSM)

Trek Bicycle Corporation,

    Defendant/Third-Party Plaintiff,

v.

Greg Lemond,

    Third-Party Defendant.

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office: **Nevin Exhibit 1 to Affidavit of Dr. John R. Nevin**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document\* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 <u>X</u>  Item Under Seal pursuant to a court order\* (Document number of protective order: <u>99</u> )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

\* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

ND: 4822-8756-9668

Dockets.Justia.com