THORNTON EXHIBIT A

Dockets.Justia.com



From: Dan [mailto:dan@freeflite.com]
Sent: Tuesday, August 08, 2006 6:36 AM
To: Burke, John
Subject: RE: Is there anything you can do about Lemond?


Greg called me last week and we had a very good and lively discussion. Still wish he was more selective in what he says. I was pretty frank with him. He truly seemed surprised that we have customers that say they will NOT buy a Lemond bike due to his media fight with Lance.


See you next week


Dan Thornton

President Free-Flite Bicycles

Web www.freeflitebicycles.com <http://www.freeflitebicycles.com>

Email dan@freeflite.com <mailto:.comdan@freeflite.com>

2949 Canton Rd. #1000 Marietta, GA 30066

4177 Roswell Rd Marietta, GA 30062

3165 Peachtree Rd NE Atlanta, GA 30305

NBDA Board Secretary

Member of: NBDA, NGBDA, SORBA, IMBA, YaYa Bike!

---

From: Burke, John [mailto:John_Burke@trekbikes.com]
Sent: Sunday, July 30, 2006 9:35 AM
To: Dan
Subject: RE: Is there anything you can do about Lemond?

1

TREK000636

A very difficult issue.  Thanks for the feedback.  We are doing the best we can.  jb.

-----Original Message-----
From: Dan [mailto:dan@freeflite.com]
Sent: Thursday, July 27, 2006 8:03 PM
To: Burke, John
Subject: Is there anything you can do about Lemond?

Hi John,


A local forum is hammering GL about his latest comments about Floyd. Check out this link and you will see he's not going to help sales.


http://www.sorba.org/modules.php?name=Forums&file=viewtopic&t=8755&start=15



Why can't he keep quiet? His is really making himself look like a jerk. We are getting some momentum with his new bikes and have seen them selling well. Now what do we say when customers say "He's a jerk, I wouldn't ride a bike with his name on it"?


Looking forward to see you and the rest of the Trek team in a couple of weeks.


Dan Thornton

President Free-Flite Bicycles

Web www.freeflitebicycles.com <http://www.freeflitebicycles.com>

Email dan@freeflite.com <mailto:.comdan@freeflite.com>

2949 Canton Rd. #1000 Marietta, GA 30066

4177 Roswell Rd Marietta, GA 30062

3165 Peachtree Rd NE Atlanta, GA 30305

NBDA Board Secretary

Member of: NBDA, NGBDA, SORBA, IMBA, YaYa Bike!

TREK000637