# TITUS EXHIBIT A

# TITUS EXHIBIT A



From: White, Norm
Sent: Friday, July 16, 2004 8:17 PM
To: Titus, Dan
Subject: FW:


-----Original Message-----
From: Jake Scully [mailto:jscully@evergreensales.net]
Sent: Friday, July 16, 2004 4:53 PM
To: White, Norm
Subject:

Norm,

Per our conversation Thursday evening, it is in the best interest of PC Bike to remove all Lemond merchandise from our store.

Greg Lemond's short-sighted and self-serving comments cast his name, and everything associated with it, in an incongruent position with other Trek manufactured products and services.

Unless Mr. Lemond is in posession of proof of wrong doing by Trek's greatest defacto spokesperson, his name has no place in my store.

Thank you for your understanding.

Jake Scully

President
PC Bike

This e-mail and any files transmitted with it are the property of Evergreen Sales and Marketing and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipient's) or otherwise have reason to believe that you have received this message in error, please notify the sender at 386-258-2400 and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited."



TREK000603



**From:** Snudden, Geoff
**Sent:** Sunday, July 18, 2004 9:19 PM
**To:** Titus, Dan
**Subject:** Lemond comments

Dan-

Mitch Mode of Mel's (Rhinelander) was full of chatter over the Lemond comments. Visit was 7/1/04.

Thx
Geoff



**From:** Young, Andrew
**Sent:** Monday, July 19, 2004 11:45 AM
**To:** Titus, Dan
**Subject:** LeMond

DT-

**Lake Mary** has been getting killed with LeMond's latest words. Here is what they had to say:

Some customers are covering up LeMond's name on their bike that they have recently purchased from Lake Mary
Some customers are trashing LeMond for saying what he did
One of Karen's customers was buying a LeMond when it became available and now he is declining to buy the bike

**David's World Cycles-** main store

Customers are saying LeMond should keep his mouth shut

FYI

*Andrew Young*
**Territory Manager**
**Trek, Gary Fisher, LeMond and Klein Bicycles**
**Central Florida**
**Voice Mail (800) 313-8735 X 2927**

```
 ,__o
_-\_<,
( )/'(*)
```



**From:** McGuire, Mike
**Sent:** Tuesday, July 20, 2004 8:58 AM
**To:** Titus, Dan
**Subject:** Zion Cyclery and Lemond

Mary's comments were as follows:

"What is that idiot thinking? He just needs to keep his mouth shut. I'm almost ashamed to have his name on the bicycles on my floor."

That's just about verbatim and completely unsolicited.

Mike McGuire
Territory Manager
Trek Bicycle Corp.
mike_mcguire@trekbike.com
(800) 879-8735 x2335

TREK000606



**From:** Snudden, Geoff
**Sent:** Monday, July 19, 2004 1:44 PM
**To:** Titus, Dan
**Subject:** Greg lemond

Dan-

Both stadium bike stores wanted to know what was up w/ greg, and if there is going to be anymore lemond bikes.

**From:** Snudden, Geoff
**Sent:** Monday, July 19, 2004 1:43 PM
**To:** Titus, Dan
**Subject:** Greg lemond

Dan-

Brian at Nor Door had three customers over the weekend coment about Greg. The worst of which was a 'I'm sure as hell not going to buy one of that assholes bikes'

TREK000608



**From:** Russell, Dave
**Sent:** Wednesday, July 21, 2004 10:17 AM
**To:** Titus, Dan
**Subject:** LeMond Issues

Hi Dan, I just wanted to let you know I have received a number of negative comments from my LeMond dealers. They have told me that customers aren't happy with Greg's remarks. Chris Zane, my largest dealer had a customer cancel an order for a Tete de Course as well as another wanting to sell his 1 year old Tete de Course that was built up especially for him. Is a statement or a rebuttle going to be made by anyone or are we going to just ride this mess out?

Thanks,
Dave

TREK000611



From: Young, Andrew
Sent: Friday, July 23, 2004 12:08 PM
To: Titus, Dan
Subject: LeMond

DT-

Outfitters Adam told me today he is going to ask JB to get rid of LeMond after all the hoopla is having to go through with customers complaining.

FYI

Andrew Young
Territory Manager
Trek, Gary Fisher, LeMond and Klein Bicycles
Central Florida
Voice Mail (800) 313-8735 X 2927

```
      ,__o
   _-\_<,
  (¯)/¯(*)
```



**From:** Young, Andrew
**Sent:** Thursday, July 22, 2004 8:49 PM
**To:** Titus, Dan
**Subject:** LeMond

DT-

Val called me today to say she has had 3 people come into the store and ask if she sold LeMond and when she said not they said great "I won't shop at a store that sells LeMond". Yikes.

Also, Chain Wheel was asking how to handle the people who are not happy with LeMond because the question keeps coming up "what's up with Lemond"? "Doesn't Trek own LeMond how can they let this happen?"

WOW. This is not good.

