# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-1687 (JNE/JJG) <br><br> **DECLARATION OF KATHERINE S. RAZAVI** |

I, Katherine S. Razavi, declare as follows:

1. I am an attorney with the law firm of Faegre & Benson LLP, am licensed to practice in the State of Minnesota, am admitted to practice before this Court, and am one of the attorneys representing defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. (collectively "defendants") in connection with the above action.

2. This declaration is submitted in support of Defendants' Opening Claim Construction Brief.

3. Attached hereto as Exhibit A are true and correct copies of screen shots from the accused products, created from Westlaw.com on June 9, 2010.

4. Attached hereto as Exhibit B is a true and correct copy of a Summary Report created from the http://pericles.ipaustralia.gov.au website for Australian Patent Application Number 1997 1997PO4892, showing that that application has lapsed.

5.     Attached hereto as Exhibit C is a true and correct copy of the Minutes of the Oral Proceedings Before the Examining Division of the European Patent Office (July 15, 2008).

6.     Attached hereto as Exhibit D is a true and correct copy of the U.S. PTO's Office Action Summary, rejecting all pending claims, during prosecution of U.S. Patent No. 7,293,228 (May 18, 2005).

7.     Attached hereto as Exhibit E is a true and correct copy of TimeBase's Request for Correction of Inventorship Pursuant to 37 C.F.R. § 1.324 (February 25, 2010).

8.     Attached hereto as Exhibit F is a true and correct copy of the U.S. PTO's Notice of Allowability, during prosecution of U.S. Patent No. 7,293,228 (October 13, 2006).

9.     Attached hereto as Exhibit G is a true and correct excerpts from West's Law Finder, A Legal Resources Guide (1994) (previously produced as THOM00220635, 220637, 220639, 220677 - 220695).

10.    Attached hereto as Exhibit H is a true and correct copy of TimeBase's Statement Under 37 C.F.R. § 1.530 to the U.S. PTO, in conjunction with the Reexamination of U.S. Patent No. 6,233,592 (May 12, 2008).

11.    Attached hereto as Exhibit I is a true and correct copy of the Notice of Intent to Issue Ex Parte Reexamination Certificate, in conjunction with the Reexamination of U.S. Patent No. 6,233,592 (January 30, 2009).

12. Attached hereto as Exhibit J is a true and correct copy of Technology Assessment of MALT Product (previously produced by third-party Business Marketing Group, and labeled BMG000510–27).

13. Attached hereto as Exhibit K is a true and correct copy of MALTlink— Unbreakable Data Links (previously produced by third-party Business Marketing Group, and labeled BMG000771–76).

14. Attached hereto as Exhibit L is a true and correct copy of The Chambers 21st Century Dictionary (1996) definitions of "each," "graphical," and "attribute" (previously produced as THOM00224000 - 004).

15. Attached hereto as Exhibit M is a true and correct copy of The Random House Webster's College Dictionary (2000) definitions of "each," and "display" (previously produced as THOM00223991 – 992, 223995 - 996).

16. Attached hereto as Exhibit N is a true and correct copy of The Webster's New World College Dictionary (1999) definitions of "each," and "attribute" (previously produced as THOM00224022 - 025).

17. Attached hereto as Exhibit O is a true and correct copy of TimeBase's Amendment After Office Action, in conjunction with the Prosecution of U.S. Patent No. 7,293,228 (November 8, 2004).

18. Attached hereto as Exhibit P is a true and correct copy of the Computer Glossary, 8th Edition (1998) definition of "display" (previously produced as THOM00223971 - 973).

19.     Attached hereto as Exhibit Q is a true and correct copy of the World Book Dictionary, Volume 1, A-K (1994) definition of "divide" (previously produced as THOM00224012 - 015).

20.     Attached hereto as Exhibit R is a true and correct copy of The New Shorter Oxford English Dictionary on Historical Principles, Volume 1 (1993) definition of "divide" (previously produced as THOM00223976 - 978).

21.     Attached hereto as Exhibit S is a true and correct copy of Cambridge Dictionary of American English (1999), definition of "divide" (previously produced as THOM00224016 - 018).

22.     Attached hereto as Exhibit T is a true and correct copy of TimeBase's Preliminary Proposed Constructions with Tab B (Apr. 23, 2010).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 11, 2010

                                                  *s/Katherine S. Razavi*_____
                                                  Katherine S. Razavi

fb.us.5289604.02