IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | File No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF** |
| THE THOMSON CORPORATION, WEST | ) | **KRISTIN C. MAGGIO** |
| PUBLISHING CORPORATION, AND WEST | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

I, Kristin C. Maggio, declare:

1. I am a paralegal for TimeBase in this litigation. I have personal knowledge of the facts stated in this declaration. I can testify to these facts.

2. Exhibits A-M attached and listed below are all true and accurate copies of the originals, or true and accurate partial copies in instances where only certain pages are included in the exhibit.

| **Exhibit Tab** | **Description of Exhibit** |
|---|---|
| A | TimeBase's United States Patent, No. 6,233,592 B1, "System for Electronic Publishing" (filed as 2 parts). Citations are in the form of column: line, e.g., column 15, lines 20-23 are cited as 15:20-23. |
| B | Paginated File History for the '592 Patent (filed as 8 parts). Pages in the file history are numbered individually, for example, as 592FH000001. |
| C | Reexamination Certificate for TimeBase's U.S. Patent 6,233,592 C1. |
| D | Paginated File History for the '592 Reexamination (filed as 59 parts). Pages in the file history are numbered individually as, e.g., 592REEX00001. |
| E | TimeBase's United States Patent, No. '228, "System for Electronic Publishing" (filed as 2 parts). Citations are in the form of column: line, e.g., column 15, lines 20-23 are cited as 15:20-23. |

| **Exhibit Tab** | **Description of Exhibit** |
|---|---|
| F | Paginated File History for the '228 Patent (filed as 32 parts). |
| G | Joint Claim Construction Chart – Each row includes a claim term, TimeBase's construction (Column C) and the Defendants' construction (Column D). |
| H | *Computer Dictionary*, Microsoft Press, Redmond, Washington, 1991, at 111. |
| I | *IBM Dictionary of Computing*, George McDaniel ed., McGraw-Hill, Inc., New York, 1994 at pp. 206 and 301. |
| J | *Encyclopedia of Computer Science & Engineering*, Anthony Ralston, Van Nostrand Reinhold, 2d ed. 1983. |
| K | *Fundamentals of Database Systems*, Ramez Elmasri and Shamkant B. Navanthe, Addison-Wesley, 2d ed. 1994. |
| L | *Extensible Markup Language (XML),* W3C Working Draft, November 14, 1996. |
| M | *A Gentle Introduction to SGML*, Chapter two of Guidelines for Electronic Text Encoding and Interchange (TEI P3), edited by C. M. Sperberg-McQueen and Lou Burnard, currently available at http://www.isgmlug.org/sgmlhelp/g-index.htm, 1994. |

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 11th the day of June, 2010.

                                                /s/ Kristin C. Maggio