# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,** | **Case No. 08-CV-01010 (RHK/JSM)** |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **Trek Bicycle Corporation,** | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| **Greg LeMond,** | |
| Third-Party Defendant. | |

The undersigned hereby certifies that on August 12, 2009, she caused the following document to be filed electronically with the Clerk of Court through ECF:

1.   Plaintiff's Amended Notice of Motion for Summary Judgment

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com zastrow@gasswebermullins.com Latawiec@gasswebermullins.com |

Dated:  August 12, 2009          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                                  By:   *s/Jennifer M. Robbins*
                                        Christopher W. Madel (#230297)
                                        Denise S. Rahne (#331314)
                                        Jennifer M. Robbins (#387745)
                                        Katherine K. Bruce (#388887)

80970423.1

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC.