# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    **Plaintiff,**

v.

**Trek Bicycle Corporation,**

    **Defendant/Third-Party Plaintiff,**

v.

**Greg LeMond,**

    **Third-Party Defendant.**

**Case No. 08-CV-01010 (RHK/JSM)**

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE FOR REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    I, Jennifer M. Robbins, certify that *Plaintiff's Reply Memorandum of Law in Support of its Motion for Summary Judgment* complies with Local Rule 7.1(c).

    I further certify that, in preparing this document, I used Microsoft ® Office Word Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above-referenced document contains 3,381 words.

Dated: August 13, 2009.

    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:    *s/Jennifer M. Robbins*
      Christopher W. Madel (#230297)
      Denise S. Rahne (#331314)
      Jennifer M. Robbins (#387745)
      Katherine K. Bruce (#388887)

80960059.1

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC. AND GREG LEMOND