# Exhibit 77

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

JENNIFER M. ROBBINS
612-349-8711

April 7, 2009

*Via Email and U.S. Mail*

Ralph A. Weber, Esq.
Christopher P. Dombrowicki, Esq.
Kristal S. Stippich, Esq.
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202

> Re: *LeMond Cycling, Inc. v. Trek Bicycle Corporation*
> Case No. 08-CV-01010 (RHK/JSM)
> Our File No. 123595-0000

Dear Counsel:

I write to follow up regarding the designations of Elisabeth Huber's January 5, 2009 deposition as Trek Bicycle Corporation's 30(b)(6) testimony. We have completed the review of Ms. Huber's deposition transcript and designate the following pages and lines:

| | | |
|---|---|---|
| 17:9-20:23 | 48:14-53:12 | 105:12-106:6 |
| 21:10-22:23 | 54:11-64:5 | 108:5-115:2 |
| 26:8-31:1 | 68:10-75:8 | 116:1-118:12 |
| 34:24-35:24 | 75:20-77:24 | 118:18-123:8 |
| 36:9-19 | 79:13-83:6 | 125:16-131:22 |
| 37:7-39:2 | 84:8-93:9 | 133:16-134:14 |
| 39:25-41:10 | 96:12-97:13 | 135:1-137:17 |
| 43:22-46:9 | 100:24-103:21 | |

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Jennifer M. Robbins

JMR/bsb
cc: Erik T. Salveson, Esq.
 Benjamin J. Rolf, Esq.
 Amanda M. Cialkowski, Esq.

80706377.1
ATLANTA · BOSTON · LOS ANGELES | MINNEAPOLIS | NAPLES · SAINT PAUL