# Exhibit 1



GASS WEBER MULLINS LLC
309 N WATER ST MILWAUKEE WI 53202
TEL 414 223 3300    FAX 414 224 6116
www.gasswebermullins.com

**Via Email and US Mail**

KRISTAL S. STIPPICH
DIRECT DIAL: 414 224-3446
Stippich@gasswebermullins.com

April 24, 2009

Katherine K. Bruce
Jennifer M. Robbins
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis MN 55402-2015

RE: *LeMond Cycling, Inc. v. Trek Bicycle Corporation*
Case No. 08-cv-1010 (RHK/JSM)

Dear Counsel:

As discussed in our conference call today, we are producing an unredacted version of TREK 10376 reflecting nonresponsive personal correspondence between John Burke and Bart Knaggs. We are in the process of obtaining unredacted versions of the other documents discussed today.

Regarding Trek's privilege log, although our descriptions together with Bob Burns' affidavit are sufficient under the caselaw, we agreed to provide further subject matter descriptions solely for you to decide whether or not to challenge the privilege asserted and not as a waiver of attorney-client privilege or to use as a roadmap to depose Bob Burns. In addition, our agreement did not include communications to or from outside counsel, as we agreed those are not in dispute.

Finally, please produce the Betsy Andreu tape recording(s) that you withheld as privileged work product under LCI PRIV 202-203 in light of Kathy LeMond's deposition testimony yesterday that no attorneys were involved with nor instructed such taping(s) be made.

Sincerely,

*Kristal Stippich*

Kristal S. Stippich

KSS:dmp
Enclosure
cc: Ralph A. Weber (w/enc.) (via email)
    Erik Salveson (w/enc.) (via email)