IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## **CERTIFICATE OF SERVICE**

Re:   *LeMond Cycling, Inc. v. Trek Bicycle Corporation*
      Civil File No: 08-cv-01010(RHK-JSM)

I hereby certify that on September 8, 2009, I caused the following documents:

1. Motion for Admission Pro Hac Vice for James A. DiBoise

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Amanda M. Cialkowski**
ACialkowski@halleland.com

**Robert R. Weinstine**
rweinstine@winthrop.com
dlessor@winthrop.com

**Christopher P. Dombrowicki**
dombrowicki@gasswebermullins.com

**Joseph M. Windler**
jwindler@winthrop.com
bkogler@winthrop.com

**Benjamin J. Rolf**
brolf@halleland.com

**Erik T. Salveson**
esalveson@halleland.com

**Kristal S. Stippich**
stippich@gasswebermullins.com

**Ralph A. Weber**
weber@gasswebermullins.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

    Not Applicable

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.

|  |  |
|---|---|
| | WINTHROP & WEINSTINE, P.A. |
| Dated: September 8, 2009 | s/Joseph M. Windler |
| | Robert R. Weinstine, #115435 |
| | Joseph M. Windler, #387755 |
| | 225 South Sixth Street |
| | Suite 3500 |
| | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 604-6400 |
| | Facsimile: (612) 604-6800 |
| | rweinstine@winthrop.com |
| | jwindler@winthrop.com |
| | |
| | ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC. AND THIRD-PARTY DEFENDANT GREG LEMOND |

4721475v1