IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## **CERTIFICATE OF SERVICE**

Re: *LeMond Cycling, Inc. v. Trek Bicycle Corporation*
Civil File No: 08-cv-01010(RHK-JSM)

I hereby certify that on September 8, 2009, I caused the following documents:

1. Motion for Admission Pro Hac Vice for Christopher F. Nelson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Amanda M. Cialkowski**
ACialkowski@halleland.com

**Robert R. Weinstine**
rweinstine@winthrop.com
dlessor@winthrop.com

**Christopher P. Dombrowicki**
dombrowicki@gasswebermullins.com

**Joseph M. Windler**
jwindler@winthrop.com
bkogler@winthrop.com

**Benjamin J. Rolf**
brolf@halleland.com

**Erik T. Salveson**
esalveson@halleland.com

**Kristal S. Stippich**
stippich@gasswebermullins.com

**Ralph A. Weber**
weber@gasswebermullins.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

Not Applicable

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.

WINTHROP & WEINSTINE, P.A.

Dated: September 8, 2009    s/Joseph M. Windler
Robert R. Weinstine, #115435
Joseph M. Windler, #387755
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
rweinstine@winthrop.com
jwindler@winthrop.com

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC. AND THIRD-PARTY DEFENDANT GREG LEMOND

4721477v1