IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## **CERTIFICATE OF SERVICE**

Re:  *LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond*
     Civil File No: 08-cv-01010(RHK-JSM)

I hereby certify that on September 8, 2009, I caused the following documents:

1. LeMond Cycling, Inc. and Greg LeMond's Third Amended Notice of Their Motion for Summary Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Amanda M. Cialkowski**
ACialkowski@halleland.com

**Robert R. Weinstine**
rweinstine@winthrop.com
dlessor@winthrop.com

**Christopher P. Dombrowicki**
dombrowicki@gasswebermullins.com

**Joseph M. Windler**
jwindler@winthrop.com
bkogler@winthrop.com

**Benjamin J. Rolf**
brolf@halleland.com

**Erik T. Salveson**
esalveson@halleland.com

**Kristal S. Stippich**
stippich@gasswebermullins.com

**Ralph A. Weber**
weber@gasswebermullins.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

   Not Applicable

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.

WINTHROP & WEINSTINE, P.A.

Dated: September 8, 2009    s/Joseph M. Windler
Robert R. Weinstine, #115435
Joseph M. Windler, #387755
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
rweinstine@winthrop.com
jwindler@winthrop.com

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC./THIRD-PARTY DEFENDANT GREG LEMOND

4719706v1