THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br> CERTIFICATE OF SERVICE |

I hereby certify that on September 24, 2009, I caused the following documents:

Trek's Notice of Withdrawal of Motion to Compel Andreu Tape Recording

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

Christopher W. Madel, Esq.   cwmadel@rkmc.com
Denise S. Rahne, Esq.   dsrahne@rkmc.com
Katherine K. Bruce, Esq.   kkbruce@rkmc.com
Robert R. Weinstine. Esq.   rweinstine@winthrop.com
Joseph M. Windler, Esq.   jwindler@winthrop.com

ND: 4824-3778-8932

Dated:  September 24, 2009	HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:     s/Erik T. Salveson
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402
    Telephone:  (612) 338-1838
    Fax:  (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email:  weber@gasswebermullins.com
        dombrowicki@gasswebermullins.com
        stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION