# ZASTROW EXHIBIT 12

ZASTROW EXHIBIT 12

```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
---------------------------------------------------------------

LeMOND CYCLING, INC.,

          Plaintiff,

          vs.                    Case No. 08-1010

TREK BICYCLE CORPORATION,

          Defendant/Third-Party
          Plaintiff,

          vs.

GREG LeMOND,

          Third-Party Defendant.

---------------------------------------------------------------




          Video Deposition of DEAN GORE

            Thursday, May 14th, 2009


                   12:24 p.m.

                       at

           GASS WEBER MULLINS LLC
            309 North Water Street
             Milwaukee, Wisconsin



      Reported by Kealoha A. Schupp, RPR
```

9740073e-e43a-4ee6-926b-291215930e80

     dealers that owned the concept stores, and then they had the opportunity to make the decision whether they would integrate it or not.

     Since we don't own them, I can't speak to whether it was -- what percent had done it. For the two Trek stores that -- the two concept stores that we did own, yes, LeMond area was integrated into those two locations.

**Q** **What about Item 5, "Utilize Greg as spokesperson for new platforms," was that successfully accomplished?**

A  That's a large question. Did we have -- did -- did we utilize Greg when we launched the product? Yes. He did attend when we launched in the Tour de Georgia. He also attended when we launched the next year at the Tour of California, and he did attend when we had all the dealers flown in for when we introduced the new carbon bikes for 2006.

**Q** **Okay. There were photographs taken of some of these events?**

A  Oh, sure, yes.

**Q** **I think I've seen some. Okay. All right.**

A  But -- was -- was Greg readily available for outside of that? No. It was a challenge.

**Q** **Okay.**

     **MS. RAHNE:** Move to strike. But I

```
1                       EXAMINATION
2    BY MR. WEBER:
3    Q    Counsel had shown you some pages in the PowerPoint.
4    A    Mm-hmm.
5    Q    And -- and --
6    A    Yes.
7    Q    -- let me just go back to a few of these.  If you'd
8         turn several pages from the end, there's a reference
9         there to "Early 2006.  Trek revamps the LeMond
10        product line -- Great Product."
11   A    Okay.
12   Q    Do you see that?  All right.  Tell us what happened
13        in 2006 with respect to the LeMond product line,
14        flying dealers to Waterloo, the marketing campaign,
15        Tour de Georgia, etc.
16   A    2006 was -- I think it was a milestone year for
17        LeMond because we -- we, saying because I was -- I
18        was living the LeMond brand.  That's -- that's what I
19        did every day was come in and work on LeMond and
20        Fischer.
21                    And it was -- LeMond had -- was
22        introducing better product than Trek had in the
23        marketplace.  It had an industry-leading carbon
24        product that when we launched to our dealers, they
25        were very, very excited about it.  We flew in 100
```

1  **2007.**
2  A   2007 we -- we introduced the next evolution of the
3      new carbon product that we had.  It was 100,
4      150 grams lighter than what we launched the season
5      prior.  It put LeMond into a whole new price point
6      because these bikes were 6-, $7,000.  They were very
7      expensive.
8              We did a similar press tour where we
9      flew the domestic and some UK editors into the Tour
10     of California.  Again, wined -- wined and dined in
11     the Santa Rosa area, and let them ride the bikes, and
12     got them the opportunity to watch the race.
13             And we even went to the extent we had
14     a LeMond night at a big theater in California.  We
15     rented it out.  We hired Phil Liggett, who's the
16     preeminent voice of cycling in the English speaking
17     world.  He came, and he and Greg put on a
18     play-by-play, stage-by-stage narration of the 1991
19     Tour de France, and we did the promotion.  We sold
20     out the theater.  Gave all the proceeds to the
21     charity that supported the Tour of California.  I
22     paid for Phil Liggett, I paid for all the editors'
23     flights.
24             Things were going great.  We -- we had
25     great press.  The dealers were very interested.  We

1  had great product.  LeMond was really hitting on all
2  cylinders.
3  Q  **There's been some discussion about the August 2007**
4  **Trek World Show several months after this California**
5  **event.**
6  A  Mm-hmm.
7  Q  **At Trek World, from time to time does Trek make bikes**
8  **available for dealers to ride during the show?**
9  A  Yes.
10 Q  **And in August of 2007 do you recall whether bikes**
11     **were made available for dealers to ride?**
12 A  Yes.  And LeMonds were part of that, and not only
13     were they part of that, in 2006 we flew all our
14     dealers in to introduce them LeMond road bikes.
15             2007 we had a new Trek product that we
16     introduced, so we flew the dealers in again.
17     Introduced them to the new Trek road product.  But
18     when we did that, we also showed them the new LeMond
19     product that we had introduced in February.  So the
20     dealers had the choice of riding a LeMond or riding
21     the Trek at that June introduction in 2007.
22 Q  **Okay.**
23 A  And then that fleet of bikes just rolled right into
24     our big Trekfest event where all Trek and LeMond
25     dealers were invited, and that was in August.