IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# **CERTIFICATE OF SERVICE**

Re:  *LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond*
    Civil File No: 08-cv-01010(RHK-JSM)

I hereby certify that on November 11, 2009, I caused the following documents:

1. Objections to Trek's Evidence

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Amanda M. Cialkowski**
ACialkowski@halleland.com

**Robert R. Weinstine**
rweinstine@winthrop.com
dlessor@winthrop.com

**Christopher P. Dombrowicki**
dombrowicki@gasswebermullins.com

**Joseph M. Windler**
jwindler@winthrop.com
bkogler@winthrop.com

**Benjamin J. Rolf**
brolf@halleland.com

**Erik T. Salveson**
esalveson@halleland.com

**Kristal S. Stippich**
stippich@gasswebermullins.com

**Ralph A. Weber**
weber@gasswebermullins.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

   Not Applicable

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable.

|  |  |
|---|---|
|  | WINTHROP & WEINSTINE, P.A. |
| Dated: November 11, 2009 | s/Joseph M. Windler<br>Robert R. Weinstine, #115435<br>Joseph M. Windler, #387755<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 604-6400<br>Facsimile: (612) 604-6800<br>rweinstine@winthrop.com<br>jwindler@winthrop.com<br><br>ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC./THIRD-PARTY DEFENDANT GREG LEMOND |

4858154v1
14753.1