**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CIVIL MOTION HEARING**

| | |
|---|---|
| TimeBase Pty Ltd, | **COURT MINUTES** |
| | BEFORE: Jeanne J. Graham |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 07-cv-1687 (JNE/JJG) |
| | Date: October 25, 2010 |
| The Thomson Corporation, West Publishing Corporation, and West Services, | Court Reporter: n/a |
| | Courtroom: St. Paul / 3B |
| | Time Commenced: 10:33 a.m. |
| Defendants. | Time Concluded: 11:30 a.m. |
| | Time in Court: 57 minutes |

**APPEARANCES:**

For Plaintiff: Arthur Gasey
For Defendants: Mary Sooter, Katherine Razavi, Kevin Wagner

**PROCEEDINGS:**

The Court heard oral argument on Plaintiff's Motion Regarding Protective Order (Doc. No. 168) and Defendants' Motion for Protective Order (Doc. No. 192). The motions were taken under advisement, and a written order will be issued.

s/Adrienne Meyers<br>Judicial Law Clerk