**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-1687 (JNE/JJG)** |
| Plaintiff, | |
| vs. | |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

The Thomson Corporation, West Publishing Corporation, and West Services, Inc. (collectively, "Defendants") hereby move the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment that (a) Defendants do not directly or indirectly infringe any claim of United States Patent No. 6,233,592; (b) Defendants do not directly or indirectly infringe any claim of United States Patent No. 7,293,228; and (c) Defendants' noninfringement defenses are objectively reasonable such that Plaintiff's allegations of willfulness fail as a matter of law.

Defendants' motion is based upon the Notice of Motion and Motion, the Brief in Support of Defendants' Motion, and on the file, declarations, exhibits, record, and proceedings herein.

1

Respectfully submitted,


Dated: June 30, 2011                    *s/Calvin L. Litsey*
                                        David J.F. Gross (# 208772)
                                        Calvin L. Litsey (# 153746)
                                        Mary V. Sooter (pro hac vice)
                                        Kevin P. Wagner (# 34008X)
                                        Katherine S. Razavi (#388958)
                                        Faegre & Benson LLP
                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, Minnesota  55402
                                        DGross@faegre.com; CLitsey@faegre.com;
fb.us.6982583.01                        MSooter@faegre.com; KWagner@faegre.com;
                                        KRazavi@faegre.com

                                        **Attorneys for Defendants The Thomson
                                        Corporation, West Publishing Corporation,
                                        and West Services, Inc.**