# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-CV-1687 (JNE/JJG) <br><br> **PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL** |

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

- **Memorandum in Support of Defendants' Motion for Summary Judgment**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

  X   Item Under Seal pursuant to the Protective Order dated July 20, 2009

fb.us.5113287.01