# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-1687 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **PLACEHOLDER FOR DOCUMENT FILED UNDER SEAL** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

- **Declaration of Michael Stonebraker**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:

  X    Item Under Seal pursuant to the Protective Order dated July 20, 2009

fb.us.5113287.01