IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos.  07-cv-1687 (JNE/JJG) |
| vs. | ) | |
| | ) | **TIMEBASE'S MOTION FOR** |
| THE THOMSON CORPORATION, | ) | **SUMMARY JUDGMENT OF NO** |
| WEST PUBLISHING CORPORATION, | ) | **INVALIDITY** |
| AND WEST SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff TimeBase Pty Ltd. respectfully moves this Court for an order for a summary judgment of no invalidity. Plaintiff's Memorandum in Support of its motion and Exhibits are being filed herewith.

Dated: July 1, 2011

**NIRO, HALLER & NIRO**

/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
181 West Madison Street, Suite 4600
Chicago, IL  60602
Telephone:  312-236-0733
Fax:  312-236-3137
Email:  hosteny@nshn.com
Email:  gasey@nshn.com

**Attorneys for Plaintiff TimeBase Pty Ltd.**