IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | File No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF** |
| THE THOMSON CORPORATION, WEST | ) | **JENNA J. BAYER** |
| PUBLISHING CORPORATION, AND WEST | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

I, Jenna J. Bayer, declare:

1. I am a paralegal for TimeBase in this litigation. I have personal knowledge of the facts stated in this declaration. I can testify to these facts.

2. Exhibits A-L and Defendants' Appendices A-G are listed below and attached and are all true and accurate copies of the originals, or true and accurate partial copies in instances where only certain pages are included in the exhibit.

| Exhibit Tab | Description of Exhibit |
|---|---|
| A | TimeBase's U.S. Patent No. 6,233,592 B1, "System for Electronic Publishing" (filed as 2 parts). |
| B | Reexamination Certificate for TimeBase's U.S. Patent No. 6,233,592 C1. |
| C | Hosteny Declaration, Document No. 17-3 and Exhibits 14-16. |
| D | TimeBase's U.S. Patent No. '228, "System for Electronic Publishing" (filed as 2 parts). |
| E | Defendants' Second Supplemental Answers to TimeBase's Interrogatories 2 and 3. FILED UNDER SEAL. |
| F | Rule 30(b)(6) Notices of Deposition to Defendants. |

| Exhibit Tab | Description of Exhibit |
|---|---|
| G | Letter of June 11, 2010 from Defendants to Plaintiff. |
| H | Defendants' Notice of Identification of Experts. |
| I | Expert Report of Michael Stonebraker, Ph.D. |
| J | MarkMam Order, Document No. 219, January 21, 2011. |
| K | Selected Pages of Deposition of Timothy Arnold-Moore, with Deposition Exhibits 1 and 8. |
| L | Chart of Alleged References. |

| Defendants' Appendix | Description of Defendants' Appendix to Defendants' Supplemental Prior Art Statement (TC772-TC779) |
|---|---|
| A | Defendants' Supplemental Prior Art Statement Reference List (TC780-TC789) |
| B | Defendants' Supplemental Prior Art Statement General Reference List (TC790-TC795) |
| C | Defendants' Supplemental Prior Art Statement Prior Art of Record (TC796-TC807) |
| D | Defendants' Supplemental Prior Art Statement '592 Patent (TC808-1199) |
| E | Defendants' Supplemental Prior Art Statement Motivation to Combine '592 Patent (TC1200-1239) |
| F | Defendants' Supplemental Prior Art Statement '228 Patent (TC1240-TC1964) |
| G | Defendants' Supplemental Prior Art Statement Motivation to Combine '228 Patent (TC1695-1749) |

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 1st day of July, 2011.

/s/ Jenna J. Bayer