## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-CV-1687 (JNE/JJG) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, Timothy M. Sullivan, hereby enters his appearance on behalf of The Thomson Corporation, West Publishing Corporation, and West Services, Inc.

Dated: July 14, 2011

**FAEGRE & BENSON LLP**

*s/ Timothy M. Sullivan*
Timothy M. Sullivan (No. 0391528)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.7034281.01