# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*TIMEBASE'S RESPONSE TO*
*DEFENDANTS' MOTION FOR*
*SUMMARY JUDGMENT*

*TIMEBASE PTY LTD.,*

               Plaintiff(s)

v.                                  Case Number: *07-CV-1687(JNE/JJG)*

*THE THOMSON CORPORATION, WEST*
*PUBLISHING CORPORATION, AND WEST*
*SERVICES, INC.*

               Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*TIMEBASE'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

 **X** Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).