IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD.,                              ) | |
|                                                 ) | File No. 07-CV-1687 (JNE/JJG) |
|         Plaintiff,                              ) | |
|                                                 ) | |
|    vs.                                          ) | |
|                                                 ) | **DECLARATION OF** |
| THE THOMSON CORPORATION, WEST                   ) | **JENNA J. BAYER** |
| PUBLISHING CORPORATION, AND WEST                ) | |
| SERVICES, INC.                                  ) | |
|                                                 ) | |
|         Defendants.                             ) | |

I, Jenna J. Bayer, declare:

1. I am a paralegal for TimeBase in this litigation. I have personal knowledge of the facts stated in this declaration. I can testify to these facts.

2. Exhibits A-Q are listed below and attached and are all true and accurate copies of the originals, or true and accurate partial copies in instances where only certain pages are included in the exhibit.

| Exhibit Tab | Description of Exhibit |
|:---:|---|
| A | TimeBase's U.S. Patent No. 6, 233,592 B1, "System for Electronic Publishing" (filed as 2 parts). |
| B | Reexamination Certificate for TimeBase's U.S. Patent No. 6,233,592 C1. |
| C | TimeBase's U.S. Patent No. 7,293,228, "System for Electronic Publishing" (filed as 2 parts). |
| D | Highlighted independent claims of the '592 patent. |
| E | *In re Skvorecz*, Slip Op. 08-1221 (Fed. Cir. Sept. 3, 2009). |
| F | Pages from Expert Rebuttal Report of Michael Stonebraker, Ph.D. FILED UNDER SEAL. |

| **Exhibit Tab** | **Description of Exhibit** |
|---|---|
| G | Defendants' Supplemental Non-Infringement Claim Charts, 3/19/10. FILED UNDER SEAL. |
| H | Thomson numbered (THOM) documents in numerical order. FILED UNDER SEAL. |
| I | Letters of June 11, 2010 and July 2, 2010 from Defendants to Plaintiff. |
| J | Pages from Deposition of Darla Agard. FILED UNDER SEAL. |
| K | Pages from Deposition of Ophir Frieder. FILED UNDER SEAL. |
| L | "Five Easy Ways to Retrieve Statutes" available at http://west.thomson.com/documentation/westlaw/wlawdoc/web/stpl405.pdf. |
| M | "Five Easy Ways to Retrieve Regulations" available at http://west.thomson.com/documentation/westlaw/wlawdoc/web/easyregs.pdf. |
| N | Pages from Deposition of Mark Capaldini. FILED UNDER SEAL. |
| O | "West's Response to RFO #CCG-CALIR-2010-001 to Provide Computer Assisted Legal Research and Investigative Services (CALIR)" available at http://www.ccg.state.tx.us/contracts/docs/WestTXMSA.pdf. |
| P | Hosteny Declaration, Doc. No. 17-3, and Exhibits 14-16. |
| Q | Pages from Deposition of David Spencer. FILED UNDER SEAL. |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2011.

/s/ Jenna J. Bayer