# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br> WEST PUBLISHING CORPORATION, <br> and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-1687 (JNE/JJG) <br><br> **DECLARATION OF MICHAEL STONEBRAKER** |

I, Michael Stonebraker, declare as follows:

1. I have been retained in this matter by defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. to provide my opinions and to testify as an expert witness on various topics, including whether claims 24-48 of U.S. Patent No. 7,293,228 are invalid for failure to meet the written description requirement of 35 U.S.C. § 112. Among other things, I was asked to prepare an expert report setting forth my opinion that Claims 24-48 are invalid because they lack a written description of the claimed "graphical representation of a multidimensional space."

2. Attached as Exhibit A to my declaration is a true and correct copy of the expert report I submitted on this issue dated February 28, 2011

3. The statements and opinions made in my expert report are true and correct to the best of my knowledge and belief, including those relating to scientific issues, which I believe are true and correct to a reasonable degree of scientific certainty.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed remotely on July 20, 2011 from Portland, Oregon,

_____
Michael Stonebraker

fb.us.7050439.03