# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Timebase Pty Ltd., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| | U.S. Judge |
| v. | |
| | Case No: 07cv1687 (JNE/JJG) |
| Thomson Corporation, | Date: August 11, 2011 |
| | Deputy: Sheri L. Frette |
| Defendant. | Court Reporter: Maria Weinbeck |
| | Time Commenced: 2:16 p.m. |
| | Time Concluded: 3:40 p.m. |
| | Time in Court: 1 Hours & 24 Minutes |

Hearing on: **Plaintiff's Motion for Summary Judgment [#244]; Defendant's Motion for Summary Judgment [#230]; and Defendant's Motion to Exclude Expert Testimony [#243]. All motions argued and taken under advisement.**

APPEARANCES:

    Plaintiff:    Michael R. Cunningham/Joseph N. Hosteny/ Oliver Yang
    Defendant:    David JF Gross/Calvin L. Litsey/Timothy M. Sullivan/Mary V. Sooter

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

                                                                                      s/Sheri L. Frette
                                                                                               Calendar Clerk