IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | File No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, ) | |
| ) | **DECLARATION OF** |
| vs. ) | **MARCIA KOWALSKI TO** |
| ) | **TIMEBASE'S MEMORANDUM IN** |
| THE THOMSON CORPORATION, WEST ) | **SUPPORT OF ITS MOTION TO** |
| PUBLISHING CORPORATION, AND WEST ) | **CLARIFY THE CLAIM** |
| SERVICES, INC. ) | **CONSTRUCTION AS IT RELATES** |
| ) | **TO SUMMARY JUDGMENT** |
| Defendants. ) | **[DOCKET NO. 275]** |

I, Marcia Kowalski, declare:

1. I am a legal secretary for Niro, Haller & Niro. I have personal knowledge of the facts stated in this declaration. I can testify to these facts.

2. Exhibit A to TimeBase's Memorandum in Support of Its Motion To Clarify The Claim Construction As It Relates To Summary Judgment [Docket No. 275] (filed as part 1 and part 2) is a true and accurate copy of TimeBase's U.S. Patent No. 6,233,592 B1, "System for Electronic Publishing".

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19 of August, 2011.

/s/ Marcia Kowalski