

MARY (MINDY) V. SOOTER
msooter@faegre.com
303-447-7767

September 9, 2011

**ECF FILED**
The Honorable Joan E. Ericksen
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:   TimeBase Pty Ltd. v. The Thomson Corp., et al.
            Civil No. 07-cv-1687 (JNE/JJG)

Dear Judge Ericksen:

      TimeBase filed a Partial Motion for Summary Judgment of No Invalidity on July 1, 2011. (Dkt. No. 244.) Defendants did not oppose TimeBase's motion, and have been diligently working with TimeBase to negotiate a stipulated order granting that motion. Unfortunately, the parties have been unable to agree upon the language for that order; therefore, defendants now separately submit a proposed order for the Court's consideration.

      Defendants are submitting a proposed order via e-mail, which Defendants believe best provides the relief that TimeBase seeks. In its Summary Judgment Brief, TimeBase specifically asked for Summary Judgment "with respect to the entirety of the defendants' §§ 102 and 103 contentions, and with respect to all but the single § 112 contention addressed in Dr. Stonebraker's report." (Dkt. No. 246, at 29.) Defendants' proposed order accomplishes just that. The additional language suggested by TimeBase is not only unnecessary, but goes beyond the relief TimeBase requested in its motion. Therefore, defendants respectfully request that the Court adopt the defendants' proposed order rather than the alternative proposed order submitted by TimeBase.

                                    Very truly yours,

                                      Mary V. Sooter

cc Joseph N. Hosteny
fb.us.7265077.01