UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TimeBase Pty Ltd.,

        Plaintiff,

v.                                                   Civil No. 07-1687 (JNE/JJG)
                                                   ORDER

The Thomson Corporation, West Publishing
Corporation, and West Services,

        Defendants.

       In an Order dated January 21, 2011, the Court construed disputed claim terms. On August 11, 2011, the Court took under advisement Defendants' Motion for Summary Judgment, as well as two other motions. One week later, Plaintiff filed a Motion to Clarify the Claim Construction as it Relates to Summary Judgment. In it, Plaintiff asked the Court to adopt certain claim constructions proposed by Plaintiff or to clarify certain claim constructions.

       Plaintiff's motion to clarify is a motion to reconsider the January 21 Order. Plaintiff did not comply with the Local Rule that governs motions to reconsider:

> Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances. Requests to make such a motion, and responses to such requests, shall be made by letter to the Court of no more than two pages in length, which shall be filed and served in accordance with the ECF procedures.

D. Minn. LR 7.1(h). Plaintiff neither requested nor received permission to file its motion. The Court discerns no compelling circumstances that would warrant reconsideration of the January 21 Order. Accordingly, the Court denies Plaintiff's motion to reconsider [Docket No. 273].

       IT IS SO ORDERED.

Dated: September 27, 2011

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge