UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TimeBase Pty Ltd.,

    Plaintiff,

v.

The Thomson Corporation, West Publishing
Corporation, and West Services,

    Defendants.

Civil No. 07-1687 (JNE/JJG)
ORDER

---

Joseph N. Hosteny, Esq., Niro, Haller & Niro, and Michael R. Cunningham, Esq., Gray, Plant, Mooty, Mooty & Bennett, P.A., appeared for Plaintiff TimeBase Pty Ltd.

David J.F. Gross, Esq., Calvin L. Litsey, Esq., Mary V. Sooter, Esq., and Timothy M. Sullivan, Esq., Faegre & Benson LLP, appeared for Defendants The Thomson Corporation, West Publishing Corporation, and West Services.

---

TimeBase Pty Ltd. brought this action for patent infringement against The Thomson Corporation, West Publishing Corporation, and West Services (collectively, Thomson-West). The patents in suit are U.S. Patent No. 6,233,592 (filed July 1, 1998) and U.S. Patent No. 7,293,228 (filed Oct. 12, 2000). The case is before the Court on Thomson-West's Motion for Summary Judgment, Thomson-West's Motion to Exclude Testimony of Dr. Ophir Frieder, and TimeBase's Motion for Summary Judgment of No Invalidity. On October 7, 2011, the Court filed a Memorandum under seal. For the reasons set forth in the Memorandum, the Court grants Thomson-West's Motion for Summary Judgment, denies as moot Thomson-West's Motion to Exclude Expert Testimony of Dr. Ophir Frieder, and denies as moot TimeBase's Motion for Summary Judgment of No Invalidity.


SCANNED
OCT - 7 2011
U.S. DISTRICT COURT MPLS

Unless the Court orders otherwise, the Court will either unseal the Memorandum or file a redacted version of the Memorandum no later than October 18, 2011. The parties shall submit proposed redactions, if any, to the Memorandum on or before October 14, 2011.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Thomson-West's Motion for Summary Judgment [Docket No. 230] is GRANTED.

2. Thomson-West's Motion to Exclude Expert Testimony of Dr. Ophir Frieder [Docket No. 243] is DENIED AS MOOT.

3. TimeBase's Motion for Summary Judgment of No Invalidity [Docket No. 244] is DENIED AS MOOT.

4. This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 7, 2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge