✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Timebase Pty Ltd.,

V.

The Thomson Corporation, West Publishing Corporation, and West Services,

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-1687 JNE/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Thomson-West's Motion for Summary Judgment [Docket No. 230] is Granted.
2. Thomson-West Motion to Exclude Expert Testimony of Dr. Ophir Frieder [Docket No. 243] is DENIED AS MOOT.
3. TimeBase's Motion for Summary Judgment of No Invalidity [Docket No. 244] is DENIED AS MOOT.
4. This case is DISMISSED WITH PREJUDICE.

October 7, 2011
Date

RICHARD D. SLETTEN, CLERK

s/ J. Midtbo
(By)                            J. Midtbo   Deputy Clerk