IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Nos.  07-cv-1687 (JNE/JJG) |
| vs. | ) | |
| | ) | **TIMEBASE'S STATEMENT** |
| THE THOMSON CORPORATION, | ) | **REGARDING PROPOSED** |
| WEST PUBLISHING CORPORATION, | ) | **REDACTIONS TO THE** |
| AND west services, inc., | ) | **MEMORANDUM OF** |
| | ) | **OCTOBER 7, 2011** |
| Defendants. | ) | |

TimeBase has reviewed the Opinion of October 7, 2011 and believes that no

redactions are necessary.


October 14, 2011                            Respectfully submitted,


/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Robert A. Conley
Niro, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733

Michael R. Cunningham
Gray, Plant & Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: 612/632-3000
Fax: 612/632-4444
michael.cunningham@gpmlaw.com
Attorneys for TimeBase Pty Ltd.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that **TIMEBASE'S STATEMENT REGARDING PROPOSED REDACTIONS TO THE MEMORANDUM OF OCTOBER 7, 2011** was served on October 14, 2011 upon Thomson's counsel, listed below, via ECF notification:

Mindy Sooter; MSooter@faegre.com
Katherine S. Razavi; krazavi@faegre.com
Kevin P. Wagner; KWagner@faegre.com
David Gross; DGross@faegre.com
Calvin L. Litsey; CLitsey@faegre.com
Theodore M. Budd; TBudd@faegre.com
Timothy M. Sullivan; TSullivan@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Phone: 612-766-7000
Fax: 612-766-1600


/s/ Joseph N. Hosteny