UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TimeBase Pty Ltd.,

    Plaintiff,

v.                                                    Civil No. 07-1687 (JNE/JJG)
                                                      ORDER
The Thomson Corporation, West Publishing
Corporation, and West Services,

    Defendants.

On October 7, 2011, the Court granted Defendants' Motion for Summary Judgment for the reasons set forth in a sealed Memorandum. Having received no proposed redactions, the Court unseals the Memorandum [Docket No. 288].

IT IS SO ORDERED.

Dated: October 19, 2011

                                                                  s/ Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge