IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | |
| Plaintiff, ) | Civil Action Nos.  07-cv-1687 (JNE/JJG) |
| vs. ) | |
| ) | |
| THE THOMSON CORPORATION, ) | |
| WEST PUBLISHING CORPORATION, ) | **TIMEBASE'S NOTICE OF APPEAL** |
| and WEST SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

TimeBase Pty Ltd. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment of October 7, 2011 (No. 290), from the Order of October 7, 2011 [No. 289], from the Memorandum of October 2, 2011 [No. 288] and from the Markman Order of January 21, 2011 (No. 219).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 4, 2011　　　　　　Niro, Haller & Niro

　　　　　　　　　　　　　　　　　　　/s/ Joseph N. Hosteny
　　　　　　　　　　　　　　　　　　　Joseph N. Hosteny
　　　　　　　　　　　　　　　　　　　Arthur A. Gasey
　　　　　　　　　　　　　　　　　　　Robert A. Conley
　　　　　　　　　　　　　　　　　　　181 West Madison Street, Suite 4600
　　　　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　　　　Telephone:  312-236-0733
　　　　　　　　　　　　　　　　　　　Fax:  312-236-3137
　　　　　　　　　　　　　　　　　　　Email:  hosteny@nshn.com
　　　　　　　　　　　　　　　　　　　Email:  gasey@nshn.com
　　　　　　　　　　　　　　　　　　　Email:  rconley@nshn.com

Attorneys for Plaintiff TimeBase Pty Ltd.

Michael R. Cunningham
Attorney No. 20424
GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Fax: (612) 632-4444
michael.cunningham@gmplaw.com