

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

November 14, 2011

Mr. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC  20439

RE:   District Court Civil Case #:  07-CV-1687 JNE/JJG
      Federal Circuit Case #:
      Case Caption:  Timebase Pty Ltd. v. Thomson Corporation, The

Dear Mr. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

_____   Federal Circuit Appeal Information Sheet *

  X     Notice of Appeal

_____   Pleading(s) being appealed

_____   Docket entries

_____   Other:

The Statutory filing fee has:

_____   been paid.  Receipt number:

  X     not been paid:
         _____   USA appealed
         _____   In Forma Pauperis
           X     Fee wasn't included with the appeal
         _____   Motion Pending
         _____   Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY:   J. Zuech
      Deputy Clerk

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

<u>  X  </u>   United States District Court for the District of Minnesota

<u>     </u>   United States Court of International Trade

<u>     </u>   United States Court of Federal Claims

<u>     </u>   United States Court of Appeals for Veterans Claims

Type of Case:    Patent Infringement

Timebase Pty Ltd.                              v.    Thomson Corporation, The

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order or opinion.)

Docket No.   <u> 07-CV-1687 JNE/JJG </u>        Date of Judgment / Order   <u> 10/07/2011 </u>

Cross or related appeal?   <u>    N/A    </u>         Date of Notice of Appeal   <u> 11/04/2011 </u>

Appellant is:    <u> X </u> Plaintiff    <u>   </u> Defendant    Other: <u>                        </u>

FEES:    Court of Appeals docket fee paid?         <u>    </u> Yes    <u> X </u> No

U.S. Appeal?                                    <u>    </u> Yes    <u> X </u> No

In forma pauperis?                              <u>    </u> Yes    <u> X </u> No

Is this matter under seal?       <u>    </u> Yes    <u> X </u> No

COUNSEL: (List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

| Arthur A Gasey | Niro, Scavone, Haller & Niro<br>181 W Madison St Ste 4600<br>Chicago, IL 60602<br>312-377-3245 | Plaintiff-Timebase Pty Ltd. |
|---|---|---|
| Joseph N. Hosteny | Niro Scavone Haller & Niro<br>181 W Madison St Ste 4600<br>Chicago, IL 60602-4515<br>312-377-3207 | Plaintiff-Timebase Pty Ltd. |
| Calvin L. Litsey | Faegre & Benson LLP<br>90 S 7th St Ste 2200<br>Mpls, MN 55402-3901<br>612-766-7000 | Defendants-Thomson Corporation, The, West Publishing Corporation, West Services |
| Chad Drown | Faegre & Benson LLP<br>90 S 7th St Ste 2200<br>Mpls, MN 55402-3901<br>612-766-8707 | Defendants-Thomson Corporation, The, West Publishing Corporation, West Services |

Court Reporter (name and telephone):          Maria Weinbeck 612-664-5109

IMPORTANT:  Attach a copy of the judgement or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

**David J F Gross**
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services

**Katherine S Razavi**
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-8535

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services

**Kevin P Wagner**
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-6922

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services

**Mary V Sooter**
Faegre & Benson LLP
1900 15th St
Boulder, CO 80302
303-447-7767

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services

**Theodore M Budd**
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-7000

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services

**Timothy E Grimsrud**
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-8925

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services

**Timothy M Sullivan**
Faegre & Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402-3901
612-766-8409

Representing
Defendants-Thomson Corporation, The, West Publishing Corporation, West Services