RECEIVED BY MAIL
JUL 30 2012
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMEBASE PTY LTD.,**
*Plaintiff-Appellant,*

v.

**THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC.,**
*Defendants-Appellees.*

---

2012-1082

---

Appeal from the United States District Court for the District of Minnesota in Case No. 07-CV-1687, Judge Joan N. Ericksen.

---

### JUDGMENT

---

JOSEPH N. HOSTENY, Niro, Haller & Niro, of Chicago, Illinois, argrued for plaintiff-appellant. With him on the brief were ARTHUR A. GASEY and ROBERT A. CONLEY.

DAVID J.F. GROSS, Faegre Baker Daniels, LLP, of Minneapolis, Minnesota, argued for defendants-appellees. With him on the brief CALVIN L. LITSEY, MARY V. SOOTER and KEVIN P. WAGNER.

---



SCANNED
JUL 30 2012
U.S. DISTRICT COURT MPLS

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

June 19, 2012
Date

Jan Horbaly
Clerk

ISSUED AS A MANDATE: JUL 2 6 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 9 2012

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: Laura Whitaker   Date: 7.26.12