*Andrew Young*
**Territory Manager**
**Trek, Gary Fisher, LeMond and Klein Bicycles**
**Central Florida**
**Voice Mail (800) 313-8735 X 2927**

```
,__o
_-\_<,
()/'(*)
```



From: Bonine, Marc
Sent: Sunday, July 25, 2004 7:05 PM
To: Titus, Dan
Cc: 'dave@thebikepros.com'
Subject: FW: Trek Update

Dan,

Here are some Lemond comments for you.

Thanks,
Marc

Marc Bonine
Trek Bicycle Corporation
Chicago Territory Manager
800-879-8735 ext 2325
marc_bonine@trekbikes.com

Please visit us at www.TrekTravel.com to book you next cycling vacation!

-----Original Message-----
From: Dave Eenigenburg [mailto:dave@thebikepros.com]
Sent: Friday, July 23, 2004 10:33 PM
To: Bonine, Marc
Cc: thebikefan@hotmail.com; Gene@thebikepros.com
Subject: Re: Trek Update

Marc

I was going to wait until the dealer show to bring this up, but Greg's comments made me sick. I don't have to tell you that any sane person in the bike industry, much less a cycling legend, would do or say anything to blackball the person bringing it to the forefront of media for the first time. This was simply assinine!

I got a chance to spend a couple of days through Trek Travel with Greg and thought he was a good guy. He even talked with me about his lack of interest with the Tour, but we both agreed that the event was "our" superbowl, Indy 500, The Masters, etc. all wrapped into one! I cannot figure this out and hope there is swift and immediate action taken by Trek.

Now, as far as business. One of my stores sells approx. 42% of its gross revenue in road bikes and we have customers coming in DAILY asking if we are going to continue selling LeMond bikes. I tell them that the brand is sollid and I wish the latest event had not happened.

This very evening a VERY important customer in the store ($10,000 annually and never asks for a discount) made this comment: "Dave, why don't you let me pay for that LeMond Victoire you have on display. I want to because I would like to take it out in the parking lot and run it over a few times with my car... then you can have it back and just keep the money."

If the offer is made again, I will take him up on it.

1

TREK000616

David Eenigenburg
TheBikePros

---------------------------------------------------------
> Hi Trek/Fisher dealers,
>
>
>
> A quick update.
>
>
>
> 1.  Yellow Live Strong wristbands will be back in stock on Monday.
> 2.  Christmas Dating is now available for 15 bikes or $500 in parts.
> 3.  If anyone has heard any feedback on Greg Lemonds comments
> concerning Lance, I need to document it.  Trek is concerned about this
> issue.

TREK000617



**From:** Hohmann, John
**Sent:** Monday, July 26, 2004 8:41 AM
**To:** Titus, Dan
**Subject:** Lemond

Dan,
Last Monday and Tuesday I had several people ask me about Lemonds comments. None of the dealers said it would affect their buying decisions however. They just thought Lemond was making an ass of himself. Jerry kegel did have a consumer come in at Wheel Brookfield and say he was going to sell his Lemond bike because of the comments.
Homer

1



**From:** McGuire, Mike
**Sent:** Monday, July 26, 2004 10:19 PM
**To:** Titus, Dan
**Subject:** Lemond and Bikes Plus

Dan,

Lisa had a few negative comments from customers,

"How are you going to sell these bikes (Lemonds) after the comments he made about Lance?"

"You should turn off your sign (neon Lemond sign)."

Lisa said that his comments "concern" her and the impact that it will have on sales.

Mike feels that the comments were out of line, but thinks that by next year most people will forget that he had said anything.

Mike McGuire
Territory Manager
Trek Bicycle Corp.
mike_mcguire@trekbike.com
(800) 879-8735 x2335

1

TREK000619

## Huber, Elisabeth

**From:** George, Curt
**Sent:** Monday, June 26, 2006 2:16 PM
**To:** Huber, Elisabeth
**Subject:** FW: That makes selling his bikes harder

Here is one

---

**From:** White, Norm
**Sent:** Sunday, June 25, 2006 6:26 PM
**To:** Titus, Dan; George, Curt
**Subject:** FW: That makes selling his bikes harder

Here we go again...

---

**From:** Antonio Russo [mailto:trusso@abcbike.com]
**Sent:** Sunday, June 25, 2006 2:12 PM
**To:** White, Norm
**Subject:** That makes selling his bikes harder

http://sports.yahoo.com/sc/news?slug=afp-cyclingfrausalemond&prov=afp&type=lgns

Why does he not just SHUT UP? Even if true – it is not good for business. He comes off once again as a bitter man who did not get the love at home that Lance did. Just in time for the release of the new "Lemond" line.

Antonio Russo
General Manager
Serotta Bicycle Fit Technician

American Bicycle Company
240 South 3rd Street
Jacksonville Beach, FL 32250
904-246-4433   fax 904-246-0133
cell 904-994-9492

www.abcbike.com
trusso@abcbike.com



"For All Your Cycling Needs"

TREK – Cannondale
Orbea - Serotta

Redhills Racing – Beaches Velo Sport

6/26/2006